1 DAVID A. GILL (State Bar No. 032145)
*DGill@DGDK.com*
2 JOHN J. BINGHAM, JR. (State Bar No. 075842)
*JBingham@DGDK.com*
3 JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
4 DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
5 Los Angeles, California 90067-2904
Telephone: (310) 277-0077
6 Facsimile: (310) 277-5735

7 Proposed attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtors-in-Possession

FILED & ENTERED

APR 07 2009

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

8 **UNITED STATES BANKRUPTCY COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **SAN FERNANDO VALLEY DIVISION**

12 In re ) Case No. 1:09-bk-13356-KT
)
13 MERUELO MADDUX PROPERTIES, INC., a ) Chapter 11
Delaware corporation, )
14 ) **ORDER DIRECTING THE JOINT**
Debtor and Debtor-in-Possession. ) **ADMINISTRATION OF RELATED**
15 ) **CASES**
)
16 ) [No notice or hearing required pursuant to
) LBR 1015-1(b)(1)]
17 )

18 The Court having read and considered the *Emergency Motion for Order Directing the Joint

19 Administration of Related Cases* (the "Motion") filed in the within case, having determined that it

20 is appropriate to grant the motion without need for notice or hearing pursuant to Local Bankruptcy

21 Rule 1015-1(b), for good cause appearing, it is

22 **ORDERED THAT:**

23     1.    The Motion is granted in its entirety.

24     2.    The following cases (collectively the "Cases") filed with the Court by the following

25 entities (collectively the "Debtors") shall be jointly administered:

335779.01 [XP]    25162

|   | **Debtor** | **Federal Tax ID Number** | **Case Number** |
|---|---|---|---|
| 1. | Meruelo Maddux Properties – 12385 San Fernando Road, LLC | 20-2350144 | 1:09-bk-13338-KT |
| 2. | Meruelo Maddux Properties, Inc. | 20-5398955 | 1:09-bk-13356-KT |
| 3. | Meruelo Farms, LLC | 27-0114275 | 1:09-bk-13358-KT |
| 4. | Meruelo Maddux – 3rd & Omar Street, LLC | 20-2788898 | 1:09-bk-13359-KT |
| 5. | Meruelo Maddux – 420 Boyd Street, LLC | 26-0374178 | 1:09-bk-13360-KT |
| 6. | Meruelo Maddux – 500 Mateo Street, LLC | 20-2788930 | 1:09-bk-13361-KT |
| 7. | Meruelo Maddux – 915-949 S. Hill Street, LLC | 20-2922657 | 1:09-bk-13362-KT |
| 8. | Meruelo Maddux Properties – 760 S. Hill Street, LLC | 20-2465227 | 1:09-bk-13363-KT |
| 9. | Meruelo Maddux Properties – 1919 Vineburn Street, LLC | 20-2433903 | 1:09-bk-13364-KT |
| 10. | Meruelo Maddux – 2415 E. Washington Blvd., LLC | 20-2922662 | 1:09-bk-13365-KT |
| 11. | Meruelo Wall Street, LLC | 35-2223764 | 1:09-bk-13366-KT |
| 12. | Meruelo Maddux – 5500 Flotilla Street, LLC | 26-0712538 | 1:09-bk-13367-KT |
| 13. | Santa Fe Commerce Center, Inc. | 26-2388733 | 1:09-bk-13368-KT |
| 14. | Meruelo Maddux – Mission Boulevard, LLC | 26-2370514 | 1:09-bk-13369-KT |
| 15. | Meruelo Maddux Properties – 306-330 N. Avenue 21, LLC | 20-2642537 | 1:09-bk-13370-KT |
| 16. | Meruelo Maddux Properties – 2131 Humboldt Street, LLC | 20-2465281 | 1:09-bk-13371-KT |
| 17. | Meruelo Maddux Properties – 1009 North Citrus Avenue, Covina, LLC | 20-2465270 | 1:09-bk-13372-KT |
| 18. | Merco Group – 3185 E. Washington Boulevard, LLC | 20-2349897 | 1:09-bk-13373-KT |
| 19. | Meruelo Maddux Properties – 1060 N. Vignes, LLC | 71-0974577 | 1:09-bk-13374-KT |
| 20. | Merco Group – 2040 Camfield Avenue, LLC | 20-8769703 | 1:09-bk-13375-KT |
| 21. | National Cold Storage, LLC | N/A | 1:09-bk-13376-KT |
| 22. | Wall Street Market, LLC | 27-0091290 | 1:09-bk-13377-KT |
| 23. | Merco Group – 801 E. 7th Street, LLC | 20-2448810 | 1:09-bk-13378-KT |

|     | **Debtor** | **Federal Tax ID Number** | **Case Number** |
| --- | --- | --- | --- |
| 24. | Santa Fe & Washington Market, LLC | 95-4742615 | 1:09-bk-13379-KT |
| 25. | Merco Group – 146 E. Front Street, LLC | 34-2027340 | 1:09-bk-13380-KT |
| 26. | Merco Group – 5707 S. Alameda, LLC | 11-3739830 | 1:09-bk-13381-KT |
| 27. | Merco Group – 1211 E. Washington Boulevard, LLC | 20-2349858 | 1:09-bk-13382-KT |
| 28. | Meruelo Maddux Properties – 2951 Lenwood Road, LLC | 20-2350096 | 1:09-bk-13383-KT |
| 29. | Merco Group – 1308 S. Orchard, LLC | 20-5528320 | 1:09-bk-13384-KT |
| 30. | Merco Group – Ceres Street Produce, LLC | 20-2349984 | 1:09-bk-13385-KT |
| 31. | Meruelo Baldwin Park, LLC | 77-0627079 | 1:09-bk-13386-KT |
| 32. | Meruelo Maddux Properties, L.P. | 20-8363288 | 1:09-bk-13387-KT |
| 33. | Meruelo Maddux Construction, Inc. | 20-4418296 | 1:09-bk-13388-KT |
| 34. | Meruelo Maddux – 230 W. Avenue 26, LLC | 20-2922700 | 1:09-bk-13389-KT |
| 35. | Meruelo Maddux Management, LLC | 20-8376794 | 1:09-bk-13390-KT |
| 36. | Meruelo Maddux – 817-825 S. Hill Street, LLC | 20-3405983 | 1:09-bk-13391-KT |
| 37. | MMP Ventures, LLC | 20-8375912 | 1:09-bk-13392-KT |
| 38. | Meruelo Maddux – 1000 E. Cesar Chavez, LLC | 20-2984283 | 1:09-bk-13393-KT |
| 39. | Alameda Produce Market, LLC | 26-0817525 | 1:09-bk-13394-KT |
| 40. | 788 South Alameda, LLC | 65-1187504 | 1:09-bk-13395-KT |
| 41. | 905 8th Street, LLC | 51-0484641 | 1:09-bk-13396-KT |
| 42. | 2640 Washington Boulevard, LLC | 13-4285894 | 1:09-bk-13397-KT |
| 43. | Merco Group – 1500 Griffith Avenue, LLC | 20-2349769 | 1:09-bk-13398-KT |
| 44. | Merco Group – 4th Street Center, LLC | 20-2861016 | 1:09-bk-13399-KT |
| 45. | Merco Group – 425 West 11th Street, LLC | 73-1719261 | 1:09-bk-13400-KT |
| 46. | Merco Group – 620 Gladys Avenue, LLC | 20-2350017 | 1:09-bk-13401-KT |
| 47. | Meruelo Maddux – 336 W. 11th Street, LLC | 20-2936510 | 1:09-bk-13402-KT |

| | Debtor | Federal Tax ID Number | Case Number |
|---|---|---|---|
| 48. | Merco Group – 2001-2021 West Mission Boulevard, LLC | 54-2153255 | 1:09-bk-13403-KT |
| 49. | Merco Group – 2529 Santa Fe Avenue, LLC | 20-2922650 | 1:09-bk-13404-KT |
| 50. | Merco Group – Little J, LLC | 16-1712322 | 1:09-bk-13405-KT |
| 51. | Merco Group, LLC | 36-4547803 | 1:09-bk-13406-KT |
| 52. | Merco Group – Southpark, LLC | 73-1704237 | 1:09-bk-13407-KT |
| 53. | Merco Group – Overland Terminal, LLC | 45-0539908 | 1:09-bk-13434-KT |
| 54. | Meruelo Maddux – 555 Central Avenue, LLC | 20-2986157 | 1:09-bk-13439-KT |

3. Except as provided herein, all papers, pleadings and orders in the Cases shall be filed in case number 1:09-bk-13356-KT, using a caption substantially conforming to Exhibit "A" appended to the Motion. The docket for case number 1:09-bk-13356-KT shall be designated as the single pleadings docket for all pleadings with respect to the Cases.

4. Each of the Debtors shall file its schedules and statement of financial affairs in its own individual case.

5. Proofs of claims shall be filed in each Case in which the filing creditor is asserting a claim, and identify in the caption the name of the debtor against which the claim is asserted. Absent further order of the Court, the claims registers in the Debtors' respective Cases shall be maintained separately for each Debtor by the Clerk of the Court.

6. The Debtors and other parties in interest shall be authorized, but are not required, to combine notices to the Debtors' creditors.

###

DATED: April 7, 2009

_Kathleen Thompson_
United States Bankruptcy Judge

335779.01 [XP]    25162

| In re: MERUELO MADDUX PROPERTIES, INC., a Delaware corporation | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

**NOTE**: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/NEF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER DIRECTING THE JOINT ADMINISTRATION OF RELATED CASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _**March 30, 2009**_, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA MAIL:** United States Trustee (SV), 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _**March 30, 2009**_, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

Hon. Kathleen Thompson, U.S.B.C., 21041 Burbank Blvd., # 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 13 , 2009 | Vivian Servín | /s/ Vivian Servín |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

335779.01 [XP]    25162

| In re: MERUELO MADDUZ PROPERTIES, INC., a Delaware corporation, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-13356-KT |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER DIRECTING THE JOINT ADMINISTRATION OF RELATED CASES** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 13, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (SV), ustpregion16.sv.ecf@usdoj.gov
Proposed Attorneys for Meruelo Maddux Properties, Inc.: JTedford@dgdk.com, DGill@dgdk.com, JBingham@dgdk.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

335779.01 [XP]    25162