1  **PETER C. ANDERSON**
   **UNITED STATES TRUSTEE**
2  Jennifer L. Braun, No. 130932
   Assistant United States Trustee
3  **OFFICE OF THE UNITED STATES TRUSTEE**
   21051 Warner Center Lane, Suite 115
4  Woodland Hills, California  91367
   Telephone: (818) 716-8800
5  Facsimile: (818) 716-1576
   E-mail: jennifer.l.braun@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.1:09-bk-13356-KT |
| MERUELO MADDUX PROPERTIES INC., et al., | Chapter 11 |
| Debtors. | (Jointly Administered)[1] |
| ☑  Affects all Debtors | **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| ☐  Affects the following Debtor(s): | |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

(5) five creditors to serve on the Official Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: April 22, 2009          OFFICE OF THE UNITED STATES TRUSTEE

By: /s/Jennifer L. Braun
Assistant U.S. Trustee

---

1. Pursuant to the Court's order, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

**In re MERUELO MADDUX PROPERTIES INC., et al.; Case No.1:09-bk-13356-KT**

(1) EDI Architecture, Inc.
2800 Post Oak Blvd., #3800
Houston, TX  77056
Attn: Darcy Garneau

Phone: (713) 375-2130

(2) GeoDesign, Inc.
2121 Town Center Place, Suite 130
Anaheim, CA  92806
Attn: Chris Zadoorian

Phone: (714) 634-3701

(3) Kirman Plumbing Company
794 Merchant Street
Los Angeles, CA  90021
Attn: Sam J. DeFelice

Phone: (213) 627-5456

(4) Complete Terminal Services, Inc.
11105 Knott Ave., Suite E
Cypress, CA 90630
Attn: William L. Clements

Phone: (714) 891-2265

(5) L.P. Carreras & Associates, Inc.
9550 Firestone Blvd., Suite 204
Downey, CA 90241
Attn: Luis P. Carreras

Phone: (562) 622-3733

**EXHIBIT A**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

The foregoing document described as **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 22, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 22, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

[X] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 22, 2009**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**Honorable Judge: Kathleen Thompson, bin inside of the lobby, San Fernando Valley Division**

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| April 22, 2009 | Veronica Hernandez | /s/Veronica Hernandez |
| *Date* | *Type Name* | *Legal Secretary* |

# SERVICE LIST FOR PROOF OF SERVICE

**Electronic Mail Notice List**

John J Bingham - jbingham@dgdk.com

Jennifer L Braun - jennifer.l.braun@usdoj.gov

Martin J Brill - mjb@lnbrb.com

Brian L Davidoff - bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Aaron De Leest - aed@dgdk.com

Michael G Fletcher - mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Donald L Gaffney - dgaffney@swlaw.com

Thomas M Geher - tmg@jmbm.com

Bernard R Given - bgiven@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com;bgiven@frandzel.com

John A Graham - jag@jmbm.com

Brian T Harvey - bharvey@buchalter.com, IFS_filing@buchalter.com

Michael S Kogan - mkogan@ecjlaw.com

Duane Kumagai - dkumagai@rutterhobbs.com, calendar@rutterhobbs.com

Steven K Linkon - slinkon@rcolegal.com

Elmer D Martin - elmermartin@msn.com

Iain A W Nasatir - jwashington@pszjlaw.com, hrafatjoo@pszjlaw.com

Lawrence Peitzman - lpeitzman@pwkllp.com

Eric S Pezold - epezold@swlaw.com, dwlewis@swlaw.com

Craig M Rankin - cmr@lnbrb.com

John N Tedford - jtedford@dgdk.com

Jasmin Yang - jyang@swlaw.com, jyang@swlaw.com;kcollins@swlaw.com

**SERVED BY U.S. MAIL**

Meruelo Maddux Properties, Inc., a DE Corp
761 Terminal Street Building 1, 2nd Fl
Los Angeles, CA 90021


Complete Terminal Services, Inc.
11105 Knott Ave., Suite E
Cypress, CA 90630
Attn: William L. Clements


L.P. Carreras & Associates, Inc.
9550 Firestone Blvd., Suite 204
Downey, CA 90241
Attn: Luis P. Carreras


EDI Architecture, Inc.
2800 Post Oak Blvd., #3800
Houston, TX 77056
Attn: Darcy Garneau


GeoDesign, Inc.
2121 Town Center Place, Suite 130
Anaheim, CA 92806
Attn: Chris Zadoorian


Kirman Plumbing Company
794 Merchant Street
Los Angeles, CA 90021
Attn: Sam J. DeFelice