1  Donald L. Gaffney (Admitted Pro Hac Vice)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 E. Van Buren
3  Phoenix, AZ 85004-2202
   Phone:      (602) 382-6254
4  Facsimile:  (602) 382-6070
   E-Mail:     dgaffney@swlaw.com
5
   Eric S. Pezold (#255657)
6  Jasmin Yang (#255254)
   SNELL & WILMER L.L.P.
7  600 Anton Blvd, Suite 1400
   Costa Mesa, CA 92626
8  Phone:      (714) 427-7000
   Facsimile:  (714) 427-7799
9              epezold@swlaw.com
               jyang@swlaw.com
10
11 Counsel for Bank of America, N.A.

**FILED**

APR 2 1 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

12            UNITED STATES BANKRUPTCY COURT

13   CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

14

15 In Re:                          | Case No.: 1:09-bk-13356-KT
                                    | Jointly Administered
16 MERUELO MADDUX PROPERTIES,       | Chapter 11
     INC., et al.,
17
                                    | **DECLARATION OF CHRISTOPHER J.**
18        Debtors-in-Possession.    | **FRYE IN SUPPORT OF BANK OF**
                                    | **AMERICA N.A.'S OPPOSITIONS TO**
19                                  | **DEBTOR'S MOTIONS: (1) TO USE CASH**
                                    | **COLLATERAL; AND (2) TO APPROVE**
20                                  | **CASH MANAGEMENT SYSTEM**

21 ☒ Affects All Debtors           | Date:   May 1, 2009
22                                  | Time:   9:30 a.m.
                                    | Place:  Courtroom 301
23                                  |         21041 Burbank Blvd.
                                    |         Woodland Hills, CA
24
                                    | Judge:  Honorable Kathleen Thompson
25
26      Christopher J. Frye hereby makes this Declaration in support of Bank of America N.A.'s

27 ("BofA's") Opposition to Debtors' Motions: (1) To Use Cash Collateral; and (2) To Approve

   Cash Management Systems and states as follows:
28

37414.0853\YANGJ\SWDMS\9944639

*Snell & Wilmer*
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1.    I am a partner of Pacific Commercial Group ("PCG"). I have personal knowledge of the facts set forth herein an am authorized by PCG to make this declaration.

2.    I am certified to conduct real property appraisals in the State of California. A copy of my Qualifications is attached to the Southpark Appraisal, which is defined and referred to in the subsequent paragraphs of this Declaration.

3.    PCG was retained by BofA to perform an appraisal of certain real property located it various parcels denoted as 1150 South Grand Avenue/1155 South Olive Street, 1100 S, Olive Street, and 1213-1229 South Hill Street/1230 South Olive Street/203 West Pico Boulevard in Los Angeles, California (the "Southpark Property").

4.    On February 7, 2009, PCG performed an inspection of the Southpark Property.

5.    On March 7, 2009, PCG submitted an "Appraisal Report of Development Land/Proposed Retail-Residential Los Angeles, California" (the "Southpark Appraisal") to BofA. A true and correct copy of the Southpark Appraisal is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct

DATED this 16th day of April, 2009.

Christopher J. Frye

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

*APPRAISAL REPORT OF*
*DEVELOPMENT LAND/PROPOSED RETAIL-RESIDENTIAL*
*LOS ANGELES, CALIFORNIA*
Project #08-052159-APR01-001

**Bank of America makes no warranties or representations regarding this document or the conclusions contained herein.**

*Date of Report:*

March 7, 2009

*Date of "As Is" Value:*

February 7, 2009

*Located at:*

Property A: 1150 S. Grand Avenue/1155 S. Olive Street
Property B: 1100 S. Olive Street
Property C: 1213-1229 S. Hill Street/1230 S. Olive Street/203 W. Pico Boulevard
Los Angeles, California 90015

*Prepared for:*

BANK OF AMERICA, N.A.
c/o Ms. Molly Alford, Market Manager
4820 Irvine Boulevard
Irvine, California 92620

*Prepared by:*

*Pacific Commercial Group*
16 Timor Sea
Newport Coast, California 92657
pcgroup@cox.net

March 7, 2009

**BANK OF AMERICA, N.A.**
c/o Ms. Molly Alford, Market Manager
4820 Irvine Boulevard
Irvine, California 92620

Re:    Development Land
       Property A: 1150 S. Grand Avenue/1155 S. Olive Street
       Property B: 1100 S. Olive Street
       Property C: 1213-1229 S. Hill Street/1230 S. Olive Street/203 W. Pico Boulevard
       Los Angeles, California 90017
       Project #08-052159-APR01-001

Dear Ms. Alford:

Pursuant to your request, I have prepared a narrative appraisal in summary format of the subject property referenced above and have reached an opinion of the **"As Is"** market value of its fee simple interest as of February 7, 2009, which was my date of inspection. The purpose of this assignment is to estimate the following values for the subject property:

•      Market Value "As Is".

The objective of the ensuing report is to estimate the aforementioned market value as of the respective date of value. The report is intended for use as an aid in acquisition, financing, loan classification and/or asset disposition. Intended users of the report may include: Bank of America, N.A., and its affiliates or subsidiaries, other participating financial institutions, governmental/non-governmental agencies, legal counsel or other transaction participants.

The accompanying appraisal report has been prepared in conformity with and is subject to the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute and the Uniform Standards of the Appraisal Foundation (USPAP). The report is also in compliance with the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA), as amended June 7, 1994 and complies with additional requirements set forth by *Bank of America's* Appraisal Department. This assignment is a narrative appraisal in a summary format (under Standards Rule 2-2(a), as defined in the Uniform Standards of Professional Appraisal Practice, USPAP) performed under Standards Rule 1 of the USPAP.

Briefly described, the property consists of multiple parcels which combined form three collective, non-contiguous development sites which are situated within one block of one another within the South Park District of Downtown Los Angeles. The land was previously utilized for parking as part of the Transamerica Center which consists of a three-building office complex with accompanying support uses. The main building is the Tower, a 32-story Type I steel superstructure located at the

Ms. Molly Alford                                                           March 7, 2009
*Bank of America , N.A.*                                                        Page 2

northeast corner of 12th and Olive Streets. The Hill Building is an 11-story Type I steel frame structure situated at the northwest corner of 12th and Hill Streets. These two buildings share the main ground floor entry lobby and retail area. The Broadway Building is a 10-story steel structure located across Hill Street from the Hill Street Building and is located at the northeast corner of Hill and 12th Streets of an urban block bound by 6th Street on the north, St. Paul Avenue on the east, Wilshire Boulevard on the south and Bixel Street on the west.

The property was designed and built for owner occupancy for Transamerica Occidental Life Insurance Company and is known as the Transamerica Center. Over the distant past (30+ years), occupancy of the center fluctuated depending on the needs of the owner. In February 1999, AEGON, N.V., one of the world's largest insurance companies, acquired Transamerica Corporation and the company began proceedings for the disposition of the asset.

On May 21, 2003, the property was sold to an investment group (CJUF New Pacific, LLC) for a reported $100,000,000. This included the three aforementioned buildings situated on 2.825 acres along with 9.16 acres of peripheral lots utilized for parking.

The office component was subsequently sold to Layton-Belling & Associates on April 7, 2005 for a reported $129,000,000 as a repositioning opportunity and the excess land parcels were sold to developers.

The subject property comprises a major portion of the excess land. The property being appraised includes a total of 214,416 square feet of gross land area (4.9223 AC) and 202,956 square feet (4.6592 AC) of net land area, after deducting for required street dedications. As previously noted, the property consists of multiple parcels with multiple addresses. For descriptive purposes, the property has been identified as Properties A, B, and C which include groupings of contiguous lots, either adjacent to one another or separated only by an alleyway. The properties are described below:

| Property | Location | Net Land | Use | Zoning |
|----------|----------|----------|-----|--------|
| A | 1150 S. Grand Ave./<br>1155 S. Olive St. | 91,423 SF | Asphalt parking | C2-4D &<br>{Q}R5-4D |
| B | 1100 S. Olive Street | 31,865 SF | Asphalt parking | C2-4D |
| C | 1213-1229 S. Hill St./<br>1230 S. Olive Street/<br>203 W. Pico Boulevard | 79,668 SF | Asphalt parking/3-story parking structure/1-story brick building | C2-4D |

Topographically, the property is generally level and at grade with no pronounced topography. A portion of Property C is improved with a 46-year old 3-story concrete parking structure which contains 170 spaces and an adjoining 1-story brick industrial building (built in 1922) currently

Ms. Molly Alford                                                      March 7, 2009
*Bank of America , N.A.*                                              Page 3

vacant. These improvements provide no contributory value and will be demolished in favor of new development. Although during the interim, the asphalt paved parking and the 3-story parking structure provide ancillary income. The parking spaces are licensed to Prestige Parking on a short term month-to-month agreement. There are no long-term lease encumbrances reportedly encumbering the property.

However, there is a parking license agreement by and between Grand Avenue Lofts, LLC ("Licensee") and the owner, Merco Group-South Park, LLC ("Licensor") which is dated September 21, 2005, which requires the licensor to provide 132 parking spaces to Grand Avenue Lofts, LLC, which is a matter or record and runs with the land. This was instituted when the property was originally acquired.

The property was acquired by the current owner on August 3, 2004 pursuant to a Purchase & Sale Agreement by and between New Pacific Realty Holdings, LLC "seller" and Merco Group, LLC "buyer" (now ownership is under Merco Group-South Park, LLC). The purchase price was $31,590,006; terms include cash to the seller and this was considered an arm's length, cash-equivalent transaction.

The buyer intends on developing the property to its highest and best use, which includes ground floor retail space and upper floor residential housing (apartment/condos). The property is within the jurisdiction of the City of Los Angeles and within a designated Redevelopment Project Area (i.e. South Park).

To-date, only development plans for a portion of Property "A" have been submitted to the City of Los Angeles Planning Department.. On November 2, 2007, the owner was granted approvals pursuant to Case No. ZA 2007-1438 for development of a 43-story, mixed-use retail/residential building containing 374 residential condominiums and 17,500 quare feet of retail space. The proposed development is to be situated on the western portion of Property "A" on a rectangular-shaped lot totaling 73,757 square feet.

A total of 857 parking spaces are to be included, which includes 132 parking spaces for the adjacent Grand Avenue Lofts project (as part of private license agreement referenced above). Although the developer does not plan on constructing any improvements at this time due to the week market conditions. As detailed as part of the Highest & Best Use section of the report, speculative development is not feasible at this time and the highest and best use is to continue to use the property for parking until such time as market conditions warrant high-rise retail/residential development.

•After an inspection of the subject property and analysis of pertinent physical and economic factors, I am of the opinion that the "As Is" market value of the fee simple interest in the herein described property, subject to the incorporated Basic Assumptions and Limiting Conditions, as of February 7, 2009 is $43,300,000. The Market Value "As Is" means an estimate of the market value of a property in the condition observed upon inspection and as it physically and legally exists without hypothetical conditions, assumptions, or qualifications as of the date of inspection.

**"AS IS" MARKET VALUE: $43,300,000**

Ms. Molly Alford                                                    March 7, 2009
*Bank of America , N.A.*                                                 Page 4

> **FORTY THREE MILLION THREE HUNDRED THOUSAND DOLLARS**

The exposure time for the "as is" value estimate has been estimated at approximately four (4) to six (6) months. The marketing time has been estimated at ten (10) to twelve (12) months.

The data, information and methodologies leading to the preceding conclusion of value is incorporated in the report following this letter. This report in its entirety, including assumptions and limiting conditions, is an integral part of and is inseparable from this letter. The reader is advised to carefully review the Basic Assumptions and Limiting Conditions stated in the report on Pages 4 and 5.

If you have any questions regarding the concluded value estimate, or require further information about the ensuing appraisal report, please contact the undersigned.

Thank you for the opportunity to be of service.

Respectfully submitted,
*PACIFIC COMMERCIAL GROUP*

Christopher J. Frye, MAI
Certified General Appraiser #AG006341; expires 11/20/10

## CERTIFICATE OF VALUE

*I, Christopher J. Frye, certify:*

• That, I have personally inspected the subject property and have considered all of the pertinent facts affecting the value thereof.

• That all market data pertaining to the final values estimate has been accumulated from various sources and where possible, personally examined and verified as to details, motivation and validity.

• That I have no present or contemplated future interest in the property appraised and neither is there any personal interest or bias with respect to the subject matter or to the principals involved.

• That this appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

• That my compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

• That I am competent to perform this appraisal assignment, by virtue of previous experience with similar assignments and/or appropriate research and education regarding the specific property type being appraised.

• That to the best of my knowledge and belief, the statements of fact contained in this report, upon which the analyses, opinions and conclusions are based, are true and correct, and subject to the limiting conditions herein set forth.

• That this appraisal sets forth all limiting conditions imposed by the terms of my assignment or by the undersigned affecting the analyses, opinions and conclusions expressed herein.

• That this appraisal report has been prepared in conformance with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute and the Uniform Standards of the Appraisal Foundation (USPAP) and the use of the report is subject to the requirements of the Institute relating to review by its duly authorized representatives.

• That I, Christopher J. Frye, have successfully met the minimum requirements for certification in California and am recognized as a "Certified General Real Estate Appraiser" (OREA ID #AG006341).

• I have the knowledge and experience necessary to complete this appraisal assignment and have appraised this property type before.

• The following report summarizes the scope of the investigation, descriptive information about the subject property and the surrounding area, valuation methodologies and the data in support thereof, as well as various exhibits upon which the foregoing value estimate has been predicated.

• Disclosure of the contents of this appraisal report is governed by the By-Laws and Regulations of

## CERTIFICATE OF VALUE
### *(Cont'd)*

the Appraisal Institute.  In furtherance of the aims of the Appraisal Institute to develop higher standards of professional performance by its members, I may be required to submit to authorized committees of said Appraisal Institute copies of this report, including subsequent modifications.

Respectfully submitted,
**PACIFIC COMMERCIAL GROUP**

Christopher J. Frye, MAI
Certified General Appraiser #AG006341; expires 11/20/10

As of the date of this report, I, Christopher J. Frye, have completed the requirements under the continuing education program of the ***Appraisal Institute***.

## *TABLE OF CONTENTS*

Title Page
Transmittal Letter
Certificate of Value
Photographs of Subject Property

**SECTION ONE:  INTRODUCTION**

Summary of Salient Facts ............................................................ 1
Basic Assumptions and Limiting Conditions ....................................... 4

**SECTION TWO:  GENERAL INFORMATION**

Identification of Property .......................................................... 6
Scope of the Investigation .......................................................... 8
Marketability ....................................................................... 8
Purpose/Function of the Appraisal .................................................. 10
Definition of Market Value ......................................................... 10
Property Rights Appraised .......................................................... 10
Date of Value ...................................................................... 11
Present Use of Property ............................................................ 11
Statement of Ownership/Management .................................................. 11
History of Property ................................................................ 10

**SECTION THREE:  DESCRIPTION AND ANALYSES**

Macro Market Overview .............................................................. 13
Los Angeles County Data ............................................................ 17
Neighborhood Data .................................................................. 23
Market Analysis .................................................................... 33
Assessed Value and Taxes ........................................................... 43
Zoning ............................................................................. 45
Site Description ................................................................... 48
Highest and Best Use ............................................................... 55

**SECTION FOUR:  VALUATION OF THE PROPERTY**

Scope of the Assignment and Valuation Process ...................................... 64
Indicated Value by the Sales Comparison Approach ................................... 65
Correlation and Final Value Estimate ............................................... 80

**SECTION FIVE:  ADDENDA**

Exhibit A:  Qualifications of the Appraiser
Exhibit B:  Title Report
Exhibit C:  Engagement Letter
Exhibit D: Conditions of Approval

# *PHOTOGRAPHS OF THE SUBJECT*



View of 1150 S. Grand, as seen from Grand Avenue at 12th Street



View of 1150 S. Grand, as seen from Grand Avenue looking southeast

## *PHOTOGRAPHS OF THE SUBJECT*



View of 1150 S. Grand as seen from southern portion of site, looking northeast



View of 1150 S. Grand as seen from 12th Street, looking north

## *PHOTOGRAPHS OF THE SUBJECT*



View of 1155 S. Olive as seen from 12ᵗʰ Street, looking northeast



View of 1155 S. Olive as seen from Olive Street, looking northwest

## *PHOTOGRAPHS OF THE SUBJECT*



View of 1213-1229 S. Hill as seen from Hill Street, looking southwest



View of 203 W. Pico Boulevard as seen from Hill Street, looking southwest

### *PHOTOGRAPHS OF THE SUBJECT*



View of 203 W. Pico as seen from Pico Boulevard, looking northeast



View of access to 203 W. Pico Boulevard from Pico Boulevard

## *PHOTOGRAPHS OF THE SUBJECT*



View of 1230 S. Olive Street as seen from intersection of Olive Street and Pico Boulevard



View of 1230 S. Olive Street as seen from Pico Boulevard, looking east

## *PHOTOGRAPHS OF THE SUBJECT*



View of 1230 S. Olive Street as seen from Olive Street, looking southeast



View of 1100 S. Olive Street as seen from intersection of Olive Street and 11th Street

## *PHOTOGRAPHS OF THE SUBJECT*



View of 1100 S. Olive Street as seen from Olive Street, looking northeast

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| Project Type: | Commercial and multi-family residential land currently utilized for surface and covered parking. |
| Address/Location: | Property A: 1150 S. Grand Avenue/1155 S. Olive Street<br>Property B: 1100 S. Olive Street<br>Property C: 1213-1229 S. Hill Street/1230 S. Olive Street/203 W. Pico Boulevard<br>Los Angeles, California 90017<br><br>NEC Grand Avenue and 12th Street; SEC Olive Street and 11th Street; NWC Hill Street and Pico Boulevard. |
| Assessor's Parcel Numbers: | Property A: 5139-020-016, 022, 024<br>Property B: 5139-019-040<br>Property C: 5139-024-003, 014, 015, 016 |
| Purpose of the Appraisal: | Estimate the following value estimate:<br><br>•    Market Value "As Is" |
| Property Description: | The property is currently improved with asphalt paving and utilized exclusively for parking. There is also a 3-story concrete parking structure and a 1-story industrial building located along Hill Street (1213 & 1229 S. Hill Street) although these are not contributory in nature and are a candidate for demolition.<br><br>The property consists of an assemblage of multiple parcels which form three larger "parcels" which are generally rectangular and "L-shaped". They are level and at grade. |

Land Areas:

| Property | Location | Net Land |
|---|---|---|
| A | 1150 S. Grand Ave./<br>1155 S. Olive St. | 91,423 SF |
| B | 1100 S. Olive Street | 31,865 SF |
| C | 1213-1229 S. Hill St./<br>1230 S. Olive Street/<br>203 W. Pico Boulevard | 79,668 SF |

| | |
|---|---|
| Proposed Improvements: | At this time, the owner has only processed development plans for a portion of Property "A". This includes a proposed high-rise, 43-story structure totaling 428,580 square feet. The structure is proposed for 374 residential condominium units |

## *SUMMARY OF SALIENT FACTS AND CONCLUSIONS*

with 17,500 square feet of retail space and an on-site parking structure providing parking for 857 spaces. The proposed development was approved on November 2, 2007; however, at this time, there are no plans to move forward with the project because of the weakening economic conditions which make the proposed project non-feasible. These approvals remain vested for a period of 3-years from November 2, 2007 and therefore, expire on November 2, 2010.

| | |
|---|---|
| Assessments/Bonds: | None |
| Zoning: | C2-4D & {Q}R5-4D; of the total land area, 73,757 square feet is designated {Q}R5-4D and the balance of 129,199 square feet is designated C2-4D within the South Park Community Plan Area |
| Property Ownership: | Merco Group-South Park, LLC |

### *Special Hazards*

| | |
|---|---|
| Flood Zone: | Zone X, flood insurance not required |
| Community Panel Number: | 06037C-1620F; 09/26/08 |
| Toxic/Hazardous Waste Conditions: | No environmental hazards were noted upon inspection; however, I am not qualified to render an opinion in this regard. I defer judgement to a qualified expert and no representations are made. |
| Seismic Hazard: | No active or potentially active faults are known to cross the site. The site does not lie within a State of California Alquist-Priolo Special Studies Zone. |
| Highest and Best Use: | Multi-family apartment development with ancillary ground floor commercial retail space, when market conditions warrant. At this time, speculative development is not feasible and therefore, the existing use as surface and covered parking are an interim use pending future redevelopment of the sites. |
| Property Rights Appraised: | Fee simple estate |
| Date of "As Is" Value: | February 7, 2009 |
| Date(s) of Inspection: | February 7, 2009 |

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS

Final Value Conclusions Summary:

| | Estimated Value | Per SF | Effective Date |
|---|---|---|---|
| Market Value "As Is" | $43,300,000, or $213.35/SF | | 02/07/09 |

Sales Comparison Approach Summary (Land Value):

| | High/SF | Low/SF | Average/SF |
|---|---|---|---|
| Unadjusted Range: | $408.12/SF | $225.00/SF | $286.56/SF |
| Adjusted Range: | $261.83/SF | $189.78/SF | $227.31/SF |
| Indicated Value: | $43,300,000, or $213.35/SF, after deducting $2,378,830 for costs associated with providing required 132 space parking garage. | | |

**Market Value Estimate:**

| | |
|---|---|
| Sales Comparison Approach: | $43,300,000 |
| Market Value Conclusion: | $43,300,000 |
| Estimated Exposure /Marketing Time: | Four (4) to six (6) months and ten (10) to twelve (12) months, respectively |