Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Bernard R. Given II (State Bar No. 134718)
  bgiven@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor Cathay Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtor and Debtor-in-Possession.<br><br>☒ Affects all Debtors.<br><br>☐ Affects the following Debtor(s): | CASE NO. 1:09-bk-13356-KT<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**DECLARATION OF DAVID A. ZORASTER**<br><br>DATE: May 4, 2009<br>TIME: 9:30 A.M.<br>CTRM: 301 |

---

[1] Pursuant to the Court's order this case is being jointly administered with 43 chapter 11 case filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT, 1:09-bk-13356-KT, 1:09-bk-13358-KT, 1:09-bk-13359-KT, 1:09-bk-13360-KT, 1:09-bk-13361-KT, 1:09-bk-13362-KT, 1:09-bk-13363-KT, 1:09-bk-13364-KT, 1:09-bk-13365-KT, 1:09-bk-13366-KT, 1:09-bk-13367-KT, 1:09-bk-13368-KT, 1:09-bk-13369-KT, 1:09-bk-13370-KT, 1:09-bk-13371-KT, 1:09-bk-13372-KT, 1:09-bk-13373-KT, 1:09-bk-13374-KT, 1:09-bk-13375-KT, 1:09-bk-13376-KT, 1:09-bk-13377-KT, 1:09-bk-13378-KT, 1:09-bk-13379-KT, 1:09-bk-13380-KT, 1:09-bk-13381-KT, 1:09-bk-13382-KT, 1:09-bk-13383-KT, 1:09-bk-13384-KT, 1:09-bk-13385-KT, 1:09-bk-13386-KT, 1:09-bk-13387-KT, 1:09-bk-13388-KT, 1:09-bk-13389-KT, 1:09-bk-13390-KT, 1:09-bk-13391-KT, 1:09-bk-13392-KT, 1:09-bk-13393-KT, 1:09-bk-13394-KT, 1:09-bk-13395-KT, 1:09-bk-13396-KT, 1:09-bk-13397-KT, 1:09-bk-13398-KT, 1:09-bk-13399-KT, 1:09-bk-13400-KT, 1:09-bk-13401-KT, 1:09-bk-13402-KT, 1:09-bk-13403-KT, 1:09-bk-13404-KT, 1:09-bk-13405-KT, 1:09-bk-13406-KT, 1:09-bk-13407-KT, 1:09-bk-13434-KT, 1:09-bk-13439-KT.

# DECLARATION OF DAVID A. ZORASTER

David A. Zoraster declares:

1. I am a member of the Appraisal Institute and I am entitled to use the "MAI" designation. I am employed by CB Richard Ellis, Inc., in its Valuation & Advisory Services. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called up to do so. My qualifications are summarized at the end of the attached exhibits.

2. I was engaged to provide to Frandzel Robins Bloom & Csato, LC, an opinion of value as to the properties commonly known as Seventh and Alameda Square, and the Seventh Street Produce Market. My opinions of value as to those properties, and the analysis that I performed as to each property, are attached hereto as Exhibits 33 and 34.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed this 4th day of May, 2009, at Woodland Hills, California.

_____
DAVID A. ZORASTER