RICHARD K. DIAMOND (State Bar No. 070634)
rdiamond@dgdk.com
JOHN J. BINGHAM, JR. (State Bar No. 075842)
jbingham@dgdk.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC. et. al.,[1]<br><br>Debtors and Debtors in Possession<br><br>☑ Affects all Debtors<br><br>☐ Affects the following Debtor(s): | BK No. 1:09-bk-13356-KT<br><br>Chapter 11<br><br>**DECLARATION OF TODD NIELSEN CONCERNING DOCUMENTS PRODUCED PURSUANT TO REQUESTS OF VARIOUS SECURED CREDITORS IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR USE OF CASH COLLATERAL**<br><br>Jointly Administered<br><br>Date: May 8, 2009<br>Time: 1:30 p.m.<br>Ctrm: For One Day Only<br>Courtroom 1539<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY

JUDGE, AND INTERESTED PARTIES:

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

# DECLARATION OF TODD NIELSEN

I, Todd Nielsen, declare and state as follows:

1. I am general counsel for Meruelo Maddux Properties, Inc. ("MMPI"), and affiliated entities (the "Debtors"). I am an attorney duly licensed to practice law in all of the courts of the State of California.

2. In the performance of my duties for the Debtors, I assisted in the presentation of various and sundry documents pursuant to certain requests made by a number of secured creditors of the Debtors. This production occurred over the days April 10 and 13, 2009.

3. In that regard, among other things produced, I either personally placed or caused to be placed in a conference room at MMPI's business premises property files for each and every entity owning real property. The property file is the primary file that we maintain concerning the ownership of the Debtors' properties. The following documents generally appear in each and every property file for each and every Debtor that owns real property:

    a. the Purchase Agreement;

    b. Closing Statement;

    c. Grant Deed;

    d. a Title Policy or Title Report;

    e. any writings concerning environmental reports or inspections;

    f. a survey, if one was performed;

    g. loan documents, if the property is subject to a loan; and

    h. the most current appraisal, if any.

4. In particular, I reviewed on May 7, 2009, the property file for the property commonly called 1211 E. Washington, owned by Merco Group – 1211 E. Washington Boulevard, LLC. I inspected the contents of the file which consists of two three-ring notebooks and observed that the documents generally described above appeared in these two three-ring binders. I also observed two Title Policies, and in reviewing the Title Policies ascertained that they clearly identified the parcels by meets and bounds and APN numbers for the properties owned by the

1 | Debtor: four properties. Attached hereto marked Exhibits "1" and "2" incorporated herein by this
2 | reference are true and correct copies of said Title Policies.

3 |     5.    Also in reviewing the file, I observed that there was contained therein two Grant
4 | Deeds. I observed that the Grant Deeds reflect not only the meets and bounds of the property
5 | owned by the Debtor, but also its APN numbers. Attached hereto marked Exhibits "3" and "4" and
6 | incorporated herein by this reference are true and correct copies of said Grant Deeds.

7 |

8 |     I declare under penalty of perjury that the foregoing is true and correct, and if called upon
9 | as a witness, I could testify competently to each and every fact stated herein.

10 |     Executed this __7__ day of May, 2009 at Los Angeles, California.

*[signature]*

TODD NIELSEN

337586 v1. [XP] 25195