RICHARD K. DIAMOND (State Bar No. 070634)
RDiamond@DGDK.com
JOHN J. BINGHAM, JR. (State Bar No. 075842)
JBingham@DGDK.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
JTedford@DGDK.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC., et al.[1]

    Debtors and Debtors-in-Possession.

☐  Affects all Debtors

☑  Affects the following Debtor(s):

Alameda Produce Market, LLC
(Case No. 1:09-bk-13394-KT)

) Case No. 1:09-bk-13356-KT
)
) Chapter 11 (Jointly Administered)
)
) **DECLARATION OF JOHN N.**
) **TEDFORD, IV, IN SUPPORT OF**
) **DEBTORS' OPPOSITION TO CATHAY**
) **BANK'S MOTION TO DECLARE**
) **ALAMEDA PRODUCE MARKET, LLC**
) **A "SINGLE ASSET REAL ESTATE"**
) **CASE PURSUANT TO 11 U.S.C**
) **§ 101(51B) AND IMPOSE THE**
) **REQUIREMENTS OF 11 U.S.C**
) **§ 362(d)(3) IN ACCORDANCE**
) **THEREWITH**
)
) Date:    May 21, 2009
) Time:    2:00 p.m.
) Place:   Courtroom 301
)          21041 Burbank Blvd.
)          Woodland Hills, California
)
)

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

1

337617.01 [XP]     25195

1  I, John N. Tedford, IV, declare and state as follows:

2  1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and am a member of the Bar of this Court. I am the principal of a professional corporation which is a partner in the law firm of Danning, Gill, Diamond & Kollitz, LLP, proposed bankruptcy counsel for Meruelo Maddux Properties, Inc., and fifty-three of its direct and indirect subsidiaries which each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about March 26 and 27, 2009 (collectively the "Debtors"), including Alameda Produce Market, LLC.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. In connection with the Debtors' pending motion for authority to use cash collateral and approval of their cash management system, Cathay Bank served this office with *Cathay Bank's Production of Documents Concerning Motion Re Use of Cash Collateral* (the "Production"). The documents attached to the Production were numbered consecutively starting with CB00001 and continuing through CB0031.

4. Attached as Exhibit "1" hereto are true and correct copies of pages CB00064 through CB00176 of the Production. This document is a Complete Appraisal Summary Report dated August 25, 2005, prepared for Cathay Bank by CB Richard Ellis. At page number CB00067, the document reflects that it relates to property described by the appraiser as "Seventh and Alameda Square (previously known as the Rycoff properties)" and located at "761 Terminal Street, at the southwest corner of Seventh and Alameda, Los Angeles, California."

5. Attached as Exhibit "2" hereto are true and correct copies of pages CB00236 through CB00331 of the Production. This document is a Complete Appraisal Report dated August 30, 2005, prepared for Cathay Bank by CB Richard Ellis. At page number CB00239, the document reflects that it relates to property described by the appraiser as being located at "1312 East Seventh, at the southeast corner of Central Avenue, Los Angeles, California 90021." At page number

///
///

-2-

337617.01 [XP]    25195

1  CB00263, among other places, the document reflects that the appraised property was described by
2  the appraiser as "Seventh Street Produce Market."
3
4       I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.
6       Executed on May 7, 2009, at Los Angeles, California.
7
8                                                          JOHN N. TEDFORD, IV
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

337617.01 [XP]     25195