| | |
|---|---|
| 1 | RICHARD K. DIAMOND (State Bar No. 070634) |
| | *RDiamond@DGDK.com* |
| 2 | JOHN J. BINGHAM, JR. (State Bar No. 075842) |
| | *JBingham@DGDK.com* |
| 3 | JOHN N. TEDFORD, IV (State Bar No. 205537) |
| | *JTedford@DGDK.com* |
| 4 | DANNING, GILL, DIAMOND & KOLLITZ, LLP |
| | 2029 Century Park East, Third Floor |
| 5 | Los Angeles, California 90067-2904 |
| | Telephone: (310) 277-0077 |
| 6 | Facsimile: (310) 277-5735 |
| 7 | Attorneys for Meruelo Maddux Properties, Inc., |
| | and affiliated Debtors and Debtors-in-Possession |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:09-bk-13356-KT |
| | ) |
| MERUELO MADDUX PROPERTIES, INC., et al.[1] | ) Chapter 11 (Jointly Administered) |
| | ) |
| Debtors and Debtors-in-Possession. | ) **NOTICE OF MOTION AND DEBTOR-IN-POSSESSION'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 146 EAST FRONT STREET, COVINA, CALIFORNIA, FREE AND CLEAR OF LIENS, AND WAIVER OF 10-DAY STAY PER F.R.B.P. 6004(h); AND DECLARATION OF RICHARD MERUELO IN SUPPORT THEREOF** |
| ☐ Affects all Debtors | ) |
| ☑ Affects the following Debtor(s): | ) |
| Merco Group – 146 E. Front Street, LLC (1:09-bk-13380-KT) | ) [Ex parte application for order shortening time filed concurrently herewith] |
| | ) Date: [TO BE SET] |
| | ) Time: [TO BE SET] |
| | ) Place: Courtroom 301 |
| | ) 21041 Burbank Blvd. |
| | ) Woodland Hills, California |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

**PLEASE TAKE NOTICE** that, on a date and time to be set by the Court, Merco Group – 146 E. Front Street, LLC ("MG Front Street"), will and hereby move for an order authorizing MG Front Street to sell real property located at 146 East Front Street, Covina, California, free and clear of liens under 11 U.S.C. § 363(f), and for a waiver of the 10-day stay otherwise applicable to such orders. MG Front Street requests that the Court enter an order in substantially the form of the proposed order that is attached as Exhibit "1" hereto.

This motion is made on the following grounds: On March 26 and 27, 2009, Meruelo Maddux Properties, Inc. ("MMPI"), and fifty-three of its direct and indirect subsidiaries (with MMPI, the "Debtors") filed petitions for relief under Chapter 11 of title 11 of the United States Code. One of the Debtors is MG Front Street, which filed its Chapter 11 petition on March 27, 2009 (the "Petition Date").

As of the Petition Date, MG Front Street owned real property located at 146 East Front Street, Covina, California, APN 8430-024-014 and 8430-024-016 (the "Property"). The Property is improved by an approximately 7,700 square foot building on approximately 39,375 square feet of land.

In February 2009, prior to the Petition Date, MG Front Street agreed to sell the Property to Vartan and Dzovig Koroghlian (collectively the "Koroghlians"), who are unrelated to the Debtors and are currently leasing the Property from MG Front Street. The original purchase price was $1,144,450. Pursuant to subsequent amendments, the sale price was reduced to $1,114,450. A copy of MG Front Street's purchase and sale agreement with the Koroghlians, as amended, is attached as Exhibit "2" to the Declaration of Richard Meruelo appended hereto.

MG Front Street is requesting authority to sell the Property free and clear of liens pursuant to § 363(f) of the Code. The only known encumbrances against the Property consist of (1) liens in favor of Los Angeles County securing real property taxes and related charges,[2] and (2) disputed liens in favor of secured creditors pursuant to the Court's interim orders authorizing the Debtors'

---

[2] According to the County's proof of claim filed in MG Front Street's case, the aggregate amount of real property taxes and penalties owed as of the Petition Date was $31,415.67.

use of cash collateral granting replacement lien on an interim basis to the extent of any diminution in the value of such creditors' collateral. No brokerage commissions will be paid in connection with the sale. MG Front Street is authorized to sell the Property free and clear of liens because, among other things, the purchase price exceeds the value of all liens against the Property. *See* 11 U.S.C. §§ 363(f)(3).

The purchase price was negotiated with the Koroghlians at arm's length, and the price is fair and reasonable. MG Front Street is requesting that the Court determine that the Koroghlians are good faith purchasers entitled to the protections afforded to such purchasers under § 363(m) of the Code.

Concurrently, MG Front Street is filing an application requesting, among other things, that the Court hear this motion on shortened time. So MG Front Street can close the proposed sale of the Property as soon as practicable, MG Front Street is requesting that the Court waive the 10-day stay otherwise applicable pursuant to Federal Rule of Bankruptcy Procedure 6004(h).

The following disclosures are made pursuant to LBR 6004-1(c)(3):

<u>Date, time and place of the hearing on the proposed sale</u>. MG Front Street is filing an application for order shortening time, requesting that the Court set a hearing on this motion on June 17, 2009, at 2:00 p.m. MG Front Street anticipates that it will serve a notice of the hearing date and time after the hearing is set. The hearing will take place in Courtroom 301 of the United States Bankruptcy Court located at 21041 Burbank Blvd., Woodland Hills, California.

<u>Name and address of the proposed buyer</u>. Vartan and Dzovig Koroghlian.

<u>A description of the property to be sold</u>. All of MG Front Street's right, title and interest in real property located at 146 East Front Street, Covina, California.

<u>Terms and conditions of the proposed sale, including the price and all contingencies</u>. The sale price will be $1,114,450. The terms and conditions of the sale are set forth in the Standard Offer, Agreement and Escrow Instructions for Purchase of Real Estate attached as Exhibit "2" to the Declaration of Richard Meruelo.

///

- 3 -

<u>Whether the proposed sale is free and clear of liens, claims or interest, or subject to them.</u> The proposed sale is free and clear of any and all liens, claims and interests. Real property tax liens will be removed from the Property and attach to the net sales proceeds. MG Front Street anticipates that the real property tax liens will be paid in full through escrow. The Debtors request that the Court order that the balance of the net sale proceeds are free and clear of any and liens, claims and interests.

<u>Whether the proposed sale is subject to higher and better bids.</u> The proposed sale, which was negotiated and agreed to prior to the Petition Date, is not subject to overbids.

<u>The consideration to be received by the estate, including estimated commissions, fees, and other costs of sale.</u> The gross sales price will be $1,114,450. No real estate broker commissions will be paid. MG Front Street estimates that the costs of sale will be approximately $41,500, resulting in net sale proceeds of approximately $1,072,950.

<u>A description of the estimated or possible tax consequences to the estate, if known, and how any tax liability generated by the sale of the property will be paid.</u> The Property was purchased by MG Front Street in 2004 for $1,450,000. Accordingly, MG Front Street does not anticipate that it will incur capital gain taxes in connection with the sale.

<u>The date by which an objection must be filed and served.</u> See below.

The Motion is based upon this notice and motion, the Declaration of Richard Meruelo appended hereto, the papers and pleadings on file in this case, and such other evidence as may be presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are concurrently filing an application for order shortening time in which they are requesting that the Court set a hearing on this matter on or before June 17, 2009, and that such order further provide that oppositions, if any, may be presented orally at the hearing. If the Debtors' application is granted, the Debtors will file and serve a notice of the hearing on this Motion, which notice will identify the date and time of the hearing and the deadline, if any, to file written oppositions. Oppositions not presented as set forth

///

- 4 -

339151.02 [XP]    25195

| | |
|---|---|
| 1 | in the notice may be deemed waived.  If you do not have any objection to this motion, you need not |
| 2 | take any further action. |

Dated: June 12, 2009            DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____/s/ John Tedford IV_____
John N. Tedford, IV
Attorneys for Meruelo Maddux Properties,
Inc., and affiliated Debtors and Debtors-in-
Possession

339151.02 [XP]    25195

# DECLARATION OF RICHARD MERUELO

I, Richard Meruelo, declare and state as follows:

1. I am the Chief Executive Officer and Chairman of the Board of Directors of Meruelo Maddux Properties, Inc., a Delaware corporation ("MMPI").

2. MMPI is the parent company of approximately 69 affiliated entities, including Merco Group – 146 E. Front Street, LLC ("MG Front Street"). On March 26 and 27, 2009, MMPI, MG Front Street and fifty-two other of the affiliated entities (collectively the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. I am a designated officer of each of the affiliated entities, including MG Front Street, and am authorized to give this declaration.

3. As a result of my being Chief Executive Officer of MMPI and a designated officer of MG Front Street and each of the affiliated entities, and my review of relevant documents, I am familiar with the Debtors' day-to-day operations, business affairs, and books and records, and the manner in which they are prepared. Except as otherwise noted, all facts set forth in this declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management team, my review of relevant documents, or my opinion, based on, among other things, my experience and knowledge of the Debtors' operations and financial conditions.

4. MG Front Street owns real property commonly known as 146 East Front Street, Covina, California (the "Property"). The Property is improved by an approximately 7,700 square foot building on approximately 39,375 square feet of land.

5. In February 2009, MG Front Street entered into a purchase and sale agreement with Vartan and Dzovig Koroghlian (collectively the "Koroghlians"). The Koroghlians are not related to MMPI or any of MMPI's affiliates. To the best of my knowledge and belief, the Koroghlians are also not related to or an affiliate of myself or any of MMPI's insiders.

6. Pursuant to the agreement, the Koroghlians agreed to purchase the Property for the sum of $1,144,450. Pursuant to subsequent negotiations with the Koroghlians, MG Front Street agreed to reduce the sale price by $30,000, to $1,114,450. This price was reached after arm's

length negotiations between MG Front Street and the Koroghlians. In my opinion, based upon my knowledge of and experience with the real estate market in downtown Los Angeles and surrounding areas, the sale price of $1,114,450 represents a fair and reasonable price for the Property. The proposed sale has been made on ordinary and common terms in the commercial real estate industry, and are set forth in the Standard Offer, Agreement and Escrow Instructions for Purchase of Real Estate, and amended and supplemental escrow instructions, attached as Exhibit "2" hereto. No broker's commissions will be paid as part of the proposed sale.

7. Attached as Exhibit "3" hereto is a title report dated March 12, 2009, with respect to the Property. Based on the title report, my personal knowledge of the identity of liens against the Property, and information provided to me by MMPI's employees, I believe that liens against the Property consist of (1) a lien in favor of Los Angeles County securing real property taxes and related charges, and (2) liens that may be alleged to exist in favor of creditors holding secured claims against other Debtors who are afforded liens on an interim basis against "unencumbered" properties owned by MG Front Street and certain other Debtors to the extent of the diminution in value of such creditors' collateral. I do not believe that there has been any such diminution in value of the creditors' collateral; therefore, any alleged liens against the Property are disputed.

8. I believe that the proposed sale of the Property at this time is in the best interests of the Debtors, their bankruptcy estates and creditors, and should be approved by the Court.

9. The Property was purchased by MG Front Street in 2004 for $1,450,000.

10. The Koroghlians are currently leasing the Property from MG Front Street, and have been leasing and using the Property since MG Front Street purchased the Property. Except with respect to the proposed sale and the negotiations which led to the execution of the sale agreement and their current lease of the Property, I have no independent knowledge or familiarity with the

///

///

///

///

///

339151.02 [XP]    25195

Koroghlians. I believe that the Koroghlians do not have any connection with the Debtors or anyone else associated with the Debtors' estates or the administration of the Debtors' estates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California on June ___, 2009.

_____SIGNATURE TO FOLLOW_____
Richard Meruelo

- 8 -

339151.02 [XP]    25195