RICHARD K. DIAMOND (State Bar No. 070634)
*RDiamond@DGDK.com*
JOHN J. BINGHAM, JR. (State Bar No. 075842)
*JBingham@DGDK.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc.,
and affiliated Debtors and Debtors-in-Possession

**FILED & ENTERED**

**JUN 29 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re

MERUELO MADDUX PROPERTIES, INC., et al.[1]

    Debtors and Debtors-in-Possession.

☐    Affects all Debtors

☑    Affects the following Debtor(s):

Merco Group – 146 E. Front Street, LLC
(1:09-bk-13380-KT)

Case No. 1:09-bk-13356-KT

Chapter 11 (Jointly Administered)

**ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 146 EAST FRONT STREET, COVINA, CALIFORNIA, FREE AND CLEAR OF LIENS, AND WAIVER OF 10-DAY STAY PER F.R.B.P. 6004(h)**

Date:    June 17, 2009
Time:    2:00 p.m.
Place:    Courtroom 301
          21041 Burbank Blvd.
          Woodland Hills, California

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

- 1 -

339436.02 [XP]    25195

On June 17, 2009, at 2:00 p.m., the Court heard and considered the *Debtor-In-Possession's Motion for Authority to Sell Real Property Located at 146 East Front Street, Covina, California, Free and Clear of Liens, and Waiver of 10-Day Stay Per F.R.B.P. 6004(h)* (the "Motion") filed by Merco Group – 146 E. Front Street, LLC ("MG Front Street"), the Honorable Kathleen Thompson, United States Bankruptcy Judge, presiding. Appearances were as noted on the record at the hearing.

The Court having considered the Motion, all papers filed in support thereof including the Declaration of Richard Meruelo, and all of the other pleadings on file in the Debtors' cases, having heard the statements of counsel and representations of Mr. Meruelo at the hearing, having found that Vartan and Dzovig Koroghlian are good faith purchasers within the meaning of 11 U.S.C. § 363(m), having found that notice of the hearing and the Motion was adequate and proper, for good cause appearing,

**IT IS ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. MG Front Street is authorized to convey fee title to the real property commonly known as 146 East Front Street, Covina, California (the "Property") to Vartan and Dzovig Koroghlian (collectively the "Koroghlians"), for $1,114,450, pursuant to the terms and conditions of the sale agreement that was attached as Exhibit "2" to the Declaration of Richard Meruelo appended to the Motion. The legal description of the Property is set forth in Exhibit "A" hereto.

3. The sale shall be free and clear of all liens against the Property, which liens shall be removed from the Property, including without limitation the following:

    a. all real property tax liens in favor of the County of Los Angeles (the "County"); and

    b. all liens alleged to exist in favor of creditors holding secured claims against Debtors affiliated with MG Front Street and who have been afforded liens against "unencumbered" real properties owned by MG Front Street and certain other Debtors as and for adequate protection against any diminution in the value of such creditors' collateral arising from the Debtors' use of cash collateral.

- 2 -

339436.02 [XP]    25195

1     4. MG Front Street is authorized to pay through escrow all real property taxes and
2  related charges owed to the County and ordinary and reasonable escrow and closing costs.  The
3  balance of the sale proceeds shall be deposited and maintained in a separate debtor-in-possession
4  account at U.S. Bank or other institution identified on the list of approved depositories published
5  by the Office of the United States Trustee – Region 16 and the funds shall not be disbursed from
6  such account without further order of the Court.
7     5. The recordation of this order with the Los Angeles County Recorder's Office shall
8  constitute a discharge, termination and cancellation as to the Property of all of the liens against the
9  Property without the need for reconveyance or release of such liens or other interests.
10    6. The Koroghlians shall be entitled to all of the protections afforded to good faith
11 purchasers pursuant to 11 U.S.C. § 363(m).
12    7. MG Front Street is authorized to execute all documents and otherwise take all
13 actions it deems necessary and appropriate to close the sale of the Property to the Koroghlians.
14    8. The ten-day stay of enforcement of this order set forth in Federal Rule of
15 Bankruptcy Procedure 6004(h) is waived, and the terms and conditions of this order shall be
16 immediately effective and enforceable upon its entry.
17    # # # # #

DATED: June 29, 2009

*Kathleen Thompson*
United States Bankruptcy Judge

- 3 -

339436.02 [XP]        25195

**EXHIBIT A: LEGAL DESCRIPTION**

Real property in the City of Covina, County of Los Angeles, State of California, described as follows:

LOTS 16 TO 25 IN BLOCK B OF ADDITION NO. 1, IN THE TOWN OF COVINA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 59 PAGE 1 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, TOGETHER WITH THE WEST HALF OF THAT PORTION OF THE ALLEY LYING BETWEEN THE EASTERLY PROLONGATION OF THE SOUTH LINE OF LOT 25 AND THE EASTERLY PROLONGATION OF THE NORTH LINE OF LOT 16 AS VACATED BY RESOLUTION OF THE CITY OF COVINA, RECORDED MAY 10, 1971 AS INSTRUMENT NO. 2946.

APN:  8430-024-014 and 8430-024-016

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/NEF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 146 EAST FRONT STREET, COVINA, CALIFORNIA, FREE AND CLEAR OF LIENS, AND WAIVER OF 10-DAY STAY PER F.R.B.P. 6004(h)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On June 19, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Via U.S. Mail: The Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., # 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 19, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 19, 2009 | Martha Gonzalez | /s/ Martha Gonzalez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

- 5 -

339436.02 [XP]     25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC., et al.  Debtor(s). | CHAPTER 11  CASE NUMBER 1:09-13356-KT |

**ADDITIONAL SERVICE INFORMATION**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

**Via E-Mail:**

Office of the United States Trustee: U.S. Trustee, ustpregion16.wh.ecf@usdoj.gov; Jennifer L. Braun, Jennifer.L.Braun@usdoj.gov
Counsel for Bank of America: Donald L. Gaffney, dgaffney@swlaw.com; Eric S. Pezold, epezold@swlaw.com; Jasmin Yang, jyang@swlaw.com
Counsel for California Bank and Trust: Brian T. Harvey, bharvey@buchalter.com
Counsel for Capmark Finance Inc.: Thomas M Geher, tmg@jmbm.com; John A Graham, jag@jmbm.com
Counsel for Cathay Bank: Michael G Fletcher, mfletcher@frandzel.com; Bernard R Given, bgiven@frandzel.com
Counsel for Chinatrust Bank: Steven K Linkon, slinkon@rcolegal.com;
Counsel for East West Bank: James Stang, jstang@pszjlaw.com; Iain A W Nasatir, inasatir@pszjlaw.com
Counsel for FNBN-CMLCON I LLC:  Michael B Reynolds, mreynolds@swlaw.com, kcollins@swlaw.com; David E Leta, dleta@swlaw.com
Counsel for Kennedy Funding, Inc.: Michael S Kogan, mkogan@ecjlaw.com; Howard Camhi, hcamhi@ecjlaw.com
Counsel for Yoshiaki & Fumiko Murakami: Brian L Davidoff, bdavidoff@rutterhobbs.com; Duane Kumagai, dkumagai@rutterhobbs.com
Counsel for Pacific Commerce Bank:  Ronald R Cohn, rcohn@horganrosen.com
Counsel for United Commercial Bank: Elmer D Martin, elmermartin@msn.com
Counsel for Committee: Victor Sahn, vsahn@sulmeyerlaw.com; Elissa Miller, emiller@sulmeyerlaw.com; Alan G Tippie, atippie@sulmeyerlaw.com; Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com; Asa S Hami, ahami@sulmeyerlaw.com
Counsel for Los Angeles County (RP taxes):  Barry S Glaser, bglaser@swjlaw.com
Counsel for San Bernardino County Tax Collector: Martha E Romero, romero@mromerolawfirm.com
Counsel for the MTA:  Michaeline H Correa, mhcorrea@jonesday.com
Counsel for interested party: Martin J Brill, mjb@lnbrb.com; Craig M. Rankin, cmr@lnbrb.com
Counsel for interested party: Lawrence Peitzman, lpeitzman@pwkllp.com
Co-Counsel for California Bank and Trust:  Daniel H Slate, dslate@buchalter.com
Counsel for Vahan & Anoush Chamlian:  Rouben Varozian, rvarozian@bzlegal.com
Counsel for Imperial Bank:  Andrew F Kim, Kim-A@BlankRome.com
Counsel for Securities and Exchange Commission:  Sandra W Lavigna, LavignaS@sec.gov
Counsel for the Stanford Group:  Janis G Abrams, jabrams@gershlegal.com
Co-Counsel for United Commercial Bank:  Curtis C Jung, ccjung@aol.com
Co-Counsel for FNBN-CMLCON I LLC:  Jeffrey M Singletary, jsingletary@swlaw.com
Counsel for PNL:  Cara Hagan, carahagan@haganlaw.org
Counsel for interested party:  Dean Steinbeck, deansteinbeck@bsalawfirm.com; Peter Bonfante, peterbonfante@bsalawfirm.com
Counsel for interested party:  Robert A Weinberg, raw@rweinberglaw.com

339436.02 [XP]    25195

| In re:  MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 146 EAST FRONT STREET, COVINA, CALIFORNIA, FREE AND CLEAR OF LIENS, AND WAIVER OF 10-DAY STAY PER F.R.B.P. 6004(h)** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>June 19, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

- 7 -

339436.02 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-13356-KT |
|---|---|

**ADDITIONAL SERVICE INFORMATION**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **John J Bingham**   jbingham@dgdk.com
- **John N Tedford**   jtedford@dgdk.com
- **Aaron De Leest**   aed@dgdk.com
- **Jennifer L Braun**   jennifer.l.braun@usdoj.gov
- **Martin J Brill**   mjb@lnbrb.com
- **Howard Camhi**   hcamhi@ecjlaw.com
- **Ronald R Cohn**   rcohn@horganrosen.com
- **Michaeline H Correa**   mcorrea@jonesday.com
- **Brian L Davidoff**   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- **Michael G Fletcher**   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- **Donald L Gaffney**   dgaffney@swlaw.com
- **Thomas M Geher**   tmg@jmbm.com
- **Bernard R Given**   bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- **Barry S Glaser**   bglaser@swjlaw.com
- **John A Graham**   jag@jmbm.com
- **Asa S Hami**   ahami@sulmeyerlaw.com
- **Brian T Harvey**   bharvey@buchalter.com, IFS_filing@buchalter.com
- **Michael S Kogan**   mkogan@ecjlaw.com
- **Tamar Kouyoumjian**   tkouyoumjian@sulmeyerlaw.com
- **Duane Kumagai**   dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- **David E Leta**   dleta@swlaw.com
- **Steven K Linkon**   slinkon@rcolegal.com
- **Elmer D Martin**   elmermartin@msn.com
- **Elissa Miller**   emiller@sulmeyerlaw.com

- 8 -

339436.02 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., et al.  Debtor(s). | CHAPTER 11 CASE NUMBER 1:09-13356-KT |
|---|---|

**ADDITIONAL SERVICE INFORMATION (continued)**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Iain A W Nasatir**     inasatir@pszjlaw.com, jwashington@pszjlaw.com
- **Lawrence Peitzman**    lpeitzman@pwkllp.com
- **Eric S Pezold**    epezold@swlaw.com, dwlewis@swlaw.com
- **Craig M Rankin**    cmr@lnbrb.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Martha E Romero**    Romero@mromerolawfirm.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com
- **James Stang**    jstang@pszjlaw.com
- **Alan G Tippie**    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- **Jasmin Yang**    jyang@swlaw.com

- 9 -

339436.02 [XP]    25195