# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FILED** JUL 06 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| In re:<br>**MERUELO MADDUX PROPERTIES INC.,**<br>**et al.**<br><br>Debtor(s). | CASE NO: 09-13356-KT<br><br>**NOTICE OF REFERRAL OF APPEAL**<br><br>Notice of Appeal Filed: 6/26/09<br>Notice of Cross-Appeal Filed:<br>Bankruptcy Filed: 3/27/09 |
|---|---|

**TO:   ALL PARTIES IN INTEREST, AND**
   [X] **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, OR**
   [ ] **U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

- ☐ Motion for Leave to Appeal
- ☐ Answer in Opposition to Motion for Leave to Appeal
- X Notice of __X__ Appeal _____ Cross-Appeal
- ☐ Appellant's Statement of Election to Transfer Appeal to District Court
- X Other - Certification of direct appeal to the Court of Appeals

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

**DATED:** ___7/6/09___

JON D. CERETTO
Clerk of Court

By: ___JULIE CETULIO___
Deputy Clerk

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable Order:

- ☐ **AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)
- X **ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed after 10/22/94)

**DATED:** ___7/6/09___

JON D. CERETTO
Clerk of Court

By: ___JULIE CETULIO___
Deputy Clerk

**NOTICE OF REFERRAL (Bankruptcy)**
APPEALS : NTC-REF.BK (7/96)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
# APPEAL SERVICE LIST

**X**   NOTICE OF REFERRAL OF APPEAL

☐   CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO: _09-13356-KT_____          ADVERSARY NO: _____

---

[ X ]   BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[ ]   U. S. DISTRICT COURT
Central Dist. of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701

[ ]   U. S. DISTRICT COURT
Central Dist. of California, Southern Division
U. S. Courthouse, Room 101
751 West Santa Ana Blvd.
Santa Ana, CA 92701-4025

[ X ]   Peter Anderson
OFFICE OF THE U. S. TRUSTEE
221 N. Figueroa Street, Suite 800
Los Angeles, CA 90012-2601

[ ]   Arthur Marquis
OFFICE OF THE U. S. TRUSTEE
600 W. Santa Ana Blvd., Suite 501
Santa Ana, CA 92701-4025

---

**INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:**

**Counsel for Appellant:**
Donald L Gaffney
Eric S Pezold
**SNELL & WILMER LLP**
**600 Anton Blvd Ste 1400**
**Costa Mesa CA 92626**

**Counsel for Appellee:**
Richard K Diamond
John J Bingham
John H Tedford IV
**DANNING GILL DIAMOND & KOLLITZ LLP**
**2029 Century Park East, 3rd fl**
**Los Angeles CA 90067**

**Creditor's Committee**
Victor A Sahn
**SULMEYER KUPETZ PC**
**333 S Hope St, 35th fl**
**Los Angeles CA 90071**