# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL TRANSMITTAL FORM

TO:  CLERK

[x]   BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

[ ]   U. S. DISTRICT COURT - LOS ANGELES, CA

| | |
|---|---|
| Case Name: | MERUELO MADDUX PROPERTIES INC |
| Case No: | 09-13356-KT |
| Adversary No: | |
| Bankruptcy Filed: | 3/27/09 |
| Bankruptcy Judge: | Hon. Kathleen Thompson |
| Entry Date of Appealed Order: | 6/17/09 |
| Notice of Cross-Appeal Filed: | |
| Notice of Appeal Mailed to Parties in Interest: | 7/6/09 |

TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS :

- [ ] Appeal Deficiency Notice to Appellant
- [x] Notice of Appeal
- [ ] Motion for Leave to Appeal
- [ ] Answer in Opposition to Motion for Leave to Appeal
- [ ] Motion(s) filed under BR 8002(b)
- [ ] Notice of Cross Appeal
- [x] Notice of Referral
- [x] Copy of Court Docket:  [x] Bk. Case  [ ] Adversary  [ ] Full  [x] Partial
- [x] Other: Request for Certification for appeal to the 9th Circuit Court of Appeals

**COMMENTS:**

DATED:  July 6, 2009

JON D. CERETTO
Clerk of Court

By: Julie Cetulio, Deputy Clerk

---

*PLEASE ACKNOWLEDGE RECEIPT OF THE ABOVE-REFERENCED DOCUMENTS*

Date Received: _____    By: _____

ASSIGNED BAP/DC NO: _____

---

Transmtne.wpd                Appeal Transmittal Form