07/10/2009 14:20 FAX

1  Curtis C. Jung, Esq. (State Bar No. 130657)
   Roger Yuen, Esq. (State Bar No. 134380)
2  Monica H. Lin, Esq. (State Bar No. 237343)
   JUNG & YUEN, LLP
3  Attorneys at Law
   888 South Figueroa Street
4  Suite 720
   Los Angeles, California 90017
5  (213) 689-8880 - Tel.
   (213) 689-8887 - Fax
6  curtis@jvllp.com - Email
   www.jvllp.com - Website
7
   Elmer Dean Martin III, Esq. (SBN 75517)
8  elmermartin@msn.com
   22632 Golden Springs Dr., Suite 190
9  Diamond Bar, CA 91765
   (909) 861-6700 - Tel
10
   Attorneys for Claimant and Secured Creditor United Commercial Bank
11

**FILED**

**JUL 24 2009**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

12              UNITED STATES BANKRUPTCY COURT

13   CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

14   In re:                          )  Case No.  1:09-bk-13356-KT
                                     )
15   MERUELO MADDUX PROPERTIES,      )  CHAPTER 11
     INC., et al.,                   )
16                                   )  DECLARATION OF DAVID A.
                                     )  ZORASTER, MAI, OF CB RICHARD
17           Debtors and Debtors in  )  ELLIS, INC. IN SUPPORT OF SENIOR
             Possession.             )  SECURED CREDITOR UNITED
18                                   )  COMMERCIAL BANK'S
                                        OPPOSITION TO MOTION TO USE
19                                      CASH COLLATERAL AND CASH
                                        MANAGEMENT
20
21                                      Dates: July 15 and 27, 2009
                                        Time: 9:30 a.m.
                                        Place: Courtroom 301, 21041 Burbank
22                                      Blvd., Woodland Hills, CA
23                                      Assigned Judge: Honorable Kathleen
                                        Thompson
24
25
26
27
28   DECLARATION OF DAVID A. ZORASTER, MAI, OF CB RICHARD ELLIS, INC.

JUNG & YUEN



07/10/2009 14:21 FAX

## DECLARATION OF DAVID A. ZORASTER, MAI

I, David A. Zoraster, MAI, hereby states as follows:

1.    I am a Vice President of CB Richard Ellis, Inc. ("CBRE"), Valuation and Advisory Services, an appraisal service company that conducts real property appraisals in California. I am an MAI (Member of the Appraisal Institute) and a certified General Real Estate Appraiser, with California State certificate number AG001735. The facts set forth in this declaration are true of my personal knowledge, and if called herein as a witness I could and would competently testify thereto under oath.

2.    CBRE was retained by United Commercial Bank ("UCB")'s Counsel, Curtis C. Jung, Esq. of Jung & Yuen, LLP, to provide appraisal and valuation services on the real property located at 419 East 9th Street, to Wall, 8th, and Cecilia Streets, Downtown, Los Angeles, California 90015 (the "Wall Street Mart Property").

3.    On June 23, 2009, CBRE conducted an inspection of the Wall Street Mart Property. I personally conducted the inspection and prepared the appraisal. CBRE has prepared and completed a Summary Appraisal Report relating to the Wall Street Mart Property ("Report") dated June 26, 2009. A true and correct copy of the Report is attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed this _10_ day of July, 2009, at Los Angeles, California.

David A. Zoraster, MAI

JUNG & YUEN

2

## PROOF OF SERVICE

I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within action; my address is 888 S. Figueroa St., Suite 720, Los Angeles, CA 90017.

On July 2(, 2009, I served a copy of the within document(s) described as

DECLARATION OF DAVID A. ZORASTER, MAI, OF CB RICHARD ELLIS, INC. IN SUPPORT OF SENIOR SECURED CREDITOR UNITED COMMERCIAL BANK'S OPPOSITION TO MOTION TO USE CASH COLLATERAL AND CASH MANAGEMENT on the following interested parties in the within action by depositing a true copy thereof enclosed in a sealed envelope addressed to all individuals listed below:

See attached Service List.

[X] **BY MAIL:**    I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party serviced, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] **VIA PERSONAL SERVICE:** I caused such envelope(s) to be delivered via hand delivery to the office(s) of the addressee.

[ ] **VIA FEDERAL EXPRESS:** I caused said envelope(s) to be sent via Federal Express to the office(s) of the addressee.

[ ] **VIA FACSIMILE:** I caused said document(s) to be transmitted via facsimile to the office(s) of the addressee.

Executed on July 2(, 2009, at Los Angeles, California.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Jessica Wong

JUNG & YUEN

1

## SERVICE LIST

2

3  John J. Bingham, Jr., Esq.
   John N. Tedford, IV, Esq.
   Danning, Gill, Diamond & Kollitz, LLP
4  2029 Century Park East, Third Floor
   Los Angeles, CA 90067-2904
5  (Attorney for Debtor)

6

7  Jennifer L. Braun
   Assistant United States Trustee
   Office of the United States Trustee
8  21051 Warner Center Lane, Suite 115
   Woodland Hills, CA 91367

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MARKET VALUE APPRAISAL**
Wall Street Mart
419 East 9th Street, to Wall, 8th, and Cecilia Streets
Downtown Los Angeles, California 90015
**CB File No. 09-0558**

**As Is Date of Value:**

June 23, 2009



**Market Value Appraisal
Summary Report**

**Prepared for:**

Mr. Curtis Jung, Esq.
**JUNG & YUEN, LLP**
(for United Commercial Bank)
888 South Figueroa Street, Suite 720
Los Angeles, California 90017

EXHiSiT A



**VALUATION & ADVISORY SERVICES**

VALUATION & ADVISORY SERVICES

**CBRE**
CB RICHARD ELLIS

CB Richard Ellis, Inc.
355 South Grand Avenue
Suite 1200
Los Angeles, CA 90071-1549
www.cbre.com

June 26, 2009


Mr. Curtis Jung, Esq.
**JUNG & YUEN, LLP**
(for United Commercial Bank)
888 South Figueroa Street, Suite 720
Los Angeles, California 90017


RE:    Market Value Appraisal
       Wall Street Mart
       419 East 9th Street, to Wall, 8th, and Cecilia Streets
       Downtown Los Angeles, California 90015
       **CB File No. 09-0558**

Dear Mr. Jung:

At your request, we have prepared the following market appraisal of the multi-tenant garment building referenced above. The subject property is a one and partially two-story, multi-tenant garment and florist building, located in the Downtown Los Angeles garment district. The purpose of this assignment was to estimate its market value as of current date. The legal rights appraised were the leased fee interests. The date of value was June 23, 2009.

Under these terms and conditions, it is our opinion that the subject property has a market value equal to the sum of:

**TWENTY FOUR MILLION ONE HUNDRED THOUSAND DOLLARS**
**($24,000,000)**

The attached narrative report, together with exhibits, Certification, Limiting Conditions, and Specific Assumptions, forms an integral part of this appraisal assignment.

Sincerely,

**CB RICHARD ELLIS, INC.**
**Valuation & Advisory Services**


David A. Zoraster, MAI

DAZ:dr

# CERTIFICATION OF THE APPRAISER

I certify to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. I have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest in or bias with respect to the parties involved with this assignment.

4. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

5. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal, such as the approval of a loan.

6. This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

7. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation and the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute. In addition, this report conforms to the requirements of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA).

8. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

9. David A. Zoraster, MAI have completed the requirements of the continuing education program of the Appraisal Institute.

10. David A. Zoraster, MAI made a personal inspection of the property that is the subject of this report.

11. No one provided professional appraisal assistance to the person signing this report.

12. David A. Zoraster, MAI has extensive experience in the appraisal/review of similar property types.

13. David A. Zoraster, MAI is currently certified in the state where the subject is located.

14. Valuation and Advisory Services operates as an independent economic entity within CB Richard Ellis, Inc. Although other employees of CB Richard Ellis, Inc. divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy are maintained at all times with regard to this assignment without conflict of interest.

David A. Zoraster, MAI
Vice President
CA State Certification No. AG001735

# SUMMARY OF SALIENT FACTS AND CONCLUSIONS

**Name:**

Wall Street Mart

**Location:**

419 East Ninth Street, at the northwest corner of Ninth and Wall Street, extending north on Wall Street to East Eighth Street and west to Cecilia Street, Los Angeles, California 90015.

**Site:**

A 2.07-acre (90,169 square foot site), with four street and four corner exposure, zoned City of Los Angeles M2-2D.

**Improvements:**

A one and partially two-story, 1998-built, multi-tenant commercial and retail complex. The gross building area (ground floor only) is 90,286 square feet; the leasable area is 97,134 square feet.

**Legal Rights:**

The leased fee interest.

**Date of Value:**

June 23, 2009

**Highest and Best Use:**

The existing use is the highest and best use.

**Value Conclusion (Excluding Excess Land:**

Sales Comparison:

$26,000,000

Income Capitalization Value:

$23,900,000

Value Conclusion:

$24,000,000

**Specific Assumptions:**

1. Substantial reliance was placed upon written and verbal information obtained directly from the subject property owner and management. All information is assumed to be correct.

2. This appraisal report assumes the site to be free of toxic substances, environmental problems, and to be of adequate load-bearing capacity to support the existing and any potential development. We were not provided with environmental reports related to the subject site. No evidence of surface soil instability was observed during the physical inspection of the site.

3. Land areas and dimensions were taken or calculated from the Los Angeles County Assessor's Office map.

**SUMMARY OF SALIENT FACTS AND CONCLUSION**

4. Gross building areas were taken from Los Angeles County Assessor's Office public records.

5. Net or leasable building areas were taken or calculated from the rent roll provided by the building owner.

It is emphasized that no area takeoffs, by a professional space planner or architect, have been prepared or provided.

# TABLE OF CONTENTS

CERTIFICATION OF THE APPRAISER............................................................................ I

SUMMARY OF SALIENT FACTS AND CONCLUSIONS................................................... II

TABLE OF CONTENTS ............................................................................................. IV

INTRODUCTION....................................................................................................... 1

LOCATION ANALYSIS............................................................................................... 5

SITE ANALYSIS ...................................................................................................... 48

IMPROVEMENT ANALYSIS ...................................................................................... 51

SUBJECT PHOTOGRAPHS ...................................................................................... 54

HIGHEST AND BEST USE ....................................................................................... 58

APPRAISAL METHODOLOGY .................................................................................. 60

SALES COMPARISON APPROACH........................................................................... 62

INCOME CAPITALIZATION APPROACH .................................................................... 66

RECONCILIATION OF VALUE ................................................................................. 79

ASSUMPTIONS AND LIMITING CONDITIONS ........................................................... 80

ADDENDA

    LEGAL DESCRIPTION ...................................................................................... A

    SUBJECT RENT ROLL....................................................................................... B

    STATEMENT OF QUALIFICATIONS................................................................... C

## SUBJECT AERIAL MAP



# INTRODUCTION

## IDENTIFICATION OF THE PROPERTY

The Mereulo Wall Street Mart is a 2.07-acre (90,169 square foot site) bound by 9th Street, Wall Street, 8th Street, and Cecilia Street, in Downtown Los Angeles. It is located at the north side of the Downtown Garment or Fashion District, on the border of the Flower District.

The site is improved with a 1998-built, multi-tenant, one and partially two-story structure with rooftop parking. The gross building area (ground floor only) is 90,286 square feet, with 56 ground floor wholesale/retail shops (facing all four street fronts), two second floor spaces (previously bank occupied, now vacant), and rooftop parking with approximately 285 spaces. The gross leasable area is 97,134 square feet, divided into 87,884 square feet on the ground floor and 9,250 square feet (of vacant bank space) on the partial second floor. Occupancy is a mix of fabric and garment merchants, with florists on the north side.

The primary street address is 419 East Ninth Street, Los Angeles, California 90015.

## LEGAL DESCRIPTION

The legal description is contained in the Addenda to this report.

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to formulate and express our opinion of the market value of the property in its as is condition.

## INTENDED USE AND USER

This appraisal is intended for the exclusive use of our client, the law firm of Jung and Yuen, LLP, their client United Commercial Bank, and assignees, for purposes of collateral evaluation.

## SCOPE OF THE APPRAISAL

The appraisal included several site inspections, analysis of data provided by the property owner (particularly rental data), and a review of market conditions in the larger Downtown Los Angeles region.

Relative to market conditions, particular attention is directed to the Fashion Industry Overview and Downtown Flower District sections, beginning on page 38.

Primary weight has been given to the income capitalization approach. The sales comparison approach has also been used, but is greatly weakened by the lack of any truly comparable sales.

The comparable rental and sales data used in this report was primarily verified by the appraiser specifically for this assignment.

This report is prepared in keeping with the Uniform Standards of Professional Appraisal Practice (U.S.P.A.P.) and of the Appraisal Institute. It is also designed to meet the requirements of the Financial Institutions Reform Recovery and Enforcement Act (FIRREA) of 1989.

It is a summary report in that additional data is retained in our files.

This report is intended to be an "appraisal assignment" i.e. the intention was that the appraisal services were performed in such a manner that the result of the analyses, opinions, or conclusions are that of a disinterested third party.

## DEFINITION OF MARKET VALUE

MARKET VALUE: market value is the major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined. A current economic definition agreed upon by agencies that regulate federal financial institutions in the United States of America is:

> The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[1]

## PROPERTY RIGHTS APPRAISED

The property rights appraised consist of the leased fee interest.

---

[1] " The definition of market value ", <u>Uniform Standards of Professional Appraisal Practice</u>, adopted by the Appraisal Standards Board of The Appraisal Foundation, 1996 edition, pages 9-10.

**INTRODUCTION**

## DEFINITION OF LEASED FEE INTEREST (ESTATE)

The term "leased fee estate", as used in this report, is defined as follows:

> "Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." (Appraisal Institute, The Dictionary of Real Estate Appraisal, Fourth Edition, Chicago, Illinois, 2002.)

## DATE OF VALUE

Date of value for this appraisal was June 23, 2009.

## DATE OF INSPECTION

The primary date of inspection for purposes of this appraisal was also June 23, 2009. The exterior was inspected several other times.

## PROPERTY HISTORY/OWNERSHIP

Title to the subject property is vested in Meruelo Wall Street LLC. It was acquired by trust deed recorded January 13, 2004 (doc. no. 04-78031).

The property has been subject to some recent negotiations, with two reported offers at (per the property owner) approximately $26,000,000. Apparently neither has responded to by the owner. Note that we have independently verified one of these offers, at the reported price. It was made in March 2009, by a strong, very knowledgeable, local investor. We were unable to verify if this investor was still interested in the property at the same price.

## MARKETING/EXPOSURE TIME

A marketing/exposure time of approximately 12 months is estimated, based on the survey data contained below.

> The Korpacz Real Estate Investor Survey, Fourth Quarter 2008 National Warehouse Market, indicates an average marketing time of 6.30 months, and average marketing time of 6.08 months for all property types; the First Quarter 2009 survey showed slightly increased marketing times of 6.89 and 6.92 months respectively.

The subject property, due to its size, location, and somewhat specialized nature, would be expected to require a marketing/exposure time towards the upper end of the indicated range.

## SPECIFIC ASSUMPTIONS

1. Substantial reliance was placed upon written and verbal information obtained directly from the subject property owner and management. All information is assumed to be correct.

2. This appraisal report assumes the site to be free of toxic substances, environmental problems, and to be of adequate load-bearing capacity to support the existing and any potential development. We were not provided with environmental reports related to the subject site. No evidence of surface soil instability was observed during the physical inspection of the site.

3. Land areas and dimensions were taken or calculated from the Los Angeles County Assessor's Office map.

4. Gross building areas were taken from Los Angeles County Assessor's Office public records.

5. Net or leasable building areas were taken or calculated from the rent roll provided by the building owner.

   It is emphasized that no area takeoffs, by a professional space planner or architect, have been prepared or provided.

# LOCATION ANALYSIS



The subject property occupies the block bound by East Ninth, Wall, East Eighth, and Cecilia Streets, in the garment or fashion submarket on the east side of Downtown Los Angeles.

## DOWNTOWN LOS ANGELES OVERVIEW

### *Access and Transportation*

Downtown Los Angeles is surrounded and defined by a circle of freeways, making it one of the most accessible locations in Southern California. These freeways include the Hollywood Freeway (U.S. Highway 101) to the north and east, the Santa Ana Freeway (Interstate 5) to the east, the Santa Monica Freeway (Interstate 10) to the south, and the Harbor Freeway (Interstate 110) to the west. By comparison, other Southern California office centers, such as Beverly Hills/Century City, Newport Beach, and the South Bay all have inferior freeway access. They suffer from equal or greater traffic congestion despite having dramatically lower levels of economic activity than Downtown Los Angeles.

Surface street access through Downtown Los Angeles is via a series of major streets generally on a grid. The most significant north/south arterials are Figueroa Street, Flower Street, Grand Avenue, Hill Street, Broadway, Main Street, Los Angeles Street, San Pedro, Central, Alameda and Santa Fe. The primary

east-west streets are Cesar Chavez (Sunset) Boulevard, Temple Street, 1st Street, 3rd Street, 4th Street, 5th Street, 6th Street, Wilshire Boulevard, 7th Street, 8th Street, Olympic Boulevard, Pico Boulevard, and Venice Boulevard.

Downtown Los Angeles is the regional center of public transportation systems. The Metropolitan Transit Authority provides strong bus service to the area, making Downtown its hub of operations. Five commuter train lines, known as Metrolink, connect suburban districts to the north, east and south directly to Union Station in the northern portion of Downtown Los Angeles (at the east end of Chinatown and northeast of the Bunker Hill subarea).

Phases I and II of the Los Angeles MetroRail Red Line, a subway line linking Union Station with the Financial District and continuing through to the Mid-Wilshire District, were completed in 1996. Phases III and IV, extending the subway to Hollywood and then to North Hollywood in the San Fernando Valley were completed in 2000. Downtown stations for the MetroRail Red Line are located at 7th and Figueroa/Flower streets, Pershing Square, 1st and Hill Streets, and Union Station.

The Los Angeles-Long Beach Light Rail MetroRail Blue Line, completed in 1990, serves a 22-mile long corridor from Long Beach through south central Los Angeles into Downtown. The Blue Line shares a Downtown station at 7th and Flower/Figueroa streets with the Red Line. Another passenger rail line, known as the Gold Line, which operates from Union Station (north side of Downtown) to Pasadena (13.7 miles), opened in July of 2003.

Ridership statistics for these MTA lines are as follows:

| AVERAGE WEEKDAY MTA BOARDINGS | | | |
|---|---|---|---|
| | December 2006 | December 2007 | December 2008 |
| Red Line | 123,990 | 127,020 | 139,229 |
| Blue Line | 71,778 | 68,843 | 72,010 |
| Gold Line | 17,956 | 18,177 | 22,390 |
| Total | 213,724 | 214,040 | 233,629 |
| Source: Metropolitan Transportation Authority | | | |

Construction of a passenger rail line southeast from Union Station, jogging south on Alameda, west on 1st Street, and then east across the Los Angeles River through East Los Angeles, is now under construction, with completion scheduled for 2009. Construction of another passenger rail system, extending the existing Blue Line south along Flower-Figueroa to Exposition Boulevard, and then west to Culver City, is expected to begin in 2007.

## GOVERNMENT FACTORS – LAND USE ISSUES AND POLICIES

### Overview

Local government services are provided primarily by the city of Los Angeles, the largest city government in the state. The mayor is elected in a citywide vote, with city council members elected by districts. The city controls land use planning, building codes, and construction (although state codes override in some areas).

Public education is primarily provided by the Los Angeles Unified School District. An enormous expansion program is now underway, with the Unified School District constructing almost 80 new schools to offset overcrowding. A large number of these new sites are in the areas surrounding Downtown.

### General Political Factors

The concentration of transportation systems in Downtown Los Angeles reflects both the historic development pattern of Los Angeles and the political power of Downtown interests. This political clout is continuing. Historically, the mayor, city council, and local political administrations were pro-growth, pro-business, and pro-development.

This attitude was modified by strong anti-growth political pressures in the 1980s, resulting from traffic congestion and other lifestyle problems associated with development.

The recession of the early and mid-1990s reduced development and hence anti-growth issues. With economic recovery, in the late 1990s, both have reoccurred.

Local government employee unions are strong politically, and are very influential in the Downtown area. Social considerations tend to override economic considerations relative to government actions even in areas of business and development. An example is the growing requirements for the payment of "prevailing wages" (currently $9.39 per hour with benefits/$10.64 per hour without, subject to CPI adjustment), compared to the state of California minimum wage of $7.50 per hour (which increased to $8.00 in January 2008) on a growing range of businesses and locations.

There is also strong and growing pressure for some affordable housing to be required as part of, or as a tax against, all new development in the area.

### Utilities

Electrical service in the city is provided by the Los Angeles Department of Water and Power (DWP). It is a city-owned utility, and as such, is exempt from deregulation. Well over half its power comes from coal and nuclear plants (some out of state), most owned by the DWP. As a result it has more than adequate

power, and in fact sold excess power at a profit to other utilities during the 2001 energy shortages. Water is also provided by DWP, and is also adequate in supply for the foreseeable future. Natural gas is provided by the Southern California Gas Company, a privately owned utility. Costs rose sharply during early 2001, but have since stabilized.

## Building Codes

Building code changes have had a significant impact in Downtown Los Angeles. Most pre-1980-built buildings were not fire sprinklered. Triggered by a major fire in the high-rise 1st Interstate Bank building, a city ordinance (dated November 22, 1989) required the retroactive installation of fire sprinklers in all non-residential buildings (hotels are considered residential) over 75 feet in height. There are also proposals to apply some form of sprinkler retrofit requirements to apartments and hotels, in addition to the existing partial sprinkler requirements now in effect (the Dorothy Mae ordinance, requiring sprinklers in the hallways and stairwells of residential floors, with one sprinkler head in each room).

Upgraded seismic safety requirements also impact older buildings in Downtown. Of particular concern is a possible ordinance requiring reinforcement (not now required) of unreinforced masonry in-fill and partition walls. Hollow tile partition walls, common in older buildings, would be affected. This is a particularly difficult issue for elevator and stairwell shafts. There are also significant questions as to the structural adequacy of even the most modern steel frame high-rise buildings. The 1994 Northridge earthquake resulted in substantial damage to these buildings in West Los Angeles and the San Fernando Valley. Subsequent research indicates that standard welding techniques and materials may have been insufficient to withstand their projected lateral movement.

Handicap access rules also impact older buildings in Downtown. Federal handicap regulations, under the American with Disabilities Act (ADA), are particularly significant; although enforcement is somewhat lax.

Overall city code enforcement is generally severe, with little allowance for economic considerations. Partly as a result, a significant number of older Downtown office buildings, constructed between the 1920s and 1950s, have been closed. Government occupied buildings are particularly affected.

### Adaptive Re-Use Ordinance

Downtown Los Angeles is severely impacted by these ordinances due to its concentration of older, uneconomic office buildings. In the past, numerous proposals to convert these buildings to residential use were abandoned due in part to cost considerations associated with the building code requirements.

A Los Angeles city task force, convened to solve the prohibitive complexity and expense of city code requirements for residential conversions, resulting in the Downtown Adaptive Reuse Ordinance

(Ordinance No. 172,571), effective June 3, 1999. This ordinance modified existing codes, streamlining the entitlement process to encourage conversion of older commercial buildings to residential use. Although this ordinance did not relax any of the most significant (and expensive) life safety code requirements, it has significantly streamlined the approval process. It also eliminated on-site parking requirements for buildings without existing on-site parking.

### Redevelopment Projects

Redevelopment projects, administered by the Community Redevelopment Agency of the City of Los Angeles, an agency of the City of Los Angeles, have had a significant influence. Redevelopment projects are based on state law, by which any increase in property taxes (due to new construction or reappraisal on sale) goes to the Agency to combat "blight". Blight, broadly (and politically) defined, is interpreted to require economic and cultural development, historical preservation, and – most significantly – low income housing. The Agency has eminent domain powers and a significant de-facto city planning function.

The Downtown area has been the site of four redevelopment projects, Bunker Hill, Little Tokyo, Chinatown, and Central City. The latter project is effectively at the end of its legal and financial term. A new, expanded redevelopment project, covering 879 acres of Downtown, was approved by the Los Angeles City Council. However its approval is subject to lawsuits, which the Agency has so far lost. The most recent court ruling (issued April 19, 2005) reduces the project area to just 199 acres.

There are also plans for a new redevelopment project covering the industrial east side of Downtown.

### Business Improvement Districts

Reflecting historic dissatisfaction with city services, most of the Downtown area is now in one of several Business Improvement Districts (BID's). These are private assessment districts, created by a majority vote of property owners, approved by the Los Angeles City Council, financed by direct assessments collected by the County Tax Collector. They provide uniformed security (supplementing the police), additional street cleaning and graffiti removal, advertising and marketing, and some political advocacy service for their respective sub-districts.

### DOWNTOWN MARKETS/DISTRICTS/DEVELOPMENT TRENDS

Downtown Los Angeles is the location of numerous intensive economic districts and uses. The most important and/or those most significant relative to the subject property are described on the following pages.

### *Downtown Financial District Office Market*

The Downtown Financial District office market generally extends from 2nd Street south to 9th Street, and from the Harbor Freeway east to Olive Street, with minor expansion west of the Harbor Freeway.

#### Historic Pattern

Prior to 1967, financial offices were concentrated along the Spring Street corridor, several blocks east of the current Financial District. Beginning in the 1960's, it began to migrate westward. From 1967 through 1974, approximately 8,700,000 square feet of new office space was constructed from Olive Street west to the Harbor Freeway and from 3rd Street south to 7th Street. Subsequent development further expanded the boundaries of this new Financial District to 2nd Street on the north, Bixel Street on the west, and 9th Street on the south. While the location of the old Financial District was partly a result of the proximity of passenger rail lines to the east, the location of the new Financial District reflects its superior freeway access (and relative distance from Skid Row influences).

#### Financial District Sub-Districts

Bunker Hill comprises the northern section of the Financial District. It covers approximately 133 acres, with a higher topography and a separate Redevelopment Project Area, located north of 5th Street and east of Figueroa Street. Redevelopment began in the early 1960s, with new office construction starting in 1967. It now includes high-rise office buildings, mid-rise residential buildings and hotels, and the Museum of Contemporary Art (MOCA).

The other high quality office sub-district is the Figueroa Street Corridor, extending from 2nd Street south to 9th Street, immediately east of the Harbor Freeway. Nine high-rise office buildings were completed here from 1990 to 1992. Although not scheduled to begin construction for several years, a major (two tower, 60-story, with a one billion dollar budget) mixed-use complex has been announced for the west side of Figueroa from 7th to Wilshire, to replace the existing Wilshire Grand hotel and office project.

Other office development in the Financial District is located on parallel and cross streets to Figueroa Street south of Bunker Hill. These include Flower Street, Hope Street, and Grand Avenue, as well as 6th Street, 7th Street, Wilshire Boulevard, and 8th Street. These secondary street locations are generally inferior to Bunker Hill and the Figueroa Street corridor. Several office buildings here are being converted to residential use.

#### Current Status

A summary of the Downtown office market is shown below.

**LOCATION ANALYSIS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BUILDING SUMMARY – BY BUILDING CLASS** | | | | | | | |
| Building Class | Number of Buildings | NRA | Direct Vacancy (SF) | Direct Vacancy | Sublease Vacancy (SF) | Total Vacancy (SF) | Overall Vacancy |
| Class A+ | 16 | 14,812,427 | 1,599,670 | 10.8% | 183,403 | 1,783,073 | 12.0% |
| Class A | 27 | 14,997,336 | 1,680,744 | 11.2% | 150,685 | 1,831,429 | 12.2% |
| Class B | 54 | 13,276,176 | 1,075,884 | 8.1% | 182,477 | 1,258,361 | 9.5% |
| Class C | 52 | 7,417,925 | 450,005 | 5.9% | 38,475 | 488,480 | 6.6% |
| Totals | 145 | 50,503,864 | 4,806,303 | 9.5% | 555,040 | 5,361,343 | 10.6% |
| Source:  CoStar, 4th Quarter 2008 | | | | | | | |

_Types of Companies in the Downtown Financial District_

Downtown Los Angeles financial district occupancy is heavily legal, accounting, government, and small companies, rather than corporate.  Only six of the 100 largest public companies headquartered in Los Angeles county are located Downtown (only one of the 50 largest).  Private companies in Los Angeles County show a generally similar pattern.

Some indication of the strengths and weaknesses of the Downtown office market is shown by the headquarter locations of the largest Los Angeles area (typically L.A. County) based corporations, by type, as shown below.

| | | |
|---|---|---|
| **DOWNTOWN OFFICE SPACE USER TYPES** | | |
| Category | No. Located Downtown | Out of |
| Largest Public Companies | 14 | 200 largest |
| Largest Private Companies | 7 | 100 largest |
| Banks | 9 | 25 largest |
| SBA Lenders | 4 | 25 largest |
| Venture Capital Firms | 1 | 20 largest |
| Insurance Brokers | 3 | 20 largest |
| Financial Institutions | 10 | 25 largest |
| Law Firms | 32 | 50 largest |
| Accounting | 5 | 25 largest |
| Motion Picture Distributors | 0 | 10 largest |
| Advertising Agencies | 0 | 15 largest |
| Biotech/Biomed Firms | 0 | 25 largest |
| Architectural Firms | 9 | 25 largest |
| Source:  Los Angeles Business Journal, The Lists 2009 | | |

As shown, Downtown remains strong as a location for traditional financial and business services.  The representation of banks is somewhat misleading due to the relatively small size of Los Angeles based

banks compared to national banks. Accounting firm representation is understated; the four largest accounting firms are all Downtown.

Conversely, less traditional financial services such as SBA Lenders and Venture Capital Firms are under represented Downtown.

Downtown remains very limited as a corporate headquarters location in general, and effectively non-existent as a headquarters location for entertainment or technology companies.

Over the past 15 years, consolidation and relocations (out of Downtown and often out of California) of the banking, accounting, and petroleum industries have severely impacted the Downtown financial office district. Despite significantly lower rental rates than other (particularly West Los Angeles) area office markets, there has been limited relocation into Downtown.

Architecture is a growing category, and is probably the only example of significant office movement into Downtown. Several large firms have relocated Downtown over the past several years, attracted in part by the architecture, the growing Downtown housing and cultural presence, and the relocation Downtown of the Southern California Institute of Architecture (SCI-Arc).

## RETAIL USES

Historically, 7th Street was the retail core of the west side of Downtown. Three traditional department stores, Robinson's, Broadway and Bullocks, anchored the street. Later Citicorp Plaza, a 1980s-built mixed-use office/retail development at the southwest corner of Figueroa and 7th streets, included a three-level retail component (7th Street Marketplace), originally anchored by two department stores. Numerous small retail stores, including national chains, were also located on 7th Street.

Many, if not most, of these stores are now gone, replaced by independent retailers, non-retail uses, or left vacant. Of five historic department store spaces on 7th Street, only two are still occupied as department stores.

Downtown has generally been unsuccessful in competing with suburban shopping centers, despite its large employment base. This daytime employment base is primarily limited to lunch hour shopping. Even more than other urban office districts, retail spending by office workers in the district is dominated by prepared food (buying lunch).

Accentuating the retail decline was the consolidation of the banking industry and the downsizing of retail bank space requirements, leaving numerous large ground floor spaces, previously occupied by bank branches, vacant.

Attempts to form merchant's associations to create common marketing programs have had limited success.

Other than the Hill Street Jewelry District (concentrated in the 600 block of South Hill Street) there is very little luxury oriented shopping or even high-end specialty stores. The most successful retail districts in Downtown Los Angeles are on Broadway and in the garment district along the Santee Alley, both major shopping districts, primarily serving mid- to low-income buyers, drawn from the relatively low-income districts that surround Downtown Los Angeles.

More recently, the Downtown retail market has improved. Restaurant and nightclub openings, drawn by Staples Center, other new Downtown attractions, and the growing Downtown residential market, are described below. The growing Downtown residential market is beginning to generate significant retail activity. A Ralph's supermarket opened in 2007 in the South Park area, the first new Downtown supermarket in over 50 years. It has reportedly generated very strong sales.

### Nightclubs/Restaurants

The dramatic increase in the Downtown population, and its typical demographics (young adults with good incomes and no kids), has resulted in a sudden jump in the number and quality of restaurants, bars, and clubs in the area. This is particularly noticeable in the more central historic core area of Downtown, along Spring and Broadway, and in the South Park area. Staples Center, with its neighboring L.A. Live project, is also generating strong activity. Significantly, these are generating strong activity from outside of Downtown.

More specifically, a March 16, 2009 survey of the 120 largest restaurants in Downtown Los Angeles showed that 23 had opened since start of 2007, and 43 had opened since 2000.

### Off-Price Wholesale District Retail Activity

Contrasting the generally weak pattern in traditional retail, there has been strong growth in off-price retailing associated with the Downtown wholesale and industrial districts. The east side of Downtown is a generally industrial district with numerous specialized wholesale oriented submarkets. Many of these have developed strong retail components based on low prices (or the perception of low prices), the diversity and quantities of product, and the central location.

Examples include numerous cash and carry food markets serving individuals as well as small restaurants, primarily located along the Alameda Street corridor, in proximity to the produce markets, seafood, and other food distributors. The wholesale toy district, between Los Angeles and San Pedro streets from 3rd Street south to 5" Street, is now being marketed as a retail destination. Mixed with it are import-export companies, specializing in generally small, lightweight, relatively inexpensive manufactured products (giftware, beauty products, small electronics, garment accessories). Many of these also do a major retail business. Numerous retail flower shops surround the two wholesale flower markets on the 700 block of Wall Street.

Most significant is the retail activity in the garment district. Some blocks, from Los Angeles Street east to San Pedro Street and from 8th Street south, generate remarkable retail activity. Indeed, foot traffic in the best blocks is the highest of any street in Los Angeles, particularly on Saturday and on or near the Santee Alley. Retail rents for small spaces leased to non-credit tenants are in the $12 and up per square foot per month range.

### Downtown Residential Market

The enormous Downtown work force, combined with the high cost of commuting and smaller family sizes, makes Downtown Los Angeles a logical residential district. Past Los Angeles City Planning Department studies for the Central City Community Plan Area showed only 10,730 residential units in Downtown, compared to 200,800 jobs (1990-1994). At 18.7 jobs per resident, Downtown had the worst housing/job ratios in the region. As a result, government planning has long encouraged Downtown housing. Indeed, the majority of the South Park area of Downtown (generally south of 8th Street from Flower east to Olive streets) was downzoned specifically for residential use. Downtown is one of very few areas in the region where high-density residential development is encouraged rather than being resisted by local government and neighborhood groups. High-rise Downtown residential and mixed-use projects now in planning are receiving expedited entitlement processing, with no opposition.

#### History

In the 1980s and early 1990s, a number of modern high-rise residential projects were built Downtown, primarily on Bunker Hill and in the South Park area. Despite generally high occupancy rates, they had limited financial success, even with substantial subsidies. Renovation of older buildings for non-subsidized or limited subsidy housing use at the time was even less successful.

More successful during the 1980s were conversions of older multi-story industrial loft buildings to artist loft in the industrial areas east of Alameda Street. Originally an illegal use by zone of abandoned buildings, they were later legitimized by a city ordinance. Most are (at least in theory) work-live units. Interior surfaces are generally unfinished. Unit sizes are often 1,500+ square feet, perhaps the most important distinction from typical apartments.

Initially successful, artist loft conversions stagnated in the early 1990s, reflecting both the high costs of the conversions and poor economic conditions.

#### Current Status – Market Rate Downtown Housing

These past trends have now reversed. Demand and rental rates for Downtown apartments and artist lofts have risen sharply over the past decade. Limited new construction in other areas of the city, combined with several years of strong economic growth, have driven residential rents and prices up

**LOCATION ANALYSIS**

sharply throughout the region. At the same time, cultural and social changes have made urban living more attractive to a large part of the population. The city, through the Downtown Adaptive Reuse Ordinance, effective June 3, 1999, significantly streamlined the approval process for residential conversion of obsolete commercial buildings. Declining crime rates have also been very important.

The result has been strong Downtown residential development in most cities nationwide, and most significantly in Downtown Los Angeles.

The Downtown Los Angeles residential inventory, as of Fourth Quarter 2008 (excluding Chinatown), per the Downtown Los Angeles Business Improvement District studies, was as follows:

| DOWNTOWN HOUSING INVENTORY | | | | | |
|---|---|---|---|---|---|
| Existing Housing | Affordable | Market Rental | Market Condo | Market Total | Grand Total |
| Existing as of Dec. 31, 1998 | 8,445 | 2,352 | 829 | 3,181 | 11,626 |
| Constructed Since Adaptive Reuse Ordinance (June 1999) to Present | 2,042 | 7,551 | 4,792 | 12,343 | 14,385 |
| **Existing Sub-total** | 10,487 | 9,903 | 5,621 | 15,524 | 26,011 |
| | | | | | |
| **Under Development of Plan Check** | | | | | |
| Under Construction | 321 | 1,225 | 1,934 | 3,158 | 3,490 |
| Permitted | 150 | 0 | 2,951 | 2,951 | 3,101 |
| Under Plan Check | 127 | 862 | 4,240 | 5,102 | 5,229 |
| Under Consideration 2 Years | 144 | 360 | 3,663 | 4,023 | 4,167 |
| Under Consideration 3+ Years | 110 | 729 | 2,214 | 2,943 | 3,053 |
| **Under Development/Permitted/Consideration Sub-total** | 852 | 3,176 | 15,002 | 18,177 | 19,040 |
| | | | | | |
| **Existing and Under Development Grand Total** | 11,339 | 13,079 | 20,6239 | 33,701 | 45,051 |
| Source: Downtown Center BID 4ᵗʰ Quarter 2008 | | | | | |

Since the start of 1999, 14,385 market rate units (rental and condo) have been built compared to only 3,181 pre-existing market rate units at year-end 1998. The overall inventory is still 44.7% affordable or low income units (11,626 affordable units ÷ 26,011 total units), but the percentage of affordable or low-income units is declining steadily.

Another 3,490 units are under construction, of which 55.4% are market-rate condos and 35.1% are market-rate apartments. Permitted projects and those in plan check are also dominated by condominiums, with very little affordable units.

Particularly significant in the history of this market has been the success of the following pioneering projects:

A series of older office buildings along 4ᵗʰ Street from Main to Spring streets (marketed as the "Old Bank District") were converted in 1999 to residential by the Gilmore Group. The conversions, totaling 240± units, achieved good occupancy. This was the first adaptive reuse project, located in marginal (or worse) neighborhood.

The <u>Medici</u>, a 636-unit market rate apartment complex on the west side of the Harbor Freeway at Seventh Street was completed in 2001 (a second phase was constructed a year later). It was the first new ground up apartment project in almost a decade. Leasing activity was and is quite successful, at high rental rates. It was built on the site of an abandoned planned office building development.

The <u>Flower Street Lofts</u>, a 91-unit residential conversion of an older loft building, is located one block east of Staples Arena. Consisting of large (primarily 1,600+ square foot) units, it opened in fall 2003. Sales—typically in the $300 per square foot range ($500,000+ per unit) were very strong, proving the residential condominium market Downtown.

The <u>Toy Factory Lofts</u> is an older six-story industrial building converted into 119 residential condominiums over ground floor retail. It is located in an industrial neighborhood at Mateo and Industrial Streets near the Los Angeles River on the east side of Downtown. It opened in July 2004, over 90 percent pre-sold at typical prices of $300 per square foot. The same developer now has a neighboring building under construction for a similar conversion.

Long vacant commercial buildings became economic for residential conversion. Indeed, of 50 such historic buildings previously identified as appropriate for such conversion, 44 are reported as having been, or being, converted.

Construction on the first new high-rise residential development in over a decade (at 11th Street and Grand Avenue) began in September 2004. A 194-unit condominium, it pre-sold during construction and is now complete. The same developer has completed two neighboring condominium towers. One sold out successfully; the other (Evo) is now open but is selling slowly. Construction on two other high-rise residential projects is also underway (at 9th Street & Flower Street and 9th Street & Figueroa Street); a third (Hannover at Olympic and Figueroa) opened in 2008.

New Downtown residential projects were primarily condominium (for sale) rather than rental between 2005 and the middle of 2007, reflecting the rapid rise in condominium sale prices compared to apartment rents. This applies to conversions as well as to new construction. This trend abated in August 2007 as market conditions softened for new condominium sales. Numerous developments since then have been converted to apartment, reflecting the relative strength of the rental market.

Government agencies strongly support residential development (although with potential affordable housing and prevailing/union wage requirements). Social and political considerations cause some lenders (particularly state and local government employee pension funds) to favor lending on such projects.

<u>Sales – Resales of Existing Downtown Condominiums</u>

The retail or individual condominium sales market in Downtown Los Angeles has been very strong, reflecting both region wide trends (and low interest rates) and the limited supply of new housing in other

densely developed areas of Los Angeles. The following chart summarizes the average price for one-bedroom, two –bedroom, and three –bedroom residential condo units from 2003 to 2008.

| DOWNTOWN LOS ANGELES: AVERAGE CONDO SALE PRICES | | | | | | |
|---|---|---|---|---|---|---|
| Unit Type | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
| 1-Bedroom | $218,681 | $309,450 | $376,862 | $456,082 | $429,296 | $386,266 |
| 2-Bedroom | $360,000 | $492,385 | $585,401 | $624,844 | $593,109 | $535,893 |
| 3-Bedroom | $399,973 | $556,616 | $659,012 | $686,070 | $633,760 | $570,385 |
| Average | $326,218 | $452,817 | $540,425 | $588,999 | $552,055 | $497,515 |
| Source: Downtown Los Angeles Business Improvement District 4th Quarter 2008 | | | | | | |

The average condo price increased by 80.6 percent from 2003 to 2006, or by 26.9 percent per year on average. The average condo price declined by 15.5 percent from 2006 to 2008, which reflects the generally downward trend in home pricing for Los Angeles County since late 2006.

The following chart summarizes the average price per square foot for residential condo units in Downtown Los Angeles from 2003 to 2008.

| DOWNTOWN LOS ANGELES: CONDO PRICES PER SQUARE FOOT | | | | | | |
|---|---|---|---|---|---|---|
| Unit Type | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
| 1-Bedroom | $275.59 | $389.29 | $462.51 | $559.09 | $527.54 | $475.49 |
| 2-Bedroom | $318.36 | $440.42 | $525.82 | $558.66 | $528.86 | $485.86 |
| 3-Bedroom | $328.46 | $462.50 | $553.95 | $576.47 | $530.52 | $490.52 |
| Average | $307.47 | $430.74 | $514.09 | $564.74 | $528.97 | $483.96 |
| Source: Downtown Los Angeles Business Improvement District 4th Quarter 2008 | | | | | | |

The average condo price per square foot increased by 83.7 percent from 2003 to 2006, or by 27.9 percent per year on average. The average condo price per square foot declined by 14.3 percent from 2006 to 2008, again reflecting the downward trend in home pricing for the larger Los Angeles County region.

The following chart summarizes the trends in residential condo sales for Downtown Los Angeles by zip code area. The data is based on Los Angeles County Assessors records as provided by Win2Data, and shows primarily re-sales of existing units rather than new condominium sales.

| DOWNTOWN LOS ANGELES RESIDENTIAL CONDO SALES ACTIVITY | | | | | | |
|---|---|---|---|---|---|---|
| Zip Code | Annual Residential Condo Unit Sales | | | | | |
| Area | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
| 90013 | 0 | 0 | 10 | 135 | 141 | 178 |
| 90014 | 0 | 50 | 64 | 94 | 74 | 23 |
| 90015 | 83 | 27 | 58 | 46 | 131 | 56 |
| 90016 | 56 | 78 | 89 | 77 | 44 | 30 |
| 90017 | 0 | 2 | 0 | 109 | 156 | 76 |
| 90021 | 0 | 59 | 22 | 47 | 45 | 9 |
| 90071 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Downtown | 139 | 216 | 233 | 373 | 450 | 194 |
| Source: Los Angeles County Assessor/Win2Data | | | | | | |

The Downtown residential condo market experienced a steady increase in sales from 2003 to 2007, with annual sales more than tripling from 2003 to 2007. The number of sales decreased by 56.9% from 2007 to 2008, due to the weakening of the national and regional economies and the increased caution on the part of many if not most lenders with regard to home loan financing.

*Future Supply- New Housing*

With the completion of Staples Center in October 1999, residential and restaurant development has been escalating. The transformation of Downtown Los Angeles into a "24-hour city" is benefiting from this significant development trend. The following chart summarizes several of the new apartment and/or residential condo projects that are presently under construction in Downtown Los Angeles. Most are luxury-oriented projects.

| APARTMENT / RESIDENTIAL CONDO PROJECTS UNDER CONSTRUCTION | | | | | | |
|---|---|---|---|---|---|---|
| Item # | Project Name | Address | Market Rate Units | Affordable Units | Total Units | Expected Completion | Status |
| 1 | Rowan Building | 460 S. Spring St. | 206 | 0 | 206 | 1 Q 2009 | Under Construction |
| 2 | SB Spring | 650 S. Spring St. | 195 | 0 | 195 | 1 Q 2009 | Under Construction |
| 3 | SB Tower | 600 S. Spring St. | 250 | 0 | 250 | 1 Q 2009 | Under Construction |
| 4 | 717 Ninth | 845 S. Flower St. | 214 | 0 | 214 | 3 Q 2009 | Under Construction |
| 5 | Concerto | 910 S. Figueroa St. | 629 | 0 | 629 | 3 Q 2009 | Under Construction |
| 6 | Rosslyn Lofts | 116 W. 5th St. | 38 | 259 | 297 | 4 Q 2009 | Under Construction |
| 7 | The Medallion | 334 S. Main St. | 200 | 0 | 200 | 1 Q 2009 | Under Construction |
| 8 | LA Live | 777 W. Chick Hearn Ct. | 224 | 0 | 224 | 1 Q 2009 | Under Construction |
| 9 | The Orsini (Phase III) | 867 W. Cesar Chavez | 210 | 0 | 210 | 2 Q 2009 | Under Construction |
| 10 | Metropolitan Lofts | 315 W. 5th St. | 84 | 0 | 84 | 1 Q 2009 | Under Construction |
| | Total | | 2,250 | 259 | 2,509 | | |
| Source: Downtown Los Angeles Business Improvement District 4th Quarter 2008 | | | | | | |

**Demand for Housing**

Many residents choosing to live Downtown fall into one of three primary categories: 1) Downtown employees: 2) Students at Downtown schools; or 3) Residents who migrated to Downtown for a more

urban lifestyle. The momentum of these rapidly-transitioning neighborhoods will fuel the long-term trend toward a balanced "24-hour" Downtown.

There are five colleges in the greater Downtown area, with a combined full and part-time student enrollment of 46,488 students. Only approximately 6,150 of these students can be accommodated by on-campus and/or off-campus housing provided by the respective schools. The school-provided housing represents only 13 percent of the total student population, leaving nearly 40,338 students requiring off-campus housing.

Demand for newly developed housing in Downtown Los Angeles was very strong for the past several years but weakened in the second half of 2008 due to the slowing of the national and regional economies. Residential developments completed from 2003 to 2006 experienced rapid absorption and high occupancy rates. However, the pace of absorption related to for-sale units has slowed over the past two years (2007 and 2008) due to the weakening of the national and regional economies and the uncertainty in the debt markets. Absorption of rental units has held up relatively well, resulting in numerous projects being converted to rental.

## Overall Benefit of Residential Development

Although Downtown Los Angeles has not fully achieved the residential "24 hour city" status typical of more successful (New York, San Francisco, Chicago) Downtown areas, it is now approaching it. Such Downtown areas are more favored generally by real estate investors. For the first time in generations, Downtown Los Angeles has a realistic potential to achieve this status.

Most significantly, competition for available sites (and for buildings appropriate for conversion) drove prices up sharply from 2003 to 2007. The demand from investors and/or developers absorbed a substantial amount of Class C (or abandoned) office space and older multi-story industrial loft buildings. Competition from residential uses also impacted the availability of industrial land in the area. However, the demand by investors/developers has weakened due to the ongoing uncertainties in the capital markets and the downturn in the national and regional economies.

## But Not Yet Manhattan

Despite the amount of new residential and other development in Downtown Los Angeles, it is still far below the level of major "world" cities, as shown by comparison of Downtown Los Angeles to Manhattan in New York City.

**LOCATION ANALYSIS**

| COMPARISON – ONE MILE RADIUS | | |
|---|---|---|
| | Downtown L.A. – Bunker Hill | Manhattan – Columbus Circle |
| 2008 – Population | 53,505 | 140,772 |
| 2008 – Aggregate Income | $830,451,105 | $11,304,410,000 |
| 2008 – Per Capita Income | $15,521 | $80,303 |
| Source: VAS Demographics, April 16, 2008 | | |

A Downtown Los Angeles one mile-radius has only 38 percent of the population and less than eight percent of the aggregate income as a similar one-mile radius in Manhattan.

*Conclusion – Downtown Residential Market*

Clearly, the viability of Downtown Los Angeles as a residential community relative to the greater Los Angeles area is now established, but demand is negatively impacted by the current weakness in the national and regional economies and housing markets.

**DOWNTOWN HOTEL MARKET**

Hotel development in Downtown Los Angeles is dominated by eight generally upscale full service hotels, summarized in the following chart.

| DOWNTOWN LOS ANGELES HOTELS | | |
|---|---|---|
| Name | Yr. Built | No. of Rooms |
| Westin Bonaventure Hotel | 1976 | 1,368 |
| Wilshire Grand (former Omni and Hilton hotels) | 1952 | 900 |
| Millennium Biltmore Hotel | 1923 | 700 |
| Sheraton (formerly Hyatt Regency) | 1983 | 485 |
| Marriott (former Sheraton Grande) | 1983 | 469 |
| New Otani Hotel | 1977 | 440 |
| Checkers Hotel | 1929 | 192 |
| Omni Hotel (former Hotel Inter-Continental) | 1992 | 470 |
| Standard | 2002 (conversion) | 207 |
| Total | | 5,231 |
| Compiled By: CBRE | | |

Five of the 25 largest hotels in the city are located in downtown Los Angeles. All of the older properties (the Biltmore, Wilshire Grand, and Checkers) underwent extensive renovations in the mid-1980s, being both downsized in number of rooms and upgraded as to quality.

Occupancy and average daily rate trends in the Downtown Los Angeles hotel market are summarized below.

## OCCUPANCY AND AVERAGE DAILY RATE TRENDS
## DOWNTOWN LOS ANGELES

| Year | Occupancy Rate | Percent Change | Average Daily Rate | Percent Change |
|------|----------------|----------------|--------------------|----------------|
| 1999 | 69.0% | N/A | $111.51 | N/A |
| 2000 | 69.1% | 1.0% | $122.52 | +9.9% |
| 2001 | 55.2% | -20.1% | $125.15 | +2.1% |
| 2002 | 49.9% | -9.6% | $125.74 | Neg. |
| 2003 | 51.0% | +8.2% | $117.83 | -6.3% |
| 2004 | 59.5% | +16.6% | $120.72 | +2.5% |
| 2005 | 67.6% | +13.5% | $120.28 | Neg. |
| 2006 | 73.2% | +5.9% | $124.58 | +3.7% |
| 2007 | 75.0% | +2.5% | $132.24 | +6.2% |
| 2008 | 70.4% | -6.1% | $147.98 | +11.9% |
| Source: PKF Consulting | | | | |

The declines in 2001 and 2002 reflect the generally poor economic conditions, the September 11, 2001 terrorist attacks, and problems at the Los Angeles Convention Center (discussed below). Data since 2004 shows significant occupancy increases, reflecting industry and region wide trends. Average daily rates have trended steadily upward over the past three years.

Occupancy rates for Downtown Los Angeles hotels have consistently under-performed hotels in the County Los Angeles overall. Travelers with business Downtown often stay at West Los Angeles hotels, despite the commuting inconvenience. Since 2006 however the gap has narrowed. An occupancy comparison of Los Angeles County and Downtown Los Angeles is shown in the following chart.

## HOTEL OCCUPANCY TRENDS

| Year | Los Angeles County | Downtown Los Angeles |
|------|--------------------|----------------------|
| 1999 | 73.3% | 69.0% |
| 2000 | 73.2% | 69.0% |
| 2001 | 68.5% | 55.2% |
| 2002 | 66.9% | 49.2% |
| 2003 | 69.6% | 51.0% |
| 2004 | 74.7% | 59.2% |
| 2005 | 76.7% | 67.6% |
| 2006 | 77.5% | 73.2% |
| 2007 | 78.3% | 75.2% |
| 2008 | 75.3% | 70.4% |
| Source: PKF Consulting | | |

Despite the improvement in relative occupancy rates however, the Downtown average daily rate and REVPAR for 2007 and 2008 remain well below countywide figures.