| | |
|---|---|
| 1 | Cara J. Hagan, Bar No. 146665 |
| | Tracie L. Spies, Bar No. 261488 |
| 2 | HAGAN & ASSOCIATES |
| | 110 E. Wilshire Avenue, Suite 405 |
| 3 | Fullerton, California 92832 |
| 4 | Telephone: (714) 526-3377 |
| | Facsimile: (714) 526-3317 |
| 5 | |
| 6 | Attorneys for Creditor, |
| | PNL POMONA, L.P. |

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re | CASE NO. 1:09-bk-13356-KT |
| | Chapter 11 |
| MERUELO MADDUX PROPERTIES, INC. | |
|           Debtor. | SUPPLEMENTAL DECLARATION OF TIM MARTIN IN SUPPORT OF THE NOTICE OF MOTION AND MOTION FOR (I) RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY) |
| PNL POMONA, L.P., | |
|           Movant, | |
| vs. | |
| MERUELO MADDUX PROPERTIES, INC., | DATE: Tuesday, July 14, 2009 (Continued to August 13, 2009) |
|           Respondent. | TIME: 10:00 a.m. |
| | CRTRM: 301 |

**NOTICE IS HEREBY GIVEN** to the Debtor and the Trustee, their attorneys and other interested parties that Creditor and Moving Party PNL POMONA, LP ("PNL") hereby submits this supplemental declaration of Tim Martin in support of its Motion for Relief From Stay originally set to be heard on Tuesday, July 14, 2009 and by continuance, currently set to be heard on August 13, 2009 at 10:00 a.m. in the above-referenced courtroom.

DATED: August 12, 2009                                          HAGAN & ASSOCIATES

By: /s/ Tracie L. Spies                              By: /s/ Cara J. Hagan
    TRACIE L. SPIES, E-filing Attorney        CARA J. HAGAN, Attorney for PNL.

1

## SUPPLEMENTAL DECLARATION OF TIM MARTIN

I, Tim Martin, declare as follows:

1. I am not a party to this action  I am a third-party neutral sent to photograph the Property for the specific purposes indicated herein.  The matters stated herein are true and correct of my own personal knowledge and if called upon as a witness, I could and would testify competently thereto.

2. On or about April 29, 2009,  I was instructed by Ms. Hagan, as counsel for PNL Pomona to go out to the property, generally inspect, photograph and document the status of the Property and Warehouse located at 1875  W. Mission Blvd., Pomona, California 91766.  I was aware that the Property and Warehouse had been partia0lly consumed by fire and was instructed to document and photograph the damage as well as any signage posted thereon.  I complied with said instructions and provided a declaration as to my findings which was filed with the Court concurrently with the Motion for Relief From Stay by PNL.

3. After yet another fire recently consumed the Property again, Ms. Hagan again instructed me to go to the property, generally inspect, photograph and document the status of the Property and Warehouse subsequent this additional fire.  On or about August 6, 2009 I went to the Property pursuant these instructions.

4. When I arrived at the Property alone  there was, as previously, no security guard to be found. The fence that had allegedly been erected on the property was no longer standing.  No official nor anyone of similar authority or presence stopped me, questioned me or requested any explanation as to my reasons for being there.  In fact, the Property was unprotected, unattended and gave off a threatening and unsafe appearance.  Based on the graffiti, dark corners and unsafe footing I questioned entry at that time. For safety purposes and cautionary reasons I left the Property at that time and planned to return with assistance with whom I could properly evaluate the Property and be more aware of lurking trespassers, drugged and drunken vagrants and better view my footing.

5. On or about August 10, 2009, I returned to the Property with an assistant.  Again, as with my two previous visits, I came across a deserted, unprotected and unguarded Property.  In fact, as with my first evaluation of the Property, I again entered the Warehouse without any problems, this time with my assistant.  Several openings in the Warehouse provide easy access to the public and various

vagrants and wanderers. In fact, the various individuals that were scattered about the Property during my previous investigation were still prevalent all over the property, all of who appeared to be drunken, homeless and/or drifters. Some of these unclean and incapacitated people were sleeping in corners of the Property, were slinking around and/or were sitting in random locations throughout. Besides the questionable appearances of these drifters the Warehouse remains vacant and lifeless.

6. This additional damage to the Warehouse is extensive and surmountably more than the last time I examined the Property . It is clearly apparent that the Warehouse and Property have suffered more than one huge fire. The floor of the Warehouse is covered in soot and ash from the fire to a point where the actual floor of the building is not visible at all. Beams from the wall structure are collapsed and piled in corners of the building and it appears they are mixed with mangled ceiling panels and broken building pieces. The walls are charred and blackened.

7. It is believed that these continuous fires are a result of homeless individuals making a fire to warm themselves, which begs the questions as to why these vagrants are still allowed to remain. There are several large holes in the ceiling of the Warehouse and the sky is clearly visible through each of them though the majority of the Warehouse remains dark. The holes expose a majority of the Warehouse to external climates and weather and the whole of the ceiling and its structure is damaged extensively and most likely beyond reasonable repair.

8. The Property and Warehouse also appear to be extensively vandalized. The walls of the Warehouse are covered with graffiti and trash. The graffiti has multiplied at least ten-fold from the last time I examined the Property and covers a majority of the wall space inside. The glass windows on internal doors have been shattered beyond reasonable repair. In addition to this extremely vandalized condition of the Warehouse, torn and damaged furniture, apparently the now claimed property of the vagrants, is strewn among the soot and building remains.

9. I took photographs of all of these characteristics which I observed. The photographs which depict and substantiate my observations are collectively attached hereto as Exhibit "D" and incorporated herein by this reference. I declare that these photographs are true and accurate depictions of the Property and Warehouse as I observed them on Monday, August 10, 2009. It is my

Supplemental Declaration of Tim Martin in Support of PNL's Motion for Relief From Stay

1 | understanding that the status the Property and Warehouse as accurately conveyed in the photographs
2 | has remain unchanged and unimproved.
3 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is
4 | true and correct.
5 |
6 | DATED: August 12, , 2009

*[signature]*

TIM MARTIN