1  BLANK ROME LLP
   Andrew F. Kim (SBN 156533)
2  Kim-A@BlankRome.com
   1925 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Telephone: 424-239-3400
4  Facsimile: 424-239-3434

5  Attorneys for Creditor
   IMPERIAL CAPITAL BANK, INC.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             SAN FERNANDO VALLEY DIVISION

11

12 | In re                                    | CASE NO. 1:09-BK-13356-KT

13 | MERUELO MADDUX PROPERTIES,                | Chapter 11 (Jointly Administered)
   | INC., et al.,
14 |                                           | **JOINDER OF IMPERIAL
   |                                           | CAPITAL BANK, INC IN
15 |                                           | RESPONSIVE PLEADINGS OF
   |                                           | BANK OF AMERICA, N.A.,
16 | Debtors and Debtors in Possession.        | CAPMARK AND CALIFORNIA
   |                                           | BANK & TRUST REGARDING
17 |-------------------------------------------| THE FIRST INTERIM FEE
   |                                           | APPLICATIONS OF: (1)
18 | Affects all Debtors                       | DANNING GILL DIAMOND &
   |                                           | KOLLITZ, LLP; AND (2)
19 |                                           | SULMERYERKUPTETZ, P.C.**

20 |                                           | Hearing Date: 8/25/09
   |                                           | Hearing Time: 2:00 p.m.
21 |                                           | Place: Courtroom 301
   |                                           |        21041 Burbank Boulevard
22 |                                           |        Woodland Hills, California

23

24

25

26

27

28
                                    -1-

Joinder of Imperial Capital Bank in Oppositions to Interim Fee Applications

131683.00407/95002722v.1

1  **TO THE HONORABLE KATHLEEN THOMPSON, BANKRUPTCY**

2  **JUDGE:**

3      Imperial Capital Bank, Inc. ("Imperial") hereby joins in the arguments made

4  in the following pleadings with respect to the use of their cash collateral: (1) Bank

5  of America N.A.'s Limited Objection To The First Interim Fee Application of

6  Danning Gill Diamond & Kollitz, LLP And Sulmeyerkupetz, P.C.; (2) Capmark's

7  Response to First Interim Fee Applications Of Danning Gill Diamond & Kollitz,

8  LLP and Sulmeyerkupetz; and (3) California Bank & Trust's Limited Opposition

9  To First Interim Application For Approval And Payment Of Interim Compensation

10 And Reimbursement Of Expenses By Danning Gill Diamond and Kollitz, LLP And

11 The First Interim Application For Compensation For Legal Services Rendered And

12 Reimbursement Of Expenses Incurred By Sulmeyerkupetz, A Professional

13 Corporation.

14

15 DATED: August 17, 2009          BLANK ROME LLP

16

17

18                              By   /s/ Andrew F. Kim
                                     Andrew F. Kim
19                                   Attorneys for Creditor
                                     IMPERIAL CAPITAL BANK

20

21

22

23

24

25

26

27

28

Joinder of Imperial Capital Bank in Opposition to First Interim Fee Application
131683.00407/95002722v.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356-KT |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Blank Rome LLP, 1925 Century Park East, 19th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as <u>JOINDER OF IMPERIAL CAPITAL BANK, INC. IN RESPONSIVE PLEADINGS OF BANK OF AMERICA, N.A., CAPMARK AND CALIFORNIA BANK & TRUST REGARDING THE FIRST INTERIM FEE APPLICATIONS OF: (1) DANNING GILL DIAMOND & KOLLITZ, LLP; AND (2) SULMERYERKUPTETZ, P.C.</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)</u>:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>August 17, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 17, 2009 | Andrew F. Kim | /s/ Andrew F. Kim |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

<div align="center">This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.</div>

*January 2009* **F 9013-3.1**

## ADDITIONAL SERVICE INFORMATION (if needed):

To be served by messenger on  :
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367

Served by electronic mail on  :
Office of the United States Trustee: Jennifer L. Braun, Jennifer.L.Braun@usdoj.gov
Counsel for Bank of America: Donald L. Gaffney, dgaffney@swlaw.com; Eric S. Pezold, epezold@swlaw.com; Michael B. Reynolds, mreynolds@swlaw.com; Jasmin Yang, jyang@swlaw.com
Counsel for California Bank and Trust: Brian T. Harvey, bharvey@buchalter.com
Counsel for Capmark Finance Inc.: Thomas M. Geher, tmg@jmbm.com; John A. Graham, jag@jmbm.com
Counsel for Cathay Bank: Michael G. Fletcher, mfletcher@frandzel.com; Bernard R. Given, bgiven@frandzel.com
Counsel for Chinatrust Bank: Steven K. Linkon, slinkon@rcolegal.com
Counsel for East West Bank: James Stang, jstang@pszjlaw.com; Iain A. W. Nasatir, inasatir@pszjlaw.com
Counsel for FNBN-CMLCON I LLC: Michael B. Reynolds, mreynolds@swlaw.com; kcollins@swlaw.com
Counsel for Kennedy Funding, Inc.: Michael S. Kogan, mkogan@ecjlaw.com; Howard Camhi, hcamhi@ecjlaw.com
Counsel for Yoshiaki & Fumiko Murakami: Brian L. Davidoff, bdavidoff@rutterhobbs.com; Duane Kumagai, dkumagai@rutterhobbs.com
Counsel for United Commercial Bank: Elmer D. Martin, elmermartin@msn.com
Counsel for Committee: Victor Sahn, vsahn@sulmeyerlaw.com; Elissa Miller, emiller@sulmeyerlaw.com; Alan G. Tippie, atippie@sulmeyerlaw.com; Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com; Asa S. Hami, ahami@sulmeyerlaw.com
Counsel for San Bernardino County Tax Collector: Martha E. Romero, romero@mromerolawfirm.com
Counsel for interested party: Martin J. Brill, mjb@lnbrb.com; Craig M. Rankin, cmr@lnbrb.com
Counsel for interested party: Lawrence Peitzman, lpeitzman@pwkllp.com

Counsel for California Bank and Trust: Daniel H. Slate, dslate@buchalter.com
Counsel for Vahan & Anoush Chamlian: Rouben Varozian, rvarozian@bzlegal.com
Counsel for Imperial Bank: Andrew F. Kim, Kim-A@BlankRome.com
Counsel for the MTA: Brian M Hoffstadt, bhoffstadt@jonesday.com; Tobias S. Keller, tkeller@jonesday.com; Michaeline H. Correa, mhcorrea@jonesday.com
Counsel for Securities and Exchange Commission: Sandra W. Lavigna, LavignaS@sec.gov
Counsel for the Stanford Group: Janis G. Abrams, jabrams@gershlegal.com
Co-Counsel for United Commercial Bank: Curtis C. Jung, ccjung@aol.com
Co-Counsel for FNBN-CMLCON I LLC: David E. Leta, dleta@swlaw.com; Jeffre M. Singletary, jsingletary@swlaw.com
Counsel for Los Angeles County (RP taxes): Barry S. Glaser, bglaser@swjlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**