Donald L. Gaffney (Admitted *Pro Hac Vice*)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Phone:       (602) 382-6254
Facsimile:   (602) 382-6070
E-Mail:      dgaffney@swlaw.com

Eric S. Pezold (#255657)
Jasmin Yang  (#255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone:       (714) 427-7000
Facsimile:   (714) 427-7799
             epezold@swlaw.com
             jyang@swlaw.com

Attorneys for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors-in-Possession.<br><br><br>☒ Affects All Debtors | Case No.: 1:09-bk-13356-KT<br>Jointly Administered<br>Chapter 11<br><br>**BANK OF AMERICA, N.A.'S DESIGNATION OF RECORD ON APPEAL** |

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Bank of America, N.A. ("BofA") hereby submits its "Designation of Items to be Included in the Record on Appeal" relating to that certain "Notice of Appeal" filed by BofA on June 26, 2009. BofA designates the following items to be included on the record on appeal:

10381554

**1.    Documents from Case No.: 1:09-bk-13356:**

| Date | Docket Entry # | Exhibit # | Description |
|---|---|---|---|
| 04/21/2009 | 100 | 1 | Declaration of Michael Abergel in support of Bank of America N.A.'s oppositions to Debtor's Motion: (1) to use cash collateral; and (2) to approve cash management system re: Filed by Creditor BANK OF AMERICA. (Gonzales, Emma) (Entered 04/24/2009). |
| 04/21/2009 | 102 | 2 | Declaration of Christopher J. Frye in support of Bank of America N.A.'s opposition to debtor's motion: (1) to use cash collateral; and (2) to approve cash management system, re: Filed by Creditor BANK OF AMERICA. (Gonzales, Emma) (Entered 4/24/2009). |
| 04/28/2009 | 142 | 3 | Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia In Support Thereof with proof of service Filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp (Tedford, John) (Entered: 04/28/2009) |
| 04/28/2009 | 143 | 4 | Request for judicial notice In Support Of Debtors Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate with proof of service Filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp (RE: related document(s) 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit) (Tedford, John) (Entered: 04/28/2009) |
| 04/30/2009 | 159 | 5 | Notice of Lodging of copies of deposition transcripts of Richard Meruelo and Fred Skaggs by Imperial Capital Bank; Filed by creditor Imperial Capital Bank with proof of service (Philip Harraway) (Entered 04/30/2009) |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554

-2-

| | Date | Doc # | Ex # | Description |
|---|---|---|---|---|
| 1-5 | 04/30/2009 | 164 | 6 | Notice of motion/application Notice of Bank of America N.A.s Motion and Motion to Declare Merco Group Southpark LLC and Meruelo Maddux Properties 760 S. Hill St. LLC Single Asset Real Estate Cases Pursuant to 11 U.S.C. § 101(51B) and to Impose the Requirements of 11 U.S.C. § 362(d)(3) in Accordance Therewith (with proof of service attached) Filed by Creditor BANK OF AMERICA. (Yang, Jasmin) (Entered: 04/30/2009) |
| 6-16 | 05/07/2009 | 185 | 7 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) OPPOSITION OF KENNEDY FUNDING, INC. TO DEBTORS' MOTION FOR ORDER DETERMINING THAT THE DEBTORS ARE NOT SUBJECT TO PROVISIONS APPLICABLE TO ENTITIES WITH SINGLE ASSET REAL ESTATE AND REQUEST THAT COURT ENTER ORDER DEEMING DEBTOR MERUELOMADDUX MISSION BOULEVARD, LLC TO BE A SINGLE ASSET REAL ESTATE CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; NOTICE OF JOINDER Filed by Creditor Kennedy Funding, Inc. (Camhi, Howard) (Entered: 05/07/2009) |
| 17-22 | 05/07/2009 | 188 | 8 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) Debtors' SARE Motion Filed by Creditor United Commercial Bank (Martin, Elmer) (Entered: 05/07/2009) |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554

-3-

| | Date | Doc # | | Description |
|---|---|---|---|---|
| | 05/07/2009 | 189 | 9 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) BANK OF AMERICA, N.A.S OPPOSITION тату DEBTORS MOTION FOR ORDER DETERMINING THAT THE DEBTORS ARE NOT SUBJECT TO PROVISIONS APPLICABLE TO ENTITIES WITH SINGLE ASSET REAL ESTATE Filed by Creditor BANK OF AMERICA (Pezold, Eric) (Entered: 05/07/2009) |
| | 05/07/2009 | 190 | 10 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) OPPOSITION TO MOTION FOR ORDER DETERMINING THAT THE DEBTORS ARE NOT SUBJECT TO PROVISIONS APPLICABLE TO ENTITIES WITH SINGLE ASSET REAL ESTATE; MEMORANDUM OF POINTS AND AUTHORITIES Filed by Creditor Cathay Bank (Attachments: # 1 Proof of Service) (Given, Bernard) (Entered: 05/07/2009) |
| | 05/07/2009 | 191 | 11 | Declaration re: /DECLARATION OF CAROL SETTLES IN SUPPORT OF BANK OF AMERICA, N.A.S OPPOSITION TO DEBTORS MOTION FOR ORDER DETERMINING THAT THE DEBTORS ARE NOT SUBJECT TO PROVISIONS APPLICABLE TO ENTITIES WITH SINGLE ASSET REAL ESTATE Filed by Creditor BANK OF AMERICA. (Pezold, Eric) (Entered: 05/07/2009) |
| | 05/07/2009 | 192 | 12 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) Filed by Creditor Chinatrust Bank (USA) (Linkon, Steven) (Entered: 05/07/2009) |

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| | | | |
|---|---|---|---|
| 05/07/2009 | 193 | 13 | Opposition to (related document(s): 138 Motion to Declare Alameda Produce Market, LLC, a "Single Asset Real Estate" Case Pursuant to 11 U.S.C. Section 101(51B) and Impose The Requirements of 11 U.S.C. Section 362(d)(3) in Accordance Therewith filed by Creditor Cathay Bank, 164 Notice of motion/application filed by Creditor BANK OF AMERICA) with proof of service Filed by Creditor Committee Creditors Committee (Hami, Asa) (Entered: 05/07/2009) |
| 05/07/2009 | 195 | 14 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) -- Opposition Of First Trust Deed Holder On Real Property Of Debtor Santa Fe Commerce Center, Inc. To Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; And Declaration Of Thomas M. Geher - With Proof Of Service Filed by Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc (Graham, John) (Entered: 05/07/2009) |
| 05/07/2009 | 196 | 15 | Joint/Joinder in Oppositions to Debtors SARE Motion Filed by Creditor United Commercial Bank (RE: related document(s) 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia). (Martin, Elmer) (Entered: 05/07/2009) |
| 05/07/2009 | 199 | 16 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) Filed by Creditor East West Bank (Stang, James) (Entered: 05/07/2009) |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554

-5-

| | | | |
|---|---|---|---|
| 05/07/2009 | 200 | 17 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) California Bank & Trusts Opposition To The Debtors Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate Filed by Creditor California Bank & Trust (Harvey, Brian) (Entered: 05/07/2009) |
| 05/07/2009 | 203 | 18 | Opposition to (related document(s): 164 Notice of motion/application filed by Creditor BANK OF AMERICA) Debtors' Opposition to Bank of America's Motion to Declare Merco Group - Southpark, LLC and Meruelo Maddux Properties - 760 S. Hill Street, LLC "Single Asset Real Estate" Cases Pursuant to 11 USC 101(51B) and to Impose the Requirements of 11 USC 362(d)(3) in Accordance Therewith, with proof of service Filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp (Tedford, John) (Entered: 05/07/2009) |
| 05/07/2009 | 209 | 19 | Joint/Joinder / Notice of joinder of Imperial Capital Bank in various pleadings filed by other secured creditors pertaining to debtors' status as single asset real estate entities Filed by Creditor Imperial Capital Bank . (Cetulio, Julie) (Entered: 05/08/2009) |
| 05/07/2009 | 210 | 20 | Opposition to motion(related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) Filed by Creditor Imperial Capital Bank (Cetulio, Julie) (Entered: 05/08/2009) |
| 05/07/2009 | 211 | 21 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) Filed by Creditor Vahan and Anoush Chamlian (Cetulio, Julie) (Entered: 05/08/2009) |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554

-6-

| | | | | |
|---|---|---|---|---|
| 1 | 05/11/2009 | 220 | 22 | Opposition to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) Filed by Creditor FNBN-CMLCON I LLC (Reynolds, Michael) (Entered: 05/11/2009) |
| 2 | 05/14/2009 | 233 | 23 | Reply to (related document(s): 164 Notice of motion/application filed by Creditor BANK OF AMERICA) Bank of America N.A.'s Reply in Support of its Motion to Declare Merco Group - Southpark LLC and Meruelo Maddux Properties - 760 S. Hill Street, LLC "Single Asset Real Estate" Cases Pursuant to 11 U.S.C. 101 (51B) and to Impose the Requirements of 11 U.S.C. 362(d)(3) In Accordance Therewith (with proof of service attached) Filed by Creditor BANK OF AMERICA (Yang, Jasmin) (Entered: 05/14/2009) |
| 3 | 05/14/2009 | 237 | 24 | Reply to (related document(s): 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp) Debtors Reply To Oppositions Of Secured Creditors To Debtors Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; And Declarations Of Richard Meruelo, Michael C. Abel And Aaron De Leest In Support Thereof with proof of service Filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp (Attachments: # 1 Exhibit # (2) Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (Tedford, John) (Entered: 05/14/2009) |
| 4 | 05/14/2009 | 240 | 25 | Opposition to (related document(s): 220 Opposition filed by Creditor FNBN-CMLCON I LLC) Filed by Creditor Stanford Group LP (Gonzalez, Emma) (Entered: 05/15/2009) |

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554                                    -7-

| | | | |
|---|---|---|---|
| 6/12/2009 | 286 | 26 | Request for judicial notice of Meruelo all Street LLC and Washington Boulevard LLC schedules and statements of affairs Filed by Creditor United Commercial Bank (Re: related document(s) 142 Motion Notice of Motion and Motion for Order Determining that the Debtors Are Not Subject to Provisions Applicable to Entities with Single Asset Real Estate: Memorandum of Points and Authorities; Declarations of Richard Meruelo and Miguel Echemendia). (Attachments: #1 Exhibit 1#1 Exhibit 2 #3 Supplement Proof of service) (Martin, Elmer)(Entered 6/12/2009) |
| 6/12/2009 | 296 | 27 | Joint/Joinder in Authorities Cited by Debtors related to SARE Entities Filed by Creditor United Commercial Bank (Re: related document(s) 142 Motion Notice of Motion and Motion for Order Determining that the Debtors Are Not Subject to Provisions Applicable to Entities with Single Asset Real Estate: Memorandum of Points and Authorities; Declarations of Richard Meruelo and Miguel Echemendia). (Attachments: #1 Exhibit 1#1 Exhibit 2 #3 Supplement Proof of service) (Martin, Elmer)(Entered 6/15/2009) |
| 06/15/2009 | 298 | 28 | Request for judicial notice of Schedules and SOFA filed by Meruelo Maddux Properties - 2951 Lenwood Road, LLC Filed by Creditor FNBN-CMLCON I LLC (RE: related document(s) 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia). (Reynolds, Michael) (Entered: 06/15/2009) |
| 06/15/2009 | 299 | 29 | Joint/Joinder CATHAY BANK'S JOINDER IN AUTHORITY CITED BY DEBTORS RELATED TO SARE ENTITIES Filed by Creditor Cathay Bank (RE: related document(s) 142 Motion Notice Of Motion And Motion For Order Determining That The Debtors Are Not Subject To Provisions Applicable To Entities With Single Asset Real Estate; Memorandum Of Points And Authorities; Declarations Of Richard Meruelo And Miguel Echemendia). (Attachments: # 1 Proof of Service) (Given, Bernard) (Entered: 06/15/2009) |
| 06/17/2009 | 310 | 30 | Memorandum of decision on debtor's motion for order determining that the debtors are not subject to provisions applicable to entities with single asset real estate ; Signed on 6/17/2009 with certificate of mailing . (Harraway, Phillip) (Entered: 06/17/2009) |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554

-8-

| | | | |
|---|---|---|---|
| 06/17/2009 | 311 | 31 | Order Granting Motion (Related Doc # 142 ) Signed on 6/17/2009 with certificate of mailing . (Harraway, Phillip) (Entered: 06/17/2009) |
| 06/17/2009 | 312 | 32 | Memorandum of decision on motion by Bank of America to declare Merco Group - Southpark LLC and Meruelo Maddux Properties 760 S Hill Street LLC "Single Asset Real Estate" cases pursuant to 11 USC 101(51B) and impose the requirements of 11 USC 362(d)(3) in accordance ; Signed on 6/17/2009 with certificate of mailing . (Harraway, Phillip) (Entered: 06/17/2009) |
| 06/17/2009 | 313 | 33 | Order Re: 164 DENIED - Signed on 6/17/2009 with certificate of mailing (RE: related document(s) 164 Notice of motion/application filed by Creditor BANK OF AMERICA). (Harraway, Phillip) (Entered: 06/17/2009) |
| 06/26/2009 | 331 | 34 | Notice of Appeal Circuit Court. Notice of Appeal (with proof of service attached). Fee Amount $255 Filed by Creditor BANK OF AMERICA (RE: related document(s) 310 Memorandum of decision, 311 Order on Generic Motion, 312 Memorandum of decision, 313 Order (Generic)). Appellant Designation due by 07/6/2009. (Yang, Jasmin) (Entered: 06/26/2009) |
| 06/26/2009 | 332 | 35 | Certification of Direct Appeal to Court of Appeals Filed by Creditor BANK OF AMERICA (RE: related document(s) 331 Notice of Appeal). (Yang, Jasmin) (Entered: 06/26/2009) |
| 07/02/2009 | 346 | 36 | Motion By Bank of America, N.A. for Clarification of the Court's Order Extending the 90-Day Period Set Forth in 11 U.S.C. Section 362(d)(3) Filed by Creditor BANK OF AMERICA (Yang, Jasmin) (Entered: 07/02/2009) |
| 07/06/2009 | 363 | 37 | Notice of referral of appeal to BAP with certificate of mailing (RE: related document(s) 331 Notice of Appeal filed by Creditor BANK OF AMERICA) (Cetulio, Julie) (Entered: 07/07/2009) |
| 07/06/2009 | 364 | 38 | Transmittal Memorandum to BAP (RE: related document(s) 331 Notice of Appeal filed by Creditor BANK OF AMERICA) (Cetulio, Julie) (Entered: 07/07/2009) |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554

-9-

| | Date | Doc # | Item | Description |
|---|---|---|---|---|
| 1 | 07/21/2009 | 400 | 39 | Election to Appeal to District Court Statement of Election to Transfer Appeal to District Court Re: Appeal from Orders Determining that Merco Group -- Southpark, LLC, and Meruelo Maddux Properties -- 760 S. Hill Street, LLC, Are Not Subject to "Single Asset Real Estate" Provisions in the Bankruptcy Code, with proof of service Filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp (RE: related document(s) 331 Notice of Appeal). (Tedford, John) (Entered: 07/21/2009) |
| 2 | 07/28/2009 | 428 | 40 | Response to (related document(s): 346 Motion By Bank of America, N.A. for Clarification of the Court's Order Extending the 90-Day Period Set Forth in 11 U.S.C. Section 362(d)(3) filed by Creditor BANK OF AMERICA) with proof of service Filed by Debtor Meruelo Maddux Properties, Inc., a DE Corp (Tedford, John) (Entered: 07/28/2009) |
| 3 | 08/12/2009 | 467 | 41 | Order Granting Motion for clarification of order extending the 90-day period set forth in 11 U.S.C. 362(d)(3) (Related Doc # 346 ) Signed on 8/12/2009 (Cetulio, Julie) (Entered: 08/12/2009) |
| 4 | 08/19/2009 | 488 | 42 | Notice regarding appeal from Bankruptcy Court, Filed by (RE: related document(s) Hearing). (Gonzales, Emma) (Entered: 8/19/2009) |
| 5 | 8/21/2009 | 501 | 43 | Order Granting Certification for Appeal (Related Doc # ) Signed on 8/21/2009 (Harraway, Phillip) (Entered: 8/21/2009) |

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554                                                                    -10-

1  BofA would like to designate the transcript of the June 17, 2009 hearing relating to the
2  appeal. With respect to the June 17, 2009 hearing, BofA has been informed that the Debtors have
3  submitted a request that the transcript of the hearing be prepared by the court reporter in this case
4  and that a copy of such transcript be transmitted to the appellate court for consideration in this
5  appeal. True and correct copies of the documents designated above are attached hereto in
6  accordance with the exhibit numbers corresponding to the docket entry numbers.

Dated:  August 25, 2009                    SNELL & WILMER L.L.P.

                                By:    /s/ Jasmin Yang
                                       Donald L. Gaffney
                                       Eric S. Pezold
                                       Jasmin Yang
                                       Attorneys for Bank of America, N.A.

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

10381554                                    -11-

| In re: MERUELO MADDUX PROPERTIES, INC., et al., Debtor(s). | CHAPTER 11<br>CASE NUMBER - 1:09-bk-13356-K |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 350 South Grand Avenue, Suite 2600, Los Angeles, CA 90071  The foregoing documents described as: **DESIGNATION OF RECORD ON APPEAL** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 25, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR PERSONAL DELIVERY** (indicate method for each person or entity served)**:** On **August 25, 2009,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Kathleen Thompson
United States Bankruptcy Court
Warner Center
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6609
(Personal Delivery)

☒ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 25, 2009 | Digna Anonas | /s/ Digna Anonas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

20699.0150\YANGJ\SWDMS\10381554

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

- John J Bingham    jbingham@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Howard Camhi    hcamhi@ecjlaw.com
- Ronald R Cohn    rcohn@horganrosen.com
- Michaeline H Correa    mcorrea@jonesday.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest    aed@dgdk.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- John A Graham    jag@jmbm.com
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Steven K Linkon    slinkon@rcolegal.com
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@msn.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Craig M Rankin    cmr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Jeffrey S Shinbrot    shinbrot@earthlink.net
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, wendy@sonilaw.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- John N Tedford    jtedford@dgdk.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Jason L Weisberg    jason@gdclawyers.com
- Jasmin Yang    jyang@swlaw.com

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

20699.0150\YANGJ\SWDMS\10381554

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

**II. <u>SERVED BY U.S. MAIL:</u>**

Janis G Abrams
The Gersh Law Firm Inc
15821 Ventura Blvd Ste 515
Encino, CA 91436

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Richard K. Diamond
Danning Gill Diamond & Kollitz LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA  90067-2904

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

20699.0150\YANGJ\SWDMS\10381554