Curtis C. Jung, Esq. (State Bar No. 130657)
Monica H. Lin, Esq. (State Bar No. 237343)
JUNG & YUEN, LLP
888 South Figueroa Street, Suite 720
Los Angeles, California 90017
(213) 689-8880 - Tel
(213) 689-8887 - Fax
curtis@jyllp.com

Elmer Dean Martin III, Esq. (SBN 75517)
22632 Golden Springs Dr., Suite 190
Diamond Bar, CA 91765
elmer@bankruptcytax.net
(909) 861-6700 - Tel.
(909) 860-3801 – Fax

Counsel For United Commercial Bank

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Meruelo Maddux Properties, Inc., et al,<br><br>Debtor. | CASE NO. 1:09-bk-13356-KT<br>Chapter 11<br><br>United Commercial Bank's Joinder in Motion for Order Appointing an Appraiser for Certain of Debtors' Unencumbered Properties.<br><br>Hearing Date: September 25, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA |

United Commercial Bank joins in the motion of Legendary Investors Group No. 1, LLC, docket #650, requesting appointment of an appraiser, for the reasons stated therein. This is an old suggestion whose time for realization is overdue.

1 | Dated September 22, 2009

JUNG & YUEN, LLP

Elmer Dean Martin III,

A Professional Corporation

By /s/ Elmer Dean Martin III

Elmer Dean Martin III

Attorneys for United Commercial Bank