JEFFER, MANGELS, BUTLER & MARMARO LLP
JOHN A. GRAHAM (SBN 71017)
THOMAS M. GEHER (SBN 130588)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: jag@jmbm.com
tgeher@jmbm.com

Attorneys for Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through Capmark Finance Inc., Its Special Servicer

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors. | CASE NO. 1:09-bk-13356 KT<br><br>Chapter 11<br>(Jointly Administered)<br><br>**STIPULATION TO EXTEND THE TIME TO FILE A NOTICE OF APPEAL CONCERNING** *ORDER APPROVING STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING PROCEDURE FOR FILING PROOFS OF CLAIM*<br><br>[NO HEARING REQUIRED] |

Meruelo Maddux Properties, Inc., *et al.* (collectively "Debtors"), the Official Committee of Unsecured Creditors (the "Committee") and secured creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through

Certificates, Series 2002-C1 acting by and through Capmark Finance Inc., its Special Servicer ("Capmark"), through their counsel of record, hereby stipulate as follows

1. The Debtors, on March 26 and 27, 2009, filed petitions for relief under chapter 11 of title 11 of the United States Code, thereby commencing the above caption bankruptcy cases (collectively, the "Bankruptcy Cases"). In total there are 54 Bankruptcy Cases.

2. On April 21, 2009, the Committee was appointed and formed.

3. On July 22, 2009, the Court entered that "Order Setting Final Bar Dates to File Proofs of Claim" (the "Bar Date Order"). Pursuant to the Bar Date Order, with certain exceptions, the Court fixed September 24, 2009, as the last date by which parties must file their proofs of claim in each of the Bankruptcy Cases.

4. The Bar Date Order required the creditors to file claims against each respective Debtor against which they assert a claim, or be barred from asserting such claims.

5. On September 24, 2009, the Bar Date, the Committee and Debtors, through their respective counsel, filed and served that "Stipulation Between Debtors and Official Committee of Unsecured Creditors Regarding Procedure for Filing Proofs of Claim" (the "Stipulation").

6. Pursuant to the Stipulation, the Debtors and Committee agreed that because, allegedly, members of the Committee have determined that they hold claims against one or more of the Debtors but are not certain against which particular Debtor they hold a claim against, creditors could file proofs of claim in any of the Bankruptcy Cases and/or against any of the Debtors prior to the Bar Date and such proof of claim shall be deemed timely filed in the proper Bankruptcy Case and against the proper Debtor, regardless of the name of the particular Debtor and/or Bankruptcy Case number identified in the caption of such proof of claim.

7. Capmark had and has concerns and issues with the Stipulation.

8. On September 30, 2009, only six (6) days after the filing of the Stipulation, the Court signed and entered that "Order Approving Stipulation Between Debtors and Official Committee of Unsecured Creditors Regarding Procedure for Filing Proofs of Claim" (the "Order"), which approved the Stipulation.

9. Capmark, the Committee and Debtors are in discussions concerning the Stipulation and the issues concerning the Stipulation raised by Capmark.

10. The last day for a timely notice of appeal to be filed concerning the Order is October 13, 2009 (October 10, 11 and 12 are weekend days and a court holiday).

11. In order to attempt to resolve Capmark's issues relating to the Order, Capmark, the Committee and Debtors agree to, pursuant to Bankruptcy Rule 8002(c)(2), to extend the time for the filing of a notice of appeal relating to the Order to the later of (i) twenty days from the expiration of the time for filing a notice of appeal from the Order or (ii) ten (10) days from the date of entry of the order approving this Stipulation.

Dated: October 9, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP
JOHN A. GRAHAM
THOMAS M. GEHER

By: /s/ John A. Graham
JOHN A. GRAHAM, Attorneys for Creditor Wells Fargo Bank, N.A. Successor By Consolidation To Wells Fargo Bank Minnesota, National Association As Trustee For The Registered Certificateholders Of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 Acting By And Through Capmark Finance Inc., Its Special Servicer

Dated: October ___, 2009

SULMEYERKUPETZ
A PROFESSIONAL CORPORATION

By: _____
DEAN G. RALLIS, JR., Attorneys for the Official Committee of Unsecured Creditors

Dated: October ___, 2009

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
JOHN J. BINGHAM, Attorneys for Meruelo Maddux Properties, Inc. and affiliated Debtors and Debtors in Possession

- 3 -

9.  Capmark, the Committee and Debtors are in discussions concerning the Stipulation and the issues concerning the Stipulation raised by Capmark.

10. The last day for a timely notice of appeal to be filed concerning the Order is October 13, 2009 (October 10, 11 and 12 are weekend days and a court holiday).

11. In order to attempt to resolve Capmark's issues relating to the Order, Capmark, the Committee and Debtors agree to, pursuant to Bankruptcy Rule 8002(c)(2), to extend the time for the filing of a notice of appeal relating to the Order to the later of (i) twenty days from the expiration of the time for filing a notice of appeal from the Order or (ii) ten (10) days from the date of entry of the order approving this Stipulation.

Dated: October 9, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP
JOHN A. GRAHAM
THOMAS M. GEHER

By: /s/ John A. Graham
JOHN A. GRAHAM, Attorneys for Creditor Wells Fargo Bank, N.A. Successor By Consolidation To Wells Fargo Bank Minnesota, National Association As Trustee For The Registered Certificateholders Of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 Acting By And Through Capmark Finance Inc., Its Special Servicer

Dated: October 9, 2009

SULMEYERKUPETZ
A PROFESSIONAL CORPORATION

By: _____
DEAN G. RALLIS, JR., Attorneys for the Official Committee of Unsecured Creditors

Dated: October ___, 2009

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
JOHN J. BINGHAM, Attorneys for Meruelo Maddux Properties, Inc. and affiliated Debtors and Debtors in Possession

1  9.  Capmark, the Committee and Debtors are in discussions concerning the Stipulation
2  and the issues concerning the Stipulation raised by Capmark.

3  10.  The last day for a timely notice of appeal to be filed concerning the Order is October
4  13, 2009 (October 10, 11 and 12 are weekend days and a court holiday).

5  11.  In order to attempt to resolve Capmark's issues relating to the Order, Capmark, the
6  Committee and Debtors agree to, pursuant to Bankruptcy Rule 8002(c)(2), to extend the time for the
7  filing of a notice of appeal relating to the Order to the later of (i) twenty days from the expiration of
8  the time for filing a notice of appeal from the Order or (ii) ten (10) days from the date of entry of
9  the order approving this Stipulation.

Dated: October ___, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP
JOHN A. GRAHAM
THOMAS M. GEHER

By: /s/ John A. Graham
JOHN A. GRAHAM, Attorneys for Creditor Wells Fargo Bank, N.A. Successor By Consolidation To Wells Fargo Bank Minnesota, National Association As Trustee For The Registered Certificateholders Of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 Acting By And Through Capmark Finance Inc., Its Special Servicer

Dated: October ___, 2009

SULMEYERKUPETZ
A PROFESSIONAL CORPORATION

By: _____
DEAN G. RALLIS, JR., Attorneys for the Official Committee of Unsecured Creditors

Dated: October 9, 2009

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
JOHN J. BINGHAM, Attorneys for Meruelo Maddux Properties, Inc. and affiliated Debtors and Debtors in Possession

PRINTED ON RECYCLED PAPER

6498938v1

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-4308

The foregoing document described **STIPULATION TO EXTEND THE TIME TO FILE A NOTICE OF APPEAL CONCERNING ORDER APPROVING STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING PROCEDURE FOR FILING PROOFS OF CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 9, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael C Abel    mca@dgdk.com
- John J Bingham    jbingham@dgdk.com
- Julia W Brand    jwb@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Howard Camhi    hcamhi@ecjlaw.com
- Ronald R Cohn    rcohn@horganrosen.com
- Michaeline H Correa    mcorrea@jonesday.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest    aed@dgdk.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@msn.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Lawrence Peitzman    lpeitzman@pwkllp.com

- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Craig M Rankin    cmr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Jeffrey S Shinbrot    shinbrot@earthlink.net
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, wendy@sonilaw.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- John N Tedford    jtedford@dgdk.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Jason L Weisberg    jason@gdclawyers.com
- Jasmin Yang    jyang@swlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On October 9, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

[Via U.S. Mail]
Honorable Kathleen T. Thompson
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 9, 2009        Claudean Brandon        /s/ Claudean Brandon
*Date*                 *Type Name*