JOHN J. BINGHAM, JR. (State Bar No. 075842)
*JBingham@DGDK.com*
JULIA W. BRAND (State Bar No. 121760)
*JBrand@DGDK.com*
ENID COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc.,
and affiliated Debtors and Debtors-in-Possession

**FILED & ENTERED**

OCT 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>    Debtors and Debtors-in-Possession.<br><br>☐   Affects all Debtors<br><br>☑   Affects the following Debtor(s):<br><br>Meruelo Maddux – 500 Mateo Street, LLC (1:09-bk-13361-KT) | Case No. 1:09-bk-13356-KT<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER SETTING INITIAL HEARING ON DEBTOR'S MOTION AND EMERGENCY MOTION FOR ORDER (1) AUTHORIZING DEBTOR IN POSSESSION MERUELO MADDUX - 845 S. FLOWER STREET, LLC TO OBTAIN POSTPETITION FINANCING, (2) AUTHORIZING MERUELO MADDUX - 845 S. FLOWER STREET, LLC TO GRANT PRIMING LIEN, (3) AUTHORIZING DEBTOR IN POSSESSION MERUELO MADDUX - 500 MATEO STREET LLC TO PROVIDE POSTPETITION FINANCING**<br><br>Date: October 14, 2009<br>Time: 1:30 p.m.<br>Ctrm: "301"<br>      21041 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

-1-

344156.01 [XP]    25195

On October 9, 2009, the above captioned Debtor filed a *Notice of Motion and Emergency Motion for Order (1) Authorizing Debtor in Possession Meruelo Maddux - 845 S. Flower Street, LLC to Obtain Postpetition Financing, (2) Authorizing Debtor in Possession Meruelo Maddux - 845 S. Flower Street, LLC to Grant Priming Liens, (3) Authorizing Debtor In Possession Meruelo Maddux - 500 Mateo Street LLC to Provide Postpetition Financing* (the "Motion").

This Court, the Honorable Kathleen Thompson presiding, having set a date for hearing matters in this case and for good cause appearing,

IT IS ORDERED THAT:

1. The initial hearing on the Motion shall be held on October 14, 2009, at 1:30 p.m.
2. Any objections to the Motion may be made at the time of the hearing.

####

DATED: October 13, 2009

*Kathleen Thompson*
United States Bankruptcy Judge

344156.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 11:09-bk-13356-kt |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ***ORDER SETTING HEARING ON DEBTOR'S MOTION AND EMERGENCY MOTION FOR ORDER (1) AUTHORIZING DEBTOR IN POSSESSION MERUELO MADDUX - 845 S. FLOWER STREET, LLC TO OBTAIN POSTPETITION FINANCING, (2) AUTHORIZING MERUELO MADDUX - 845 S. FLOWER STREET, LLC TO GRANT PRIMING LIEN, (3) AUTHORIZING DEBTOR IN POSSESSION MERUELO MADDUX - 500 MATEO STREET LLC TO PROVIDE POSTPETITION FINANCING*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ***October 13, 2009*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
***Via U.S. Mail***
Debtor: Meruelo Maddux Properties, Inc., a DE Corp, 761 Terminal Street Building 1 2nd Fl, Los Angeles, CA 90021
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 305
United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***October 13, 2009*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
***Via Email***:
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Barry S Glaser    bglaser@swjlaw.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
John A Graham    jag@jmbm.com
Thomas M Geher    tmg@jmbm.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 13, 2009 | Mayra Duran | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| 1 | In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER 11 |
|---|---|---|
| 2 | Debtor(s). | CASE NUMBER 11:09-bk-13356-kt |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled ***ORDER SETTING HEARING ON DEBTOR'S MOTION AND EMERGENCY MOTION FOR ORDER (1) AUTHORIZING DEBTOR IN POSSESSION MERUELO MADDUX - 845 S. FLOWER STREET, LLC TO OBTAIN POSTPETITION FINANCING, (2) AUTHORIZING MERUELO MADDUX - 845 S. FLOWER STREET, LLC TO GRANT PRIMING LIEN, (3) AUTHORIZING DEBTOR IN POSSESSION MERUELO MADDUX - 500 MATEO STREET LLC TO PROVIDE POSTPETITION FINANCING*** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October *13, 2009***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel     mca@dgdk.com
John J Bingham     jbingham@dgdk.com
Julia W Brand     jwb@dgdk.com
Jennifer L Braun     jennifer.l.braun@usdoj.gov
Martin J Brill     mjb@lnbrb.com
Howard Camhi     hcamhi@ecjlaw.com

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Meruelo Maddux Properties, Inc., a DE Corp, 761 Terminal Street Building 1 2nd Fl, Los Angeles, CA 90021

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

344156.01 [XP]     25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 11:09-bk-13356-kt |

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _**October 13, 2009**_, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Ronald R Cohn   rcohn@horganrosen.com
Michaeline H Correa   mcorrea@jonesday.com
Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Aaron De Leest   aed@dgdk.com
Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman   bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney   dgaffney@swlaw.com
Bernard R Given   bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser   bglaser@swjlaw.com
Ofer M Grossman   omglaw@gmail.com
Asa S Hami   ahami@sulmeyerlaw.com
Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com
William W Huckins   whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance N Jurich   ljurich@loeb.com, kpresson@loeb.com
Andrew F Kim   kim-a@blankrome.com
Michael S Kogan   mkogan@ecjlaw.com
Tamar Kouyoumjian   tkouyoumjian@sulmeyerlaw.com
Duane Kumagai   dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
David E Leta   dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien   katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon   slinkon@rcolegal.com
Richard Malatt   rmalatt@gmail.com
Elmer D Martin   elmermartin@msn.com
Elissa Miller   emiller@sulmeyerlaw.com
Iain A W Nasatir   inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jennifer L Nassiri   jennifer.nassiri@dlapiper.com
Lawrence Peitzman   lpeitzman@pwkllp.com
Eric S Pezold   epezold@swlaw.com, dwlewis@swlaw.com
Michael H Raichelson   mhr@cabkattorney.com
Dean G Rallis Jr   drallis@sulmeyerlaw.com
Craig M Rankin   cmr@lnbrb.com
Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
Martha E Romero   Romero@mromerolawfirm.com
Victor A Sahn   vsahn@sulmeyerlaw.com
Jeffrey S Shinbrot   shinbrot@earthlink.net
Stephen Shiu   sshiu@swlaw.com
Daniel H Slate   dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni   surjit@sonilaw.com, wendy@sonilaw.com
Tracie L Spies   tracie@haganlaw.org
James Stang   jstang@pszjlaw.com
John N Tedford   jtedford@dgdk.com
James A Timko   jtimko@allenmatkins.com
Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg   jason@gdclawyers.com
Jasmin Yang   jyang@swlaw.com

344156.01 [XP]   25195

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: admin                Page 1 of 2              Date Rcvd: Oct 13, 2009
Case: 09-13356                Form ID: pdf031            Total Noticed: 65

The following entities were noticed by first class mail on Oct 15, 2009.
db           +Meruelo Maddux Properties, Inc., a DE Corp,   761 Terminal Street Building 1 2nd Fl,
              Los Angeles, CA 90021-1111
aty          +Aaron De Leest,   2029 Century Park East 3rd Fl,   Los Angeles, CA 90067-2901
aty          +Alan G Tippie,   333 S Hope St 35th Fl,   Los Angeles, CA 90071-1406
aty          +Andrew F Kim,   Blank Rome LLP,   1925 Century Pk E,   Ste 1900,   Los Angeles, CA 90067-2720
aty          +Asa S Hami,   SulmeyerKupetz, A Prof Corp,   333 S Hope St 35th Fl,   Los Angeles, CA 90071-1406
aty          +Barry S Glaser,   Steckbauer Weinhart Jaffe LLP,   333 S Hope St 36th Fl,
              Los Angeles, CA 90071-1406
aty          +Bernard R Given,   6500 Wilshire Blvd 17th fl,   Los Angeles, CA 90048-4904
aty          +Brian L Davidoff,   1901 Avenue Of The Stars Ste 1700,   Century City, CA 90067-6031
aty          +Brian T Harvey,   Buchalter Nemer,   1000 Wilshire Blvd Ste 1500,   Los Angeles, CA 90017-1730
aty          +Craig M Rankin,   Levene Neale Bender,   10250 Constellation Blvd Ste 1700,
              Los Angeles, CA 90067-6200
aty          +Daniel H Slate,   Buchalter Nemer,   1000 Wilshire Blvd, Ste.1500,   Los Angeles, CA 90017-1730
aty          +David E Leta,   Snell & Wilmer,   15 W South Temple Ste 1200,   Salt Lake City, CA 84101-1547
aty          +David P Beitchman,   16130 Ventura Blvd Ste 170,   Encino, CA 91436-2581
aty          +Dean G Rallis Jr,   SulmeyerKupetz,   333 S Hope St 35th Fl,   Los Angeles, CA 90071-1406
aty          +Dean G Rallis Jr,   Alston & Bird LLP,   333 S Hope St 16th Fl,   Los Angeles, CA 90071-1410
aty          +Donald L Gaffney,   One AZ Center 400 E Van Buren,   Phoenix, AZ 85004
aty          +Duane Kumagai, ESQ,   1901 Ave Of The Stars Ste 1700,   Los Angeles, CA 90067-6031
aty          +Elissa Miller,   333 S Hope St 35th Flr,   Los Angeles, CA 90071-1406
aty          +Elmer D Martin, III,   POB 4670,   Diamond Bar, CA 91765-0670
aty          +Eric S Pezold,   600 Anton Blvd Ste 1400,   Costa Mesa, CA 92626-7689
aty          +Howard Camhi,   9401 Wilshire Blvd 9th Fl,   Beverly Hills, CA 90212-2928
aty          +Iain A W Nasatir,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd Ste 1100,
              Los Angeles, CA 90067-4111
aty          +James A Timko,   Allen Matkins Leck Gamble Mallory & Nats,   1900 Main St Fifth Fl,
              Irvine, CA 92614-7317
aty          +James Stang,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd 1100,
              Los Angeles, CA 90067-4111
aty          +Janis G Abrams,   The Gersh Law Firm Inc,   15821 Ventura Blvd Ste 515,   Encino, CA 91436-2937
aty           Jasmin Yang,   Snell & Wilmer LLP,   600 Anton Blvd, Ste.1400,   Costa Mesa, CA  92626-7689
aty          +Jason L Weisberg,   1777 E Los Angeles Ave,   Ste 201,   Simi Valley, CA 93065-2068
aty          +Jeffrey S Shinbrot,   8200 Wilshire Blvd, Ste 400,   Beverly Hills, CA 90211-2328
aty          +Jennifer L Braun,   21051 Warner Center Ln Ste 115,   Woodland Hills, CA 91367-6550
aty           Jennifer L Nassiri,   1999 Ave Of The Stars 4th Fl,   Los Angeles, CA  90067-6022
aty           John J Bingham, Jr,   2029 Century Park East Third Fl,   Los Angeles, CA  90067
aty          +John N Tedford,   Danning Gill Diamond & Kollitz,   2029 Century Park E 3rd Fl,
              Los Angeles, CA 90067-2901
aty           Julia W Brand,   Danning Gill Diamond & Kollitz LLP,   2029 Century Park ease, Third Flr,
              Los Angeles, CA  90067
aty          +Katherine Lien,   Law Office of Lorraine L Loder,   601 W Fifth St 8th FL,
              Los Angeles, CA 90071-2004
aty           Lance N Jurich,   Loeb & Loeb LLP,   10100 Santa Monica Blvd, Ste.2200,
              Los Angeles, CA  90067-4120
aty          +Lawrence Peitzman,   Peitzman Weg & Kempinsky LLP,   10100 Santa Monica Blvd Ste 1450,
              Los Angeles, CA 90067-4115
aty          +Martha E Romero,   Romero Law Firm,   6516 Bright Ave,   Whittier, CA 90601-4503
aty          +Martin J Brill,   10250 Constellation Blvd Ste 1700,   Los Angeles, CA 90067-6200
aty          +Michael B Reynolds,   Snell & Wilmer LLP,   600 Anton Blvd Ste 1400,   Costa Mesa, CA 92626-7689
aty          +Michael C Abel,   Danning Gill Diamond & Kollitz,   2029 Century Park E 3rd fl,
              Los Angeles, CA 90067-2901
aty          +Michael G Fletcher,   Frandzel Robins Bloom & Csato LC,   6500 Wilshire Blvd 17th Floor,
              Los Angeles, CA 90048-4904
aty          +Michael H Raichelson,   The Law Offices of Michael H Raichelson,   6400 Canoga Ave Ste 352,
              Woodland Hills, CA 91367-2425
aty           Michael S Kogan,   Ervin Cohen & Jessup LLP,   9401 Wilshire Blvd 9th Fl,
              Beverly Hills, CA  90212-2974
aty          +Michaeline H Correa,   555 California St 26th FL,   San Francisco, CA 94104-1602
aty           Ofer M Grossman,   Law Offices of Ofer M Grossman,   PO Box 5576,   Santa Monica, CA  90409-5576
aty          +Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Boulevard,   11th Floor,
              Los Angeles, CA 90067-4003
aty          +Ronald R Cohn,   23975 Park Sorrento #200,   Calabasas, CA 91302-4011
aty          +Stephen Shiu,   350 S Grand,   Los Angeles, CA 90071-3406
aty          +Steven K Linkon,   Routh Crabtree Olsen,   3535 Factoria Blvd SE Ste 200,
              Bellevue, WA 98006-1263
aty          +Surjit P Soni,   The Soni Law Firm,   35 N Lake Ave, Ste.720,   Pasadena, CA 91101-1856
aty          +Tamar Kouyoumjian,   SulmeyerKupetz A Prof Corp,   333 So Hope St Thirty-Fifth Fl,
              Los Angeles, CA 90071-1406
aty          +Thomas M Geher,   1900 Ave Of Stars 7th Flr,   Los Angeles, CA 90067-4308
aty          +Tracie L Spies,   Hagan & Associates,   110 E Wilshire Ave Ste 405,   Fullerton, CA 92832-1956
aty           Victor A Sahn,   333 S Hope St 35th Fl,   Los Angeles, CA  90071-1406
aty          +William W Huckins,   Allen Matkins LLP,   Three Embarcadero Ctr 12th Fl,
              San Francisco, CA 94111-4015
ust          +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
cr           +BANK OF AMERICA,   Snell & Wilmer LLP,   One Arizona Center,   Phoenix, AZ 85004-2280
cr           +Chinatrust Bank (USA),   c/o Steven K. Linkon,   3535 Factoria Blvd SE,   Suite 200,
              Bellevue, WA 98006-1263
cr           +East West Bank,   135 N. Los Robles Avenue,   7th Floor,   Pasadena, CA 91101-4525
intp         +Los Angeles County Metropolitan Transportation Aut,   One Gateway Plaza,   25th Fl.,
              Los Angeles, CA 90012-2952
```

```
District/off: 0973-1          User: admin              Page 2 of 2              Date Rcvd: Oct 13, 2009
Case: 09-13356                Form ID: pdf031         Total Noticed: 65
```

```
cr           +Natividad Gonzales,   c/o JEFFREY SHINBROT, ESQ,   8200 Wilshire Blvd., #400,
              Beverly Hills, CA 90211-2328
cr           +PNL Pomona, L.P.,   c/o HAGAN & ASSOCIATES,   110 E. Wilshire Avenue,   Suite 405,
              Fullerton, CA 92832-1956
cr           +San Bernardino County Tax Collector,   c/o Martha E. Romero,   Romero Law Firm,
              6516 Bright Avenue,   Whittier, CA 90601-4503
cr           +United Commercial Bank,   555 Montgomery St., 14th Fl,   San Francisco, CA 94111-2589
The following entities were noticed by electronic transmission on Oct 14, 2009.
aty          +E-mail/Text: jag@jmbm.com                           John A Graham,   1900 Ave Of The Stars 7th Fl,
              Los Angeles, CA 90067-4308
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Danning Gill Diamond & Kollitz LLP
cr            California Bank & Trust
cr            CanPartners Realty Holding Company IV, LLC
cr            Cathay Bank
intp          Courtesy NEF
crcm          Creditors Committee
cr            FNBN-CMLCOM I LLC
cr            FNBN-CMLCON I LLC
fa            FTI CONSULTING INC
cr            Imperial Capital Bank
cr            Kennedy Funding, Inc.,   9401 Wilshire Boulevard, 9th Floor,   Beverly Hills
cr            Legendary Investors Group No. 1, LLC
cr            Pacific Commerce Bank
cr            Roofcorp of CA Inc
cr            Stanford Group LP
cr            Vahan and Anoush Chamlian
cr            Wells Fargo Bank, N.A. successor by consolidation
cr            Yoshiake Murakami
                                                                                       TOTALS: 18, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2009**               **Signature:**      *Joseph Speetjens*