1  RICHARD K. DIAMOND (State Bar No. 070634)
   *RDiamond@DGDK.com*
2  JOHN J. BINGHAM, JR. (State Bar No. 075842)
   *JBingham@DGDK.com*
3  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *JTedford@DGDK.com*
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California 90067-2904
   Telephone:  (310) 277-0077
6  Facsimile:  (310) 277-5735

7  Attorneys for Meruelo Maddux Properties, Inc., and
   affiliated Debtors and Debtors-in-Possession

FILED & ENTERED

OCT 23 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11  In re                                  ) Case No. 1:09-bk-13356-KT
                                           )
12  MERUELO MADDUX PROPERTIES, INC., et    ) Chapter 11 (Jointly Administered)
    al.[1]                                 )
13                                         ) **ORDER GRANTING STIPULATION**
              Debtors and Debtors-in-Possession.  ) **BETWEEN MERCO GROUP – 1500**
14                                         ) **GRIFFITH AVENUE, LLC, AND**
                                           ) **YOSHIAKI AND FUMIKO MURAKAMI**
15                                         ) **RE: CLOSING BRIEFING AND**
    _____) **ARGUMENT PERTAINING TO CASH**
16  ☐   Affects all Debtors               ) **COLLATERAL**
                                           )
17  ☑   Affects the following Debtor(s):   )
                                           )
18                                         )     *Prior Hearing Date and Time*
                                           ) Date:      October 26, 2009
19                                         ) Time:      9:00 a.m.
                                           )
20                                         )    *New Status Conference Date and Time*
                                           ) Date:      November 6, 2009
21                                         ) Time:      9:00 a.m.
                                           ) Place:     Courtroom 303
22                                         )            21041 Burbank Blvd.
                                           )            Woodland Hills, California
23  _____)

24  _____

[1]  Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated
25  entities.  The affiliated case numbers are as follows:  1:09-bk-13338-GM; 1:09-bk-13358-GM; 1:09-bk-13359-GM; 1:09-bk-13360-
    GM; 1:09-bk-13361-GM; 1:09-bk-13362-GM; 1:09-bk-13363-GM; 1:09-bk-13364-GM; 1:09-bk-13365-GM; 1:09-bk-13366-GM;
26  1:09-bk-13367-GM; 1:09-bk-13368-GM; 1:09-bk-13369-GM; 1:09-bk-13370-GM; 1:09-bk-13371-GM; 1:09-bk-13372-GM; 1:09-
    bk-13373-GM; 1:09-bk-13374-GM; 1:09-bk-13375-GM; 1:09-bk-13376-GM; 1:09-bk-13377-GM; 1:09-bk-13378-GM; 1:09-bk-
    13379-GM; 1:09-bk-13380-GM; 1:09-bk-13381-GM; 1:09-bk-13382-GM; 1:09-bk-13383-GM; 1:09-bk-13384-GM; 1:09-bk-
27  13385-GM; 1:09-bk-13386-GM; 1:09-bk-13387-GM; 1:09-bk-13388-GM; 1:09-bk-13389-GM; 1:09-bk-13390-GM; 1:09-bk-
    13391-GM; 1:09-bk-13392-GM; 1:09-bk-13393-GM; 1:09-bk-13394-GM; 1:09-bk-13395-GM; 1:09-bk-13396-GM; 1:09-bk-
    13397-GM; 1:09-bk-13398-GM; 1:09-bk-13399-GM; 1:09-bk-13400-GM; 1:09-bk-13401-GM; 1:09-bk-13402-GM; 1:09-bk-
    13403-GM; 1:09-bk-13404-GM; 1:09-bk-13405-GM; 1:09-bk-13406-GM; 1:09-bk-13407-GM; 1:09-bk-13434-GM; and 1:09-bk-
28  13439-GM.

1

344727.01 [XP]    25195

1    The Court having read and considered the *Stipulation between Merco Group – 1500 Griffith*

2 *Avenue, LLC, and Yoshiaki and Fumiko Murakami Re: Closing Briefing and Argument Pertaining*

3 *to Cash Collateral* (the "Stipulation") between Merco Group – 1500 Griffith Avenue, LLC ("MG

4 Griffith"), and Yoshiaki Murakami and Fumiko Murakami, as Co-Trustees of the Revocable Trust

5 of Yoshiaki Murakami and Fumiko Murakami U/T/A Dated June 16, 1988, and Yoshiaki

6 Murakami, an individual (collectively "Murakami"), filed on or about October 22, 2009, for good

7 cause appearing, it is

8    **ORDERED THAT:**

9    1.    The Stipulation is approved.

10    2.    The deadline of October 19, 2009, for MG Griffith and Murakami to file their final

11 briefs with respect to the debtors' proposed use of Murakami's cash collateral is vacated.

12    3.    The final hearing on the cash collateral motion with respect to the proposed use of

13 Murakami's cash collateral and Murakami's objection thereto, currently set for October 26, 2009,

14 shall be postponed.

15    4.    A status conference is set for November 6, 2009, at 9:00 a.m., at which time the

16 parties shall advise the Court regarding the status of their settlement discussions and, if appropriate,

17 request that the Court reset the briefing deadline and the final hearing.

18    ###

19

20

21

22

23

24    *Kathleen Thompson*

25 DATED: October 23, 2009    _____
United States Bankruptcy Judge

26

27

28

-2-

344727.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 11:09-bk-13356-kt |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER GRANTING STIPULATION BETWEEN MERCO GROUP – 1500 GRIFFITH AVENUE, LLC, AND YOSHIAKI AND FUMIKO MURAKAMI RE: CLOSING BRIEFING AND ARGUMENT PERTAINING TO CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **_October 22, 2009_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**_Via U.S. Mail_**
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_October 22, 2009_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  October 22, 2009 | Cindy Cripe | /s/ Cindy Cripe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

344727.01 [XP]   25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>                                                              Debtor(s). | CHAPTER 11<br>CASE NUMBER 11:09-bk-13356-kt |

**III. SERVED BY EMAIL**

Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Katherine Lien     katie.lien@sbcglobal.net, katielien@gmail.com
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri     jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko     jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

344727.01 [XP]     25195

| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11  CASE NUMBER 11:09-bk-13356-kt |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING STIPULATION BETWEEN MERCO GROUP – 1500 GRIFFITH AVENUE, LLC, AND YOSHIAKI AND FUMIKO MURAKAMI RE: CLOSING BRIEFING AND ARGUMENT PERTAINING TO CASH COLLATERAL** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October 22, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

344727.01 [XP]      25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 11:09-bk-13356-kt |
|---|---|

## I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Katherine Lien     katie.lien@sbcglobal.net, katielien@gmail.com
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri     jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko     jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

344727.01 [XP]     25195