RICHARD K. DIAMOND (State Bar No. 070634)
*RDiamond@DGDK.com*
JOHN J. BINGHAM, JR. (State Bar No. 075842)
*JBingham@DGDK.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

**FILED & ENTERED**

**OCT 23 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.[1]<br><br>    Debtors and Debtors-in-Possession.<br><br>☐ Affects all Debtors<br><br>☑ Affects the following Debtor(s): | Case No. 1:09-bk-13356-KT<br><br>Chapter 11 (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN MERCO GROUP – 1500 GRIFFITH AVENUE, LLC, AND YOSHIAKI AND FUMIKO MURAKAMI RE: CLOSING BRIEFING AND ARGUMENT PERTAINING TO CASH COLLATERAL**<br><br>*Prior Hearing Date and Time*<br>Date:    October 26, 2009<br>Time:    9:00 a.m.<br><br>*New Status Conference Date and Time*<br>Date:    November 6, 2009<br>Time:    9:00 a.m.<br>Place:    Courtroom 303<br>           21041 Burbank Blvd.<br>           Woodland Hills, California |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-GM; 1:09-bk-13358-GM; 1:09-bk-13359-GM; 1:09-bk-13360-GM; 1:09-bk-13361-GM; 1:09-bk-13362-GM; 1:09-bk-13363-GM; 1:09-bk-13364-GM; 1:09-bk-13365-GM; 1:09-bk-13366-GM; 1:09-bk-13367-GM; 1:09-bk-13368-GM; 1:09-bk-13369-GM; 1:09-bk-13370-GM; 1:09-bk-13371-GM; 1:09-bk-13372-GM; 1:09-bk-13373-GM; 1:09-bk-13374-GM; 1:09-bk-13375-GM; 1:09-bk-13376-GM; 1:09-bk-13377-GM; 1:09-bk-13378-GM; 1:09-bk-13379-GM; 1:09-bk-13380-GM; 1:09-bk-13381-GM; 1:09-bk-13382-GM; 1:09-bk-13383-GM; 1:09-bk-13384-GM; 1:09-bk-13385-GM; 1:09-bk-13386-GM; 1:09-bk-13387-GM; 1:09-bk-13388-GM; 1:09-bk-13389-GM; 1:09-bk-13390-GM; 1:09-bk-13391-GM; 1:09-bk-13392-GM; 1:09-bk-13393-GM; 1:09-bk-13394-GM; 1:09-bk-13395-GM; 1:09-bk-13396-GM; 1:09-bk-13397-GM; 1:09-bk-13398-GM; 1:09-bk-13399-GM; 1:09-bk-13400-GM; 1:09-bk-13401-GM; 1:09-bk-13402-GM; 1:09-bk-13403-GM; 1:09-bk-13404-GM; 1:09-bk-13405-GM; 1:09-bk-13406-GM; 1:09-bk-13407-GM; 1:09-bk-13434-GM; and 1:09-bk-13439-GM.

1

The Court having read and considered the *Stipulation between Merco Group – 1500 Griffith Avenue, LLC, and Yoshiaki and Fumiko Murakami Re: Closing Briefing and Argument Pertaining to Cash Collateral* (the "Stipulation") between Merco Group – 1500 Griffith Avenue, LLC ("MG Griffith"), and Yoshiaki Murakami and Fumiko Murakami, as Co-Trustees of the Revocable Trust of Yoshiaki Murakami and Fumiko Murakami U/T/A Dated June 16, 1988, and Yoshiaki Murakami, an individual (collectively "Murakami"), filed on or about October 22, 2009, for good cause appearing, it is

**ORDERED THAT:**

1. The Stipulation is approved.

2. The deadline of October 19, 2009, for MG Griffith and Murakami to file their final briefs with respect to the debtors' proposed use of Murakami's cash collateral is vacated.

3. The final hearing on the cash collateral motion with respect to the proposed use of Murakami's cash collateral and Murakami's objection thereto, currently set for October 26, 2009, shall be postponed.

4. A status conference is set for November 6, 2009, at 9:00 a.m., at which time the parties shall advise the Court regarding the status of their settlement discussions and, if appropriate, request that the Court reset the briefing deadline and the final hearing.

###

DATED: October 23, 2009

*Kathleen Thompson*
United States Bankruptcy Judge

-2-

344727.01 [XP]     25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 11:09-bk-13356-kt |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER GRANTING STIPULATION BETWEEN MERCO GROUP – 1500 GRIFFITH AVENUE, LLC, AND YOSHIAKI AND FUMIKO MURAKAMI RE: CLOSING BRIEFING AND ARGUMENT PERTAINING TO CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On *October 22, 2009* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via U.S. Mail*
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *October 22, 2009* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 22, 2009 | Cindy Cripe | /s/ Cindy Cripe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

344727.01 [XP]   25195

| | | |
|---|---|---|
| 1 | In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER 11 |
| 2 | Debtor(s). | CASE NUMBER 11:09-bk-13356-kt |

**III. SERVED BY EMAIL**

Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 11:09-bk-13356-kt |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING STIPULATION BETWEEN MERCO GROUP – 1500 GRIFFITH AVENUE, LLC, AND YOSHIAKI AND FUMIKO MURAKAMI RE: CLOSING BRIEFING AND ARGUMENT PERTAINING TO CASH COLLATERAL** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October *22, 2009***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

-5-

344727.01 [XP]    25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 11:09-bk-13356-kt | |

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

344727.01 [XP]    25195

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: admin               Page 1 of 2              Date Rcvd: Oct 23, 2009
Case: 09-13356                 Form ID: pdf031           Total Noticed: 66


The following entities were noticed by first class mail on Oct 25, 2009.
db          +Meruelo Maddux Properties, Inc., a DE Corp,   761 Terminal Street Building 1 2nd Fl,
              Los Angeles, CA 90021-1111
aty         +Aaron De Leest,   2029 Century Park East 3rd Fl,   Los Angeles, CA 90067-2901
aty         +Alan G Tippie,   333 S Hope St 35th Fl,   Los Angeles, CA 90071-1406
aty         +Alexandra Kazhokin,   Buchalter Nemer,   1000 Wilshire Blvd,   Ste 1500,
              Los Angeles, CA 90017-1730
aty         +Andrew F Kim,   Blank Rome LLP,   1925 Century Pk E,   Ste 1900,   Los Angeles, CA 90067-2720
aty         +Asa S Hami,   SulmeyerKupetz, A Prof Corp,   333 S Hope St 35th Fl,   Los Angeles, CA 90071-1406
aty         +Barry S Glaser,   Steckbauer Weinhart Jaffe LLP,   333 S Hope St 36th Fl,
              Los Angeles, CA 90071-1406
aty         +Bernard R Given,   6500 Wilshire Blvd 17th fl,   Los Angeles, CA 90048-4904
aty         +Brian L Davidoff,   1901 Avenue Of The Stars Ste 1700,   Century City, CA 90067-6031
aty         +Brian T Harvey,   Buchalter Nemer,   1000 Wilshire Blvd Ste 1500,   Los Angeles, CA 90017-1730
aty         +Craig M Rankin,   Levene Neale Bender,   10250 Constellation Blvd Ste 1700,
              Los Angeles, CA 90067-6200
aty         +Daniel H Slate,   Buchalter Nemer,   1000 Wilshire Blvd, Ste.1500,   Los Angeles, CA 90017-1730
aty         +David E Leta,   Snell & Wilmer,   15 W South Temple Ste 1200,   Salt Lake City, CA 84101-1547
aty         +David P Beitchman,   16130 Ventura Blvd Ste 570,   Encino, CA 91436-2581
aty         +Dean G Rallis Jr,   Alston & Bird LLP,   333 S Hope St 16th Fl,   Los Angeles, CA 90071-1410
aty         +Dean G Rallis Jr,   SulmeyerKupetz,   333 S Hope St 35th Fl,   Los Angeles, CA 90071-1406
aty         +Donald L Gaffney,   One AZ Center 400 E Van Buren,   Phoenix, AZ 85004
aty         +Duane Kumagai, ESQ,   1901 Ave Of The Stars Ste 1700,   Los Angeles, CA 90067-6031
aty         +Elissa Miller,   333 S Hope St 35th Flr,   Los Angeles, CA 90071-1406
aty         +Elmer D Martin, III,   POB 4670,   Diamond Bar, CA 91765-0670
aty         +Eric S Pezold,   600 Anton Blvd Ste 1400,   Costa Mesa, CA 92626-7689
aty         +Howard Camhi,   9401 Wilshire Blvd 9th Fl,   Beverly Hills, CA 90212-2928
aty         +Iain A W Nasatir,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd Ste 1100,
              Los Angeles, CA 90067-4111
aty         +James A Timko,   Allen Matkins Leck Gamble Mallory & Nats,   1900 Main St Fifth Fl,
              Irvine, CA 92614-7317
aty         +James Stang,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd 1100,
              Los Angeles, CA 90067-4111
aty         +Janis G Abrams,   The Gersh Law Firm Inc,   15821 Ventura Blvd Ste 515,   Encino, CA 91436-2937
aty          Jasmin Yang,   Snell & Wilmer LLP,   600 Anton Blvd, Ste.1400,   Costa Mesa, CA  92626-7689
aty         +Jason L Weisberg,   1777 E Los Angeles Ave,   Ste 201,   Simi Valley, CA 93065-2068
aty         +Jeffrey S Shinbrot,   8200 Wilshire Blvd, Ste. 400,   Beverly Hills, CA 90211-2328
aty         +Jennifer L Braun,   21051 Warner Center Ln Ste 115,   Woodland Hills, CA 91367-6550
aty          Jennifer L Nassiri,   1999 Ave Of The Stars 4th Fl,   Los Angeles, CA  90067-6022
aty          John J Bingham, Jr,   2029 Century Park East Third Fl,   Los Angeles, CA  90067
aty         +John N Tedford,   Danning Gill Diamond & Kollitz,   2029 Century Park E 3rd Fl,
              Los Angeles, CA 90067-2901
aty          Julia W Brand,   Danning Gill Diamond & Kollitz LLP,   2029 Century Park ease, Third Flr,
              Los Angeles, CA  90067
aty         +Katherine Lien,   Law Office of Lorraine L Loder,   601 W Fifth St 8th FL,
              Los Angeles, CA 90071-2004
aty          Lance N Jurich,   Loeb & Loeb LLP,   10100 Santa Monica Blvd, Ste.2200,
              Los Angeles, CA  90067-4120
aty         +Lawrence Peitzman,   Peitzman Weg & Kempinsky LLP,   10100 Santa Monica Blvd Ste 1450,
              Los Angeles, CA 90067-4115
aty         +Martha E Romero,   Romero Law Firm,   6516 Bright Ave,   Whittier, CA 90601-4503
aty         +Martin J Brill,   10250 Constellation Blvd Ste 1700,   Los Angeles, CA 90067-6200
aty         +Michael B Reynolds,   Snell & Wilmer LLP,   600 Anton Blvd Ste 1400,   Costa Mesa, CA 92626-7689
aty         +Michael C Abel,   Danning Gill Diamond & Kollitz,   2029 Century Park E 3rd fl,
              Los Angeles, CA 90067-2901
aty         +Michael G Fletcher,   Frandzel Robins Bloom & Csato LC,   6500 Wilshire Blvd 17th Floor,
              Los Angeles, CA 90048-4904
aty         +Michael H Raichelson,   The Law Offices of Michael H Raichelson,   6400 Canoga Ave Ste 352,
              Woodland Hills, CA 91367-2425
aty          Michael S Kogan,   Ervin Cohen & Jessup LLP,   9401 Wilshire Blvd 9th Fl,
              Beverly Hills, CA  90212-2974
aty         +Michaeline H Correa,   555 California St 26th FL,   San Francisco, CA 94104-1602
aty          Ofer M Grossman,   Law Offices of Ofer M Grossman,   PO Box 5576,   Santa Monica, CA  90409-5576
aty         +Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Boulevard,   11th Floor,
              Los Angeles, CA 90067-4003
aty         +Ronald R Cohn,   23975 Park Sorrento #200,   Calabasas, CA 91302-4011
aty         +Stephen Shiu,   350 S Grand,   Los Angeles, CA 90071-3406
aty         +Steven K Linkon,   Routh Crabtree Olsen,   3535 Factoria Blvd SE Ste 200,
              Bellevue, WA 98006-1263
aty         +Surjit P Soni,   The Soni Law Firm,   35 N Lake Ave, Ste.720,   Pasadena, CA 91101-1856
aty         +Tamar Kouyoumjian,   SulmeyerKupetz A Prof Corp,   333 So Hope St Thirty-Fifth Fl,
              Los Angeles, CA 90071-1406
aty         +Thomas M Geher,   1900 Ave Of Stars 7th Flr,   Los Angeles, CA 90067-4308
aty         +Tracie L Spies,   Hagan & Associates,   110 E Wilshire Ave Ste 405,   Fullerton, CA 92832-1956
aty          Victor A Sahn,   333 S Hope St 35th Fl,   Los Angeles, CA  90071-1406
aty         +William W Huckins,   Allen Matkins LLP,   Three Embarcadero Ctr 12th Fl,
              San Francisco, CA 94111-4015
ust         +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
cr          +BANK OF AMERICA,   Snell & Wilmer LLP,   One Arizona Center,   Phoenix, AZ 85004-2280
cr          +Chinatrust Bank (USA),   c/o Steven K. Linkon,   3535 Factoria Blvd SE,   Suite 200,
              Bellevue, WA 98006-1263
cr          +East West Bank,   135 N. Los Robles Avenue,   7th Floor,   Pasadena, CA 91101-4525
```

```
intp        +Los Angeles County Metropolitan Transportation Aut,   One Gateway Plaza,   25th Fl.,
              Los Angeles, CA 90012-2952
cr          +Natividad Gonzales,   c/o JEFFREY SHINBROT, ESQ.,   8200 Wilshire Blvd., #400,
              Beverly Hills, CA 90211-2328
cr          +PNL Pomona, L.P.,   c/o HAGAN & ASSOCIATES,   110 E. Wilshire Avenue,   Suite 405,
              Fullerton, CA 92832-1956
cr          +San Bernardino County Tax Collector,   c/o Martha E. Romero,   Romero Law Firm,
              6516 Bright Avenue,   Whittier, CA 90601-4503
cr          +United Commercial Bank,   555 Montgomery St., 14th Fl,   San Francisco, CA 94111-2589
The following entities were noticed by electronic transmission on Oct 24, 2009.
aty         +E-mail/Text: jag@jmbm.com                         John A Graham,   1900 Ave Of The Stars 7th Fl,
              Los Angeles, CA 90067-4308
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Danning Gill Diamond & Kollitz LLP
cr           California Bank & Trust
cr           CanPartners Realty Holding Company IV, LLC
cr           Cathay Bank
intp         Courtesy NEF
crcm         Creditors Committee
cr           FNBN-CMLCOM I LLC
cr           FNBN-CMLCON I LLC
fa           FTI CONSULTING INC
cr           Imperial Capital Bank
cr           Kennedy Funding, Inc.,   9401 Wilshire Boulevard, 9th Floor,   Beverly Hills
cr           Legendary Investors Group No. 1, LLC
cr           Pacific Commerce Bank
cr           Roofcorp of CA Inc
cr           Stanford Group LP
cr           Vahan and Anoush Chamlian
cr           Wells Fargo Bank, N.A. successor by consolidation
cr           Yoshiake Murakami
                                                                                          TOTALS: 18, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2009**                        **Signature:**        *Joseph Speetjens*