

1  M. FREDDIE REISS
   MATTHEW PAKKALA
2  FTI CONSULTING, INC
   633 West 5th Street, 16th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 689-1200
4  Facsimile: (213) 452-6098

5  Financial Advisors to Meruelo Maddux Properties, Inc., and
   Affiliated Debtors and Debtors-in-Possession

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11 In re                                  )  Case No. 1:09-bk-13356-KT
                                          )
12 MERUELO MADDUX PROPERTIES, INC., et    )  Chapter 11
   al.[1]                                 )
13                                         )  (Jointly Administered)
          Debtors and Debtors-in-Possession.  )
14                                         )  **NOTICE OF FILING OF FOURTH**
                                          )  **MONTHLY STATEMENT OF FTI**
15                                         )  **CONSULTING, INC.  FOR PAYMENT**
                                          )  **OF FEES AND REIMBURSEMENT OF**
16 ☑  Affects all Debtors                 )  **EXPENSES INCURRED FROM**
                                          )  **OCTOBER 1, 2009 THROUGH**
17 ☐  Affects the following Debtor(s):    )  **OCTOBER 31, 2009**
                                          )
18                                         )
                                          )
19                                         )  **[No Hearing Required]**
                                          )
20                                         )
                                          )
21                                         )
                                          )
22 ///

23 ///

24
   [1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by
25 affiliated entities.  The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT;
26 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT;
27 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.
28
                                          1

ORIGINAL

FILED
NOV 1 5 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

**TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY
JUDGE, AND INTERESTED PARTIES:**

FTI Consulting, Inc. ("FTI"), financial advisor to Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession herein (the "Debtors"), hereby submits its fourth monthly professional fee statement (the "Monthly Statement") for allowance and payment of fees and reimbursement of expenses incurred from October 1, 2009 through October 31, 2009 (the "Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals lodged with this Court on July 16, 2009 (the "Monthly Statement Order").

The order authorizing the Debtors' employment of FTI was entered on August 4, 2009, effective as of June 24, 2009.

During the Statement Period, FTI incurred $97,753.00 in fees and $59.70 in out-of-pocket expenses, totaling $97,812.70. Attached hereto as Exhibit "A" is a list of the professionals, hourly rates, total number of hours billed by each professional and total amount of fees incurred by each professional during the Statement Period, for which interim compensation is sought. Attached as Exhibit "B" is a summary of the fees by matter categories. Attached hereto as Exhibit "C" is a detailed statement of all time entries for all individuals who performed services during the Statement Period. Attached hereto as Exhibit "D" is a summary of out-of-pocket expenses incurred. Attached hereto as Exhibit "E" is a detailed statement of out-of-pocket expenses incurred.

The following table summarizes FTI's fees and expenses during the Statement Period:

| **Description** | **Fees** | **Expenses** | **Total** |
| --- | --- | --- | --- |
| Fees Incurred During Statement Period | $97,753.00 | $59.70 | $97,812.70 |

Pursuant to the Monthly Statement Order, a copy of this Monthly Statement, along with the attached exhibits, is being served on the Debtors, general bankruptcy counsel to the Debtors, the

341412.01 [XP]    25195

1   Office of the United States Trustee, counsel to the Debtors' secured creditors, and counsel for the

2   Committee of Creditors Holding Unsecured Claims.

3          Any opposition to the Monthly Statement must be made within fifteen (15) days after

4   service of the Monthly Statement (the "Objection Deadline") to raise any objection thereto.

5   Any objection to the Monthly Statement (an "Objection") must:  (i) be in writing; (ii) set forth

6   the precise nature of the Objection, the grounds therefore, and the amount of fees and/or

7   expenses to which the Objection applies; and (iii) be filed with the Court and served, on or

8   before the Objection Deadline, on both FTI and each of the noticed parties herein.

9          If no timely Objection is filed and served with respect to a Monthly Statement, then,

10   without further order of the Court, the Debtors may pay FTI the amount of 80% of the fees and

11   100% of the out-of-pocket expenses requested in the Monthly Statement and the Debtor may

12   pay such amount.  Any and all such payments shall be on an interim basis and subject to the

13   filing of interim and final fee applications.

14          Pending resolution of any timely Objection, the Debtors may pay FTI the lesser of: (i)

15   80% of the fees and 100% of the expenses requested in the Monthly Statement to which the

16   Objection applies; and (ii) the aggregate amount of fees and expenses requested in such

17   Monthly Statement as to which no timely Objection was raised.

18

19                                          Respectfully submitted,

20   Dated: November \\ , 2009           FTI CONSULTING, INC.

21                                          By: _____

22                                          Matthew Pakkala
                                           Financial Advisor for Meruelo Maddux
23                                          Properties, Inc., and affiliated Debtors and
                                           Debtors-in-Possession
24

25

26

27

28

3

341412.01 [XP]     25195

# EXHIBIT  A

004

**Meruelo Maddux Properties**
**Summary of FTI Consulting, Inc. Professional Fees By Professional**
**For the Period October 1, 2009 through October 31, 2009**

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Reiss, M. Freddie | Senior Managing Director | $825 | 10.7 | $8,827.50 |
| Pakkala, Matthew | Managing Director | $650 | 14.8 | $9,620.00 |
| Voskanian, Steve | Director | $550 | 58.9 | $32,395.00 |
| Hengel, Evan | Consultant | $335 | 66.7 | $22,344.50 |
| Majerle, Robin | Consultant | $335 | 71.6 | $23,986.00 |
| Johnson, Alexander | Consultant | $290 | 2.0 | $580.00 |
| | **Totals** | | **224.7** | **$97,753.00** |

*EXHIBIT "A"*                                    *Page 1 of 1*

005

# EXHIBIT  B

003

## Meruelo Maddux Properties
### Summary of FTI Consulting, Inc. Fees By Activity and Professional
### For the Period October 1, 2009 through October 31, 2009

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| **Analysis, Negotiation and Formulation of POR & DS** | | | | |
| Hengel, Evan | Consultant | $335 | 36.9 | $12,361.50 |
| Johnson, Alexander | Consultant | $290 | 2.0 | $580.00 |
| Majerle, Robin | Consultant | $335 | 17.4 | $5,829.00 |
| Pakkala, Matthew | Managing Director | $650 | 3.1 | $2,015.00 |
| Reiss, M. Freddie | Senior Managing Director | $825 | 4.0 | $3,300.00 |
| Voskanian, Steve | Director | $550 | 27.1 | $14,905.00 |
| | Activity Total | | 90.5 | $38,990.50 |
| | | | | |
| **Cash Flow / Budgeting / Reporting** | | | | |
| Majerle, Robin | Consultant | $335 | 2.7 | $904.50 |
| | Activity Total | | 2.7 | $904.50 |
| | | | | |
| **Cash Flow / Property / Operational Analysis** | | | | |
| Hengel, Evan | Consultant | $335 | 26.3 | $8,810.50 |
| Majerle, Robin | Consultant | $335 | 37.7 | $12,629.50 |
| Pakkala, Matthew | Managing Director | $650 | 4.4 | $2,860.00 |
| Voskanian, Steve | Director | $550 | 11.2 | $6,160.00 |
| | Activity Total | | 79.6 | $30,460.00 |
| | | | | |
| **General Meeting with Debtor & Debtors' Professionals** | | | | |
| Hengel, Evan | Consultant | $335 | 0.8 | $268.00 |
| Majerle, Robin | Consultant | $335 | 4.1 | $1,373.50 |
| Pakkala, Matthew | Managing Director | $650 | 7.3 | $4,745.00 |
| Reiss, M. Freddie | Senior Managing Director | $825 | 3.5 | $2,887.50 |
| Voskanian, Steve | Director | $550 | 18.6 | $10,230.00 |
| | Activity Total | | 34.3 | $19,504.00 |
| | | | | |
| **Meetings with Other Parties** | | | | |
| Reiss, M. Freddie | Senior Managing Director | $825 | 1.7 | $1,402.50 |
| | Activity Total | | 1.7 | $1,402.50 |
| | | | | |
| **Review of Property and Land Assets** | | | | |
| Hengel, Evan | Consultant | $335 | 2.7 | $904.50 |
| Majerle, Robin | Consultant | $335 | 9.7 | $3,249.50 |
| Reiss, M. Freddie | Senior Managing Director | $825 | 1.5 | $1,237.50 |
| Voskanian, Steve | Director | $550 | 2.0 | $1,100.00 |
| | Activity Total | | 15.9 | $6,491.50 |

*EXHIBIT "B"*

**Meruelo Maddux Properties**
**Summary of FTI Consulting, Inc. Fees By Activity and Professional**
**For the Period October 1, 2009 through October 31, 2009**

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| | | **TOTALS** | **224.7** | **$97,753.00** |

# EXHIBIT  C

009

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period October 1, 2009 through October 31, 2009**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification:  Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Reiss, M. Freddie | $825 | 10/01/2009 | 1.0 | 825.00 | Review model for plan analysis. |
| Voskanian, Steve | $550 | 10/01/2009 | 0.6 | 330.00 | Review interest rate issues with F.Reiss for plan |
| Voskanian, Steve | $550 | 10/01/2009 | 2.1 | 1,155.00 | Review and prepare updated assumptions for forecasts and exhibits |
| Voskanian, Steve | $550 | 10/05/2009 | 0.4 | 220.00 | Call with J. Bingham re: plan |
| Voskanian, Steve | $550 | 10/05/2009 | 1.9 | 1,045.00 | Review IPO documents and prospectus. |
| Voskanian, Steve | $550 | 10/05/2009 | 1.2 | 660.00 | Compile and review interest rate declarations. |
| Voskanian, Steve | $550 | 10/06/2009 | 1.6 | 880.00 | Review and analyze prior interest rate testimony. |
| Pakkala, Matthew | $650 | 10/07/2009 | 0.7 | 455.00 | Review and revise property summary narrative descriptions for plan; review comments from J.Bingham (DGDK) re: same and review adjusted draft versions |
| Voskanian, Steve | $550 | 10/07/2009 | 1.2 | 660.00 | Prepare property descriptive summaries for disclosure statement. |
| Voskanian, Steve | $550 | 10/08/2009 | 0.6 | 330.00 | Prepare property descriptive summaries for disclosure statement. |
| Voskanian, Steve | $550 | 10/09/2009 | 0.4 | 220.00 | Prepare property descriptive summaries for disclosure statement. |
| Majerle, Robin | $335 | 10/13/2009 | 4.2 | 1,407.00 | Continue compiling property descriptions and fill in outstanding items. |
| Voskanian, Steve | $550 | 10/14/2009 | 0.4 | 220.00 | Prepare property descriptive summaries. |
| Voskanian, Steve | $550 | 10/14/2009 | 1.2 | 660.00 | Review interest rate testimony for disclosure statement. |
| Majerle, Robin | $335 | 10/15/2009 | 1.0 | 335.00 | Discuss meeting with S. Voskanian. Adjust cram down rates in model and review actuals. |
| Pakkala, Matthew | $650 | 10/15/2009 | 0.3 | 195.00 | Review legendary loan transaction and extract guidance for assumptions in plan |
| Voskanian, Steve | $550 | 10/15/2009 | 1.1 | 605.00 | Prepare materials for liquidation analysis. |
| Majerle, Robin | $335 | 10/16/2009 | 2.2 | 737.00 | Refine property descriptions for disclosure statement |
| Voskanian, Steve | $550 | 10/16/2009 | 0.8 | 440.00 | Prepare outline of liquidation analysis. |
| Voskanian, Steve | $550 | 10/16/2009 | 1.3 | 715.00 | Review and edit property descriptive summaries |
| Hengel, Evan | $335 | 10/20/2009 | 2.4 | 804.00 | Prepare first draft of liquidation analysis. |
| Hengel, Evan | $335 | 10/20/2009 | 1.1 | 368.50 | Discuss liquidation analysis and changes to model with Voskanian/client |
| Majerle, Robin | $335 | 10/20/2009 | 0.4 | 134.00 | Outline liquidation analysis template for data entry |
| Hengel, Evan | $335 | 10/21/2009 | 1.7 | 569.50 | Update liquidation analysis to reflect new trustee fee methodology and "high" and "low" waterfall scenarios. |
| Majerle, Robin | $335 | 10/21/2009 | 0.3 | 100.50 | Review potential liquidation analysis. |
| Hengel, Evan | $335 | 10/22/2009 | 0.6 | 201.00 | Make edits to liquidation analysis. |
| Hengel, Evan | $335 | 10/22/2009 | 0.9 | 301.50 | Make edits to liquidation analysis. |

*EXHIBIT "C"*

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period October 1, 2009 through October 31, 2009**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

### Activity Classification:  Analysis, Negotiation and Formulation of POR & DS

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Majerle, Robin | $335 | 10/22/2009 | 2.0 | 670.00 | Discuss liquidation analysis with E. Hengel and S. Voskanian. Review property discussion in preparation for discussion with Miguel. |
| Voskanian, Steve | $550 | 10/22/2009 | 2.7 | 1,485.00 | Prepare and review liquidation analysis for disclosure statement. |
| Hengel, Evan | $335 | 10/23/2009 | 1.3 | 435.50 | Outline liquidation analysis template for discussion |
| Voskanian, Steve | $550 | 10/23/2009 | 0.8 | 440.00 | Prepare and review liquidation analysis for disclosure statement. |
| Voskanian, Steve | $550 | 10/23/2009 | 0.3 | 165.00 | Multiple teleconferences with client re: financials and plan |
| Voskanian, Steve | $550 | 10/23/2009 | 1.6 | 880.00 | Call with Danning Gill to discuss disclosure statement preparations and meeting agenda. |
| Hengel, Evan | $335 | 10/25/2009 | 2.6 | 871.00 | Create functionality in liquidation analysis to show unsecured claims created by corporate guarantees and flexibility for payments made by properties serving as additional collateral. |
| Hengel, Evan | $335 | 10/25/2009 | 2.6 | 871.00 | Build framework for updated liquidation analysis (displayed at the entity level. |
| Hengel, Evan | $335 | 10/25/2009 | 1.9 | 636.50 | Review balance sheets and guarantor documents for use in liquidation analysis. |
| Hengel, Evan | $335 | 10/25/2009 | 0.8 | 268.00 | Draft email explaining key issues and assumptions used in liquidation analysis. |
| Hengel, Evan | $335 | 10/25/2009 | 2.4 | 804.00 | Use email from counsel to build in specific assumptions to liquidation analysis. |
| Voskanian, Steve | $550 | 10/25/2009 | 1.5 | 825.00 | Prepare and review liquidation analysis for disclosure statement. |
| Hengel, Evan | $335 | 10/26/2009 | 1.2 | 402.00 | Review liquidation analysis, make additional edits, and QC analysis for client. |
| Hengel, Evan | $335 | 10/26/2009 | 1.1 | 368.50 | Include updated assumptions into liquidation analysis provided from FTI discussions with counsel |
| Hengel, Evan | $335 | 10/26/2009 | 2.3 | 770.50 | Make edits to liquidation analysis and distribute to FTI professionals with explanation of changes made. |
| Hengel, Evan | $335 | 10/26/2009 | 0.8 | 268.00 | Discuss edits to liquidation analysis and draft work plan for plan exhibits |
| Hengel, Evan | $335 | 10/26/2009 | 0.8 | 268.00 | Respond to emails related to liquidation analysis. |
| Majerle, Robin | $335 | 10/26/2009 | 3.0 | 1,005.00 | Update property summaries following discussion with Miguel |
| Reiss, M. Freddie | $825 | 10/26/2009 | 0.5 | 412.50 | Update regarding plan issues. |
| Reiss, M. Freddie | $825 | 10/26/2009 | 0.3 | 247.50 | Review filings by lenders. |
| Voskanian, Steve | $550 | 10/26/2009 | 1.6 | 880.00 | Prepare assumption for liquidation analysis and review with Danning Gill. |
| Voskanian, Steve | $550 | 10/26/2009 | 3.8 | 2,090.00 | Prepare and review liquidation analysis for disclosure statement. |
| Hengel, Evan | $335 | 10/27/2009 | 1.4 | 469.00 | Make edits to liquidation analysis, revise scenarios, and incorporate guarantor data |
| Hengel, Evan | $335 | 10/27/2009 | 0.5 | 167.50 | Discuss guarantors with client at client site |

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period October 1, 2009 through October 31, 2009**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Hengel, Evan | $335 | 10/27/2009 | 0.0 | 0.00 | |
| Hengel, Evan | $335 | 10/28/2009 | 3.2 | 1,072.00 | Change waterfall in liquidation analysis to allow unsecured claims at MMPLP; update guarantee exposure by guarantor after unsecured distributions. |
| Hengel, Evan | $335 | 10/28/2009 | 0.5 | 167.50 | Make edits to liquidation analysis. |
| Hengel, Evan | $335 | 10/28/2009 | 0.9 | 301.50 | Run additional scenarios in liquidation analysis. |
| Johnson, Alexander | $290 | 10/28/2009 | 2.0 | 580.00 | Prepare scenarios in liquidation analysis. |
| Pakkala, Matthew | $650 | 10/28/2009 | 2.1 | 1,365.00 | Review and revise liquidation analysis, forecast and other financial assumptions for use in plan; consider scenario of preferred stock for reducing corp operating costs |
| Hengel, Evan | $335 | 10/29/2009 | 1.0 | 335.00 | Make revisions to liquidation analysis based on comments from client/counsel |
| Hengel, Evan | $335 | 10/30/2009 | 1.2 | 402.00 | Model out revised liquidation assumptions for various debtor entities for Plan |
| Hengel, Evan | $335 | 10/30/2009 | 1.3 | 435.50 | Analyze property taxes and intercompany claims as they pertain to the liquidation analysis. |
| Hengel, Evan | $335 | 10/30/2009 | 2.4 | 804.00 | Model out revised liquidation assumptions for various debtor entities for Plan |
| Majerle, Robin | $335 | 10/30/2009 | 3.2 | 1,072.00 | Review and revise liquidation analysis and associated assumptions for inclusion in Disclosure Statement |
| Majerle, Robin | $335 | 10/30/2009 | 0.5 | 167.50 | Import updates to financial forecast based on counsel comments |
| Majerle, Robin | $335 | 10/30/2009 | 0.6 | 201.00 | Import updates to financial forecast based on counsel comments |
| Reiss, M. Freddie | $825 | 10/30/2009 | 2.2 | 1,815.00 | Review liquidation analysis and other plan materials. |
| | **Total For Activity** | | **90.5** | **$38,990.50** | |
| **Activity Classification: Cash Flow / Budgeting / Reporting** | | | | | |
| Majerle, Robin | $335 | 10/24/2009 | 2.7 | 904.50 | Update appraisal template review for JBG 12/31/08 CBRE appraisals. |
| | **Total For Activity** | | **2.7** | **$904.50** | |
| **Activity Classification: Cash Flow / Property / Operational Analysis** | | | | | |
| Hengel, Evan | $335 | 10/01/2009 | 2.4 | 804.00 | Put together a schedule of historical interest rates for each project. |
| Hengel, Evan | $335 | 10/01/2009 | 0.6 | 201.00 | Incorporate sales revisions into model |
| Majerle, Robin | $335 | 10/01/2009 | 1.2 | 402.00 | Final revisions to package for onsite meeting. |

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period October 1, 2009 through October 31, 2009**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

### Activity Classification:  Cash Flow / Property / Operational Analysis

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Majerle, Robin | $335 | 10/01/2009 | 0.0 | 0.00 | Discuss onsite meeting with S. Voskanian and discuss next steps. |
| Voskanian, Steve | $550 | 10/01/2009 | 0.0 | 0.00 | Review and prepare updated assumptions for forecasts and exhibits |
| Hengel, Evan | $335 | 10/05/2009 | 0.5 | 167.50 | Incorporate new debt terms |
| Hengel, Evan | $335 | 10/06/2009 | 3.7 | 1,239.50 | Build in accrued interest at default rates in the forecast model. Deduct that interest from sale proceeds or add it to outstanding loan balance. Delete previous methodology. |
| Hengel, Evan | $335 | 10/06/2009 | 0.7 | 234.50 | Incorporate new assumptions re: restructured debt and changes to forecast model. |
| Hengel, Evan | $335 | 10/06/2009 | 0.6 | 201.00 | Make edits to historical interest rate schedule. |
| Hengel, Evan | $335 | 10/06/2009 | 0.4 | 134.00 | Emails / discussion related to NOI to be generated by restaurant at 845 S. Flower. |
| Hengel, Evan | $335 | 10/06/2009 | 1.0 | 335.00 | Review forecast model to determine how to integrate new debt features and discuss with R. Majerle. |
| Hengel, Evan | $335 | 10/06/2009 | 1.0 | 335.00 | Review updated loan agreements and pull out key data points to be integrating in to forecast model. |
| Majerle, Robin | $335 | 10/06/2009 | 0.3 | 100.50 | Review forecast model for changes and add default interest rates. |
| Majerle, Robin | $335 | 10/06/2009 | 0.4 | 134.00 | Discuss property description templates with S. Voskanian |
| Majerle, Robin | $335 | 10/06/2009 | 1.6 | 536.00 | Review property descriptions filed with the SEC. Prepare summary of findings and discuss with S. Voskanian |
| Majerle, Robin | $335 | 10/06/2009 | 0.6 | 201.00 | Discuss next steps for forecasting model with client at MMPI meeting |
| Majerle, Robin | $335 | 10/06/2009 | 0.8 | 268.00 | Retrieve default rates per loan. |
| Pakkala, Matthew | $650 | 10/06/2009 | 1.0 | 650.00 | Analyze draft prime rate structure for updated cash flow projections and review/incorporate edits based on recent bank agreements and lease assumptions |
| Voskanian, Steve | $550 | 10/06/2009 | 0.9 | 495.00 | Review IPO documents and prospectus. |
| Hengel, Evan | $335 | 10/07/2009 | 0.0 | 0.00 | |
| Hengel, Evan | $335 | 10/07/2009 | 1.2 | 402.00 | Analyze property description template and interest rate file and update model with changes |
| Hengel, Evan | $335 | 10/07/2009 | 1.6 | 536.00 | Incorporate modeling changes based on revised interest rate assuimptions |
| Majerle, Robin | $335 | 10/07/2009 | 0.7 | 234.50 | Print scenarios based upon model adjustments. Review variances to previous version. |
| Majerle, Robin | $335 | 10/07/2009 | 0.5 | 167.50 | Discuss updated scenarios, model updates, and property templates with S. Voskanian |
| Majerle, Robin | $335 | 10/07/2009 | 1.4 | 469.00 | Adjust model to incorporated updated cramdown rate flexibility. |
| Majerle, Robin | $335 | 10/07/2009 | 1.7 | 569.50 | Review changes to model to incorporate post petition accrued interest into principal balances. |

## Meruelo Maddux Properties
### FTI Consulting, Inc. Detailed Time and Fee Statement
### For the Period October 1, 2009 through October 31, 2009

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

### Activity Classification:  Cash Flow / Property / Operational Analysis

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Majerle, Robin | $335 | 10/07/2009 | 0.9 | 301.50 | Add payments to amend debt and miscellaneous formatting changes to forecast model. |
| Voskanian, Steve | $550 | 10/07/2009 | 1.5 | 825.00 | Analyze filed motions re: 845 filed by the Debtors. |
| Voskanian, Steve | $550 | 10/07/2009 | 0.4 | 220.00 | E-mail, phone calls and follow up. |
| Voskanian, Steve | $550 | 10/08/2009 | 0.2 | 110.00 | Multiple correspondence with Debtor re: open items |
| Hengel, Evan | $335 | 10/12/2009 | 1.9 | 636.50 | Discuss property summaries with FTI professionals and build template for property summaries to be used in court documents. |
| Hengel, Evan | $335 | 10/12/2009 | 2.2 | 737.00 | Fill in property information (mainly tenant information) to be used in court documents. |
| Pakkala, Matthew | $650 | 10/12/2009 | 1.3 | 845.00 | Review current draft of model projections and underlying projection assumptions; revise in preparation for client meeting; review interest rate assumptions incorporated in model and draft notes for feasibility |
| Pakkala, Matthew | $650 | 10/13/2009 | 2.1 | 1,365.00 | Review current draft of model projections and underlying projection assumptions; revise in preparation for client meeting; review interest rate assumptions incorporated in model and draft notes for feasibility |
| Hengel, Evan | $335 | 10/14/2009 | 0.5 | 167.50 | Update forecast model assumptions following revisions to forecast model |
| Majerle, Robin | $335 | 10/14/2009 | 1.8 | 603.00 | Rerun cash balances chart and scenarios for meeting with Company Management. Discuss property descriptions with S. Voskanian and edits. |
| Voskanian, Steve | $550 | 10/14/2009 | 1.8 | 990.00 | Review updated forecast models and prepare for 10.15 company meeting. |
| Majerle, Robin | $335 | 10/15/2009 | 2.3 | 770.50 | Complete variance analysis for the period April - August. |
| Majerle, Robin | $335 | 10/15/2009 | 1.9 | 636.50 | Prepare variance report for April - August by property. |
| Voskanian, Steve | $550 | 10/16/2009 | 0.7 | 385.00 | Review revisions to be made to financial forecast model. |
| Voskanian, Steve | $550 | 10/19/2009 | 1.4 | 770.00 | Prepare and review property descriptive summaries for disclosure statement. |
| Voskanian, Steve | $550 | 10/19/2009 | 0.2 | 110.00 | Multiple teleconferences with client/counsel re: plan and financial issues |
| Hengel, Evan | $335 | 10/20/2009 | 1.3 | 435.50 | Discuss staffing and work plan for the next month with FTI professionals. Also, discuss variance report (budget to actuals). |
| Majerle, Robin | $335 | 10/20/2009 | 2.3 | 770.50 | Compile property description outstanding items for meeting with Miguel. |
| Voskanian, Steve | $550 | 10/20/2009 | 1.7 | 935.00 | Review September MORs and prepare variance reports. |
| Voskanian, Steve | $550 | 10/21/2009 | 0.3 | 165.00 | Multiple teleconferences with client re: financial items |
| Voskanian, Steve | $550 | 10/21/2009 | 1.2 | 660.00 | Analyze 9.09 budget to actual variances and discuss with F. Skaggs. |
| Majerle, Robin | $335 | 10/22/2009 | 1.6 | 536.00 | Update variance analysis with September actuals. |
| Voskanian, Steve | $550 | 10/22/2009 | 0.4 | 220.00 | Multiple teleconferences with client re: plan issues |

## Meruelo Maddux Properties
### FTI Consulting, Inc. Detailed Time and Fee Statement
### For the Period October 1, 2009 through October 31, 2009

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

### Activity Classification:  Cash Flow / Property / Operational Analysis

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Majerle, Robin | $335 | 10/23/2009 | 6.5 | 2,177.50 | Revise appraisal template for review and work plan. Populate appraisal template for JBU assets CBRE 12/31/08 appraisals. |
| Majerle, Robin | $335 | 10/24/2009 | 1.2 | 402.00 | Prepare NOI and annual revenue estimates for use in liquidation analysis and property templates. |
| Hengel, Evan | $335 | 10/26/2009 | 0.7 | 234.50 | Emails with A. Lacara regarding accrued interest. |
| Majerle, Robin | $335 | 10/26/2009 | 2.5 | 837.50 | Review actuals provided by the Company for September. Additional client discussions regarding liquidation analysis. |
| Voskanian, Steve | $550 | 10/26/2009 | 0.5 | 275.00 | Multiple teleconferences with client re: financials |
| Hengel, Evan | $335 | 10/27/2009 | 1.7 | 569.50 | Review forecast model exhibits prepared by R. Majerle and put forth comments and suggested edits. |
| Majerle, Robin | $335 | 10/27/2009 | 3.3 | 1,105.50 | Discuss changes to the model with client and run updated scenarios. |
| Majerle, Robin | $335 | 10/27/2009 | 2.5 | 837.50 | Discus model changes. Meeting at Company with Fred to discuss budgets, actuals, and FTI assistance. |
| Hengel, Evan | $335 | 10/28/2009 | 2.1 | 703.50 | Review property taxes, claims filed at corporate level, and lien position of loans for purpose of liquidation analysis. |
| Hengel, Evan | $335 | 10/28/2009 | 1.2 | 402.00 | Run additional scenarios in liquidation analysis based on discussion with FTI/DGDK |
| Majerle, Robin | $335 | 10/28/2009 | 1.7 | 569.50 | Prepare average monthly NOI based upon actuals |
| Hengel, Evan | $335 | 10/29/2009 | 1.0 | 335.00 | Review property tax support received from counsel. |
| | **Total For Activity** | | **79.6** | **$30,460.00** | |

### Activity Classification:  General Meeting with Debtor & Debtors' Professionals

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Hengel, Evan | $335 | 10/01/2009 | 0.8 | 268.00 | Prepare presentation materials for meeting with client. |
| Pakkala, Matthew | $650 | 10/01/2009 | 1.5 | 975.00 | Meeting with J.Maddux (MMPI) and J.Bingham (DGDK) re: strategy and financials |
| Pakkala, Matthew | $650 | 10/01/2009 | 1.0 | 650.00 | Review and revise cash flow schedules and property monetization charts re: adjusted scenarios and in preparation for meeting with J.Maddux |
| Reiss, M. Freddie | $825 | 10/01/2009 | 2.0 | 1,650.00 | Meeting to review FTI property and cash flow analysis. |
| Reiss, M. Freddie | $825 | 10/01/2009 | 0.5 | 412.50 | Meet with S. Meruelo (Meruelo Maddux) to review materials for meeting with Company and counsel. |
| Voskanian, Steve | $550 | 10/01/2009 | 0.3 | 165.00 | Correspondence with client re: budget and timing |
| Voskanian, Steve | $550 | 10/01/2009 | 2.3 | 1,265.00 | Meet with J. Maddux and R. Meruelo. |
| Voskanian, Steve | $550 | 10/02/2009 | 0.4 | 220.00 | Correspondence with client re: forecast and SEC filings |
| Voskanian, Steve | $550 | 10/02/2009 | 1.3 | 715.00 | Meet with F. Skaggs. |
| Voskanian, Steve | $550 | 10/02/2009 | 3.7 | 2,035.00 | Meet with M. Echemendia. |

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period October 1, 2009 through October 31, 2009**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

## Activity Classification:  General Meeting with Debtor & Debtors' Professionals

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Voskanian, Steve | $550 | 10/05/2009 | 0.2 | 110.00 | Correspondence with client re: forecast and SEC filings |
| Voskanian, Steve | $550 | 10/09/2009 | 0.8 | 440.00 | Phone conference with Danning Gill to discuss disclosure statement preparation. |
| Pakkala, Matthew | $650 | 10/14/2009 | 0.3 | 195.00 | Prepare agenda for client meeting and distribute |
| Pakkala, Matthew | $650 | 10/14/2009 | 0.2 | 130.00 | Teleconference with J.Bingham (DGDK) re: sales, marketing, timing |
| Voskanian, Steve | $550 | 10/14/2009 | 0.3 | 165.00 | Multiple teleconferences with client/counsel re: budget and property summaries |
| Pakkala, Matthew | $650 | 10/15/2009 | 1.6 | 1,040.00 | Meeting with J.Maddux and J.Bingham re: plan, process and issues |
| Reiss, M. Freddie | $825 | 10/15/2009 | 0.2 | 165.00 | Call with J. Maddux (Meruelo Maddux) regarding Bank of America meeting. |
| Reiss, M. Freddie | $825 | 10/15/2009 | 0.3 | 247.50 | Call with counsel for Bank of America regarding extension. |
| Voskanian, Steve | $550 | 10/15/2009 | 0.9 | 495.00 | Meet with Fred Skaggs to discuss financials. |
| Voskanian, Steve | $550 | 10/15/2009 | 0.5 | 275.00 | Multiple teleconferences with client/counsel re: 845, disclosure statement and budget |
| Voskanian, Steve | $550 | 10/15/2009 | 2.1 | 1,155.00 | On-site company meeting to discuss plan and timeline. |
| Voskanian, Steve | $550 | 10/16/2009 | 0.4 | 220.00 | Multiple teleconferences with client/counsel re: plan and financial issues |
| Voskanian, Steve | $550 | 10/20/2009 | 0.4 | 220.00 | Multiple teleconferences with client/counsel re: plan and financial issues |
| Voskanian, Steve | $550 | 10/20/2009 | 0.8 | 440.00 | Call with Danning Gill to discuss disclosure statement preparation. |
| Majerle, Robin | $335 | 10/21/2009 | 4.1 | 1,373.50 | Meet at company with F. Skaggs to talk about updated budgets, etc.. Review liquidation analyses and potential guarantor implicationswith S. Voskanian. |
| Voskanian, Steve | $550 | 10/21/2009 | 3.7 | 2,035.00 | On-Site Company meetings with A. Murray, F. Skaggs and M. Echemendia. |
| Voskanian, Steve | $550 | 10/22/2009 | 0.5 | 275.00 | Call with Danning Gill to discuss interest rates and real estate articles. |
| Pakkala, Matthew | $650 | 10/23/2009 | 1.6 | 1,040.00 | Prepare and participate on teleconference with J.Bingham (MMPI) |
| Reiss, M. Freddie | $825 | 10/28/2009 | 0.5 | 412.50 | Update regarding plan and Bank of America. |
| Pakkala, Matthew | $650 | 10/29/2009 | 1.1 | 715.00 | Prepare for and participate on conference call with client and DGDK and DLA re: plan issues and stock issues |
| | **Total For Activity** | | **34.3** | **$19,504.00** | |

## Meruelo Maddux Properties
### FTI Consulting, Inc. Detailed Time and Fee Statement
### For the Period October 1, 2009 through October 31, 2009

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

### Activity Classification:  Meetings with Other Parties

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Reiss, M. Freddie | $825 | 10/01/2009 | 0.3 | 247.50 | Call with D. Gaffney (Bank of America) regarding extension and plan issues. |
| Reiss, M. Freddie | $825 | 10/26/2009 | 0.4 | 330.00 | Plan for BofA meeting regarding South Park and Union lofts. |
| Reiss, M. Freddie | $825 | 10/27/2009 | 1.0 | 825.00 | Various calls regarding Bank of America term sheet and meeting. |
| | **Total For Activity** | | **1.7** | **$1,402.50** | |

### Activity Classification:  Review of Property and Land Assets

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Majerle, Robin | $335 | 10/05/2009 | 0.7 | 234.50 | Review updated amended loan documents. Review SEC filings for additional property descriptions. |
| Reiss, M. Freddie | $825 | 10/06/2009 | 1.5 | 1,237.50 | Analyze pleadings re: property disputes; prepare notes for discussion with client |
| Voskanian, Steve | $550 | 10/06/2009 | 0.3 | 165.00 | Telecons with client re: property dispositions |
| Voskanian, Steve | $550 | 10/06/2009 | 1.7 | 935.00 | Prepare property descriptive summaries. |
| Majerle, Robin | $335 | 10/12/2009 | 0.8 | 268.00 | Continue updating property descriptions. |
| Majerle, Robin | $335 | 10/12/2009 | 2.1 | 703.50 | Update property descriptions to include location, number of properties, and improvements. |
| Hengel, Evan | $335 | 10/13/2009 | 0.4 | 134.00 | Analyze property summary descriptions |
| Majerle, Robin | $335 | 10/13/2009 | 2.7 | 904.50 | Compile property descriptions into disclosure template |
| Hengel, Evan | $335 | 10/14/2009 | 1.2 | 402.00 | Review property descriptions from R. Majerle and make edits to model |
| Hengel, Evan | $335 | 10/19/2009 | 1.1 | 368.50 | Review property summaries and send email regarding income from restaurant at 845 S Flower. |
| Majerle, Robin | $335 | 10/22/2009 | 3.4 | 1,139.00 | Discuss property descriptions with Miguel and additional follow-up at client site. |
| | **Total For Activity** | | **15.9** | **$6,491.50** | |

| | | | | | |
|---|---|---|---|---|---|
| **Grand Total of Hours and Fees** | | | **224.7** | **$97,753.00** | |

017

# EXHIBIT  D

**Meruelo Maddux Properties**
**Summary of FTI Consulting, Inc. Expenses By Expense Type**
**For the Period October 1, 2009 through October 31, 2009**

| Expense Type | Total |
|---|---|
| Electronic Data | $21.12 |
| Postage | $38.58 |
| **Total Expenses** | $59.70 |

# EXHIBIT  E

020

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Expense Detail**
**For the Period October 1, 2009 through October 31, 2009**

| *Consultant* | *Date* | *Amount* | *Description of Expense* |
|---|---|---|---|
| **Expense Type:  Electronic Data** | | | |
| Reiss, M. Freddie | 10/05/2009 | $21.12 | Electronic Data -  Pacer Service Center |
| Total  For  Expense  Type | | $21.12 | |
| | | | |
| **Expense Type:  Postage** | | | |
| Reiss, M. Freddie | 07/10/2009 | $38.58 | Postage M. Freddie Reiss 2002 Paddington Dr |
| Total  For  Expense  Type | | $38.58 | |
| | | | |
| **Total Expenses** | | **$59.70** | |

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356-KT |

**NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.**
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

FTI Consulting, Inc. 633 West Fifth Street, 16ᵗʰ Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document described ***NOTICE OF FILING OF FOURTH MONTHLY STATEMENT OF FTI CONSULTING, INC. FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On ***November 12, 2009*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Via U.S. Mail***

Debtors: Meruelo Maddux Properties, Inc., Attn: Todd W. Nielsen, 761 Terminal Street, Building 1, 2nd Floor, Los Angeles, CA 90021
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 12, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 12, 2009 | Rheba Heard | *Rheba Heard* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

022

In re: MERUELO MADDUX PROPERTIES, INC.

Debtor(s).

CHAPTER: 11

CASE NUMBER: 1:09-bk-13356-KT

## III. **SERVED BY EMAIL**

Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
John Bingham, jbingham@dgdk.com (Counsel for Debtors)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@FTI.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Barry V Freeman, bvf@jmbm.com (former counsel of Chinatrust)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Craig M Rankin, cmr@lnbrb.com (counsel for interested party)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Tracie L Spies, tracie@haganlaw.org (counsel for PNL Pomona)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
John N Tedford, jtedford@FTI.com (counsel for Debtors)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)
Janis G Abrams, jabrams@gershlegal.com (counsel for the Stanford Group)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for interested party)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Curtis C Jung, ccjung@aol.com (counsel for United Commercial Bank

023

1   Sandra W Lavigna, LavignaS@sec.gov (counsel for Securities and Exchange Commission

2

| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

3

4   Jeffrey M Singletary, jsingletary@swlaw.com (counsel for FNBN-CMLCON I LLC
5   Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
      Dean Steinbeck, deansteinbeck@bsalawfirm.com (counsel for interested party)
6   Rouben Varozian, rvarozian@bzlegal.com (counsel for Chamlian)
      Robert A Weinberg, raw@rweinberglaw.com (counsel for interested party)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02

341412.01 [XP]      25195