RICHARD K. DIAMOND (State Bar No. 070634)
RDiamond@DGDK.com
JOHN J. BINGHAM, JR. (State Bar No. 075842)
JBingham@DGDK.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
JTedford@DGDK.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC., et al.[1]

Debtors and Debtors-in-Possession.

☑ Affects all Debtors

☐ Affects the following Debtor(s):

Case No. 1:09-bk-13356-KT

Chapter 11 (Jointly Administered)

**NOTICE OF HEARING ON MOTION FOR SECOND ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF**

Date:   November 18, 2009
Time:   9:30 a.m.
Place:  Courtroom 301
        21041 Burbank Blvd.
        Woodland Hills, California

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

345733.01 [XP]    25195

1      **PLEASE TAKE NOTICE** that the Court has granted the *Ex Parte Application for Order Shortening Time on Debtors' Motion for Second Order Pursuant to Bankruptcy Code Section 1121(d) Extending the Exclusive Periods During Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof* filed on November 10, 2009 (*docket entry no. 843*), by Meruelo Maddux Properties, Inc., and its affiliated debtors and debtors-in-possession (collectively the "Debtors"). A hearing on the *Debtors' Motion for Second Order Pursuant to Bankruptcy Code Section 1121(d) Extending the Exclusive Periods During Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof* (the "Motion") (*docket entry no. 844*) will be held on **November 18, 2009**, at **9:30 a.m.**, in Courtroom 301 of the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, located at 21041 Burbank Boulevard, Woodland Hills, California.

     **PLEASE TAKE FURTHER NOTICE** that oppositions, if any, to the Motion may be presented orally at the time of the hearing.

Dated: November 13, 2009

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By:       /s/ John N. Tedford, IV
John N. Tedford, IV
Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

2

345733.01 [XP]   25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON MOTION FOR SECOND ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 13, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Katherine Lien     katie.lien@sbcglobal.net, katielien@gmail.com
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)

3

345733.01 [XP]     25195

| | |
|---|---|
| 1 | Richard Malatt, rmalatt@gmail.com (counsel for interested party) |
| | Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank) |
| 2 | Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee) |
| | Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary) |
| 3 | Jennifer L Nassiri    jennifer.nassiri@dlapiper.com |
| | Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party) |
| 4 | Eric S Pezold, epezold@swlaw.com (counsel for Bank of America) |
| | Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee) |
| 5 | Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group) |
| | Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC) |
| 6 | Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County) |
| 7 | Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee) |
| | Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.) |
| 8 | Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC) |
| | Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust) |
| 9 | Surjit P Soni, surj@sonilaw.com (counsel for Legendary) |
| | James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary) |
| 10 | John N Tedford, jtedford@dgdk.com (counsel for Debtors) |
| | James A Timko    jtimko@allenmatkins.com |
| 11 | Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee) |
| | United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov |
| 12 | Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp) |
| | Jasmin Yang, jyang@swlaw.com (counsel for Bank of America) |

☐   Service information continued on attached page

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On November 13, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 13, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

(to be served by hand delivery November 16, 2009)
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 305, Woodland Hills, CA  91367

Via E-Mail
Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)

345733.01 [XP]        25195

1 | Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
2 | Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
3 | Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
4 | Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
5 | John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
6 | Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
7 | William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
8 | Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
9 | Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
10 | Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
11 | David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
12 | Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
13 | Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
14 | Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
15 | Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
16 | Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
17 | Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
18 | Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
19 | Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
20 | Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
21 | John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko    jtimko@allenmatkins.com
22 | Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
23 | Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)
24 | ☐ Service information continued on attached page

25 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
26
| November 13, 2009 | Cindy Cripe | *Cindy Cripe* (signature) |
27 | Date | Type Name | Signature |
28

5

345733.01 [XP]    25195