1  RICHARD K. DIAMOND (State Bar No. 070634)
   *rdiamond@dgdk.com*
2  JOHN J. BINGHAM, JR. (State Bar No. 075842)
   *jbingham@dgdk.com*
3  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *JTedford@DGDK.com*
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California 90067-2904
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Meruelo Maddux Properties, Inc., and
   affiliated Debtors and Debtors-in-Possession

8              **UNITED STATES BANKRUPTCY COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11 In re                                    ) Case No. 1:09-bk-13356-KT
                                             )
12 MERUELO MADDUX PROPERTIES, INC., et       ) Chapter 11
   al.[1]                                    )
13                                           ) (Jointly Administered)
          Debtors and Debtors-in-Possession.)
14                                           ) **NOTICE OF HEARING ON INTERIM**
                                             ) **APPLICATIONS FOR**
15                                           ) **COMPENSATION AND**
                                             ) **REIMBURSEMENT OF EXPENSES BY**
16 ☑   Affects all Debtors                   ) **PROFESSIONALS**
                                             )
17 ☐   Affects the following Debtor(s):      ) Date:    December 8, 2009
                                             ) Time:    2:00 p.m.
18                                           )          Courtroom 301
                                             )          21041 Burbank Blvd.
19                                           )          Woodland Hills, California
                                             )
20                                           )
                                             )
21                                           )
                                             )
22 ///

23 ///

24
      [1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by
25 affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-
   KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-
   13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-
26 bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT;
   1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-
   KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-
27 13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-
   bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT;
   1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-
28 KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

                                            1

345815.01 [XP]    25195

1    **TO NOTICE IS HEREBY GIVEN** that on December 8, 2009, at 2:00 p.m., in Courtroom

2    "301" of the United States Bankruptcy Court, located at 21041 Burbank Blvd., Woodland Hills,

3    California 91367, a hearing will be held on the interim applications for compensation and

4    reimbursement of expenses filed by the following professionals in the amounts stated:

5

6    1.    Danning, Gill, Diamond & Kollitz, LLP ("Danning-Gill"), as reorganization counsel

7    to Debtors and Debtors-in-Possession, 2029 Century Park East, 3rd Floor, Los Angeles, California

8    90067, Attn:  John J. Bingham, Jr. and John N. Tedford, IV [July 1, 2009 through October 31,

9    2009]:

10          A.    Fees:    $1,138,965.00 ($475,520.60 of which remains outstanding)

11          B.    Costs: $33,820.51      ($9,787.41 of which remains outstanding)

12          C.    Total:  $1,172,785.51 ($485,308.01 of which remains outstanding)

13

14    2.    SulmeyerKupetz, a Professional Corporation, as counsel to the Official Committee

15    of Unsecured Creditors, 333 So Hope St Thirty-Fifth Floor, Los Angeles, California 90071, Attn:

16    Victor A Sahn and Asa S. Hami [July 16, 2009 through October 31, 2009]:

17          A.    Fees:  $193,727.50  ($127,054.30 of which remains outstanding)

18          B.    Costs: $6,511.62      ($2,727.32 of which remains outstanding)

19          C.    Total:  $200,239.12 ($129,781.62 of which remains outstanding)

20

21    3.    FTI Consulting, Inc., as financial advisors to the Debtors and Debtors-in-Possession,

22    633 W. 5th Street, Suite 1600, Los Angeles, CA 90071 Attn: M. Freddie Reiss  [June 24, 2009 to

23    October 31, 2009]:

24          A.    Fees:  $475,980.50

25          B.    Costs:  $84.41

26          C.    Total: $476,064.91

27    ///

28    ///

345815.01 [XP]    25195

1       4.      Ernst & Young LLP, as independent auditors and tax advisors for the Debtors and

2    Debtors-in-Possession, 725 So. Figueroa Street, Los Angeles, CA  90017 Attn: Gabriel Marquez

3    [June 1, 2009 to September 30, 2009]:

4              A.     Fees:  $272,323.80

5              B.     Costs:  $39.12

6              C.     Total:  $272,362.92

7       Copies of the applications may be viewed at the Clerk of the Court, or you may contact

8    Cindy Cripe, secretary to John N. Tedford, IV, at the address and number listed above.

9    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1,

10    any opposition to the application must be in writing in the format required by the Local Bankruptcy

11    Rules, filed with the Clerk of the Court and served upon counsel for the Trustee at the address in

12    the upper left corner of the face of this notice, and upon the United States Trustee, 21051 Warner

13    Center Lane, Suite 115, Woodland Hills, CA  91367 and upon the professional affected

14    by the opposition, <u>not less than fourteen (14) days before the hearing</u>.  Failure to comply with this

15    procedure may be deemed consent to the granting of the relief requested.

16

17                         Respectfully submitted,

18    Dated: November 17, 2009           DANNING, GILL, DIAMOND & KOLLITZ, LLP

19

20                       By: _____
                           John N. Tedford, IV

21                           Attorneys for Meruelo Maddux Properties,
                           Inc., and affiliated Debtors and Debtors-in-
                           Possession

22

23

24

25

26

27

28

345815.01 [XP]     25195

| In re: MERUELO MADDUX PROPERTIES, INC. | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 17, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)

345815.01 [XP]    25195

1  Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
   Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
2  Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
   Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
3  Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
   Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
4  Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
   Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
5  Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
   Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
6  Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
7  Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
   Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
8  Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
   James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
9  John N Tedford, jtedford@dgdk.com (counsel for Debtors)
   James A Timko    jtimko@allenmatkins.com
10 Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
   United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
11 Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
   Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)
12
                                            ☐     Service information continued on attached page
13
   II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
14 On November 17, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in
   this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
15 envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service
   addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be
16 completed no later than 24 hours after the document is filed.

17 Via U.S. Mail
   Debtors: Meruelo Maddux Properties, Inc., Attn:  Todd W. Nielsen, 761 Terminal Street, Building 1, 2nd
18 Floor, Los Angeles, CA  90021

19 Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 305, Woodland Hills, CA
   91367
20
                                            ☒     Service information continued on attached page
21
   III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for
22 each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 17, 2009, I
   served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing
23 to such service method), by facsimile transmission and/or email as follows.   Listing the judge here
   constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after
24 the document is filed.
                                            ☐     Service information continued on attached page
25 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
   and correct.
26
     November 17, 2009              Cindy Cripe                        _Cindy Cripe_
27   Date                           Type Name                          Signature

28
                                              -2-

1

## CONSOLIDATED LIST OF TOP 25 GENERAL UNSECURED CREDITORS

2

**Creditor # 1 - Sorenson Group
Management**
Sorenson Group Management
c/o Primary Residential Mortgage
Attn:  Christy
4750 West Wiley Post Way, Suite 200
Salt Lake City, UT    84116

**Creditor # 2 - EDI Architecture, Inc.**
EDI Architecture, Inc.
2800 Post Oak Blvd., Suite 3800
Houston, TX  77056

**Creditor # 3 - Magnusson Klemencic
Associates**
Magnusson Klemencic Associates
1301 Fifth Avenue, Ste. 3200
Seattle, WA    98101-2699

**Creditor # 4 - Ernst & Young, LLP**
Ernst & Young LLP
725 South Figueroa Street
Los Angeles, CA      90017-5418

**Creditor # 5 - RoofCorp of CA, Inc**
RoofCorp of CA, Inc.
2130 S Dupont Drive
Anaheim, CA  92806

**Creditor # 6 - Oliver, Vose, Sandifer,
Murphy & Lee**
Oliver, Vose, Sandifer, Murphy & Lee
Figueroa Courtyard,  Second Floor
281 South Figueroa Street
Los Angeles, CA  90012

**Creditor # 7 - Complete Thermal
Services**
Complete Thermal Services
11105 Knott Avenue,, Unit E
Cypress, CA  90630

**Creditor # 8 - Neufeld Law Group**
Neufeld Law Group
360 East Second Street, Suite 703
Los Angeles, CA  90012

**Creditor # 9 -  GeoDesign, Inc.**
GeoDesign, Inc.
15575 SW Sequoia Parkway,  # 100
Portland, OR  97224

**Creditor # 10 - Palmieri, Tyler, Wiener,
Wilhelm & Waldr**
Palmieri, Tyler, Wiener, Wilhelm & Waldr
2603 Main Street  East Tower Suite 300
Irvine, CA  92614-4281

**Creditor # 11 -  State of California Board of
Equalization**
State of California Board of Equalization
3321 Power Inn Road, Suite 210
Sacramento, CA  95826-3889

State of California Board of Equalization
Attn:  Virginia Rodela-Flake, Supervisor
MIC82/Legal Department
450 "N" Street, Sacramento, CA  95814

State of California Board of Equalization
a/c 100-687754 Post Office Box 942879
Sacramento, CA  94279-8062

**Creditor # 12 - Inntercity Crime Prevention
Group, Inc.**
Inntercity Crime Prevention Group, Inc.
1057 San Pedro Street, #217
Los Angeles, CA 90015

**Creditor # 13 - CBIZ MHM, LLC**
CBIZ MHM, LLC
6050 Oak Tree Blvd., #500
Cleveland, OH  44131

**Creditor # 14 – DLA Piper Rudnick Gray
Cary US LLP**
DLA Piper Rudnick Gray Cary US LLP
550 South Hope Street,  Suite 2300
Los Angeles, CA  90071-2631

**Creditor # 15 - L.P. Carreras & Associates**
L.P. Carreras & Associates
9550 Firestone Blvd., Ste # 204
Downey, CA  90241-5560

**Creditor # 16 -  D. B. Electric Co**
D. B. Electric Co
20952 Hemmingway Street
Canoga Park, CA  91304

**Creditor # 17 - RWDI USA, LLC**
RWDI USA, LLC
10165 USA Today Way
Miramar, FL  33025

.1 [XP]    25195

**Creditor # 18 - American Elevator**
American Elevator
1523 Munson Avenue
Los Angeles, CA 90042

**Creditor # 19 - Color Broadband, Inc.**
Color Broadband, Inc.
10601 Calle Lee, Ste. #179
Los Alamitos, CA 90720

**Creditor # 20 - Cox, Castle &
Nicholson, LLP**
Cox, Castle & Nicholson, LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067-3284

**Creditor # 21 - Aviles Security Patrol
Company**
Aviles Security Patrol Company
1596 Royal Ave.
Simi Valley, CA 93065

**Creditor # 22 - Charles M Salter
Associates, Inc.**
Charles M Salter Associates, Inc.
130 Sutter Street, Suite 500
San Francisco, CA 94104

**Creditor # 23 - The Surveillance,
Protection**
The Surveillance, Protection
12223 Highland Ave. Suite 293
Rancho Cucamonga, CA 91739

**Creditor # 24 - Financial Relations
Board**
Financial Relations Board
Post Office Box 7247-6593
Philadelphia, PA 19170-6593

**Creditor # 25 - Kirman Plumbing Co.**
Kirman Plumbing Co.
794 Merchant Street
Los Angeles, CA 90021

-2-

.1 [XP]   25195

## SECURED CREDITORS

**Secured Creditor # 1**
Bach Yen Ta,
Vice President
Imperial Capital Bank
Relationship Management Division
500 North Brand Blvd., Suite 1500
Glendale, CA 91203

**Secured Creditor # 2**
Laurent Sy
Pacific Commerce Bank
420 East 3rd Street, Suite 100
Los Angeles, CA 90013

S. Alan Rosen, Agent
Pacific Commerce Bank
23975 Park Sorrento, Suite 200
Calabasas. CA 91302

**Secured Creditor # 3**
Yoshiaki & Fumiko Murakami
1728 Camino Lindo
South Pasadena, CA 91030

**Secured Creditor # 4**
May T. Kwong,
First Vice President
East West Bank
Corporate Banking Division
135 N. Los Robles Ave., #600
Pasadena, CA 91101

**Secured Creditor # 5**
Kim Vaccarella, Controller
Kennedy Funding Inc.
Two University Plaza Suite 402
Hackensack, NJ 07601

**Secured Creditor # 6**
Scott Kocurek
PNL Pomona L.P.
2100 Ross Suite 2900
Dallas, TX 75201

**Secured Creditor # 7**
Alex Soong,
Vice President Bank of America
333 S. Hope St. 11th Floor Mail Code: CA 9-193-11-07
Los Angeles, CA 90071

Kenneth W. Swenson Attorney,
Commercial Banking, Legal Department
Bank of America
Bank of America Plaza
333 S. Hope St., Mail Code CA-193-24-01
Los Angeles, CA 90071-1406

**Secured Creditor # 8**
Peter K. Sun,
Vice President/Loan Officer
Chinatrust Bank (U.S.A)
17851 Colima Rd., Suite A-1
City of Industry, CA 91748

**Attorneys for Chinatrust Bank**
~~Neil C. Erickson~~
~~Jeffer, Mangels, Butler & Marmaro LLP~~
~~1900 Avenue of the Stars, Seventh Fl.~~
~~Los Angeles, CA 90067~~
**(no longer attys, per ltr dated 5-14-09)**

**Secured Creditor # 9**
Andy T. Lin, Officer
United Commercial Bank
P.O. Box 7670
San Francisco, CA 94120

Dennis A. Lee, Agent
United Commercial Bank
555 Montgomery Street, 14th Floor,
Mail Stop 401
San Francisco, CA 94111

Andy T. Lin, Officer
United Commercial Bank
8632 East Valley Blvd.
Rosemead, CA 91770

**Secured Creditor # 10**
Bob Fisher
Western Mixers Produce & Nuts Inc
2910 San Fernando Rd.
Los Angeles, CA 91101

Frank L. Rudy, Agent
Western Mixers Produce & Nuts Inc.
2910 San Fernando Rd.
Los Angeles   CA      90065

.1 [XP]   25195

1

**Secured Creditor # 11**
Vahan Chamlian, Agent

2  Vahan & Anoush Chamlian
2360 South Orange Avenue

3  Fresno,  CA  93725

4  Corporation Service Company dba
CSC - Lawyers Incorporating Service, Agent

5  Wells Fargo Bank, N.A.
2730 Gateway Oaks Dr., Suite 100

6  Sacramento,  CA  95833

7  **Secured Creditor # 12**
Robert (Bob) Stockwell

8  California Bank & Trust
903 Calle Amanecer Suite 140

9  San Clemente. CA  92673

10  Corporation Service Company dba
CSC - Lawyers Incorporating Service, Agent

11  California Bank & Trust
2730 Gateway Oaks Drive, Suite 100

12  Sacramento, CA 95833

13  **Attorneys for California Bank & Trust**
Robert S. Addison, Jr.

14  Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500

15  Los Angeles, CA  90017-2457

16  **Secured Creditor # 13**
Jay Cheng, Vice President

17  Cathay Bank,
Corporate Commercial Loan

18  9650 Flair Avenue 7th Floor,
Mail Code: EL-7-B

19  El Monte, CA  91731

20  **Attorneys for Cathay Bank**
Michael Gerard Fletcher

21  Frandzel Robins, Bloom & Csato, LC
6500 Wilshire Blvd 17th Flr

22  Los Angeles, CA  90048

23  **Secured Creditor # 14**
Corporation Service Company dba

24  CSC - Lawyers Incorporating Service, Agent

25

26

27

28

Capmark Finance Inc. (CAPMARK)
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

Capmark Finance Inc. (CAPMARK)
Attn:  Payment Application – A
116 Welsh Rd
Horsham, PA  19044

Servicing - Accounting Manager
(Capmark Finance, Inc.)
GMAC Commercial Mortgage Corporation
~~200 Witmer Road,~~
~~Horsham, PA  19044-0809~~
(address no longer good – above address
stated as forwarding address)

**Secured Creditor # 15**
Eugene Kogan
The Stanford Group L.P.
1219 Sierra Alta Way
Los Angeles, CA 90069

Robert Kogan, Agent
The Stanford Group L.P.
.920 Wall Street
Los Angeles, CA  90015

**Secured Creditor # 16**
Los Angeles County Tax Collector
Kenneth Hahn Hall of Administration
225 North Hill Street, Room 160
Los Angeles, CA   90012

**Secured Creditor # 17**
Treasurer-Tax Collector, County of San
Bernardino
172 West Third Street, First Floor
San Bernardino,  CA  92415-0360

**Secured Creditor #18**
Stanford Group, LP
Jeffrey F. Gersh, Esq.
The Gersh Law Firm, Inc.
15821 Ventura Boulevard, Suite 515
Encino, CA 91436

.1 [XP]    25195

## MISCELLANOUS UNSECURED CREDITORS

1

2   KPMG, LLP
    Dept 0939
3   P.O. Box 120001
    Dallas, TX 75312-0939

4
    H & E Equipment Services, Inc.
5   P.O. Box 849850
    Dallas, TX 75284-9850

6
    All Quality Fire Protection
7   P.O. Box #1358
    La Mirada, CA 90637-1358

8
    United Site Services of CA, Inc
9   P O BOX 93670
    City of Industry, CA 91715

10
    Neustar Utra Services
11  P O BOX 277833
    Atlanta, GA 30353-7833

12
    Toshiba Financial Services
13  P O Box 790448
    St Louis, MO 63179-0448

14
    CIT Technology Fin Serv, Inc.
15  P. O. Box 100706
    Pasadena, CA 91189-0706

16

17

18

19

20

21

22

23

24

25

26

27

28

345815.01 [XP]      25195