JOHN J. BINGHAM, JR. (State Bar No. 075842)
*JBingham@dgdk.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@dgdk.com*
JULIA W. BRAND (State Bar No. 121760)
*JBrand@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

FILED & ENTERED

NOV 18 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al[1].,<br><br>        Debtors and Debtors-in-Possession.<br><br>☐ Affects all Debtors<br>☒ Affects the following Debtor(s):<br><br>Meruelo Maddux Properties, Inc.<br>(1:09-bk-13356-KT); and<br><br>Alameda Produce Market, LLC<br>(1:09-bk-13394-KT) | Case No. 1:09-bk-13356-KT<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY HUGO RODRIGUEZ, ET AL. (NON-BANKRUPTCY FORUM)**<br><br>***Current Date and Time:***<br>Date:  November 19, 2009<br>Time:  10:45 a.m.<br><br>***New Date and Time:***<br>Date:  December 17, 2009<br>Time:  10:45 a.m.<br>Ctrm:  "301"<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

1     The Court having read and considered the *Stipulation Re: Continuance of Hearing on Motion for Relief from the Automatic Stay Filed by Hugo Rodriguez, Et Al. (Non-Bankruptcy Forum)* (the "Stipulation") between Meruelo Maddux Properties, Inc., and Alameda Produce Market, LLC (collectively the "Affected Debtors"), on the one hand, and Hugo Rodriguez, Natividad Gonzales, Jose Barreto and Roman Rodriguez (collectively the "Moving Parties"), on the other hand, filed on November 10, 2009, for good cause appearing, it is

**ORDERED THAT:**

1. The Stipulation is approved.

2. The deadline for the Affected Debtors to file an opposition to the *Motion for Relief from the Automatic Stay under 11 U.S.C. § 362* (the "Motion") filed by the Moving Parties on or about July 6, 2009, shall be continued to December 3, 2009.

3. The deadline for the Moving Parties to file an optional reply brief in support of the Motion shall be continued to December 10, 2009

4. The hearing on the Motion shall be continued from November 19, 2009 to December 17, 2009 at 10:45 a.m.

###

DATED: November 18, 2009

*Kathleen Thompson*
United States Bankruptcy Judge

-2-

345467.01 [XP]    25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. et al.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 1:09-bk-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ***ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY HUGO RODRIGUEZ, ET AL. (NON-BANKRUPTCY FORUM)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On *November 10, 2009* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Served Via U.S. Mail
Debtor: Meruelo Maddux Properties, Inc., 761 Terminal Street, Building 1, 2nd Floor, Los Angeles, CA 90021
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *November 10, 2009* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Served Via Email:
Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 10, 2009 | Mayra Duran | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. et al. | | CHAPTER: 7 |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _**November 10, 2009**_I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Served Via Email:
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

345467.01 [XP]    25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. et al.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 1:09-bk-13356-KT |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled ***ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY HUGO RODRIGUEZ, ET AL. (NON-BANKRUPTCY FORUM)*** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of ***November 10, 2009*** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel     mca@dgdk.com
John J Bingham     jbingham@dgdk.com
Julia W Brand     jwb@dgdk.com
Jennifer L Braun     jennifer.l.braun@usdoj.gov
Martin J Brill     mjb@lnbrb.com
Howard Camhi     hcamhi@ecjlaw.com
Ronald R Cohn     rcohn@horganrosen.com
Enid M Colson     ecolson@linerlaw.com
Michaeline H Correa     mcorrea@jonesday.com
Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Aaron De Leest     aed@dgdk.com
Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Meruelo Maddux Properties, Inc., 761 Terminal Street, Building 1, 2nd Floor, Los Angeles, CA 90021
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. et al. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***November 10, 2009*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
Alexandra Kazhokin    akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Andrew F Kim    kim-a@blankrome.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon    slinkon@rcolegal.com
Richard Malatt    rmalatt@gmail.com
Elmer D Martin    elmermartin@msn.com
Elissa Miller    emiller@sulmeyerlaw.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com
Lawrence Peitzman    lpeitzman@pwkllp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Craig M Rankin    cmr@lnbrb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Jeffrey S Shinbrot    shinbrot@earthlink.net
Stephen Shiu    sshiu@swlaw.com
Daniel H Slate    dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni    surjit@sonilaw.com, wendy@sonilaw.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
John N Tedford    jtedford@dgdk.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg    jason@gdclawyers.com
Jasmin Yang    jyang@swlaw.com