1    KAROL K. DENNISTON (Bar No. 141667)
     karol.denniston@dlapiper.com
2    JENNIFER L. NASSIRI (Bar No. 209796)
     jennifer.nassiri@dlapiper.com
3    **DLA PIPER LLP (US)**
     550 South Hope Street, Suite 2300
4    Los Angeles, CA  90071-2678
     Tel:  213.330.7700
5    Fax:  213.330.7701

6    [Proposed] Special Securities and Litigation Counsel for
     Debtors and Debtors-in-Possession, MERUELO
7    MADDUX PROPERTIES, INC., et al.

8

9                        UNITED STATES BANKRUPTCY COURT

10                       CENTRAL DISTRICT OF CALIFORNIA

11                       SAN FERNANDO VALLEY DIVISION

12

13   In re                                    Case No.  1:09-bk-13356-KT

14   MERUELO MADDUX PROPERTIES,                Chapter 11
     INC., et al.,[1]
15                                             (Jointly Administered)

             Debtors and Debtors-in-Possession.

16                                             **SUPPLEMENT TO EXHIBIT "B" TO
                                               DEBTORS' APPLICATION FOR AN
17                                             ORDER AUTHORIZING EMPLOYMENT
                                               AND RETENTION OF DLA PIPER LLP
18                                             (US) AS SPECIAL SECURITIES AND
                                               LITIGATION COUNSEL FOR THE
19                                             DEBTORS *NUNC PRO TUNC* TO MARCH
                                               26, 2009**
20

21   ☒ Affects All Debtors                    Date:    December 8, 2009
     ☐ Affects the following Debtor(s) Only:  Time:    2:00 p.m.
                                              Place:   Courtroom 301
22                                                     21041 Burbank Boulevard
                                                       Woodland Hills, CA 91367
23

24

25

26   _____
     [1]  This above-captioned case is jointly administered with the chapter 11 cases filed with the Court by numerous
27        affiliated entities.  Debtors and debtors-in-possession and their respective tax identification numbers are
          identified in the Order Directing the Joint Administration of Related Case Entered on April 7, 2009 (docket entry
28        no. 30).

DLA PIPER LLP (US)   IN RE MERUELO MADDUX PROPERTIES, INC., ET AL.      -1-                          WEST\21833168.1
  LOS ANGELES       Case No. 1:09-bk-13356-KT

1     **PLEASE TAKE NOTICE THAT** DLA Piper LLP (US) ("DLA Piper") hereby

2 supplements the conflict disclosures contained in Exhibit "B" to its application (the

3 "Application") for entry of an order authorizing the employment and retention of DLA Piper LLP

4 (US) ("DLA Piper") as special securities and litigation counsel for Debtors filed on October 9,

5 2009 (Docket Entry No. 720) to include information regarding Canpartners Realty Holding

6 Company IV, LLC, an affiliate of Canyon Capital Realty Advisors.

| | Meruelo Entity | Name of Entity and/or Affiliate of Entity that is a DLA Piper Client | Status of Client Representation – Related / Unrelated to Debtors' Bankruptcy Case |
|---|---|---|---|
| 17. | Meruelo Maddux Properties, Inc. | Canpartners Realty Holding Company IV, LLC, an affiliate of Canyon Capital Realty Advisors | Active Client<br><br>Unrelated Matters |
| 18. | Meruelo Maddux - 845 S. Flower Street, LLC | Canpartners Realty Holding Company IV, LLC, an affiliate of Canyon Capital Realty Advisors | Active Client<br><br>Unrelated Matters |
| 19. | Meruelo Chinatown, LLC, | Canpartners Realty Holding Company IV, LLC, an affiliate of Canyon Capital Realty Advisors | Active Client<br><br>Unrelated Matters |

Dated:  November 18, 2009                 Respectfully submitted,

                                    DLA PIPER LLP (US)


                                    By:   /s/ Jennifer L. Nassiri
                                         Jennifer L. Nassiri
                                         Proposed Special Securities and Litigation
                                         Counsel for Debtors and Debtors-in-
                                         Possession, Meruelo Maddux Properties,
                                         Inc., et al.

| In re:<br>MERUELO MADDUX PROPERTIES, INC.                                Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-13356-KT |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
550 S. Hope Street, Suite 2300, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as
SUPPLEMENT TO EXHIBIT "B" TO DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF DLA PIPER LLP (US) AS SPECIAL SECURITIES and litigation COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO MARCH 26, 2009
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 18, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On November 18, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/18/09 | Bambi Clark | /s/ Bambi Clark |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                             **F 9013-3.1**

WEST\21710435.2

| In re:<br>MERUELO MADDUX PROPERTIES, INC.                               Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel    mca@dgdk.com
- John J Bingham    jbingham@dgdk.com
- Julia W Brand    jwb@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Howard Camhi    hcamhi@ecjlaw.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    ecolson@linerlaw.com
- Michaeline H Correa    mcorrea@jonesday.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com,
  calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest    aed@dgdk.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com,
  efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Michael I. Gottfried    mgottfried@lblawllp.com, aerskine@lblawllp.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher    dave.hercher@millernash.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin    akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@msn.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri    jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael H Raichelson    mhr@cabkattorney.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

WEST\21710435.2

In re:
MERUELO MADDUX PROPERTIES, INC.                                    Debtor(s).

CHAPTER 11

CASE NUMBER 1:09-bk-13356-KT

- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Craig M Rankin    cmr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Jeffrey S Shinbrot    shinbrot@earthlink.net
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, wendy@sonilaw.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- John N Tedford    jtedford@dgdk.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Jason L Weisberg    jason@gdclawyers.com
- Jasmin Yang    jyang@swlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

WEST\21710435.2

| In re:<br>MERUELO MADDUX PROPERTIES, INC.                     Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

## II. SERVED BY U.S. MAIL

| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | The Honorable Kathleen Thompson<br>United States Bankruptcy<br>21041 Burbank Boulevard, Suite 305<br>Woodland Hills, CA 91367 | **Office of the U.S. Trustee**<br>Jennifer L Braun<br>21051 Warner Center Ln Ste 115<br>Woodland Hills, CA 91367<br>Email: jennifer.l.braun@usdoj.gov |
|---|---|---|
| **Counsel for Debtor**<br>John J. Bingham, Esq.<br>Aaron De Leest, Esq.<br>John N Tedford, Esq.<br>Danning Gill Diamond & Kollitz<br>2029 Century Park E 3rd Fl<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com; | **Counsel for Creditors Committee**<br>Victor A. Sahn, Esq.<br>Asa S Hami, Esq.<br>Tamar Ko9uyoumjian, Esq.<br>Alan G. Tippie, Esq.<br>SulmeyerKupetz, A Prof Corp<br>333 S Hope St 35th Fl<br>Los Angeles, CA 90071<br>Email: ahami@sulmeyerlaw.com;<br>vsahn@sulmeyerlaw.com;<br>tkouyoumjian@sulmeyerlaw.com;<br>atippie@sulmeyerlaw.com | **Counsel for California Bank & Trust**<br>Daniel H. Slate, Esq.<br>Alexandra Kazhokin, Esq.<br>Buchalter Nemer<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>dslate@buchalter.com;<br>akazhokin@buchalter.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**

WEST\21710435.2