JOHN J. BINGHAM, JR. (State Bar No. 075842)
*JBingham@DGDK.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
JULIA W. BRAND (State Bar No. 121760)
*JBrand@DGDK.com*
ENID COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc.,
Jointly Administered Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC. et al.,<br><br>Debtors and Debtors-in-Possession.<br><br>☑ Affects all Jointly Administered Debtors<br><br>☐ Affects the following Debtor(s): | Case No. 1:09-bk-13356-KT<br><br>Chapter 11<br><br>**NOTICE OF FILING OF FIRST AMENDED DISCLOSURE STATEMENT AND FIRST AMENDED JOINT CHAPTER 11 PLAN OF MERUELO MADDUX PROPERTIES, INC., et al. AND HEARING ON APPROVAL OF AMENDED DISCLOSURE STATEMENT**<br><br>**Disclosure Statement Hearing**<br>Date: March 19, 2010<br>Time: 9:30 a.m.<br>Ctrm: "301"<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

TO THE HONORABLE KATHLEEN THOMPSON, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Meruelo Maddux Properties, Inc., a Delaware Corporation ("MMPI"), and its 53 related debtor entities (collectively, the "Debtors") have filed their their *First Amended Disclosure Statement* ("Amended Disclosure Statement") and *First*

-1-

345885.03 [XP]    25195

1 | *Amended Joint Chapter 11 Plan of Reorganization of Meruelo Maddux Properties, Inc. et al.*
2 | ("Amended Plan").
3 |    PLEASE TAKE FURTHER NOTICE that a hearing on the approval of the
4 | Amended Disclosure Statement will be held on March 19, 2010, at 9:30 a.m. ("Disclosure
5 | Statement Hearing") before the Honorable Kathleen Thompson, United States Bankruptcy Judge,
6 | Courtroom 301, 21041 Burbank Boulevard, Woodland Hills, California. The Court has set March
7 | 12, 2010 as the last date to file and serve objections to approval of the Amended Disclosure
8 | Statement.
9 |    PLEASE TAKE FURTHER NOTICE that any party may obtain a copy of the
10 | Amended Disclosure Statement by making written request on Danning, Gill, Diamond & Kollitz,
11 | LLP, Attn: Enid M. Colson, 2029 Century Park East, Third Floor, Los Angeles, California 90067-
12 | 2904, Telephone: (310) 277-0077.

Dated: February 26 2010

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
ENID COLSON
Attorneys for Debtors and Debtors-in-Possession

-2-

345885.03 [XP]    25195

| In re:<br><br>MERUELO MADDUX PROPERTIES, INC.<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br>CASE NO.: 1:09-bk-13356-KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2029 Century Park East, Third Floor, Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **NOTICE OF FILING OF FIRST AMENDED DISCLOSURE STATEMENT AND FIRST AMENDED JOINT CHAPTER 11 PLAN OF MERUELO MADDUX PROPERTIES, INC., et al. AND HEARING ON APPROVAL OF AMENDED DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 27, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On **February 27, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 27, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Served Via Personal Delivery:
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367
Jennifer L Braun, Office of the U.S. Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/27/2010 | Cindy Cripe | /s/ Cindy Cripe |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                          **F 9013-3.1**
350068.01 [XP]    25195

| In re: | | CHAPTER: 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC. | Debtor(s). | CASE NO: 1:09-bk-13356-KT<br>ADV NO.: |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I.    BY NOTICE OF ELECTRONIC FILING ("NEF")**

Michael C Abel    mca@dgdk.com
John J Bingham    jbingham@dgdk.com
Peter Bonfante    peterbonfante@bsalawfirm.com
Julia W Brand    jwb@dgdk.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Martin J Brill    mjb@lnbrb.com
Howard Camhi    hcamhi@ecjlaw.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com
Ronald R Cohn    rcohn@horganrosen.com
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa    mcorrea@jonesday.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Aaron De Leest    aed@dgdk.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Michael I. Gottfried    mgottfried@lblawllp.com, aerskine@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Peter J Gurfein    pgurfein@akingump.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Natasha L Johnson    natasha.johnson@dlapiper.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
Andrew F Kim    kim-a@blankrome.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
Lewis R Landau    lew@landaunet.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon    slinkon@rcolegal.com
Richard Malatt    rmalatt@gmail.com
Elmer D Martin    elmermartin@msn.com
Elissa Miller    emiller@sulmeyerlaw.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com
Lawrence Peitzman    lpeitzman@pwkllp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Craig M Rankin    cmr@lnbrb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
350068.01 [XP]    25195
F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC. | Debtor(s). | CASE NO: 1:09-bk-13356-KT<br>ADV NO.: |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **BY NOTICE OF ELECTRONIC FILING ("NEF")**

Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Zev Shechtman    zshechtman@dgdk.com
Jeffrey S Shinbrot    shinbrot@earthlink.net
Stephen Shiu    sshiu@swlaw.com
Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni    surjit@sonilaw.com, laura.gonzales@sonilaw.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
John N Tedford    jtedford@dgdk.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg    jason@gdclawyers.com
Jasmin Yang    jyang@swlaw.com

II. **BY U.S. MAIL**

| | |
|---|---|
| Attorneys for Magnusson Klemencic Associates<br>Jenkins Goodman Neuman & Hamilton LLP<br>Attn: Michael L. Marx<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104 | Grand Avenue Lofts, LLC<br>c/o Terrence R. Pace<br>Franer, Seifert, Place & Winograd, LLP<br>601 S. Figueroa Street, Suite 2320<br>Los Angeles, CA 90017 |
| Vahan & Anoush Chamlian<br>c/o David P. Beitchman<br>16130 Ventura Blvd., Suite 570<br>Encino, CA 91436 | Grand Lofts Home Owners Association<br>c/o Peter F. Jazayeri<br>Ervin, Cohen & Jessup, LLP<br>9401 Wilshire Ave., 9th Floor<br>Beverly Hills, CA 90212 |
| CIM Urban RE<br>Fund Group II, LLC<br>c/o Terrence R. Pace<br>Franer, Seifert, Place & Winograd, LLP<br>601 S. Figueroa Street, Suite 2320<br>Los Angeles, CA 90017 | L.A. Wholesale Produce Market, LLC<br>Attn: Richard J. Gardner<br>1601 East Olympic Blvd., #360<br>Los Angeles, CA 90021 |
| | Sue Owen<br>Administrative Paralegal<br>Manatt, Phelps & Phillips, LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064 |
| Complete Thermal<br>Attn: William L. Clemets<br>11105 Knott Ave., Suite E<br>Cypress, CA 90630 | Michael Sammut<br>325 W. 8th Street,<br>Suite 301<br>Los Angeles, CA 90014 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
350068.01 [XP]    25195

**F 9013-3.1**

| In re:  MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER: 11  CASE NO: 1:09-bk-13356-KT  ADV NO.: |
|---|---|

Oliver Sandifer & Murphy, P.C.
Attn: Connie C. Sandifer
281 S. Figueroa Street, 2nd Floor
Los Angeles, CA 90012

RoofCorp. of California Inc.
c/o Green & Campbell, LLP
Attn: Jason L. Weisberg
1777 E. Los Angeles Avenue, Suite 201
Simi Valley, CA 93065

Securities Exchange Commission
Los Angeles Regional Office
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
350068.01 [XP]    25195

F 9013-3.1