| | |
|---|---|
| JOHN J. BINGHAM, JR. (State Bar No. 075842) *JBingham@DGDK.com* <br> JOHN N. TEDFORD, IV (State Bar No. 205537) *JTedford@DGDK.com* <br> MICHAEL C. ABEL (State Bar No. 187743) *MAbel@DGDK.com* <br> DANNING, GILL, DIAMOND & KOLLITZ, LLP <br> 2029 Century Park East, Third Floor <br> Los Angeles, California 90067-2904 <br> Telephone:  (310) 277-0077 <br> Facsimile:  (310) 277-5735 | **FILED & ENTERED** <br><br> APR 01 2010 <br><br> CLERK U.S. BANKRUPTCY COURT <br> Central District of California <br> BY harraway DEPUTY CLERK |

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC., et al.[1]

  Debtors and Debtors-in-Possession.

☑  Affects all Debtors

☐  Affects the following Debtor(s):

)  Case No. 1:09-bk-13356-KT
)
)  Chapter 11 (Jointly Administered)
)
)  **ORDER RE: DEBTORS' MOTION FOR THIRD ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIOD DURING WHICH ONLY THE DEBTORS MAY SOLICIT AND OBTAIN ACCEPTANCES OF A PLAN OF REORGANIZATION**
)
)  Date:   March 31, 2010
)  Time:  9:30 a.m.
)  Place: Courtroom 301
)            21041 Burbank Blvd.
)            Woodland Hills, California

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

On March 31, 2010, the Court held a continued hearing on the *Motion for Third Order Pursuant to Bankruptcy Code Section 1121(d) Extending the Exclusive Period During Which Only the Debtors May Solicit and Obtain Acceptances of a Plan of Reorganization* (the "Motion") (*docket entry no. 966*) filed by the above-captioned debtors and debtors-in-possession (collectively the "Debtors"), the Honorable Kathleen Thompson, United States Bankruptcy Judge, presiding. John N. Tedford, IV, and Julia W. Brand of Danning, Gill, Diamond & Kollitz, LLP, appeared on behalf of the Debtors; Dean G. Rallis Jr. of SulmeyerKupetz, a Professional Corporation, appeared on behalf of the Official Committee of Unsecured Creditors (the "Committee"); Thomas M. Geher of Jeffer Mangels Butler & Marmaro LLP appeared on behalf of Wells Fargo Bank, N.A., successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through Berkadia Commercial Mortgage, Inc., its Special Servicer ("Berkadia"); Daniel H. Slate of Buchalter Nemer appeared on behalf of California Bank & Trust ("CB&T"); Elmer Dean Martin appeared on behalf of East West Bank; Iain A. W. Nasatir appeared on behalf of Legendary Investors Group No. 1, LLC ("Legendary"); Eric S. Pezold of Snell & Wilmer LLP appeared on behalf of Bank of America, N.A. ("BofA"); and any other appearances were as noted on the record.

The Court having considered the Motion and all papers filed in support of the Motion and in opposition to the Motion, having heard the statements of counsel at hearings on January 20, March 19, and March 31, 2010, for the reasons stated on the record at the hearing on March 31, 2010, for good cause appearing,

**IT IS ORDERED THAT:**

1. Subject to paragraph 3 of this order, the Motion is granted, on a final basis, through and including June 11, 2010.

2. Subject to paragraph 3 of this order, the time period under 11 U.S.C. § 1121(c)(3) within which the Debtors may solicit and obtain acceptances of their plan and during which time competing plans may not be filed by any party in interest shall be extended through and including June 11, 2010, without prejudice to the Debtors' right to seek a further extension thereof.

1      3.    Notwithstanding the foregoing, the exclusivity periods set forth in 11 U.S.C. § 1121 shall terminate as to the Committee effective as of May 18, 2010, and on or after such date the Committee is authorized to file a plan.

# # # # #

DATED: April 1, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

−3−

351788.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the documents described as follows: **ORDER RE: DEBTORS' MOTION FOR THIRD ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIOD DURING WHICH ONLY THE DEBTORS MAY SOLICIT AND OBTAIN ACCEPTANCES OF A PLAN OF REORGANIZATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On April 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail:
Hon. Kathleen Thompson, U.S. Bankruptcy Court, Suite 301, 21041 Burbank Blvd, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 1, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via E-Mail
Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Peter Bonfante, peterbonfante@bsalawfirm.com

–4–

351788.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Michael I. Gottfried    mgottfried@lblawllp.com, aerskine@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein    pgurfein@akingump.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Raymond A. Myer, rmyer@myerlawpc.com (Counsel for SCS Flooring Systems)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince    cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)

351788.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 1, 2010 | Cindy Cripe | /s/ Cindy Cripe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

−6−

351788.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER RE: DEBTORS' MOTION FOR THIRD ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIOD DURING WHICH ONLY THE DEBTORS MAY SOLICIT AND OBTAIN ACCEPTANCES OF A PLAN OF REORGANIZATION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 1, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Peter Bonfante, peterbonfante@bsalawfirm.com
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Michael I. Gottfried    mgottfried@lblawllp.com, aerskine@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein    pgurfein@akingump.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)

–7–

351788.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Raymond A. Myer; rmyer@myer-fock.com (counsel for SCS Flooring)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince    cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

– 8 –

351788.01 [XP]    25195

| In re:  MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

–9–

351788.01 [XP]      25195