1  JOHN J. BINGHAM, JR. (State Bar No. 075842)
   *JBingham@DGDK.com*
2  JOHN N. TEDFORD, IV. (State Bar No. 205537)
   *JTedford@dgdk.com*
3  JULIA W. BRAND (State Bar No. 121760)
   *JBrand@DGDK.com*
4  ENID M. COLSON (State Bar No. 189912)
   *EColson@DGDK.com*
5  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
6  Los Angeles, California 90067-2904
   Telephone: (310) 277-0077
7  Facsimile: (310) 277-5735

8  Attorneys for Meruelo Maddux Properties, Inc., jointly
   administered Debtors and Debtors-in-Possession,
9  Debtors and Debtors in Possession

10              **UNITED STATES BANKRUPTCY COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12              **SAN FERNANDO VALLEY DIVISION**

13  In re                              ) Case No. 1:09-bk-13356-KT
                                       )
14  MERUELO MADDUX PROPERTIES,         ) Chapter 11 (Jointly Administered)
    INC., et al.                       )
15                                     ) **SECOND AMENDED JOINT PLAN OF**
              Debtors and Debtors-in-  ) **REORGANIZATION OF MERUELO**
16            Possession.              ) **MADDUX PROPERTIES, INC., et al.**
                                       )
17  _____   ) **Disclosure Statement Hearing**
                                       ) Date:  June 14, 2010
18  ☑  Affects all Jointly Administered ) Time:  9:30 a.m.
       Debtors                          ) Ctrm:  "301" 21041 Burbank Blvd.
19                                     )        Woodland Hills, CA 91367
    ☐  Affects the following Debtor(s): )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25  _____   )

26

27

28

353216.03 [XP]    25195

# **TABLE OF CONTENTS**

**Page**

I.    INTRODUCTION ................................................................................................. 2

II.   DEFINITION OF TERMS AND RULES OF INTERPRETATION ................................. 3

    A.   Defined Terms ......................................................................................... 3

    B.   Interpretation of Terms and Computation of Tirme ................................. 3

        1.   Defined Terms ............................................................................ 23

        2.   Rules of Interpretation .............................................................. 23

        3.   Time Periods .............................................................................. 24

III.  CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS ................. 24

    A.   Summary of Claims and Interests Against Each Debtor ......................... 25

    B.   General Provisions For Treatment Of Claims And Interests ................... 40

        1.   Unclassified Claims (Applicable to all of the Debtors) ............. 40

        2.   Common Class Treatments for Classified Claims ..................... 48

    C.   Treatment of Classified Claims Against and Interests Against Each of
       the Debtors ............................................................................................. 54

        1.   Claims Against and Interests in MMPI ...................................... 54

        2.   Claims against and Interests in MMPLP ................................... 55

        3.   Claims Agent and Interests in MM Ventures, LLC ................... 56

        4.   Claims Against and Interests in MM Construction ................... 56

        5.   Claims against and Interests in MM Management ..................... 57

        6.   Claims Against and Interests in MM - 555 Central Avenue ...... 57

        7.   Claims Against and Interests in MG - Overland Terminal ........ 58

        8.   Claims Against Interests in NatIONAL Cold Storage ............... 58

        9.   Claims Against and Interests in Wall Street Market ................. 58

        10.  Claims Against the Interests in MMP 1009 N. Citrus ............... 59

        11.  Claims Against and Interests in MM 230 W. Avenue 26 ........... 60

        12.  Claims Against and Interests in MMP 306-330 N. Avenue 21 .. 61

-i-

1

## **TABLE OF CONTENTS (cont.)**

2                                                                                                    <u>**Page**</u>

3       13.   Claims Against and Interests in MM 817-825 S. Hill Street .................... 62

4       14.   Claims Against and Interests in MM – 1000 E. Cesar Chavez ................ 63

5       15.   Claims Against and Interests in MMP 1060 N. Vignes........................... 64

6       16.   Claims Against and Interests in MM 2415 E. Washington
7             Boulevard........................................................................................... 65

        17.   Claims Against and Interests in MM 5500 Flotilla Street ........................ 66
8
        18.   Claims Against and Interests in MMP 12385 San Fernando
9             Road ................................................................................................... 66

10      19.   Claims Against and Interests in MG 146 E. Front Street ......................... 67

11      20.   Claims Against and Interests in MG 801 E. 7th Street ............................. 68

12      21.   Claims Against and Interests in MG 1211 E. Washington ....................... 69

13      22.   Claims Against and Interests in MG 1308 S. Orchard ............................ 70

14      23.   Claims Against and Interests in MG 2040 Camfield Avenue ................... 71

15      24.   Claims Against and Interests in MG Ceres Street Produce ...................... 71

16      25.   Claims Against and Interests in Merulo Baldwin Park ............................ 72

17      26.   Claims Against and Interests in Santa Fe & Washington
18            Market ................................................................................................ 73

19      27.   Claims Against and Interests in MG 5707 S. Alameda ........................... 74

20      28.   Claims Against and Interests in MM 3rd & Omar Street .......................... 75

21      29.   Claims Against and Interests in MM 336 W. 11th Street.......................... 77

22      30.   Claims Against and Interests in MM 420 Boyd Street ............................. 80

23      31.   Claims Against and Interests in MM 500 Mateo Street ........................... 82

24      32.   Claims Against and Interests in MMP 760 S. Hill Street......................... 82

25      33.   Claims Against and Interests in 788 S. Alameda ..................................... 84

26      34.   Claims Against and Interests on 905 8th Street........................................ 87

27      35.   Claims Against and Interests in MM 915-949 S. Hill .............................. 89

28      36.   Claims Against and Interests in Alameda Produce Market ....................... 92

351387.03 [XP]    25195

# TABLE OF CONTENTS (cont.)

**Page**

37.    Claims Against and Interests in MG 1500 Griffith Avenue ..................... 96

38.    Claims Against and Interests in MMP 1919 Vineburn ........................... 99

39.    Claims Against and Interests in MMP 2131 Humboldt Street ............... 102

40.    Claims Against and Interests in MG-2529 Santa Fe Avenue ................. 104

41.    Claims Against and Interests in 2640 Washington Boulevard ............... 106

42.    Claims Against and Interests in MMP 2951 Lenwood Road ................. 108

**43.**    Claims Against And Interests In Mg 3185 E. Washington
       Boulevard ............................................................................................. 109

44.    Claims Against and Interests in MG 4th Street Center ........................... 111

45.    Claims Against and Interests in MG 425 W. 11th Street ........................ 113

46.    Claims Against and Interests in MG - 620 S. Gladys Avenue ................ 115

47.    Claims Against and Interests in MG 2001-2021 W. Mission
       Boulevard ............................................................................................. 117

48.    Claims Against and Interests in MG Little J ........................................... 119

49.    Claims Against and Interests in MG – Southpark .................................. 121

50.    Claims Against and Interests in Merco Group ........................................ 123

51.    Claims Against and Interests in Meruelo Farms ..................................... 127

52.    Claims Against and Interests in Meruelo Wall Street ............................ 130

53.    Claims Against and Interests in MM Mission Boulevard ...................... 132

54.    Claims Against and Interests in Santa Fe Commerce .............................. 134

IV.    MEANS FOR EXECUTION AND IMPLEMENTATION OF PLAN ........................... 136

A.    Overview of Plan Implementation ................................................................. 136

B.    Vesting of Assets .......................................................................................... 136

C.    Reorganized Debtors' Business Operations ................................................. 136

D.    Sale and/or Refinance of Assets of Debtors ................................................ 136

E.    Private Placement ......................................................................................... 137

F.    Subscription of New Equity .......................................................................... 138

-iii-

# TABLE OF CONTENTS (cont.)

**Page**

G.  Certificate of Incorporation and Bylaws; Cancellation Of MMPI
    Securities, LTIP Units and Related Agreements ........................................ 145

H.  Issuance of New Equity Interests ........................................................... 146

I.  Merger of MMPLP and MMPI................................................................. 146

J.  Retained Claims And Defenses And Reservation Of Rights................................ 147

K.  Objections to Claims........................................................................... 148

L.  Management of the Reorganized Debtor ..................................................... 149

M.  Disbursing Agent .............................................................................. 149

N.  Discharge of the Debtors and Injunction .................................................... 149

    1.  Discharge ............................................................................. 149

    2.  Injunction ............................................................................. 150

O.  Temporary Enforcement Injunction ......................................................... 151

P.  No Liability for Solicitation or Participation................................................. 153

Q.  Limitation of Liability ......................................................................... 153

R.  Certificate of Incorporation and Certificates of Organization ............................ 153

S.  Other Documents and Actions................................................................. 154

T.  Corporate Action .............................................................................. 154

U.  Retiree Benefits ................................................................................ 154

V.  The Creditors' Committee ..................................................................... 154

V.   TREATMENT OF EXECUTORY CONTRACTS AND
     UNEXPIRED LEASES .......................................................................... 154

VI.  CONFIRMATION AND DATE CONDITIONS ............................................... 156

A.  Conditions to Confirmation ................................................................... 157

B.  Waiver of Conditions........................................................................... 157

C.  Effect of Failure of Conditions................................................................ 157

D.  Vacatur of Confirmation Order ............................................................... 157

-iv-

## **TABLE OF CONTENTS (cont.)**

**Page**

VII.     CONFIRMABILITY OF PLAN AND CRAMDOWN .................................................... 158

VIII.    VOTING AND DISTRIBUTIONS UNDER PLAN ................................................ 158

         A.     Voting of Claims and Interests ................................................ 158

         B.     Method of Distributions Under the Plan ........................................ 158

                1.     Distributions Under the Plan ......................................... 158

                2.     Timing and Methods of Distribution ................................... 159

         C.     Undeliverable or Unclaimed Distributions ..................................... 160

         D.     Disputed Claims and Estimations .............................................. 160

                1.     Treatment of Disputed Claims ......................................... 160

                2.     Distributions on Account of Disputed Claims Once They Are
                       Allowed ...................................................................... 161

                3.     Allowance of Claims Subject to Bankruptcy Code Section
                       502(d) ........................................................................ 161

         E.     Setoffs ........................................................................ 161

IX.      RETENTION OF JURISDICTION .................................................................. 158

X.       MISCELLANEOUS PROVISIONS ................................................................. 164

         A.     Exemption from Transfer Taxes ................................................ 164

         B.     Payment of Statutory Fees .................................................... 165

         C.     Modification or Withdrawal of the Plan ........................................ 165

         D.     Governing Law ................................................................ 164

         E.     Filing or Execution of Additional Documents ................................... 165

         F.     Withholding and Reporting Requirements ........................................ 165

         G.     Waiver of Rule 7062 of the Federal Rules of Bankruptcy Procedure ................ 165

         H.     Headings ..................................................................... 166

         I.     Exhibits and Schedules ....................................................... 166

         J.     Notices ...................................................................... 166

         K.     Conflict ..................................................................... 166

-v-

## TABLE OF CONTENTS (cont.)

**Page**

L.   Successors and Assigns ................................................................................ 166

M.   Saturday, Sunday or Legal Holiday ............................................................ 167

N.   Post-Effective Date Effect of Evidences of Claims or Interests ............... 167

O.   Severability of Plan Provisions .................................................................. 167

P.   Balloting ...................................................................................................... 167

Q.   No Admissions or Waiver of Objections ..................................................... 168

R.   Survival of Settlements ............................................................................... 168

S.   Post-Confirmation Status Report ................................................................ 168

T.   Final Decree ................................................................................................. 169

351387.03 [XP]    25195

# I.

## INTRODUCTION

Meruelo Maddux Properties, Inc., a Delaware corporation ("MMPI"), and its 53 related debtor entities that filed voluntary bankruptcy petitions at the same time and are jointly administered pursuant to an order of the Court, (collectively, the "Debtors") hereby jointly propose the following Second Amended Joint Chapter 11 Plan of Reorganization (defined herein as the "Plan") for the resolution of their outstanding creditor claims and interests.  Reference is made to the Second Amended Disclosure Statement Accompanying Second Amended Joint Chapter 11 Plan of Reorganization of Meruelo Maddux Properties, Inc., *et al.* dated as of April 30, 2010 (defined herein as the "Disclosure Statement") for a discussion of the Debtors' history, businesses, properties, operations, projections, and for a summary of the Plan and certain related matters.  The Disclosure Statement has been sent to you in the same envelope as this Plan.  The Disclosure Statement has been approved by the Court and is provided to help you understand the Plan.

This is a joint Plan and not a consolidated Plan.  The Debtors are not seeking substantive consolidation in this Plan.  As a result, the Claims and Interests in each of the Debtors have been classified on a Debtor by Debtor basis.  ***Votes will be tabulated and acceptances will be determined on a Debtor-by-Debtor basis***.  The Debtors will seek confirmation of the Plan as to each Debtor on an individual basis notwithstanding that this is a joint Plan.

All Holders of Claims and Interests are encouraged to read the Plan and the Disclosure Statement in their entirety before voting to accept or reject the Plan.  No materials, other than the Disclosure Statement, the exhibits and schedules attached thereto or referenced therein, have been approved by the Court for use in soliciting acceptances or rejections of the Plan.

**THE DEBTORS BELIEVE THAT THE PLAN REPRESENTS THE BEST POSSIBLE RETURN TO HOLDERS OF CLAIMS.  THE DEBTORS STRONGLY URGE YOU TO READ THE DISCLOSURE STATEMENT AND VOTE IN FAVOR OF THE PLAN.**

Notwithstanding anything herein to the contrary, all statements in this Plan and the accompanying Disclosure Statement concerning the history of the Debtors' businesses, the past or

-2-

353216.03[XP]     25195

1  present financial condition of the Debtors, transactions to which the Debtors were or are a party, or

2  the effect of confirmation of the Plan on all of its creditors and claimants including secured

3  creditors, unsecured creditors or equity security holders are attributable exclusively to the Debtors

4  and not to any other party.

5                                                      II.

6                          **DEFINITION OF TERMS AND RULES OF INTERPRETATION**

7           **A.        Definition of Terms**

8                  Unless otherwise defined herein, or the context otherwise requires, the following terms shall

9  have the respective meanings set forth below:

10

11  ***620 S. Gladys Avenue***          means the real property located at 620 S. Gladys Avenue, 830-838 6th
    ***Encumbered Real***               Street, and 647-649 Ceres Avenue, Los Angeles, California, APNs
12  ***Property***                      5147-030-005, 5147-030-006, 5147-030-007, 5147-030-008, 5147-
                                        030-009, 5147-030-037, 5147-030-050, 5147-030-053, 5147-030-054,
13                                      5147-030-055, 5147-030-061 and 5147-030-062.

14
    ***620 S. Gladys Avenue***          means the real property located at 643 and 644 South Gladys Avenue,
15  ***Unencumbered Real***             Los Angeles, California, APNs 5147-030-064 and 5147-029-045.
    ***Property***
16

17  ***729 E. Temple Street***          means the real property located at 729 E. Temple Street, 718-736
    ***Real Property***                 Jackson Street, and 223 Center Street, Los Angeles, California, APNs
18                                      5173-015-006, 5173-014-001 and 5173-014-002.

19  ***788 S. Alameda***                means 788 South Alameda, LLC, a California limited liability
                                        company and a Debtor in Possession in Chapter 11 Case number 1:09-
20                                      bk-13395.

21
    ***788 S. Alameda Real***           means the real property located at 788 South Alameda Street, Los
22  ***Property***                      Angeles, California, APN 5166-031-014.

23  ***815 E. Temple Street***          means the real property located at 815 E. Temple Street, 210 & 234
    ***Real Property***                 Center Street, and 740 Jackson Street, Los Angeles, California, APNs
24                                      5173-022-001, 5173-022-002, 5173-022-004, 5173-022-005 and 5173-
                                        015-003.
25

26  ***905 8th Street***                means 905 8th Street, LLC, a California limited liability company and
                                        a Debtor in Possession in Chapter 11 Case number 1:09-bk-13396.
27

28  ***905 8th Street Real***           means the real property located at 905 E. 8th Street, Los Angeles,
    ***Property***                      California, APN 5146-029-039.

                                                     -3-

| | |
|---|---|
| ***1119 S. Olive Street Real Property*** | means the real property located at 1117-1119 S. Olive Street, Los Angeles, California, APNs 5139-020-006 and 5139-020-007. |
| ***1124 S. Olive Street Real Property*** | means the real property located at 1124 S. Olive Street, and 218 W. 11th Street, Los Angeles, California, APNs 5139-019-011 and 5139-019-015. |
| ***1339 E. 7th Street Real Property*** | means the real property located at 1339 E. 7th Street, Los Angeles, California, APNs 5147-035-004, 5147-035-005, 5147-035-006. 5147-035-007 and 5147-035-008. |
| ***1248 Figueroa Street*** | means 1248 Figueroa Street, LLC. |
| ***1248 Figueroa Street Collateral*** | means the MG 2529 Santa Fe Avenue Real Property. |
| ***1500 Griffith Avenue Real Property*** | means the real property located at 1467 and 1500 Griffith Avenue and 833 E. 15th Street, Los Angeles, California, APNs 5132-025-018, 5132-026-028 and 5132-026-030. |
| ***1510 Griffith Avenue Real Property*** | means the real property located at 1510 Griffith Avenue, Los Angeles, California, APNs 5132-025-004, 5132-025-006 and 5132-025-017. |
| ***2131 Humboldt Encumbered Real Property*** | means the real property located at 2131 Humboldt Street, Los Angeles, California, APNs 5447-009-018 and 5447-009-019. |
| ***2131 Humboldt Unencumbered Real Property*** | means the real property located at 350-354 N. Avenue 21 Street, Los Angeles, California, APN 5447-009-020, and at 336-346 N. Avenue 21, Los Angeles, California, APNs 5447-009-007, 5447-009-008, and 5447-009-009. |
| ***2640 Washington Boulevard*** | means 2640 Washington Boulevard, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13397. |
| ***2640 Washington Boulevard Real Property*** | means the real property located at 2640 E. Washington Boulevard, Los Angeles, California, APN 5168-017-012. |
| ***Administrative Claim*** | means any right to payment constituting a cost or expense of administration of the Chapter 11 Cases of a kind specified under Section 503(b) and entitled to priority under Section 507(a)(2) of the Bankruptcy Code, including, without limitation, any actual and necessary costs and expenses of preserving the estates of the Debtors, any actual and necessary costs and expenses of operating the respective businesses of the Debtors, any indebtedness or obligations |

-4-

353216.03[XP]    25195

incurred or assumed by any of the Debtors in connection with the conduct of their respective businesses, including, without limitation, all compensation and reimbursement of expenses to the extent Allowed by the Court under Section 330 or 503 of the Bankruptcy Code, and any fees or charges assessed against the estates of the Debtors under Section 1930 of chapter 123 of Title 28 of the United States Code.

**Alameda Produce Market**    means Alameda Produce Market, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13394.

**Alameda Produce Market Encumbered Real Property**    means the real property located at 1312 E. 7th Street, Los Angeles, California, APN 5146-009-003 (the "7th Street Produce Market"), and the property located at 761 Terminal Street, Los Angeles, California, APNs 5146-009-004 and 5146-009-005 ("Alameda Square").

**Alameda Produce Market Unencumbered Real Property**    means the real property located at 1215 E. 7th Street, Los Angeles, California, APN 5147-034-015.

**Allowed Claim or Allowed Interest**    means a Claim against or Interest in a Debtor to the extent that
a.    a proof of the Claim or Interest
   i.  was timely Filed and served upon a Debtor and no objection to the Claim or Interest is Filed within the time fixed by the Court for such objections;
   ii. is deemed Filed under applicable law (e.g., filed on the Schedules as noncontingent, nondisputed and liquidated) or pursuant to a Final Order of the Court and no objection to the Claim or Interest is Filed within the time fixed by the Court for such objections;
   iii. is Allowed pursuant to subparagraph b of this definition; or
   iv. is Allowed under the Plan.
b.    If a Debtor files an objection to a proof of Claim or Interest within a time fixed by the Court, the Claim or Interest shall be Allowed to the extent of
   i.  any amount of such Claim or Interest to which the Debtors did not object; or
   ii. any amount otherwise authorized by Final Order or the Plan.

**Allowed Class Claim**    means an Allowed Claim in the particular Class described.

**Allowed Class Interest**    means an Allowed Interest in the particular Class described.

**Allowed Priority Tax Claim**    means a Tax Claim against a Debtor to the extent that
a.    a proof of the Tax Claim
   i.  was timely Filed and served upon a Debtor and no objection to

-5-

the Tax Claim is Filed within the time fixed by the Court for such objections; or

ii. is deemed Filed under applicable law (e.g., filed on the Schedules as noncontingent, nondisputed and liquidated) or pursuant to a Final Order of the Court and no objection to the Tax Claim is Filed within the time fixed by the Court for such objections; or

iii. is Allowed pursuant to subparagraph b of this definition; or

iv. is Allowed under the Plan.

b.      If a Debtor files an objection to a proof of Tax Claim within a time fixed by the Court, the Tax Claim shall be Allowed to the extent of

i.    any amount of such Tax Claim to which the Debtors did not object; or

ii.      any amount otherwise authorized by Final Order or the Plan.

| Term | Definition |
|---|---|
| *Allowed Secured Tax Claim* | means the allowed secured claim of Los Angeles County against a Debtor's estate, calculated as of the Effective Date pursuant to the March, 2010 Settlement Agreement between the MMPI Debtors and Los Angeles County. |
| *APN* | means a county assessor's parcel number. |
| *Ballots* | means each of the ballot forms distributed with the Disclosure Statement to each Holder of an Impaired Claim or Impaired Interest (other than to Holders of Impaired Claims or Impaired Interests deemed to have rejected the Plan or otherwise not entitled to vote on the Plan), upon which is to be indicated, among other things, acceptance or rejection of the Plan. |
| *Bankruptcy Code* | means Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as in effect on the date hereof or hereafter amended if such amendments are made applicable to the Chapter 11 Cases. |
| *Bankruptcy Rules* | means the Federal Rules of Bankruptcy Procedure as promulgated by the United States Supreme Court under Section 2075 of Title 28 of the United States Code, and local rules of the Court, as the context may require. |
| *BofA* | means Bank of America, N.A. |
| *BofA Collateral re MMP 760 S. Hill Street* | means, collectively, [1] the MMP 760 S. Hill Street Real Property and, [2] approximately $6,560,893 in cash held in BofA account number 1459360078, approximately $200,000 of which the Debtors contend is not BofA collateral. |
| *BofA Collateral re MG Southpark* | means the MG Southpark Real Property. |

-6-

| | |
|---|---|
| ***Business Day*** | means any day on which commercial banks are open for business, and not authorized to close, in the City of Los Angeles, California, except any day designated as a legal holiday in Bankruptcy Rule 9006(a). |
| ***Canpartners*** | means Canpartners Realty Holding Co., IV LLC. |
| ***Berkadia*** | means Berkadia Commercial Mortgage, Inc. (as successor to Capmark Finance, Inc.), special servicer for Wells Fargo Bank, N.A., successor by consolidation to Wells Fargo Bank Minnesota, N.A. as Trustee for the Registered Certificate holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates 2002-C1. |
| ***Berkadia Collateral*** | means, collectively, [1] the Santa Fe Commerce Center Real Property and [2] cash deposited by Santa Fe Commerce Center with and held by Berkadia for the benefit of and account of Santa Fe Commerce Center in the approximate amount of $600,000. |
| ***Cash*** | means legal tender of the United States of America and equivalents thereof. |
| ***Cathay*** | means Cathay Bank, a California banking corporation. |
| ***CBT*** | means California Bank & Trust. |
| ***CBT Collateral*** | means, collectively, [1] the 788 S. Alameda Real Property and [2] the cash located in CBT account number 2120351811 in the approximate amount of $7,514. |
| ***Chamlian*** | means, collectively, Vahan Chamlian and Anoush Chamlian. |
| ***Chamlian Collateral*** | means the 2131 Humboldt Encumbered Real Property. |
| ***Chapter 11 Cases*** | means the Chapter 11 cases of the Debtors. |
| ***Chinatown Plan*** | means any plan of reorganization Confirmed in the Chapter 11 Case of Chinatown. |
| ***Chinatown*** | means Meruelo Chinatown, LLC, a California limited liability company, a Debtor in Possession in Chapter 11 Case number 1:09-bk-21622. |
| ***Chinatrust*** | means Chinatrust Bank, USA. |
| ***Chinatrust Collateral*** | means the MG 3185 E. Washington Boulevard Encumbered Real Property. |
| ***Class*** | means a class of Claims or Interests designated pursuant to the Plan. |

353216.03[XP]      25195

| | | |
|---|---|---|
| 1 | ***Clerk*** | means the Clerk of the Court. |
| 2 | ***Collateral*** | means any property or interest in property of a Debtor's Estate subject to a Lien to secure the payment or performance of a Claim as of the Petition Date, which Lien is not subject to avoidance under the Bankruptcy Code or applicable non-bankruptcy law or otherwise invalid under the Bankruptcy Code or applicable non-bankruptcy law. |

1

2

3

4

5

6    ***Commencement Date***    means March 26, 2009 for MMP 12385 San Fernando Road and March 27, 2009 for 788 S. Alameda, 905 8th Street, 2640 Washington Boulevard, Alameda Produce Market, MBP, Merco Group, Meruelo Farms, Meruelo Wall Street, MG 4th Street Center, MG 146 E. Front Street, MG 425 W. 11th Street, MG 620 Gladys Avenue, MG 1211 E. Washington Boulevard, MG 1308 S. Orchard, MG 1500 Griffith Avenue, MG 2001-2021 W. Mission Boulevard, MG 2040 Camfield Avenue, MG 2529 Santa Fe Avenue, MG 3185 E. Washington Boulevard, MG 5707 S. Alameda, MG Ceres Street Produce, MG Little J, MG Overland Terminal, MG Southpark, MM 3rd and Omar Street, MM 230 W. Avenue 26, MM 336 W. 11th Street, MM 420 Boyd Street, MM 500 Mateo Street, MM 555 Central Avenue, MM 817-825 S. Hill Street, MM 915-949 S. Hill Street, MM 1000 E. Cesar Chavez, MM 2415 E. Washington Boulevard, MM 5500 Flotilla Street, MM Construction, MM Mission Boulevard, MMP 306-330 N. Avenue 21, MMP 760 S. Hill Street, MMP 1009 N. Citrus, MMP 1060 N. Vignes, MMP 1919 Vineburn, MMP 2131 Humboldt Street, MMP 2951 Lenwood Road, MMPLP, MMP Ventures, National Cold Storage, Santa Fe & Washington Market, Santa Fe Commerce Center, and Wall Street Market, the date on which each of the preceding Debtors filed their respective petitions for relief commencing the Chapter 11 Cases.

7

8

9

10

11

12

13

14

15

16

17

18

| | | |
|---|---|---|
| 19 | ***Confirmation*** | means the conclusion of the Confirmation Hearing. |
| 20 | ***Confirmation Date*** | means the date on which the Confirmation Order is entered on the Docket. |
| 21 | | |
| 22 | ***Confirmation Hearing*** | means the hearing to consider confirmation of the Plan pursuant to Section 1128 of the Bankruptcy Code. |
| 23 | | |
| 24 | ***Confirmation Order*** | means the order entered by the Court confirming the Plan pursuant to Section 1129 of the Bankruptcy Code. |
| 25 | ***Convenience Class Election*** | means an election by a Holder of an unsecured Claim on its Ballot to be treated as a Convenience Claim. |
| 26 | | |
| 27 | ***Convenience Class of Claims*** | means a Class of unsecured Claims created pursuant to Section 1122(b) of the Bankruptcy Code and consisting of Claims whose Allowed amount is less than or equal to $500. |
| 28 | | |

-8-

| | |
|---|---|
| *Convenience Claim* | means a general unsecured Claim if either [a] the Allowed amount of such Claim is less than or equal to $500 or [b] another claim the Allowed amount of which is greater than $500 and the Holder of such Claim has agreed to reduce the Allowed of amount of such claim to $500 and made the Convenience Class Election on the Ballot within the time fixed by the Court. |
| *Court* | means, (a) the United States Bankruptcy Court for the Central District of California (San Fernando Valley Division), having jurisdiction over the Chapter 11 Cases; (b) to the extent there is no reference pursuant to Section 157 of Title 28 of the United States Code, the United States District Court for the Central District of California; and (c) any other court having jurisdiction over the Chapter 11 Cases. |
| *Creditor* | has the meaning ascribed to it in Section 101(10) of the Bankruptcy Code. |
| *Creditors' Committee* | means the official committee of unsecured creditors' appointed in the Chapter 11 Cases of the Debtors by the Office of the United States Trustee, as its composition may be changed from time to time by the addition, resignation and/or removal of its members. |
| *Cure Payments* | means the distribution of Cash as, and to the extent, required for the cure of any and all leases and executory contracts pursuant to Section 365 of the Bankruptcy Code in connection with any assumed leases and executory contracts. |
| *DGCL* | means the Delaware General Corporation Law. |
| *Debtors* | means, collectively, Meruelo Maddux Properties, Inc., a Delaware corporation, and its 53 related jointly administered debtor entities. |
| *Debtors in Possession* | means the Debtors in their capacities as debtors in possession in the Chapter 11 Cases pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. |
| *Disbursing Agent* | means the Person responsible for making distributions under the Plan, including the Reorganized Debtors, or such Person(s) as the Reorganized Debtors may employ in their sole discretion, to serve as Disbursing Agent. The Disbursing Agent shall be the Chief Accounting Officer of MMPI. |
| *Disclosure Statement* | means the written disclosure statement, dated as of February 26, 2010, that relates to this Plan, as approved by the Court pursuant to Section 1125 of the Bankruptcy Code, as such disclosure statement may be amended, modified or supplemented from time to time. |

-9-

| | |
|---|---|
| *Disputed* | means, with reference to any Claim, or Interest, or any portion thereof, any Claim or Interest proof of which was timely and properly Filed and in either case or in the case of any Administrative Claim, Claim or Interest that is disputed under the Plan or as to which the Debtors have interposed a timely objection and/or request for estimation in accordance with Section 502(c) of the Bankruptcy Code and Bankruptcy Rule 3018, which objection and/or request for estimation has not been withdrawn or determined by a Final Order, and any Claim or Interest proof of which was required to be Filed by Order of the Court but as to which a proof of claim or interest was not timely or properly Filed. |
| *Distribution* | means a distribution to a Holder of an Allowed Claim pursuant to this Plan. |
| *Docket* | means the docket in the Chapter 11 Cases maintained by the Clerk. |
| *Effective Date* | means the thirty-first day after the Confirmation Order in a form satisfactory to the Debtors shall have become a Final Order and the New Equity Interests have been issued.  If (1) a stay of the Confirmation Order is in effect, the Effective Date shall be extended to the first Business Day on which no such stay is in effect and that in no event shall the Effective Date be later than one hundred twenty (120) days after the Confirmation Date; and provided further that the Court may extend the deadline for the Effective Date to occur following (a) submission of a stipulation signed by the affected parties or (b) notice and hearing on the Debtors' motion.  For purposes of the Plan and the Disclosure Statement "as soon as practicable" shall mean within ten days of the date performance is otherwise due. |
| *Eligible Investors* | means one or more accredited investors as defined in Rule 501(a) of Regulation D, as amended, under the Securities Act selected by MMPI. |
| *Estates* | means, collectively, the estates created in each of the Debtors' Chapter 11 Cases under Section 541 of the Bankruptcy Code. |
| *Federal Judgment Rate* | means the interest rate on federal judgments and is based on the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the first day on which the defendant is liable for interest.  The Federal Judgment Rate was 0.64% for the week ended immediately prior to the Petition Date of the Debtors. |
| *File* or *Filed* | means filed with the Clerk in the Chapter 11 Cases. |
| *Final Order* | means an order or judgment of the Court as entered on the Docket in the Chapter 11 Cases, or other court of competent jurisdiction, the operation or effect of which is not stayed, reversed or amended, and as |

-10-

| | |
|---|---|
| | to which order or judgment (or any revision, modification, or amendment thereof) the time to appeal or seek review or rehearing has expired and as to which no appeal or petition for review or rehearing was filed or, if filed, remains pending. |
| *Flower Plan* | means any plan of reorganization Confirmed in the Chapter 11 Case of MM 845 S. Flower. |
| *FNBN* | means FNBN CML-ComI, LLC. |
| *FNBN Collateral* | means the MMP 2951 Lenwood Road Real Property. |
| *GAAP* | means Generally Accepted Accounting Principles in the United States of America as in effect on the date of this Plan, including those set forth in (i) the opinions and pronouncements of the Accounting Principles Board of the American Institute of Certified Public Accountants, (ii) statements and pronouncements of the Financial Accounting Standards Board, (iii) such other statements by such other entity as approved by a significant segment of the accounting profession and (iv) the rules and regulations of the SEC governing the inclusion of financial statements (including pro forma financial statements) in periodic reports required to be filed pursuant to Section 13 of the Exchange Act, including opinions and pronouncements in staff accounting bulletins and similar written statements from the accounting staff of the SEC. |
| *General Unsecured Claim* | means any Claim that is not an Administrative Claim, Priority Claim, Tax Claim, Intercompany Claim, Guaranty Claim or Secured Claim. |
| *Guaranty Claim* | means a Claim against multiple Debtors, whether the Claim is a guarantee, indemnity agreement, claim for obligations for which another Debtor is the primary obligator, joint and several obligations or otherwise. |
| *Holder* | means the holder of a Claim or Interest. |
| *Impaired* | means, when used in reference to a Claim or Interest, a Claim or Interest that is impaired within the meaning of Section 1124 of the Bankruptcy Code. |
| *Imperial* | means Imperial National Bank, a division of City National Bank, a national banking association. |
| *Initial Investors* | means Richard Meruelo, or an entity controlled or designated by Richard Meruelo and/or John Maddux or an entity controlled or designated by John Maddux. |
| *Insider* | has the meaning set forth in Section 101(31) of the Bankruptcy Code. |

-11-

353216.03[XP]   25195

| | |
|---|---|
| **Instrument** | means any share of stock, security, promissory note or other "instrument," within the meaning of that term, as defined in Section 9105(1)(i) of the UCC. |
| **Intercompany Claims** | means all Claims asserted by any Debtor(s) or MM 845 S. Flower or Chinatown against any other Debtor(s). |
| **Interest** | has the meaning set forth in Section 101(16) of the Bankruptcy Code for "equity security." |
| **Kennedy Funding** | means Kennedy Funding, Inc. |
| **Kennedy Funding Collateral** | means the MM Mission Boulevard Real Property. |
| **Legendary** | means Legendary Investors Group No. 1, L.L.C. (as successor to East West Bank on certain loans). |
| **Lien** | has the meaning set forth in Section 101(37) of the Bankruptcy Code. |
| **Loan Documents** | means, collectively, any and all writings between a Debtor and a Creditor or any other entity, establishing, fixing or describing the terms and conditions of the debtor creditor relationship between such Debtor and the Creditor, regardless of form, title or substance. |
| **Local Bankruptcy Rules** | means the local rules of the Court, as applicable from time to time in the Chapter 11 Cases. |
| **LTIP Units** | means all long term incentive plan units in MMPLP. |
| **MBP** | means Meruelo Baldwin Park, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13386. |
| **MBP Real Property** | means the real property located at 13853, 13822 and 13916 Garvey Avenue, 13904 Corak Street and 3060 Feather Avenue, Baldwin Park, California, APNs 8555-018-002, 8555-018-003, 8555-017-013, 8555-017-021, and 8555-017-026. |
| **Merco Group** | means Merco Group, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13406. |
| **Merco Group Real Property** | means the Sci-Arc Real Property and the Sky-Arc Real Property. |

-12-

| | |
|---|---|
| *Merco Group Personal Property* | means the cash in East West Bank account number 80360027 in the approximate amount of $24,898. |
| *Meruelo Farms* | means Meruelo Farms, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13358. |
| *Meruelo Wall Street* | means Meruelo Wall Street, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13366. |
| *Meruelo Wall Street Real Property* | means the real property located at 419 E. 9th Street, Los Angeles, California, APN 5145-011-015. |
| *MG 4th Street Center* | means Merco Group – 4th Street Center, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13399. |
| *MG 4th Street Center Real Property* | means the real property located at 900, 910 and 926 E. 4th Street and 405-411 S. Hewitt Street, Los Angeles, California, APNs 5163-022-002, 5163-022-003, 5163-022-001, 5163-022-005, 5163-022-022 and 5163-022-023. |
| *MG 146 E. Front Street* | means Merco Group – 146 E. Front Street, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13380. |
| *MG 425 W. 11th Street* | means Merco Group – 425 West 11th Street, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13400. |
| *MG 425 W. 11th Street Real Property* | means the real property located at 425 W. 11th Street, Los Angeles, California, APNs 5139-008-010 and 5139-008-001. |
| *MG 620 Gladys Avenue* | means Merco Group – 620 Gladys Avenue, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13401. |
| *MG 801 E. 7th Street* | means Merco Group – 801 E. 7th Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13378. |
| *MG 801 E. 7th Street Real Property* | means the real property located at 648 Stanford Avenue, Los Angeles, California, APN 5147-029-030. |
| *MG 1211 E. Washington Boulevard* | means Merco Group – 1211 E. Washington Boulevard, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13382. |

-13-

| | |
|---|---|
| ***MG 1211 E. Washington Boulevard Real Property*** | means the real property located at 1211 and 1225 E. Washington Boulevard, Los Angeles, California, APNs 5131-003-002, 5131-003-010, 5131-003-011, and 5131-003-024. |
| ***MG 1308 S. Orchard*** | means Merco Group – 1308 S. Orchard, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13384. |
| ***MG 1308 S. Orchard Real Property*** | means the real property located at 1308 S. Orchard, Los Angeles, California, APN 5056-004-007. |
| ***MG 1500 Griffith Avenue*** | means Merco Group – 1500 Griffith Avenue, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13398. |
| ***MG 2001-2021 W. Mission Boulevard*** | means Merco Group – 2001-2021 West Mission Boulevard, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13403. |
| ***MG 2001-2021 W. Mission Boulevard Encumbered Real Property*** | means the real property located at 1875 West Mission Boulevard, Pomona, California, APN 8707-019-004. |
| ***MG 2001-2021 W. Mission Boulevard Unencumbered Real Property*** | means the real property located on W. Mission Boulevard, Pomona, California, APN 8707-019-005. |
| ***MG 2040 Camfield Avenue*** | means Merco Group – 2040 Camfield Avenue, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13375. |
| ***MG 2529 Santa Fe Avenue*** | means Merco Group – 2529 Santa Fe Avenue, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13404. |
| ***MG 2529 Santa Fe Avenue Real Property*** | means the real property located at 2529 S. Santa Fe Avenue, Los Angeles, California, APN 6302-008-010, also known as Santa Fe Plaza. |
| ***MG 3185 E. Washington Boulevard*** | means Merco Group – 3185 E. Washington Boulevard, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13373. |
| ***MG 3185 E. Washington Boulevard Encumbered Real Property*** | means the real property located at 3185 E. Washington Boulevard, Los Angeles, California, APN 5169-020-003. |

-14-

353216.03[XP]   25195

| | |
|---|---|
| **MG 3185 E. Washington Boulevard Unencumbered Real Property** | means the real property located at 3185 E. Washington Boulevard, Los Angeles, California, APN 5169-023-022. |
| **MG 5707 S. Alameda** | means Merco Group – 5707 S. Alameda LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13381. |
| **MG 5707 S. Alameda Real Property** | means the real property located at 5701 S. Alameda Street (1862 E. 55th Street) and 5707 to 5715 S. Alameda Street and 5716 Alba Street, Los Angeles, California, APNs 5105-009-002, 5105-009-008, 5105-011-014, and 5105-011-015. |
| **MG Ceres Street Produce** | means Merco Group – Ceres Street Produce, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13385. |
| **MG Ceres Street Produce Real Property** | means the real property located at 758 Ceres Avenue, Los Angeles, California, APNs 5146-003-032, 5146-003-033, 5146-003-034 and 5146-003-035. |
| **MG Little J** | means Merco Group – Little J, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13405. |
| **MG Overland Terminal** | means Merco Group – Overland Terminal, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13434. |
| **MG Southpark** | means Merco Group – Southpark, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13407. |
| **MG Southpark Real Property** | means the real property located at numerous street addresses, including 1150 S. Grand Avenue, Los Angeles, California, APNs 5139-019-040, 5139-020-016, 5139-020-022, 5139-020-024, 5139-024-003, 5139-024-014, 5139-024-015, and 5139-024-016. |
| **MM 3rd and Omar Street** | means Meruelo Maddux – 3rd & Omar Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13359. |
| **MM 3rd and Omar Street Real Property** | means the real property located at 470 3rd Street, Los Angeles, California, APNs 5147-004-013, 5147-004-016, 5147-004-017 and 5147-004-019. |

-15-

353216.03[XP]     25195

| | |
|---|---|
| *MM 230 W. Avenue 26* | means Meruelo Maddux – 230 W. Avenue 26, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13389. |
| *MM 230 W. Avenue 26 Real Property* | means the real property located at 210-212, and 230 W. Avenue 26, Los Angeles, California, APNs 5205-014-013, 5205-014-017 and 5205-014-018. |
| *MM 336 W. 11th Street* | means Meruelo Maddux – 336 W. 11th Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13402. |
| *MM 336 W. 11th Street Real Property* | means the real property located at 336 W. 11th Street, Los Angeles, California, APN 5139-020-025. |
| *MM 420 Boyd Street* | means Meruelo Maddux – 420 Boyd Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13360. |
| *MM 420 Boyd Street Real Property* | means the real property located at 420 Boyd Street, Los Angeles, California, APNs 5147-006-001, 5147-006-002, 5147-006-003, and 5147-006-008. |
| *MM 500 Mateo Street* | means Meruelo Maddux – 500 Mateo Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13361. |
| *MM 555 Central Avenue* | means Meruelo Maddux – 555 Central Avenue, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13439. |
| *MM 817-825 S. Hill Street* | means Meruelo Maddux – 817-825 S. Hill Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13391. |
| *MM 817-825 S. Hill Street Real Property* | means the real property located at 817 S. Hill Street, 325 S. Hill Street, and 820 S. Olive Street, Los Angeles, California, APNs 5144-018-021, 5144-018-027, 5144-018-028 and 5144-018-032. |
| *MM 845 S. Flower* | means Meruelo Maddux – 845 S. Flower Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-21621. |
| *MM 915-949 S. Hill Street* | means Meruelo Maddux – 915-949 S. Hill Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13362. |

353216.03[XP]      25195

| | |
|---|---|
| ***MM 915-949 S. Hill Street Real Property*** | means the real property located at 915-949 S. Hill Street, Los Angeles, California, APNs 5139-004-004, 5139-004-005, 5139-004-006, 5139-004-007, 5139-004-008, 5139-004-009, 5139-004-020 and 5139-004-024. |
| ***MM 1000 E. Cesar Chavez*** | means Meruelo Maddux -- 1000 E. Cesar Chavez, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13393. |
| ***MM 1000 E. Cesar Chavez Real Property*** | means the real property located at 1000, 1016, 1028, and 1030 E. Cesar Chavez, Los Angeles, California, APNs 5410-007-004, 5410-007-022, 5410-007-006, and 5410-007-007. |
| ***MM 2415 E. Washington Boulevard*** | means Meruelo Maddux – 2415 E. Washington Blvd., LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13365. |
| ***MM 2415 E. Washington Boulevard Real Property*** | means the real property located at 2415 E. Washington Boulevard, Los Angeles, California, APN 5168-009-011. |
| ***MM 5500 Flotilla Street*** | means Meruelo Maddux – 5500 Flotilla Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13367. |
| ***MM Construction*** | means Meruelo Maddux Construction, Inc., a California corporation, and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13388. |
| ***MM Management*** | means Meruelo Maddux Management, LLC, a Delaware limited liability company, and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13390. |
| ***MM Mission Boulevard*** | means Meruelo Maddux – Mission Boulevard, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13369. |
| ***MM Mission Boulevard Real Property*** | means the real property located at 2001-2021 W. Mission, Pomona, California, APN 8707-019-003. |
| ***MMP 306-330 N. Avenue 21*** | means Meruelo Maddux Properties – 306-330 N. Avenue 21, LLC a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13370. |
| ***MMP 306-330 N. Avenue 21 Real Property*** | means the real property located at 306–330 N. Avenue 21, Los Angeles, California, APNs 5447-009-003, 5447-009-004, 5447-009-005 and 5447-009-006. |

-17-

| | |
|---|---|
| ***MMP 760 S. Hill Street*** | means Meruelo Maddux Properties – 760 S. Hill Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13363. |
| ***MMP 760 S. Hill Street Real Property*** | means the real property located at 760 S. Hill Street and 325 W. 8th Street, Los Angeles, California, APNs 5144-014-046 through 5144-014-139. |
| ***MMP 1009 N. Citrus*** | means Meruelo Maddux Properties – 1009 North Citrus Avenue, Covina, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13372. |
| ***MMP 1009 N. Citrus Real Property*** | means the real property located at 1009 N. Citrus Avenue, Covina, California, APNs 8421-025-017 and 8421-025-020. |
| ***MMP 1060 N. Vignes*** | means Meruelo Maddux Properties – 1060 N. Vignes, LLC a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13374. |
| ***MMP 1060 N. Vignes Real Property*** | means the real property located at 1060 N. Vignes, Los Angeles, California, APN 5409-014-001. |
| ***MMP 1919 Vineburn Street*** | means Meruelo Maddux Properties – 1919 Vineburn Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13364. |
| ***MMP 1919 Vineburn Street Real Property*** | means the real property located at 1919 Vineburn, Los Angeles, California, APNs 5215-014-005 and 5215-014-006. |
| ***MMP 2131 Humboldt Street*** | means Meruelo Maddux Properties – 2131 Humboldt Street, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13371. |
| ***MMP 2951 Lenwood Road*** | means Meruelo Maddux Properties – 2951 Lenwood Road, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13383. |
| ***MMP 2951 Lenwood Road Real Property*** | means  the real property located at 2951 Lenwood Road, Barstow, California, APNs 0421-313-540000, 0421-313-550000, 0421-313-560000, 0421-313-570000, and 0421-313-580000. |
| ***MMP 12385 San Fernando Road*** | means Meruelo Maddux Properties – 12385 San Fernando Road, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13338. |
| ***MMP 12385 San Fernando Road Real Property*** | means the real property located at 12361 and 12385 San Fernando Road, Sylmar, California, APNs 2611-007-011, 2611-007-020, and 2611-007-021. |

| | |
|---|---|
| **MMPI** | means Meruelo Maddux Properties, Inc., a Delaware corporation, and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13356. |
| **MMPI Existing Common Stock** | means all authorized shares of common stock of MMPI existing as of the Petition Date. |
| **MMPLP** | means Meruelo Maddux Properties, L.P., a Delaware limited partnership, and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13387. |
| **MMP Ventures** | means MMP Ventures, LLC, a Delaware limited liability company, and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13392. |
| **National Cold Storage** | means National Cold Storage, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13376. |
| **New Equity** | has the meaning ascribed to such term in Section IV.F of this Plan. |
| **New Equity Interest or NE Interest** | means authorized shares of Common Stock of MMPI, as a Reorganized Debtor, issued pursuant to the Plan and the amended and restated articles of incorporation and bylaws of MMPI adopted pursuant to the Plan. |
| **Order** | means an order or judgment of the Court as entered on the Docket. |
| **Ordinary Course Professionals** | means any attorneys, accountants, and other professionals or professional service providers such as public relations and communications consultants, architects, engineers, title companies, surveyors, real estate closing professionals, real estate brokers, environmental consultants, design consultants, information technology consultants, life/safety consultants, property managers, marketing and business consultants utilized by the Debtors in the ordinary course of the Debtors' operation and development of properties and development projects. |
| **Other Priority Claim** | means any Claim, other than an Administrative Claim or a Tax Claim, entitled to priority in right of payment under Section 507(a) of the Bankruptcy Code. |
| **Person** | means any individual, corporation, general partnership, limited partnership, limited liability partnership, limited liability company, association, joint stock company, joint venture, government or political subdivision, official committee appointed by the United States Trustee, unofficial committee of creditors or equity holders, or other entity (as defined in the Bankruptcy Code). |
| **Petition Date** | shall have the same meaning as Commencement Date. |

-19-

353216.03[XP]   25195

| | |
|---|---|
| **Plan** | means this joint Chapter 11 plan of reorganization as it may be amended or modified, from time to time, together with all addenda, exhibits, schedules, supplements or other attachments, if any. |
| **PNL Pomona** | means PNL Pomona, L.P., a Delaware limited partnership. |
| **PNL Pomona Collateral** | means, collectively, [1] the MG 2001-2021 W. Mission Boulevard Encumbered Real Property, [2] approximately $946,816 in insurance proceeds received and to be received in connection with property casualties (subject to reductions for Court approved expenditures), and [3] the cash in the amount of $49,508 previously held in an account maintained by PNL for the benefit of MG 2001-2021 W. Mission Boulevard. |
| **Postpetition Tax Claims** | means Administrative Claims and other Claims by a governmental unit for taxes against any of the Debtor (and for a reasonable rate of interest related to such taxes) for any tax year or period, all or any portion of which occurs or falls within the period from and including the Petition Date through and including the Effective Date. |
| **Priority Claim** | means an Allowed Claim entitled to priority under Sections 507(a)(3) through 507(a)(7) of the Bankruptcy Code, and includes Priority Tax Claims. |
| **Priority Tax Claim** | means any unsecured Claim of a governmental unit of the kind specified in Sections 502(i) and 507(a)(8) of the Bankruptcy Code. |
| **Private Placement** | has the meaning ascribed to such term in Section IV.F of this Plan. |
| **Pro Rata** | means, with respect to any Distribution on account of an Allowed Claim or Allowed Interest, a proportionate share, so that the ratio of the consideration distributed on account of an Allowed Claim or Allowed Interest in a Class to the amount of such Allowed Claim or Allowed Interest is the same as the ratio of the amount of the consideration distributed on account of all Allowed Claims or Allowed Interests in such Class to the amount of all Allowed Claims or Allowed Interests in such Class. |
| **Property Level Debtors** | means any Debtor which held title to real property on the Commencement Date. |
| **Quarterly Distribution Date** | means the 15th of the first full month after the Effective Date and the 15th of every third month thereafter. |
| **RULPA** | means the Delaware Revised Uniform Limited Partnership Act. |
| **Record Date** | means the date designated by the Court set forth in the Disclosure Statement as the date for determining the holders of Claims and Interests entitled to vote to accept or reject the Plan. |

353216.03[XP]    25195

| | |
|---|---|
| *Record Date Holder* | means a holder of MMPI Existing Common Stock as of the Record Date. |
| *Reinstated* | shall have the meaning set forth in Section 1124(2) of the Bankruptcy Code. |
| *Reorganized Debtor* | means a Debtor or any combination of Debtors, whose Chapter 11 Plan is confirmed or any amended plan or plans of reorganization. |
| *Reorganized MMPI* | means MMPI from and after the Effective Date of the Plan. |
| *Retained Claims and Defenses* | means all causes of action and claims held by or capable of assertion by the Debtor or its Estate, including, without limitation, all avoidance actions, all Section 510 actions, suits, accounts, controversies, agreements, promises, rights to legal remedies, rights to equitable remedies, rights to payment and claims, whether known, unknown, reduced to judgment, not reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, and whether asserted or assertable, directly or derivatively, that the Debtors or their Estates could assert immediately prior to the Effective Date, but excludes all such causes of action, claims or defenses released, waived or extinguished by the Debtors pursuant to this Plan or a Final Order of the Bankruptcy Court. |
| *Santa Fe & Washington Market* | means Santa Fe & Washington Market, LLC, a Delaware limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13379. |
| *Santa Fe & Washington Market Encumbered Real Property* | means the real property located at 1910-1922 Santa Fe Avenue, Los Angeles, California, APNs 5168-005-004 and 5168-005-010. |
| *Santa Fe & Washington Market Unencumbered Real Property* | means the real property located at 303 S. Hewitt Street and 2425 E. 12th Street, Los Angeles, California, APNs 5163-012-007, and 5168-003-014. |
| *Santa Fe Commerce Center* | means Santa Fe Commerce Center, Inc., a California corporation and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13368. |
| *Santa Fe Commerce Center Real Property* | means the real property located at 2445, 2460 and 2535 E. 12th Street, Los Angeles, California, APNs 5168-003-013, 5168-005-021 and 5168-004-001. |
| *Santa Fe Commerce Center Personal Property* | means the funds deposited by Santa Fe Commerce Center with Berkadia presently in the approximate amount of $600,000 for and account of the benefit of Santa Fe Commerce Center. |

353216.03[XP]    25195

| | |
|---|---|
| *Scheduled* | means set forth on the Schedules filed by the Debtors in their respective Chapter 11 Cases. |
| *Schedules* | means the schedules of assets and liabilities filed by any Debtor pursuant to Section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, including any amendments and modifications thereto through the Confirmation Date. |
| *SEC* | means the United States Securities and Exchange Commission. |
| *Secured Claim* | means any Claim secured by Collateral to the extent of the value of such collateral, as determined in accordance with Section 506(a) of the Bankruptcy Code, or, in the event that such Claim is subject to setoff under Section 553 of the Bankruptcy Code, to the extent of such setoff. |
| *Securities Act* | means the Securities Act of 1933, as amended, or any successor statute, and the rules and regulations promulgated thereunder. |
| *Service Level Debtors* | means MMPI, MMPLP, MMP Ventures, MM Construction, and MM Management. |
| *Sci-Arc Real Property* | means the real property located at 960 E. 3rd Street, Los Angeles, California, APN 5163-016-011, owned by Merco Group. |
| *Sky-Arc Real Property* | means the real property located at 950 E. 3rd Street, Los Angeles, California, APNs 5163-016-012, 5163-016-013, 5163-016-014, owned by Merco Group. |
| *Stanford* | means The Stanford Group, L.P. |
| *Stanford Collateral* | means the 905 8th Street Real Property. |
| *Subscription Agreement* | has the meaning ascribed to such term in Section IV.F of this Plan. |
| *Treasury Bills* | means the United States Government Securities Treasury Bills with constant maturities as published in the Federal Reserve Statistical Release H.15 on the first business day of each January, April, July and October. |
| *UCB* | means United Commercial Bank, a division of East West Bank. |
| *UCB Collateral re 2640 Washington* | means, collectively, [1] the 2640 Washington Boulevard Real Property and [2] the cash in the East West Bank reserve account bearing account number 80365810 in the approximate amount of $9,410. |
| *UCB Collateral re Meruelo Wall Street* | means, collectively, [1] the Meruelo Wall Street Real Property and [2] $480,000 of the $518,825 in the East West Bank / UCB interest reserve account bearing account number 18296574.  Other funds in |

-22-

that account are not UCB collateral.

| | |
|---|---|
| **Unimpaired** | means with reference to a Class of Claims or Interests, that the Class is not Impaired. An Unimpaired Class is not entitled to vote on the Plan. |
| **Voting Agent** | means the Debtors. |
| **Voting Deadline** | means the date on which Ballots must be received by the Voting Agent. For purposes of the Plan, the Voting Deadline is _____, 2010 at 4:00 p.m. Pacific Time, or, if the Voting Deadline is extended by Court Order, the latest date on which a Ballot will be accepted. |
| **Wall Street Market** | means Wall Street Market, LLC, a California limited liability company and a Debtor in Possession in Chapter 11 Case number 1:09-bk-13377. |

## B.    Interpretation of Terms And Computation Of Time

### 1.    Defined Terms

Any term used in the Plan that is not defined in the Plan, either in Article II.A. (*Definitions*) or elsewhere, but that is used in the Bankruptcy Code, the Bankruptcy Rules or the Local Bankruptcy Rules, shall have the meaning assigned to that term in the Bankruptcy Code, the Bankruptcy Rules or the Local Bankruptcy Rules, as the case may be.

### 2.    Rules of Interpretation

For purposes of the Plan: (a) whenever it appears appropriate from the context, each term, whether stated in the singular or the plural, shall include both the singular and the plural; (b) any contract, instrument, release or other agreement or document entered into by a Reorganized Debtor in connection with the Plan which refers to "being in a particular form" or "on particular terms and conditions" means that such document shall be substantially in such form or substantially on such terms and conditions; provided, however, that any change to such form, terms, or conditions which is material to a party to such document shall not be made without such party's consent or an order of the Court; (c) any reference in the Plan to an existing document or exhibit Filed or to be Filed means such document or exhibit, as it may have been or (to the extent otherwise permitted, hereafter) may be amended, modified or supplemented from time to time; (d) unless otherwise specified in a particular reference, all references in the Plan to paragraphs, Articles and Exhibits are

353216.03[XP]    25195

1  references to paragraphs, Articles and Exhibits of or to the Plan; (e) the words "herein," "hereof,"

2  "hereto," "hereunder" and others of similar import refer to the Plan in its entirety rather than to

3  only a particular portion of the Plan; (f) captions and headings to Articles and paragraphs are

4  inserted for convenience of reference only and are not intended to be a part of or to affect the

5  interpretations of the Plan; (g) the rules of construction set forth in Section 102 of the Bankruptcy

6  Code shall apply; and (h) all exhibits to the Plan are incorporated into the Plan, and shall be

7  deemed to be included in the Plan, provided that they are Filed no later than the commencement of

8  the Confirmation Hearing.

9            **3.    Time Periods**

10           In computing any period of time prescribed or allowed by the Plan, the provisions of

11  Bankruptcy Rule 9006(a) shall apply.

12                              **III.**

13        **CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS**

14           The following is a schedule designating the Classes of Claims and Interests under the Plan.

15  In accordance with Section 1123(a)(1) of the Bankruptcy Code, Administrative Claims and Priority

16  Tax Claims have not been classified and are excluded from the following Classes.  A Claim or

17  Interest is classified in a particular Class only to the extent that the Claim or Interest qualifies

18  within the description of that Class, and is classified in another Class or Classes to the extent that

19  any remainder of the Claim or Interest qualifies within the description of such other Class or

20  Classes.  The below schedule includes Claims that are or may be disputed.  The amounts so

21  reflected in the schedule for Unsecured Claims are the amounts in the Creditor's proof of claim

22  unless otherwise noted.  Notwithstanding, all Claims and Interests presently known to the Debtors

23  are classified in a particular Class.  No distribution shall be made on account of any Claim or

24  Interest which is not an Allowed Claim or an Allowed Interest and then only to the extent that the

25  Claim or Interest is an Allowed Claim or Allowed Interest in that Class and has not been paid,

26  released or otherwise satisfied before the Effective Date.

27

28

353216.03[XP]      25195

**A.**    **Summary of Claims and Interests Against Each Debtor**

The categories of Claims and Interests listed in the chart below classify Claims (except for Administrative Claims and Priority Tax Claims) and Interests for all purposes, including voting, confirmation and distribution pursuant to this Plan.  The amounts listed for each Class in the chart below represent the Debtors' estimate of the amount of the Allowable Claims asserted in each Class.  The amounts listed for the Secured Claims of Los Angeles County represent the amounts owed as of April 30, 2010, under the terms of the Debtors' Settlement with Los Angeles County. The Debtors expressly reserve all rights to object to the amount, character and enforceability of any Claim, whether or not listed in the chart below.

| CLASS | DESCRIPTION OF CLASS | IMPAIRED / UNIMPAIRED |
|---|---|---|
| **1.** | **Meruelo Maddux Properties, Inc.[1]** | |
| 1A | Secured Claim of Oliver, Sandifer - $436,901 | Impaired. |
| 1B | Priority Benefits Claims - $46,362 | Unimpaired. |
| 1C-1 | General Unsecured Claims – Convenience Class - $1,274 | Unimpaired. |
| 1C-2A | Unsecured Guaranty Claims - $102,245,154 | Impaired. |
| 1C-2B | Unsecured Guaranty Claims - $92,453,017 | Impaired. |
| 1C-3 | General Unsecured Claims - $7,668,891 | Impaired. |
| 1E | Equity Interests | Impaired. |
| **2.** | **Meruelo Maddux Properties L.P.** | |
| 2C-1 | General Unsecured Claims – Convenience Class - $2,737 | Unimpaired. |
| 2C-2 | Unsecured Guaranty Claims - $41,001,926 | Impaired. |
| 2C-3 | General Unsecured Claims - $1,869,638[2] | Impaired. |

---

[1] The Debtors are listed in the order of the Service Level Debtors and then the Property Level Debtors.

[2] Berkadia has filed alleged and duplicative unsecured claims for "money had and received, money lent, unjust enrichment, and interference with contract" for $1,443,668.40 (the "Berkadia Unsecured Claim") against 53 of the 54 Debtors.  The Debtors will be filing formal objections to

(Continued...)

-25-

353216.03[XP]    25195

| CLASS | DESCRIPTION OF CLASS | IMPAIRED / UNIMPAIRED |
|---|---|---|
| 2D | Intercompany Claims - $452,881,601 | Unimpaired. |
| 2E | Equity Interests of MMPI (99.6%) and Holders of LTIP Units (0.4%) | Impaired. |
| **3.** | **MMP Ventures LLC** | |
| 3C | General Unsecured Claims - $652 | Unimpaired. |
| 3D | Intercompany Claims - $2,509 | Unimpaired. |
| 3E | Equity Interests of MMPLP (100%) | Unimpaired. |
| **4.** | **Meruelo Maddux Construction, Inc.** | |
| 4C-1 | General Unsecured Claims – Convenience Class - $672 | Unimpaired. |
| 4C-2 | General Unsecured Claims - $652 | Unimpaired. |
| 4D | Intercompany Claims - $10,588 | Unimpaired. |
| 4E | Equity Interests of MMPLP (100%) | Unimpaired. |
| **5.** | **Meruelo Maddux Management LLC** | |
| 5B | Priority Benefits Claims - $151,247 | Unimpaired. |
| 5C – 1 | General Unsecured Claims – Convenience Class - $24 | Unimpaired. |
| 5C - 2 | General Unsecured Claims - $652 | Unimpaired. |
| 5D | Intercompany Claims - $4,296,137 | Unimpaired. |
| 5E | Equity Interests of MMPLP (99%) and MMCI (1%) | Unimpaired. |
| **6.** | **Meruelo Maddux – 555 Central Avenue LLC** | |
| 6C | General Unsecured Claims - $10,102 | Impaired. |
| 6D | Intercompany Claims - $1,999,388 | Unimpaired. |
| 6E | Equity Interests of MMP Ventures (100%) | Unimpaired. |

(...Continued)

the Berkadia Unsecured Claims asserted in the 53 Chapter 11 Cases at the appropriate time. In the table below, the classes of "General Unsecured Claims" for the 53 Debtors separately list the amount of general unsecured claims asserted by claimants, exclusive of the disputed Berkadia Unsecured Claim. Notwithstanding the foregoing, the claim is included in the Class 2C-3.

353216.03[XP]    25195

| CLASS | DESCRIPTION OF CLASS | IMPAIRED / UNIMPAIRED |
|---|---|---|
| **7.** | **Merco Group – Overland Terminal LLC** | |
| 7C | General Unsecured Claims - $132,750 | Impaired. |
| 7D | Intercompany Claims - $1,093,202 | Unimpaired. |
| 7E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **8.** | **National Cold Storage LLC** | |
| 8C-1 | General Unsecured Claims – Convenience Class - $212 | Unimpaired. |
| 8C-2 | General Unsecured Claims – $4,545 | Impaired. |
| 8E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **9.** | **Wall Street Market LLC** | |
| 9C-1 | General Unsecured Claims – Convenience Class - $1,118 | Unimpaired. |
| 9C-2 | General Unsecured Claims - $2,092 | Impaired. |
| 9D | Intercompany Claims - $3,536,086 | Unimpaired. |
| 9E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **10.** | **Meruelo Maddux Properties – 1009 N. Citrus Avenue, Covina, LLC** | |
| 10A | Los Angeles County Secured Tax Claim - $118,420 | Impaired. |
| 10C-1 | General Unsecured Claims – Convenience Class - $525 | Unimpaired. |
| 10C-2 | General Unsecured Claims - $15,357 | Impaired. |
| 10D | Intercompany Claims - $6,630,774 | Unimpaired. |
| 10E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **11.** | **Meruelo Maddux – 230 W. Avenue 26 LLC** | |
| 11A | Los Angeles County Secured Tax Claim - $163,484 | Impaired. |
| 11C-1 | Unsecured Claims – Tenant Security Deposits - $24,610 | Unimpaired. |
| 11C-2 | General Unsecured Claims – Convenience Class - $999 | Unimpaired. |
| 11C-3 | General Unsecured Claims - $3,952 | Impaired. |
| 11D | Intercompany Claims - $6,414,500 | Unimpaired. |
| 11E | Equity Interests of MMP Ventures (100%) | Unimpaired. |

353216.03[XP]    25195

| CLASS | DESCRIPTION OF CLASS | IMPAIRED / UNIMPAIRED |
|-------|----------------------|-----------------------|
| **12.** | **Meruelo Maddux Properties – 306-330 N. Avenue 21 LLC** | |
| 12A | Los Angeles County Secured Tax Claim - $111,937 | Impaired. |
| 12C-1 | Unsecured Claims – Tenant Security Deposits - $8,025 | Unimpaired. |
| 12C-2 | General Unsecured Claims – Convenience Class - $597 | Unimpaired. |
| 12C-3 | General Unsecured Claims - $14,882 | Impaired. |
| 12D | Intercompany Claims - $3,569,603 | Unimpaired. |
| 12E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **13.** | **Meruelo Maddux – 817-825 S. Hill Street LLC** | |
| 13A | Los Angeles County Secured Tax Claim – $350,917 | Impaired. |
| 13C-1 | General Unsecured Claims – Convenience Class - $350 | Unimpaired. |
| 13C-2 | General Unsecured Claims - $1,583 | Impaired. |
| 13D | Intercompany Claims - $16,377,573 | Unimpaired. |
| 13E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **14.** | **Meruelo Maddux – 1000 E. Cesar Chavez LLC** | |
| 14A | Los Angeles County Secured Tax Claim - $167,582 | Impaired. |
| 14C-1 | Unsecured Claims – Tenant Security Deposits - $3,100 | Unimpaired. |
| 14C-2 | General Unsecured Claims – Convenience Class - $705 | Unimpaired. |
| 14C-3 | General Unsecured Claims - $10,930 | Impaired. |
| 14D | Intercompany Claims - $6,804,902 | Unimpaired. |
| 14E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **15.** | **Meruelo Maddux Properties – 1060 N. Vignes LLC** | |
| 15A | Los Angeles County Secured Tax Claim - $115,121 | Impaired. |
| 15C-1 | General Unsecured Claims – Convenience Class - $597 | Unimpaired. |
| 15C-2 | General Unsecured Claims - $71,044 | Impaired. |
| 15D | Intercompany Claims - $6,549,824 | Unimpaired |
| 15E | Equity Interests of MMP Ventures (100%) | Unimpaired. |

353216.03[XP]     25195

| CLASS | DESCRIPTION OF CLASS | IMPAIRED / UNIMPAIRED |
|-------|---------------------|----------------------|
| **16.** | **Meruelo Maddux – 2415 E. Washington Boulevard LLC** | |
| 16A | Los Angeles County Secured Tax Claim - $50,897 | Impaired. |
| 16C-1 | General Unsecured Claims – Convenience Class - $175 | Unimpaired. |
| 16C-2 | General Unsecured Claims - $4,780 | Impaired. |
| 16D | Intercompany Claims - $2,220,879 | Unimpaired. |
| 16E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **17.** | **Meruelo Maddux – 5500 Flotilla Street LLC** | |
| 17C | General Unsecured Claims - $652 | Unimpaired. |
| 17D | Intercompany Claims - $611,663 | Unimpaired. |
| 17E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **18.** | **Meruelo Maddux Properties – 12385 San Fernando Road LLC** | |
| 18A | Los Angeles County Secured Tax Claim - $211,338 | Impaired. |
| 18C-1 | General Unsecured Claims – Convenience Class - $350 | Unimpaired. |
| 18C-2 | General Unsecured Claims - $2,652 | Impaired. |
| 18D | Intercompany Claims - $8,997,401 | Unimpaired. |
| 18E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **19.** | **Merco Group – 146 E. Front Street LLC** | |
| 19C-1 | General Unsecured Claims – Convenience Class - $350 | Unimpaired. |
| 19C-2 | General Unsecured Claims - $652 | Unimpaired. |
| 19D | Intercompany Claims - $2,243,787 | Unimpaired. |
| 19E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **20.** | **Merco Group – 801 E. 7th Street LLC** | |
| 20A | Los Angeles County Secured Tax Claim - $14,177 | Impaired. |
| 20C | General Unsecured Claims - $2,652 | Impaired. |
| 20D | Intercompany Claims - $1,346,512 | Unimpaired. |
| 20E | Equity Interests of MMP Ventures (100%) | Unimpaired. |

353216.03[XP]    25195

| CLASS | DESCRIPTION OF CLASS | IMPAIRED / UNIMPAIRED |
|---|---|---|
| **21.    Merco Group – 1211 E. Washington Boulevard LLC** | | |
| 21A-1 | Los Angeles County Secured Tax Claim - $245,814 | Impaired. |
| 21A-2 | RoofCorp of CA, Inc. - $37,500 | Impaired. |
| 21C-1 | Unsecured Claims – Tenant Security Deposits - $42,357 | Unimpaired. |
| 21C-2 | General Unsecured Claims – Convenience Class - $260 | Unimpaired. |
| 21C-3 | General Unsecured Claims - $31,231 | Impaired. |
| 21D | Intercompany Claims - $9,122,302 | Unimpaired. |
| 21E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **22.    Merco Group – 1308 S. Orchard LLC** | | |
| 22A | Los Angeles County Secured Tax Claim - $36,714 | Impaired. |
| 22C | General Unsecured Claims - $4,322 | Impaired. |
| 22D | Intercompany Claims - $1,346,512 | Unimpaired. |
| 22E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **23.    Merco Group – 2040 Camfield Avenue LLC** | | |
| 23C | General Unsecured Claims - $652 | Unimpaired. |
| 23D | Intercompany Claims - $5,163,790 | Unimpaired. |
| 23E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **24.    Merco Group – Ceres Street Produce LLC** | | |
| 24A | Los Angeles County Secured Tax Claim - $65,342 | Impaired. |
| 24C-1 | General Unsecured Claims – Convenience Class - $121 | Unimpaired. |
| 24C-2 | General Unsecured Claims - $2,059 | Impaired. |
| 24D | Intercompany Claims - $2,772,264 | Unimpaired. |
| 24E | Equity Interests of MMP Ventures (100%) | Unimpaired. |
| **25.    Meruelo Baldwin Park LLC** | | |
| 25A | Los Angeles County Secured Tax Claim - $201,681 | Impaired. |
| 25C-1 | Unsecured Claims – Tenant Security Deposits - $3,000 | Unimpaired. |

353216.03[XP]    25195