Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
Dean G. Rallis Jr. (CA Bar No. 94266)
  drallis@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
  ahami@sulmeyerlaw.com
Tamar Kouyoumjian (CA Bar No. 254148)
  tkouyoumjian@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone:   213.626.2311
Facsimile:    213.629.4520

Bankruptcy Counsel for the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-13356 KT |
| MERUELO MADDUX PROPERTIES, INC., et al.,[1] | Chapter 11 |
| Debtors. | **RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR APPROVAL OF SETTLEMENTS WITH CATHAY BANK AND AUTHORIZING DEBTOR TO PERFORM THEREUNDER [DKT. NO. 1376]** |
| | Date:   June 7, 2010<br>Time:   9:30 a.m.<br>Place:   Courtroom 301<br>       United States Bankruptcy Court<br>       21041 Burbank Boulevard<br>       Woodland Hills, CA 91367 |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359- KT; 1:09-bk-13360 -KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk- 3370-KT;  1:09- bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-1378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382- KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk- 13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09- bk-I3394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-I3400-KT; 1 :09-bk-13401-KT;

AHAMI\ 636608.1

1    The Official Committee of Unsecured Creditors in the above-captioned jointly-administered cases (the "Committee"), hereby submits the following response to the "Motion for Approval of Settlements With Cathay Bank and Authorizing Debtor to Perform Thereunder" (the "Motion"), filed by debtors Meruelo Maddux Properties, Inc., and Alameda Produce Market, LLC, (together, the "Debtors"):

  1. On April 8, 2010, debtor 905 8th Street, LLC, filed a motion to approve a settlement with Stanford Group, L.P., (the "Stanford Motion"). Dkt. No. 1262. The settlement that was the subject of the Stanford Motion included a provision that the class in which Stanford Group's claim would be place in 905 8th Street's plan "shall be deemed 'impaired' under 11 U.S.C. § 1124" (the "Impairment Provision"). Exhibit 1 to Stanford Motion, at § 7.b. The Committee opposed this provision of the Stanford Group settlement agreement (the "Stanford Settlement"). Dkt. No. 1293, at pp. 3-4.

  2. A hearing on the Stanford Motion took place on May 6, 2010. At that hearing the Court determined that the inclusion of the Impairment Provision in the Stanford Settlement was not binding on other parties in interest such that any approval of the Stanford Settlement would not preclude other parties in interest from arguing that Stanford Group's class was not impaired (despite the language of the Impairment Provision).

  3. The Debtors' proposed settlements with Cathay Bank contain the same type of provision with the identical language relating to the "impairment" of the class or classes in which Cathay Bank's claims are placed in the Debtors' chapter 11 plan. In particular, each of the settlement agreements contain the following language: "The class consisting of such secured claim [of Cathay Bank] against Alameda Produce's estate shall be deemed to be 'impaired' under 11 U.S.C. § 1124." Exhibit 1 to the Motion at § 7.b.; Exhibit 2 to the Motion at § 7.b.

---

1:09-bk-13402-KT; 1:09-bk-13403 -KT. 1:09-bk-13404-KT; 1:09-bk-13405- KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

4. The Committee believes that the Court should reach the same conclusion with respect to such provisions in the Cathay Bank settlements as the Court did with respect to the Impairment Provision in the Stanford Settlement, i.e., that the inclusion of such language in the settlements is not binding on other parties in interest such that any approval of the Cathay Bank settlements will not preclude other parties in interest from arguing that the classes in which Cathay Bank's claims are placed are not impaired. The Committee reserves all rights in this regard.

Dated: May 24, 2010

**Sulmeyer**Kupetz
A Professional Corporation

By: /s/ Tamar Kouyoujian
Tamar Kouyoumjian
Bankruptcy Counsel for the Official
Committee of Unsecured Creditors

| | |
|---|---|
| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtors. | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356 KT<br>(Jointly Administered) |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document described as **"RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR APPROVAL OF SETTLEMENTS WITH CATHAY BANK AND AUTHORIZING DEBTOR TO PERFORM THEREUNDER [DKT. NO. 1376]"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 24, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Office of the United States Trustee — ustpregion16.wh.ecf@usdoj.gov
- Jennifer L. Braun, Esq. – Office of the U.S. Trustee — jennifer.l.braun@usdoj.gov
- Counsel for Debtors – John N. Tedford, Esq. — jtedford@dgdk.com
- Counsel for Debtors – John J. Bingham, Jr., Esq. — jbingham@dgdk.com
- Counsel for Debtors – Aaron De Leest, Esq. — aed@dgdk.com
- Counsel for Debtors – Michael C. Abel, Esq. — mca@dgdk.com
- Counsel for Debtors – Julia W. Brand, Esq. — jwb@dgdk.com
- Counsel for Debtors – Jennifer L. Nassiri, Esq. — jennifer.nassiri@dlapiper.com
- Counsel for Debtors – Enid M Colson — ecolson@linerlaw.com
- Counsel for Debtors – Zev Shechtman, Esq. — zshechtman@dgdk.com
- Counsel for Debtors – Natasha L. Johnson, Esq. — natasha.johnson@dlapiper.com
- Counsel for Creditors' Committee – Alan G. Tippie, Esq. — atippie@sulmeyerlaw.com
- Counsel for Creditors' Committee – Victor A. Sahn, Esq. — vsahn@sulmeyerlaw.com
- Counsel for Creditors' Committee – Dean G. Rallis, Jr., Esq. — drallis@sulmeyerlaw.com
- Counsel for Creditors' Committee – Asa S. Hami, Esq. — ahami@sulmeyerlaw.com
- Counsel for Creditors' Committee – Tamar Kouyoumjian, Esq. — tkouyoumjian@sulmeyerlaw.com
- Counsel for Creditors' Committee – Lewis R Landau, Esq. — lew@landaunet.com
- Counsel for Bank of America – Donald L. Gaffney, Esq. — dgaffney@swlaw.com
- Counsel for Bank of America – Eric S. Pezold, Esq. — epezold@swlaw.com
- Counsel for Bank of America – Jasmin Yang, Esq. — jyang@swlaw.com
- Counsel for Calex Engineering Company – Kirsten A. Roe, Esq. — kroe@wthf.com
- Counsel for California Bank & Trust – Brian T. Harvey, Esq. — bharvey@buchalter.com
- Counsel for California Bank & Trust – Daniel H. Slate, Esq. — dslate@buchalter.com
- Counsel for California Bank & Trust – Alexandra Kazhokin, Esq. — akazhokin@buchalter.com
- Counsel for Can Partners Realty Holding Co. – Lance N. Jurich, Esq. — ljurich@loeb.com
- Counsel for Capmark Finance Inc. – Thomas M. Geher, Esq. — tmg@jmbm.com
- Counsel for Capmark Finance Inc. – John A. Graham, Esq. — jag@jmbm.com
- Counsel for Cathay Bank – Michael G. Fletcher, Esq. — mfletcher@Frandzel.com
- Counsel for Cathay Bank – Bernard R. Given, Esq. — bgiven@frandzel.com
- Counsel for Charlestown Cap. Advisors – Christopher E. Prince, Esq. — cprince@lesnickprince.com
- Counsel for Chinatrust Bank – Steven K. Linkon, Esq. — slinkon@rcolegal.com
- Counsel for East West Bank – Iain A.W. Nasatir, Esq. — inasatir@pszjlaw.com
- Counsel for East West Bank – James I. Stang, Esq. — jstang@pszjlaw.com
- Counsel for Esmark, Inc. – Jodie M. Grotins, Esq. — jgrotins@mcguirewoods.com
- Counsel for Esmark, Inc. – William H. Kiekhofer, III Esq. — wkiekhofer@mcguirewoods.com
- Counsel for FNBN-CMLCON I LLC – David E. Leta, Esq. — dleta@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Michael B. Reynolds, Esq. — mreynolds@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Stephen Shiu, Esq. — sshiu@swlaw.com
- Counsel for Natividad Gonzales – Jeffrey S. Shinbrot, Esq. — shinbrot@earthlink.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
KFOX\ 525680.4

**F 9013-3.1**

| | |
|---|---|
| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtors. | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356 KT<br>(Jointly Administered) |

- Counsel for Imperial Capital Bank - Andrew F. Kim, Esq.    Kim-A@BlankRome.com
- Counsel for Imperial Capital Bank - Sara Chenetz, Esq.    chenetz@blankrome.com
- Counsel for Kennedy Funding, Inc. – Howard Camhi, Esq.    hcamhi@ecjlaw.com
- Counsel for Kennedy Funding, Inc. – Michael S. Kogan, Esq.    mkogan@ecjlaw.com
- Counsel for L.A. County Metro Trans. Authority – Michaeline H. Correa, Esq.    mcorrea@jonesday.com
- Counsel for Pacific Commerce Bank – Ronald R. Cohn, Esq.    rcohn@horganrosen.com
- Counsel for PNL Pomona, L.P. – Cara J Hagan, Esq.    carahagan@haganlaw.org
- Counsel for PNL Pomona, L.P. – Tracy L.. Spies, Esq.    tracie@haganlaw.org
- Counsel for Roofcorp of CA, Inc. – Jason L. Weisberg, Esq.    jason@gdclawyers.com
- Counsel for San Bernardino County Tax Collector – Martha E. Romero, Esq.    Romero@mromerolawfirm.com
- Counsel for Stanford Group, LP – Michael H. Raichelson, Esq.    mhr@cabkattorney.com
- Counsel for Yoshiaki & Fumiko Murakami – Brian L.. Davidoff, Esq.    bdavidoff@rutterhobbs.com
- Counsel for Yoshiaki & Fumiko Murakami – Duane Kumagai, Esq.    dkumagai@rutterhobbs.com
- Counsel for United Commercial Bank/East West Bank – Elmer D. Martin, Esq.    elmermartin@msn.com
- Counsel for Woodland Farms, Inc. – James E. Carlberg, Esq.    jcarlberg@boselaw.com
- Counsel for Creditors Vahan and Anoush Chamlian – Rouben Varozian, Esq.    rvarozian@bzlegal.com
- Courtesy NEF – Peter Bonfante, Esq.    peterbonfante@bsalawfirm.com
- Courtesy NEF – Martin J. Brill, Esq.    mjb@lnbrb.com
- Courtesy NEF –Barry V. Freeman, Esq.    bvf@jmbm.com
- Courtesy NEF – Barry S. Glaser, Esq.    bglaser@swjlaw.com
- Courtesy NEF – Michael I. Gottfried, Esq.    mgottfried@lblawllp.com
- Courtesy NEF – Ofer M. Grossman, Esq.    omglaw@gmail.com
- Courtesy NEF – Peter J. Gurfein, Esq.    pgurfein@akingump.com
- Courtesy NEF – David W Hercher, Esq.    dave.hercher@millernash.com
- Courtesy NEF – William W. Huckins, Esq.    whuckins@allenmatkins.com
- Courtesy NEF – Katherine Lien, Esq.    katie.lien@sbcglobal.net
- Courtesy NEF – Richard Malatt, Esq.    rmalatt@gmail.com
- Courtesy NEF – Lawrence Peitzman, Esq.    lpeitzman@pwkllp.com
- Courtesy NEF – Craig M. Rankin, Esq.    cmr@lnbrb.com
- Courtesy NEF – Surjit P. Soni, Esq.    surjit@sonilaw.com
- Courtesy NEF – James A. Timko, Esq.    jtimko@allenmatkins.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On May 24, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Jennifer L. Braun, Esq.**
**Office of the U.S. Trustee**
**21051 Warner Center Lane, Suite 115**
**Woodland Hills, CA  91367**

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**
KFOX\ 525680.4

| | |
|---|---|
| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtors. | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356 KT<br>(Jointly Administered) |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on May 24, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

- Counsel for FNBN-CMLCON I LLC – Jeffrey M. Singletary, Esq.                    jsingletary@swlaw.com
- Counsel for United Commercial Bank - Curtis C. Jung, Esq.                    curtis@jyllp.com

**The Honorable Kathleen Thompson**
**U.S. Bankruptcy Court**
**21041 Burbank Blvd., Suite 305**
**Woodland Hills, CA 91367-6606**

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| May 24, 2010 | Tamar Kouyoumjian | */s/ Tamar Kouyoumjian* |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                          **F 9013-3.1**
KFOX\ 525680.4