FILED & ENTERED

JUN 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Meruelo Maddux Properties, Inc., a DE Corp,[1]<br><br><br><br><br><br>Debtor(s). | Case No: 1:09-bk-13356-KT<br><br>Chapter: 11<br><br>ORDER RE: DEBTORS' MOTION FOR FOURTH ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIOD DURING WHICH ONLY THE DEBTORS MAY SOLICIT AND OBTAIN ACCEPTANCES OF A PLAN OF REORGANIZATION<br><br>Date: June 11, 2010<br>Time: 9:30 a.m.<br>Location: Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, California |

On June 11, 2010, the Court held a hearing on the *Motion for Fourth Order Pursuant to Bankruptcy Code Section 1121(d) Extending the Exclusive Period During Which Only the Debtors May Solicit and Obtain Acceptances of a Plan of Reorganization (the "Motion") (docket entry no. 1419)* filed by the above-captioned debtors and debtors-in-possession (collectively the "Debtors"), the Honorable Kathleen Thompson, United States Bankruptcy Judge, presiding.  John N. Tedford, IV, and Julia W.

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are referred to in the court's orders docket nos. 30 and 36.

Brand of Danning, Gill, Diamond & Kollitz, LLP, appeared on behalf of the Debtors; Dean G. Rallis Jr.

of Sulmeyer Kupetz, a Professional Corporation, appeared on behalf of the Official Committee of

Unsecured Creditors (the "Committee"); Thomas M. Geher of Jeffer Mangels Bulter and Marmaro LLP

appeared on behalf of Wells Fargo Bank, N.A., successor by consolidation to Wells Fargo Bank

Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial

Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through

Berkadia Commercial Mortgage, Inc., its Special Servicer ("Berkadia"); Iain A. W. Nasatir appeared on

behalf of Legendary Investors Group No. 1, LLC ("Legendary"); Eric S. Pezold of Snell & Wilmer LLP

appeared on behalf of Bank of America, N.A. ("BofA"); Christopher E. Prince of Lesnick Prince LLP

on behalf of Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation

("Charlestown Capital"); and Ronald S. Orr of Ron Orr and Professionals, Inc. on behalf of Taylor

International Fund and any other appearances were as noted on the record.

The Court having considered the Motion and all papers filed in support of the Motion and in

opposition to the Motion, all arguments on the record, and the record of these cases, for the reasons

stated on the record, for good cause appearing,

**IT IS ORDERED THAT:**

1.      Subject to paragraph 3 of this order, the Motion is GRANTED, on a final basis, through

and including September 30, 2010.

2.      Subject to paragraph 3 of this order, the time period under 11 U.S.C. § 1121(c)(3) within

which the Debtors may solicit and obtain acceptances of their plan and during which time competing

plans may not be filed by any party in interest shall be extended through and including September 30,

2010, without prejudice to the Debtors' right to seek a further extension thereof.

3.      Notwithstanding the foregoing, the exclusivity periods set forth in 11 U.S.C. § 1121 shall terminate as to Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation and to the Committee of Equity Holders, if such is appointed, effective as of June 14, 2010.

DATED: June 11, 2010

*Kathleen Thompson*

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____
_____
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| <ul><li>Michael C Abel    mca@dgdk.com</li><li>Robert Abiri    rabiri@abiriszeto.com</li><li>John J Bingham    jbingham@dgdk.com</li><li>Peter Bonfante    peterbonfante@bsalawfirm.com</li><li>Julia W Brand    jwb@dgdk.com</li><li>Jennifer L Braun    jennifer.l.braun@usdoj.gov</li><li>Martin J Brill    mjb@lnbrb.com</li><li>George T Busu    george.busu@limruger.com</li><li>Howard Camhi    hcamhi@ecjlaw.com</li><li>Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com</li><li>James E Carlberg    jcarlberg@boselaw.com</li><li>Sara Chenetz    chenetz@blankrome.com</li><li>Jacquelyn H Choi    jchoi@swjlaw.com</li><li>Ronald R Cohn    rcohn@horganrosen.com</li><li>Enid M Colson    emc@dgdk.com, ecolson@dgdk.com</li><li>Michaeline H Correa    mcorrea@jonesday.com</li><li>Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com</li><li>Aaron De Leest    aed@dgdk.com</li><li>Daniel Denny    ddenny@gibsondunn.com</li><li>Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com</li><li>Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com</li><li>Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com</li><li>Donald L Gaffney    dgaffney@swlaw.com</li><li>Thomas M Geher    tmg@jmbm.com</li><li>Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com</li><li>Barry S Glaser    bglaser@swjlaw.com</li><li>Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com</li><li>John A Graham    jag@jmbm.com</li><li>Ofer M Grossman    omglaw@gmail.com</li><li>Jodie M Grotins    jgrotins@mcguirewoods.com</li><li>Peter J Gurfein    pgurfein@lgbfirm.com</li><li>Cara J Hagan    carahagan@haganlaw.org</li><li>Asa S Hami    ahami@sulmeyerlaw.com</li></ul> | David P Beitchman<br>16130 Ventura Blvd Ste 570<br>Encino, CA 91436<br><br>Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108<br><br>Arthur J Hazarabedian<br>California Eminent Domain Law Group<br>3429 Ocean View Blvd Ste L<br>Glendale, CA 91208<br><br>SCS Flooring Systems<br>C/O Raymond Myer Esq<br>1220 1/2 State St<br>Santa Barbara, CA 93101 |

- 5

- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher    dave.hercher@millernash.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson    natasha.johnson@dlapiper.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Lewis R Landau    lew@landaunet.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@msn.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri    jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Craig M Rankin    cmr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Zev Shechtman    zshechtman@dgdk.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com

- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Derrick Talerico    dtalerico@loeb.com,
  kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com,
  jbartlett@sulmeyerlaw.com
- United States Trustee (SV)
  ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

Category III (To be served by the lodging party).