Donald L. Gaffney (Admitted *Pro Hac Vice*)
Eric S. Pezold (#255657)
Jasmin Yang (#255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone:       (714) 427-7000
Facsimile:   (714) 427-7799
Email: dgaffney@swlaw.com
         epezold@swlaw.com
         jyang@swlaw.com
Attorneys for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors-in-Possession. | Case No.: 1:09-bk-13356-KT<br>Jointly Administered<br>Chapter 11<br><br>**Bank of America, N.A.'s:**<br><br>**(1) Objection to the Declaration of Richard Meruelo in Support of Debtors' Reply in Support of Motion for Order Extending Authority for the Use of Cash Collateral and to Maintain Cash Management System Through September 30, 2010;**<br><br>**(2) Or, in the Alternative, Request for Evidentiary Hearing re Debtors' Motion for Order Extending Authority for the Use of Cash Collateral and to Maintain Cash Management System Through September 30, 2010**<br><br>DATE: June 29, 2010<br>TIME: 10:00 a.m.<br>PLACE: 21041 Burbank Blvd., Crtrm 301<br>           Woodland Hills, California |

11678823

1    Bank of America, N.A. ("BofA") hereby objects to introduction of the *Declaration of Richard Meruelo in Support of Debtors' Reply in Support of Motion for Order Extending Authority for the Use of Cash Collateral and to Maintain Cash Management System Through September 30, 2010* (the "Meruelo Declaration") pursuant to Local Rule 9013-1(g), or in the alternative, requests pursuant to Local Rule 9013-1(i) that the Court set an evidentiary hearing on Debtors' *Motion for Order Extending Authority for the Use of Cash Collateral and to Maintain Cash Management System Through September 30, 2010* (the "Extended Cash Collateral Motion"), the Meruelo Declaration, and *Reply in Support of Motion for Order Extending Authority for the Use of Cash Collateral and to Maintain Cash Management System Through September 30, 2010* (the "Reply").

BofA opposes the introduction of the Meruelo Declaration because it appears to contain information that was either not included in the *Declaration of Fred Skaggs* in support of the Extended Cash Collateral Motion or in any other paper filed with the Court previously or that does not directly respond to the oppositions to the Extended Cash Collateral Motion as required under Local Rule 9013-1(g)(1).  As a result, BofA has not had a fair opportunity to rebut, if necessary, the Meruelo Declaration prior to the filing of its opposition to the Extended Cash Collateral Motion or the hearing on the Extended Cash Collateral Motion.  In the alternative, if the Court allows the introduction of the Meruelo Declaration, BofA requests that the Court set an evidentiary hearing on the Extended Cash Collateral Motion for a date and time following the deposition of Mr. Meruelo that BofA has noticed for Thursday, July 1, 2010.

Dated:  June 28, 2010                SNELL & WILMER L.L.P.

By: /s/ Eric S. Pezold
Donald L. Gaffney
Eric S. Pezold
Jasmin Yang
Attorneys for Bank of America, N.A.

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

11678823

- 2 -

| In re: MERUELO MADDUX PROPERTIES, INC., et al., Debtor(s). | CHAPTER 11<br>CASE NUMBER - 1:09-bk-13356-KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626. The foregoing documents described as: *Bank of America, N.A.'s: (1) Objection to the Declaration of Richard Meruelo in Support of Debtors' Reply in Support of Motion for Order Extending Authority for the Use of Cash Collateral and to Maintain Cash Management System Through September 30, 2010; (2) Or, in the Alternative, Request for Evidentiary Hearing re Debtors' Motion for Order Extending Authority for the Use of Cash Collateral and to Maintain Cash Management System Through September 30, 2010*, will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 28, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL, PERSONAL DELIVERY, OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **June 28, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Kathleen Thompson
United States Bankruptcy Court - Warner Center
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6609
(via Federal Express)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 28, 2010 | Eric S. Pezold | /s/ Eric S. Pezold |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

11678823

- 1 -

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- John J Bingham    jbingham@dgdk.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    jwb@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- George T Busu    george.busu@limruger.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher    dave.hercher@millernash.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson    natasha.johnson@dlapiper.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Lewis R Landau    lew@landaunet.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@msn.com

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

11678823                                - 2 -

- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri    jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Craig M Rankin    cmr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Zev Shechtman    zshechtman@dgdk.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

II. **TO BE SERVED BY U.S. MAIL:**

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

11678823

- 3 -