Donald L. Gaffney (Admitted *Pro Hac Vice*)
Eric S. Pezold (#255657)
Jasmin Yang (#255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone:       (714) 427-7000
Facsimile:   (714) 427-7799
Email: dgaffney@swlaw.com
       epezold@swlaw.com
       jyang@swlaw.com

Attorneys for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors-in-Possession. | Case No.: 1:09-bk-13356-KT<br><br>Jointly Administered<br><br>Chapter 11<br><br>**BANK OF AMERICA, N.A.'S SUPPLEMENTAL OBJECTION TO DEBTORS' THIRD AMENDED DISCLOSURE STATEMENT**<br><br>Date: July 21, 2010<br>Time: 9:30 a.m.<br>Place: 21041 Burbank Blvd., Courtroom 301<br>        Woodland Hills, CA |

Bank of America, N.A. ("Bank") hereby supplements its *Objection to Debtors' Third Amended Disclosure Statement* filed on July 8, 2010 [Docket Entry No. 1566], as follows:

1.   Creditors and equity security holders have repeatedly complained about the lack of full disclosure regarding the Debtors' financial affairs and have requested financial information on a debtor-by-debtor basis. Since the Debtors' plan is a joint plan and not a substantive consolidated plan, creditors and interest holders will be voting on a debtor-by-

---

[1] The term "Debtors" used herein refers to MMPI and the 53 jointly administered chapter 11 cases referenced in footnote 1 of the Modified Second Amended Disclosure Statement.

11783930

debtor basis. To cast an informed vote, current and accurate financial performance data and projections for each of the individual Debtors and Debtors' properties is essential.

2. At the disclosure statement hearing on July 21, 2010, the Debtors confirmed that they are not providing the Court and the parties in these cases with full, complete and accurate financial information. The Debtors acknowledged that they are manipulating the property-level Debtor financial information to keep the Court, creditors and equity holders in the dark with respect to their liquidation plans, even though the Debtors' plan assumes a steady flow of property dispositions over the 7 year life of the plan.

3. While the covertness of the plan is disturbing, equally frustrating is that the Debtors have in their possession currently the financial information that the creditors and equity holders seek. A review of FTI's June 2010 billing records reveals that FTI has been, among other things, reviewing and analyzing "actual property level performance and compar[ing] to revised **budgets prepared by debtors**." *See* excerpts from *Notice of Filing of Twelfth Monthly Statement of FTI Consulting, Inc. for Payment of Fees and Reimbursement of Expenses Incurred from June 1 2010 through June 30, 2010* [Docket Entry No. 1606] (emphasis added) that are attached hereto as Exhibit A.

4. If FTI has access to the Debtors' unadulterated financial information so should the Court, the creditors and equity holders. After all, the creditors and equity holders will be asked to pay — if not already paid — for the financial information that the Debtors refuse to divulge.

Dated: July 25, 2010                                SNELL & WILMER, L.L.P.


By: /s/ Eric S. Pezold (#255657)
    Donald L. Gaffney
    Eric S. Pezold
    Jasmin Yang
    Counsel for Bank of America, N.A.


EXHIBIT A

11783930

EXHIBIT A

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

11783930

EXHIBIT A

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period June 1, 2010 through June 30, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Analysis of Tax Issues** | | | | | |
| Joffe, Steven | $885 | 06/09/2010 | 1.0 | 885.00 | Review of disclosure statement; email exchange with E&Y tax partner regarding tax discussion |
| | | Total For Activity | 1.0 | $885.00 | |
| **Activity Classification: Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Hengel, Evan | $400 | 06/02/2010 | 1.4 | 560.00 | Review Debtor's reply to objections in order to determine what changes will be necessary to forecast model and liquidation analysis. |
| Hengel, Evan | $400 | 06/04/2010 | 0.6 | 240.00 | Review Debtor's reply to objections in order to determine what changes will be necessary to forecast model and liquidation analysis. |
| Voskanian, Steve | $620 | 06/07/2010 | 0.9 | 558.00 | Review and analyze actual property level performance and compare to revised budgets prepared by debtors. Discuss with staff. |
| Voskanian, Steve | $620 | 06/07/2010 | 2.2 | 1,364.00 | Review and analyze revised budgets prepared by debtors. Discuss with staff. |
| Voskanian, Steve | $620 | 06/07/2010 | 0.7 | 434.00 | Revise and review alternate liquidation analysis scenario. |
| Voskanian, Steve | $620 | 06/08/2010 | 1.8 | 1,116.00 | Review and analyze revised budget variance analysis and send to counsel and F. Skaggs. Discuss with staff. |
| Voskanian, Steve | $620 | 06/08/2010 | 1.3 | 806.00 | Review and analyze actual property level performance and compare to revised budgets prepared by debtors. Discuss with staff. |
| Voskanian, Steve | $620 | 06/08/2010 | 1.5 | 930.00 | Review and analyze revised budgets prepared by debtors in Excel format. Discuss with staff. |
| Voskanian, Steve | $620 | 06/08/2010 | 0.8 | 496.00 | Review Cathay settlement order and compare to forecast model and assumptions. |
| Voskanian, Steve | $620 | 06/08/2010 | 0.6 | 372.00 | Review 845 S Flower closing statement and revise projections per final statement. |
| Hengel, Evan | $400 | 06/09/2010 | 4.1 | 1,640.00 | Make edits to forecast model based on several discussions with S. Voskanian. |
| Hengel, Evan | $400 | 06/09/2010 | 0.6 | 240.00 | Review amended liquidation analysis and note changes that need to be made. |
| Voskanian, Steve | $620 | 06/09/2010 | 1.1 | 682.00 | Review updated corporate budgets and discuss with F. Skaggs. |
| Voskanian, Steve | $620 | 06/09/2010 | 0.8 | 496.00 | Review 845 S Flower sale motion and closing statement and compare to projections. |
| Voskanian, Steve | $620 | 06/09/2010 | 0.5 | 310.00 | Review and analyze actual property level performance and compare to revised budgets prepared by debtors. |
| Voskanian, Steve | $620 | 06/09/2010 | 0.9 | 558.00 | Review and revise budget variance analysis and compare with plan exhibits. |
| Voskanian, Steve | $620 | 06/09/2010 | 2.6 | 1,612.00 | Review and revise updated financial forecast model and send to counsel. |
| Hengel, Evan | $400 | 06/10/2010 | 1.8 | 720.00 | Review forecast model and include a schedule showing net equity by year (assuming no growth rates). |
| Hengel, Evan | $400 | 06/10/2010 | 2.3 | 920.00 | Make edits to forecast model based on several discussions with S. Voskanian. |

## Meruelo Maddux Properties
## FTI Consulting, Inc. Detailed Time and Fee Statement
## For the Period June 1, 2010 through June 30, 2010

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Hengel, Evan | $400 | 06/10/2010 | 2.1 | 840.00 | Incorporate revised budgets in to liquidation analysis and make other edits. Discuss benchmarks with J. Brand (DGDK). |
| Voskanian, Steve | $620 | 06/10/2010 | 0.9 | 558.00 | Review and revise budget variance analysis and compare with forecast model and plan exhibits. |
| Voskanian, Steve | $620 | 06/10/2010 | 2.9 | 1,798.00 | Review and revise updated financial forecast model. Discuss with Company and send to counsel. |
| Voskanian, Steve | $620 | 06/10/2010 | 0.8 | 496.00 | Review updated corporate budgets and discuss with F. Skaggs. |
| Voskanian, Steve | $620 | 06/10/2010 | 1.2 | 744.00 | Update financial forecast assumptions for use in updated disclosure statement. |
| Voskanian, Steve | $620 | 06/10/2010 | 0.7 | 434.00 | E-mail and telephone correspondence with E. Hengel regarding updated forecast model and assumptions. |
| Hengel, Evan | $400 | 06/11/2010 | 0.3 | 120.00 | Determine liquidation analysis methodologies during discussion with S. Voskanian. |
| Voskanian, Steve | $620 | 06/11/2010 | 0.7 | 434.00 | Review and analyze March MOR and compare to revised budgets prepared by debtors. |
| Voskanian, Steve | $620 | 06/11/2010 | 1.0 | 620.00 | Review revised liquidation analysis and discuss with staff. |
| Voskanian, Steve | $620 | 06/11/2010 | 1.1 | 682.00 | Review and analyze Debtor supplied trial balances for liquidation analyses. |
| Voskanian, Steve | $620 | 06/11/2010 | 1.4 | 868.00 | Review Debtor prepared rent rolls and prepare rent roll prior year comparison in response to creditor questions. |
| Hengel, Evan | $400 | 06/14/2010 | 1.8 | 720.00 | Update liquidation analysis based on discussions involving cash balances with F. Skaggs (MMPI) and A. Lacara (MMPI). |
| Hengel, Evan | $400 | 06/14/2010 | 0.5 | 200.00 | Discuss liquidation analysis with S. Voskanian and determine correct treatment of MMPI unsecured claims. |
| Hengel, Evan | $400 | 06/14/2010 | 1.1 | 440.00 | Make revisions to liquidation analysis to incorporate updated corporate balance sheets. |
| Hengel, Evan | $400 | 06/14/2010 | 1.4 | 560.00 | Update forecast model based on discussions involving amended debt with F. Skaggs (MMPI) and A. Lacara (MMPI). |
| Voskanian, Steve | $620 | 06/14/2010 | 1.9 | 1,178.00 | Review and update financial forecast model and assumptions for modified second amended plan. |
| Voskanian, Steve | $620 | 06/14/2010 | 1.6 | 992.00 | Review and update liquidation analyses and assumptions for modified second amended plan. |
| Voskanian, Steve | $620 | 06/14/2010 | 0.4 | 248.00 | Review Debtor prepared rent rolls and prepare rent roll prior year comparison in response to creditor questions. |
| Voskanian, Steve | $620 | 06/14/2010 | 1.2 | 744.00 | Review Debtor supplied cash reports and trial balances for liquidation analyses forecast model. |
| Voskanian, Steve | $620 | 06/15/2010 | 0.6 | 372.00 | Review May MORs and financial statements. |
| Voskanian, Steve | $620 | 06/15/2010 | 1.9 | 1,178.00 | Review modified second amended disclosure statement. |
| Voskanian, Steve | $620 | 06/15/2010 | 1.6 | 992.00 | Review modified second amended plan. |
| Voskanian, Steve | $620 | 06/16/2010 | 0.8 | 496.00 | Review disclosure statement exhibits in preparation for meeting with Debtor. |
| Hengel, Evan | $400 | 06/17/2010 | 0.3 | 120.00 | Review description of assumptions used in liquidation analysis at the request of S. Voskanian. |
| Voskanian, Steve | $620 | 06/17/2010 | 0.5 | 310.00 | Review terms of Bank of America loans and prepare summaries. |
| Voskanian, Steve | $620 | 06/17/2010 | 1.2 | 744.00 | Review revised exhibits and assumptions to amended disclosure statement. |

*EXHIBIT "C"*                                                                 Page 2 of 8

10

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period June 1, 2010 through June 30, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Voskanian, Steve | $620 | 06/17/2010 | 1.0 | 620.00 | Review and revise amended assumptions for liquidation analysis and send to counsel. |
| Voskanian, Steve | $620 | 06/17/2010 | 0.4 | 248.00 | Review amended loan modification agreement and discuss modeling with staff. |
| Hengel, Evan | $400 | 06/18/2010 | 0.5 | 200.00 | Review amended debt agreements at the request of S. Voskanian. |
| Voskanian, Steve | $620 | 06/18/2010 | 0.8 | 496.00 | Review debtor supplied rent rolls and tenant information. Prepare and review tenancy analysis and prior year comparisons. |
| Voskanian, Steve | $620 | 06/18/2010 | 1.6 | 992.00 | Review modified plan documents and exhibits prepared by counsel and provide comments. |
| Voskanian, Steve | $620 | 06/18/2010 | 1.3 | 806.00 | Review terms of existing debt and historical contract rates of interest regarding interest rate research. |
| Hengel, Evan | $400 | 06/21/2010 | 1.2 | 480.00 | Make edits one page summaries of properties with Bank of America as the lender (include in-place and stabilized NOI). |
| Hengel, Evan | $400 | 06/21/2010 | 1.5 | 600.00 | Prepare one page summaries of properties with Bank of America as the lender. |
| Voskanian, Steve | $620 | 06/21/2010 | 0.8 | 496.00 | Analyze 760 S Hill management reports and financials. Prepare summaries of Bank of America encumbered properties. |
| Voskanian, Steve | $620 | 06/21/2010 | 1.4 | 868.00 | Review modified second amended plan. |
| Voskanian, Steve | $620 | 06/21/2010 | 1.2 | 744.00 | Prepare responses to questions submitted by secured creditors. |
| Voskanian, Steve | $620 | 06/21/2010 | 0.9 | 558.00 | Review modified second amended disclosure statement. |
| Hengel, Evan | $400 | 06/22/2010 | 0.9 | 360.00 | Make edits to property summaries at the request of S. Voskanian. |
| Voskanian, Steve | $620 | 06/22/2010 | 1.6 | 992.00 | Analyze 760 S Hill management reports and financials. Prepare and review summaries of Bank of America encumbered properties. |
| Voskanian, Steve | $620 | 06/22/2010 | 1.3 | 806.00 | Review Company prepared draft 10-K. |
| Voskanian, Steve | $620 | 06/23/2010 | 1.2 | 744.00 | Review and analyze amended debt analysis for interest rate research. |
| Voskanian, Steve | $620 | 06/23/2010 | 0.4 | 248.00 | Prepare and send F. Reiss materials for meeting with Bank of America. |
| Voskanian, Steve | $620 | 06/23/2010 | 0.5 | 310.00 | Review materials and responses submitted by J. Palacio. |
| Voskanian, Steve | $620 | 06/23/2010 | 1.4 | 868.00 | Review and analyze historical interest rate trends on existing debt for interest rate research. |
| Voskanian, Steve | $620 | 06/23/2010 | 0.6 | 372.00 | Review Company prepared draft 10-K. |
| Voskanian, Steve | $620 | 06/23/2010 | 0.9 | 558.00 | Analyze 760 S Hill management reports and financials. Prepare and review summaries of Bank of America encumbered properties. |
| Hengel, Evan | $400 | 06/24/2010 | 1.4 | 560.00 | Update hurdle/benchmark analysis and create comparison showing the cash needs under three different model scenarios. |
| Hengel, Evan | $400 | 06/24/2010 | 0.7 | 280.00 | Discuss forecast model with S. Voskanian and make edits to model comparison file. |
| Voskanian, Steve | $620 | 06/24/2010 | 0.7 | 434.00 | Review and analyze amended debt analysis for interest rate research. |
| Voskanian, Steve | $620 | 06/24/2010 | 0.6 | 372.00 | Review and analyze historical interest rate trends on existing debt for interest rate research. |
| Voskanian, Steve | $620 | 06/24/2010 | 0.4 | 248.00 | Prepare and review summaries of Bank of America encumbered properties. |

## Meruelo Maddux Properties
## FTI Consulting, Inc. Detailed Time and Fee Statement
## For the Period June 1, 2010 through June 30, 2010

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Voskanian, Steve | $620 | 06/24/2010 | 1.7 | 1,054.00 | Prepare and review alternate cash flow scenarios. Discuss with staff and send to A. Murray. |
| Voskanian, Steve | $620 | 06/25/2010 | 0.8 | 496.00 | Review primary financial forecast model. Recommend revisions to staff for subsequent iterations. |
| Voskanian, Steve | $620 | 06/25/2010 | 0.4 | 248.00 | Review and analyze historical interest rate trends on existing debt for interest rate research. |
| Voskanian, Steve | $620 | 06/25/2010 | 1.7 | 1,054.00 | Review and analyze expert testimony regarding appropriate interest rates in other bankruptcy cases. |
| Hengel, Evan | $400 | 06/28/2010 | 0.8 | 320.00 | Provide details regarding finalized and proposed loan amendments. |
| Voskanian, Steve | $620 | 06/28/2010 | 0.5 | 310.00 | Discuss financial forecast scenario preparation with staff. |
| Voskanian, Steve | $620 | 06/28/2010 | 0.5 | 310.00 | Review revised financial statement for Union Lofts and reconcile occupancy and income. |
| Voskanian, Steve | $620 | 06/28/2010 | 0.6 | 372.00 | Review primary financial forecast model. Recommend revisions to staff for subsequent iterations. |
| Voskanian, Steve | $620 | 06/28/2010 | 0.8 | 496.00 | Review and analyze expert testimony regarding appropriate interest rates in other bankruptcy cases. |
| Hengel, Evan | $400 | 06/29/2010 | 1.4 | 560.00 | Create summary of potential amended debt and calculate total cost. |
| Hengel, Evan | $400 | 06/29/2010 | 2.2 | 880.00 | Create alternate version of forecast model assuming debt is amended and answer follow-up questions from S. Voskanian. |
| Hengel, Evan | $400 | 06/29/2010 | 1.9 | 760.00 | Make edits to summary of potential amended debt and discuss with S. Voskanian. |
| Majerl, Robin | $400 | 06/29/2010 | 1.3 | 520.00 | Update marketing timeline strategy to incorporate quarterly sales. Review and update assumed sales prices. |
| Majerl, Robin | $400 | 06/29/2010 | 0.8 | 320.00 | Review treatment of pre-petition property taxes for encumbered properties. |
| Voskanian, Steve | $620 | 06/29/2010 | 0.6 | 372.00 | Review and analyze expert testimony regarding appropriate interest rates in other bankruptcy cases. Discuss w/ M. Vanderley. |
| Voskanian, Steve | $620 | 06/29/2010 | 0.8 | 496.00 | Review primary financial forecast model. Discuss revisions and scenario assumptions with staff. |
| Voskanian, Steve | $620 | 06/29/2010 | 0.9 | 558.00 | Review proposed terms for Bank of America Modification. Prepare and review potential costs. |
| Hengel, Evan | $400 | 06/30/2010 | 2.1 | 840.00 | Make edits to forecast model and answer list of follow-up questions. |
| Majerl, Robin | $400 | 06/30/2010 | 0.4 | 160.00 | Update partial sale of Merco Group. Incorporate revised FMV adjustments. |
| Majerl, Robin | $400 | 06/30/2010 | 0.7 | 280.00 | Adjust timing of amended debt agreements in forecast model scenario. Reformat presentation of pre-effective date activity. |
| Majerl, Robin | $400 | 06/30/2010 | 1.6 | 640.00 | Review forecast model scenario with assuming additional amended debt. Prepare list of updates for internal discussion. |
| Majerl, Robin | $400 | 06/30/2010 | 0.3 | 120.00 | Revise timing of accrued interest for pre-petition property tax payments. |
| Majerl, Robin | $400 | 06/30/2010 | 0.8 | 320.00 | Revise timing of asset sales in forecast model |
| Voskanian, Steve | $620 | 06/30/2010 | 1.5 | 930.00 | Review financial forecast scenario models and assumptions and discuss with staff. |

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period June 1, 2010 through June 30, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Voskanian, Steve | $620 | 06/30/2010 | 0.5 | 310.00 | Review and analyze expert testimony regarding appropriate interest rates in other bankruptcy cases. Discuss w/ C. Nelson. |
| **Total For Activity** | | | **107.2** | **$57,928.00** | |
| **Activity Classification: Case Management** | | | | | |
| Reiss, Freddie | $885 | 06/01/2010 | 1.1 | 973.50 | Review response to disclosure objections. |
| Reiss, Freddie | $885 | 06/07/2010 | 0.7 | 619.50 | Review information from counsel and various pleadings filed. |
| Reiss, Freddie | $885 | 06/09/2010 | 3.2 | 2,832.00 | Review disclosure statement and amended plan. |
| Reiss, Freddie | $885 | 06/10/2010 | 3.0 | 2,655.00 | Review detailed projections; cash flow and discuss with FTI team. |
| Reiss, Freddie | $885 | 06/15/2010 | 1.5 | 1,327.50 | Review draft 10K. |
| Reiss, Freddie | $885 | 06/16/2010 | 0.3 | 265.50 | Review financial exhibits to disclosure statement; status update with S. Voskanian. |
| Reiss, Freddie | $885 | 06/16/2010 | 0.2 | 177.00 | Call with J. Maddux (Meruelo Maddux). |
| Reiss, Freddie | $885 | 06/17/2010 | 0.8 | 708.00 | Update with BofA and follow-up with J. Maddux (Meruelo Maddux). |
| Reiss, Freddie | $885 | 06/17/2010 | 1.5 | 1,327.50 | Review pleading with updated disclosure statement financial exhibits. |
| Reiss, Freddie | $885 | 06/24/2010 | 0.5 | 442.50 | Meet with S. Voskanian (FTI) regarding Bank of America loans. |
| Reiss, Freddie | $885 | 06/25/2010 | 0.8 | 708.00 | Update S. Voskanian regarding feasibility and Bank of America discussions. |
| Reiss, Freddie | $885 | 06/28/2010 | 0.5 | 442.50 | Review BofA term sheet and provide comments. |
| Reiss, Freddie | $885 | 06/29/2010 | 0.2 | 177.00 | Call with client. |
| Reiss, Freddie | $885 | 06/30/2010 | 0.3 | 265.50 | Call with J. Maddux (Meruelo Maddux). |
| Reiss, Freddie | $885 | 06/30/2010 | 0.6 | 531.00 | Call with D. Gaffney (Snell & Wilmer). |
| Reiss, Freddie | $885 | 06/30/2010 | 0.5 | 442.50 | Update regarding court hearings. |
| **Total For Activity** | | | **15.7** | **$13,894.50** | |
| **Activity Classification: Cash Flow / Budgeting / Reporting** | | | | | |
| Hengel, Evan | $400 | 06/07/2010 | 1.2 | 480.00 | Review budgets received from F. Skaggs, discuss with S. Voskanian, and review files sent from R. Majerle. |
| Hengel, Evan | $400 | 06/08/2010 | 2.8 | 1,120.00 | Update forecast model to reflect revised budgets supplied by F. Skaggs. |
| Hengel, Evan | $400 | 06/08/2010 | 1.4 | 560.00 | Create schedule comparing January actuals to the budgets (January, may-august, and September). |
| Hengel, Evan | $400 | 06/08/2010 | 2.1 | 840.00 | Create schedule comparing revised 2010 budgets to previous 2010 budgets. |
| Hengel, Evan | $400 | 06/08/2010 | 0.7 | 280.00 | Check budget vs. actual schedules for errors and make associated edits. |
| Hengel, Evan | $400 | 06/08/2010 | 1.1 | 440.00 | Make edits to schedule comparing revised 2010 budgets to previous 2010 budgets. |

## Meruelo Maddux Properties
## FTI Consulting, Inc. Detailed Time and Fee Statement
## For the Period June 1, 2010 through June 30, 2010

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Cash Flow / Budgeting / Reporting** | | | | | |
| Hengel, Evan | $400 | 06/09/2010 | 0.8 | 320.00 | Update forecast model to reflect new corporate costs and re-run scenarios. |
| Hengel, Evan | $400 | 06/09/2010 | 0.6 | 240.00 | Identify the properties and accounts with the largest negative changes in revised budget. |
| Hengel, Evan | $400 | 06/09/2010 | 0.8 | 320.00 | Create analysis showing net equity by year of the forecast model. |
| Hengel, Evan | $400 | 06/09/2010 | 1.3 | 520.00 | Create analysis showing cash needs under different asset sale scenarios. |
| Hengel, Evan | $400 | 06/10/2010 | 1.2 | 480.00 | Review 2009-2010 actuals to determine correct NOI language in disclosure statement and discuss with S. Voskanian. |
| Hengel, Evan | $400 | 06/11/2010 | 3.2 | 1,280.00 | Create comparison of 2009 rent roll and 2010 rent roll. |
| Hengel, Evan | $400 | 06/11/2010 | 1.7 | 680.00 | Review updated rent rolls and compare to previous versions. |
| Hengel, Evan | $400 | 06/14/2010 | 1.5 | 600.00 | Determine number of unique tenants per property in 2009 vs 2010. |
| Hengel, Evan | $400 | 06/22/2010 | 2.0 | 800.00 | Discuss Union Lofts with S. Voskanian and make associated edits to property summary and include DSCR matrix. |
| Hengel, Evan | $400 | 06/23/2010 | 1.7 | 680.00 | Make edits to Schedule of Interest Rates Throughout Time at the request of S. Voskanian. |
| **Total For Activity** | | | **24.1** | **$9,640.00** | |
| **Activity Classification: Cash Flow / Property / Operational Analysis** | | | | | |
| Majerl, Robin | $400 | 06/22/2010 | 2.1 | 840.00 | Update debt schedules to include guarantors and property type. |
| Majerl, Robin | $400 | 06/22/2010 | 0.7 | 280.00 | Review discussion of amended debt in 2009 10K. Reconcile treatment of amended debt in forecast mode. |
| Majerl, Robin | $400 | 06/23/2010 | 0.8 | 320.00 | Group properties into buckets according to 2010 cash flow and stabilization. |
| Majerl, Robin | $400 | 06/23/2010 | 2.4 | 960.00 | Update debt schedules with revised 2010 budgets. Include debt service per loan and calculate annual net cash flow by property. |
| Majerl, Robin | $400 | 06/24/2010 | 0.7 | 280.00 | Prepare chart to summarize cash flow scenarios. Determine additional cash needs with respective to base model. |
| Majerl, Robin | $400 | 06/24/2010 | 1.3 | 520.00 | Run forecast model scenarios at cramdown rates of 5% and 6%. Assume 100% GUC payout on effective date. |
| Majerl, Robin | $400 | 06/25/2010 | 0.4 | 160.00 | Add calculation of DSCR to debt schedules. |
| Majerl, Robin | $400 | 06/30/2010 | 1.6 | 640.00 | Review and respond to questions regarding forecast model scenarios. |
| **Total For Activity** | | | **10.0** | **$4,000.00** | |
| **Activity Classification: General Meeting with Debtor & Debtors' Professionals** | | | | | |
| Voskanian, Steve | $620 | 06/07/2010 | 0.5 | 310.00 | E-mail and telephone correspondence with F. Skaggs regarding revised budgets. |
| Voskanian, Steve | $620 | 06/08/2010 | 0.6 | 372.00 | E-mail and telephone correspondence with E. Hengel regarding revised budgets. |

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period June 1, 2010 through June 30, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: General Meeting with Debtor & Debtors' Professionals** | | | | | |
| Voskanian, Steve | $620 | 06/08/2010 | 1.2 | 744.00 | Meet with F. Skaggs, A. Murray and M. Echemendia to discuss budgets and projections. |
| Voskanian, Steve | $620 | 06/09/2010 | 0.6 | 372.00 | Call with Julie Brand to discuss revised budgets and projections. |
| Voskanian, Steve | $620 | 06/09/2010 | 0.5 | 310.00 | Meet with F. Reiss to discuss revised budgets and projections. |
| Voskanian, Steve | $620 | 06/10/2010 | 1.4 | 868.00 | Meet with F. Skaggs, A. Murray and J. Maddux to discuss revised budgets and projections. |
| Voskanian, Steve | $620 | 06/10/2010 | 0.9 | 558.00 | E-mail and telephone correspondence with Julie Brand to discuss revised budgets and projections. |
| Voskanian, Steve | $620 | 06/11/2010 | 0.3 | 186.00 | Call with Julie Brand to discuss revised budgets and projections. |
| Voskanian, Steve | $620 | 06/11/2010 | 0.2 | 124.00 | Meet with F. Reiss to discuss revised budgets and projections. |
| Hengel, Evan | $400 | 06/14/2010 | 0.4 | 160.00 | Participate in call with J. Brand (Danning Gill) and S. Voskanian (FTI) |
| Voskanian, Steve | $620 | 06/14/2010 | 1.5 | 930.00 | Meet with F. Skaggs, A. Murray, M. Echemendia and J. Maddux to discuss revised budgets and projections. |
| Voskanian, Steve | $620 | 06/14/2010 | 0.8 | 496.00 | Calls with Julie Brand to discuss revised budgets and projections. |
| Reiss, Freddie | $885 | 06/16/2010 | 4.2 | 3,717.00 | Meeting with client and counsel. |
| Voskanian, Steve | $620 | 06/16/2010 | 0.3 | 186.00 | Calls with Julie Brand to discuss revised budgets and projections. |
| Voskanian, Steve | $620 | 06/16/2010 | 1.1 | 682.00 | Drive to and from courthouse. |
| Voskanian, Steve | $620 | 06/16/2010 | 2.7 | 1,674.00 | Meet with J. Tedford, J. Maddux, A. Murray, F. Reiss and T. Nielsen to discuss forecast model and liquidation analysis. |
| Voskanian, Steve | $620 | 06/16/2010 | 0.4 | 248.00 | Meet with F. Reiss to discuss modified plan and disclosure statement. |
| Voskanian, Steve | $620 | 06/17/2010 | 0.5 | 310.00 | Meet with F. Reiss to discuss modified plan and disclosure statement. |
| Voskanian, Steve | $620 | 06/17/2010 | 0.4 | 248.00 | Call with J. Brand to discuss amended exhibits to disclosure statement. |
| Voskanian, Steve | $620 | 06/18/2010 | 0.6 | 372.00 | Calls with J. Palacio and F. Skaggs to discuss rent rolls |
| Voskanian, Steve | $620 | 06/22/2010 | 0.4 | 248.00 | Call with Julie Brand to discuss amended disclosure statement and exhibits. |
| Voskanian, Steve | $620 | 06/22/2010 | 0.5 | 310.00 | Call with A. Murray to discuss amended disclosure statement and interest rate research. |
| Voskanian, Steve | $620 | 06/23/2010 | 0.5 | 310.00 | Meet with T. McGrath to discuss interest rate research and valuations. |
| Voskanian, Steve | $620 | 06/23/2010 | 0.4 | 248.00 | Call with A. Murray to discuss amended disclosure statement and interest rate research. |
| Reiss, Freddie | $885 | 06/24/2010 | 1.0 | 885.00 | Meeting with client to develop next steps. |
| Reiss, Freddie | $885 | 06/24/2010 | 0.4 | 354.00 | Meet with clients regarding Bank of America presentation. |
| Voskanian, Steve | $620 | 06/24/2010 | 0.4 | 248.00 | Call with F. Skaggs to discuss Union Lofts and Bank of America loans. |
| Voskanian, Steve | $620 | 06/24/2010 | 0.3 | 186.00 | Meet with F. Reiss to discuss Bank of America loans. |
| Voskanian, Steve | $620 | 06/25/2010 | 0.6 | 372.00 | Meet with M. Linsk to discuss interest rate research and analysis. |
| Voskanian, Steve | $620 | 06/25/2010 | 0.5 | 310.00 | Meet with F. Reiss to discuss Bank of America loans and interest rates. |
| Voskanian, Steve | $620 | 06/28/2010 | 0.4 | 248.00 | Calls with A. Murray to discuss financial forecast scenarios. |

*EXHIBIT "C"*                                                                           *Page 7 of 8*

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period June 1, 2010 through June 30, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: General Meeting with Debtor & Debtors' Professionals** | | | | | |
| Voskanian, Steve | $620 | 06/29/2010 | 1.4 | 868.00 | Meet w/ F. Skaggs, M. Echemendia and A. Murray regarding financial statements and sensitizing forecast model. |
| Total For Activity | | | 25.9 | $17,454.00 | |
| **Activity Classification: Meetings with Other Parties** | | | | | |
| Reiss, Freddie | $885 | 06/24/2010 | 2.1 | 1,858.50 | Meeting with Bank of American workout. |
| Total For Activity | | | 2.1 | $1,858.50 | |
| **Activity Classification: Valuation and Related Matters** | | | | | |
| Nelson, Cynthia | $885 | 06/30/2010 | 0.3 | 265.50 | Discuss interest rate research with S. Voskanian. |
| Total For Activity | | | 0.3 | $265.50 | |
| **Grand Total of Hours and Fees** | | | **186.3** | **$105,925.50** | |

| In re: MERUELO MADDUX PROPERTIES, INC., et al., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER - 1:09-bk-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 600 Anton Boulevard, Costa Mesa, CA 90071 The foregoing documents described as: **BANK OF AMERICA, N.A.'S SUPPLEMENTAL OBJECTION TO DEBTORS' THIRD AMENDED DISCLOSURE STATEMENT** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. **On July 25, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **July 26, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Kathleen Thompson
United States Bankruptcy Court - Warner Center
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6609
(Overnight Mail)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 25, 2010** | Eric S. Pezold | /s/ Eric S. Pezold |
|---|---|---|
| Date | Type Name | Signature |

11783930

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- John J Bingham    jbingham@dgdk.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    jwb@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- George T Busu    george.busu@limruger.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher    dave.hercher@millernash.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson    natasha.johnson@dlapiper.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Lewis R Landau    lew@landaunet.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com

11783930

- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri    jnassiri@venable.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Craig M Rankin    cmr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Zev Shechtman    zshechtman@dgdk.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

## II. TO BE SERVED BY U.S. MAIL:

David P. Beitchman
16130 Ventura Boulevard
Suite 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

SCS Flooring Systems
c/o Raymond Myer Esq.
1220 ½ State Street
Santa Barbara, CA 93101

11783930