RON ORR & PROFESSIONALS, INC.
RONALD S. ORR, SBN 54257
578 Washington Blvd., #389
Marina Del Rey, CA 90292
(310) 301-4849
(310) 301-6549 Facsimile
E-mail: ronorresq@aol.com

RODIGER LAW OFFICE
GEORGIANA G. RODIGER, SBN 94416
272 South Los Robles Avenue
Pasadena, California 91101
(626) 793-7264
(626) 793-7592 Facsimile
E-mail: crodiger@rodigerlaw.com

Proposed Attorneys for Equity Committee

UNITED STATES BANKRUPCTY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.[1]<br><br>Debtors and Debtors-in-Possession.<br><br>AFFECTS ALL DEBTORS | CASE NO. 09-bk-13356-KT<br><br>Chapter 11<br><br>NOTICE OF SUPPORT BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE FOR THE COURT TO ALLOW LEGENDARY INVESTORS GROUP NO. 1, LLC AND EAST WEST BANK TO FILE A PLAN OF REORGANIZATION<br><br>DATE: August 2, 2010<br>TIME: 9:30 AM PDT<br>DEPT: Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, California |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are listed on the following page.

RODIGER LAW OFFICE

1.
NOTICE OF SUPPORT BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE FOR THE COURT TO ALLOW LEGENDARY INVESTORS GROUP NO. 1 LLC AND EAST WEST BANK TO FILE A PLAN OF REORGANIZATION

BANKRUPTCY JUDGE, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the Official Equity Holder's Committee appointed in the above-captioned, jointly-administered bankruptcy cases [2] (the "Committee"), supports the right of Legendary Investors Group No. 1, LLC and East West Bank to file a plan of reorganization as soon as the court terminates the exclusivity period to allow their filing.

**PLEASE TAKE FURTHER NOTICE** that the Committee voted unanimously in July 29, 2010 to file this notice requesting that the Court allow Legendary Investors Group No. 1, LLC and East West Bank to file a plan of reorganization. The Committee does not endorse this proposed plan or any other plan at this time. The Committee is analyzing these plans and will negotiate with appropriate plan proponents in the near future.

DATED: July 30, 2010

RON ORR & PROFESSIONALS, INC.

By: _____
Ronald S. Orr, Esq.

---

[2] The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-28 KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404.

RODIGER LAW OFFICE

2.
NOTICE OF SUPPORT BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE FOR THE COURT TO ALLOW LEGENDARY INVESTORS GROUP NO. 1 LLC AND EAST WEST BANK TO FILE A PLAN OF REORGANIZATION

| In re: Meruelo Maddux Properties, Inc., et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-BK-13356-KT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
578 Washington Blvd., #389, Marina Del Rey, CA 90292

A true and correct copy of the foregoing document described as  Notice of Support by the Official Equity Holders' Committee for the Court to Allow Legendary Investors and East West Bank to file a Plan of Reorg.   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  7/30/10   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  7/30/10   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/30/10 | Ronald S. Orr | /S/ Ronald S. Orr |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                       F 9013-3.1

| In re: Meruelo Maddux Properties, Inc., et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-BK-13356-KT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):
Michael C Abel    mca@dgdk.com
Robert Abiri    rabiri@abiriszeto.com
John J Bingham    jbingham@dgdk.com
Peter Bonfante    peterbonfante@bsalawfirm.com
Julia W Brand    jwb@dgdk.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Martin J Brill    mjb@lnbrb.com
George T Busu    george.busu@limruger.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi    hcamhi@ecjlaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn    rcohn@horganrosen.com
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa    mcorrea@jonesday.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Aaron De Leest    aed@dgdk.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Natasha L Johnson    natasha.johnson@dlapiper.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Andrew F Kim    kim-a@blankrome.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
Lewis R Landau    lew@landaunet.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Elmer D Martin    elmermartin@gmail.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| In re: Meruelo Maddux Properties, Inc., et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-BK-13356-KT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jennifer L Nassiri    jnassiri@venable.com
Lawrence Peitzman    lpeitzman@pwkllp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Craig M Rankin    cmr@lnbrb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Zev Shechtman    zshechtman@dgdk.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Stephen Shiu    sshiu@swlaw.com
Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford    jtedford@dgdk.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com

II.  TO BE SERVED BY U.S. MAIL:
David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South Suite 310
San Diego, CA 92108

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr, 3rd fl
Studio City, CA 91607

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1