**RON ORR & PROFESSIONALS, INC.**
RONALD S.ORR, SBN 54257
578 Washington Blvd., #389
Marina Del Rey, CA 90292
(310) 301-4849
(310) 301-6549 Facsimile
E-mail: ronorresq@aol.com

**RODIGER LAW OFFICE**
GEORGIANA G. RODIGER, SBN 94416
272 South Los Robles Avenue
Pasadena, California  91101
(626) 793-7264
(626) 793-7592 Facsimile
E-mail: crodiger@rodigerlaw.com

Bankruptcy Attorneys for the Official Equity
Holders Committee

# UNITED STATES BANKRUPCTY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-bk- 1 3356-KT |
| | Chapter 11 |
| MERUELO MADDUX PROPERTIES, INC., et al.[1] | **APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY HOLDERS TO EMPLOY KIBEL GREEN, INC. AS FINANCIAL ADVISOR; DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF** |
| Debtors and Debtors-in-Possession. | |
| | DATE:  August 26, 2010 |
| | TIME:  2:00 p.m. |
| AFFECTS ALL DEBTORS | DEPT:  Courtroom 301 |
| | 21041 Burbank Blvd. |
| | Woodland Hills, California |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases
filed by affiliated entities. The affiliated case numbers are listed on the following page.

RODIGER LAW
OFFICE

I.
APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

**TO:   THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

The Official Committee of Equity Holders in the above-captioned jointly-administered cases of Meruelo Maddux Properties, Inc., et al., (the "Committee"), pursuant to 11 U.S.C. §§ 330 and 1103(b), Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b), hereby applies for an order authorizing the Committee to employ Kibel Green Inc. ("KGI") as the Committee' financial advisor in this case, effective as of July 27, 2010, upon the terms and conditions set forth herein, (the "Application"). In support of the Application, the Committee represents as follows:

## I.

## BACKGROUND

### A.    The Debtors and Their Bankruptcy Cases

On March 26 and 27th, 2009, Meruelo Maddux Properties, Inc., ("MMPI"), and 53 affiliated entities, (collectively, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.  Pursuant to this Court's Order, entered April 7, 2009 (Docket No. 30), these 54 affiliated bankruptcy cases are being jointly administered[2] under the above-captioned lead case.  The Debtors are

---

[2] The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk- 13358-KT; 1:09-bk-13359-KT; 1 :09-bk-13360-KT; 1:09-bk- 13361-KT; 1:09-bk-13362-KT; 1:09-bk- 13363-KT; 1:09-bk-13364-KT; 1:09-bk- 13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk- 13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk- 13378-KT; 1:09-bk- 13379-KT; 1:09-bk- 13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1 :09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk- 13386-KT; 1:09-bk- 13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-28 KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk- 13403-KT; 1:09-bk-13404.

RODIGER LAW
OFFICE

operating their business affairs pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

On September 3, 2009, Meruelo Maddux – 845 S. Flower Street, LLC, ("845 Flower"), and Meruelo Chinatown, LLC, ("Chinatown") -- two additional entities related to the Debtors -- filed their own separate voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

**B.    The Committee**

On July 19, 2010, the Office of the United States Trustee ("UST") appointed the Committee. The UST appointed the following equity holders to act as the Committee pursuant to Section 1102(a)(I) of the Bankruptcy Code (1) David A. Spinney.; (2) Douglas J. McCaslin, and (3)  Stephen S. Taylor on behalf of the Taylor International Fund Ltd.

**C.    The Plans and Disclosure Statements**

On or about November 30, 2009, the Debtors filed their "Joint and Consolidated Chapter 11 Plan of Reorganization" (the "Initial Plan").  On or about December 4, 2009, the Debtors filed their "Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code Accompanying Joint and Consolidated Plan of Reorganization" (the "Initial Disclosure Statement").

On February 17, 2010, 845 Flower and Chinatown filed their "Joint First Amended Disclosure Statement and Joint First Amended Plan of Reorganization" (the "Flower Amended Plan and Disclosure Statement").

On February 27, 2010, the Debtors filed their "First Amended Joint Chapter 11 Plan of Meruelo Maddux Properties, Inc., et al." (the "Amended Plan"), and their "First Amended Disclosure Statement" (the "Amended Disclosure Statement").

On July 15, 2010 the Debtors filed their fourth amended disclosure statement, and since that time they have filed more plan amendments and Disclosure statement Amendments, the latest one was August 2, 2010.

On July 15, 2010 Charlestown Capital Advisors, LLC and Hartland Asset

RODIGER LAW
OFFICE

3.

APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

Management Corporation filed their plan and disclosure statement. Their disclosure statement was modified on July 15, 2010.

On August 2, 2010 this Court ruled that Legendary Investors Group No.1 LLC and East West Bank could file a plan and disclosure statement in these cases.

## II.

## PROPOSED EMPLOYMENT OF KGI

### A.    Scope of Employment

Pursuant to a Committee meeting convened on July 27, 2010, the Committee seeks to employ KGI as its financial advisor in these cases. KGI is currently engaged by the Unsecured Creditors Committee ("UCC") in the same matter. The UCC and the Committee have agreed that there is no conflict with KGI providing financial advisory services to both committees, and agree that engaging KGI to advise the Committee will save money for the estate. The Committee requires the assistance of KGI to render the following types of professional services:

1.    Assisting the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors;

2.    Assisting the Committee in reviewing and analyzing any chapter 11 plans and disclosure statements including, but not necessarily limited to, the Debtors' Modified Second Amended Plan and Disclosure Statement, and any other plans filed or to be filed by the Debtor or other interested parties including any plan that might be filed by this Committee.

3.    Providing the Committee with  financial analysis of the Debtors' financial statements and pro-forma budgets/projections;

4.    Assisting the Committee with respect to analyzing the financial ramifications of any proposed sales of any of the Debtors' assets;

RODIGER LAW
OFFICE

4.

APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

5.     Assisting the Committee with respect to analyzing the financial ramifications of any proposed financing or refinancing of any real property of any of the Debtors;

6.     Assisting the Committee with evaluating and analyzing the asset portfolio, and, as directed by the Committee, specific assets in the portfolio (with the understanding that KGI is not a Real Estate valuation or appraisal firm and its analysis shall not be interpreted as a formal valuation or appraisal);

7.     Assisting the Committee's legal counsel with respect to any negotiations regarding any chapter 11 plans, disclosure statements and distributions to the equity holders;

8.     Assisting the Committee and its legal counsel in preparing or responding to any disclosure statements, chapter 11 plans and/or motions to sell properties;

9.     Preparing for and attending court hearings, as directed by the Committee;

10.     Identifying potential capital sources (with the understanding that KGI is not raising capital under this scope of employment and that any capital-raising work would be under a separate engagement); and

11.     Performing such other financial advisory services as may be required in the interests of the Committee and equity holders.

KGI's engagement shall not be construed to obligate KGI to (i) assist with any negotiation with the UCC or efforts to limit the unsecured creditors to less than a full recovery of their claims; (ii) render any valuations or appraisals of any assets or any fairness opinion; or (iii) undertake any activities for which a broker dealer license is required (since KGI is not a broker dealer). The Committee should retain accountants, tax advisors, appraisers and other professionals as required. KGI is being engaged to provide advice solely for the information and assistance of the Committee. Because KGI will be relying upon the information and assumptions provided by the Debtor and such other professionals in performing its analyses, and will be proceeding in accordance with the instructions and judgment of the Committee, no other person is

RODIGER LAW
OFFICE

5.

APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

entitled to or should rely on any advice by KGI; accordingly, the Committee shall not publicly disclose or claim that KGI has given any particular advice or analysis (written or oral) nor should any conclusions be treated as the opinion of KGI.

## B.    Terms of Employment and Compensation

The Committee proposes to employ KGI, effective as of July 27, 2010, at the expense of the Debtors' estates pursuant to 11 U.S.C. § 330 in accordance with the terms and conditions set forth in this Application.

The fees charged by KGI for its professional services are based upon the time and labor required, the difficulty of the issues involved, the skill required to perform the financial advisory service properly, the preclusion of other employment, time limitations imposed by the circumstances and the experience and ability of KGI.

The Committee seeks to employ KGI on an hourly basis for its financial advisory services at the following rates prevailing as of the date of this Application and which are subject to periodic adjustment:

| Type of Professional | Current Hourly Rate |
| --- | --- |
| Steven J. Green, President | $595.00 |
| Jay Maddux, Managing Director, Real Estate | $495.00 |
| Matt Covington, Managing Director, Capital | $495.00 |
| David Lauletta, Managing Consultant, Real Estate | $350.00 |
| Nicolas Long, Senior Consultant, Real Estate | $250.00 |
| Other KGI Consultants | $175.00-$350.00 |
| Other Professionals | $90.00-$150.00 |

At this time, KGI anticipates that Jay Maddux, Managing Director of Real Estate, and Matt Covington, Managing Director of Financial Restructuring, will be primarily responsible for advising and representing the Committee in these cases. A copy of the individual profiles for each of Messrs. Maddux and Covington are appended to the accompanying declaration of Steven Green (the "Green Declaration")

RODIGER LAW
OFFICE

6.

APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

as Exhibit 1.  KGI may utilize additional professionals as is necessary to perform the financial advisory services to the Committee contemplated herein.  KGI will staff the case in the most cost-efficient manner.

In addition to the hourly rates set forth above (or as may be adjusted from time to time), KGI will seek reimbursement of expenses it incurs in the course of its proposed engagement by the Committee in these cases.

KGI has not received a retainer for this matter.  KGI requests and intends to seek monthly payment of its fees and reimbursement of its expenses pursuant to the monthly professional fee procedures authorized by this Court in these cases upon giving the required notice to the necessary parties, subject to objection, or in accordance with any other fee procedures this Court may authorize or require.

KGI seeks compensation pursuant to 11 U.S.C. § 330.  KGI understands that, notwithstanding any of the foregoing, any and all fees and expenses sought or requested by, or paid to, KGI are subject to Court approval and will be in the amounts approved by the Court upon application in accordance with the Orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for this Court and any other applicable law and guidelines.  At the conclusion of these cases or KGI's proposed engagement, KGI will file an application seeking final allowance of all its fees and expenses, regardless of whether monthly or interim compensation has been paid to KGI.

KGI has not agreed to share any compensation for services rendered or to be rendered in any capacity in connection with these cases between KGI and any other entity, except among KGI's personnel.

## C.    KGI's Qualifications

As reflected in the company resume for KGI (appended to the Green Declaration as Exhibit 1), the Committee believes that KGI is well-qualified to render the services contemplated by the Committee's proposed engagement of KGI.  Furthermore, each of

RODIGER LAW
OFFICE

7.

APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

Jay Maddux and Matt Covington, the professionals at KGI that will be primarily responsible for rendering the financial advisory services to the Committee, has extensive experience rendering such services to court-appointed committees. Copies of each of Messrs. Maddux and Covington's respective profiles, as well as the profiles for other professionals at KGI, are included in the company's resume appended to the Green Declaration as <u>Exhibit 1</u>.

## D.    KGI is Disinterested

Based on the Green Declaration, the Committee believes that KGI does not represent or hold any interest adverse to the estates in the matters on which KGI is to be employed, and that KGI is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code. For purposes of disclosure only, KGI states that, as part of its diverse practice, KGI has appeared and routinely appears in numerous cases, proceedings and transactions involving many different professionals, including SulmeyerKupetz (bankruptcy counsel to the UCC in the instant cases). KGI further discloses that, currently, it is involved in the case of <u>In re GTS 900, LLC</u>, Case No. 2:09-bk-35127-VZ, pending in the United States Bankruptcy Court for the Central District of California, in which it serves as the debtor's financial advisor, and in which SulmeyerKupetz represents that debtor as its general bankruptcy counsel.

Furthermore, the Committee believes that, except as otherwise set forth herein and in the Green Declaration, neither KGI, its consultants, employees nor other professionals has any connection with the Debtors, their employees, accountants, the UST, or any employee of the UST, other parties in interest or creditors.

## III.
## CONCLUSION

Based on the foregoing, the Committee believes that KGI's employment herein at the expense of the estates is necessary and in the best interest of the estates. Therefore, the Committee respectfully requests that this Court enter an order: (1) approving this Application; (2) authorizing the Committee's employment of KGI as the Committee's financial advisor, effective as of July 29, 2010, at the expense of the estates, on the terms and conditions set forth in the Application, with the amount of compensation and reimbursement to be determined by this Court upon proper application(s) therefore; and (3) providing such other and further relief as is proper.

DATED: August 3, 2010

THE OFFICIAL EQUITY HOLDERS'
COMMITTEE


By:_____
Stephen S. Taylor, Chairperson of the
Official Committee of Equity Holders


DATED: August 3, 2010

RON ORR & PROFESSIONALS, INC.


By:_____
Ronald S. Orr, Esq.
Bankruptcy Counsel for the Official
Committee of Equity Holders

RODIGER LAW
OFFICE

9.

APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

# DECLARATION OF STEVEN GREEN

I, Steven Green, declare:

1.      I am the President of Kibel Green, Inc. ("<u>KGI</u>"), proposed financial advisors to the Official Committee of Equity Holders (the "<u>Committee</u>") in the above-captioned, jointly-administered bankruptcy cases of Meruelo Maddux Properties, Inc., and the 53 affiliated entities, debtors and debtors in possession, (collectively, the "<u>Debtors</u>").<u>3</u>

2.      I make and execute this declaration in support of the Committee's application to employ KGI as the Committee's financial advisors (the "<u>Application</u>").

3.      The address and telephone number for KGI is:
Kibel Green Inc.
2001 Wilshire Boulevard, Suite 420
Santa Monica, CA 90403
Office: (310) 829-0255
Fax: (310) 453-6324

4.      At the Committee's request, KGI has agreed to serve as the financial advisor to the Committee.  KGI will provide to the Committee the following types of professional services:

a.      Assisting the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors;

b.      Assisting the Committee in reviewing and analyzing any chapter 11 plans and disclosure statements including, but not necessarily limited to, the Debtors' Modified Second Amended Plan and Disclosure Statement, and any other plans filed or to be filed by the Debtor or other interested parties including any plan that might be filed by this Committee.

c.      Providing the Committee with  financial analysis of the Debtors' financial statements and pro-forma budgets/projections;

---

[3] Capitalized terms not otherwise defined in this declaration shall have the meaning ascribed to them in the Application to which this declaration is appended.

10.
APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

d.    Assisting the Committee with respect to analyzing the financial ramifications of any proposed sales of any of the Debtors' assets;

e.    Assisting the Committee with respect to analyzing the financial ramifications of any proposed financing or refinancing of any real property of any of the Debtors;

f.    Assisting the Committee with evaluating and analyzing the asset portfolio, and, as directed by the Committee, specific assets in the portfolio (with the understanding that KGI is not a Real Estate valuation or appraisal firm and its analysis shall not be interpreted as a formal valuation or appraisal);

g.    Assisting the Committee's legal counsel with respect to any negotiations regarding any chapter 11 plans, disclosure statements and distributions to the equity holders;

h.    Assisting the Committee and its legal counsel in preparing or responding to any disclosure statements, chapter 11 plans and/or motions to sell properties;

i.    Preparing for and attending court hearings, as directed by the Committee;

j.    Identifying potential capital sources (with the understanding that KGI is not raising capital under this scope of employment and that any capital-raising work would be under a separate engagement); and

k.    Performing such other financial advisory services as may be required in the interests of the Committee and equity holders.

l.    KGI's engagement shall not be construed to obligate KGI to (i) assist with any negotiation with the UCC or efforts to limit the unsecured creditors to less than a full recovery of their claims; (ii) render any valuations or appraisals of any assets or any fairness opinion; or (iii) undertake any activities for which a broker dealer license is required (since KGI is not a broker dealer).  The Committee should retain accountants, tax advisors, appraisers and other professionals as required.  KGI is

being engaged to provide advice solely for the information and assistance of the Committee. Because KGI will be relying upon the information and assumptions provided by the Debtor and such other professionals in performing its analyses, and will be proceeding in accordance with the instructions and judgment of the Committee, no other person is entitled to or should rely on any advice by KGI; accordingly, the Committee shall not publicly disclose or claim that KGI has given any particular advice or analysis (written or oral) nor should any conclusions be treated as the opinion of KGI.

5.    KGI seeks to be employed, effective as of July 27, 2010, at the expense of the Debtors' estate, pursuant to 11 U.S.C. § 330, in accordance with the terms and conditions set forth in the Application.

6.    The fees charged by KGI for its professional services are based upon the time and labor required, the difficulty of the issues involved, the skill required to perform the financial advisory service properly, the preclusion of other employment, time limitations imposed by the circumstances and the experience and ability of KGI.

7.    In this case, KGI's professionals will bill their time on an hourly basis for the financial advisory services at the following rates prevailing as of the date of the Application and which are subject to periodic adjustment:

| Type of Professional | Current Hourly Rate |
| --- | --- |
| Steven J. Green, President | $595.00 |
| Jay Maddux, Managing Director, Real Estate | $495.00 |
| Matt Covington, Managing Director, Fin. Restructuring | $495.00 |
| David Lauletta, Managing Consultant, Real Estate | $350.00 |
| Nicolas Long, Senior Consultant, Real Estate | $250.00 |
| Other KGI Consultants | $175.00-$225.00 |
| Other Professionals | $90.00-$150 |

8.      Jay Maddux, Managing Director of Real Estate and Matt Covington, Managing Director of Financial Restructuring, will be primarily responsible for advising and representing the Committee in these cases.  Copies of the respective profiles for Jay Maddux and Matt Covington are included within the resume for KGI appended hereto as <u>Exhibit 1</u>.  KGI may utilize additional professionals as is necessary to perform the financial advisory services to the Committee contemplated herein.  KGI will staff the case in the most cost-efficient manner.

9.      In addition to the hourly rates set forth above (or as may be adjusted from time to time), KGI will seek reimbursement of expenses it incurs in the course of its proposed engagement by the Committee in these cases.

10.     KGI has not received a retainer for this matter.  KGI requests and intends to seek monthly payment of its fees and reimbursement of its expenses pursuant to the monthly professional fee procedures authorized by this Court in these cases upon giving the required notice to the necessary parties, subject to objection, or in accordance with any other fee procedures this Court may authorize or require.

11.     KGI seeks compensation pursuant to 11 U.S.C. § 330.  I, on behalf of KGI, understand that, notwithstanding anything to the contrary herein, any and all fees and expenses sought or requested by, or paid to, KGI is subject to Court approval and in the amounts approved by the Court upon application in accordance with the Orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for this Court and any other applicable law and guidelines.

12.     At the conclusion of these cases or KGI's proposed engagement, KGI will file an application seeking final allowance of all its fees and expenses, regardless of whether monthly or interim compensation has been paid to KGI.

13.     KGI has not agreed to share any compensation for services rendered or to be rendered in any capacity in connection with these cases between KGI and any other entity, except among KGI's personnel.

RODIGER LAW
OFFICE

13.
APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

14.    KGI maintains a computer database of past and present clients, and certain parties related to those clients.  At my request and direction, KGI staff members reviewed such database to determine whether KGI is a "disinterested person" in the Debtors' cases, as I understand that term to be defined in the Bankruptcy Code based on my experience in representing debtors in bankruptcy cases.

15.    Based on the search discussed in paragraph 14 above, and as far as I am aware, I believe that KGI does not represent or hold any interest adverse to the estates or of any class of creditors or equity security holders in the matters on which KGI is to be employed, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of any of the Debtors, or for any other reason, and that KGI is a disinterested person as I understand that term to be defined in the Bankruptcy Code.

For purposes of disclosure only, KGI states that, as part of its diverse practice, KGI has appeared and routinely appears in numerous cases, proceedings and transactions involving many different professionals, including SulmeyerKupetz (bankruptcy counsel to the Committee in the instant cases).  KGI further discloses that, currently, it is involved in the case of In re GTS 900, LLC, Case No. 2:09-bk-35127-VZ, pending in the United States Bankruptcy Court for the Central District of California, in which it serves as the debtor's financial advisor, and in which SulmeyerKupetz represents that debtor as its general bankruptcy counsel.

16.    Furthermore, except as otherwise set forth in the Application and herein, as far as I am aware, neither I, KGI, its consultants, employees nor other professionals at KGI has any connection with the Debtors, their employees, accountants, any United States Bankruptcy Judge, the UST, or any employee of the UST, other parties in interest or creditors.

17.    As far as I am aware: (a) KGI is not a creditor, an equity security holder or an insider of any of the Debtors; (b) KGI is not and was not an investment banker for any outstanding security of any of the Debtors; (c) KGI has not been within three

(3) years before the date of the filing of the petition in this case, an investment banker for a security of any of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of any of the Debtors; and (d) KGI is not and was not, within two (2) years before the date of the filing of the petition in this case, a director, officer or employee of the Debtors or of any investment banker for any security of any of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 2, 2010, at Santa Monica, California.

_____
Steven Green

RODIGER LAW
OFFICE

15.
APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

RODIGER LAW
OFFICE

APPLICATION BY THE OFFICIAL EQUITY HOLDERS' COMMITTEE TO EMPLOY KIBEL GREEN INC. AS FINANCIAL ADVISOR;
DECLARATION OF STEVEN GREEN IN SUPPORT THEREOF



# Meruelo Maddux Properties, Inc.
# Chapter 11 Bankruptcy Proceeding



## <u>Detailed Biographies</u>

July 27, 2010



# Detailed Biographies – Steve Green

**Steve Green**
*President*
*Kibel Green Inc.*

**Contact Information:**
Phone:  310-829-0255 x220
Fax:    310-453-6324

**E-mail Address:**
sgreen@kginc.com

**Office Address:**
2001 Wilshire Blvd.,
Suite 420
Santa Monica, CA 90403

**Professional Experience:**

- Mr. Steven J. Green is a nationally recognized specialist in advising and managing value creation and stabilization of companies. He is the Co-Founder and President of Kibel Green Inc., a Los Angeles, California based management and financial consulting firm.
- Prior to forming Kibel Green Inc., Mr. Green led the turnaround of four failing companies. One company operated under the protection of Chapter 11 bankruptcy proceedings, while the others were experiencing varying degrees of financial and operational difficulties. These turnarounds earned him a reputation for creativity, tenacity, and financial acumen leading him to form Kibel Green Inc.
- Over the past 25 years Mr. Green has personally overseen 500+ turnaround and restructuring engagements at Kibel Green.
- Mr. Green has taught at Cal Poly Pomona and is a frequent guest lecturer at USC Marshall School of Business.
- Mr. Green has published numerous articles, is a regular speaker at conferences and conducts workshops for business leaders.
- Member of the Advisory Council for the Entrepreneur Program at USC.
- Member and former officer of the Young Presidents Organization.

- **Education & Certifications:**
- MBA – University of Southern California
- B.S. – Northeastern University
- Licensed California real estate broker

KIBEL GREEN

# Detailed Biographies – Matt Covington

**Matt Covington**
*Managing Director*
*Kibel Green Inc.*

**Contact Information:**
Phone: 310-829-0255 x228
Fax:    310-453-6324

**E-mail Address:**
mcovington@kginc.com

**Office Address:**
2001 Wilshire Blvd.,
Suite 420
Santa Monica, CA 90403

**Professional Experience:**

- Mr. Matt D. Covington's experience includes both company and creditor-side restructurings in a variety of industries.
- Prior to joining Kibel Green, Mr. Covington was a Senior Vice President at Chanin Capital Partners. Selected restructuring engagements include SK Foods, L.P., Primus Telecommunications Group, Inc., Majestic Star Casino, LLC, Pierre Foods, Inc., Performance Transportation Services, Inc., The Pacific Lumber Company, The Wornick Company, Calpine Corporation, Mirant Corp., Pegasus Satellite Communications, Inc., Bayou Steel Corporation and Brightpoint, Inc.
- Mr. Covington has also worked on selected distressed M&A transactions, including Anchor Blue Retail Group, Crescent Jewelers and Legacy Estate Group, LLC.
- Mr. Covington joined Chanin in May 2002.
- Prior to joining Chanin Capital Partners, Mr. Covington was an associate in the New York office of Credit Suisse First Boston, where he was a generalist in the Mergers and Acquisitions Group. At CSFB, Mr. Covington worked with clients in a variety of industries, assisting them both with assessing and executing transactions. Representative transactions included AMR Corporation's $5.1 billion purchase of TWA in January 2001; Splitrock Services' $2.5 billion sale to McLeod USA in January 2000; TravelCenters of America's $712 million sale to Oak Hill Capital Partners in June 2000; and the Boeing Company's sale of its Fabrication Operations to GKN plc in October 2000 for $111 million.
- Mr. Covington is listed as a contributor to Steven Moyer's book, *Distressed Debt Analysis*.
- Mr. Covington is a guest lecturer at Pepperdine University's Graziadio School of Business.

- **Education & Certifications:**
- JD - University of Chicago
- MBA - University of Chicago
- B.A. - University of California at Berkeley, with honors
- Admitted to the New York State Bar



# Detailed Biographies – James Maddox

**James Maddox**
*Managing Director*
*Kibel Green Inc.*

**Contact Information:**
Phone: 310-829-0255 x212
Fax:     310-453-6324

**E-mail Address:**
jmaddox@kginc.com

**Office Address:**
2001 Wilshire Blvd.,
Suite 420
Santa Monica, CA 90403

**Professional Experience:**

- Mr. James R. Maddox, Jr. is Managing Director of Real Estate for Kibel Green Inc.  He brings more than 25 years of real estate finance and executive management experience to Kibel Green.
- Mr. Maddox specializes in helping the firm's real estate clients in a variety of areas including financial restructuring, cash flow maximization, strategic and business plan development, capital sourcing, and operational improvement.
- During his 15+ years in real estate, Mr. Maddox has participated in more than $2 billion of mortgage financings, securitizations and distressed debt restructurings.
- Prior to joining Kibel Green he was previously west coast Director of Gramercy Capital Corp., a New York based public REIT specializing in structured financing; and as Senior Vice President of Mezzanine Investments for ARCS Commercial Mortgage, the nation's largest Fannie Mae multifamily lender, he organized and managed a $50 million mezzanine and bridge lending fund.
- Mr. Maddox was previously Vice President of Real Estate Investment Banking for Citicorp Securities, where he managed major real estate loan distribution and syndicated loan workouts on the West Coast.
- Mr. Maddox has held a variety of upper management positions at Weyerhaeuser Mortgage Company. His real estate expertise spans virtually all types of financing from senior debt to mezzanine to equity, as well as most types of commercial and residential properties.

- **Education & Certifications:**
- MBA – UCLA Anderson School of Management
- B.A. – Claremont McKenna College

KIBEL GREEN

# Detailed Biographies – David Lauletta

**David Lauletta**
*Managing Consultant*
*Kibel Green Inc.*

**Contact Information:**
Phone: 310-829-0255 x263
Fax:     310-453-6324

**E-mail Address:**
dlauletta@kginc.com

**Office Address:**
2001 Wilshire Blvd.,
Suite 420
Santa Monica, CA 90403

**Professional Experience:**

- Mr. David Lauletta is a Managing Consultant with the Real Estate Practice at Kibel Green. He brings nearly 25 years of professional operations, finance and accounting experience to Kibel Green.

- Mr. Lauletta utilizes current industry and market knowledge to provide companies, creditors and financial institutions with effective business plan strategies to optimize asset value realization.

- Prior to joining Kibel Green, Mr. Lauletta was the Vice President and Regional Manager for Shea Homes of Southern California (one of the largest privately held homebuilders in the nation), where he was responsible for overseeing the homebuilding activity in the Los Angeles and Ventura Counties.

- Mr. Lauletta has also worked at various real estate companies including Empire Land, Woodridge Capital, Langdon Wilson Architect and Calmark Properties where he held executive management positions including Chief Financial Officer, Senior Vice President of Asset Management, Vice President of Finance and Area Director.

- Mr. Lauletta has been an active participant in many industry associations and public agencies roles including Board Member of Building Industrial Association of Greater Los Angeles, Vice Chairman of Planning Commissioners for the City of Moorpark and various other associations.

- **Education & Certifications:**
- B.A. Economics – University of California at Santa Barbara
- Certified Public Accountant State of California
- Licensed California real estate broker



# Detailed Biographies – Nicholas Long

**Nicholas Long**
*Senior Consultant*
*Kibel Green Inc.*

**Contact Information:**
Phone: 310-829-0255 x268
Fax:     800-581-5007

**E-mail Address:**
nlong@kginc.com

**Office Address:**
2001 Wilshire Blvd.,
Suite 420
Santa Monica, CA 90403

**Professional Experience:**

- Mr. Nicholas Long is a Senior Consultant with the Real Estate Practice at Kibel Green.  He brings nearly 10 years of professional operations, finance and accounting experience to Kibel Green.
- Mr. Long has assisted clients with loss mitigation, transaction advisory and brokerage services, asset management, portfolio optimization, financial restructuring, strategic and business plan development, capital sourcing, and operational improvement.
- Prior to joining Kibel Green, Mr. Long was the Southern California Regional Acquisitions and Finance Manager for JF Shea Co. Inc., the parent company for the largest privately held residential home builder in the nation and a leading commercial/retail/multifamily developer and property manager.
- Prior to joining Shea, Mr. Long was a CPA with Deloitte and Touche, LLP where he managed financial statement audits, M&A, IPOs and debt issuances on behalf of his clients from a broad range of industries.  Mr. Long was a two time recipient of the Deloitte and Touche Applause Award for Exemplary Performance.
- Over the past decade Mr. Long has been responsible for closing over $400 Million in residential for sale, multifamily, retail, commercial and public facilities transactions. In addition, he has managed over a dozen joint ventures with various institutional and non-institutional partners with total capital of approximately $1 Billion.
- Mr. Long is an active participant in many professional real estate associations including the BIA, ULI, and OREO.  He has also resided as a member of the BIA's Government Affairs Advisory Board and has been a guest speaker and panelist on public private infrastructure financing at UCLA and USC.

- **Education & Certifications:**
- MBA – University of Southern California
- B.S. – Chapman University
- Certified Public Accountant State of California
- Licensed California real estate broker



| In re: Meruelo Maddux Inc., et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-BK-13356-KT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 578 Washington Blvd., #389, Marina Del Rey, CA 90292

A true and correct copy of the foregoing document described as _Notice of Application and Application of the Official_ _Equity Holders' Committee to Employ Kibel Green, Inc. as Financial Advisor_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _8/3/10_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _8/3/10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/3/10 | Ronald S. Orr | /S/ Ronald S. Orr |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Meruelo Maddux Properties, Inc., et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-BK-13356-KT |

## ADDITIONAL SERVICE INFORMATION (if needed):

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Michael C Abel    mca@dgdk.com
Robert Abiri    rabiri@abiriszeto.com
John J Bingham    jbingham@dgdk.com
Peter Bonfante    peterbonfante@bsalawfirm.com
Julia W Brand    jwb@dgdk.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Martin J Brill    mjb@lnbrb.com
George T Busu    george.busu@limruger.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi    hcamhi@ecjlaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn    rcohn@horganrosen.com
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa    mcorrea@jonesday.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Aaron De Leest    aed@dgdk.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Natasha L Johnson    natasha.johnson@dlapiper.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Andrew F Kim    kim-a@blankrome.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
Lewis R Landau    lew@landaunet.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Elmer D Martin    elmermartin@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Meruelo Maddux Properties, Inc., et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-BK-13356-KT |

## ADDITIONAL SERVICE INFORMATION (if needed):

Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jennifer L Nassiri    jnassiri@venable.com
Lawrence Peitzman    lpeitzman@pwkllp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Craig M Rankin    cmr@lnbrb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Zev Shechtman    zshechtman@dgdk.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Stephen Shiu    sshiu@swlaw.com
Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford    jtedford@dgdk.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com
II.  TO BE SERVED BY U.S. MAIL:
David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South Suite 310
San Diego, CA 92108

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr, 3rd fl
Studio City, CA 91607

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1