Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors-in-Possession. | Case No.: 1:09-bk-13356-KT<br>Jointly Administered<br>Chapter 11<br><br>**JOINT PROPOSED PLAN CONFIRMATION BRIEFING, DISCOVERY AND HEARING SCHEDULE**<br><br>DATE:   August 6, 2010<br>TIME:   9:30 am.<br>PLACE: 21041 Burbank Blvd., Ctrm. 301<br>            Woodland Hills, California |

During the hearing on August 2, 2010 on the Debtors[1] *Motion for Order (1) Approving Plan Solicitation, Notice and Voting Procedures, (2) Approving Forms of Notice and Ballots and (3) Establishing Plan Confirmation Procedures* (the "Voting Procedures Motion"), certain parties proposed to "meet and confer" with respect to a briefing, discovery and hearing schedule in connection with confirmation proceedings involving the plans of reorganization (the "Plans") that were filed or are to be filed by the Debtors, Legendary Investors Group No. 1, LLC, East West Bank, Charlestown Capital Advisors, LLC, and Hartland Asset Management Corporation.  The Court suggested that a

---

[1] The term "Debtors" refers to the fifty four (54) debtors and debtors-in-possession that are being jointly administered in lead case number 1:09-bk-13356-KT.

11823562

meet and confer among the parties was appropriate and continued the hearing on the Voting Procedure Motion to August 6, 2010 without prejudice to other issues raised in opposition to the Voting Procedures Motion.

On August 3, 2010, attorneys for the Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Equity Holders, Legendary Investors Group No. 1, LLC, Bank of America, N.A., California Bank & Trust, and the Los Angeles County Tax Collector (collectively, the "Parties")[2] convened a telephonic meet and confer and agreed on the following briefing, discovery and hearing schedule with respect to the confirmation proceedings for the Plans:

| **Date** | **Day** | **Description** |
| --- | --- | --- |
| 9/3/2010 | | Record Date |
| 9/17/2010 | 1 | Deadline to mail disclosure statement(s), plans of reorganization, etc. |
| 9/24/2010 | 8 | Solely for voting purposes, the deadline to file and serve Rule 3007 objections to claims |
| 10/12/2010 | 26 | Deadline for submission of ballots |
| | | Deadline to file and serve motion(s) for estimation of claims for voting purposes. |
| 10/19/2010 | 33 | Deadline for plan proponents to file and serve confirmation briefs |
| | | Deadline for plan proponents to file and serve expert reports |
| | | Deadline for plan proponents to file and serve declarations in support of confirmation briefs |
| | | Deadline to file and serve ballot summaries |

---

[2] Counsel for Berkadia, Charlestown Capital Advisors, LLC, Hartland Asset Management Corporation, East West Bank, and Chinatrust Bank, USA were informed of substance of the conference call and have reviewed and (with the possible exception of Charlestown Capital Advisors, LLC, Hartland Asset Management Corporation, East West Bank) approved this joint proposal prior to its filing.

11823562

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| Date | Day | Description |
|---|---|---|
| 11/4/2010 | 49 | Deadline to file and serve opposition briefs to plan confirmation |
| 11/4/2010 | 49 | Deadline to file and serve expert reports in opposition to plan confirmation |
| 11/4/2010 | 49 | Deadline to file and serve declarations in support of opposition briefs to plan confirmation |
| 11/5/2010 | 50 | Status Reports Due |
| 11/8/2010, at 9:30 a.m. | 53 | Status Conference |
| 11/19/2010 | 64 | Discovery Cutoff for Both Expert and Fact Witnesses |
| 11/26/2010 | 71 | Deadline to file and serve reply briefs in support of plan confirmation |
| 11/29/2010, at 9:30 a.m. | 74 | Plan Confirmation Hearing |

The Parties request that the Court enter an interim order on the Voting Procedures Motion approving and setting the above briefing, discovery and hearing schedule with respect to the confirmation proceedings for the Plans without prejudice to a party-in-interest seeking leave of Court to extend or revise any of the above-mentioned deadlines, in addition to any other relief that the Court deems appropriate to include at this time in an interim order on the Voting Procedures Motion.

The Parties further request an order directing that any objections or responses to the Legendary/EWB Disclosure Statement shall be filed with the Court and served no later than August 31, 2010. Any replies thereto shall be filed with the Court and served via email on the objecting parties no later than September 3, 2010. Notwithstanding that the Court has assigned September 13, 2010, at 9:30 a.m. for a hearing to consider the Legendary/EWB Disclosure Statement, such hearing shall be rescheduled to commence on September 8, 2010, at 9:30 a.m., or as close to that date and time as the Court's

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

11823562

3

1 | calendar will permit.

2 | DATED: August 4, 2010.  SNELL & WILMER, L.L.P.

3

4 | By: /s/ Eric S. Pezold
   | Donald L. Gaffney
   | Eric S. Pezold
5 | Jasmin Yang
   | Counsel for Bank of America, N.A.

6

7

8 | DATED: August 4, 2010.  JEFFER, MANGELS, BUTLER & MARMARO, LLP

9

10 | By: /s/ Thomas M. Geher
    | Thomas M. Geher
    | Counsel for Wells Fargo Bank, N.A.,
11 | successor by consolidation to Wells Fargo
    | Bank Minnesota, N.A. as Trustee for the
12 | Registered Certificate holders of GMAC
    | Commercial Mortgage Securities, Inc.,
13 | Mortgage Pass-Through Certificates 2002-
    | C1 by and through Berkadia Commercial
14 | Mortgage, Inc. (as successor to Capmark
    | Finance, Inc.), its special servicer

15

16

17 | DATED: August 4, 2010.  BUCHALTER NEMER

18 | By: /s/ Daniel H. Slate
    | Daniel H. Slate
19 | Counsel for California Bank & Trust

20

21 | DATED: August 4, 2010.  ROUTH, CRABTREE, OLSEN

22 | By: /s/ Steven K. Linkon
    | Steven K. Linkon
23 | Counsel for Chinatrust Bank, USA

24 | DATED: August 4, 2010.  DANNING, GILL, DIAMOND & KOLLITZ, LLP

25

26 | By: /s/ John N. Tedford, IV
    | John N. Tedford, IV
27 | Julie W. Brand
    | Enid Colson
28 | Counsel for Debtors and Debtors-in-Possession

11823562

*Snell & Wilmer*
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| | | |
|---|---|---|
| 1 | DATED: August 4, 2010. | By: /s/Elmer D. Martin, III |
| 2 | | Elmer D. Martin, III |
| | | Counsel for East West Bank |
| 3 | | |
| 4 | DATED: August 4, 2010. | PACHULSKI, STANG, ZIEHL & JONES, LLP |
| 5 | | |
| 6 | | By: /s/ Jeffrey Dullberg |
| 7 | | Jeremy Richards |
| | | Jeffrey Dullberg |
| 8 | | Counsel for Legendary Investors Group No. 1, L.L.C. |
| 9 | | |
| 10 | DATED: August 4, 2010. | STECKBAUER WEINHART JAFFE, LLP |
| 11 | | |
| 12 | | By: /s/ Barry S. Glaser |
| | | Barry S. Glaser |
| 13 | | Counsel for Los Angeles County Tax Collector |
| 14 | | |
| 15 | DATED: August 4, 2010. | By: /s/ Ronald S. Orr |
| 16 | | Ronald S. Orr |
| | | Counsel for Official Committee of Equity Holders |
| 17 | | |
| 18 | | |
| 19 | DATED: August 4, 2010. | SULMEYER KUPETZ, P.C. |
| 20 | | |
| 21 | | By: /s/ Dean G. Rallis, Jr. |
| | | Dean G. Rallis, Jr. |
| 22 | | Counsel for Official Committee of Unsecured Creditors |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

11823562

5

| In re: MERUELO MADDUX PROPERTIES, INC., et al., Debtor(s). | CHAPTER 11<br>CASE NUMBER - 1:09-bk-13356-KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 600 Anton Blvd., Suite 1400, Costa Mesa, CA 92626. The foregoing documents described as: **JOINT PROPOSED PLAN CONFIRMATION BRIEFING, DISCOVERY AND HEARING SCHEDULE** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 4, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL, PERSONAL DELIVERY, OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **August 4, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Kathleen Thompson
United States Bankruptcy Court - Warner Center
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6609
(messenger – delivery for July 21, 2010)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2010 | Digna B. Anonas | /s/ Digna B. Anonas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

11823562

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel   mca@dgdk.com
- Robert Abiri   rabiri@abiriszeto.com
- John J Bingham   jbingham@dgdk.com
- Peter Bonfante   peterbonfante@bsalawfirm.com
- Julia W Brand   jwb@dgdk.com
- Jennifer L Braun   jennifer.l.braun@usdoj.gov
- Martin J Brill   mjb@lnbrb.com
- George T Busu   george.busu@limruger.com
- Andrew W Caine   acaine@pszyjw.com
- Howard Camhi   hcamhi@ecjlaw.com
- Gary O Caris   gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg   jcarlberg@boselaw.com
- Sara Chenetz   chenetz@blankrome.com
- Jacquelyn H Choi   jchoi@swjlaw.com
- Ronald R Cohn   rcohn@horganrosen.com
- Enid M Colson   emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa   mcorrea@jonesday.com
- Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest   aed@dgdk.com
- Daniel Denny   ddenny@gibsondunn.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Lisa Hill Fenning   Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman   bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney   dgaffney@swlaw.com
- Thomas M Geher   tmg@jmbm.com
- Bernard R Given   bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser   bglaser@swjlaw.com
- Michael I Gottfried   mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham   jag@jmbm.com
- Ofer M Grossman   omglaw@gmail.com
- Jodie M Grotins   jgrotins@mcguirewoods.com
- Peter J Gurfein   pgurfein@lgbfirm.com
- Cara J Hagan   carahagan@haganlaw.org
- Asa S Hami   ahami@sulmeyerlaw.com
- Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher   dave.hercher@millernash.com
- William W Huckins   whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson   natasha.johnson@dlapiper.com
- Lance N Jurich   ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin   akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- William H. Kiekhofer   wkiekhofer@mcguirewoods.com
- Andrew F Kim   kim-a@blankrome.com

11823562

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

- Michael S Kogan   mkogan@ecjlaw.com
- Tamar Kouyoumjian   tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai   dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Lewis R Landau   lew@landaunet.com
- David E Leta   dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien   katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon   slinkon@rcolegal.com
- Richard Malatt   rmalatt@gmail.com
- Elmer D Martin   elmermartin@gmail.com
- Elissa Miller   emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir   inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri   jnassiri@venable.com
- Lawrence Peitzman   lpeitzman@pwkllp.com
- Eric S Pezold   epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince   cprince@lesnickprince.com
- Michael H Raichelson   mhr@cabkattorney.com
- Dean G Rallis Jr   drallis@sulmeyerlaw.com
- Craig M Rankin   cmr@lnbrb.com
- Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
- Kirsten A Roe   kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero   Romero@mromerolawfirm.com
- Victor A Sahn   vsahn@sulmeyerlaw.com
- Zev Shechtman   zshechtman@dgdk.com
- Jeffrey S Shinbrot   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu   sshiu@swlaw.com
- Daniel H Slate   dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni   surjit@sonilaw.com, teresa@sonilaw.com
- Tracie L Spies   tracie@haganlaw.org
- James Stang   jstang@pszjlaw.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford   jtedford@dgdk.com
- James A Timko   jtimko@allenmatkins.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian   rvarozian@bzlegal.com
- Jason L Weisberg   jason@gdclawyers.com
- William E Winfield   wwinfield@nchc.com
- Jasmin Yang   jyang@swlaw.com

**II. TO BE SERVED BY U.S. MAIL:**

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

11823562

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

11823562