KURT RAMLO (Bar No. 166856)
kurt.ramlo@dlapiper.com
**DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
Tel: 213.330.7700
Fax: 213.330.7701

Special Securities and Litigation Counsel for Debtors and
Debtors in Possession, Meruelo Maddux Properties, Inc.,
et al.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors and Debtors in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects the following Debtor(s) Only: | Case No. 1:09-bk-13356-KT<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Notice of Filing of Sixth Monthly Fee Statement of DLA Piper LLP (US) for Payment of Fees and Reimbursement of Expenses**<br><br>**[May 1, 2010 – May 31, 2010]**<br><br>[No Hearing Required] |

**TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTORS, AND THEIR COUNSEL, AND INTERESTED PARTIES:**

DLA Piper LLP (US) ("DLA Piper"), special securities and litigation counsel to Meruelo Maddux Properties, Inc. ("MMPI") and its affiliated Debtors and Debtors in Possession herein

---

[1] This above-captioned case is jointly administered with the chapter 11 cases filed with the Court by numerous affiliated entities. Debtors and debtors in possession and their respective tax identification numbers are identified in the Order Directing the Joint Administration of Related Case Entered on April 7, 2009 (docket entry no. 30).

(the "Debtors") hereby submits its sixth monthly professional fee statement (the "Monthly Statement") for allowance and payment of fees and reimbursement of expenses incurred from May 1, 2010 through May 31, 2010 (the "Statement Period"). The Monthly Statement is submitted pursuant to the *Order Establishing Procedure For Interim Compensation And Reimbursement Of Expenses For Professionals* (the "Monthly Compensation Order"), entered by this Court on July 22, 2009 (docket entry no. 402).

The Monthly Statement is also submitted in accordance with the *Order Approving Debtors' Application For An Order Authorizing Employment And Retention Of DLA Piper LLP (US) As Special Securities And Litigation Counsel For The Debtors Nunc Pro Tunc To March 26, 2009* (the "DLA Piper Employment Order"), entered on December 29, 2009 (docket entry no. 956).

The Debtors incurred a total of $6,281.44 in fees and $120.64 in reimbursable expenses during the Statement Period. Attached hereto as Exhibit "1" is a list of professionals, hourly rates, total number of hours billed by each professional and total amount of fees billed incurred by each professional during the Statement Period, for which interim compensation is sought. Attached hereto as Exhibit "2" is a detailed listing of expenses for which reimbursement is sought, including a summary of these expenses separated by category. Attached as Exhibit "3" is a summary of the fees by matter categories. Attached hereto as Exhibit "4" is a detailed statement of all time entries for all individuals who performed services during the Statement Period.

The following table summarizes DLA Piper's fees and expenses during the Statement Period.

| Description | Fees | Expenses | Total |
|---|---|---|---|
| Fees and Expenses Incurred During Statement Period | $6,281.44 | $120.64 | $6,402.08 |

Pursuant to the Monthly Compensation Order, a copy of this Monthly Statement (along with the attached exhibits) is being served on the Debtors, general bankruptcy counsel to the

Debtors, the Office of the United States Trustee, counsel to the Debtors' secured creditors, and counsel for the Committee of Creditors Holding Unsecured Claims.

Any opposition to the Monthly Statement must be made within fifteen days after service of the Monthly Statement (the "<u>Objection Deadline</u>") to raise any objection thereto. Any objection to the Monthly Statement (an "<u>Objection</u>") must: (i) be in writing; (ii) set forth the precise nature of the Objection, the grounds therefor, and the amount of fees and expenses to which the Objection applies; and (iii) be filed with the Court and served, on or before the Objection Deadline, on DLA Piper and each of the noticed parties herein.

If no timely Objection is filed and served with respect to a Monthly Statement, then, without further order of the Court, the Debtors may pay DLA Piper the amount of 80% of the fees and 100% of the out-of-pocket expenses requested in the Monthly Statement. Any and all such payments shall be on an interim basis and subject to the filing of interim and final fee applications.

Pending resolution of any timely Objection, the Debtors may pay DLA Piper the lesser of: (i) 80% of the fees and 100% of the expenses requested in the Monthly Statement to which the Objection applies; and (ii) the aggregate amount of fees and expenses requested in such Monthly Statement as to which no timely Objection was raised.

Dated: August 9, 2010

Respectfully submitted,

DLA PIPER LLP (US)

By:   /s/ Kurt Ramlo
      Kurt Ramlo
Special Securities and Litigation Counsel for Debtors and Debtors in Possession, Meruelo Maddux Properties, Inc., et al.

# EXHIBIT "1"

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>    Debtors and Debtors in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects the following Debtor(s) Only: | Case No.  1:09-bk-13356-KT<br>Chapter 11<br>(Jointly Administered) |

Summary Sheet:                Monthly Fee Statement No. 6
Name of Applicant:        DLA Piper LLP (US)
Role in the Case:          Special Securities and Litigation Counsel for Debtors and Debtors-in-Possession
Monthly Statement Period:  May 1, 2010 – May 31, 2010
Fees Requested:           $     6,281.44
Expenses Requested:     $       120.64

| **Professional** | **Title** | **Firm Year** | **2009 Rate** | **12% Discount** | **Hours Billed** | **Amount** |
|---|---|---|---|---|---|---|
| Denniston, Karol K. | Partner | 1985 | $835.00 | $734.80 | .40 | $293.92 |
| Sullivan, Jeffrey M. | Partner | 1995 | $635.00 | $558.80 | 6.50 | $3,632.20 |
| Johnson, Karolyn E. | Associate | 2005 | $445.00 | $391.60 | 1.50 | $587.40 |
| Sirianni, Laura K. | Associate | 2006 | $410.00 | $360.80 | 4.90 | $1,767.92 |
| | | | | **Total:** | 13.30 | $6,281.44 |

Exhibit "1"

EAST\43183129.1                     4

# EXHIBIT "2"

## Aggregate Summary of Costs – Monthly Statement No. 6

## May 1, 2010 – May 31, 2010

## Meruelo Maddux Properties, Inc.

| **Expense** | **Amount** |
|---|---:|
| On-Line Researching | $120.64 |
| **Total:** | $120.64 |

# EXHIBIT "3"

## Summary of Fees by Category

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| B110 | Case Administration | 0.40 | $293.92 |
| B320 | Plan and Disclosure Statement | 12.90 | $5,987.52 |
| | **Total:** | 13.30 | $6,402.08 |

# EXHIBIT "4"



DLA Piper LLP (US)
4141 Parklake Avenue, Suite 300
Raleigh, NC 27612-2350
T 919-786-2000
F 919-786-2200
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Meruelo Maddux Properties, Inc.
Attn: Todd Nielsen, Esq.
761 Terminal Street, Second Floor
Los Angeles, CA 90021

June 14, 2010

J. Sullivan
Matter # 363435-000015
Invoice # 2454769

*For Professional Services Through* **May 31, 2010**:

*Client:* ***Meruelo Maddux Properties, Inc.***
*Matter:* ***Special Counsel Work (Post-Employment Application)***

| | | |
|---|---|---:|
| Current Fees | $ | 6,281.44 |
| Current Disbursements | $ | 120.64 |
| Total This Invoice | $ | 6,402.08 |

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper LLP (US) P.O. Box 64029 Baltimore, MD 21264-4029 | |
| Or wire remittance to: | M&T Bank 25 South Charles Street, 18th Floor Baltimore, MD 21201 Account Name: DLA Piper LLP (US) Operating Account Account #: 074-8148-5 ABA Transit #: 022000046 Swift Code: MANTUS33INT | *To ensure proper credit, please indicate the invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |

**DLA PIPER**

Matter # 363435-000015  
Invoice # 2454769

J. Sullivan  
Page: 2  
June 14, 2010

**Fees:**

**B110     Case Administration**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/11/10 | Conference call with B. Taylor. | Denniston, Karol K. | 0.40 | 293.92 |
| | | Total | 0.40 | 293.92 |

**B320     Plan and Disclosure Statement**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/11/10 | Telephone conference with Todd Nielsen and John Maddux. | Sullivan, Jeffrey M. | 0.30 | 167.64 |
| 05/12/10 | Telephone conference regarding private placement and related disclosure. | Sullivan, Jeffrey M. | 0.80 | 447.04 |
| 05/13/10 | Telephone conference with Julie Brand (.2); telephone conference with SEC and Julie Brand (.2); telephone conference with Julie Brand, John Maddux and Todd Nielsen (.2) (all regarding disclosure plan language). | Sullivan, Jeffrey M. | 0.60 | 335.28 |
| 05/14/10 | Telephone conference with John Maddux regarding private raise of equity. | Sullivan, Jeffrey M. | 0.30 | 167.64 |
| 05/21/10 | Draft potential investment considerations for John Maddux (1.4); revise paragraph for reorganization plan (.4). | Sullivan, Jeffrey M. | 1.80 | 1,005.84 |
| 05/22/10 | E-mail Julie Bland revised paragraph for plan (.2); e-mail John Maddux regarding investment considerations and simple venture capital investment documents (.2). | Sullivan, Jeffrey M. | 0.40 | 223.52 |
| 05/26/10 | Telephone conference with Todd Nielsen regarding cancellation of old equity versus retaining old equity. | Sullivan, Jeffrey M. | 0.80 | 447.04 |
| 05/26/10 | Briefly review current draft of 10-K. | Sullivan, Jeffrey M. | 0.30 | 167.64 |
| 05/26/10 | Review 10-K. | Sirianni, Laura K. | 1.40 | 505.12 |
| 05/27/10 | Review 10-K. | Sirianni, Laura K. | 3.50 | 1,262.80 |
| 05/28/10 | Review associate's 10-K comments (.1); e- | Sullivan, Jeffrey M. | 0.40 | 223.52 |

Exhibit "4"



Matter # 363435-000015  
Invoice # 2454769

J. Sullivan  
Page: 3  
June 14, 2010

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | mail Laura Sirianni regarding same (.1); telephone conference with Fred Skaggs (.2). | | | |
| 05/28/10 | Review sample "big boy" letters (.3); correspondence with Kerry Johnson regarding same (.1). | Sullivan, Jeffrey M. | 0.40 | 223.52 |
| 05/28/10 | Telephone conference with John Maddux; research "big boy letters"; e-mail correspondence with Jeff Sullivan; review sample purchase agreement with "big boy" language. | Johnson, Karolyn E. | 1.50 | 587.40 |
| 05/31/10 | Review draft "big boy" letter and e-mail Kerry Johnson with comments. | Sullivan, Jeffrey M. | 0.40 | 223.52 |
| | Total | | 12.90 | 5,987.52 |

**Total Hours**     13.30

**Total Fees**     $6,281.44

### Time Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Denniston, Karol K. | Partner | 0.40 | 734.80 | 293.92 |
| Sullivan, Jeffrey M. | Partner | 6.50 | 558.80 | 3,632.20 |
| Johnson, Karolyn E. | Associate | 1.50 | 391.60 | 587.40 |
| Sirianni, Laura K. | Associate | 4.90 | 360.80 | 1,767.92 |
| **Totals** | | 13.30 | | 6,281.44 |

Exhibit "4"

**DLA PIPER**

Matter # 363435-000015  
Invoice # 2454769

J. Sullivan  
Page: 4  
June 14, 2010

## Task Summary

| Task | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.40 | 293.92 |
| B320 | Plan and Disclosure Statement | 12.90 | 5,987.52 |
| | Totals | 13.30 | 6,281.44 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 05/02/10 | On-Line Researching - VENDOR: AMERICAN EXPRESS RONELLE MANGER - PACER 2010 FIRST QUARTER 1/1/10-3/31/10 | 120.64 |
| | **Total Disbursements** | **$120.64** |

| | **Total Current Charges** | **$ 6,402.08** |
|---|---|---|

**DLA PIPER**

J. Sullivan

Matter # 363435-000015
Invoice # 2454769

June 14, 2010

## REMITTANCE ADVICE

| | |
|---|---|
| Current Fees | $ 6,281.44 |
| Current Disbursements | $ 120.64 |
| Total This Invoice | $ 6,402.08 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:   DLA Piper LLP (US)
P.O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:   M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:   52-0616490

11                                                                                          Exhibit "4"

| In re:<br>MERUELO MADDUX PROPERTIES, INC. | Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
550 S. Hope Street, Suite 2300, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as **NOTICE OF FILING OF SIXTH MONTHLY FEE STATEMENT OF DLA PIPER LLP (US) FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 9, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   August 9, 2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/9/10 | Jean Kim | /s/ Jean Kim |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                         **F 9013-3.1**
EAST\43196453.1

| In re:                              |              | CHAPTER 11                        |
|-------------------------------------|--------------|-----------------------------------|
| MERUELO MADDUX PROPERTIES, INC.     | Debtor(s).   | CASE NUMBER 1:09-bk-13356-KT      |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- John J Bingham    jbingham@dgdk.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    jwb@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- George T Busu    george.busu@limruger.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher    dave.hercher@millernash.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson    natasha.johnson@dlapiper.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Lewis R Landau    lew@landaunet.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**
EAST\43196453.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.                                Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri    jnassiri@venable.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin    cmr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Zev Shechtman    zshechtman@dgdk.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

**II. SERVED U.S. MAIL**

| **Counsel for Debtor**<br>John J. Bingham, Esq.<br>Aaron De Leest, Esq.<br>John N Tedford, Esq.<br>Danning Gill Diamond & Kollitz<br>2029 Century Park E 3rd Fl<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com; | **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | |
|---|---|---|

**II. TO BE SERVED BY OVERNIGHT MAIL**

The Honorable Kathleen Thompson
United States Bankruptcy
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**
EAST\43196453.1