| | |
|---|---|
| 1  JOHN N. TEDFORD, IV (State Bar No. 205537)<br>   *JTedford@DGDK.com*<br>2  DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>   2029 Century Park East, Third Floor<br>3  Los Angeles, California  90067-2904<br>   Telephone:  (310) 277-0077<br>4  Facsimile:  (310) 277-5735 | **FILED & ENTERED**<br><br>AUG 09 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY harraway DEPUTY CLERK** |

5  Attorneys for Meruelo Maddux Properties, Inc., and
   affiliated Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>           Debtors and Debtors-in-Possession.<br><br>☐   Affects all Debtors<br><br>☑   Affects the following Debtor(s):<br><br>Santa Fe Commerce Center, Inc.<br>(1:09-bk-13368-KT) | Case No. 1:09-bk-13356-KT<br><br>Chapter 11 (Jointly Administered)<br><br>**ORDER RE: DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO UTILIZE RESERVE FUNDS TO PAY FOR REPAIRS TO ROOF AND HVAC EQUIPMENT, AND TO REIMBURSE DEBTORS FOR POSTPETITION REAL PROPERTY TAX AND INSURANCE PREMIUM PAYMENTS**<br><br>Date:    July 28, 2010<br>Time:   2:00 p.m.<br>Place:   Courtroom 301<br>           21041 Burbank Blvd.<br>           Woodland Hills, California |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

On July 28, 2010, the Court heard and considered the *Debtor's Motion for Order Authorizing Debtor to Utilize Reserve Funds to Pay for Repairs to Roof and HVAC Equipment, and to Reimburse Debtors for Postpetition Real Property Tax and Insurance Premium Payments* (the "Motion") filed by debtor and debtor-in-possession Santa Fe Commerce Center, Inc. ("SFCC"), the Honorable Kathleen Thompson, United States Bankruptcy Judge, presiding.

The Court having considered the Motion (*docket entry no. 1250*), the statement in support of the Motion filed by the Official Committee of Unsecured Creditors (the "OCC") (*docket entry no. 1491*), and the *Settlement Stipulation Re: Debtor's Motion for Order Authorizing Debtor to Utilize Reserve Funds to Pay for Repairs to Roof and HVAC Equipment, and to Reimburse Debtor for Postpetition Real Property Tax and Insurance Premium Payments* (the "Stipulation") (*docket entry no. 1608*), having been advised that the OCC is agreeable to the entry of an order granting the Motion to the extent of and consistent with the terms of the Stipulation, having determined that because the terms of the Stipulation are sufficiently within the relief sought by SFCC in the Motion a separate motion for approval of the Stipulation is not required, having excused appearances at the hearing, for good cause appearing,

**IT IS ORDERED THAT:**

1. The Motion is granted pursuant to and in accordance with the terms of the Stipulation.

2. The Debtors' use of the Reserve Funds (as defined in the Stipulation) is approved to the extent of and consistent with the terms of the Stipulation.

3. SFCC is authorized to take such further actions and execute such documents as it believes to be required in order to implement the terms of the Stipulation.

\# \# \# \# \#

DATED: August 9, 2010

_____
United States Bankruptcy Judge

356875.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the documents described as follows: **ORDER RE: DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO UTILIZE RESERVE FUNDS TO PAY FOR REPAIRS TO ROOF AND HVAC EQUIPMENT, AND TO REIMBURSE DEBTORS FOR POSTPETITION REAL PROPERTY TAX AND INSURANCE PREMIUM PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On July 29, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail:
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 301, Woodland Hills, CA  91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 29, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3

356875.01 [XP]        25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC., <br><br> Debtor(s). | CHAPTER: 11 <br> CASE NUMBER: 1:09-bk-13356-KT |

<u>Via E-Mail</u>
Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Peter Bonfante, peterbonfante@bsalawfirm.com
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
George T Busu    george.busu@limruger.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Michael I. Gottfried    mgottfried@lblawllp.com, aerskine@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein    pgurfein@lgbfirm.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Natasha L Johnson    natasha.johnson@dlapiper.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Alexandra Kazhokin    akazhokin@buchalter.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com  (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Lewis R Landau    lew@landaunet.com (Conflicts Counsel to Creditors Committee)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com

☒ Service information continued on attached page

4

356875.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Raymond A. Myer; rmyer@myerlawpc.com (counsel for SCS Flooring)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince    cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian rvarozian@bzlegal.com (counsel for Vahan and Anoush Chamlian)
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield    wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)
Ron Orr & Professionals, Inc: ronorresq@aol.com
Georgiana G. Rodiger: crodiger@rodigerlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2010 | Cindy M. Cripe | */s/ Cindy M. Cripe* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

5

356875.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER 1:09-bk-13356-KT |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER RE: DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO UTILIZE RESERVE FUNDS TO PAY FOR REPAIRS TO ROOF AND HVAC EQUIPMENT, AND TO REIMBURSE DEBTORS FOR POSTPETITION REAL PROPERTY TAX AND INSURANCE PREMIUM PAYMENTS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 29, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Peter Bonfante, peterbonfante@bsalawfirm.com
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
George T Busu    george.busu@limruger.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)

☒Service information continued on attached page

356875.01 [XP]    25195

| | | |
|---|---|---|
| | In re:  MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |

1
2
3  Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
   Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
4  Michael I. Gottfried    mgottfried@lblawllp.com, aerskine@lgbfirm.com
   John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
5  Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
   Peter J Gurfein    pgurfein@lgbfirm.com
6  Jodie M Grotins    jgrotins@mcguirewoods.com
   Cara Hagan, carahagan@haganlaw.org
7  Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
   Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
8  David W Hercher    dave.hercher@millernash.com
   William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
9  Natasha L Johnson    natasha.johnson@dlapiper.com
   Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
10 Alexandra Kazhokin    akazhokin@buchalter.com
   William H. Kiekhofer    wkiekhofer@mcguirewoods.com  (counsel for Esmark)
11 Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
   Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
12 Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
   Lewis R Landau    lew@landaunet.com (Conflicts Counsel to Creditors Committee)
13 David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
   R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
14 Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
   Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
15 Richard Malatt, rmalatt@gmail.com (counsel for interested party)
   Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
16 Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
   Raymond A. Myer; rmyer@myerlawpc.com (counsel for SCS Flooring)
17 Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
   Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
18 Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
   Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
19 Christopher E Prince    cprince@lesnickprince.com
   Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
20 Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
   Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
21 Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
   Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
22 Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
   Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
23 Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
   Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
24 James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
   Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
25 John N Tedford, jtedford@dgdk.com (counsel for Debtors)
   James A Timko    jtimko@allenmatkins.com
26 Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
   United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
27 Rouben Varozian rvarozian@bzlegal.com (counsel for Vahan and Anoush Chamlian)

☒ Service information continued on attached page

28

7

356875.01 [XP]        25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield    wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐    Service information continued on attached page

8

356875.01 [XP]    25195