| | |
|---|---|
| 1 | Cara J. Hagan, Bar No. 146665 |
| | Andrea M. Dumond, Bar No. 258948 |
| 2 | HAGAN & ASSOCIATES |
| | 110 E. Wilshire Avenue, Suite 405 |
| 3 | Fullerton, California  92832 |
| 4 | Telephone:  (714) 526-3377 |
| | Facsimile:  (714) 526-3317 |
| 5 | |
| | Attorneys for Creditor, |
| 6 | PNL POMONA, L.P. |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | | |
|---|---|---|
| *In Re* | ) | CASE NO. 1:09-bk-13356-KT |
| | ) | |
| | ) | Chapter 11 |
| MERUELO MADDUX PROPERTIES, INC. | ) | |
| | ) | **CREDITOR PNL POMONA, L.P.'S** |
| | ) | **JOINDER TO BERKADIA'S** |
| Debtor. | ) | **OBJECTION TO DEBTORS' REDLINED** |
| _____ | ) | **MODIFIED SECOND AMENDED** |
| | ) | **DISCLOSURE STATEMENT PURSUANT** |
| PNL POMONA, L.P., a Delaware limited | ) | **TO SECTION 1125 OF THE BANK-** |
| partnership, | ) | **RUPTCY CODE ACCOMPANYING** |
| | ) | **MODIFIED SECOND AMENDED JOINT** |
| Plaintiff, | ) | **CHAPTER 11 PLAN OF MERUELO** |
| | ) | **MADDUX PROPERTIES, INC.,** *ET AL.* |
| vs. | ) | |
| | ) | |
| MERUELO  MADDUX PROPERTIES, INC., a | ) | DATE: August 6, 2010 |
| California corporation, | ) | TIME: 9:30 a.m. |
| Defendants. | ) | DEPT.: Rm 301 |
| _____ | ) | |

    PNL Pomona, L.P. ("PNL") hereby joins Secured Creditor Berkadia Commercial Mortgage, Inc. ("Berkadia") in its objection to Debtor Meruelo Maddux Properties, Inc.'s and the various other Debtor entities (hereby collectively "Debtor") redlined modified second amended disclosure statement pursuant to section 1125 of the Bankruptcy Code accompanying the modified second

1

1  amended joint Chapter 11 plan of Meruelo Maddux Properties, Inc. *et al.*, for the reasons set forth

2  herein.

3      PNL supports Berkadia in its contentions that Debtors have failed to remove certain

4  provisions and statements they agreed to remove and the inclusion of Debtors' operations as a

5  continuing development company raises issues which Debtors have failed to address.  As such, PNL

6  urges this Court to deny approval of the Plan and its Disclosure Statements forthwith.

7

8  DATED: August 9, 2010                HAGAN & ASSOCIATES

9

10                                  By:   */s/ Cara J. Hagan*
                                        CARA J. HAGAN

11                                          ANDREA M. DUMOND
                                        Attorneys for Plaintiff, PNL POMONA LP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28