1  M. FREDDIE REISS
   MATTHEW PAKKALA
2  FTI CONSULTING, INC
   633 West 5th Street, 16th Floor
3  Los Angeles, CA 90071
   Telephone:  (213) 689-1200
4  Facsimile:  (213) 452-6098

**FILED**

**AUG 10 2010**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____Deputy Clerk

5  Financial Advisors to Meruelo Maddux Properties, Inc., and
   Affiliated Debtors and Debtors-in-Possession

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11  In re                                    ) Case No. 1:09-bk-13356-KT
                                             )
12  MERUELO MADDUX PROPERTIES, INC., et      ) Chapter 11
    al.[1]                                   )
13                                           ) (Jointly Administered)
            Debtors and Debtors-in-Possession. )
14                                           ) **NOTICE OF FILING OF THIRTEENTH**
                                             ) **MONTHLY STATEMENT OF FTI**
15  _____         ) **CONSULTING, INC.  FOR PAYMENT**
                                             ) **OF FEES AND REIMBURSEMENT OF**
16  ☑  Affects all Debtors                   ) **EXPENSES INCURRED FROM**
                                             ) **JULY 1, 2010 THROUGH JULY 31, 2010**
17  ☐  Affects the following Debtor(s):      )
                                             )
18                                           )
                                             ) **[No Hearing Required]**
19                                           )
                                             )
20                                           )
                                             )
21                                           )
                                             )
22  ///

23  ///

24

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by
25  affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-
    KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-
    13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-
26  bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT;
    1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-
    KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-
    13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-
27  bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT;
    1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-
28  KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

341412.01 [XP]      25195

1  **TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY**

2  **JUDGE, AND INTERESTED PARTIES:**

3        FTI Consulting, Inc. ("FTI"), financial advisor to Meruelo Maddux Properties, Inc., and

4  affiliated Debtors and Debtors-in-Possession herein (the "Debtors"), hereby submits its thirteenth

5  monthly professional fee statement (the "Monthly Statement") for allowance and payment of fees

6  and reimbursement of expenses incurred from July 1, 2010 through July 31, 2010 (the "Statement

7  Period"), pursuant to the Order Establishing Procedures for Interim Compensation and

8  Reimbursement of Expenses for Professionals lodged with this Court on July 16, 2009 (the

9  "Monthly Statement Order").

10        The order authorizing the Debtors' employment of FTI was entered on August 4, 2009,

11  effective as of June 24, 2009.

12        During the Statement Period, FTI incurred $158,288.00 in fees and $0.00 in out-of-pocket

13  expenses, totaling $158,288.00. Attached hereto as Exhibit "A" is a list of the professionals, hourly

14  rates, total number of hours billed by each professional and total amount of fees incurred by each

15  professional during the Statement Period, for which interim compensation is sought. Attached as

16  Exhibit "B" is a summary of the fees by matter categories. Attached hereto as Exhibit "C" is a

17  detailed statement of all time entries for all individuals who performed services during the

18  Statement Period. No expenses were reported during this period.

19        The following table summarizes FTI's fees and expenses during the Statement Period:

20

21

22

| **Description** | **Fees** | **Expenses** | **Total** |
| --- | --- | --- | --- |
| Fees Incurred During Statement Period | $158,288.00 | $0.00 | $158,288.00 |

23

24        Pursuant to the Monthly Statement Order, a copy of this Monthly Statement, along with the

25  attached exhibits, is being served on the Debtors, general bankruptcy counsel to the Debtors, the

26  Office of the United States Trustee, counsel to the Debtors' secured creditors, and counsel for the

27  Committee of Creditors Holding Unsecured Claims.

28

2

341412.01 [XP]    25195

1    Any opposition to the Monthly Statement must be made within fifteen (15) days after

2  service of the Monthly Statement (the "Objection Deadline") to raise any objection thereto.

3  Any objection to the Monthly Statement (an "Objection") must:  (i) be in writing; (ii) set forth

4  the precise nature of the Objection, the grounds therefore, and the amount of fees and/or

5  expenses to which the Objection applies; and (iii) be filed with the Court and served, on or

6  before the Objection Deadline, on both FTI and each of the noticed parties herein.

7    If no timely Objection is filed and served with respect to a Monthly Statement, then,

8  without further order of the Court, the Debtors may pay FTI the amount of 80% of the fees and

9  100% of the out-of-pocket expenses requested in the Monthly Statement and the Debtor may

10  pay such amount.  Any and all such payments shall be on an interim basis and subject to the

11  filing of interim and final fee applications.

12    Pending resolution of any timely Objection, the Debtors may pay FTI the lesser of: (i)

13  80% of the fees and 100% of the expenses requested in the Monthly Statement to which the

14  Objection applies; and (ii) the aggregate amount of fees and expenses requested in such

15  Monthly Statement as to which no timely Objection was raised.

16

17    Respectfully submitted,

18  Dated: August 9, 2010    FTI CONSULTING, INC.

19    By: _____

20    Matthew Pakkala
    Financial Advisor for Meruelo Maddux
21    Properties, Inc., and affiliated Debtors and
    Debtors-in-Possession

22

23

24

25

26

27

28

341412.01 [XP]    25195

# EXHIBIT  A

**Meruelo Maddux Properties**
**Summary of FTI Consulting, Inc. Professional Fees By Professional**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Reiss, Freddie | Senior Managing Director | $825 | 42.0 | $34,650.00 |
| Linsk, Michael | Managing Director | $675 | 3.1 | $2,092.50 |
| Voskanian,Steve | Director | $550 | 137.8 | $75,790.00 |
| Hengel, Evan | Senior Consultant | $335 | 64.7 | $21,674.50 |
| Majerle, Robin | Senior Consultant | $335 | 63.4 | $21,239.00 |
| Sumaya, James | Consultant | $290 | 9.8 | $2,842.00 |
| **Totals** | | | **320.8** | **$158,288.00** |

# EXHIBIT  B

06

**Meruelo Maddux Properties**
**Summary of FTI Consulting, Inc. Fees By Activity and Professional**
**For the Period July 1, 2010 through July 31, 2010**

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| **Analysis of Business Plan** | | | | |
| Linsk, Michael | Managing Director | $675 | 3.1 | $2,092.50 |
| | | Activity Total | 3.1 | $2,092.50 |
| | | | | |
| **Analysis, Negotiation and Formulation of POR & DS** | | | | |
| Reiss, Freddie | Senior Managing Director | $825 | 15.9 | $13,117.50 |
| Sumaya, James | Consultant | $290 | 2.1 | $609.00 |
| Voskanian,Steve | Director | $550 | 100.8 | $55,440.00 |
| | | Activity Total | 118.8 | $69,166.50 |
| | | | | |
| **Cash Flow / Budgeting / Reporting** | | | | |
| Hengel, Evan | Senior Consultant | $335 | 64.7 | $21,674.50 |
| | | Activity Total | 64.7 | $21,674.50 |
| | | | | |
| **Cash Flow / Property / Operational Analysis** | | | | |
| Majerle, Robin | Senior Consultant | $335 | 63.4 | $21,239.00 |
| | | Activity Total | 63.4 | $21,239.00 |
| | | | | |
| **General Meeting with Debtor & Debtors' Professionals** | | | | |
| Reiss, Freddie | Senior Managing Director | $825 | 6.7 | $5,527.50 |
| Voskanian,Steve | Director | $550 | 37.0 | $20,350.00 |
| | | Activity Total | 43.7 | $25,877.50 |
| | | | | |
| **General Meetings with Committee & Committee Counsel** | | | | |
| Reiss, Freddie | Senior Managing Director | $825 | 1.4 | $1,155.00 |
| | | Activity Total | 1.4 | $1,155.00 |
| | | | | |
| **Meetings with Other Parties** | | | | |
| Reiss, Freddie | Senior Managing Director | $825 | 1.6 | $1,320.00 |
| | | Activity Total | 1.6 | $1,320.00 |
| | | | | |
| **Prepare for and Attendance at Court Hearings** | | | | |
| Reiss, Freddie | Senior Managing Director | $825 | 9.7 | $8,002.50 |
| | | Activity Total | 9.7 | $8,002.50 |
| | | | | |
| **Travel Time** | | | | |
| Reiss, Freddie | Senior Managing Director | $825 | 4.4 | $3,630.00 |
| | | Activity Total | 4.4 | $3,630.00 |

*EXHIBIT "B"*                                                      *Page 1 of 2*

07

**Meruelo Maddux Properties**
**Summary of FTI Consulting, Inc. Fees By Activity and Professional**
**For the Period July 1, 2010 through July 31, 2010**

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| **Valuation and Related Matters** | | | | |
| Reiss, Freddie | Senior Managing Director | $825 | 2.3 | $1,897.50 |
| Sumaya, James | Consultant | $290 | 7.7 | $2,233.00 |
| | | Activity Total | 10.0 | $4,130.50 |
| | **TOTALS** | | 320.8 | $158,288.00 |

# EXHIBIT  C

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification:  Analysis of Business Plan** | | | | | |
| Linsk, Michael | $675 | 07/27/2010 | 0.6 | 405.00 | Discuss theory of interest rate and plan feasibility testimony. |
| Linsk, Michael | $675 | 07/28/2010 | 1.0 | 675.00 | Review of declaration of Meruelo and draft outline of expert declaration |
| Linsk, Michael | $675 | 07/30/2010 | 1.5 | 1,012.50 | Draft outline of expert interest rate report. |
| | **Total For Activity** | | 3.1 | **$2,092.50** | |

**Activity Classification:  Analysis, Negotiation and Formulation of POR & DS**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Voskanian, Steve | $550 | 07/01/2010 | 0.6 | 330.00 | Review accrued pre and post petition interest schedules and compare with financial models. |
| Voskanian, Steve | $550 | 07/01/2010 | 1.3 | 715.00 | Revise and review reconciliation analysis between amended plan model and scenario models. |
| Voskanian, Steve | $550 | 07/01/2010 | 1.2 | 660.00 | Revise and review financial forecast scenario models and assumptions and discuss with staff. |
| Voskanian, Steve | $550 | 07/01/2010 | 0.9 | 495.00 | Review revisions and updates made to amended debt scenario models and send to A. Murray. |
| Voskanian, Steve | $550 | 07/02/2010 | 0.9 | 495.00 | Review schedules and analysis prepared for interest rate study including other expert reports. Discuss with staff. |
| Voskanian, Steve | $550 | 07/02/2010 | 0.6 | 330.00 | Review letter and document request list submitted by UCC. |
| Voskanian, Steve | $550 | 07/02/2010 | 0.8 | 440.00 | Prepare and review summary of general unsecured claims. Send to T. Nielsen. |
| Reiss, Freddie | $825 | 07/06/2010 | 1.3 | 1,072.50 | Review updated plan information. |
| Voskanian, Steve | $550 | 07/06/2010 | 0.4 | 220.00 | Review letter and document request list submitted by UCC and discuss with staff. |
| Voskanian, Steve | $550 | 07/06/2010 | 0.4 | 220.00 | Review schedules and analysis prepared for interest rate study including other expert reports. Discuss with staff. |
| Voskanian, Steve | $550 | 07/06/2010 | 1.4 | 770.00 | Review materials and prepare for meeting with UCC on 7/7/10. |
| Voskanian, Steve | $550 | 07/06/2010 | 0.7 | 385.00 | Review reconciliation analysis between forecast models and discuss with staff. |
| Voskanian, Steve | $550 | 07/07/2010 | 0.6 | 330.00 | Review UCC requests and update F. Reiss on meeting. |
| Voskanian, Steve | $550 | 07/08/2010 | 1.9 | 1,045.00 | Prepare and review documents requested by Kibel Green. Discuss with staff. |
| Voskanian, Steve | $550 | 07/08/2010 | 0.8 | 440.00 | Review terms of Bank of America Amendments. Review and revise scenario cash flow models. Discuss with staff. |
| Voskanian, Steve | $550 | 07/09/2010 | 0.8 | 440.00 | Prepare and review documents requested by Kibel Green. Discuss with staff and send to A. Murray. |
| Reiss, Freddie | $825 | 07/12/2010 | 0.5 | 412.50 | Summarize Bank of America issues for South Park and Union lofts. |
| Reiss, Freddie | $825 | 07/12/2010 | 0.2 | 165.00 | Updates with S. Voskanian (FTI). |
| Reiss, Freddie | $825 | 07/12/2010 | 0.4 | 330.00 | Review pleadings on cash collateral. |
| Voskanian, Steve | $550 | 07/12/2010 | 0.8 | 440.00 | Review Sci-Arc lease agreement. Compare with financial projections and financial reports. |
| Voskanian, Steve | $550 | 07/12/2010 | 1.4 | 770.00 | Review alternative cash flow scenarios and discuss with staff. |

*EXHIBIT "C"*                                                                 *Page 1 of 11*

## Meruelo Maddux Properties
### FTI Consulting, Inc. Detailed Time and Fee Statement
### For the Period July 1, 2010 through July 31, 2010

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification:  Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Voskanian,Steve | $550 | 07/12/2010 | 0.8 | 440.00 | Meet with staff to discuss case updates and work plan for the week. |
| Voskanian,Steve | $550 | 07/12/2010 | 1.2 | 660.00 | Review Union Lofts June management reports and financial statements. |
| Voskanian,Steve | $550 | 07/12/2010 | 0.4 | 220.00 | Meet with F. Reiss to discuss case updates, interest rate work and Bank of America term sheet. |
| Reiss, Freddie | $825 | 07/13/2010 | 2.5 | 2,062.50 | Read and analyze Legendary plan. |
| Reiss, Freddie | $825 | 07/13/2010 | 0.4 | 330.00 | Read supplemental cash collateral filings. |
| Voskanian,Steve | $550 | 07/13/2010 | 1.6 | 880.00 | Revise and review amended debt forecast scenario models and send to A. Murray and counsel. |
| Voskanian,Steve | $550 | 07/13/2010 | 0.7 | 385.00 | Review and analyze Legendary plan scenarios. Discuss with E. Hengel. |
| Voskanian,Steve | $550 | 07/13/2010 | 1.3 | 715.00 | Review Union Lofts debt service coverage analysis and June financials. Discuss with staff. |
| Voskanian,Steve | $550 | 07/13/2010 | 0.6 | 330.00 | Revise and review amended debt summary schedule and discuss with R. Majerle. |
| Reiss, Freddie | $825 | 07/14/2010 | 2.0 | 1,650.00 | Read legendary plan and analyze. |
| Voskanian,Steve | $550 | 07/14/2010 | 0.5 | 275.00 | Review exclusivity motions filed by Legendary. |
| Voskanian,Steve | $550 | 07/14/2010 | 0.7 | 385.00 | Review Union Lofts June statements. Discuss with J. Palacio. |
| Voskanian,Steve | $550 | 07/14/2010 | 1.1 | 605.00 | Revise and review updated forecast model for modified second amended plan. Discuss with staff. |
| Voskanian,Steve | $550 | 07/14/2010 | 1.8 | 990.00 | Review objections files by creditors to the modified second amended plan and disclosure statement. |
| Voskanian,Steve | $550 | 07/14/2010 | 1.4 | 770.00 | Review objections files by Bank of America. Prepare responses and send to counsel. |
| Reiss, Freddie | $825 | 07/15/2010 | 2.0 | 1,650.00 | Read equity plan. |
| Reiss, Freddie | $825 | 07/15/2010 | 1.2 | 990.00 | Review Union loft analysis. |
| Voskanian,Steve | $550 | 07/15/2010 | 2.3 | 1,265.00 | Revise and review updated financial forecast model. Discuss with staff and send to A. Murray and counsel. |
| Voskanian,Steve | $550 | 07/15/2010 | 0.8 | 440.00 | Review Union Lofts debt service coverage analysis and send to F. Reiss and J. Maddux. |
| Voskanian,Steve | $550 | 07/15/2010 | 1.2 | 660.00 | Review and revise assumptions for updated financial forecast model. Send to counsel. |
| Reiss, Freddie | $825 | 07/16/2010 | 0.6 | 495.00 | Follow-up on plan and disclosure hearing issues. |
| Voskanian,Steve | $550 | 07/16/2010 | 0.7 | 385.00 | Review weekly cash reports and compare with forecast model. |
| Voskanian,Steve | $550 | 07/16/2010 | 0.8 | 440.00 | Review June MORs prepared by the debtor. |
| Voskanian,Steve | $550 | 07/16/2010 | 2.6 | 1,430.00 | Review objections filed by UCC, prepare responses and send to counsel. |
| Voskanian,Steve | $550 | 07/16/2010 | 0.4 | 220.00 | Review and analyze annual benchmarks per forecast model and ending cash balances. |
| Reiss, Freddie | $825 | 07/19/2010 | 2.2 | 1,815.00 | Review updated plan and disclosure amendments and financial exhibits. |
| Voskanian,Steve | $550 | 07/19/2010 | 1.2 | 660.00 | Prepare and review responses to objections filed by ICC. Send to counsel. |

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

## Activity Classification:  Analysis, Negotiation and Formulation of POR & DS

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Voskanian,Steve | $550 | 07/19/2010 | 1.4 | 770.00 | Review counsel prepared responses to objections filed by ICC and provide comments. Send to counsel. |
| Reiss, Freddie | $825 | 07/20/2010 | 2.2 | 1,815.00 | Read all objections and review final projections and exhibits. |
| Voskanian,Steve | $550 | 07/20/2010 | 0.6 | 330.00 | Review court's initial questions and comments on plan and disclosure statement. |
| Voskanian,Steve | $550 | 07/20/2010 | 1.9 | 1,045.00 | Review plan, disclosure statement and financial exhibits. Prepare for disclosure statement hearing. |
| Voskanian,Steve | $550 | 07/20/2010 | 0.5 | 275.00 | Review MMPI 13th monthly financial statement. |
| Voskanian,Steve | $550 | 07/20/2010 | 1.6 | 880.00 | Review Prince Plan and prepare equity valuation analysis. Discuss with staff. |
| Voskanian,Steve | $550 | 07/21/2010 | 7.6 | 4,180.00 | Attend disclosure statement hearing. |
| Voskanian,Steve | $550 | 07/21/2010 | 1.2 | 660.00 | Drive to and from courthouse for disclosure statement hearing. |
| Voskanian,Steve | $550 | 07/22/2010 | 0.9 | 495.00 | Prepare and review updated financial forecast model. Discuss with staff. |
| Voskanian,Steve | $550 | 07/22/2010 | 1.4 | 770.00 | Review notes from disclosure statement hearing and update staff. |
| Voskanian,Steve | $550 | 07/22/2010 | 1.7 | 935.00 | Review objections prepared by the equity committee and prepare responses. Deliver to counsel. |
| Voskanian,Steve | $550 | 07/22/2010 | 1.1 | 605.00 | Analyze Charlstown plan and begin drafting findings. Discuss with staff. |
| Voskanian,Steve | $550 | 07/23/2010 | 0.4 | 220.00 | Review pre-petition property tax schedule and compare to treatment in revised financial forecast model. Discuss with staff. |
| Voskanian,Steve | $550 | 07/23/2010 | 0.9 | 495.00 | Review analysis of Charlstown plan and findings. Discuss with staff. |
| Voskanian,Steve | $550 | 07/23/2010 | 1.5 | 825.00 | Prepare and review updated financial forecast model. Discuss with staff and send to counsel |
| Voskanian,Steve | $550 | 07/24/2010 | 1.6 | 880.00 | Review changes to updated Disclosure Statement and provide comments. |
| Voskanian,Steve | $550 | 07/25/2010 | 1.3 | 715.00 | Review updated disclosure statement and outline for hearing. |
| Voskanian,Steve | $550 | 07/26/2010 | 1.4 | 770.00 | Telephone and e-mail correspondence with staff regarding plan updates, forecast model revisions and rent roll analysis. |
| Voskanian,Steve | $550 | 07/26/2010 | 0.6 | 330.00 | Review rent roll analysis and compare with property descriptions. Provide comments to staff and J. Palacio. |
| Voskanian,Steve | $550 | 07/26/2010 | 2.4 | 1,320.00 | Attend disclosure statement hearing. |
| Voskanian,Steve | $550 | 07/26/2010 | 1.2 | 660.00 | Travel to and from courthouse for disclosure statement hearing. |
| Voskanian,Steve | $550 | 07/26/2010 | 3.3 | 1,815.00 | Meet with J. Maddux, J. Brand, J. Tedford, M. Echemendia, T. Nielsen and F. Reiss regarding plan revisions. |
| Reiss, Freddie | $825 | 07/27/2010 | 0.4 | 330.00 | Review e-mail regarding disclosure statement changes on property sales. |
| Sumaya, James | $290 | 07/27/2010 | 2.1 | 609.00 | Review latest disclosure statement and update property specific information from provided rent roll. |
| Voskanian,Steve | $550 | 07/27/2010 | 1.3 | 715.00 | Travel to and from courthouse for disclosure statement hearing. |
| Voskanian,Steve | $550 | 07/27/2010 | 0.7 | 385.00 | Telephone and e-mail correspondence with staff regarding plan updates, forecast model revisions and rent roll analysis. |
| Voskanian,Steve | $550 | 07/27/2010 | 0.9 | 495.00 | Meet with Mike Linsk regarding interest rate report preparations. |

*EXHIBIT  "C"*                                                                 *Page 3 of 11*

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification:  Analysis, Negotiation and Formulation of POR & DS** | | | | | |
| Voskanian,Steve | $550 | 07/27/2010 | 1.2 | 660.00 | Meet with J. Maddux, J. Brand, J. Tedford, T. Nielsen and F. Reiss regarding plan revisions. |
| Voskanian,Steve | $550 | 07/27/2010 | 1.7 | 935.00 | Attend disclosure statement hearing. |
| Voskanian,Steve | $550 | 07/27/2010 | 0.7 | 385.00 | Review several appraisal update reports and growth projections for assumptions in model. |
| Voskanian,Steve | $550 | 07/28/2010 | 2.4 | 1,320.00 | Revise and review updated financial forecast model exhibits for inclusion in disclosure statement. Meet with staff do discuss assumptions. |
| Voskanian,Steve | $550 | 07/28/2010 | 0.4 | 220.00 | Review settlement proposal with UCC. |
| Voskanian,Steve | $550 | 07/28/2010 | 3.8 | 2,090.00 | Revise and review updated financial forecast model. Meet with staff do discuss assumptions and reconciliation to prior model. Send to company and counsel. |
| Voskanian,Steve | $550 | 07/28/2010 | 1.2 | 660.00 | Review rent roll and tenancy analysis. Provide comments to staff and counsel for inclusion in disclosure statement. |
| Voskanian,Steve | $550 | 07/28/2010 | 0.6 | 330.00 | Meet with staff do discuss appraisal review and third party research on market data and growth rates. |
| Voskanian,Steve | $550 | 07/28/2010 | 0.8 | 440.00 | Meet with staff regarding revisions to forecast model. |
| Voskanian,Steve | $550 | 07/29/2010 | 1.2 | 660.00 | Review appraisal third party research on market data and growth rates. |
| Voskanian,Steve | $550 | 07/29/2010 | 0.5 | 275.00 | Meet with staff do discuss appraisal review and third party research on market data and growth rates. |
| Voskanian,Steve | $550 | 07/29/2010 | 0.8 | 440.00 | Revise and review hypothetical stock split analysis. Send to company and counsel. |
| Voskanian,Steve | $550 | 07/29/2010 | 1.4 | 770.00 | Revise and review updated financial forecast model. Meet with staff do discuss assumptions and reconciliation to prior model. Send to company and counsel. |
| Voskanian,Steve | $550 | 07/29/2010 | 1.6 | 880.00 | Revise and review updated financial forecast balance sheet and net equity exhibits for inclusion in disclosure statement. Meet with staff do discuss assumptions. |
| Voskanian,Steve | $550 | 07/29/2010 | 0.9 | 495.00 | Calls and e-mails with staff regarding revisions to forecast model. |
| Voskanian,Steve | $550 | 07/30/2010 | 5.9 | 3,245.00 | Revise and review updated financial forecast model, assumptions and exhibits. Discuss with staff and send to company and counsel. |
| Voskanian,Steve | $550 | 07/30/2010 | 0.7 | 385.00 | Review changes pages to the disclosure statement and provide comments to counsel. |
| | **Total For Activity** | | 118.8 | $69,166.50 | |

**Activity Classification:  Cash Flow / Budgeting / Reporting**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Hengel, Evan | $335 | 07/01/2010 | 1.3 | 435.50 | Review updated model from R. Majerle, re-run benchmarks, and make changes to unsecured claim payout structure. |
| Hengel, Evan | $335 | 07/12/2010 | 0.5 | 167.50 | Make edits to BofA property summaries at the request of S. Voskanian. |
| Hengel, Evan | $335 | 07/13/2010 | 2.4 | 804.00 | Create analysis predicting which properties are monetized in proposed alternative plan. |
| Hengel, Evan | $335 | 07/13/2010 | 0.5 | 167.50 | Make edits to alternative plan analysis at the request of S. Voskanian. |

*EXHIBIT "C"*                    *Page 4 of 11*

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

## Activity Classification:  Cash Flow / Budgeting / Reporting

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Hengel, Evan | $335 | 07/13/2010 | 1.6 | 536.00 | Review and ask questions about proposed Plan filed by Legendary & East West. |
| Hengel, Evan | $335 | 07/13/2010 | 0.4 | 134.00 | Make edits to BofA property summaries at the request of S. Voskanian. |
| Hengel, Evan | $335 | 07/14/2010 | 1.2 | 402.00 | Discuss cash balances and assumption descriptions with R. Majerle and make edits to BofA property summaries at the request of S. Voskanian. |
| Hengel, Evan | $335 | 07/15/2010 | 0.9 | 301.50 | Answer questions posed by counsel regarding forecast model and discuss model with R. Majerle. |
| Hengel, Evan | $335 | 07/22/2010 | 2.0 | 670.00 | Review Charlstown forecast model and identify potential errors. |
| Hengel, Evan | $335 | 07/22/2010 | 2.9 | 971.50 | Create comparison file between Debtor's model and Charlstown's model. |
| Hengel, Evan | $335 | 07/22/2010 | 2.3 | 770.50 | Add data points for occupancy and adjusted operating expenses to forecast model. Also, project Charlestown's cash balances under various scenarios involving delayed lease-up and cost overruns. |
| Hengel, Evan | $335 | 07/23/2010 | 1.7 | 569.50 | Create rent roll summary for June 2010 and compare to previous rent rolls. |
| Hengel, Evan | $335 | 07/23/2010 | 0.8 | 268.00 | Review model received from R. Majerle and check property tax methodology for errors. |
| Hengel, Evan | $335 | 07/23/2010 | 0.9 | 301.50 | Review Charlestown plan and try to identify which assets are monetized. |
| Hengel, Evan | $335 | 07/23/2010 | 1.1 | 368.50 | Answer questions posed by counsel and review rent roll report. |
| Hengel, Evan | $335 | 07/26/2010 | 1.9 | 636.50 | Pose questions to Client regarding potential errors in their rent rolls and answer follow-up questions from S. Voskanian. |
| Hengel, Evan | $335 | 07/26/2010 | 1.4 | 469.00 | Review updated rent roll from the client, incorporate changes in rent roll comparison file, and answer questions from S. Voskanian. |
| Hengel, Evan | $335 | 07/27/2010 | 1.4 | 469.00 | Review updated disclosure statement from J. Sumaya (FTI), make changes, and pose questions to S. Voskanian (FTI) and J. Palacio (MMPI). |
| Hengel, Evan | $335 | 07/27/2010 | 4.3 | 1,440.50 | Make edits to forecast model at the request of S. Voskanian (FTI). |
| Hengel, Evan | $335 | 07/27/2010 | 1.1 | 368.50 | Review disclosure statement, determine what language needs to be updated, and direct J. Sumaya (FTI) on how to update. |
| Hengel, Evan | $335 | 07/27/2010 | 1.8 | 603.00 | Discuss rent roll with J. Palacio (MMPI) and make additional edits to rent roll comparison. |
| Hengel, Evan | $335 | 07/27/2010 | 0.9 | 301.50 | Create updated property and corporate summaries with delayed effective date. |
| Hengel, Evan | $335 | 07/27/2010 | 1.5 | 502.50 | Create 2 year property level cash flows with new effective date. |
| Hengel, Evan | $335 | 07/28/2010 | 1.6 | 536.00 | Create new Net Equity exhibit separate by encumbered/unencumbered and showing LTV by year. |
| Hengel, Evan | $335 | 07/28/2010 | 1.4 | 469.00 | Answer questions from S. Voskanian and make edits to forecast model. |
| Hengel, Evan | $335 | 07/28/2010 | 1.9 | 636.50 | Update "other secured claims" and "priority tax claims" to reflect later effective date and incorporate in to yearly balance sheet. |
| Hengel, Evan | $335 | 07/28/2010 | 2.4 | 804.00 | Update pre-petition property tax accruals to account for later effective date, incorporate in to balance sheet, and answer questions from S. Voskanian. |

*EXHIBIT "C"*                                    *Page 5 of 11*

14

## Meruelo Maddux Properties
### FTI Consulting, Inc. Detailed Time and Fee Statement
### For the Period July 1, 2010 through July 31, 2010

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Cash Flow / Budgeting / Reporting** | | | | | |
| Hengel, Evan | $335 | 07/28/2010 | 2.6 | 871.00 | Update model for new cash balance and create yearly balance sheet forecasts. |
| Hengel, Evan | $335 | 07/28/2010 | 1.6 | 536.00 | Make edits to forecast model at the request of S. Voskanian (FTI) and answer questions about the impact of changes to the model. |
| Hengel, Evan | $335 | 07/29/2010 | 1.9 | 636.50 | Review forecast model to ensure accuracy and make changes to property tax claim payments for sold properties. Also, discuss restricted cash balances with S. Voskanian (FTI). |
| Hengel, Evan | $335 | 07/29/2010 | 2.1 | 703.50 | Create a hypothetical analysis of what would occur in a 100-1 reverse stock split. |
| Hengel, Evan | $335 | 07/29/2010 | 1.8 | 603.00 | Discuss forecast model with S. Voskanian, update growth rates, create no-sale scenario property summary, and re-run benchmarks. |
| Hengel, Evan | $335 | 07/29/2010 | 0.7 | 234.50 | Make edits to assumption descriptions. |
| Hengel, Evan | $335 | 07/29/2010 | 1.8 | 603.00 | Answer questions related to pre-petition property tax accruals and payments, and make edits to balance sheet forecast. |
| Hengel, Evan | $335 | 07/30/2010 | 0.5 | 167.50 | Answer questions from counsel and send updated exhibit. |
| Hengel, Evan | $335 | 07/30/2010 | 2.6 | 871.00 | Compare rent roll to forecast model, answer occupancy questions from counsel, and review forecast model to check for errors. |
| Hengel, Evan | $335 | 07/30/2010 | 4.7 | 1,574.50 | Change effective date in model to be 12/1/2010 and make all associated updates (property taxes, summary sheets, accrued interest, etc.). |
| Hengel, Evan | $335 | 07/30/2010 | 2.3 | 770.50 | Make edits to property sales timeline, re-run scenarios, and review model to check for errors. |
| | **Total For Activity** | | **64.7** | **$21,674.50** | |

## Activity Classification: Cash Flow / Property / Operational Analysis

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Majerle, Robin | $335 | 07/01/2010 | 0.7 | 234.50 | Revise cheat sheet of sale proceeds following changes to the marketing strategy. |
| Majerle, Robin | $335 | 07/01/2010 | 0.8 | 268.00 | Run forecast model scenario to reduce Effective Date paydown to GUC to 25%. Incorporate full payment of accrued interest to Merco Group's secured creditor from partial sale proceeds. |
| Majerle, Robin | $335 | 07/01/2010 | 1.3 | 435.50 | Revise partial sales prices to include closing costs of 4%. |
| Majerle, Robin | $335 | 07/01/2010 | 1.6 | 536.00 | Prepare reconciliation of revised forecast model to most recently filed Plan. |
| Majerle, Robin | $335 | 07/01/2010 | 1.2 | 402.00 | Revise marketing assumptions for Merco Group in forecast model. |
| Majerle, Robin | $335 | 07/01/2010 | 0.5 | 167.50 | Update benchmark analysis in revised forecast model. Review footnotes for accuracy. |
| Majerle, Robin | $335 | 07/02/2010 | 0.3 | 100.50 | Compile schedule of GUC for unencumbered properties. |
| Majerle, Robin | $335 | 07/06/2010 | 1.8 | 603.00 | Insert weighted averages into amended debt schedules for LTV and interest rate calculations. Add LTV ratios assuming impact of accrued interest and property taxes. |
| Majerle, Robin | $335 | 07/08/2010 | 1.7 | 569.50 | Prepare break-out of 2010 operating expense budget by property by KBI. |

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Cash Flow / Property / Operational Analysis** | | | | | |
| Majerle, Robin | $335 | 07/08/2010 | 3.3 | 1,105.50 | Prepare exhibits for KBI including schedule of monetized assets, detail of "Net Impact from Asset Sales", and budgets and actuals report for monetized assets. |
| Majerle, Robin | $335 | 07/08/2010 | 2.5 | 837.50 | Add all properties to budgets and actuals report for KBI. |
| Majerle, Robin | $335 | 07/08/2010 | 2.3 | 770.50 | Prepare forecast model scenarios including and excluding BofA agreement. Remove Capmark agreement from assumptions. |
| Majerle, Robin | $335 | 07/08/2010 | 1.1 | 368.50 | Revise payout to GUC to 15% on the effective date. Prepare updated payment schedule amortized over 4 years and payable in 3 years. |
| Majerle, Robin | $335 | 07/09/2010 | 1.6 | 536.00 | Revise exhibits for KBI following comments from S Voskanian (FTI). Prepare reconciliation to forecast model exhibits. |
| Majerle, Robin | $335 | 07/12/2010 | 0.5 | 167.50 | Updated debt schedule to include average interest rates and LTV calculations for total amended and nonamended debt. |
| Majerle, Robin | $335 | 07/12/2010 | 2.0 | 670.00 | Revise forecast model scenario to include the Capmark agreement. |
| Majerle, Robin | $335 | 07/13/2010 | 1.7 | 569.50 | Revise forecast model to include calculation of months of available capital on the ED. Run benchmarks per current assumptions. |
| Majerle, Robin | $335 | 07/14/2010 | 0.9 | 301.50 | Update forecast model to include revised GUC payment schedule. Remove Berkadia and BofA agreement assumptions. |
| Majerle, Robin | $335 | 07/14/2010 | 2.1 | 703.50 | Prepare reconciliation of current forecast model cash balances to previously filed forecast model. |
| Majerle, Robin | $335 | 07/14/2010 | 2.8 | 938.00 | Continue to prepare reconciliation of current forecast model cash balances to previously filed forecast. Review calculation of contingency. |
| Majerle, Robin | $335 | 07/15/2010 | 0.8 | 268.00 | Run benchmarks and finalize forecast exhibits for filing. |
| Majerle, Robin | $335 | 07/15/2010 | 2.4 | 804.00 | Update model to include bonus payments to management. Determine potential assets to include in monetization schedule due to decreased cash balances. |
| Majerle, Robin | $335 | 07/15/2010 | 1.1 | 368.50 | Revise reconciliation of forecast model. |
| Majerle, Robin | $335 | 07/15/2010 | 0.4 | 134.00 | Update monetization schedule in forecast. |
| Majerle, Robin | $335 | 07/15/2010 | 2.2 | 737.00 | Prepare summary schedule of impact of monetized assets. |
| Majerle, Robin | $335 | 07/21/2010 | 0.7 | 234.50 | Revise presentation of Merco Group property taxes in forecast model exhibits. |
| Majerle, Robin | $335 | 07/22/2010 | 2.7 | 904.50 | Incorporate payment of pre-petition tax liens at the date of sale for assets monetized in the first four years. |
| Majerle, Robin | $335 | 07/22/2010 | 1.1 | 368.50 | Revise marketing timeline to show biannual sales in first two years. |
| Majerle, Robin | $335 | 07/22/2010 | 1.8 | 603.00 | Prepare schedule of petition date loan balances, accrued interest, and date of default per request by Danning Gill. |
| Majerle, Robin | $335 | 07/22/2010 | 0.7 | 234.50 | Review Plan of Reorganization filed by Equity holders. Prepare response to cash flow calculation errors. |
| Majerle, Robin | $335 | 07/23/2010 | 1.2 | 402.00 | Review forecast model and reconcile to previously filed exhibits. |
| Majerle, Robin | $335 | 07/23/2010 | 1.0 | 335.00 | Discuss updated forecast model assumptions with Danning Gill. |
| Majerle, Robin | $335 | 07/23/2010 | 3.2 | 1,072.00 | Continue to refine forecast model to include payment of pre-petition tax liens on the date of asset sales. Revise marketing timeline to assume bi-annual sales for the first 2 years |

*EXHIBIT "C"*                                                                                  *Page 7 of 11*

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

### Activity Classification:  Cash Flow / Property / Operational Analysis

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Majerle, Robin | $335 | 07/23/2010 | 1.9 | 636.50 | Revise principal payments for certain monetized assets in forecast model. |
| Majerle, Robin | $335 | 07/23/2010 | 0.9 | 301.50 | Finalize revised forecast model exhibits for filing. |
| Majerle, Robin | $335 | 07/26/2010 | 1.8 | 603.00 | Revise marketing timeline following discussion with MMPI management. |
| Majerle, Robin | $335 | 07/26/2010 | 2.2 | 737.00 | Revise presentation of forecast model exhibits to disclosure timing of asset sales |
| Majerle, Robin | $335 | 07/26/2010 | 2.6 | 871.00 | Continue to revise presentation of forecast model exhibits to disclosure timing of asset sales |
| Majerle, Robin | $335 | 07/27/2010 | 2.5 | 837.50 | Review changes to the revised forecast model exhibits. |
| Majerle, Robin | $335 | 07/27/2010 | 1.5 | 502.50 | Adjust timing of pre-petition property tax payments. Revise treatment of Merco Group sale. |
| **Total For Activity** | | | **63.4** | **$21,239.00** | |

### Activity Classification:  General Meeting with Debtor & Debtors' Professionals

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Voskanian, Steve | $550 | 07/01/2010 | 0.6 | 330.00 | E-mail and telephone correspondence with A. Murray. |
| Voskanian, Steve | $550 | 07/02/2010 | 0.2 | 110.00 | E-mail and telephone correspondence with A. Murray. |
| Reiss, Freddie | $825 | 07/06/2010 | 0.3 | 247.50 | Call with J. Maddux (Meruelo Maddux) regarding Bank of America. |
| Reiss, Freddie | $825 | 07/06/2010 | 0.3 | 247.50 | Call with J. Maddux (Meruelo Maddux) regarding Bank of America update. |
| Voskanian, Steve | $550 | 07/07/2010 | 0.5 | 275.00 | Prepare and review documents for meeting with UCC. |
| Voskanian, Steve | $550 | 07/07/2010 | 0.9 | 495.00 | Meet with A. Murray and M. Covington to discuss document requests. |
| Voskanian, Steve | $550 | 07/07/2010 | 5.6 | 3,080.00 | Meeting with UCC and counsel to negotiate payout plan. |
| Reiss, Freddie | $825 | 07/08/2010 | 0.3 | 247.50 | Conference call with client and counsel. |
| Reiss, Freddie | $825 | 07/08/2010 | 0.2 | 165.00 | Follow-up with client. |
| Voskanian, Steve | $550 | 07/09/2010 | 4.6 | 2,530.00 | Property tour with A. Murray and M. Covington. |
| Voskanian, Steve | $550 | 07/09/2010 | 0.4 | 220.00 | Discuss alternative cash flow scenarios with A. Murray. |
| Reiss, Freddie | $825 | 07/12/2010 | 0.3 | 247.50 | Call with J. Maddux (Meruelo Maddux). |
| Reiss, Freddie | $825 | 07/13/2010 | 0.3 | 247.50 | Call with J. Maddux (Meruelo Maddux) regarding UCC. |
| Voskanian, Steve | $550 | 07/13/2010 | 0.9 | 495.00 | In person meetings and e-mail correspondence with F. Skaggs regarding budgets and YTD financial statements. |
| Voskanian, Steve | $550 | 07/13/2010 | 0.7 | 385.00 | Phone and e-mail correspondence with J. Brand regarding forecast and objections files by creditors. |
| Voskanian, Steve | $550 | 07/13/2010 | 1.2 | 660.00 | In person meetings and e-mail correspondence with A. Murray regarding forecast, objections files by creditors and plan proposed by Legendary. |
| Reiss, Freddie | $825 | 07/15/2010 | 0.4 | 330.00 | Call with client. |
| Voskanian, Steve | $550 | 07/15/2010 | 1.7 | 935.00 | On site meetings and e-mail correspondence with A. Murray, J. Maddux, F. Skaggs and J. Palacio regarding updated forecast model and assumptions. |

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification:  General Meeting with Debtor & Debtors' Professionals** | | | | | |
| Voskanian, Steve | $550 | 07/15/2010 | 0.9 | 495.00 | Phone and e-mail correspondence with J. Brand regarding updated forecast model and assumptions. |
| Voskanian, Steve | $550 | 07/16/2010 | 0.2 | 110.00 | Meet with F. Skaggs regarding UCC objections and responses. |
| Voskanian, Steve | $550 | 07/16/2010 | 0.6 | 330.00 | Phone and e-mail correspondence with J. Brand regarding UCC objections and responses. |
| Voskanian, Steve | $550 | 07/19/2010 | 0.5 | 275.00 | Review revision made to financial forecast model. Send comments to staff. |
| Voskanian, Steve | $550 | 07/19/2010 | 0.4 | 220.00 | E-mail and telephone correspondence with J. Brand regarding projections and professional fee budgets. |
| Reiss, Freddie | $825 | 07/20/2010 | 0.8 | 660.00 | Meet with S. Voskanian (FTI) regarding status. |
| Voskanian, Steve | $550 | 07/20/2010 | 1.1 | 605.00 | Meet with F. Reiss and M. Pakkala regarding plan and disclosure statement and hearing preparations. |
| Voskanian, Steve | $550 | 07/20/2010 | 0.7 | 385.00 | E-mail and telephone correspondence with A. Murray and F. Skaggs regarding projections. |
| Reiss, Freddie | $825 | 07/21/2010 | 0.6 | 495.00 | Meeting with client and counsel. |
| Voskanian, Steve | $550 | 07/21/2010 | 1.6 | 880.00 | Meet with J. Brand, J. Tedford, J. Maddux, T. Nielsen and F. Reiss regarding hearing preparations and financial projections. |
| Voskanian, Steve | $550 | 07/21/2010 | 0.4 | 220.00 | Call with A. Murray regarding hearing and Prince plan. |
| Voskanian, Steve | $550 | 07/21/2010 | 0.3 | 165.00 | E-mails with R. Majerle regarding financial projections and assumptions. |
| Voskanian, Steve | $550 | 07/22/2010 | 0.4 | 220.00 | Meet with M. Linsk and C. Nelson regarding disclosure statement language. |
| Voskanian, Steve | $550 | 07/22/2010 | 0.7 | 385.00 | E-mail and telephone correspondence with J. Brand regarding objections and financials. |
| Voskanian, Steve | $550 | 07/23/2010 | 0.7 | 385.00 | E-mail and telephone correspondence with A. Murray regarding Charlestown plan and financials. |
| Voskanian, Steve | $550 | 07/23/2010 | 1.2 | 660.00 | Call with J. Maddux, J. Brand, J. Tedford and T. Nielsen regarding responses to objections. |
| Voskanian, Steve | $550 | 07/23/2010 | 0.8 | 440.00 | E-mail and telephone correspondence with J. Brand regarding revised financial forecast model and tenancy analysis. |
| Reiss, Freddie | $825 | 07/26/2010 | 1.0 | 825.00 | Meeting with client and counsel. |
| Reiss, Freddie | $825 | 07/26/2010 | 1.0 | 825.00 | Client and counsel follow-up meetings. |
| Voskanian, Steve | $550 | 07/26/2010 | 1.2 | 660.00 | Telephone and e-mail correspondence counsel and company regarding plan updates, forecast model revisions and rent roll analysis. |
| Reiss, Freddie | $825 | 07/27/2010 | 0.4 | 330.00 | Communicate with counsel regarding reverse stock split. |
| Reiss, Freddie | $825 | 07/27/2010 | 0.8 | 660.00 | Meet counsel and client before hearing. |
| Voskanian, Steve | $550 | 07/27/2010 | 1.3 | 715.00 | Telephone and e-mail correspondence with J. Brand regarding plan updates and forecast model revisions. |
| Voskanian, Steve | $550 | 07/27/2010 | 0.6 | 330.00 | Telephone and e-mail correspondence with A. Murray regarding plan updates and forecast model revisions. |
| Voskanian, Steve | $550 | 07/27/2010 | 0.3 | 165.00 | Meeting with F. Reiss regarding plan updates. |
| Voskanian, Steve | $550 | 07/28/2010 | 0.7 | 385.00 | Calls and e-mails with J. Brand regarding plan preparations. |
| Voskanian, Steve | $550 | 07/28/2010 | 0.9 | 495.00 | Calls and e-mails with A. Murray regarding plan preparations. |

*EXHIBIT "C"*                                                                            *Page 9 of 11*

18

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|

### Activity Classification:  General Meeting with Debtor & Debtors' Professionals

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Voskanian,Steve | $550 | 07/29/2010 | 1.9 | 1,045.00 | On site meetings with F. Skaggs, A. Murray and M. Echemendia regarding plan preparations. |
| Voskanian,Steve | $550 | 07/29/2010 | 0.5 | 275.00 | Calls and e-mails with J. Brand regarding plan preparations. |
| Voskanian,Steve | $550 | 07/30/2010 | 1.3 | 715.00 | Call with company and counsel regarding plan preparations. |
| Voskanian,Steve | $550 | 07/30/2010 | 0.5 | 275.00 | Calls and e-mails with J. Brand regarding plan preparations. |
| | **Total For Activity** | | **43.7** | **$25,877.50** | |

### Activity Classification:  General Meetings with Committee & Committee Counsel

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Reiss, Freddie | $825 | 07/06/2010 | 0.2 | 165.00 | Review e-mail regarding committee requests. |
| Reiss, Freddie | $825 | 07/07/2010 | 0.2 | 165.00 | Update from UCC meeting. |
| Reiss, Freddie | $825 | 07/07/2010 | 0.3 | 247.50 | Review term sheet for creditors committee. |
| Reiss, Freddie | $825 | 07/08/2010 | 0.2 | 165.00 | Review committee term sheet. |
| Reiss, Freddie | $825 | 07/13/2010 | 0.5 | 412.50 | Conference call with counsel regarding UCC and interest rates. |
| | **Total For Activity** | | **1.4** | **$1,155.00** | |

### Activity Classification:  Meetings with Other Parties

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Reiss, Freddie | $825 | 07/06/2010 | 0.5 | 412.50 | Call with Bank of America regarding extension. |
| Reiss, Freddie | $825 | 07/08/2010 | 0.1 | 82.50 | Follow-up with Gaffney. |
| Reiss, Freddie | $825 | 07/08/2010 | 0.5 | 412.50 | Call with Bank of America. |
| Reiss, Freddie | $825 | 07/14/2010 | 0.5 | 412.50 | Call with D. Gaffney (Snell & Wilmer). |
| | **Total For Activity** | | **1.6** | **$1,320.00** | |

### Activity Classification:  Prepare for and Attendance at Court Hearings

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Reiss, Freddie | $825 | 07/12/2010 | 0.5 | 412.50 | Research for upcoming hearings. |
| Reiss, Freddie | $825 | 07/21/2010 | 5.0 | 4,125.00 | Attend court hearing. |
| Reiss, Freddie | $825 | 07/26/2010 | 3.0 | 2,475.00 | Attend court hearings on disclosure statement. |
| Reiss, Freddie | $825 | 07/27/2010 | 1.2 | 990.00 | Attend court hearing on disclosure. |
| | **Total For Activity** | | **9.7** | **$8,002.50** | |

### Activity Classification:  Travel Time

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| Reiss, Freddie | $825 | 07/21/2010 | 0.7 | 577.50 | Travel from court. |
| Reiss, Freddie | $825 | 07/21/2010 | 0.9 | 742.50 | Travel to disclosure hearing. |
| Reiss, Freddie | $825 | 07/26/2010 | 0.7 | 577.50 | Travel to court hearing, travel time at 1/2 rate |

*EXHIBIT "C"*                                                      Page 10 of 11

**Meruelo Maddux Properties**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2010 through July 31, 2010**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification:  Travel Time** | | | | | |
| Reiss, Freddie | $825 | 07/26/2010 | 0.8 | 660.00 | Travel to office from court hearing, 1/2 rate |
| Reiss, Freddie | $825 | 07/27/2010 | 0.7 | 577.50 | Travel to office from court hearing, 1/2 rate |
| Reiss, Freddie | $825 | 07/27/2010 | 0.6 | 495.00 | Travel to court hearing, travel time at 1/2 rate |
| | **Total For Activity** | | 4.4 | **$3,630.00** | |
| **Activity Classification:  Valuation and Related Matters** | | | | | |
| Reiss, Freddie | $825 | 07/13/2010 | 2.3 | 1,897.50 | Interest rate research. |
| Sumaya, James | $290 | 07/28/2010 | 3.6 | 1,044.00 | Review various appraisals of MMPI properties, looking for any historical and projected industrial rent and valuation data for downtown Los Angeles. |
| Sumaya, James | $290 | 07/29/2010 | 2.2 | 638.00 | Research various available reports for information regarding historical and projected rent and value/pricing information related to the downtown Los Angeles industrial real estate market. |
| Sumaya, James | $290 | 07/29/2010 | 1.5 | 435.00 | Reach out to various sources and contacts to determine best and most economical way to obtain data on the downtown Los Angeles industrial real estate market. |
| Sumaya, James | $290 | 07/29/2010 | 0.4 | 116.00 | Calculate various metrics on the historical and projected rent and sales/valuation data for the L.A. metro industrial real estate market. |
| | **Total For Activity** | | 10.0 | **$4,130.50** | |
| **Grand Total of Hours and Fees** | | | 320.8 | **$158,288.00** | |

*EXHIBIT "C"*                                                                 *Page 11 of 11*

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

FTI Consulting, Inc. 633 West Fifth Street, 16th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document described ***NOTICE OF FILING OF THIRTEENTH MONTHLY STATEMENT OF FTI CONSULTING, INC. FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2010 THROUGH JULY 31, 2010*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On ***August 9, 2010*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

***Via U.S. Mail***

Debtors: Meruelo Maddux Properties, Inc., Attn: Todd W. Nielsen, 761 Terminal Street, Building 1, 2nd Floor, Los Angeles, CA 90021
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 9, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 9, 2010 | Rheba Heard | *Rheba Heard* |
|---|---|---|
| Date | Type Name | Signature |

**21**

341412.01 [XP]    25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356-KT |

### III. SERVED BY EMAIL

Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)

John Bingham, jbingham@dgdk.com (Counsel for Debtors)

Martin J Brill, mjb@lnbrb.com (counsel for interested party)

Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)

Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)

Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)

Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)

Aaron De Leest, aed@dgdk.com (counsel for Debtors)

Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)

Barry V Freeman, bvf@jmbm.com (former counsel for Chinatrust)

Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)

Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)

Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)

Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)

John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)

Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)

Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)

Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)

Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)

Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)

Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)

David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)

Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)

Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)

Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)

Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)

Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)

Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)

Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)

Craig M Rankin, cmr@lnbrb.com (counsel for interested party)

Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)

Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)

Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)

Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)

Surjit P Soni, surj@sonilaw.com (counsel for Legendary)

Tracie L Spies, tracie@haganlaw.org (counsel for PNL Pomona)

James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)

John N Tedford, jtedford@dgdk.com (counsel for Debtors)

Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)

Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

Janis G Abrams, jabrams@gershlegal.com (counsel for the Stanford Group

Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for interested party)

Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)

Curtis C Jung, ccjung@aol.com (counsel for United Commercial Bank

Sandra W Lavigna, LavignaS@sec.gov (counsel for Securities and Exchange Commission

22

| In re: MERUELO MADDUX PROPERTIES, INC.,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
| --- | --- |

Jeffrey M Singletary, jsingletary@swlaw.com (counsel for FNBN-CMLCON I LLC
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Dean Steinbeck, deansteinbeck@bsalawfirm.com (counsel for interested party)
Rouben Varozian, rvarozian@bzlegal.com (counsel for Chamlian)
Robert A Weinberg, raw@rweinberglaw.com (counsel for interested party)

23

341412.01 [XP]      25195