1  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *JTedford@DGDK.com*
2  JULIA W. BRAND (State Bar No. 121760)
   *JBrand@DGDK.com*
3  MICHAEL C. ABEL (State Bar No. 187743)
   *MAbel@DGDK.COM*
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California 90067-2904
   Telephone:  (310) 277-0077
6  Facsimile:  (310) 277-5735

7  Attorneys for Meruelo Maddux Properties, Inc., and
   affiliated Debtors and Debtors-in-Possession

8              **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10              **SAN FERNANDO VALLEY DIVISION**

11  In re                                    ) Case No. 1:09-bk-13356-KT
                                             )
12  MERUELO MADDUX PROPERTIES, INC., et      ) Chapter 11 (Jointly Administered)
    al.,[1]                                  )
13                                           ) **DEBTORS' EX PARTE MOTION TO**
              Debtors and Debtors-in-Possession. ) **FILE "*DEBTORS' SUPPLEMENT IN***
14                                           ) ***SUPPORT OF MOTION FOR***
                                             ) ***PROTECTIVE ORDER; AND***
15  _____  ) ***DECLARATION OF JOHN N.***
                                             ) ***TEDFORD, IV, IN SUPPORT***
16  ☑  Affects all Debtors                   ) ***THEREOF*" UNDER SEAL; AND**
                                             ) **DECLARATION OF JOHN N.**
17  ☐  Affects the following Debtor(s):      ) **TEDFORD, IV. IN SUPPORT THEREOF**
                                             )
18                                           )
                                             ) [No Hearing Required]
19                                           )
                                             )
20                                           )
                                             )
21                                           )
                                             )
22  _____  )

23

24  _____

        [1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by
25  affiliated entities.  The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-
    KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-
26  13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-
    bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT;
    1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-
    KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-
27  13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-
    bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT;
    1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-
28  KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

357238.032  [XP] 25195

1      **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession

2 (collectively the "Debtors"), pursuant to 11 U.S.C. §§ 105(a) and 107(b), Federal Rule of

3 Bankruptcy Procedure 9018, and Local Bankruptcy Rules 5003-2(c)(1) and 9013-1, will and do

4 hereby move on an ex parte basis for an order authorizing the Debtors to file under seal the

5 *Debtors' Supplement in Support of Motion for Protective Order; and Declaration of John N.*

6 *Tedford, IV, in support thereof* (the "Sealing Order Motion").

7      This Sealing Order Motion is based on the following: On March 26 and 27, 2009 (the

8 "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the

9 United States Code (the "Code"). On July 26, 2010, the OCC filed the Rule 2004 Motion

10 requesting that the Court order the Debtors to produce a total of 17 categories of information and

11 documents on or before August 16, 2010. On July 27, 2010, the OCC filed an amended exhibit to

12 the Rule 2004 Motion expanding its request to 22 categories of information and documents (the

13 "Document Requests").

14      The Debtors have responded to the Rule 2004 Motion by way of their Motion for Protective

15 Order (the "Protective Order Motion"), which is filed concurrently herewith. The Debtors seek to

16 support the Protective Order Motion with the facts set forth in the *Debtors' Supplement in Support*

17 *of Motion for Protective Order; and Declaration of John N. Tedford, IV, in support thereof* (the

18 "Supplement"). The facts in the Supplement are submitted in support of the Debtors' contention

19 that the OCC is not acting in good faith and is seeking to, among other things, needlessly increase

20 the cost of litigation in this matter. However, those facts implicate settlement negotiations between

21 the Debtors and the OCC. The Debtors thus respectfully request that the Court authorize the filing

22 of the Supplement under seal.

23      Good cause exists for the sealing of the Supplement because the Debtors, if they are not

24 able to present to the Court the facts contained in the Supplement, will not be able to respond fully

25 to the OCC's Rule 2004 Motion and seek a protective order. Also, the Debtors seek to maintain the

26 confidentiality of the settlement negotiations described in the Supplement.

27      This Sealing Order Motion is based upon this motion, the Memorandum of Points and

28 Authorities, the attached declaration of John N. Tedford, IV, the papers and pleadings on file in this

1

1  case, and such other evidence as may be presented to the Court.  A proposed order is submitted

2  herewith (a copy of which is attached as Exhibit "1"), as required by Local Bankruptcy Rule 5003-

3  2(c)(1).  The Supplement that the Debtors seek to file under seal is annexed as Exhibit "2" to the

4  service copies of this Sealing Order Motion served on the Honorable Kathleen Thompson (in a

5  sealed envelope) and on the counsel for the OCC.  The Supplement has been intentionally omitted

6  from the electronically filed motion and all other service copies.

7

8  Dated:  August 13, 2010              DANNING, GILL, DIAMOND & KOLLITZ, LLP

9

10                                      By:    _____

11                                          John N Tedford, IV
                                            Attorneys for Meruelo Maddux Properties,
                                            Inc., and affiliated Debtors and Debtors-in-
12                                          Possession

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

3

### I.

4

### STATEMENT OF FACTS

5        On March 26 and 27, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for

6    relief under Chapter 11 of Title 11 of the United States Code (the "Code").  On July 26, 2010, the

7    Official Committee of Unsecured Creditors (the "OCC") filed a motion under Federal Rule of

8    Bankruptcy Procedure 2004 (the "Rule 2004 Motion") requesting that the Court order the Debtors

9    to produce a total of 17 categories of information and documents on or before August 16, 2010.  On

10   July 27, 2010, the OCC filed an amended exhibit to the Rule 2004 Motion expanding its request to

11   22 categories of information and documents (the "Document Requests").

12        The Debtors have responded to the Rule 2004 Motion by way of a Motion for Protective

13   Order (the "Protective Order Motion"), which is being filed concurrently with this motion.  The

14   Debtors cannot respond fully to the Rule 2004 Motion and seek a protective order unless they are

15   able to present facts to the Court regarding certain settlement discussions between the Debtors and

16   the OCC.  These facts are contained in the *Debtors' Supplement in Support of Motion for Protective*

17   *Order; and Declaration John N. Tedford, IV, in support thereof* (the "Supplement").[2]  The Debtors

18   do not take lightly the need to keep settlement discussions confidential, which is why the Debtors

19   seek permission to file the Supplement under seal.

20        The facts in the Supplement are submitted in support of the Debtors' contention that the

21   OCC is not acting in good faith and is seeking to, among other things, needlessly increase the cost

22   of litigation in this matter.  However, those facts implicate settlement negotiations between the

23   Debtors and the OCC.  The Debtors thus respectfully request that the Court authorize the filing of

24   the Supplement under seal.

25

26   _____

27        [2]  A sealed copy of the Supplement is attached as Exhibit "2" only to the service copies of
this Motion served on the Judge and on counsel for the OCC.

28

3

357238.032  [XP] 25195

## II.

## **ARGUMENT**

A.    THE COURT HAS AUTHORITY TO ALLOW THE FILING OF DOCUMENTS UNDER
SEAL

While courts recognize a presumption in favor of public access to court records, *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 597-98, 98 S.Ct. 1306, 1312 (1978), that access is not unfettered. Section 107(b) of the Bankruptcy Code is an exception to the general rule and provides as follows: "On request of a party in interest, the bankruptcy court shall...(1) protect an entity with respect to a trade secret, or confidential research, development or commercial information." *See also* F.R.B.P. 9018 (permitting the court to make such an order).

The "decision whether to seal bankruptcy court records lies within the discretion of the bankruptcy court." *In re Fibermark, Inc.*, 330 B.R. 480, 506 (Bankr. D.Vt. 2005) (citing *In re Sherman-Noyes & Prairie Apts. Real Estate Inv. P'ship*, 59 B.R. 905, 909 (Bankr. N.D.Ill. 1986); *Hope ex rel. Clark v. Pearson*, 38 B.R. 423, 424 (Bankr. M.D.Ga. 1984). The party seeking the Court's approval to file under seal must show "good cause" to protect the subject material from disclosure. *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 776 (3rd Cir. 1994).

A Court should protect confidential information when its disclosure may adversely affect the party, *In re Frontier Group, LLC*, 256 B.R. 771, 773 (E.D. Tenn. 2000), or when disclosure may "reasonably be expected to cause the entity commercial injury." *In re Northstar Energy, Inc.*, 315 B.R. 425, 429 (Bankr. E.D. Tex. 2004) (citing *In re Global Crossing*, Ltd., 295 B.R. 720, 725 (Bankr. S.D.N.Y. 2003)). Further, the Court's authority to seal certain information is not limited to Section 107 but has also been recognized as part of the Court's "inherent authority" under Section 105. *In re Robert Landau Assocs. Ltd., Inc.*, 50 B.R. 670, 677 (Bankr. S.D.N.Y. 1985). *See also In re Hemple*, 295 B.R. 200, 202 (Bankr. D. Vt. 2003) (considering, among other factors, the necessity of terms of the settlement proposed to be sealed and the potential harm to debtors) and *In re 50-Off Stores, Inc.*, 213 B.R. 646, 653 (Bankr. W.D. Tex. 1997) (considering possible waiver of attorney client and work product information in deciding to seal proceeding regarding employment of special counsel).

4

357238.032  [XP] 25195

1  B.    GOOD CAUSE EXISTS TO AUTHORIZE THE DEBTORS TO FILE THE

2         SUPPLEMENT UNDER SEAL

3         The Debtors respond to the OCC's Rule 2004 Motion by way of the Protective Order

4  Motion.  However, the Debtors cannot respond fully to the Rule 2004 Motion and seek a protective

5  order unless they are able to present facts to the Court regarding certain settlement discussions

6  between the Debtors and the OCC.  However, those facts implicate settlement negotiations between

7  the Debtors and the OCC which should remain confidential.  Thus, in preparing their Protective

8  Order Motion and response to the Rule 2004 Motion the Debtors find themselves in the position of

9  being forced to choose between (1) a full airing of the relevant facts directly related to the parties'

10 discovery dispute that, because it would require public disclosure of certain settlement negotiations,

11 could undermine such negotiations, or (2) a limited response to the Rule 2004 Motion in which the

12 Debtors would not present the Court with all facts relevant to the Court's determination.  The

13 reasonable solution to the Debtors' quandary is to permit the Debtors to file their Supplement under

14 seal.  Accordingly, the Debtors are requesting authority to do so.

15

16                                    **III.**

17                                **CONCLUSION**

18        For the foregoing reasons, the Debtors respectfully request that the Court enter an order

19 authorizing the Debtors to file the Supplement under seal in a form substantially similar to the form

20 of the order attached as Exhibit "1" hereto.  The Debtors also request such further relief as the

21 Court deems just and proper.

22

23 Dated: August 13, 2010                 DANNING, GILL, DIAMOND & KOLLITZ, LLP

24

25                                 By:   _____

26                                       John N. Tedford, IV
                                         Attorneys for Meruelo Maddux Properties,
27                                       Inc., and affiliated Debtors and Debtors-in-
                                         Possession
28

357238.032 [XP] 25195

## DECLARATION OF JOHN N. TEDFORD, IV

I, John N. Tedford, IV, declare and state as follows:

1.     I am an attorney at law duly licensed to practice before all of the courts of the State of California and am a member of the Bar of this Court. I am the principal of a professional corporation which is a partner in the law firm of Danning, Gill, Diamond & Kollitz, LLP, bankruptcy counsel for Meruelo Maddux Properties, Inc., and fifty-three of its direct and indirect subsidiaries which each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about March 26 and 27, 2009 (collectively the "Debtors").

2.     Concurrently, the Debtors are filing a motion for a protective order in response to a motion (the "Rule 2004 Motion") by the Official Committee of Unsecured Creditors (the "OCC") under Federal Rule of Bankruptcy Procedure 2004. In support of the motion for a protective order, the Debtors have prepared the *Debtors' Supplement in Support of Motion for Protective Order* (the "Supplement"). A true and correct copy of the Supplement is attached as Exhibit "2" hereto only on the service copies of this motion being served on the Honorable Kathleen Thompson and counsel for the OCC.

3.     The Supplement contains facts relating to settlement discussions between the Debtors and the OCC that should remain confidential. However, I believe that if the Debtors are not able to present such facts to the Court, the Debtors will not be able to respond fully to the Rule 2004 Motion in their motion for a protective order, in which the Debtors contend, among other things, that the OCC is not acting in good faith and is seeking to, among other things, needlessly increase the cost of litigation in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2010, at Los Angeles, California.

JOHN N. TEDFORD, IV

6

# EXHIBIT 1

1  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *JTedford@DGDK.com*
2  JULIA W. BRAND (State Bar No. 121760)
   *JBrand@DGDK.com*
3  MICHAEL C. ABEL (State Bar No. 187743)
   *MAbel@DGDK.COM*
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California 90067-2904
   Telephone:  (310) 277-0077
6  Facsimile:  (310) 277-5735

7  Attorneys for Meruelo Maddux Properties, Inc., and
   affiliated Debtors and Debtors-in-Possession

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11  In re                              )  Case No. 1:09-bk-13356-KT
                                       )
12  MERUELO MADDUX PROPERTIES, INC., et )  Chapter 11 (Jointly Administered)
    al.,[1]                            )
13                                     )  **ORDER GRANTING DEBTORS' EX
            Debtors and Debtors-in-Possession.  )  PARTE MOTION TO FILE *DEBTORS'**
14                                     )  ***SUPPLEMENT IN SUPPORT OF***
                                       )  ***MOTION FOR PROTECTIVE ORDER;***
15  _____  )  ***AND DECLARATION OF JOHN N.***
                                       )  ***TEDFORD, IV, IN SUPPORT THEREOF***
16  ☑   Affects all Debtors            )  **UNDER SEAL**
                                       )
17  ☐   Affects the following Debtor(s): )
                                       )  [No Hearing Required]
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22  _____  )

23

24  ─────────────────────

    [1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by
25  affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-
    KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-
    13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-
26  bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT;
    1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-
    KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-
27  13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-
    bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT;
    1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-
28  KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

                                       8

357242.022 [XP] 25195

1    The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have

2    filed an Ex Parte Motion to File *Debtors' Supplement in Support of Motion for Protective Order;*

3    *and Declaration  and John N. Tedford, IV, in Support thereof* under Seal (the "Sealing Order

4    Motion").    The Court having read and considered the Sealing Order Motion, the Declaration of

5    John N. Tedford, IV, in Support Thereof and the *Debtors' Supplement in Support of Motion for*

6    *Protective Order; and Declaration of John N. Tedford, IV, in Support thereof,* and good cause

7    appearing, it is hereby

8    **ORDERED THAT**:

9    1.    The Sealing Order Motion is granted in its entirety.

10    2.    The following papers shall be filed under seal and the Clerk of the Court is

11    instructed and authorized to place under seal:  *Debtors' Supplement in Support of Motion for*

12    *Protective Order; and Declaration of John N. Tedford, IV, in Support thereof.*

13                                        ####

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 2 INTENTIONALLY OMITTED

# MOTION TO FILE UNDER SEAL PENDING

0.0 [XP]

1 | JOHN N. TEDFORD, IV (State Bar No. 205537)
   | *JTedford@DGDK.com*
2 | JULIA W. BRAND (State Bar No. 121760)
   | *JBrand@DGDK.com*
3 | MICHAEL C. ABEL (State Bar No. 187743)
   | *MAbel@DGDK.com*
4 | DANNING, GILL, DIAMOND & KOLLITZ, LLP
   | 2029 Century Park East, Third Floor
5 | Los Angeles, California 90067-2904
   | Telephone: (310) 277-0077
6 | Facsimile: (310) 277-5735

***CONFIDENTIAL***

*TO BE FILED*
*UNDER SEAL*

7 | Attorneys for Meruelo Maddux Properties, Inc., and
   | affiliated Debtors and Debtors-in-Possession

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SAN FERNANDO VALLEY DIVISION**

11 | In re                                               ) Case No. 1:09-bk-13356-KT
    |                                                     )
12 | MERUELO MADDUX PROPERTIES, INC., et                 ) Chapter 11 (Jointly Administered)
    | al.,[1]                                             )
13 |                                                     ) **SUPPLEMENT AND DECLARATION**
    |          Debtors and Debtors-in-Possession.        ) **OF JOHN N. TEDFORD, IV, FILED IN**
14 |                                                     ) **SUPPORT OF DEBTORS' MOTION**
    |                                                     ) **FOR PROTECTIVE ORDER**
15 | _____                 )
    |                                                     ) [Separate motion for authority to file under
16 | ☒   Affects all Debtors                             ) seal filed on August 13, 2010]
    |                                                     )
17 | ☐   Affects the following Debtor(s):                )
    |                                                     )
18 |                                                     ) Date:     August 27, 2010
    |                                                     ) Time:     9:30 a.m.
19 |                                                     ) Place:    Courtroom 301
    |                                                     )           21041 Burbank Blvd.
20 |                                                     )           Woodland Hills, CA
    |                                                     )
21 | _____                 )

22

23

24

25 | [1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

26

27

28

11

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
| --- | --- |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **DEBTORS' EX PARTE MOTION TO FILE "DEBTORS' SUPPLEMENT IN SUPPORT OF MOTION FOR PROTECTIVE ORDER; AND DECLARATION OF JOHN N. TEDFORD, IV, IN SUPPORT THEREOF" UNDER SEAL; AND DECLARATION OF JOHN N. TEDFORD, IV. IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 13, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Peter Bonfante, peterbonfante@bsalawfirm.com
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
George T Busu    george.busu@limruger.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)

☒    Service information continued on attached page

357238.032 [XP] 25195

| 1 | |
|---|---|

| 2 | In re: MERUELO MADDUX PROPERTIES, INC.      Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |

3

4  Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
   Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
5  Michael I. Gottfried    mgottfried@lblawllp.com, aerskine@lgbfirm.com
   John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
6  Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
   Peter J Gurfein    pgurfein@lgbfirm.com
7  Jodie M Grotins    jgrotins@mcguirewoods.com
   Cara Hagan, carahagan@haganlaw.org
8  Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
   Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
9  David W Hercher    dave.hercher@millernash.com
   William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
10 Natasha L Johnson    natasha.johnson@dlapiper.com
   Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
11 Alexandra Kazhokin    akazhokin@buchalter.com
   William H. Kiekhofer    wkiekhofer@mcguirewoods.com  (counsel for Esmark)
12 Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
   Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
13 Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
   Lewis R Landau    lew@landaunet.com (Conflicts Counsel to Creditors Committee)
14 David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
   Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
15 Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
   Richard Malatt, rmalatt@gmail.com (counsel for interested party)
16 Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
   Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
17 Raymond A. Myer; rmyer@myerlawpc.com (counsel for SCS Flooring)
   Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
18 Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
   Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
19 Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
   Christopher E Prince    cprince@lesnickprince.com
20 Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
   Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
21 Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
   Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
22 Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
   Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
23 Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
   Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
24 Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
   Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
25 James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
   Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
26 John N Tedford, jtedford@dgdk.com (counsel for Debtors)
   James A Timko    jtimko@allenmatkins.com
27

28                              ☒     Service information continued on attached page

357238.032  [XP] 25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |

Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian rvarozian@bzlegal.com (counsel for Vahan and Anoush Chamlian)
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield    wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)


II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):
On, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 13, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via EMail
Proposed Attorneys for Equity Committee
Ron Orr & Professionals, Inc: ronorresq@aol.com
-&-
Georgiana G. Rodiger: crodiger@rodigerlaw.com


Served by Personal Delivery
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 301, Woodland Hills, CA 91367


☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 13, 2010 | John N. Tedford, IV | /s/ John N. Tedford, IV |
|---|---|---|
| Date | Type Name | Signature |

357238.032  [XP] 25195