| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kenneth K. Lee (Cal. Bar No. 264296)<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3500, Los Angeles, CA 90071-2054<br>Telephone: 213-239-5100, Facsimile: 213-239-5199, KLee@jenner.com<br><br>Catherine L. Steege (pro hac vice pending)<br>Jenner & Block LLP<br>353 North Clark Street, Chicago, IL 60654-3456<br>Telephone: 312-222-9350, Facsimile: 312-527-0484, CSteege@jenner.com<br><br>*Attorney for* Offiicial Equity Holders' Committee | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SanFernandoValley DIVISION

| In re: Meruelo Maddux Properties, Inc., et al.<br><br>Debtor(s), | CASE NO: 09-BK-1 3356-KT<br>CHAPTER: 11<br>ADVERSARY NO.: |
|---|---|
| Plaintiff(s),<br>vs.<br><br>Defendant(s), | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

1. I, Michael J. Kelly, Jr._____, hereby apply to the Court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(Specify Name of Party)*:

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

3. I am a lawyer with the following law firm *(Specify Name and Address of Law Firm)*:

   Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654

4. I am a member in good standing and eligible to practice before the following courts, and admitted to practice on the following dates *(Specify Name of Jurisdiction and Date of Admission to Practice in such Jurisdiction)*:

   Illinois 2006

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made *pro hac vice* applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| | | | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2010                              Page 1                              F 2090-1.2.APPLICATION

7.  I ☐ have  ☑ have not  been disciplined by any court or administrative body  ☐ disciplinary proceedings are pending; details are as follows:

    _____
    _____
    _____
    _____

    I ☐ resigned  ☐ did not resign  while disciplinary proceedings were pending.

8.  I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.  I designate the following person of the following law firm who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    *Name of Attorney (Designee):* Kenneth K. Lee

    *Name and Address of Law Firm, or residence address:* Jenner & Block LLP
    633 West 5th Street, Suite 3500
    Los Angeles, CA 90071-2034

    *Telephone number of Law Firm:* (213) 239-5100

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Date: 8/13/2010

    Michael J. Kelly, Jr.
    Type Name of Applicant

    *Signature of Applicant*

---

**CONSENT OF DESIGNEE**

I hereby consent to the foregoing designation.

Date: 8/16/2010

Kenneth K. Lee
Type Name of Designee

*Signature of Designee*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2010                                      Page 2                                    F 2090-1.2.APPLICATION

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as  Application of non-resident attorney to appear in a specific case [LB 2090-1(b)] of Michael J. Kelly, Jr.  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/16/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/16/10 | Damon A. Thayer | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2010                                    Page 3                           F 2090-1.2.APPLICATION

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbrb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michaelllewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |

| | |
|---|---|
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbrb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |

**II. SERVED BY OVERNIGHT MAIL**

| Debtor<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | Office of the United States Trustee<br>Jennifer L. Braun<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367<br>Email: jennifer.i.braun@usdoj.gov | Counsel for Creditors' Committee<br>Victor A. Sahn<br>Asa S. Hami<br>Tamar Kouyoumijan<br>Alan G. Tippie<br>SulmeyerKupetz, A Professional Corp.<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071<br>Email: ahami@sulmeyerlaw.com;<br>vsahn@sulmeyerlaw.com;<br>tkouyoumijan@sulmeyerlaw.com;<br>atippie@sulmeyerlaw.com |
|---|---|---|
| Counsel for Debtor<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | Debtor's Special Securities<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com | The Honorable Kathleen Thompson<br>United States Bankruptcy Judge<br>210141 Burbank Boulevard<br>Suite 305<br>Woodland Hills, CA 91367 |

**II. SERVED BY U.S. MAIL**

| Committee Member<br>EDI Architecture, Inc.<br>Attn: Darcy Garneau<br>2800 Post Oak Boulevard, #3800<br>Houston, TX 77056 | Committee Member<br>GeoDesign, Inc.<br>Attn: Chris Zadoorian<br>2121 Town Center Place, Suite 130<br>Anaheim, CA 92806 | Committee Member<br>Kirman Plumbing Company<br>Attn: Sam J. DeFelice<br>794 Merchant Street<br>Los Angeles, CA 90021 |
|---|---|---|
| Committee Member<br>Complete Terminal Services, Inc.<br>Attn: William L. Clements<br>11105 Knott Avenue, Suite E<br>Cypress, CA 90630 | Committee Member<br>L.P. Carreras & Associates, Inc.<br>Attn: Luis P. Carreras<br>9550 Firestone Boulevard, Suite 204<br>Downey, CA 90241 | Frank L. Rudy, Agent<br>**Western Miers Produce & Nuts, Inc.**<br>2910 San Fernando Road<br>Los Angeles, CA 91101 |
| Los Angeles County Tax Collector<br>Kenneth Hahn Hall of Administration<br>225 North Hill Street, Room 160<br>Los Angeles, CA 90012 | Counsel for California Bank & Trust<br>Daniel H. Slate<br>Buchalter Nemer<br>1000 Wilshire Boulevard, #1500<br>Los Angeles, CA 90017-2457<br>Email: dslate@buchalter.com | Counsel for FNBN-CMLCOM LLC<br>David E. Leta<br>Stephen Shiu<br>Snell & Wilmer LLP<br>15 West South Temple, #1200<br>Salt Lake City, UT 84101-10004<br>Email: delta@swlaw.com;<br>sshiu@swlaw.com |
| Counsel for East West Bank<br>James I. Stang<br>Iain A.W. Nasatir<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, #1100<br>Los Angeles, CA 90067 | Counsel for Creditor China Bank<br>Steven K. Linkon<br>Routh Crabtree Olsen, P.C.<br>335 Factoria Boulevard, S.E., #200<br>Bellevue, WA 98006 | Counsel for Cathay Bank<br>Michael Gerard Fletcher<br>Frandzel Robins Bloom & Csato<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90048 |

| **Counsel for FNBN-CMLCOM I LLC**<br>Jeffrey M. Singletary<br>Snell & Wilmer L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br>Email: jsingletary@smlaw.com | **Counsel for Imperial Capital Bank**<br>Andrew F. Kim<br>Blank Rome LLP<br>1925 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>Email: kim-a@blankrome.com | **Counsel for PNL Pomona LP**<br>Cara Hagan<br>Law Offices of Hagan & Associates<br>110 East Wilshire Avenue, Suite 405<br>Fullerton, CA 92832<br>Email: carahagan@haganlaw.org |
|---|---|---|
| **Counsel for United Commercial Bank**<br>Curtis C. Jung<br>Roger Yuen<br>Jung & Yuen LLP<br>888 South Figueroa Street, #720<br>Los Angeles, CA 90017<br>Email: ccjung@aol.com | **Counsel for Stanford Group, LP**<br>Michael H. Raichelson<br>Law Offices of Michael H. Raichelson<br>6400 Canoga Avenue, #352<br>Woodland Hills, CA 91387 | **Securities and Exchange Commission**<br>Sandra W. Lavigna<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036<br>Email: lavignaS@sec.gov |
| **Counsel for Kennedy Funding**<br>Michael S. Kogan<br>Ervin, Cohen & Jessup LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212<br>Email: mkogan@ecjlaw.com | **Counsel for Legendary Investors Group No. 1, LLC**<br>Surjit Soni<br>Soni Law Firm<br>35 North Lake Avenue, Suite 720<br>Pasadena, CA 91101 | **Counsel for LA County Metropolitan Transportation Authority**<br>Brian M. Hoffstadt<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Email: bhoffstadt@jonesday.com |
| **Counsel for LA County Metropolitan Transportation Authority**<br>Tobias S. Keller<br>Michaeline H. Correa<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Email: tkeller@jonesday.com;<br>mhcorrea@jonesday.com | **LA County Metropolitan Authority**<br>Robert E. Kalunian<br>Charles M. Safer<br>Joyce L. Change<br>One Gateway Plaza, 25th Floor<br>Los Angeles, CA 90012 | **Counsel for Pacific Commerce Bank**<br>Ronald R. Cohn<br>Horgan, Rosen, Beckman & Coren LLP<br>23975 Park Sorrento, Suite 200<br>Calabasas, CA 91302-40001<br>Email: rcohn@horganrosen.com |
| **Counsel for San Bernardino Taxing Authority**<br>Martha E. Romero<br>Romero Law Firm<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, CA 90601<br>Email: romero@mromerolawfirm.com | **Counsel for Justman Packaging & Display**<br>Ofer M. Grossman<br>Law Offices of Ofer M. Grossman<br>P.O. Bo 5576<br>Santa Monica, CA 9409 | **Counsel for Canpartners Realty Holding Company IV, LLC**<br>Andrew S. Clare<br>Lance N. Jurich<br>Benjamin R. King<br>Derrick Talerico<br>Loeb & Loeb LLP<br>10100 Santa Monica Boulevard, #2200<br>Los Angeles, CA 90067-4120 |
| David P. Beitchman<br>16130 Ventura Blvd Ste 570<br>Encino, CA 91436 | SCS Flooring Systems<br>C/O Raymond Myer Esq<br>1220 ½ State Street<br>Santa Barbara, CA 93101 | Arthur J Hazarabedian<br>California Eminent Domain Law Group<br>3429 Ocean View Blvd Suite L<br>Glendale, CA 91208 |
| Larry E. Wasserman<br>Law Offices of Larry E Wasserman<br>12800 Riverside Drive, 3rd Floor<br>Studio City, CA 91607 | Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, Ste 310<br>Sand Diego, CA 92108 | |

### III. **SERVED BY PERSONAL DELIVERY**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

### III. **SERVED BY FACSIMILE TRANSMISSION**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

### III. **SERVED BY EMAIL**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |