TO: HONORABLE KATHLEEN THOMPSON,
BANKRUPTCY JUDGE, CTROOM #301

MERUELO MADDUX PROPERTIES, INC., et al. 8.12.2010
US BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

CASE NO 1:09-BK- 13356-kt

CH 11(Jointly Administered)

in re: MERUELO MADDUX PROPERTIES, INC.,
   et al,

21041 BURBANK BLVD.
COURTROOM 301
WOODLAND HILLS, CA.

FROM; MARTIN GLATT C P A    SHAREHOLDER

   4346 Park Paloma
   CALABASAS, CA. 91302

TO; COURT

SIR;

RE; "OBJECTION' TO DISCLOSURE STATEMENT.

I object on the issue of lack of full transparency of assets
contributed to the IPO Corporation; "MERUELO MADDUX PROPERTIES,INC.
et al and request the Court to review or start an "audit" of
the valuation of property contributed by major Shareholders to
the IPO Corporation.

Based upon current reported real property valuation

Page 1

MERULEO MADDUX PROPERTIES, INC., et al. 8.12.2010
and contributed
asset valuation the difference is not reasonable and I object
to this "bankruptcy".

Martin Glatt CPA
8-17-10

Page 2