JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
Damon Thayer (Cal. Bar No. 258821)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone: 213-239-5100
Facsimile: 213-239-5199

JENNER & BLOCK LLP
Marc B. Hankin (*pro hac vice* pending)
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone: 212-891-1600
Facsimile: 212-891-1699

Proposed Attorneys for Equity Committee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-bk-13356-KT |
| MERUELO MADDUX PROPERTIES, INC., et al.[1] | Chapter 11 |
| Debtors and Debtors-in-Possession. | **NOTICE OF ERRATA RE OFFICIAL EQUITY HOLDERS' COMMITTEE OPPOSITION TO DEBTORS' MOTION FOR PROTECTIVE ORDER** |
| AFFECTS ALL DEBTORS | |
| | [No Hearing Required] |

---

[1] This case is jointly administered with chapter 11 cases filed with the Court by numerous affiliated entities. The Debtors and debtors-in-possession and their respective tax identification numbers are identified in the *Order Directing The Joint Administration Of Related Cases* entered by the Court on April 7, 2009 (docket entry no. 30).

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**[2]

**PLEASE TAKE NOTICE** that the Official Equity Holders' Committee's Opposition to Debtors' Motion for Protective Order filed on August 23, 2010 is hereby being revised to include Exhibit A, "Documents and Information Requested," referenced in the Opposition but inadvertently not attached to same.

By _____
Ronald S. Orr, Esq.
Attorneys for Equity Committee

---

[2] The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-28 KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404.

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
633 West 5th Street, Suite 3500, Los Angeles, CA 90071-2054

A true and correct copy of the foregoing document described as

**NOTICE OF ERRATA RE OFFICIAL EQUITY HOLDERS' COMMITTEE OPPOSITION TO DEBTORS' MOTION FOR PROTECTIVE ORDER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/24/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 8/24/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

| 8/24/2010 | Alison Royer | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| Name | Email |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

| | |
|---|---|
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1

| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

## II. SERVED BY OVERNIGHT MAIL

| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **Office of the United States Trustee**<br>Jennifer L. Braun<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367<br>Email: jennifer.i.braun@usdog.gov | **Counsel for Creditors' Committee**<br>Victor A. Sahn<br>Asa S. Hami<br>Tamar Kouyoumijan<br>Alan G. Tippie<br>SulmeyerKupetz, A Professional Corp.<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071<br>Email: ahami@sulmeyerlaw.com;<br>vsahn@sulmeyerlaw.com;<br>tkouyoumijan@sulmeyerlaw.com;<br>atippie@sulmeyerlaw.com |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com | The Honorable Kathleen Thompson<br>United States Bankruptcy Judge<br>210141 Burbank Boulevard<br>Suite 305<br>Woodland Hills, CA 91367 |

## II. SERVED BY U.S. MAIL

| **Committee Member**<br>EDI Architecture, Inc.<br>Attn: Darcy Garneau<br>2800 Post Oak Boulevard, #3800<br>Houston, TX 77056 | **Committee Member**<br>GeoDesign, Inc.<br>Attn: Chris Zadoorian<br>2121 Town Center Place, Suite 130<br>Anaheim, CA 92806 | **Committee Member**<br>Kirman Plumbing Company<br>Attn: Sam J. DeFelice<br>794 Merchant Street<br>Los Angeles, CA 90021 |
| **Committee Member**<br>Complete Terminal Services, Inc.<br>Attn: William L. Clements<br>11105 Knott Avenue, Suite E<br>Cypress, CA 90630 | **Committee Member**<br>L.P. Carreras & Associates, Inc.<br>Attn: Luis P. Carreras<br>9550 Firestone Boulevard, Suite 204<br>Downey, CA 90241 | Frank L. Rudy, Agent<br>**Western Miers Produce & Nuts, Inc.**<br>2910 San Fernando Road<br>Los Angeles, CA 91101 |
| **Los Angeles County Tax Collector**<br>Kenneth Hahn Hall of Administration<br>225 North Hill Street, Room 160<br>Los Angeles, CA 90012 | **Counsel for California Bank & Trust**<br>Daniel H. Slate<br>Buchalter Nemer<br>1000 Wilshire Boulevard, #1500<br>Los Angeles, CA 90017-2457<br>Email: dslate@buchalter.com | **Counsel for FNBN-CMLCOM LLC**<br>David E. Leta<br>Stephen Shiu<br>Snell & Wilmer LLP<br>15 West South Temple, #1200<br>Salt Lake City, UT 84101-10004<br>Email: delta@swlaw.com;<br>sshiu@swlaw.com |
| **Counsel for East West Bank**<br>James I. Stang<br>Iain A.W. Nasatir<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, #1100<br>Los Angeles, CA 90067 | **Counsel for Creditor China Bank**<br>Steven K. Linkon<br>Routh Crabtree Olsen, P.C.<br>335 Factoria Boulevard, S.E., #200<br>Bellevue, WA 98006 | **Counsel for Cathay Bank**<br>Michael Gerard Fletcher<br>Frandzel Robins Bloom & Csato<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90048 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                       F 9013-3.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|---|
| **Counsel for FNBN-CMLCOM I LLC**<br>Jeffrey M. Singletary<br>Snell & Wilmer L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br>Email: jsingletary@smlaw.com | **Counsel for Imperial Capital Bank**<br>Andrew F. Kim<br>Blank Rome LLP<br>1925 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>Email: kim-a@blankrome.com | **Counsel for PNL Pomona LP**<br>Cara Hagan<br>Law Offices of Hagan & Associates<br>110 East Wilshire Avenue, Suite 405<br>Fullerton, CA 92832<br>Email: carahagan@haganlaw.org |
| **Counsel for United Commercial Bank**<br>Curtis C. Jung<br>Roger Yuen<br>Jung & Yuen LLP<br>888 South Figueroa Street, #720<br>Los Angeles, CA 90017<br>Email: ccjung@aol.com | **Counsel for Stanford Group, LP**<br>Michael H. Raichelson<br>Law Offices of Michael H. Raichelson<br>6400 Canoga Avenue, #352<br>Woodland Hills, CA 91387 | **Securities and Exchange Commission**<br>Sandra W. Lavigna<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036<br>Email: lavignaS@sec.gov |
| **Counsel for Kennedy Funding**<br>Michael S. Kogan<br>Ervin, Cohen & Jessup LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212<br>Email: mkogan@ecjlaw.com | **Counsel for Legendary Investors Group No. 1, LLC**<br>Surjit Soni<br>Soni Law Firm<br>35 North Lake Avenue, Suite 720<br>Pasadena, CA 91101 | **Counsel for LA County Metropolitan Transportation Authority**<br>Brian M. Hoffstadt<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Email: bhoffstadt@jonesday.com |
| **Counsel for LA County Metropolitan Transportation Authority**<br>Tobias S. Keller<br>Michaeline H. Correa<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Email: tkeller@jonesday.com;<br>mhcorrea@jonesday.com | **LA County Metropolitan Authority**<br>Robert E. Kalunian<br>Charles M. Safer<br>Joyce L. Change<br>One Gateway Plaza, 25th Floor<br>Los Angeles, CA 90012 | **Counsel for Pacific Commerce Bank**<br>Ronald R. Cohn<br>Horgan, Rosen, Beckman & Coren LLP<br>23975 Park Sorrento, Suite 200<br>Calabasas, CA 91302-40001<br>Email: rcohn@horganrosen.com |
| **Counsel for San Bernardino Taxing Authority**<br>Martha E. Romero<br>Romero Law Firm<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, CA 90601<br>Email: romero@mromerolawfirm.com | **Counsel for Justman Packaging & Display**<br>Ofer M. Grossman<br>Law Offices of Ofer M. Grossman<br>P.O. Bo 5576<br>Santa Monica, CA 9409 | **Counsel for Canpartners Realty Holding Company IV, LLC**<br>Andrew S. Clare<br>Lance N. Jurich<br>Benjamin R. King<br>Derrick Talerico<br>Loeb & Loeb LLP<br>10100 Santa Monica Boulevard, #2200<br>Los Angeles, CA 90067-4120 |
| David P. Beitchman<br>16130 Ventura Blvd Ste 570<br>Encino, CA 91436 | SCS Flooring Systems<br>C/O Raymond Myer Esq<br>1220 ½ State Street<br>Santa Barbara, CA 93101 | Arthur J Hazarabedian<br>California Eminent Domain Law Group<br>3429 Ocean View Blvd Suite L<br>Glendale, CA 91208 |
| Larry E. Wasserman<br>Law Offices of Larry E Wasserman<br>12800 Riverside Drive, 3rd Floor<br>Studio City, CA 91607 | Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, Ste 310<br>Sand Diego, CA 92108 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

### III. **SERVED BY PERSONAL DELIVERY**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

### III. **SERVED BY FACSIMILE TRANSMISSION**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

### III. **SERVED BY EMAIL**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**