**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 1:09-bk-13356-KT
Chapter 11

In re: Debtor(s) (including Name and Address)

Meruelo Maddux Properties, Inc., a DE Co
761 Terminal Street Building 1 2nd Fl
Los Angeles CA 90021

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/24/2010.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : AAA Flag & Banner MFG. Co., Inc., 8954 W Pico Blvd, Los Angeles, CA 90035 | Claims Recovery Group LLC<br>92 Union Avenue<br>Cresskill, NJ 07626 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/29/10

Jon D. Ceretto
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: pmcclella          Page 1 of 1              Date Rcvd: Aug 27, 2010
Case: 09-13356                Form ID: trc             Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 29, 2010.
27239772     +AAA Flag & Banner MFG. Co., Inc.,   8954 W Pico Blvd,   Los Angeles, CA 90035-3334

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 29, 2010**                              **Signature:**   *Joseph Speetjens*