James I. Stang (CA Bar No. 94435)
Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jstang@pszjlaw.com
          jrichards@pszjlaw.com
          jdulberg@pszjlaw.com

Surjit P. Soni (CA Bar No. 127419)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, California 91101
Telephone: 626/683-7600
Facsimile: 626/683-1199
E-mail: surj@sonilaw.com

Counsel for Legendary Investors Group No. 1, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>MERUELO MADDUX PROPERTIES, INC.,<br>et al.,<br><br>                    Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtor(s): | Case No. 1:09-bk-13356-KT<br><br>Chapter 11 (Jointly Administered)<br><br>**NOTICE OF CORRECT DOCUMENT ENTERED ON DOCKET ENTITLED "SUBMISSION OF REDLINE OF DISCLOSURE STATEMENT FOR LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 26, 2010" [DOCKET NO. 1747]** |

1

1   **TO THE HONORABLE KATHLEEN THOMPSON, THE OFFICE OF THE UNITED**

2   **STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

3       **PLEASE TAKE NOTICE** that on August 26, 2010, Legendary Investors Group No. 1, LLC

4   and East West Bank filed a *Submission Of Redline Of Disclosure Statement For Legendary Investors*

5   *Group No. 1, LLC's And East West Bank's First Amended Joint Chapter 11 Plan Of Reorganization*

6   *Dated August 26, 2010* (the "Disclosure Statement Redline") **[Docket No. 1744]**. The Disclosure

7   Statement Redline was determined to be flawed, and as a result was replaced and re-filed on that

8   same day as *Submission Of Redline Of Disclosure Statement For Legendary Investors Group No. 1,*

9   *LLC's And East West Bank's First Amended Joint Chapter 11 Plan Of Reorganization Dated August*

10  *26, 2010* **[Docket No. 1747]**. Therefore, Docket No. 1744 should be discarded, and Docket No.

11  1747 is the correct Disclosure Statement Redline.

12      For the Court's convenience, a copy of the Notices of Electronic Filing for docket item

13  numbers 1744 and 1747 are attached hereto as **Exhibit 1** and **Exhibit 2**, *respectively*.

14  Dated: August 30, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

15

16                                    By    *Jeffrey W. Dulberg*
                                            Jeffrey W. Dulberg
17                                          Attorneys for Legendary Investors Group
                                            No. 1, LLC
18

19

20

21

22

23

24

25

26

27

28

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES, CALIFORNIA*

2

# Exhibit 1

## Janice Washington

**From:**     cmecfhelpdesk@cacb.uscourts.gov
**Sent:**     Thursday, August 26, 2010 4:55 PM
**To:**       Courtmail@cacb.uscourts.gov
**Subject:** 1:09-bk-13356-KT Statement

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Jeffrey W Dulberg entered on 8/26/2010 at 4:55 PM PDT and filed on 8/26/2010
**Case Name:**       Meruelo Maddux Properties, Inc., a DE Corp
**Case Number:**    1:09-bk-13356-KT
**Document Number:** 1744

**Docket Text:**
Statement *Submission of Redline of Disclosure Statement for Legendary Investors Group No 1, LLC's and East West Bank's First Amended Joint Chapter 11 Plan of Reorganization dated August 26, 2010* Filed by Creditors East West Bank, Legendary Investors Group No. 1, LLC. (Attachments: # (1) Part 2 of 3 of Submission of Redline of Disclosure Statement# (2) Part 3 of 3 of Submission of Redline of Disclosure Statement# (3) Exhibit 1# (4) Exhibit 3# (5) Exhibit 4# (6) Exhibit 9# (7) Exhibit 10) (Dulberg, Jeffrey)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** X:\Submission of Redline Disclosure Statement _Part1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37617995-0] [bcf8687551fed933d8f593857e48c3e21269790afbcb29da66d37a091fcd8681ce 093ba690649e7832e31e6befd4244ee63183120988b086cc4fa4de420e4f60]]
**Document description:** Part 2 of 3 of Submission of Redline of Disclosure Statement

**Original filename:** X:\Submission of Redline Disclosure Statement _Part2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37617995-1] [67f781e133bd1419e5da70918a10337fb1c7da0fb83e5c3dcd0ed8eac8850186ea 7d2bc82e9f38ffe1270a34c4eeac73964dab9d7128ed1a533b3514d65e85bc]]
**Document description:** Part 3 of 3 of Submission of Redline of Disclosure Statement

**Original filename:**X:\Submission of Redline Disclosure Statement _Part3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37617995-2] [8a29aaf1b7f0c1339d53ad71183721ca8b3cb472b46cfc09576623c8827ed84ad1
dc42456a4ba0066cdefbced8825f75bbf5de7956d8e035b86bc37886b40d81]]
**Document description:**Exhibit 1
**Original filename:**X:\Exhibit 1 re Submission of Redline Disclosure Statement .1.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37617995-3] [2131fabbc74b790a9cffb565f1adb3309c024ed8d8bb9382a02da11f22b1707d55
d341467a5900f6db70e8a67551502fee6122212ee57f55d0a8e071a743e59f]]
**Document description:**Exhibit 3
**Original filename:**X:\Exhibit 3 to Submission .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37617995-4] [8e1c6edc48a0a4f805d48fd77ebc656ee0eeb6ab0a810b0c4e01ef812624f51285
ae092d9e163ad253324c19be1ea55a230a517575d96b0a5ae285d5685be4a2]]
**Document description:**Exhibit 4
**Original filename:**X:\Exhibit 4 to Submission .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37617995-5] [0c24770c8c381811738545662070246528ea35166991fd9bd74a24c33b2c087051
cf9607feb89b44d50529d6e12836984acea84bea22e0d022da69d31553ace4]]
**Document description:**Exhibit 9
**Original filename:**X:\Exhibit 9 to Submission .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37617995-6] [a16657966ad7c41fb9699dd207700f678386c1ca5a049946f2f6870042387c2989
ca178fcccb61a52b22484ca926d31bdf2205a38b7139c6d2c0f1857efcfb21]]
**Document description:**Exhibit 10
**Original filename:**X:\Exhibit 10 to Submission .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37617995-7] [1ad492ee8a804a3c1d05d0f15236cccb884367fa24dc0ba8fb103b3ef628aea96b
47d1ce0acd0a3c8e0af7764cb87d2eb6947c3a0ff025a952de48e5f82b91f4]]

**1:09-bk-13356-KT Notice will be electronically mailed to:**

Michael C Abel on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
mca@dgdk.com

Robert Abiri on behalf of Interested Party Courtesy NEF
rabiri@abiriszeto.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

John J Bingham on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jbingham@dgdk.com

Peter Bonfante on behalf of Interested Party Courtesy NEF
peterbonfante@bsalawfirm.com

Julia W Brand on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jwb@dgdk.com

Jennifer L Braun on behalf of U.S. Trustee United States Trustee (SV)
jennifer.l.braun@usdoj.gov

Martin J Brill on behalf of Interested Party Courtesy NEF
mjb@lnbrb.com

George T Busu on behalf of Interested Party Courtesy NEF
george.busu@limruger.com

Andrew W Caine on behalf of Creditor Legendary Investors Group No. 1, LLC
acaine@pszyjw.com

Howard Camhi on behalf of Creditor Kennedy Funding, Inc.
hcamhi@ecjlaw.com

Gary O Caris on behalf of Interested Party EDI Architecture
gcaris@mckennalong.com, pcoates@mckennalong.com

James E Carlberg on behalf of Creditor Woodland Farms, Inc.
jcarlberg@boselaw.com

Sara Chenetz on behalf of Creditor Imperial Capital Bank
chenetz@blankrome.com

Jacquelyn H Choi on behalf of Interested Party Courtesy NEF
jchoi@swjlaw.com

Ronald R Cohn on behalf of Creditor Pacific Commerce Bank
rcohn@horganrosen.com

Enid M Colson on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
emc@dgdk.com, ecolson@dgdk.com

Michaeline H Correa on behalf of Interested Party Los Angeles County Metropolitan Transportation
Authority
mcorrea@jonesday.com

Brian L Davidoff on behalf of Creditor Yoshiake Murakami
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Aaron De Leest on behalf of Debtor Merco Group - 2040 Camfield Avenue, LLC, a DE LLC
aed@dgdk.com

Daniel Denny on behalf of Interested Party Courtesy NEF

ddenny@gibsondunn.com

Jeffrey W Dulberg on behalf of Creditor Legendary Investors Group No. 1, LLC
jdulberg@pszjlaw.com

Lisa Hill Fenning on behalf of Creditor CanPartners Realty Holding Company IV, LLC
Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Barry V Freeman on behalf of Interested Party Courtesy NEF
bvf@jmbm.com, bvf@jmbm.com

Donald L Gaffney on behalf of Creditor BANK OF AMERICA
dgaffney@swlaw.com

Thomas M Geher on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells
Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC
Commercial Mortgage Securities, Inc., etc
tmg@jmbm.com

Bernard R Given on behalf of Creditor Cathay Bank
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Barry S Glaser on behalf of Creditor County of Los Angeles Tax Collector
bglaser@swjlaw.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Michael I Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

John A Graham on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells
Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC
Commercial Mortgage Securities, Inc., etc
jag@jmbm.com

Ofer M Grossman on behalf of Interested Party Courtesy NEF
omglaw@gmail.com

Jodie M Grotins on behalf of Interested Party Courtesy NEF
jgrotins@mcguirewoods.com

Peter J Gurfein on behalf of Creditor CIM Urban RE Fund GP II, LLC, as Successor in Interest to Grand
Avenue Lofts, LP
pgurfein@lgbfirm.com

Cara J Hagan on behalf of Creditor PNL Pomona, L.P.
carahagan@haganlaw.org

Asa S Hami on behalf of Creditor Committee Creditors Committee
ahami@sulmeyerlaw.com

Brian T Harvey on behalf of Creditor California Bank & Trust
bharvey@buchalter.com, IFS_filing@buchalter.com

David W Hercher on behalf of Interested Party Courtesy NEF
dave.hercher@millernash.com

William W Huckins on behalf of Interested Party Courtesy NEF
whuckins@allenmatkins.com, clynch@allenmatkins.com

Natasha L Johnson on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
natasha.johnson@dlapiper.com

Lance N Jurich on behalf of Creditor CanPartners Realty Holding Company IV, LLC
ljurich@loeb.com, kpresson@loeb.com

Alexandra Kazhokin on behalf of Creditor California Bank & Trust
akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com

William H. Kiekhofer on behalf of Creditor Esmark, Inc.
wkiekhofer@mcguirewoods.com

Andrew F Kim on behalf of Creditor Imperial Capital Bank
kim-a@blankrome.com

Michael S Kogan on behalf of Creditor Kennedy Funding, Inc.
mkogan@ecjlaw.com

Tamar Kouyoumjian on behalf of Creditor Committee Creditors Committee
tkouyoumjian@sulmeyerlaw.com

Duane Kumagai on behalf of Creditor Yoshiake Murakami
dkumagai@rutterhobbs.com, calendar@rutterhobbs.com

Lewis R Landau on behalf of Creditor Committee Creditors Committee
lew@landaunet.com

David E Leta on behalf of Creditor FNBN-CMLCOM I LLC
dleta@swlaw.com, wsmart@swlaw.com

Katherine Lien on behalf of Interested Party Courtesy NEF
katie.lien@sbcglobal.net, katielien@gmail.com

Steven K Linkon on behalf of Creditor Chinatrust Bank (USA)
slinkon@rcolegal.com

Robert M Llewellyn on behalf of Interested Party Courtesy NEF
michael.llewellyn@boe.ca.gov

Richard Malatt on behalf of Interested Party Courtesy NEF
rmalatt@gmail.com

Elmer D Martin on behalf of Creditor East West Bank
elmermartin@gmail.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

Iain A W Nasatir on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Jennifer L Nassiri on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jnassiri@venable.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Eric S Pezold on behalf of Creditor BANK OF AMERICA
epezold@swlaw.com, dwlewis@swlaw.com

Christopher E Prince on behalf of Stockholder Charlestown Capital Advisors, LLC
cprince@lesnickprince.com

Michael H Raichelson on behalf of Creditor Stanford Group LP
mhr@cabkattorney.com

Dean G Rallis Jr on behalf of Attorney SulmeyerKupetz, a Professional Corporation
drallis@sulmeyerlaw.com

Kurt Ramlo on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com

Craig M Rankin on behalf of Interested Party Courtesy NEF
cmr@lnbrb.com

Michael B Reynolds on behalf of Creditor FNBN-CMLCON I LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Jeremy V Richards on behalf of Creditor Legendary Investors Group No. 1, LLC
jrichards@pszjlaw.com, bdassa@pszjlaw.com

Kirsten A Roe on behalf of Creditor Calex Engineering Company
kroe@wthf.com, dfunsch@wthf.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Victor A Sahn on behalf of Creditor Committee Creditors Committee
vsahn@sulmeyerlaw.com

8/30/2010

Zev Shechtman on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
zshechtman@dgdk.com

Jeffrey S Shinbrot on behalf of Creditor Natividad Gonzales
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Stephen Shiu on behalf of Creditor FNBN-CMLCOM I LLC
sshiu@swlaw.com

Daniel H Slate on behalf of Creditor California Bank & Trust
dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Surjit P Soni on behalf of Creditor Legendary Investors Group No. 1, LLC
surjit@sonilaw.com, teresa@sonilaw.com

Tracie L Spies on behalf of Creditor PNL Pomona, L.P.
tracie@haganlaw.org

James Stang on behalf of Creditor East West Bank
jstang@pszjlaw.com

Catherine Steege on behalf of Interested Party Courtesy NEF
csteege@jenner.com

Derrick Talerico on behalf of Creditor CanPartners Realty Holding Company IV, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

John N Tedford on behalf of Attorney Danning Gill Diamond & Kollitz LLP
jtedford@dgdk.com

Damon Thayer on behalf of Interested Party Courtesy NEF
dthayer@jenner.com

James A Timko on behalf of Interested Party Courtesy NEF
jtimko@allenmatkins.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Rouben Varozian on behalf of Creditor Vahan and Anoush Chamlian
rvarozian@bzlegal.com

Jason L Weisberg on behalf of Creditor Roofcorp of CA Inc
jason@gdclawyers.com

William E Winfield on behalf of Creditor Committee Creditors Committee
wwinfield@nchc.com

8/30/2010

Jasmin Yang on behalf of Creditor BANK OF AMERICA
jyang@swlaw.com

**1:09-bk-13356-KT Notice will not be electronically mailed to:**

David P Beitchman on behalf of Creditor Vahan and Anoush Chamlian
16130 Ventura Blvd Ste 570
Encino, CA 91436

Davenport Partners
,

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

FTI CONSULTING INC
,

Frank Beda
,

Arthur J Hazarabedian on behalf of Creditor City Of Pomona
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Lewis R Landau
,

Robert R Topping
,

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Larry E Wasserman on behalf of Creditor Fast Taco #3 Inc
Law Offices of Larry E Wasserman
12800 Riverside Dr
3rd fl
Studio City, CA 91607

# Exhibit 2

## Janice Washington

**From:** cmecfhelpdesk@cacb.uscourts.gov
**Sent:** Thursday, August 26, 2010 5:25 PM
**To:** Courtmail@cacb.uscourts.gov
**Subject:** 1:09-bk-13356-KT Statement

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Jeffrey W Dulberg entered on 8/26/2010 at 5:25 PM PDT and filed on 8/26/2010

**Case Name:**      Meruelo Maddux Properties, Inc., a DE Corp
**Case Number:**    <u>1:09-bk-13356-KT</u>
**Document Number:** <u>1747</u>

**Docket Text:**
Statement *Submission of Redline of Disclosure Statement for Legendary Investors Group No. 1, LLC's and East West Bank's First Amended Joint Chapter 11 Plan of Reorganization Dated August 26, 2010* Filed by Creditors East West Bank, Legendary Investors Group No. 1, LLC. (Attachments: # (1) Exhibit 1# (2) Exhibit 3# (3) Exhibit 4# (4) Exhibit 9# (5) Exhibit 10) (Dulberg, Jeffrey)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**X:\submission of redline of disclosure statement without exhibits .pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37619074-0] [a93a7a957aa44941d4a1923a2e321c15ab38dadd4ea341d90262c5c838acff6989 898609f19fd50548d763dc95d4ff4f1ed82c689f0682c06313e5ffa3317a2c]]
**Document description:**Exhibit 1
**Original filename:**X:\Exhibit 1 re Submission of Redline Disclosure Statement .1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37619074-1] [091099f4c9707a69c6c509154afa51205f0cb94d18d87f71255bddab3e2e14db6a ce3b0a2a44192a20b8fb25660870d4cc0524dec9f9960459ad1795f395c96f]]
**Document description:**Exhibit 3
**Original filename:**X:\Exhibit 3 to Submission .pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37619074-2] [3bb382e42594173ccacee18cd367c1c652e5adf195bc15517c3c0ec49adc328102c510680d3944a6846a9281b1a5c5bbb785be17c36bc5c99179b495e7debb0d]]
**Document description:**Exhibit 4
**Original filename:**X:\Exhibit 4 to Submission .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37619074-3] [c24d2cc38443b562b828e84ccc1793d4456a3b7645ace3a317db7c2521786de729eb1e9339b9bfe00af43fa3a8b74a38e9fe807845d3070315986a8a78cc6c95]]
**Document description:**Exhibit 9
**Original filename:**X:\Exhibit 9 to Submission .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37619074-4] [4f928cd37e670dabd4ed59786e30efb8c1c9e957dc6649e9a91461326e5ca0e947edcebc0e9b995198e76cbe49cc089668478e8cb38608102d2a9ed20bf2f8d1]]
**Document description:**Exhibit 10
**Original filename:**X:\Exhibit 10 to Submission .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/26/2010] [FileNumber=37619074-5] [35e57808a7458f220ba2102ec9a2a8a0e806e7234a5a64f3cd48e792abf0d4e46ded713b30c754b2a0def90405b0bb7d40ff2fc03ca611e795a414a0e95c503a]]

## 1:09-bk-13356-KT Notice will be electronically mailed to:

Michael C Abel on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
mca@dgdk.com

Robert Abiri on behalf of Interested Party Courtesy NEF
rabiri@abiriszeto.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

John J Bingham on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jbingham@dgdk.com

Peter Bonfante on behalf of Interested Party Courtesy NEF
peterbonfante@bsalawfirm.com

Julia W Brand on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jwb@dgdk.com

Jennifer L Braun on behalf of U.S. Trustee United States Trustee (SV)
jennifer.l.braun@usdoj.gov

Martin J Brill on behalf of Interested Party Courtesy NEF
mjb@lnbrb.com

George T Busu on behalf of Interested Party Courtesy NEF
george.busu@limruger.com

Andrew W Caine on behalf of Creditor Legendary Investors Group No. 1, LLC
acaine@pszyjw.com

Howard Camhi on behalf of Creditor Kennedy Funding, Inc.
hcamhi@ecjlaw.com

Gary O Caris on behalf of Interested Party EDI Architecture
gcaris@mckennalong.com, pcoates@mckennalong.com

James E Carlberg on behalf of Creditor Woodland Farms, Inc.
jcarlberg@boselaw.com

Sara Chenetz on behalf of Creditor Imperial Capital Bank
chenetz@blankrome.com

Jacquelyn H Choi on behalf of Interested Party Courtesy NEF
jchoi@swjlaw.com

Ronald R Cohn on behalf of Creditor Pacific Commerce Bank
rcohn@horganrosen.com

Enid M Colson on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
emc@dgdk.com, ecolson@dgdk.com

Michaeline H Correa on behalf of Interested Party Los Angeles County Metropolitan Transportation
Authority
mcorrea@jonesday.com

Brian L Davidoff on behalf of Creditor Yoshiake Murakami
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Aaron De Leest on behalf of Debtor Merco Group - 2040 Camfield Avenue, LLC, a DE LLC
aed@dgdk.com

Daniel Denny on behalf of Interested Party Courtesy NEF
ddenny@gibsondunn.com

Jeffrey W Dulberg on behalf of Creditor Legendary Investors Group No. 1, LLC
jdulberg@pszjlaw.com

Lisa Hill Fenning on behalf of Creditor CanPartners Realty Holding Company IV, LLC
Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Barry V Freeman on behalf of Interested Party Courtesy NEF
bvf@jmbm.com, bvf@jmbm.com

Donald L Gaffney on behalf of Creditor BANK OF AMERICA

dgaffney@swlaw.com

Thomas M Geher on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells
Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC
Commercial Mortgage Securities, Inc., etc
tmg@jmbm.com

Bernard R Given on behalf of Creditor Cathay Bank
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Barry S Glaser on behalf of Creditor County of Los Angeles Tax Collector
bglaser@swjlaw.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Michael I Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

John A Graham on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells
Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC
Commercial Mortgage Securities, Inc., etc
jag@jmbm.com

Ofer M Grossman on behalf of Interested Party Courtesy NEF
omglaw@gmail.com

Jodie M Grotins on behalf of Interested Party Courtesy NEF
jgrotins@mcguirewoods.com

Peter J Gurfein on behalf of Creditor CIM Urban RE Fund GP II, LLC, as Successor in Interest to Grand
Avenue Lofts, LP
pgurfein@lgbfirm.com

Cara J Hagan on behalf of Creditor PNL Pomona, L.P.
carahagan@haganlaw.org

Asa S Hami on behalf of Creditor Committee Creditors Committee
ahami@sulmeyerlaw.com

Brian T Harvey on behalf of Creditor California Bank & Trust
bharvey@buchalter.com, IFS_filing@buchalter.com

David W Hercher on behalf of Interested Party Courtesy NEF
dave.hercher@millernash.com

William W Huckins on behalf of Interested Party Courtesy NEF
whuckins@allenmatkins.com, clynch@allenmatkins.com

Natasha L Johnson on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
natasha.johnson@dlapiper.com

Lance N Jurich on behalf of Creditor CanPartners Realty Holding Company IV, LLC
ljurich@loeb.com, kpresson@loeb.com

Alexandra Kazhokin on behalf of Creditor California Bank & Trust
akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com

William H. Kiekhofer on behalf of Creditor Esmark, Inc.
wkiekhofer@mcguirewoods.com

Andrew F Kim on behalf of Creditor Imperial Capital Bank
kim-a@blankrome.com

Michael S Kogan on behalf of Creditor Kennedy Funding, Inc.
mkogan@ecjlaw.com

Tamar Kouyoumjian on behalf of Creditor Committee Creditors Committee
tkouyoumjian@sulmeyerlaw.com

Duane Kumagai on behalf of Creditor Yoshiake Murakami
dkumagai@rutterhobbs.com, calendar@rutterhobbs.com

Lewis R Landau on behalf of Creditor Committee Creditors Committee
lew@landaunet.com

David E Leta on behalf of Creditor FNBN-CMLCOM I LLC
dleta@swlaw.com, wsmart@swlaw.com

Katherine Lien on behalf of Interested Party Courtesy NEF
katie.lien@sbcglobal.net, katielien@gmail.com

Steven K Linkon on behalf of Creditor Chinatrust Bank (USA)
slinkon@rcolegal.com

Robert M Llewellyn on behalf of Interested Party Courtesy NEF
michael.llewellyn@boe.ca.gov

Richard Malatt on behalf of Interested Party Courtesy NEF
rmalatt@gmail.com

Elmer D Martin on behalf of Creditor East West Bank
elmermartin@gmail.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

Iain A W Nasatir on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Jennifer L Nassiri on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jnassiri@venable.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Eric S Pezold on behalf of Creditor BANK OF AMERICA
epezold@swlaw.com, dwlewis@swlaw.com

Christopher E Prince on behalf of Stockholder Charlestown Capital Advisors, LLC
cprince@lesnickprince.com

Michael H Raichelson on behalf of Creditor Stanford Group LP
mhr@cabkattorney.com

Dean G Rallis Jr on behalf of Attorney SulmeyerKupetz, a Professional Corporation
drallis@sulmeyerlaw.com

Kurt Ramlo on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com

Craig M Rankin on behalf of Interested Party Courtesy NEF
cmr@lnbrb.com

Michael B Reynolds on behalf of Creditor FNBN-CMLCON I LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Jeremy V Richards on behalf of Creditor Legendary Investors Group No. 1, LLC
jrichards@pszjlaw.com, bdassa@pszjlaw.com

Kirsten A Roe on behalf of Creditor Calex Engineering Company
kroe@wthf.com, dfunsch@wthf.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Victor A Sahn on behalf of Creditor Committee Creditors Committee
vsahn@sulmeyerlaw.com

Zev Shechtman on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
zshechtman@dgdk.com

Jeffrey S Shinbrot on behalf of Creditor Natividad Gonzales
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Stephen Shiu on behalf of Creditor FNBN-CMLCOM I LLC
sshiu@swlaw.com

Daniel H Slate on behalf of Creditor California Bank & Trust
dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Surjit P Soni on behalf of Creditor Legendary Investors Group No. 1, LLC
surjit@sonilaw.com, teresa@sonilaw.com

Tracie L Spies on behalf of Creditor PNL Pomona, L.P.
tracie@haganlaw.org

James Stang on behalf of Creditor East West Bank
jstang@pszjlaw.com

Catherine Steege on behalf of Interested Party Courtesy NEF
csteege@jenner.com

Derrick Talerico on behalf of Creditor CanPartners Realty Holding Company IV, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

John N Tedford on behalf of Attorney Danning Gill Diamond & Kollitz LLP
jtedford@dgdk.com

Damon Thayer on behalf of Interested Party Courtesy NEF
dthayer@jenner.com

James A Timko on behalf of Interested Party Courtesy NEF
jtimko@allenmatkins.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Rouben Varozian on behalf of Creditor Vahan and Anoush Chamlian
rvarozian@bzlegal.com

Jason L Weisberg on behalf of Creditor Roofcorp of CA Inc
jason@gdclawyers.com

William E Winfield on behalf of Creditor Committee Creditors Committee
wwinfield@nchc.com

Jasmin Yang on behalf of Creditor BANK OF AMERICA
jyang@swlaw.com

**1:09-bk-13356-KT Notice will not be electronically mailed to:**

David P Beitchman on behalf of Creditor Vahan and Anoush Chamlian
16130 Ventura Blvd Ste 570
Encino, CA 91436


Davenport Partners

,

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South

Suite 310
San Diego, CA 92108

FTI CONSULTING INC
,

Frank Beda
,

Arthur J Hazarabedian on behalf of Creditor City Of Pomona
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Lewis R Landau
,

Robert R Topping
,

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Larry E Wasserman on behalf of Creditor Fast Taco #3 Inc
Law Offices of Larry E Wasserman
12800 Riverside Dr
3rd fl
Studio City, CA 91607

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are plac on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as **NOTICE OF CORRECT DOCUMENT ENTERED ON DOCKET ENTITLED "SUBMISSION OF REDLINE OF DISCLOSURE STATEMENT FOR LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 26, 2010" [DOCKET NO. 1747]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 30, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **August 30, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**JUDGE'S COURTESY COPY SERVED VIA IN-HOUSE MESSENGER SERVICE**
The Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Boulevard – Courtroom 301
Woodland Hills, CA  91367

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2010 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

## I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Jennifer L Braun on behalf of U.S. Trustee United States Trustee (SV)
jennifer.l.braun@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael C Abel on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
mca@dgdk.com

John J Bingham on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jbingham@dgdk.com

Peter Bonfante on behalf of Interested Party Courtesy NEF
peterbonfante@bsalawfirm.com

Julia W Brand on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jwb@dgdk.com

Martin J Brill on behalf of Interested Party Courtesy NEF
mjb@lnbrb.com

Howard Camhi on behalf of Creditor Kennedy Funding, Inc.
hcamhi@ecjlaw.com

Ronald R Cohn on behalf of Creditor Pacific Commerce Bank
rcohn@horganrosen.com

Enid M Colson on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
ecolson@linerlaw.com

Michaeline H Correa on behalf of Interested Party Los Angeles County Metropolitan Transportation Authority
mcorrea@jonesday.com

Brian L Davidoff on behalf of Creditor Yoshiaki Murakami
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Aaron De Leest on behalf of Debtor Merco Group - 2040 Camfield Avenue, LLC, a DE LLC
aed@dgdk.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Barry V Freeman on behalf of Interested Party Courtesy NEF
bvf@jmbm.com, bvf@jmbm.com

Donald L Gaffney on behalf of Creditor BANK OF AMERICA
dgaffney@swlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

Thomas M Geher on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank
Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage
Securities, Inc., etc
tmg@jmbm.com

Bernard R Given on behalf of Creditor Cathay Bank
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swjlaw.com

Jacquelyn H. Choi on behalf of Interested Party Courtesy NEF
jchoi@swjlaw.com

Michael I. Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@lblawllp.com, aerskine@lblawllp.com

John A Graham on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank
Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage
Securities, Inc., etc
jag@jmbm.com

Ofer M Grossman on behalf of Interested Party Courtesy NEF
omglaw@gmail.com

Peter J Gurfein on behalf of Interested Party Courtesy NEF
pgurfein@akingump.com

Cara J Hagan on behalf of Creditor PNL Pomona, L.P.
carahagan@haganlaw.org

Asa S Hami on behalf of Creditor Committee Creditors Committee
ahami@sulmeyerlaw.com

Brian T Harvey on behalf of Creditor California Bank & Trust
bharvey@buchalter.com, IFS_filing@buchalter.com

David W Hercher on behalf of Interested Party Courtesy NEF
dave.hercher@millernash.com

William W Huckins on behalf of Interested Party Courtesy NEF
whuckins@allenmatkins.com, clynch@allenmatkins.com

Lance N Jurich on behalf of Creditor CanPartners Realty Holding Company IV, LLC
ljurich@loeb.com, kpresson@loeb.com

Alexandra Kazhokin on behalf of Creditor California Bank & Trust
akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Andrew F Kim on behalf of Creditor Imperial Capital Bank
kim-a@blankrome.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 9013-3.1**

52010-001\DOCS_LA:224106.1

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

Michael S Kogan on behalf of Creditor Kennedy Funding, Inc.
mkogan@ecjlaw.com

Tamar Kouyoumjian on behalf of Creditor Committee Creditors Committee
tkouyoumjian@sulmeyerlaw.com

David E Leta on behalf of Creditor FNBN-CMLCON I LLC
dleta@swlaw.com, wsmart@swlaw.com

Katherine Lien on behalf of Interested Party Courtesy NEF
katie.lien@sbcglobal.net, katielien@gmail.com

Steven K Linkon on behalf of Creditor Chinatrust Bank (USA)
slinkon@rcolegal.com

Richard Malatt on behalf of Interested Party Courtesy NEF
rmalatt@gmail.com

Elmer D Martin on behalf of Creditor United Commercial Bank
elmermartin@msn.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com

Iain A W Nasatir on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Jennifer L Nassiri on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Eric S Pezold on behalf of Creditor BANK OF AMERICA
epezold@swlaw.com, dwlewis@swlaw.com

Michael H Raichelson on behalf of Creditor Stanford Group LP
mhr@cabkattorney.com

Dean G Rallis Jr on behalf of Creditor Committee Creditors Committee
drallis@sulmeyerlaw.com

Craig M Rankin on behalf of Interested Party Courtesy NEF
cmr@lnbrb.com

Michael B Reynolds on behalf of Creditor FNBN-CMLCON I LLC
mreynolds@swlaw.com, kcollins@swlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

52010-001\DOCS_LA:224106.1

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

Kirsten A Roe on behalf of Creditor Calex Engineering Company
kroe@wthf.com, dfunsch@wthf.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Victor A Sahn on behalf of Creditor Committee Creditors Committee
vsahn@sulmeyerlaw.com

Jeffrey S Shinbrot on behalf of Creditor Natividad Gonzales
shinbrot@earthlink.net

Stephen Shiu on behalf of Creditor FNBN-CMLCOM I LLC
sshiu@swlaw.com

Daniel H Slate on behalf of Creditor California Bank & Trust
dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com

Surjit P Soni on behalf of Creditor Legendary Investors Group No. 1, LLC
surjit@sonilaw.com, wendy@sonilaw.com

Tracie L Spies on behalf of Creditor PNL Pomona, L.P.
tracie@haganlaw.org

James Stang on behalf of Creditor East West Bank
jstang@pszjlaw.com

John N Tedford on behalf of Attorney Danning Gill Diamond & Kollitz LLP
jtedford@dgdk.com

James A Timko on behalf of Interested Party Courtesy NEF
jtimko@allenmatkins.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

Jason L Weisberg on behalf of Creditor Roofcorp of CA Inc
jason@gdclawyers.com

Jasmin Yang on behalf of Creditor BANK OF AMERICA
jyang@swlaw.com

Jodie M. Grotins on behalf of Esmark, Inc.
jgrotins@mcguirewoods.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**

52010-001\DOCS_LA:224106.1

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

## II. **SERVED BY U.S. MAIL**
## REQUEST FOR SPECIAL NOTICE

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

### APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AMENDED AS OF JULY 7, 2010

EDI Architecture, Inc.
2800 Post Oak Blvd., #3800
Houston, TX 77056
Attn: Darcy Garneau

GeoDesign, Inc.
2121 Town Center Place, Suite 130
Anaheim, CA 92806
Attn: Chris Zadoorian

Kirman Plumbing Company
794 Merchant Street
Los Angeles, CA 90021
Attn: Sam J. DeFelice

Complete Terminal Services, Inc.
11105 Knott Ave., Suite E
Cypress, CA 90630
Attn: William L. Clements

Magnusson Klemencic Associates, Inc.
1301 Fifth Avenue, Suite 3200
Seattle, WA 98101
Attn: Bill Christopher

D.B. Electric Co.
20952 Hemmingway Street
Canoga Park, CA 91304
Attn: Dominic Borra

Fast Taco #3, Inc.
12800 Riverside Drive, Third Floor
Studio City, CA 91607
Attn: Larry E. Wasserman

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

**AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY HOLDERS AS OF AUGUST 2, 2010**

Taylor International Fund, Ltd.
714 South Dearborn Street, 2nd Floor
Chicago, IL 60605
Attn: Stephen S. Taylor

David A. Spinney
280 Sheridan Road
Winnetka, IL 60093

Douglas J. McCaslin
01600 S.W. Greenwood Road
Portland, OR 97219

Williams & Ribb LLP Profit Sharing Plan
4300 Long Beach Boulevard, Suite 350
Long Beach, CA 90807
Attn: John D. Williams

David Ofman
718 W. Melrose Street, 3W
Chicago, IL 60657

Kapil Tayal
10400 Swift Stream Place, #107
Columbia, MD 21044

David Pourbaba
8271 Melrose Avenue, Suite 200
Los Angeles, CA 90046

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                  **F 9013-3.1**

52010-001\DOCS_LA:224106.1