CHRISTOPHER E. PRINCE (SBN 183553)
cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
acahill@lesnickprince.com
Lesnick Prince LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90405
Telephone: (213) 291-8984
Facsimile:  (310) 396-0963

Attorneys for
Charlestown Capital Advisors, LLC and
Hartland Asset Management Corporation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-13356-KT |
| MERUELO MADDUX PROPERTIES, INC., et al., | Chapter 11 |
| Debtor. | NOTICE OF CONTINUED HEARING ON CHARLESTOWN CAPITAL ADVISORS, LLC'S AND HARTLAND ASSET MANAGEMENT CORPORATION'S PROPOSED DISCLOSURE STATEMENT |
| | Continued Hearing Date<br>Date:        September 10, 2010<br>Time:       9:30 a.m.<br>Place:       Courtroom 301<br>                 21041 Burbank Blvd.<br>                 Woodland Hills, CA 91367 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that, August 27, 2010, the above-entitled court heard argument regarding the proposed disclosure statement for the plan of reorganization filed by Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation, equity holders of Debtor Meruelo Maddux Properties, Inc., (together, the "Charlestown Proponents").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the adequacy of the proposed disclosure statement will continue on September 10, 2010 at 9:30 a.m. PDT before the Honorable Kathleen Thompson, United States Bankruptcy Judge, United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, 1041 Burbank Blvd., Woodland Hills, California 91367. This hearing may be adjourned and continued by announcement in open Court without further written notice to parties in interest.

Dated:  September 1, 2010                         LESNICK PRINCE LLP


                                                  By:  _____/s/ Christopher E. Prince_____
                                                              Christopher E. Prince
                                                              Attorneys for
                                                      Charlestown Capital Advisors, LLC

| In re: MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

185 Pier Avenue, Suite 103, Santa Monica, CA  90405

The foregoing document described NOTICE OF CONTINUED HEARING ON CHARLESTOWN CAPITAL ADVISORS, LLC'S AND HARTLAND ASSET MANAGEMENT CORPORATION'S PROPOSED DISCLOSURE STATEMENT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 1, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

See attached list

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See attached list

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 30, 2010I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2010 | Christopher E. Prince | /s/ Christopher E. Prince |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*           **F 9013-3.1**

Parties receiving electronic notice:

- Michael C Abel   mca@dgdk.com
- Robert Abiri   rabiri@abiriszeto.com
- Allison R Axenrod   allison@claimsrecoveryllc.com
- John J Bingham   jbingham@dgdk.com
- Peter Bonfante   peterbonfante@bsalawfirm.com
- Julia W Brand   jwb@dgdk.com
- Jennifer L Braun   jennifer.l.braun@usdoj.gov
- Martin J Brill   mjb@lnbrb.com
- George T Busu   george.busu@limruger.com
- Andrew W Caine   acaine@pszyjw.com
- Howard Camhi   hcamhi@ecjlaw.com
- Gary O Caris   gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg   jcarlberg@boselaw.com
- Sara Chenetz   chenetz@blankrome.com
- Jacquelyn H Choi   jchoi@swjlaw.com
- Ronald R Cohn   rcohn@horganrosen.com
- Enid M Colson   emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa   mcorrea@jonesday.com
- Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest   aed@dgdk.com
- Daniel Denny   ddenny@gibsondunn.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Lisa Hill Fenning   Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman   bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney   dgaffney@swlaw.com
- Thomas M Geher   tmg@jmbm.com
- Bernard R Given   bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser   bglaser@swjlaw.com
- Matthew A Gold   courts@argopartners.net
- Michael I Gottfried   mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham   jag@jmbm.com
- Ofer M Grossman   omglaw@gmail.com
- Jodie M Grotins   jgrotins@mcguirewoods.com
- Peter J Gurfein   pgurfein@lgbfirm.com
- Cara J Hagan   carahagan@haganlaw.org
- Asa S Hami   ahami@sulmeyerlaw.com
- Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher   dave.hercher@millernash.com
- William W Huckins   whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson   natasha.johnson@dlapiper.com
- Lance N Jurich   ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin   akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- William H. Kiekhofer   wkiekhofer@mcguirewoods.com

- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Lewis R Landau    lew@landaunet.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri    jnassiri@venable.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Zev Shechtman    zshechtman@dgdk.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

1    Served by U.S. Mail or overnight delivery:

2

3    Honorable Kathleen Thompson
United States Bankruptcy Court- Central District of California
21041 Burbank Boulevard, Suite 305

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28