1 | JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*

2 | JULIA W. BRAND (State Bar No. 121760)
*JBrand@DGDK.com*

3 | DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor

4 | Los Angeles, California 90067-2904
Telephone: (310) 277-0077

5 | Facsimile: (310) 277-5735

6 | Attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtor-in-Possession

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SAN FERNANDO VALLEY DIVISION**

11 | In re ) Case No. 1:09-bk-13356-KT
)

12 | MERUELO MADDUX ) Chapter 11 (Jointly Administered)
PROPERTIES, INC., et al., **[1]** )

13 | ) **NOTICE OF FILING OF (I) THIRD AMENDED**
) **JOINT PLAN OF REORGANIZATION OF**

14 | Debtors and Debtors-in- ) **MERUELO MADDUX PROPERTIES, INC.,** *ET*
Possession. ) *AL.***, AND (II) THIRD AMENDED JOINT**

15 | ) **DISCLOSURE STATEMENT DESCRIBING**
) **THIRD AMENDED JOINT PLAN OF**

16 | _____ ) **REORGANIZATION OF MERUELO MADDUX**
) **PROPERTIES, INC.** *ET AL.*

17 | ☑  Affects all Debtor(s): )
)

18 | ☐  Affects the following Debtor(s): ) **Disclosure Statement Hearing**
) Date:      August 6, 2010

19 | ) Time:      9:30 a.m.
) Place:     Courtroom 301

20 | )
)

21 | ) **Plan Confirmation Hearing**
) Date:      November 29, 2010

22 | ) Time:      9:30 a.m.
) Place:     Courtroom 301

23 | ) 21041 Burbank Blvd.
) Woodland Hills, California

24 | _____

25 | **[1]** Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT;

26 | 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT;

27 | 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-.

28 |

-1-

358320.01 [XP]      25195

1    PLEASE TAKE NOTICE that Meruelo Maddux Properties, Inc. ("MMPI"), and its 53

2 related debtors whose cases are jointly administered (the "Debtors") filed the following documents

3 on September 1, 2010:

4    1.    Third Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc., et

5 al. (*docket no.* 1771) ("Plan").

6    2.    Third Amended Disclosure Statement describing Third Amended Joint Plan of

7 Reorganization of Meruelo Maddux Properties, Inc., et al. (*docket no.* 1772) ("Disclosure

8 Statement").

9    3.    Submission of Redline of Third Amended Joint Plan of Reorganization of Meruelo

10 Maddux Properties, Inc., et al. (*docket no.* 1773).

11    4.    Submission of Redline of Third Amended Disclosure Statement describing Third

12 Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc., et al. (*docket no.*

13 1775).

14    The redlines show changes from the Plan and Disclosure Statement filed on June 10, 2010

15 and reflect all changes that the Debtors agreed to make and those ordered by the Court at or in

16 connection with the hearings on approval of the Disclosure Statement held on July 21, 2010, July

17 26, 2010, July 27, 2010 and August 6, 2010.

18    In addition, based on discussions with various parties in interest, the Plan and Disclosure

19 Statement have the following additional changes.

20    1.    Interest on Secured Lender Claims under the Common Secured Lender Claim

21 Treatment has been increased to 5%.

22    2.    The treatment for the classes of general unsecured claims of MMPI and Meruelo

23 Maddux Properties, L.P. ("MMPLP") (Classes 1C3 and 2C3) has been change to provide for

24 payment in full 30 days after the Effective Date with interest accruing from the Petition Date

25 through the payment date at 5% per annum.    Treatment of all other classes of general unsecured

26 claims remains unchanged.

27    3.    The treatment of Interests in MMPI (Class 1E) has been changed to provide that the

28 interest holders retain their interests in MMPI and are unimpaired under the Plan.  The Plan and

-2-

358320.01 [XP]    25195

1   that relate solely to the prior treatment of equity interests in Class 1E, including elimination of the

2   provisions related to the issuance of New Equity Interests, restrictions on transfer of stock and a

3   reverse stock split.

4

5   Dated:  September 1, 2010                       DANNING, GILL, DIAMOND & KOLLITZ, LLP

6

7                                      By: _____

8                                         JULIA W. BRAND
                                        Attorneys for Meruelo Maddux Properties,
                                        Inc., and affiliated Debtors and Debtors-in-

9                                         Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

358320.01 [XP]      25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF FILING OF (I) THIRD AMENDED JOINT PLAN OF REORGANIZATION OF MERUELO MADDUX PROPERTIES, INC., ET AL., AND (II) THIRD AMENDED JOINT DISCLOSURE STATEMENT DESCRIBING THIRD AMENDED JOINT PLAN OF REORGANIZATION OF MERUELO MADDUX PROPERTIES, INC.. ET AL.** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 1, 2010*,* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Peter Bonfante, peterbonfante@bsalawfirm.com
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
George T Busu    george.busu@limruger.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)

☒    Service information continued on attached page

-4-

358320.01 [XP]    25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER: 11  CASE NUMBER: 1:09-bk-13356-KT |

Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold      courts@argopartners.net
Michael I. Gottfried      mgottfried@lblawllp.com, aerskine@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein      pgurfein@lgbfirm.com
Jodie M Grotins      jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
David W Hercher      dave.hercher@millernash.com
William W Huckins      whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Alexandra Kazhokin      akazhokin@buchalter.com
William H. Kiekhofer      wkiekhofer@mcguirewoods.com  (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for OCC)
Lewis R Landau      lew@landaunet.com (Conflicts Counsel to Creditors Committee)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien      katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Raymond A. Myer; rmyer@myerlawpc.com (counsel for SCS Flooring)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Ron Orr & Professionals, Inc: ronorresq@aol.com (Proposed Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince      cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for OCC)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards      jrichards@pszjlaw.com, bdassa@pszjlaw.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for OCC)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)

☒      Service information continued on attached page

-5-

358320.01 [XP]      25195

1

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

2

3

4  James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
   Catherine Steege    csteege@jenner.com (counsel for OEC)
   Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
5  John N Tedford, jtedford@dgdk.com (counsel for Debtors)
   Damon Thayer    dthayer@jenner.com
6  James A Timko    jtimko@allenmatkins.com
   Alan G Tippie, atippie@sulmeyerlaw.com (counsel for OCC)
7  United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
   Rouben Varozian rvarozian@bzlegal.com (counsel for Vahan and Anoush Chamlian)
8  Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
   William E Winfield    wwinfield@nchc.com
9  Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

10  II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
    On, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case
11  or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States
    Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the
12  judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after
    the document is filed.

13

14              ☐     Service information continued on attached page

15  III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method
    for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 1, 2010, I
16  served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing
    to such service method), by facsimile transmission and/or email as follows.  Listing the judge here
17  constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after
    the document is filed.

18

    Via EMail
19  Ron Orr & Professionals, Inc: ronorresq@aol.com (Proposed Attorneys for Equity Committee)
    Georgiana G. Rodiger: crodiger@rodigerlaw.com (Proposed Attorneys for Equity Committee)

20
    Via Personal Delivery
21  Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 305, Woodland Hills, CA
    91367

22
    U.S. Trustee, Attn: Jennifer Braun, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

23
                ☐     Service information continued on attached page
24

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
25  and correct.

26  September 2, 2010          Cindy M. Cripe                    _____
    Date                       Type Name                        Signature
27

28

358320.01 [XP]    25195