Victor A. Sahn (CA Bar No. 97299)
vsahn@sulmeyerlaw.com
Dean G. Rallis Jr. (CA Bar No. 94266)
drallis@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
ahami@sulmeyerlaw.com
Tamar Kouyoumjian (CA Bar No. 254148)
tkouyoumjian@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone:  213.626.2311
Facsimile:  213.629.4520

Bankruptcy Counsel for the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors. | Case No. 1:09-bk-13356 KT<br><br>Chapter 11<br><br>**NOTICE OF FILING OF EXHIBIT "3" TO THE EMERGENCY MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN AID OF HEARING ON CONFIRMATION OF DEBTORS' PLAN AND DISCLOSURE STATEMENT AND THE SOLICITATION PROCESS IN RESPONSE TO DEBTORS' SEPTEMBER 9, 2010 PRESS RELEASE; REQUEST FOR SANCTIONS AGAINST THE DEBTORS; AND JOINDER IN PLEADINGS FILED BY LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK IN RESPONSE TO PRESS RELEASE**<br><br>Date:   September 15, 2010<br>Time:   1:30 p.m.<br>Place:  Courtroom 301 |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk- 3370-KT;  1:09- bk-13371-KT; 1:09-bk-13372-KT;

**TO THE HONORABLE KATHLEEN P. THOMPSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, OTHER PARTIES IN INTEREST AND THEIR RESPECTIVE COUNSEL OF RECORD:**

On September 14, 2010, the Official Committee of Unsecured Creditors in the above-captioned, jointly-administered cases filed an *Emergency Motion By The Official Committee Of Unsecured Creditors Of Meruelo Maddux Properties, Inc. For Order In Aid Of Hearing On Confirmation Of Alternative Plans Of Reorganization And In Response To Debtors' September 9, 2010 Press Release; Request For Sanctions Against The Debtors; And Joinder In Pleadings Filed By Legendary Investors Group No. 1, LLC, And East West Bank In Response To September 9, 2010 Press Release* [DKT No. 1821] (the "Motion").

Section III.B. to the Motion (beginning on page 12 of the Motion) referred to Exhibit "C" to the Motion. Such exhibit, however, inadvertently was omitted from the copy of the Motion filed with the Court. A copy of such exhibit -- more accurately designated now as Exhibit "3" -- is appended hereto.

Dated: September 15, 2010            **Sulmeyer**Kupetz
                                     A Professional Corporation


                                     By:  /s/ Tamar Kouyoumjian
                                          Victor A. Sahn
                                          Tamar Kouyoumjian
                                          Bankruptcy Counsel for the Official
                                          Committee of Unsecured Creditors

---

1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-1378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382- KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk- 13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09- bk-l3394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-l3400-KT; 1 :09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403 -KT; 1:09-bk-13404-KT; 1:09-bk-13405- KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

# EXHIBIT 3

September 15, 2010

Re:   In re Meruelo Maddux Properties, Inc., et al., Bk. Case No. 1:09-bk-13356-KT
      Jointly-administered with 53 related cases

To All Parties Receiving the Enclosed Solicitation Package:

On September 9, 2010, Meruelo Maddux Properties, Inc., a debtor in the above-referenced bankruptcy cases, ("MMPI"), issued a press release entitled "East West Bank Hostile Takeover Plan of Meruelo Maddux Properties Rebuffed by Bankruptcy Court" (the "Press Release").

To the extent you have read the Press Release, it should be disregarded.  The Press Release contained false statements.  For example, the Press Release stated that "'[t]he reorganization plan submitted by MMPI has already been approved . . . ."  This is not true.  No reorganization plan in these cases has been approved yet.

The Court urges all parties considering and voting on the enclosed chapter 11 plans of reorganization to do so without regard to any of the statements contained in the Press Release.

The Honorable Kathleen P. Thompson
United States Bankruptcy Judge

| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtors. | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356 KT<br>(Jointly Administered) |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document described as "**NOTICE OF FILING OF EXHIBIT "3" TO THE EMERGENCY MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN AID OF HEARING ON CONFIRMATION OF DEBTORS' PLAN AND DISCLOSURE STATEMENT AND THE SOLICITATION PROCESS IN RESPONSE TO DEBTORS' SEPTEMBER 9, 2010 PRESS RELEASE; REQUEST FOR SANCTIONS AGAINST THE DEBTORS; AND JOINDER IN PLEADINGS FILED BY LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK IN RESPONSE TO PRESS RELEASE**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 15, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Office of the United States Trustee — ustpregion16.wh.ecf@usdoj.gov
- Jennifer L. Braun, Esq. – Office of the U.S. Trustee — jennifer.l.braun@usdoj.gov
- Counsel for Debtors – John N. Tedford, Esq. — jtedford@dgdk.com
- Counsel for Debtors – John J. Bingham, Jr., Esq. — jbingham@dgdk.com
- Counsel for Debtors – Aaron De Leest, Esq. — aed@dgdk.com
- Counsel for Debtors – Michael C. Abel, Esq. — mca@dgdk.com
- Counsel for Debtors – Julia W. Brand, Esq. — jwb@dgdk.com
- Counsel for Debtors – Jennifer L. Nassiri, Esq. — jennifer.nassiri@dlapiper.com
- Counsel for Debtors – Enid M Colson — ecolson@linerlaw.com
- Counsel for Debtors – Zev Shechtman, Esq. — zshechtman@dgdk.com
- Counsel for Debtors – Natasha L. Johnson, Esq. — natasha.johnson@dlapiper.com
- Counsel for Creditors' Committee – Alan G. Tippie, Esq. — atippie@sulmeyerlaw.com
- Counsel for Creditors' Committee – Victor A. Sahn, Esq. — vsahn@sulmeyerlaw.com
- Counsel for Creditors' Committee – Dean G. Rallis, Jr., Esq. — drallis@sulmeyerlaw.com
- Counsel for Creditors' Committee – Asa S. Hami, Esq. — ahami@sulmeyerlaw.com
- Counsel for Creditors' Committee – Tamar Kouyoumjian, Esq. — tkouyoumjian@sulmeyerlaw.com
- Counsel for Creditors' Committee – Lewis R Landau, Esq. — lew@landaunet.com
- Counsel for Bank of America – Donald L. Gaffney, Esq. — dgaffney@swlaw.com
- Counsel for Bank of America – Eric S. Pezold, Esq. — epezold@swlaw.com
- Counsel for Bank of America – Jasmin Yang, Esq. — jyang@swlaw.com
- Counsel for Calex Engineering Company – Kirsten A. Roe, Esq. — kroe@wthf.com
- Counsel for California Bank & Trust – Brian T. Harvey, Esq. — bharvey@buchalter.com
- Counsel for California Bank & Trust – Daniel H. Slate, Esq. — dslate@buchalter.com
- Counsel for California Bank & Trust – Alexandra Kazhokin, Esq. — akazhokin@buchalter.com
- Counsel for Can Partners Realty Holding Co. – Lance N. Jurich, Esq. — ljurich@loeb.com
- Counsel for Capmark Finance Inc. – Thomas M. Geher, Esq. — tmg@jmbm.com
- Counsel for Capmark Finance Inc. – John A. Graham, Esq. — jag@jmbm.com
- Counsel for Cathay Bank – Michael G. Fletcher, Esq. — mfletcher@Frandzel.com
- Counsel for Cathay Bank – Bernard R. Given, Esq. — bgiven@frandzel.com
- Counsel for Charlestown Cap. Advisors – Christopher E. Prince, Esq. — cprince@lesnickprince.com
- Counsel for Chinatrust Bank – Steven K. Linkon, Esq. — slinkon@rcolegal.com
- Counsel for East West Bank – Iain A.W. Nasatir, Esq. — inasatir@pszjlaw.com
- Counsel for East West Bank – James I. Stang, Esq. — jstang@pszjlaw.com
- Counsel for Esmark, Inc. – Jodie M. Grotins, Esq. — jgrotins@mcguirewoods.com
- Counsel for Esmark, Inc. – William H. Kiekhofer, III Esq. — wkiekhofer@mcguirewoods.com
- Counsel for FNBN-CMLCON I LLC – David E. Leta, Esq. — dleta@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Michael B. Reynolds, Esq. — mreynolds@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Stephen Shiu, Esq. — sshiu@swlaw.com
- Counsel for Natividad Gonzales – Jeffrey S. Shinbrot, Esq. — shinbrot@earthlink.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
AGONZALEZ\ 673657.1

F 9013-3.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtors. | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356 KT<br>(Jointly Administered) |
|---|---|

- Counsel for Imperial Capital Bank - Andrew F. Kim, Esq. — Kim-A@BlankRome.com
- Counsel for Imperial Capital Bank - Sara Chenetz, Esq. — chenetz@blankrome.com
- Counsel for Kennedy Funding, Inc. – Howard Camhi, Esq. — hcamhi@ecjlaw.com
- Counsel for Kennedy Funding, Inc. – Michael S. Kogan, Esq. — mkogan@ecjlaw.com
- Counsel for L.A. County Metro Trans. Authority – Michaeline H. Correa, Esq. — mcorrea@jonesday.com
- Counsel for Pacific Commerce Bank – Ronald R. Cohn, Esq. — rcohn@horganrosen.com
- Counsel for PNL Pomona, L.P. – Cara J Hagan, Esq. — carahagan@haganlaw.org
- Counsel for PNL Pomona, L.P. – Tracy L.. Spies, Esq. — tracie@haganlaw.org
- Counsel for Roofcorp of CA, Inc. – Jason L. Weisberg, Esq. — jason@gdclawyers.com
- Counsel for San Bernardino County Tax Collector – Martha E. Romero, Esq. — Romero@mromerolawfirm.com
- Counsel for Stanford Group, LP – Michael H. Raichelson, Esq. — mhr@cabkattorney.com
- Counsel for Yoshiaki & Fumiko Murakami – Brian L.. Davidoff, Esq. — bdavidoff@rutterhobbs.com
- Counsel for Yoshiaki & Fumiko Murakami – Duane Kumagai, Esq. — dkumagai@rutterhobbs.com
- Counsel for United Commercial Bank/East West Bank – Elmer D. Martin, Esq. — elmermartin@msn.com
- Counsel for Woodland Farms, Inc. – James E. Carlberg, Esq. — jcarlberg@boselaw.com
- Counsel for Creditors Vahan and Anoush Chamlian – Rouben Varozian, Esq. — rvarozian@bzlegal.com
- Courtesy NEF –Robert Abiri, Esq. — rabiri@abiriszeto.com
- Courtesy NEF – Peter Bonfante, Esq. — peterbonfante@bsalawfirm.com
- Courtesy NEF – Martin J. Brill, Esq. — mjb@lnbrb.com
- Courtesy NEF –George T. Busu, Esq. — George.busu@limruger.com
- Courtesy NEF –Daniel Denny, Esq. — ddenny@gibsondunn.com
- Courtesy NEF –Barry V. Freeman, Esq. — bvf@jmbm.com
- Courtesy NEF – Barry S. Glaser, Esq. — bglaser@swjlaw.com
- Courtesy NEF – Michael I. Gottfried, Esq. — mgottfried@lblawllp.com
- Courtesy NEF – Ofer M. Grossman, Esq. — omglaw@gmail.com
- Courtesy NEF – Peter J. Gurfein, Esq. — pgurfein@akingump.com
- Courtesy NEF – David W Hercher, Esq. — dave.hercher@millernash.com
- Courtesy NEF – William W. Huckins, Esq. — whuckins@allenmatkins.com
- Courtesy NEF – Katherine Lien, Esq. — katie.lien@sbcglobal.net
- Courtesy NEF – Richard Malatt, Esq. — rmalatt@gmail.com
- Courtesy NEF – Lawrence Peitzman, Esq. — lpeitzman@pwkllp.com
- Courtesy NEF – Craig M. Rankin, Esq. — cmr@lnbrb.com
- Courtesy NEF – Surjit P. Soni, Esq. — surjit@sonilaw.com
- Courtesy NEF – James A. Timko, Esq. — jtimko@allenmatkins.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _____, served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September 15, 2010,  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

**VIA PERSONAL DELIVERY**
The Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 305
Woodland Hills, CA 91367-6606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2010 | Andrea Gonzalez | /s/ Andrea Gonzalez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
AGONZALEZ\ 673657.1

**F 9013-3.1**