Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
Dean G. Rallis Jr. (CA Bar No. 94266)
  drallis@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
  ahami@sulmeyerlaw.com
Tamar Kouyoumjian (CA Bar No. 254148)
  tkouyoumjian@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone:   213.626.231
Facsimile:    213.629.4520

Bankruptcy Counsel to the
Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 1:09-bk-13356 KT |
| MERUELO MADDUX PROPERTIES, INC., et al.,[1] | Chapter 11 |
| Debtors. | **STATUS REPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS RE DEBTORS' PRODUCTION OF DOCUMENTS AND INFORMATION PURSUANT TO BANKRUPTCY RULE 2004 MOTION** |
| | Date: September 20, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 301 |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359- KT; 1:09-bk-13360 -KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk- 3370-KT;  1:09- bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-1378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382- KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk- 13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09- bk-I3394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-I3400-KT; 1 :09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403 -KT. 1:09-bk-13404-KT; 1:09-bk-13405- KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

AHAMI\ 682172.1

**TO THE HONORABLE KATHLEEN P. THOMPSON, UNITED STATES BANKRUPTCY JUDGE:**

In accordance with the Court's request, the Official Committee of Unsecured Creditors in the above-captioned jointly-administered cases (the "Creditors' Committee") hereby provides the Court with a status report regarding the production of documents and information by Meruelo Maddux Properties, Inc., et al. (collectively, the "Debtors"), in response to the Bankruptcy Rule 2004 Motion filed by the Creditors' Committee and in which each of the Official Committee of Equity Holders (the "Equity Committee") and Legendary Investors Group No. 1, LLC ("Legendary"), joined, (the "Rule 2004 Motion"):

1. On August 27, 2010, this Court conducted a hearing on the Rule 2004 Motion and the Debtors' related motion for a protective order.

2. At that hearing, the Court required the parties to engage in a meet and confer to identify the particular documents and information that the Debtors will produce in each of the categories to each of the Creditors' Committee, the Equity Committee and Legendary.

3. The parties conducted such a meet and confer on September 1, 2010, by and through their respective financial representatives.

4. Appended hereto as Exhibit 1 is a table, organized by the categories of documents requested through the Rule 2004, setting forth the document request, the identity of the documents responsive to such request, the status of the Debtors' production of such documents and the documents received.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Sulmeyer Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1      5.    As reflected in <u>Exhibit 1</u>, certain categories of documents have been satisfied, whereas others remain outstanding (in part or in whole).

DATED: September 17, 2010    Respectfully submitted,

**Sulmeyer**Kupetz
A Professional Corporation

By:  */s/ Tamar Kouyoumjian*
      Tamar Kouyoumjian
      Bankruptcy Counsel to the Official Committee of Unsecured Creditors

AHAMI\ 682172.1

# EXHIBIT "1"

# EXHIBIT 1

## STATUS OF PRODUCTION PURSUANT TO RULE 2004 MOTION AND RELATED MEET AND CONFER

| Document Request No.[1] | Document Request | Proposed Production (Per Meet and Confer) | Documents/Information Received and Other Comments | Status of Production |
|---|---|---|---|---|
| 1 and 2 | 1. With respect to each PROPERTY and on a consolidated basis, all DOCUMENTS consisting of, relating to and/or evidencing current operating statements and budgets for each year of the PLAN projection period (currently set forth in Exhibit E to the PLAN) and monthly for the first two years of such PLAN projection period, in *Excel* format. | Debtors to produce Monthly Operating Reports ("MORs") in *Excel* format | Parties received:<br><br>• Actuals of NOI from April 2009 through July 2010;<br>• 2010/2011 Budget;<br>• Operating expenses detail;<br>• MORs in *Excel* (received after meet and confer); and<br>• Corporate expenses in pdf format. | **August 2010 MORs have not been produced in Excel format.**<br><br>Review of materials received is in process. Whether production is complete is subject to such review. |

---

[1] Except with respect to the last two items on this table, the document requests set forth herein are those contained in the Creditors' Committee's Amended Exhibit 1 to the Rule 2004 Motion [Dkt. No. 1648]. The final two items are additional documents/information requested by Legendary.

| | | | | |
|---|---|---|---|---|
| | 2. With respect to each PROPERTY and on a consolidated basis, for each year of the PLAN projection period (currently set forth in Exhibit E to the PLAN) and monthly for the first two years of such PLAN projection period, a break-out and/or detail of the following line items in such projections: (a) "Operating Expenses"; (b) "Net Impact of Asset Sales"; (c) "corporate costs"; and (d) "professional fees". | | | **Debtors have not produced month to month projections for second year of term plan in excel format.** |
| 3 | With respect to each PROPERTY, all DOCUMENTS consisting of, relating to, evidencing and/or identifying "property-level" assumptions in the PLAN forecast for rent per square foot, market rent per square foot, tenant cost reimbursements (CAM), and expense line items, annual rent and cost inflation, vacancy, lease rollover, re-tenanting downtime, tenant | Parties agreed that they will provide escalation clauses in each case in satisfaction of this category. | Debtors still required to produce escalation rates for leases that have escalation clauses. | **Not Produced.** |

|   | | | | |
|---|---|---|---|---|
|   | improvements and leasing commissions. | | | |
| 4 | With respect to each PROPERTY, all DOCUMENTS consisting of, relating to and/or evidencing current rent rolls for any lease agreements. | Parties agreed that they will produce rent rolls. | Parties received rent rolls, but rent rolls reflect base rent only but does not reflect other rent payments including CAM charges and escalation rates. | **Not Fully Produced.** |
| 5 | With respect to each PROPERTY, all DOCUMENTS consisting of, relating to and/or evidencing any lease agreements that YOU have entered into with a term of two years or longer. | Parties agreed production per description of document request. | Parties received 11 Leases and Amendments | Received 11 Leases, but **not advised as to how many leases exist with terms of two years or longer.** |
| 6 | With respect to each PROPERTY, all DOCUMENTS consisting of, relating to and/or evidencing all loan documents relating to any loan secured by any of the PROPERTIES, and, for each such loan, all DOCUMENTS consisting of, relating to, evidencing and/or identifying the amounts of debt service principal, | Parties agreed in response to this category, the Debtors will provide in excel spreadsheet the principal balances (pre and post), accrued interest, and total outstanding | Parties received in *Excel* format updated principal plus accrued interest as of December 31, 2009 | Received. |

TKOUYOUMJIAN\ 682340.1

| | | | | |
|---|---|---|---|---|
| | interest and impounds relating to each PROPERTY, as well as current mortgage balance and key loan terms for each PROPERTY, including, but not limited to, the monthly payment amount, contract interest rate, remaining term of each loan, extension provisions, lien priority and guaranty obligations (<u>i.e.</u>, completion guaranties and repayment guaranties, whether direct or contingent). | balance of secured loans. | | |
| 7 | With respect to each PROPERTY, all DOCUMENTS consisting of, relating to, evidencing and/or identifying capital expenditures and budgeted capital expenditures for each year in the PLAN projection period (currently set forth in <u>Exhibit E</u> to the PLAN) and monthly for the first two years of such PLAN projection period. | Parties agreed production per description of document request. | Debtors contend that capital expenditures exist only in contingency the financials. Assumption is based on $ amount per/square foot in year one and year 2. Debtors provide a gross dollar amount on 7th street property. | Received. |

| | | | | |
|---|---|---|---|---|
| 8 | All DOCUMENTS consisting of, relating to, evidencing and/or identifying any pending purchase and sale agreements of any PROPERTY. | Parties agreed production per description of document request. | Per Debtors, documents responsive to this request are available for review. | Pursuant to discussions in Court produced, Sci-Arc Purchase & Sale Agreement for attorneys only. **No other documents have been produced, if any, exist.** |
| 9 | With respect to each PROPERTY, all DOCUMENTS consisting of, relating to, evidencing and/or identifying any actions or follow-up actions required for each PROPERTY as recommended in any Phase I or Phase II environmental assessment reports, including estimated cost, progress to date, and anticipated timeframe for completion of such action. | Parties agreed production per description of document request. | No documents/information received. | **Not Produced.** |
| 10 | With respect to each DEVELOPMENT PROPERTY, all DOCUMENTS consisting of, | Parties agreed production per description of document | | **Not Produced.** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | relating to, evidencing and/or identifying YOUR project development plan and risk profile covering entitlement, environmental, site development, construction and market issues, or a summary assessment of such project development plan and risk profile. | request. |  |  |
| 11 | An identification of each SALE PROPERTY by legal description or address. | Parties agreed this information is included in the current Plan. |  | Received. |
| 12 | With respect to each SALE PROPERTY, all DOCUMENTS consisting of, relating to, evidencing and/or identifying: (1) estimated valuations of each such PROPERTY; (2) support for such valuations; (3) YOUR basis or criteria for selecting such PROPERTY as a SALE PROPERTY; and (4) estimated or approximate date of sale of each such PROPERTY. | Debtors will provide the basis for any changes in valuations identified by the moving parties. | Per Debtors, they will address the selected property valuations as requested. | Still reviewing changes in valuation. |

TKOUYOUMJIAN\ 682340.1

| | | | | |
|---|---|---|---|---|
| 13, 14 and 15 | All DOCUMENTS consisting of, relating to and/or evidencing any contracts of employment between the DEBTORS and Richard Meruelo/John Maddux/Andrew Murray as of the PETITION DATE and going forward. | Produced. | | Received. |
| 16 | All DOCUMENTS consisting of pro forma balance sheets, on a consolidated basis for all DEBTORS and separately for each DEBTOR, as of the proposed "Effective Date" of the PLAN. | Parties agreed this information is included in the current Plan | | Received. |
| 17 | A detailed list of all expenses of Richard Meruelo for which Mr. Meruelo has been reimbursed or will be reimbursed by any of the DEBTORS, and all DOCUMENTS relating to and/or evidencing any such expenses (since March 1, 2008). | Parties agreed production per description of document request. | | **Not Produced.** |
| 18 and 19 | 18. A schedule containing the identification of the | Parties agreed production per | Information produced includes only gross figures (i.e.) number of | **Not Produced.** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | name, position, job description, compensation and contact information (including home address, business address, daytime telephone number, email address) for each individual in the DEBTORS' accounting and/or finance departments.<br><br>19. A schedule containing the identification of the name, position, job description and compensation for every individual currently employed by the DEBTORS. | description of document request. Per Court order, employees identified by initials of employee followed by a number. | employees in a particular department and gross salaries of all employees in that department. |  |
| 20 and 21 | 20. All Board minutes and resolutions of the Board of any of the DEBTORS from the date of MMPI's initial public offering to the present [since March 1, 2008]<br><br>21. All DOCUMENTS consisting of, relating to and/or evidencing any presentations made to the Board of any of the DEBTORS, all materials, documents and information | Parties agreed production per description of document request. | Parties received Board minutes for meeting on the following dates: (1) March 14, 2008; (2) April 10, 2008; (3) May 7, 2008; (4) July 29, 2008; (5) September 9, 2008; and (6) October 21, 2008 | **Not Fully Produced.** |

| | | | | |
|---|---|---|---|---|
| | provided to such Board, any committee of such Board, or any member of such Board, including, but not limited to, such materials, documents and information provided in connection with any such presentations, any management report, financial statement, audit report, investment bank documentation or report, financial advisor documentation or report, and further including, without limitation, all documents and materials prepared by or on behalf of any such Board member, officer and/or committee member of any Board committee [since March 1, 2008] | | | |
| 22 | All DOCUMENTS consisting of, relating to and/or evidencing any evaluation or analysis by a financial advisor, accountant, investment banker or analyst pertaining to any of the DEBTORS, its business | Parties agreed production per description of document request. | | **Not Produced.** |

|   |   |   |   |   |
|---|---|---|---|---|
|   | operations and valuation. |   |   |   |
| 1 (Legendary) | All U.S. consolidated and California unitary or other income tax or franchise tax returns by any of Debtors for 2008 & 2009, with all amendments thereto together with all accountant work papers related thereto. | Parties agreed production per description of document request. | Parties received return for 2008. Debtor advises that no returns were filed for 2009. | **Not fully produced. No production of accountants or auditors work papers. No production of accountants and auditors papers re 2009 numbers included in 10K.** |
| 2 (Legendary) | All documents re Applications for reassessment of property taxes, any withdrawals thereof. | Parties agreed production per description of document request. | Parties <u>received tax appeals.</u> | **Not Fully Produced. No correspondence regarding, and withdrawals of appeals have been produced.** Review of materials received is in process. Whether production is complete is subject to such review. |

TKOUYOUMJIAN\ 682340.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC. | | CHAPTER: 11 |
|---|---|---|
| | Debtors. | CASE NUMBER: 1:09-bk-13356 KT<br>(Jointly Administered) |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document described as **"STATUS REPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS RE DEBTORS' PRODUCTION OF DOCUMENTS AND INFORMATION PURSUANT TO BANKRUPTCY RULE 2004 MOTION]"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On <u>September 20, 2010</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Office of the United States Trustee — ustpregion16.wh.ecf@usdoj.gov
- Jennifer L. Braun, Esq. – Office of the U.S. Trustee — jennifer.l.braun@usdoj.gov
- Counsel for Debtors – John N. Tedford, Esq. — jtedford@dgdk.com
- Counsel for Debtors – John J. Bingham, Jr., Esq. — jbingham@dgdk.com
- Counsel for Debtors – Aaron De Leest, Esq. — aed@dgdk.com
- Counsel for Debtors – Michael C. Abel, Esq. — mca@dgdk.com
- Counsel for Debtors – Julia W. Brand, Esq. — jwb@dgdk.com
- Counsel for Debtors – Jennifer L. Nassiri, Esq. — jennifer.nassiri@dlapiper.com
- Counsel for Debtors – Enid M Colson — ecolson@linerlaw.com
- Counsel for Debtors – Zev Shechtman, Esq. — zshechtman@dgdk.com
- Counsel for Debtors – Natasha L. Johnson, Esq. — natasha.johnson@dlapiper.com
- Counsel for Creditors' Committee – Alan G. Tippie, Esq. — atippie@sulmeyerlaw.com
- Counsel for Creditors' Committee – Victor A. Sahn, Esq. — vsahn@sulmeyerlaw.com
- Counsel for Creditors' Committee – Dean G. Rallis, Jr., Esq. — drallis@sulmeyerlaw.com
- Counsel for Creditors' Committee – Asa S. Hami, Esq. — ahami@sulmeyerlaw.com
- Counsel for Creditors' Committee – Tamar Kouyoumjian, Esq. — tkouyoumjian@sulmeyerlaw.com
- Counsel for Creditors' Committee – Lewis R Landau, Esq. — lew@landaunet.com
- Counsel for Bank of America – Donald L. Gaffney, Esq. — dgaffney@swlaw.com
- Counsel for Bank of America – Eric S. Pezold, Esq. — epezold@swlaw.com
- Counsel for Bank of America – Jasmin Yang, Esq. — jyang@swlaw.com
- Counsel for Calex Engineering Company – Kirsten A. Roe, Esq. — kroe@wthf.com
- Counsel for California Bank & Trust – Brian T. Harvey, Esq. — bharvey@buchalter.com
- Counsel for California Bank & Trust – Daniel H. Slate, Esq. — dslate@buchalter.com
- Counsel for California Bank & Trust – Alexandra Kazhokin, Esq. — akazhokin@buchalter.com
- Counsel for Can Partners Realty Holding Co. – Lance N. Jurich, Esq. — ljurich@loeb.com
- Counsel for Capmark Finance Inc. – Thomas M. Geher, Esq. — tmg@jmbm.com
- Counsel for Capmark Finance Inc. – John A. Graham, Esq. — jag@jmbm.com
- Counsel for Cathay Bank – Michael G. Fletcher, Esq. — mfletcher@Frandzel.com
- Counsel for Cathay Bank – Bernard R. Given, Esq. — bgiven@frandzel.com
- Counsel for Charlestown Cap. Advisors – Christopher E. Prince, Esq. — cprince@lesnickprince.com
- Counsel for Chinatrust Bank – Steven K. Linkon, Esq. — slinkon@rcolegal.com
- Counsel for East West Bank – Iain A.W. Nasatir, Esq. — inasatir@pszjlaw.com
- Counsel for East West Bank – James I. Stang, Esq. — jstang@pszjlaw.com
- Counsel for Esmark, Inc. – Jodie M. Grotins, Esq. — jgrotins@mcguirewoods.com
- Counsel for Esmark, Inc. – William H. Kiekhofer, III Esq. — wkiekhofer@mcguirewoods.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtors. | CHAPTER: 11<br><br>CASE NUMBER:  1:09-bk-13356 KT<br>(Jointly Administered) |
|---|---|

- Counsel for FNBN-CMLCON I LLC – David E. Leta, Esq.    dleta@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Michael B. Reynolds, Esq.    mreynolds@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Stephen Shiu, Esq.    sshiu@swlaw.com
- Counsel for Natividad Gonzales – Jeffrey S. Shinbrot, Esq.    shinbrot@earthlink.net
- Counsel for Imperial Capital Bank - Andrew F. Kim, Esq.    Kim-A@BlankRome.com
- Counsel for Imperial Capital Bank - Sara Chenetz, Esq.    chenetz@blankrome.com
- Counsel for Kennedy Funding, Inc. – Howard Camhi, Esq.    hcamhi@ecjlaw.com
- Counsel for Kennedy Funding, Inc. – Michael S. Kogan, Esq.    mkogan@ecjlaw.com
- Counsel for L.A. County Metro Trans. Authority – Michaeline H. Correa, Esq.    mcorrea@jonesday.com
- Counsel for Pacific Commerce Bank – Ronald R. Cohn, Esq.    rcohn@horganrosen.com
- Counsel for PNL Pomona, L.P. – Cara J Hagan, Esq.    carahagan@haganlaw.org
- Counsel for PNL Pomona, L.P. – Tracy L.. Spies, Esq.    tracie@haganlaw.org
- Counsel for Roofcorp of CA, Inc. – Jason L. Weisberg, Esq.    jason@gdclawyers.com
- Counsel for San Bernardino County Tax Collector – Martha E. Romero, Esq.    Romero@mromerolawfirm.com
- Counsel for Stanford Group, LP – Michael H. Raichelson, Esq.    mhr@cabkattorney.com
- Counsel for Yoshiaki & Fumiko Murakami – Brian L.. Davidoff, Esq.    bdavidoff@rutterhobbs.com
- Counsel for Yoshiaki & Fumiko Murakami – Duane Kumagai, Esq.    dkumagai@rutterhobbs.com
- Counsel for United Commercial Bank/East West Bank – Elmer D. Martin, Esq.    elmermartin@msn.com
- Counsel for Woodland Farms, Inc. – James E. Carlberg, Esq.    jcarlberg@boselaw.com
- Counsel for Creditors Vahan and Anoush Chamlian – Rouben Varozian, Esq.    rvarozian@bzlegal.com
- Courtesy NEF – Peter Bonfante, Esq.    peterbonfante@bsalawfirm.com
- Courtesy NEF – Martin J. Brill, Esq.    mjb@lnbrb.com
- Courtesy NEF –Barry V. Freeman, Esq.    bvf@jmbm.com
- Courtesy NEF – Barry S. Glaser, Esq.    bglaser@swjlaw.com
- Courtesy NEF – Michael I. Gottfried, Esq.    mgottfried@lblawllp.com
- Courtesy NEF – Ofer M. Grossman, Esq.    omglaw@gmail.com
- Courtesy NEF – Peter J. Gurfein, Esq.    pgurfein@akingump.com
- Courtesy NEF – David W Hercher, Esq.    dave.hercher@millernash.com
- Courtesy NEF – William W. Huckins, Esq.    whuckins@allenmatkins.com
- Courtesy NEF – Katherine Lien, Esq.    katie.lien@sbcglobal.net
- Courtesy NEF – Richard Malatt, Esq.    rmalatt@gmail.com
- Courtesy NEF – Lawrence Peitzman, Esq.    lpeitzman@pwkllp.com
- Courtesy NEF – Craig M. Rankin, Esq.    cmr@lnbrb.com
- Courtesy NEF – Surjit P. Soni, Esq.    surjit@sonilaw.com
- Courtesy NEF – James A. Timko, Esq.    jtimko@allenmatkins.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On September 20, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**The Honorable Kathleen Thompson**
**U.S. Bankruptcy Court**
**21041 Burbank Blvd., Suite 305**
**Woodland Hills, CA  91367-6606**

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: | CHAPTER: 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. | |
| Debtors. | CASE NUMBER: 1:09-bk-13356 KT (Jointly Administered) |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September 20, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

- Counsel for FNBN-CMLCON I LLC – Jeffrey M. Singletary, Esq.  jsingletary@swlaw.com
- Counsel for United Commercial Bank - Curtis C. Jung, Esq.  curtis@jyllp.com

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 20, 2010 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 9013-3.1**