Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910; Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
          jdulberg@pszjlaw.com

Surjit P. Soni (CA Bar No. 127419)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, California 91101
Telephone: 626/683-7600; Facsimile: 626/683-1199
E-mail: surj@sonilaw.com

Counsel for Co-Proponent, Legendary Investors Group No. 1, LLC

Curtis C. Jung, Esq. (CA Bar No. 101983)
Monica H. Lin, Esq. (CA Bar No. 237343)
JUNG & YUEN, LLP
888 South Figueroa Street, Suite 720
Los Angeles, California 90017
Telephone: 213/689-8880; Facsimile: 213/689-8887
E-mail: curtis@jyllp.com

Elmer Dean Martin III, Esq. (CA Bar No. 75517)
22632 Golden Springs Dr., Suite 190
Diamond Bar, California 91765
Telephone: 909/861-6700; Facsimile: 909/860-3801
E-mail: elmer@bankruptcytax.net

Counsel for Co-Proponent, East West Bank

FILED & ENTERED

SEP 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>　　　　　　　　　　Debtor<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtor(s): | Case No.: 1:09-bk-13356-KT<br><br>Chapter 11<br><br>**ORDER APPROVING DISCLOSURE STATEMENT OF LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 3, 2010**<br><br><u>Disclosure Statement Approval Hearing</u><br>Hearing Date:　　September 13, 2010<br>Time:　　　　　　9:30 a.m.<br>Place:　　　　　　21041 Burbank Blvd.<br>　　　　　　　　　Courtroom 301<br>　　　　　　　　　Woodland Hills, CA<br>Judge:　　　　　　Hon. Kathleen Thompson |

52010-001\DOCS_LA:225026.1

The *Disclosure Statement for Legendary Investors Group No. 1, LLC's and East West Bank's Modified Second Amended Chapter 11 Plan of Reorganization* dated as of September 3, 2010 (the "Disclosure Statement"), as modified on September 10, 2010 (Docket # 1807), referring to a plan of reorganization (the "Plan") filed on September 3, 2010 and modified on September 10, 2010 (Docket # 1809), came on for hearing before this Court on September 8, 2010, September 10, 2010 and September 13, 2010. Notice of this matter was proper and appropriate under the circumstances. The Court considered all papers filed in this matter and the arguments and representations of counsel presented at the hearings. The Court has determined after the hearings on appropriate and sufficient notice that the Disclosure Statement contains adequate information for purposes of 11 U.S.C. § 1125. Based on the foregoing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.  The Disclosure Statement, as modified on the record at the hearing held on September 13, 2010, a copy of which is filed and referenced as Docket No. 1819 is approved.

Dated:    September 14, 2010          PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Jeffrey W. Dulberg*
       Jeremy V. Richards (CA Bar No. 102300)
       Jeffrey W. Dulberg (CA Bar No. 181200)
       Counsel for Co-Proponent Legendary
       Investors Group No. 1, LLC

###

DATED: September 22, 2010

_Kathleen Thompson_
United States Bankruptcy Judge

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **ORDER APPROVING DISCLOSURE STATEMENT OF LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 3, 2010** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 14, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 14, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COURTESY COPY SERVED VIA FEDERAL EXPRESS**
The Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Boulevard – Courtroom 301
Woodland Hills, CA  91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2010 | Janice G. Washington | *Janice G. Washington* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                        **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

*Service List re Notice of Electronic Filing*

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- John J Bingham    jbingham@dgdk.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    jwb@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- George T Busu    george.busu@limruger.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher    dave.hercher@millernash.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson    natasha.johnson@dlapiper.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Lewis R Landau    lew@landaunet.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

- Richard Malatt   rmalatt@gmail.com
- Elmer D Martin   elmermartin@gmail.com
- Elissa Miller   emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir   inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri   jnassiri@venable.com
- Lawrence Peitzman   lpeitzman@pwkllp.com
- Eric S Pezold   epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince   cprince@lesnickprince.com
- Michael H Raichelson   mhr@cabkattorney.com
- Dean G Rallis Jr   drallis@sulmeyerlaw.com
- Kurt Ramlo   kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin   cmr@lnbrb.com
- Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
- Kirsten A Roe   kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero   Romero@mromerolawfirm.com
- Victor A Sahn   vsahn@sulmeyerlaw.com
- Zev Shechtman   zshechtman@dgdk.com
- Jeffrey S Shinbrot   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu   sshiu@swlaw.com
- Daniel H Slate   dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni   surjit@sonilaw.com, teresa@sonilaw.com
- Tracie L Spies   tracie@haganlaw.org
- James Stang   jstang@pszjlaw.com
- Catherine Steege   csteege@jenner.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford   jtedford@dgdk.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                  **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

- James A Timko    jtimko@allenmatkins.com

- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

- Rouben Varozian    rvarozian@bzlegal.com

- Jason L Weisberg    jason@gdclawyers.com

- William E Winfield    wwinfield@nchc.com

- Jasmin Yang    jyang@swlaw.com

**II. SERVED BY U.S. MAIL**
Securities Exchange Commission
Los Angeles Regional Office
Attn: Sandra W. Lavigna, Esq.
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

**REQUEST FOR SPECIAL NOTICE**
David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AMENDED AS OF JULY 7, 2010**
EDI Architecture, Inc.
2800 Post Oak Blvd., #3800
Houston, TX 77056
Attn: Darcy Garneau

GeoDesign, Inc.
2121 Town Center Place, Suite 130
Anaheim, CA 92806
Attn: Chris Zadoorian

Kirman Plumbing Company
794 Merchant Street
Los Angeles, CA 90021
Attn: Sam J. DeFelice

Complete Terminal Services, Inc.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

11105 Knott Ave., Suite E
Cypress, CA 90630
Attn: William L. Clements

Magnusson Klemencic Associates, Inc.
1301 Fifth Avenue, Suite 3200
Seattle, WA 98101
Attn: Bill Christopher

D.B. Electric Co.
20952 Hemmingway Street
Canoga Park, CA 91304
Attn: Dominic Borra

Fast Taco #3, Inc.
12800 Riverside Drive, Third Floor
Studio City, CA 91607
Attn: Larry E. Wasserman

**AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY HOLDERS AS OF AUGUST 2, 2010**

Taylor International Fund, Ltd.
714 South Dearborn Street, 2nd Floor
Chicago, IL 60605
Attn: Stephen S. Taylor

David A. Spinney
280 Sheridan Road
Winnetka, IL 60093

Douglas J. McCaslin
01600 S.W. Greenwood Road
Portland, OR 97219

Williams & Ribb LLP Profit Sharing Plan
4300 Long Beach Boulevard, Suite 350
Long Beach, CA 90807
Attn: John D. Williams

David Ofman
718 W. Melrose Street, 3W
Chicago, IL 60657

Kapil Tayal
10400 Swift Stream Place, #107
Columbia, MD 21044

David Pourbaba
8271 Melrose Avenue, Suite 200
Los Angeles, CA 90046

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  09-13356-KT |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING DISCLOSURE STATEMENT OF LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 3, 2010** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 14, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Janice G. Washington
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

Jennifer L Braun on behalf of U.S. Trustee United States Trustee (SV)
jennifer.l.braun@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael C Abel on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
mca@dgdk.com

John J Bingham on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jbingham@dgdk.com

Peter Bonfante on behalf of Interested Party Courtesy NEF
peterbonfante@bsalawfirm.com

Julia W Brand on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jwb@dgdk.com

Martin J Brill on behalf of Interested Party Courtesy NEF
mjb@lnbrb.com

Howard Camhi on behalf of Creditor Kennedy Funding, Inc.
hcamhi@ecjlaw.com

Ronald R Cohn on behalf of Creditor Pacific Commerce Bank
rcohn@horganrosen.com

Enid M Colson on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
ecolson@linerlaw.com

Michaeline H Correa on behalf of Interested Party Los Angeles County Metropolitan Transportation Authority
mcorrea@jonesday.com

Brian L Davidoff on behalf of Creditor Yoshiaki Murakami
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Aaron De Leest on behalf of Debtor Merco Group - 2040 Camfield Avenue, LLC, a DE LLC
aed@dgdk.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Barry V Freeman on behalf of Interested Party Courtesy NEF
bvf@jmbm.com, bvf@jmbm.com

Donald L Gaffney on behalf of Creditor BANK OF AMERICA
dgaffney@swlaw.com

Thomas M Geher on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9013-3.1**

| | |
|---|---|
| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 09-13356-KT |

tmg@jmbm.com

Bernard R Given on behalf of Creditor Cathay Bank
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swjlaw.com

Jacquelyn H. Choi on behalf of Interested Party Courtesy NEF
jchoi@swjlaw.com

Michael I. Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@lblawllp.com, aerskine@lblawllp.com

John A Graham on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Assocjiation as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc
jag@jmbm.com

Ofer M Grossman on behalf of Interested Party Courtesy NEF
omglaw@gmail.com

Peter J Gurfein on behalf of Interested Party Courtesy NEF
pgurfein@akingump.com

Cara J Hagan on behalf of Creditor PNL Pomona, L.P.
carahagan@haganlaw.org

Asa S Hami on behalf of Creditor Committee Creditors Committee
ahami@sulmeyerlaw.com

Brian T Harvey on behalf of Creditor California Bank & Trust
bharvey@buchalter.com, IFS_filing@buchalter.com

David W Hercher on behalf of Interested Party Courtesy NEF
dave.hercher@millernash.com

William W Huckins on behalf of Interested Party Courtesy NEF
whuckins@allenmatkins.com, clynch@allenmatkins.com

Lance N Jurich on behalf of Creditor CanPartners Realty Holding Company IV, LLC
ljurich@loeb.com, kpresson@loeb.com

Alexandra Kazhokin on behalf of Creditor California Bank & Trust
akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Andrew F Kim on behalf of Creditor Imperial Capital Bank
kim-a@blankrome.com

Michael S Kogan on behalf of Creditor Kennedy Funding, Inc.
mkogan@ecjlaw.com

Tamar Kouyoumjian on behalf of Creditor Committee Creditors Committee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

Case 1:09-bk-13356-KT    Doc 1848    Filed 09/22/10    Entered 09/22/10 08:42:28    Desc
Main Document    Page 12 of 15

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

tkouyoumjian@sulmeyerlaw.com

David E Leta on behalf of Creditor FNBN-CMLCON I LLC
dleta@swlaw.com, wsmart@swlaw.com

Katherine Lien on behalf of Interested Party Courtesy NEF
katie.lien@sbcglobal.net, katielien@gmail.com

Steven K Linkon on behalf of Creditor Chinatrust Bank (USA)
slinkon@rcolegal.com

Richard Malatt on behalf of Interested Party Courtesy NEF
rmalatt@gmail.com

Elmer D Martin on behalf of Creditor United Commercial Bank
elmermartin@msn.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com

Iain A W Nasatir on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Jennifer L Nassiri on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Eric S Pezold on behalf of Creditor BANK OF AMERICA
epezold@swlaw.com, dwlewis@swlaw.com

Michael H Raichelson on behalf of Creditor Stanford Group LP
mhr@cabkattorney.com

Dean G Rallis Jr on behalf of Creditor Committee Creditors Committee
drallis@sulmeyerlaw.com

Craig M Rankin on behalf of Interested Party Courtesy NEF
cmr@lnbrb.com

Michael B Reynolds on behalf of Creditor FNBN-CMLCON I LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Kirsten A Roe on behalf of Creditor Calex Engineering Company
kroe@wthf.com, dfunsch@wthf.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Victor A Sahn on behalf of Creditor Committee Creditors Committee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**

| | |
|---|---|
| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 09-13356-KT |

vsahn@sulmeyerlaw.com

Jeffrey S Shinbrot on behalf of Creditor Natividad Gonzales
shinbrot@earthlink.net

Stephen Shiu on behalf of Creditor FNBN-CMLCOM I LLC
sshiu@swlaw.com

Daniel H Slate on behalf of Creditor California Bank & Trust
dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com

Surjit P Soni on behalf of Creditor Legendary Investors Group No. 1, LLC
surjit@sonilaw.com, wendy@sonilaw.com

Tracie L Spies on behalf of Creditor PNL Pomona, L.P.
tracie@haganlaw.org

James Stang on behalf of Creditor East West Bank
jstang@pszjlaw.com

John N Tedford on behalf of Attorney Danning Gill Diamond & Kollitz LLP
jtedford@dgdk.com

James A Timko on behalf of Interested Party Courtesy NEF
jtimko@allenmatkins.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

Jason L Weisberg on behalf of Creditor Roofcorp of CA Inc
jason@gdclawyers.com

Jasmin Yang on behalf of Creditor BANK OF AMERICA
jyang@swlaw.com

Jodie M. Grotins on behalf of Esmark, Inc.
jgrotins@mcguirewoods.com

**III. SERVED BY U.S. MAIL**
Securities Exchange Commission
Los Angeles Regional Office
Attn: Sandra W. Lavigna, Esq.
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

**REQUEST FOR SPECIAL NOTICE**

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AMENDED AS OF JULY 7, 2010**

EDI Architecture, Inc.
2800 Post Oak Blvd., #3800
Houston, TX 77056
Attn: Darcy Garneau

GeoDesign, Inc.
2121 Town Center Place, Suite 130
Anaheim, CA 92806
Attn: Chris Zadoorian

Kirman Plumbing Company
794 Merchant Street
Los Angeles, CA 90021
Attn: Sam J. DeFelice

Complete Terminal Services, Inc.
11105 Knott Ave., Suite E
Cypress, CA 90630
Attn: William L. Clements

Magnusson Klemencic Associates, Inc.
1301 Fifth Avenue, Suite 3200
Seattle, WA 98101
Attn: Bill Christopher

D.B. Electric Co.
20952 Hemmingway Street
Canoga Park, CA 91304
Attn: Dominic Borra

Fast Taco #3, Inc.
12800 Riverside Drive, Third Floor
Studio City, CA 91607
Attn: Larry E. Wasserman

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

**AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY HOLDERS AS OF AUGUST 2, 2010**

Taylor International Fund, Ltd.
714 South Dearborn Street, 2nd Floor
Chicago, IL 60605
Attn: Stephen S. Taylor

David A. Spinney
280 Sheridan Road
Winnetka, IL 60093

Douglas J. McCaslin
01600 S.W. Greenwood Road
Portland, OR 97219

Williams & Ribb LLP Profit Sharing Plan
4300 Long Beach Boulevard, Suite 350
Long Beach, CA 90807
Attn: John D. Williams

David Ofman
718 W. Melrose Street, 3W
Chicago, IL 60657

Kapil Tayal
10400 Swift Stream Place, #107
Columbia, MD 21044

David Pourbaba
8271 Melrose Avenue, Suite 200
Los Angeles, CA 90046

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**