James I. Stang (CA Bar No. 94435)
Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910; Facsimile: 310/201-0760
E-mail: jstang@pszjlaw.com
       jrichards@pszjlaw.com
       jdulberg@pszjlaw.com

Counsel for Legendary Investors Group No. 1, LLC

Curtis C. Jung, Esq. (CA Bar No. 130657)
Monica H. Lin, Esq. (CA Bar No. 237343)
JUNG & YUEN, LLP
888 South Figueroa Street, Suite 720
Los Angeles, California 90017
Telephone: 213/689-8880; Facsimile: 213/689-8887
E-mail: curtis@jyllp.com

Counsel for Creditor East West Bank

Surjit P. Soni (CA Bar No. 127419)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, California 91101
Telephone: 626/683-7600; Facsimile: 626/683-1199
E-mail: surj@sonilaw.com

Counsel for Legendary Investors Group No. 1, LLC

Elmer Dean Martin III, Esq. (CA Bar No. 75517)
22632 Golden Springs Dr., Suite 190
Diamond Bar, California 91765
E-mail: elmer@bankruptcytax.net
Telephone: 909/861-6700; Facsimile: 909/860-3801

Counsel for Creditor East West Bank

**FILED & ENTERED**

**SEP 22 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>    Debtors. | Case No. 1:09-bk-13356-KT<br><br>Chapter 11 (Jointly Administered)<br><br>**ORDER ON:** |

☒ Affects all Debtors
☐ Affects the following Debtor(s):

**(A) EMERGENCY MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MERUELO MADDUX PROPERTIES, INC. FOR ORDER IN AID OF HEARING ON CONFIRMATION OF ALTERNATIVE PLANS OF REORGANIZATION AND IN RESPONSE TO DEBTORS SEPTEMBER 9, 2010 PRESS RELEASE; REQUEST FOR SANCTIONS AGAINST THE DEBTORS; AND JOINDER IN PLEADINGS FILED BY LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK IN RESPONSE TO SEPTEMBER 9, 2010 PRESS RELEASE; AND**

**(B) EX PARTE APPLICATION FOR SANCTIONS FOR DEBTORS' VIOLATIONS OF SECTION 1125 AND FOR REMEDIAL MEASURES TO DEBTORS SEPTEMBER 9, 2010 PRESS RELEASE IN PART; ORDERING RETRACTION OF DEBTORS' SEPTEMBER 9, 2010 PRESS RELEASE FILED BY LEGENDARY INVESTORS GROUP NO. I, LLC AND EAST WEST BANK**

Date:   September 15, 2010
Time:   1:30 p.m.
Place:  Courtroom 301
        21041 Burbank Blvd.
        Woodland Hills, California

In a pleading (the "Initial Pleading") filed on September 9, 2010, Legendary Investors Group I, LLC ("LIG") and East West Bank ("East West Bank", and together with LIG, the "Legendary Parties") first brought to the Court's attention the dissemination by Debtor Meruelo Maddux Properties, Inc. ("MMPI") through PR Newswire of a press release (the "Press Release") dated September 9, 2010 addressing the plan process herein. Thereafter, the Court heard argument regarding the Press Release at a hearing held on September 10, 2010 to consider, among other things, approval of a disclosure statement relating to a plan of reorganization proposed by MMPI and its debtor subsidiaries (the "Debtors"). The Court continued the matters raised in the Initial

52010-001\DOCS_LA:225138.9        2

Pleading and issues raised by other parties in interest on the record (including the Official Creditors Committee) for further consideration at a hearing held September 13, 2010. At the continued hearing, the Court ordered the Debtors to file a pleading to address the issues raised by the Legendary Parties, the Official Creditors Committee and other parties in interest, no later than September 14, 2010. The Court also indicated that parties in interest seeking relief should file with the Court additional pleadings addressing, in particular, whether the Press Release constituted a "solicitation" within the meaning of Bankruptcy Code § 1125(b) and appropriate sanctions pertaining to issuance of the Press Release if it did violate 11 U.S.C. § 1125(b) and/or contained false or misleading information.

On September 14, 2010, the Legendary Parties filed their *Ex Parte Application For Sanctions For Debtors' Violations Of Section 1125 And For Remedial Measures To Debtors September 9, 2010 Press Release* (the "Legendary Parties Ex Parte Motion"), and the Official Creditors Committee filed its *Emergency Motion By The Official Committee Of Unsecured Creditors Of Meruelo Maddux Properties, Inc. For Order In Aid Of Hearing On Confirmation Of Alternative Plans Of Reorganization And In Response To Debtors September 9, 2010 Press Release; Request For Sanctions Against The Debtors; And Joinder In Pleadings Filed By Legendary Investors Group No. 1, LLC, And East West Bank In Response To September 9, 2010 Press Release* (the "Creditors Committee Ex Parte Motion", and together with the Legendary Parties Ex Parte Motion, the "Ex Parte Motions.")

On September 14, 2010, the Debtors filed their response ("Debtors' Statement") with respect to issues raised pertaining to the Press Release. The Court conducted a hearing on the Ex Parte Motions and the Debtors' Statement on September 15, 2010. At that hearing, the Official Equity Committee advised the Court that it was joining in the Creditors Committee's Ex Parte Motion.

Upon considering the Ex Parte Motions, the Debtor's Statement and the Initial Pleading, and upon considering the arguments of counsel, and for all of the reasons more fully stated on the record of the proceeding, the Court finds and concludes, among other things, that:

A. The Press Release constitutes an improper plan solicitation in violation of Bankruptcy Code § 1125(b); and

B. The Press Release contains substantial inaccuracies.

For all of the reasons set forth on the record, and based upon, among other things, the foregoing express findings and conclusions,

IT IS HEREBY ORDERED:

1. The Ex Parte Motions are granted as set forth herein.

2. The Debtors and Richard Meruelo, Chairman and Chief Executive Officer of MMPI, are ordered to issue a written retraction (the "Retraction") of the September 9, 2010 press release "in its entirety" in the manner specified in paragraph 4, below, within one (1) business day of entry of this Order, which Retraction shall be exactly and precisely in the following form:

> FEDERAL BANKRUPTCY COURT ORDERS MERUELO MADDUX PROPERTIES, INC. AND ITS CEO RICHARD MERUELO TO RETRACT THE "SUBSTANTIALLY INACCURATE" SEPTEMBER 9, 2010 PRESS RELEASE
>
> On September 15, 2010, Judge Kathleen Thompson of the United States Bankruptcy Court (Central District of California) ordered Meruelo Maddux Properties, Inc. ("MMPI") and Richard Meruelo, its Chairman and Chief Executive Officer who is quoted in the release, to retract the September 9, 2010 press release entitled "East West Bank Hostile Takeover Plan of Meruelo Maddux Properties Rebuffed by Bankruptcy Court" in its entirety.
>
> The Bankruptcy Court found that the press release violated Section 1125 of the United States Bankruptcy Code as an improper plan solicitation and contained substantial inaccuracies. MMPI and Richard Meruelo, MMPI's Chairman and Chief Executive Officer who was quoted in the press release, hereby retract the press release in its entirety in compliance with the Bankruptcy Court's decision.

>The Bankruptcy Court is presently considering three proposed plans of reorganization for MMPI. Upon approval by the Court, disclosure statements containing complete details of the plans will be distributed to parties in interest. Parties should carefully read the disclosure statements and the plans in their entirety prior to voting on the plans. The deadline for parties to submit their votes has not yet been set by the Bankruptcy Court, but will be identified in the disclosure statements and papers distributed with the disclosure statements. Parties should rely upon the approved disclosure statements when considering the plans.
>
>Meruelo Maddux Properties, Inc. is a Los Angeles based real estate investment and development company which filed bankruptcy in March 2009.

3. The Debtors are ordered to immediately take all necessary steps to determine from PR Newswire the list of newsrooms and other entities to whom the press release was disseminated (the "Identified Parties") and to share such information with the Legendary Parties, the Creditors Committee and the Equity Committee no later than 5 o'clock PM on September 21, 2010.

4. The Retraction shall be placed on PR Newswire and sent electronically directly to all parties to whom PR Newswire transmitted the original press release by no later than one (1) business day after entry of this Order. Further, a copy of this Order shall be included in the solicitation package(s) to be disseminated to creditors, interest holders and other parties in interest with respect to solicitation on, and confirmation of the three pending plans of reorganization herein.

5. Debtors shall, by no later than one (1) business day after entry of this Order, request PR Newswire to withdraw the September 9, 2010 Press Release from its database and archives and hereafter make it unavailable through its service.

DATED: September 22, 2010

_Kathleen Thompson_
United States Bankruptcy Judge

| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | Case No. 09-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as **ORDER ON (A)  EMERGENCY MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MERUELO MADDUX PROPERTIES, INC. FOR ORDER IN AID OF HEARING ON CONFIRMATION OF ALTERNATIVE PLANS OF REORGANIZATION AND IN RESPONSE TO DEBTORS SEPTEMBER 9, 2010 PRESS RELEASE; REQUEST FOR SANCTIONS AGAINST THE DEBTORS; AND JOINDER IN PLEADINGS FILED BY LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK IN RESPONSE TO SEPTEMBER 9, 2010 PRESS RELEASE; AND (B)      EX PARTE APPLICATION FOR SANCTIONS FOR DEBTORS' VIOLATIONS OF SECTION 1125 AND FOR REMEDIAL MEASURES TO DEBTORS SEPTEMBER 9, 2010 PRESS RELEASE IN PART; ORDERING RETRACTION OF DEBTORS' SEPTEMBER 9, 2010 PRESS RELEASE FILED BY LEGENDARY INVESTORS GROUP NO. I, LLC AND EAST WEST BANK** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 21, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 21, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COURTESY COPY SERVED VIA FEDERAL EXPRESS**
The Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Boulevard – Courtroom 301
Woodland Hills, CA  91367

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2010 | Gini L. Downing | */s/ Gini L. Downing* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                            **F 9013-3.1**

| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al.<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>Case No. 09-13356-KT |
|---|---|

*Service List re Notice of Electronic Filing*

Jennifer L Braun on behalf of U.S. Trustee United States Trustee (SV)
jennifer.l.braun@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael C Abel on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
mca@dgdk.com

John J Bingham on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jbingham@dgdk.com

Peter Bonfante on behalf of Interested Party Courtesy NEF
peterbonfante@bsalawfirm.com

Julia W Brand on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jwb@dgdk.com

Martin J Brill on behalf of Interested Party Courtesy NEF
mjb@lnbrb.com

Howard Camhi on behalf of Creditor Kennedy Funding, Inc.
hcamhi@ecjlaw.com

Ronald R Cohn on behalf of Creditor Pacific Commerce Bank
rcohn@horganrosen.com

Enid M Colson on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
ecolson@linerlaw.com

Michaeline H Correa on behalf of Interested Party Los Angeles County Metropolitan Transportation Authority
mcorrea@jonesday.com

Brian L Davidoff on behalf of Creditor Yoshiaki Murakami
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Aaron De Leest on behalf of Debtor Merco Group - 2040 Camfield Avenue, LLC, a DE LLC
aed@dgdk.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Barry V Freeman on behalf of Interested Party Courtesy NEF
bvf@jmbm.com, bvf@jmbm.com

Donald L Gaffney on behalf of Creditor BANK OF AMERICA
dgaffney@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re:<br>  MERUELO MADDUX PROPERTIES, INC., et al. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | Case No. 09-13356-KT |

Thomas M Geher on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc
tmg@jmbm.com

Bernard R Given on behalf of Creditor Cathay Bank
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swjlaw.com

Jacquelyn H. Choi on behalf of Interested Party Courtesy NEF
jchoi@swjlaw.com

Michael I. Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@lblawllp.com, aerskine@lblawllp.com

John A Graham on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc
jag@jmbm.com

Ofer M Grossman on behalf of Interested Party Courtesy NEF
omglaw@gmail.com

Peter J Gurfein on behalf of Interested Party Courtesy NEF
pgurfein@akingump.com

Cara J Hagan on behalf of Creditor PNL Pomona, L.P.
carahagan@haganlaw.org

Asa S Hami on behalf of Creditor Committee Creditors Committee
ahami@sulmeyerlaw.com

Brian T Harvey on behalf of Creditor California Bank & Trust
bharvey@buchalter.com, IFS_filing@buchalter.com

David W Hercher on behalf of Interested Party Courtesy NEF
dave.hercher@millernash.com

Lance N Jurich on behalf of Creditor CanPartners Realty Holding Company IV, LLC
ljurich@loeb.com, kpresson@loeb.com

Alexandra Kazhokin on behalf of Creditor California Bank & Trust
akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Andrew F Kim on behalf of Creditor Imperial Capital Bank
kim-a@blankrome.com

Michael S Kogan on behalf of Creditor Kennedy Funding, Inc.
mkogan@ecjlaw.com

Tamar Kouyoumjian on behalf of Creditor Committee Creditors Committee
tkouyoumjian@sulmeyerlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| In re:                                      | CHAPTER 11              |
|---------------------------------------------|-------------------------|
| MERUELO MADDUX PROPERTIES, INC., et al.     |                         |
|                                Debtor(s).   | Case No. 09-13356-KT    |

David E Leta on behalf of Creditor FNBN-CMLCON I LLC
dleta@swlaw.com, wsmart@swlaw.com

Katherine Lien on behalf of Interested Party Courtesy NEF
katie.lien@sbcglobal.net, katielien@gmail.com

Steven K Linkon on behalf of Creditor Chinatrust Bank (USA)
slinkon@rcolegal.com

Richard Malatt on behalf of Interested Party Courtesy NEF
rmalatt@gmail.com

Elmer D Martin on behalf of Creditor United Commercial Bank
elmermartin@msn.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com

Iain A W Nasatir on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Jennifer L Nassiri on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Eric S Pezold on behalf of Creditor BANK OF AMERICA
epezold@swlaw.com, dwlewis@swlaw.com

Michael H Raichelson on behalf of Creditor Stanford Group LP
mhr@cabkattorney.com

Dean G Rallis Jr on behalf of Creditor Committee Creditors Committee
drallis@sulmeyerlaw.com

Craig M Rankin on behalf of Interested Party Courtesy NEF
cmr@lnbrb.com

Michael B Reynolds on behalf of Creditor FNBN-CMLCON I LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Kirsten A Roe on behalf of Creditor Calex Engineering Company
kroe@wthf.com, dfunsch@wthf.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Victor A Sahn on behalf of Creditor Committee Creditors Committee
vsahn@sulmeyerlaw.com

Jeffrey S Shinbrot on behalf of Creditor Natividad Gonzales
shinbrot@earthlink.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re:<br>  MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtor(s). | CHAPTER 11<br><br>Case No. 09-13356-KT |

Stephen Shiu on behalf of Creditor FNBN-CMLCOM I LLC
sshiu@swlaw.com

Daniel H Slate on behalf of Creditor California Bank & Trust
dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com

Surjit P Soni on behalf of Creditor Legendary Investors Group No. 1, LLC
surjit@sonilaw.com, wendy@sonilaw.com

Tracie L Spies on behalf of Creditor PNL Pomona, L.P.
tracie@haganlaw.org

James Stang on behalf of Creditor East West Bank
jstang@pszjlaw.com

John N Tedford on behalf of Attorney Danning Gill Diamond & Kollitz LLP
jtedford@dgdk.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

Jason L Weisberg on behalf of Creditor Roofcorp of CA Inc
jason@gdclawyers.com

Jasmin Yang on behalf of Creditor BANK OF AMERICA
jyang@swlaw.com

Jodie M. Grotins on behalf of Esmark, Inc.
jgrotins@mcguirewoods.com

R. Michael Llewellyn
Michael.llewellyn@boe.ca.gov

**II. SERVED BY U.S. MAIL**

**REQUEST FOR SPECIAL NOTICE**

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re:                                      | CHAPTER 11              |
|---------------------------------------------|-------------------------|
| MERUELO MADDUX PROPERTIES, INC., et al.     |                         |
|                                  Debtor(s). | Case No. 09-13356-KT    |

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AMENDED AS OF JULY 7, 2010**

EDI Architecture, Inc.
2800 Post Oak Blvd., #3800
Houston, TX 77056
Attn: Darcy Garneau

GeoDesign, Inc.
2121 Town Center Place, Suite 130
Anaheim, CA 92806
Attn: Chris Zadoorian

Kirman Plumbing Company
794 Merchant Street
Los Angeles, CA 90021
Attn: Sam J. DeFelice

Complete Terminal Services, Inc.
11105 Knott Ave., Suite E
Cypress, CA 90630
Attn: William L. Clements

Magnusson Klemencic Associates, Inc.
1301 Fifth Avenue, Suite 3200
Seattle, WA 98101
Attn: Bill Christopher

D.B. Electric Co.
20952 Hemmingway Street
Canoga Park, CA 91304
Attn: Dominic Borra

Fast Taco #3, Inc.
12800 Riverside Drive, Third Floor
Studio City, CA 91607
Attn: Larry E. Wasserman

**AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY HOLDERS AS OF AUGUST 2, 2010**

Taylor International Fund, Ltd.
714 South Dearborn Street, 2nd Floor
Chicago, IL 60605
Attn: Stephen S. Taylor

David A. Spinney
280 Sheridan Road
Winnetka, IL 60093

Douglas J. McCaslin
01600 S.W. Greenwood Road
Portland, OR 97219

Williams & Ribb LLP Profit Sharing Plan
4300 Long Beach Boulevard, Suite 350

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

Long Beach, CA 90807
Attn: John D. Williams

David Ofman
718 W. Melrose Street, 3W
Chicago, IL 60657

Kapil Tayal
10400 Swift Stream Place, #107
Columbia, MD 21044

David Pourbaba
8271 Melrose Avenue, Suite 200
Los Angeles, CA 90046

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:                                         |              | CHAPTER 11           |
|------------------------------------------------|--------------|----------------------|
| MERUELO MADDUX PROPERTIES, INC., et al.        | Debtor(s).   | Case No. 09-13356-KT |

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON (A)     EMERGENCY MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MERUELO MADDUX PROPERTIES, INC. FOR ORDER IN AID OF HEARING ON CONFIRMATION OF ALTERNATIVE PLANS OF REORGANIZATION AND IN RESPONSE TO DEBTORS SEPTEMBER 9, 2010 PRESS RELEASE; REQUEST FOR SANCTIONS AGAINST THE DEBTORS; AND JOINDER IN PLEADINGS FILED BY LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK IN RESPONSE TO SEPTEMBER 9, 2010 PRESS RELEASE; AND (B)     EX PARTE APPLICATION FOR SANCTIONS FOR DEBTORS' VIOLATIONS OF SECTION 1125 AND FOR REMEDIAL MEASURES TO DEBTORS SEPTEMBER 9, 2010 PRESS RELEASE IN PART; ORDERING RETRACTION OF DEBTORS' SEPTEMBER 9, 2010 PRESS RELEASE FILED BY LEGENDARY INVESTORS GROUP NO. I, LLC AND EAST WEST BANK** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 21, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Gini L. Downing
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtor(s). | CHAPTER 11<br><br>Case No. 09-13356-KT |
|---|---|

Jennifer L Braun on behalf of U.S. Trustee United States Trustee (SV)
jennifer.l.braun@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael C Abel on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
mca@dgdk.com

John J Bingham on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jbingham@dgdk.com

Peter Bonfante on behalf of Interested Party Courtesy NEF
peterbonfante@bsalawfirm.com

Julia W Brand on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jwb@dgdk.com

Martin J Brill on behalf of Interested Party Courtesy NEF
mjb@lnbrb.com

Howard Camhi on behalf of Creditor Kennedy Funding, Inc.
hcamhi@ecjlaw.com

Ronald R Cohn on behalf of Creditor Pacific Commerce Bank
rcohn@horganrosen.com

Enid M Colson on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
ecolson@linerlaw.com

Michaeline H Correa on behalf of Interested Party Los Angeles County Metropolitan Transportation Authority
mcorrea@jonesday.com

Brian L Davidoff on behalf of Creditor Yoshiaki Murakami
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Aaron De Leest on behalf of Debtor Merco Group - 2040 Camfield Avenue, LLC, a DE LLC
aed@dgdk.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Barry V Freeman on behalf of Interested Party Courtesy NEF
bvf@jmbm.com, bvf@jmbm.com

Donald L Gaffney on behalf of Creditor BANK OF AMERICA
dgaffney@swlaw.com

Thomas M Geher on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc
tmg@jmbm.com

| In re:<br> MERUELO MADDUX PROPERTIES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | Case No. 09-13356-KT |

Bernard R Given on behalf of Creditor Cathay Bank
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swjlaw.com

Jacquelyn H. Choi on behalf of Interested Party Courtesy NEF
jchoi@swjlaw.com

Michael I. Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@lblawllp.com, aerskine@lblawllp.com

John A Graham on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc
jag@jmbm.com

Ofer M Grossman on behalf of Interested Party Courtesy NEF
omglaw@gmail.com

Peter J Gurfein on behalf of Interested Party Courtesy NEF
pgurfein@akingump.com

Cara J Hagan on behalf of Creditor PNL Pomona, L.P.
carahagan@haganlaw.org

Asa S Hami on behalf of Creditor Committee Creditors Committee
ahami@sulmeyerlaw.com

Brian T Harvey on behalf of Creditor California Bank & Trust
bharvey@buchalter.com, IFS_filing@buchalter.com

David W Hercher on behalf of Interested Party Courtesy NEF
dave.hercher@millernash.com

William W Huckins on behalf of Interested Party Courtesy NEF
whuckins@allenmatkins.com, clynch@allenmatkins.com

Lance N Jurich on behalf of Creditor CanPartners Realty Holding Company IV, LLC
ljurich@loeb.com, kpresson@loeb.com

Alexandra Kazhokin on behalf of Creditor California Bank & Trust
akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Andrew F Kim on behalf of Creditor Imperial Capital Bank
kim-a@blankrome.com

Michael S Kogan on behalf of Creditor Kennedy Funding, Inc.
mkogan@ecjlaw.com

Tamar Kouyoumjian on behalf of Creditor Committee Creditors Committee
tkouyoumjian@sulmeyerlaw.com

David E Leta on behalf of Creditor FNBN-CMLCON I LLC
dleta@swlaw.com, wsmart@swlaw.com

| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | Case No. 09-13356-KT |

Katherine Lien on behalf of Interested Party Courtesy NEF
katie.lien@sbcglobal.net, katielien@gmail.com

Steven K Linkon on behalf of Creditor Chinatrust Bank (USA)
slinkon@rcolegal.com

Richard Malatt on behalf of Interested Party Courtesy NEF
rmalatt@gmail.com

Elmer D Martin on behalf of Creditor United Commercial Bank
elmermartin@msn.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com

Iain A W Nasatir on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Jennifer L Nassiri on behalf of Debtor Meruelo Maddux Properties, Inc., a DE Corp
jennifer.nassiri@dlapiper.com, bambi.clark@dlapiper.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Eric S Pezold on behalf of Creditor BANK OF AMERICA
epezold@swlaw.com, dwlewis@swlaw.com

Michael H Raichelson on behalf of Creditor Stanford Group LP
mhr@cabkattorney.com

Dean G Rallis Jr on behalf of Creditor Committee Creditors Committee
drallis@sulmeyerlaw.com

Craig M Rankin on behalf of Interested Party Courtesy NEF
cmr@lnbrb.com

Michael B Reynolds on behalf of Creditor FNBN-CMLCON I LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Kirsten A Roe on behalf of Creditor Calex Engineering Company
kroe@wthf.com, dfunsch@wthf.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Victor A Sahn on behalf of Creditor Committee Creditors Committee
vsahn@sulmeyerlaw.com

Jeffrey S Shinbrot on behalf of Creditor Natividad Gonzales
shinbrot@earthlink.net

Stephen Shiu on behalf of Creditor FNBN-CMLCOM I LLC
sshiu@swlaw.com

Daniel H Slate on behalf of Creditor California Bank & Trust
dslate@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com

| In re:                                  |            | CHAPTER 11             |
| MERUELO MADDUX PROPERTIES, INC., et al. |            |                        |
|                                         | Debtor(s). | Case No. 09-13356-KT   |

Surjit P Soni on behalf of Creditor Legendary Investors Group No. 1, LLC
surjit@sonilaw.com, wendy@sonilaw.com

Tracie L Spies on behalf of Creditor PNL Pomona, L.P.
tracie@haganlaw.org

James Stang on behalf of Creditor East West Bank
jstang@pszjlaw.com

John N Tedford on behalf of Attorney Danning Gill Diamond & Kollitz LLP
jtedford@dgdk.com

James A Timko on behalf of Interested Party Courtesy NEF
jtimko@allenmatkins.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

Jason L Weisberg on behalf of Creditor Roofcorp of CA Inc
jason@gdclawyers.com

Jasmin Yang on behalf of Creditor BANK OF AMERICA
jyang@swlaw.com

Jodie M. Grotins on behalf of Esmark, Inc.
jgrotins@mcguirewoods.com

### III. SERVED BY U.S. MAIL

### REQUEST FOR SPECIAL NOTICE

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

| In re:<br>  MERUELO MADDUX PROPERTIES, INC., et al. | Debtor(s). | CHAPTER 11<br><br>Case No. 09-13356-KT |
|---|---|---|

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AMENDED AS OF JULY 7, 2010**

EDI Architecture, Inc.
2800 Post Oak Blvd., #3800
Houston, TX 77056
Attn: Darcy Garneau

GeoDesign, Inc.
2121 Town Center Place, Suite 130
Anaheim, CA 92806
Attn: Chris Zadoorian

Kirman Plumbing Company
794 Merchant Street
Los Angeles, CA 90021
Attn: Sam J. DeFelice

Complete Terminal Services, Inc.
11105 Knott Ave., Suite E
Cypress, CA 90630
Attn: William L. Clements

Magnusson Klemencic Associates, Inc.
1301 Fifth Avenue, Suite 3200
Seattle, WA 98101
Attn: Bill Christopher

D.B. Electric Co.
20952 Hemmingway Street
Canoga Park, CA 91304
Attn: Dominic Borra

Fast Taco #3, Inc.
12800 Riverside Drive, Third Floor
Studio City, CA 91607
Attn: Larry E. Wasserman

**AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY HOLDERS AS OF AUGUST 2, 2010**

Taylor International Fund, Ltd.
714 South Dearborn Street, 2nd Floor
Chicago, IL 60605
Attn: Stephen S. Taylor

David A. Spinney
280 Sheridan Road
Winnetka, IL 60093

Douglas J. McCaslin
01600 S.W. Greenwood Road
Portland, OR 97219

Williams & Ribb LLP Profit Sharing Plan
4300 Long Beach Boulevard, Suite 350
Long Beach, CA 90807
Attn: John D. Williams

| In re:<br>  MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtor(s). | CHAPTER 11<br><br>Case No. 09-13356-KT |
|---|---|

David Ofman
718 W. Melrose Street, 3W
Chicago, IL 60657

Kapil Tayal
10400 Swift Stream Place, #107
Columbia, MD 21044

David Pourbaba
8271 Melrose Avenue, Suite 200
Los Angeles, CA 90046