Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

JOHN N. TEDFORD, IV (SBN 205537)
JULIA W. BRAND (SBN 121760)
ENID M. COLSON (SBN 189912)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
E-mail: JTedford@DGDK.com; JBrand@DGDK.com; and ECo1son@DGDK.com

*Attorney for* Meruelo Maddux Properties, Inc. and affiliated Debtors and Debtors-in-Possession

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re MERUELO MADDUX PROPERTIES, INC., et al.[1]

☐ Affects all Debtors

☑ Affects the following Debtor(s):

*Meruelo Maddux Properties, Inc.,* Case No.: 1:09-bk-13356-KT

Debtors and Debtors-in Possession.

CHAPTER 11

CASE NUMBER 1:09-bk-13356-KT (Jointly Administered)

HEARING DATE/TIME: November 3, 2010 9:30 a.m.

COURTROOM: "301" 21041 Burbank Blvd. Woodland Hills, CA 91367

## NOTICE OF OBJECTION TO CLAIM

1. TO (*specify claimant and claimant's counsel, if any*): Dino Leventis, Trustee of the Dino Leventis Trust

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # 2) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. Deadline for Opposition Papers: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

///

///

///

///

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

**IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 28, 2010

DANNING, GILL, DIAMOND & KOLLITZ, LLP
*Law Firm Name*

By: ______________________

Date Notice Mailed: September 28, 2010

Name: ENID M. COLSON
*Attorney for Objector*
*EColson@DGDK.COM*



358551.01 [XP] 25195

| In re MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 28, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri rabiri@abiriszeto.com
Allison R Axenrod allison@claimsrecoveryllc.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
Peter Bonfante, peterbonfante@bsalawfirm.com
Julia W Brand, jwb@dgdk.com (counsel for Debtors)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
George T Busu george.busu@limruger.com
Andrew W Caine acaine@pszyjw.com
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg jcarlberg@boselaw.com
Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz chenetz@blankrome.com
Jacquelyn H Choi jchoi@swjlaw.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Brian L Davidoff, bdavidoff@rutterhobbs.com (counsel for Murakami)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny ddenny@gibsondunn.com
Jeffrey W Dulberg jdulberg@pszjlaw.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold courts@argopartners.net
Michael I Gottfried mgottfried@lgbfirm.com, msaldana@lgbfirm.com
John A Graham jag@jmbm.com
Ofer M Grossman omglaw@gmail.com
Jodie M Grotins jgrotins@mcguirewoods.com
Peter J Gurfein pgurfein@lgbfirm.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
David W Hercher dave.hercher@millernash.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Natasha L Johnson natasha.johnson@dlapiper.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
Alexandra Kazhokin akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
William H. Kiekhofer wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Duane Kumagai, dkumagai@rutterhobbs.com (counsel for Murakami)
Lewis R Landau lew@landaunet.com
Matthew A Lesnick matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Robert M Llewellyn michael.llewellyn@boe.ca.gov
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince cprince@lesnickprince.com
Michael H Raichelson mhr@cabkattorney.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Kurt Ramlo kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Daniel H Reiss dhr@lnbrb.com
Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com
James S Riley tgarza@sierrafunds.com
Kirsten A Roe kroe@wthf.com, dfunsch@wthf.com
Martha E Romero Romero@mromerolawfirm.com
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege csteege@jenner.com
Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer dthayer@jenner.com
James A Timko jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian rvarozian@bzlegal.com
Jason L Weisberg jason@gdclawyers.com
William E Winfield wwinfield@nchc.com
Jasmin Yang jyang@swlaw.com

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On September 28, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Trustee, Attn: Jennifer Braun, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367
JERALD GREENSTEIN, TRUSTEE OF THE JERALD GREENSTEIN FAMILY TRUST U/A 11/22/89; 5743 Corsa Avenue, Suite 200, Westlake Village, CA 91362
DINO LEVENTIS, TRUSTEE OF THE DINO LEVENTIS TRUST, 2070 Palmer Lane, Green Oaks, IL 60048
ROBERT F. FINLEY. 1289 Willow Springs Road, Oshkosh WI 54904
MARK EDWARD BUCHMAN, TRUSTEE OF THE MARK E. BUCHMAN LIVING TRUST, U/A DTD 1/27/2000, 225 Delfern Drive, Los Angeles, CA 90077
DAVID POURBABA, 8271 Melrose Avenue, Suite 200, Los Angeles, CA 90046
SCOTTRADE INC., CUST. FBO-PEYTON, LARRY L. PEYTON ROTH IRA, 918 Robbins Street, Sac City IA 50583
ROBERT A. HENSON, 2437 Beverly C, Santa Monica, CA 90405
SCOTTRADE INC., CUST. FBO-WASSNER, KENNETH B. WASSNER ROLLOVER IRA, 27835 Perales, Misson Viejo, CA 92692
HAROLD JEANPOIS, PO Box 20889, Philadelphia, PA 19141
CORA A. HEFLEY TR FBO, CORA A. HEFLEY TRUST UA 06/12/1992, 12082 Marlow Drive, Garden Grove, CA 92841
ELIZABETH B. TAYLOR TRUST, UAD 04/29/86, 866 Pembridge Drive, Lake Forest, IL 60045

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 28, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

Via Personal Delivery
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 28, 2010 | Cindy M. Cripe | /s/ Cindy M Cripe |
|---|---|---|
| Date | Type Name | Signature |