| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br><br><br>Debtor. | CHAPTER _____<br>CASE NUMBER<br><br>(No Hearing Required) |

# NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)

TO THE ORIGINAL CREDITOR WITH FILED PROOF OF CLAIM AND ITS ATTORNEY, IF ANY:

PLEASE TAKE NOTICE that all right, title and interest in and to the claim described below has been transferred:

1. Person or entity to whom the claim has been transferred ("Substitute Creditor"):

   Name: _____    Telephone Number: (_____) _____

   Address: _____
   _____

2. Date of Transfer of Claim: _____

3. Type of Claim:    ❑ Secured            ❑ Priority Unsecured            ❑ General Unsecured

4. Amount of Claim:  $_____    5. Date of Filing of Proof of Claim: _____

6. Claims Docket Number: _____    7. Date of Transfer of Claim: _____

8. Person or entity who filed the claim ("Original Creditor"):

   Name: _____    Telephone Number: (_____) _____

   Address: _____
   _____

*(Continued on next page)*

---

*Rev. 2/2010*    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3001.2**

Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e) - *Page 2*     **F 3001.2**

| In re | | CHAPTER _____ |
|---|---|---|
| | Debtor. | CASE NUMBER |

9. Attorney (if any) for Original Creditor, as set forth on Proof of Claim:

   Name: _____    Telephone Number: (_____) _____

   Address: _____

   _____

10. A true and correct copy of the Proof of Claim originally filed is attached hereto as "Exhibit A." True and correct copies of the documents evidencing the transfer of the claim are attached as "Exhibit B."

11. Any objection to the transfer of the claim must be filed and served on or before the following date: _____.
    If no objection is timely filed, the Substitute Creditor will be substituted for the Original Creditor in the amount set forth above. Any objection must be filed with the Clerk of the Bankruptcy Court. Any objection must also be served by mail on the Substitute Creditor and its attorney, if any, at their addresses set forth above.

Dated:                                                                 **KATHLEEN J. CAMPBELL**
                                                                       **Clerk of Court**


                                                                       By: _____
                                                                                               *Deputy Clerk*

---

## CLERK'S PROOF OF MAILING

I hereby certify that I mailed a copy of the foregoing Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e) to the persons and entities on the attached service list on the following date *(specify date)*:

Dated:                                                                 **KATHLEEN J. CAMPBELL**
                                                                       **Clerk of Court**


                                                                       By: _____
                                                                                               *Deputy Clerk*

---

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Meruelo Maddux Properties, Inc., a DE Corp | Case Number: 1:09-bk-13366-KT |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

The Surveillance, Protection & Investigations Group Inc., dba The SP&I Group Inc.
8440 Maple Place, Suite 108, Rancho Cucamonga, CA 91730

Telephone number:
(909) 510-4351

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(if known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 7,618.08

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Services Performed
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 9/23/09   Signature: [signature] The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit A Page 000003

**The Surveillance, Protection & Investigations Group, Inc**

8440 Maple PL STE 108
Rancho Cucamonga, Ca 91730

Phone #   310-601-7266    Fax #   310-691-8419

**Bill To:**

Meruelo Maddux
761 Terminal Street Bldg 1, 2nd Floor
Los Angels, CA 90021

**Invoice Date**   2/2/2009

**Invoice #**   09--2810

**INVOICE**

**Job At:**

M &M Properties
857 South Wall Street
Los Angeles, CA

**PLEASE PAY THIS AMOUNT**   $7,618.08

Make checks payable to:   The Surveillance, Protection & Investigations Group, Inc

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

Have E-Mail? Please write it here: _____

---

The Surveillance, Protection & Investigations Group, Inc

| P.O. No. | Terms  | Due Date | Rep | Project |
|----------|--------|----------|-----|---------|
|          | Net 30 | 3/4/2009 |     |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Unarmed Uniformed Guard Week of 01/01/09-01/04/09 | 48  | 14.65 | 703.20 |
| Overtime Holiday 01/01/09 New Years Day           | 16  | 21.98 | 351.68 |
| Unarmed Uniformed Guard 01/05/09-01/11/09         | 112 | 14.65 | 1,640.80 |
| Unarmed Uniformed Guard 01/12/09-01/18/09         | 112 | 14.65 | 1,640.80 |
| Unarmed Uniformed Guard 01/19/09-01/25/09         | 112 | 14.65 | 1,640.80 |
| Unarmed Uniformed Guard 01/26/09-02/02/09         | 112 | 14.65 | 1,640.80 |

Thank you for your business.

THERE WILL BE A $25.00 CHARGE FOR ALL RETURNED CHECKS
1.5% Service Charge will be levied on all accounts overdue more then 30 days.

Billing Inquiries? Call   310-601-7266
E-mail   emilio@thespigroupinc.net

| | |
|---|---|
| Subtotal | $7,618.08 |
| Sales Tax (7.75%) | $0.00 |
| Total | $7,618.08 |
| Payments/Credits | $0.00 |
| Balance Due | $7,618.08 |

Exhibit A Page 000004



PPO 15464    PI 24894

# Proposal

September 7, 2007

Meruelo Maddux Properties
761 Terminal Street
Building 1, 2nd Floor
Los Angeles, CA 90021
Mr. Luis Lopez
Director of Security

Re: **Uniformed Security Service**

Dear Mr. Lopez,

Thank you for your time and the opportunity in allowing The Surveillance, Protection & Investigations Group, Inc the opportunity to provide you with a proposal for uniformed security service for Meruelo Maddux Properties.

The Surveillance, Protection & Investigations Group, Inc has been in the security business for the past three years and is licensed to conduct business in the State of California. We are also licensed with the Bureau of Security and Investigations Services as a Private Patrol Operator (License # 15464) and Private Investigators (License #24894). We also comply with all State of California requirements as we carry two million in general liability coverage, one million in workers compensation insurance along with one million commercial auto coverage. We are a local Women minority owned corporation.

The SP&I Group, Inc takes a very proactive approach on all the projects that we provide service, as we realize that we are a reflection of those customers that we service. Our core team consists of retired law enforcement officers who have over 30 years of experience from both the law enforcement community and that of corporate America. We are a very professional security firm and only provide the best in personnel. We are very concerned with those that we serve and always want a very positive working relationship, which facilitates a very quality service and product. Each of The SP&I Group, Inc employee's must complete a background which includes a criminal history check, Department of Motor Vehicles, Financial history check, Employment verifications, Drug Screening, Physical examination and Reference checks. All The SP&I Group, Inc Security Agents are licensed and trained to meet all the State of California's requirements per Business and Professions Code Sections 7583.45. This training also includes First Aid and CPR. The SP&I Group, Inc also conducts quarterly training to keep our Security Agents up to date with current laws and new procedures.   We look forward to working with Meruelo Maddux Properties to implement a quality security program.

---

Executive Protection — Uniformed Security — Estate Security — Private Investigations

8440 Maple Place Suite #108   ~   Rancho Cucamonga, CA 91730
(866) 276-2743   ~   (310) 601-7266   ~   Fax (310) 691-8419   ~   www.thespigroupinc.net

Exhibit A Page 000005



Please find our hourly rates for uniformed security personnel:

1. Unarmed Uniformed Security Agent is $14.65 per man hour for the first 8 hours of service.

2. Overtime rate for Unarmed Uniformed Security Agent is $21.98 per hour for all hours after 8 hours of service. ( this complies with State and Federal labor laws) This would include legal court holidays and any court time should the Agent receive a subpoena for any on-duty action taken: i.e. Witness to a crime, ect.

3. The SP&I Group, Inc requires a four (4) man hour minimum per Security Agent should there be a change in man power staffing.

4. The SP&I Group, Inc would submit an invoice for Uniformed Security Services provided to Murerulo Maddux Properties on the first business day of each month with payment due Thirty (30) days of billing.

5. The SP&I Group, Inc provides Uniformed Security Service on a month to month basis, but should client desire to terminate agreement with The SP&I Group, Inc we would require a 30 advance notice.

6. The SP&I Group, Inc is a licensed and insured company which does not use independent contractors. All of our Security Agents are Company employee's covered by our company umbrella of insurance.

Mr. Lopez thank you for your time and I hope that we have the opportunity to demonstrate to the Murerulo Maddux Properties, " The SP&I Group way of providing professional and quality security service which Murerulo Maddux Property deserves.

Sincerely,

The Surveillance, Protection & Investigations Group, Inc

Emilio J Olguin
Vice President

Executive Protection — Uniformed Security — Estate Security — Private Investigations

8440 Maple Place Suite #108  ~  Rancho Cucamonga, CA 91730
(866) 276-2743  ~  (310) 601-7266  ~  Fax (310) 691-8419  ~  www.thespigroupinc.net

Exhibit A Page 000006

| In re:                                    | CHAPTER: 11                                           |
|-------------------------------------------|-------------------------------------------------------|
| MERUELO MADDUX PROPERTIES, INC., et al.   |                                                       |
|                              Debtor(s).   | CASE NUMBER: 1:09-bk-13356-KT (Jointly Administered)  |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document described as "**PROOF OF CLAIM [THE SURVEILLANCE, PROTECTION & INVESTIGATIONS GROUP INC. dba THE SP&I GROUP INC.]**" will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 24, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Office of the United States Trustee — ustpregion16.wh.ecf@usdoj.gov
- Jennifer L. Braun, Esq. – Office of the U.S. Trustee — jennifer.l.braun@usdoj.gov
- Counsel for Debtors – John N. Tedford, Esq. — jtedford@dgdk.com
- Counsel for Debtors – John J. Bingham, Jr., Esq. — jbingham@dgdk.com
- Counsel for Debtors – Aaron De Leest, Esq. — aed@dgdk.com
- Counsel for Debtors – Michael C. Abel, Esq. — mca@dgdk.com
- Counsel for Debtors – Julia W. Brand, Esq. — jwb@dgdk.com
- Counsel for Bank of America – Donald L. Gaffney, Esq. — dgaffney@swlaw.com
- Counsel for Bank of America – Eric S. Pezold, Esq. — epezold@swlaw.com
- Counsel for Bank of America – Jasmin Yang, Esq. — jyang@swlaw.com
- Counsel for Creditors' Committee – Alan G. Tippie, Esq. — atippie@sulmeyerlaw.com
- Counsel for Creditors' Committee – Victor A. Sahn, Esq. — vsahn@sulmeyerlaw.com
- Counsel for Creditors' Committee – Dean G. Rallis, Jr., Esq. — drallis@sulmeyerlaw.com
- Counsel for Creditors' Committee – Asa S. Hami, Esq. — ahami@sulmeyerlaw.com
- Counsel for Creditors' Committee – Tamar Kouyoumjian, Esq. — tkouyoumjian@sulmeyerlaw.com
- Counsel for California Bank & Trust – Brian T. Harvey, Esq. — bharvey@buchalter.com
- Counsel for California Bank & Trust – Daniel H. Slate, Esq. — dslate@buchalter.com
- Counsel for Can Partners Realty Holding Co. – Lance N. Jurich, Esq. — ljurich@loeb.com
- Counsel for Capmark Finance Inc. – Thomas M. Geher, Esq. — tmg@jmbm.com
- Counsel for Capmark Finance Inc. – John A. Graham, Esq. — jag@jmbm.com
- Counsel for Cathay Bank – Michael G. Fletcher, Esq. — mfletcher@Frandzel.com
- Counsel for Cathay Bank – Bernard R. Given, Esq. — bgiven@frandzel.com
- Counsel for Chinatrust Bank – Steven K. Linkon, Esq. — slinkon@rcolegal.com
- Counsel for East West Bank – Iain A.W. Nasatir, Esq. — inasatir@pszjlaw.com
- Counsel for East West Bank – James I. Stang, Esq. — jstang@pszjlaw.com
- Counsel for FNBN-CMLCON I LLC – David E. Leta, Esq. — dleta@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Michael B. Reynolds, Esq. — mreynolds@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Stephen Shiu, Esq. — sshiu@swlaw.com
- Counsel for Natividad Gonzales – Jeffrey S. Shinbrot, Esq. — shinbrot@earthlink.net
- Counsel for Imperial Capital Bank - Andrew F. Kim, Esq. — Kim-A@BlankRome.com
- Counsel for Kennedy Funding, Inc. – Howard Camhi, Esq. — hcamhi@ecjlaw.com
- Counsel for Kennedy Funding, Inc. – Michael S. Kogan, Esq. — mkogan@ecjlaw.com
- Counsel for L.A. County Metro Trans. Authority – Michaeline H. Correa, Esq. — mcorrea@jonesday.com
- Counsel for Pacific Commerce Bank – Ronald R. Cohn, Esq. — rcohn@horganrosen.com
- Counsel for PNL Pomona, L.P. – Tracy L. Spies, Esq. — tracie@haganlaw.org
- Counsel for Roofcorp of CA, Inc. – Jason L. Weisberg, Esq. — jason@gdclawyers.com
- Counsel for San Bernardino County Tax Collector – Martha E. Romero, Esq. — Romero@mromerolawfirm.com
- Counsel for Stanford Group, LP – Janis G. Abrams, Esq. — jabrams@gershlegal.com
- Counsel for Stanford Group, LP – Michael H. Raichelson, Esq. — mhr@cabkattorney.com
- Counsel for Yoshiaki & Fumiko Murakami – Brian L. Davidoff, Esq. — bdavidoff@rutterhobbs.com
- Counsel for Yoshiaki & Fumiko Murakami – Duane Kumagai, Esq. — dkumagai@rutterhobbs.com
- Counsel for United Commercial Bank – Elmer D. Martin, Esq. — elmermartin@msn.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
[KFOX\BANKR\525680.3]

F 9013-3.1

Exhibit A Page 000007

| In re: | | CHAPTER: 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC. | | |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

- Courtesy NEF – Martin J. Brill, Esq. — mjb@lnbrb.com
- Courtesy NEF – Barry S. Glaser, Esq. — bglaser@swjlaw.com
- Courtesy NEF – Ofer M. Grossman, Esq. — omglaw@gmail.com
- Courtesy NEF – William W. Huckins, Esq. — whuckins@allenmatkins.com
- Courtesy NEF – Katherine Lien, Esq. — katie.lien@sbcglobal.net
- Courtesy NEF – Lawrence Peitzman, Esq. — lpeitzman@pwkllp.com
- Courtesy NEF – Surjit P. Soni, Esq. — surjit@sonilaw.com
- Courtesy NEF – James A. Timko, Esq. — jtimko@allenmatkins.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On September 24, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 305
Woodland Hills, CA 91367-6606

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 24, 2009 | Kathleen Fox | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
[KFOX\BANKR\525680.3]

F 9013-3.1

Exhibit A Page 000008

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** Meruelo Maddux Properties, Inc., a DE Corp

**Case Number:** 1:09-bk-13366-KT

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):

**Name and address where notices should be sent:**
The Surveillance, Protection & Investigations Group Inc., dba The SP&I Group Inc.
8440 Maple Place, Suite 108, Rancho Cucamonga, CA 91730

**Telephone number:** (909) 510-4351

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____ (*If known*)

**Filed on:** _____

**Name and address where payment should be sent (if different from above):**

**Telephone number:**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 7,618.08

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Services Performed
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** $_____    **Annual Interest Rate** ___ %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:** $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 9/23/09    **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit A Page 000009

**The Surveillance, Protection & Investigations Group, Inc**

8440 Maple PL STE 108
Rancho Cucamonga, Ca 91730

| Invoice Date | Invoice # |
|---|---|
| 2/2/2009 | 09--2810 |

# INVOICE

**Job At:**

M &M Properties
857 South Wall Street
Los Angeles, CA

**Phone #** 310-601-7266   **Fax #** 310-691-8419

**Bill To:**

Meruelo Maddux
761 Terminal Street Bldg 1, 2nd Floor
Los Angels, CA 90021

**PLEASE PAY THIS AMOUNT**    $7,618.08

Make checks payable to:   The Surveillance, Protection & Investigations Group, Inc

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

Have E-Mail? Please write it here: _____

---

The Surveillance, Protection & Investigations Group, Inc

| P.O. No. | Terms | Due Date | Rep | Project |
|---|---|---|---|---|
|  | Net 30 | 3/4/2009 |  |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Unarmed Uniformed Guard Week of 01/01/09-01/04/09 | 48 | 14.65 | 703.20 |
| Overtime Holiday 01/01/09 New Years Day | 16 | 21.98 | 351.68 |
| Unarmed Uniformed Guard 01/05/09-01/11/09 | 112 | 14.65 | 1,640.80 |
| Unarmed Uniformed Guard 01/12/09-01/18/09 | 112 | 14.65 | 1,640.80 |
| Unarmed Uniformed Guard 01/19/09-01/25/09 | 112 | 14.65 | 1,640.80 |
| Unarmed Uniformed Guard 01/26/09-02/02/09 | 112 | 14.65 | 1,640.80 |

Thank you for your business.

THERE WILL BE A $25.00 CHARGE FOR ALL RETURNED CHECKS
1.5% Service Charge will be levied on all accounts overdue more then 30 days.
Billing Inquiries? Call      310-601-7266
E-mail         emilio@thespigroupinc.net

| | |
|---|---|
| Subtotal | $7,618.08 |
| Sales Tax (7.75%) | $0.00 |
| Total | $7,618.08 |
| Payments/Credits | $0.00 |
| Balance Due | $7,618.08 |



# Proposal

September 7, 2007

Meruelo Maddux Properties
761 Terminal Street
Building 1, 2nd Floor
Los Angeles, CA 90021
Mr. Luis Lopez
Director of Security

Re: <u>Uniformed Security Service</u>

Dear Mr. Lopez,

Thank you for your time and the opportunity in allowing The Surveillance, Protection & Investigations Group, Inc the opportunity to provide you with a proposal for uniformed security service for Meruelo Maddux Properties.

The Surveillance, Protection & Investigations Group, Inc has been in the security business for the past three years and is licensed to conduct business in the State of California. We are also licensed with the Bureau of Security and Investigations Services as a Private Patrol Operator (License # 15464) and Private Investigators (License #24894). We also comply with all State of California requirements as we carry two million in general liability coverage, one million in workers compensation insurance along with one million commercial auto coverage. We are a local Women minority owned corporation.

The SP&I Group, Inc takes a very proactive approach on all the projects that we provide service, as we realize that we are a reflection of those customers that we service. Our core team consists of retired law enforcement officers who have over 30 years of experience from both the law enforcement community and that of corporate America. We are a very professional security firm and only provide the best in personnel. We are very concerned with those that we serve and always want a very positive working relationship, which facilitates a very quality service and product. Each of The SP&I Group, Inc employee's must complete a background which includes a criminal history check, Department of Motor Vehicles, Financial history check, Employment verifications, Drug Screening, Physical examination and Reference checks. All The SP&I Group, Inc Security Agents are licensed and trained to meet all the State of California's requirements per Business and Professions Code Sections 7583.45. This training also includes First Aid and CPR. The SP&I Group, Inc also conducts quarterly training to keep our Security Agents up to date with current laws and new procedures.   We look forward to working with Meruelo Maddux Properties to implement a quality security program.

Executive Protection — Uniformed Security — Estate Security — Private Investigations

8440 Maple Place Suite #108  ~  Rancho Cucamonga, CA 91730
(866) 276-2743  ~  (310) 601-7266  ~  Fax (310) 691-8419  ~  www.thespigroupinc.net

Exhibit A Page 000011



1. ...our hourly rates for uniformed security personnel: Unarmed Uniformed Security Agent is $14.65 per man hour for the first 8 hours of service.

2. Overtime rate for Unarmed Uniformed Security Agent is $21.98 per hour for all hours after 8 hours of service. ( this complies with State and Federal labor laws) This would include legal court holidays and any court time should the Agent receive a subpoena for any on-duty action taken: i.e. Witness to a crime, ect.

3. The SP&I Group, Inc requires a four (4) man hour minimum per Security Agent should there be a change in man power staffing.

4. The SP&I Group, Inc would submit an invoice for Uniformed Security Services provided to Murerulo Maddux Properties on the first business day of each month with payment due Thirty (30) days of billing.

5. The SP&I Group, Inc provides Uniformed Security Service on a month to month basis, but should client desire to terminate agreement with The SP&I Group, Inc we would require a 30 advance notice.

6. The SP&I Group, Inc is a licensed and insured company which does not use independent contractors. All of our Security Agents are Company employee's covered by our company umbrella of insurance.

Mr. Lopez thank you for your time and I hope that we have the opportunity to demonstrate to the Murerulo Maddux Properties, "The SP&I Group way of providing professional and quality security service which Murerulo Maddux Property deserves.

Sincerely,

The Surveillance, Protection & Investigations Group, Inc

Emilio J Olguin
Vice President

---

Executive Protection — Uniformed Security — Estate Security — Private Investigations

8440 Maple Place Suite #108  ~  Rancho Cucamonga, CA 91730
(866) 276-2743  ~  (310) 601-7266  ~  Fax (310) 691-8419  ~  www.thespigroupinc.net

## BILL OF SALE

For $7,618.00 (Seven Thousand Six Hundred Eighteen Dollars and No Cents), the receipt and sufficiency of which is hereby acknowledged, the undersigned, The Surveillance Protection and Investigations, Group, Inc., dba The SP&I Group Inc. (Seller) hereby sells, transfers and conveys to East West Bank (Buyer), that certain claim of Seller as creditor of Meruelo Maddux Properties, Inc., and/or any and all affiliated entities, as set forth or referenced in a Proof of Claim dated September 23, 2009 in the amount of $7,618.08 filed on or about September 24, 2009, in bankruptcy case no. 09-BK-13366-KT pending in the United States Bankruptcy Court for the Central District of California.

The undersigned warrants that the above is free and clear of all encumbrances, that it has full right and title to sell the same.

June 2, 2010

THE SURVEILLANCE, PROTECTION &
INVESTIGATIONS GROUP INC.,
dba THE SP&I GROUP INC.

By: _____

Name: _EMILIO OLGV.N_

Title: _VICE PRESIDENT_

## ASSIGNMENT OF CLAIM

**THIS ASSIGNMENT OF CLAIM**, dated June 2, 2010 (this "Assignment), is made by The Surveillance, Protection & Investigations Group Inc., dba The SP&I Group Inc., of 8440 Maple Place, Suite 108, Rancho Cucamonga, CA 91730 ("Assignor"), in favor of East West Bank ("Assignee"), with reference to that certain claim of Assignor as creditor of Meruelo Maddux Properties, Inc., and/or any and all affiliated entities, as set forth or referenced in a Proof of Claim dated September 23, 2009 in the amount of $7,618.08 filed on or about September 24, 2009, in bankruptcy case no. 09-BK-13366-KT pending in the United States Bankruptcy Court for the Central District of California, a copy of which is attached, ("Claim").

For good and valuable consideration, the receipt of sufficiency of which are hereby acknowledged, Assignor hereby sells, transfers and assigns to Assignee all of Assignor's right, title and interest in and to the Claim and the account receivable pertinent thereto. Assignor represents it has not previously transferred the Claim, and has full right, power and authority to transfer same to Assignee. The person signing below represents he has authority to execute this Assignment on behalf of Assignor

THE SURVEILLANCE, PROTECTION & INVESTIGATIONS GROUP INC., dba THE SP&I GROUP INC.

By: _____
Name: DOMINGO OLGUIN
Title: VICE PRESIDENT

| In re: Meruelo Maddux Properties, Inc., a DE Corp. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
22632 Golden Springs Drive, Suite 190
Diamond Bar, CA 91765

A true and correct copy of the foregoing document described: Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 29, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- John J Bingham    jbingham@dgdk.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    jwb@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- George T Busu    george.busu@limruger.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                       **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., a DE Corp. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Matthew A Gold    courts@argopartners.net
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- David W Hercher    dave.hercher@millernash.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson    natasha.johnson@dlapiper.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Lewis R Landau    lew@landaunet.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri    jnassiri@venable.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                **F 9013-3.1**

| In re: Meruelo Maddux Properties, Inc., a DE Corp.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Zev Shechtman    zshechtman@dgdk.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 29, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>Service via U.S. Mail:</u>

Honorable Kathleen Thompson
United States Bankruptcy Court- Central District of California
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367

The Surveillance Protection & Invs. Group Inc.
8440 Maple Place, Suite 108
Rancho Cucamonga, CA 91730

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/29/10 | Cynthia P. Miller | /s/ Cynthia P. Miller |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**