Victor A. Sahn (CA Bar No. 97299)
 *vsahn@sulmeyerlaw.com*
Dean G. Rallis Jr. (CA Bar No. 94266)
 *drallis@sulmeyerlaw.com*
Asa S. Hami (CA Bar No. 210728)
 *ahami@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, California 90071-1406
Telephone:    213.626.2311
Facsimile:    213.629.4520

Bankruptcy Counsel for the Official
Committee of Unsecured Creditors

Ronald S. Orr, SBN 54257
RON ORR & PROFESSIONALS, INC.
578 Washington Blvd., #389
Marina Del Rey, CA 90292
(310) 301-4849
(310) 301-6549 Facsimile
E-mail:  *ronorresq@aol.com*

Georgiana G. Rodiger, SBN 94416
RODIGER LAW OFFICE
272 South Los Robles Avenue
Pasadena, California  91101
(626) 793-7264
(626) 793-7592 Facsimile
E-mail:  *crodiger@rodigerlaw.com*

Bankruptcy Counsel for the Official
Equity Holder's Committee

FILED & ENTERED

OCT 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY aranzula DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors. | Case No. 1:09-bk-13356 KT<br><br>Chapter 11<br><br>**ORDER SUBMITTED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICIAL EQUITY HOLDERS COMMITTEE ALLOWING EXPEDITED EXAMINATION AND DEMANDS FOR PRODUCTION OF DOCUMENTS ON PRESS RELEASE ISSUE PURSUANT TO ORDER OF BANKRUPTCY COURT AT HEARING ON SEPTEMBER 15, 2010 PERMITTING EXPEDITED DISCOVERY**<br><br>Date:    September 20, 2010<br>Time:    1:30 p.m.<br>Place:   Courtroom 301 |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359- KT; 1:09-bk-13360 -KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk- 3370-KT;  1:09- bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382- KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk- 13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09- bk-I3394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-I3400-KT; 1 :09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403 -KT. 1:09-bk-13404-KT; 1:09-bk-13405- KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

ORDER ON EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OFFICIAL EQUITY HOLDERS'COMMITTEE FOR EXPEDITED EXAMINATION AND PRODUCTION OF DOCUMENTS ON PRESS RELEASE ISSUE

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Whereas, the Debtors' in the above-captioned matter issued a Press Release in
2  *Earthtimes.org* on September 9, 2010 ("Press Release"), authored by Meruelo Maddux
3  Properties, Inc.
4  Whereas, on September 14, 2010, the Official Committee of Unsecured Creditors
5  ("OCC") filed an "Emergency Motion by the Official Committee of Unsecured Creditors of
6  Meruelo Maddux Properties, Inc. for Order in Aid of Hearing on Confirmation of
7  Alternative Plans of Reorganization and in Response to Debtors' September 9, 2010
8  Press Release; Request for Sanctions against the Debtors, Etc." (Docket No. 1821)
9  ("Committee Emergency Motion") which the Official Equity Holder's Committee ("OEC")
10  joined and endorsed at the hearing on September 15, 2010 ("Equity Committee
11  Emergency Motion").  Further, Legendary Investors Group No. 1, LLC and East West
12  Bank filed an "Ex Parte Application of Legendary Investors Group No. 1, LLC and East
13  West Bank for Sanctions For Debtors' Violations of Section 1125 and For Remedial
14  Measures To Debtors' September 9, 2010 Press Release" (Docket No. 1820)
15  ("Legendary Emergency Motion").
16  Whereas, the Committee Emergency Motion and Legendary Emergency Motion
17  were heard on September 15, 2010, and September 20, 2010, and this Court heard
18  argument from counsel for the Official Committee of Unsecured Creditors, the Official
19  Equity Holders Committee, Legendary, Charlestown, Bank of America, the Debtors and
20  counsel for Richard Meruelo about the need for expedited discovery on the limited issue
21  of the facts surrounding the Debtors' September 9, 2010 Press Release.
22  Whereas, the limited and expedited discovery on the Press Release ordered under
23  this Order is not in place of the OCC and OEC's right to demand document production by
24  the Debtors under the Rule 2004 Order already issued by this Court.  This limited and
25  expedited discovery is also not in place of the OCC and OEC's right to conduct 2004
26  examinations on all permissible subjects under Rule 2004 in the future, which rights are
27  expressly reserved.
28

Case 1:09-bk-13356-KT    Doc 1939    Filed 10/13/10    Entered 10/13/10 14:38:29    Desc
Main Document    Page 3 of 17

1 Whereas, time is of the essence in conducting discovery on the Press Release

2 because of the scheduled October 15, 2010, mailing of a solicitation package.

3 Whereas, the OCC and OEC wish to conduct examinations on the press release

4 issue as set forth in Exhibit 1 to this Order.

5 Now, therefore, good cause appearing,

## **ORDER**

**IT IS ORDERED,**

1. This Court has already issued its Order granting, in part, the Legendary Emergency Motion, the Committee Emergency Motion and the Equity Committee Emergency Motion (Docket No. 1851).

2. The Expedited Discovery Schedule for Depositions and Document Requests on the limited issue of the Press Release, as set forth in Exhibit 1, is approved and ordered.  The parties may consensually reschedule the dates for the depositions based on the timing and scope of the documents and information produced by the Debtors.

3. The Debtors have the burden of establishing the privileged nature of any of the responsive documents and information requested under the Motion and this Order and of producing, concurrently, a writing consistent with Rule 26(b)(5) of the Federal Rules of Civil Procedure for any documents not produced or redacted (the "Privilege and Redaction Log").  In the event that the Debtors identify a document in the Privilege and Redaction Log as being privileged and nonetheless produce such document to the OCC and OEC, the production of such document shall not in any way constitute a waiver of the asserted privilege by the Debtors with regard to the document produced, other documents not produced on the grounds that they are privileged, and/or other documents not produced during this bankruptcy proceeding on the grounds that they are privileged. In anticipation that testimony regarding the content of such documents may be elicited at depositions taken pursuant to this Order, any party seeking to attend the deposition in

addition to the Debtors, OCC and OEC must agree, in a writing delivered to counsel for the Debtors, OCC and OEC, that the production of documents or provision of information with regard to which the Debtors assert a privilege, or the marking of such a document or information as an exhibit or the giving of testimony regarding such a document or information shall not in any way constitute a waiver of the asserted privilege with regard to the document produced, other documents not produced on the grounds that they are privileged, and/or other documents not produced during this bankruptcy proceeding on the grounds that they are privileged, or any other information not produced pursuant to this Order on the grounds that they are privileged.  The fact that parties other than the Debtors, the OCC and the OEC are present at a deposition shall not in any way constitute a waiver of privilege.  The Debtors' assertion of a privilege with respect to any document or information produced shall not preclude the OCC or OEC or any other party from challenging the privilege claimed.

    4.    This Court shall retain jurisdiction over any disputes which may arise concerning the expedited discovery permitted by this Order and timely compliance.

**###**

DATED: October 13, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

# EXHIBIT 1

## DEPOSITION SCHEDULE

**(The Debtors and Each deponent is subject to the document demands below)**

| DEPOSITIONS | DATE/TIME | PLACE |
|---|---|---|
| **Richard Meruelo,** *Chairman and CEO* | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order** | **SulmeyerKupetz, APC** **333 South Hope Street** **Thirty-Fifth Floor** **Los Angeles, CA 90071** |
| **John Charles Maddux,** *President, COO and Director* | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order** | **SulmeyerKupetz** |
| **Lynn Beckemeyer,** *Executive Vice President* | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order** | **SulmeyerKupetz** |
| **Richard Polanco,** *Director, Chair of Nominating and Corporate Governance Committee* | **To be scheduled** | **SulmeyerKupetz** |
| **Philip Payne,** *Director, Chairman of Audit Committee* | **To be scheduled** | **SulmeyerKupetz** |
| **John Hansen,** *Director, Chairman of Compensation Committee* | **To be scheduled** | **SulmeyerKupetz** |
| **Anthony Williams,** *Director* | **To be scheduled** | **SulmeyerKupetz** |
| **Miguel Echemendia,** *Chief Administrative Officer* | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order** | **SulmeyerKupetz** |

| | | |
|---|---|---|
| **Todd Nielson,** *General Counsel* | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order** | **SulmeyerKupetz** |
| **Fred Skaggs,** *Treasurer* | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order** | **SulmeyerKupetz** |
| **Person(s) Most Knowledgable at Meruelo Maddux Properties, Inc. & Affiliate Debtors about:** **1. Press Release of 9-9-10** **2. Press Release Procedures at Debtors on 9-9-10** **3. Press Release Approval Policies at Debtors on 9-9-10** **4, Authors/Creation of Press Release of 9-9-10** **5. Revisions to Press Release of 9-9-10** **6. Comments on Press Release of 9-9-10** **7. Approval of Press Release of 9-9-10.** **8. Distribution of Press Release of 9-9-10.** **9. Communications with outside PR or Marketing Cos about Press Release of 9-9-10.** **10. Communications by Debtors with media about Press Release of 9-9-10.** **11. Communications between Debtors and Earthsource.Org. re** | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order** *(If multiple Persons Most Knowledgeable are Identified. More dates will be selected if needed).* | **SulmeyerKupetz** |

| | | |
|---|---|---|
| **Press Release of 9-9-10.**<br>**12. Communications between Debtors and PR Newswire re Press Release of 9-9-10.**<br>**13. Communications between Debtors and Debtors' attorneys about Press Release of 9-9-10.** | | |
| **Person(s) Most Knowledgeable at Earthtimes.org re:**<br>**1. Author of Press Release of 9-9-10.**<br>**2. Debtor Contacts re Press Release of 9-9-10.**<br>**3. Communications with anyone about Press Release of 9-9-10.**<br>**4. Media sources provided with Press Release of 9-9-10.** | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order, or such other date as reflected in the subpoena** | **SulmeyerKupetz** |
| **Person(s) Most Knowledgeable at PR Newswire re:**<br>**1. Author of Press Release of 9-9-10.**<br>**2. Debtor Contacts re Press Release of 9-9-10.**<br>**3. Communications with anyone about Press Release of 9-9-10.**<br>**4. Media sources provided with Press Release of 9-9-10.** | **To be scheduled by agreement among OCC, OEC and Debtors, but no later than one week after Debtors production of all documents required by this order, or such other date as reflected in the subpoena** | **SulmeyerKupetz** |

Definitions for Purposes of Depositions Descriptions above:  Debtors means all the Meruelo Maddux Properties, Inc., and the 53 related debtor-entities in the jointly-administered cases of <u>In re Meruelo Maddux Properties, Inc., et al.</u>, Bk. Case No. 1:09-bk-13356 KT.

## DOCUMENT DEMANDS

A: **Dates The Requested Documents Are To Be Produced:**

    1.    **By the Debtors** to Dean Rallis, counsel for the Official Creditor's Committee, and Ron Orr and Cristy Rodiger, counsel for the Official Equity Committee (i) the first set of documents <u>by 5:00 p.m. on the first business day following entry of this order</u>, and (ii) the second set of documents completing the Document Demand described herein <u>by 5:00 p.m. on the seventh calendar day following entry of this order</u>; and

    2.    **By the Identified Deponents** to Dean Rallis, counsel for the Official Creditor's Committee and Ron Orr, counsel for the Official Equity Committee <u>at the commencement of their depositions.</u>

### Documents to be produced:
### GENERAL DEFINITIONS

1. All references to the September 9, 2010 Press Release below are referring to the article: "East West Bank Hostile Takeover Plan of Meruelo Maddux Properties Rebuffed by Bankruptcy Court" which stated it was authored by Meruelo Maddux Properties and was available at *Earthtimes.org* on 9/9/2010 or reprinted, in whole or in part, in any other publication.

### TABLE OF REQUESTS

| REQUEST | DEFINITIONS |
|---|---|
| 1. All documents in **YOUR** possession referring or relating to the September 9, 2010 Press Release. | For purposes of these requests, the term **YOUR** means , in the possession, custody or control of collectively and individually, |

| | |
|---|---|
| | Meruelo Maddux Properties, Inc., and the 53 related debtor-entities in the jointly-administered cases of <u>In re Meruelo Maddux Properties, Inc., et al.</u>, Bk. Case No. 1:09-bk-13356 KT ("collectively hereafter "**DEBTORS**") and/or the **DEBTORS'** attorneys, accountants, consultants, agents, Board Members, employees, staff or other representatives. |
| 2.    All **COMMUNICATIONS** in **YOUR** possession related to the creation, content and/or publication of the September 9, 2010 Press Release. | For purposes of these requests, the term **COMMUNICATIONS** means, a "writing" or "recording," as those terms are defined in Federal Rule of Evidence 1001, and refers to those materials in your actual or constructive possession, custody or control, including, but not limited to originals, copies, non-identical copies, preliminary, intermediate, and final drafts of writing, recording of oral communication, correspondence, e-mail, voicemail, paper, book, pamphlet, periodical, bill, invoice, account, check, check register, letter, statement, photograph, object, telegram, telex, telefax, note, minute, memorandum, inter-office and intra-office communication, agreement, contract, business plan or |

|  |  |
|---|---|
|  | study, summary, pamphlet, photograph, notice, purchase order, diagram, chart, entry, computer printout, computer disk, tape recording, representation, record, plan, drawing, specification, bulletin, report, map, study, survey, forecast, analysis, index, calendar, diary, desk or pocket calendar, time entry, agenda, record or not of telephone conversation, and recording of every kind and description, whether written, handwritten, typed, photocopied, Photostatted, printed, duplicated, reproduced or recorded, and whether electronic, electrical or mechanical in nature. Media include papers, films, magnetic and optical storage devices, and all other methods for the expression or retention of information. Handwritten or other notations of any kind on any copy of a **COMMUNICATION** render it non-identical. |
| 3.   All drafts in **YOUR** possession of the documents used for the September 9, 2010 Press Release. |  |
| 4.   All **COMMUNICATIONS** in **YOUR** possession which identify any persons who prepared, contributed to, revised, reviewed |  |

| | |
|---|---|
| or approved the September 9, 2010 Press Release, including employees, officers, directors of **DEBTORS**, any consultants, lawyers or other professionals. | |
| 5.     All **COMMUNICATIONS** in **YOUR** possession which identify each person, real or statutory, who received the September 9, 2010 Press Release directly or through any media outlet. | |
| 6.     All **COMMUNICATIONS** in **YOUR** possession from PR Newswire which identify each person who received or retrieved or published the September 9, 2010 Press Release. | |
| 7.     All **DEBTOR COMMUNICATIONS** in **YOUR** possession , including minutes, agendas and information packages, distributed to Members of the Board of Directors of **DEBTORS** referring to the September 9, 2010 Press Release. | |

| In re: | CHAPTER: 11 |
| --- | --- |
| MERUELO MADDUX PROPERTIES, INC. | |
| Debtor(s). | CASE NUMBER: 1:09-bk-13356 KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as  **[[PROPOSED] ORDER SUBMITTED BY  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICIAL EQUITY HOLDERS COMMITTEE ALLOWING EXPEDITED EXAMINATION AND DEMANDS FOR PRODUCTION OF DOCUMENTS ON PRESS RELEASE ISSUE PURSUANT TO ORDER OF BANKRUPTCY COURT AT HEARING ON SEPTEMBER 15, 2010 PERMITTING EXPEDITED DISCOVERY** will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on October 5, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe     VIA PERSONAL DELIVERY
U.S. Bankruptcy Court
Bin outside of Elevators on 3rd Floor
21041 Burbank Blvd.
Woodland Hills, CA 91367-6606

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 5, 2010 | Andrea Gonzalez | /s/Andrea Gonzalez |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**
AGONZALEZ\ 682194.6

| In re: | | CHAPTER: 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC. | | |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356 KT |

### III. SERVED VIA E-MAIL (CONT'D):

- Office of the United States Trustee — ustpregion16.wh.ecf@usdoj.gov
- Jennifer L. Braun, Esq. – Office of the U.S. Trustee — jennifer.l.braun@usdoj.gov
- Counsel for Debtors – John N. Tedford, Esq. — jtedford@dgdk.com
- Counsel for Debtors – John J. Bingham, Jr., Esq. — jbingham@dgdk.com
- Counsel for Debtors – Aaron De Leest, Esq. — aed@dgdk.com
- Counsel for Debtors – Michael C. Abel, Esq. — mca@dgdk.com
- Counsel for Debtors – Julia W. Brand, Esq. — jwb@dgdk.com
- Counsel for Debtors – Jennifer L. Nassiri, Esq. — jennifer.nassiri@dlapiper.com
- Counsel for Debtors – Enid M Colson — ecolson@linerlaw.com
- Counsel for Debtors – Zev Shechtman, Esq. — zshechtman@dgdk.com
- Counsel for Debtors – Natasha L. Johnson, Esq. — natasha.johnson@dlapiper.com
- Counsel for Creditors' Committee – Lewis R Landau, Esq. — lew@landaunet.com
- Counsel for Argo Partners – Matthew A. Gold, Esq. — courts@argopartners.net
- Counsel for Bank of America – Donald L. Gaffney, Esq. — dgaffney@swlaw.com
- Counsel for Bank of America – Eric S. Pezold, Esq. — epezold@swlaw.com
- Counsel for Bank of America – Jasmin Yang, Esq. — jyang@swlaw.com
- Counsel for Calex Engineering Company – Kirsten A. Roe, Esq. — kroe@wthf.com
- Counsel for California Bank & Trust – Brian T. Harvey, Esq. — bharvey@buchalter.com
- Counsel for California Bank & Trust – Daniel H. Slate, Esq. — dslate@buchalter.com
- Counsel for California Bank & Trust – Alexandra Kazhokin, Esq. — akazhokin@buchalter.com
- Counsel for CanPartners Realty Holding Co. – Lisa Hill Fenning, Esq. — Lisa.Fenning@aporter.com
- Counsel for CanPartners Realty Holding Co. – Lance N. Jurich, Esq. — ljurich@loeb.com
- Counsel for CanPartners Realty Holding Co. – Derrick Talerico, Esq. — dtalerico@loeb.com
- Counsel for Capmark Finance Inc. – Thomas M. Geher, Esq. — tmg@jmbm.com
- Counsel for Capmark Finance Inc. – John A. Graham, Esq. — jag@jmbm.com
- Counsel for Cathay Bank – Michael G. Fletcher, Esq. — mfletcher@Frandzel.com
- Counsel for Cathay Bank – Bernard R. Given, Esq. — bgiven@frandzel.com
- Counsel for Charlestown Cap. Advisors – Matthew A. Lesnick, Esq. — matt@lesnicklaw.com
- Counsel for Charlestown Cap. Advisors – Christopher E. Prince, Esq. — cprince@lesnickprince.com
- Counsel for Chinatrust Bank – Steven K. Linkon, Esq. — slinkon@rcolegal.com
- Counsel for Claims Recovery Group LLC – Allison R. Axenrod, Esq. — allison@claimsrecoveryllc.com
- Counsel for East West Bank – Iain A.W. Nasatir, Esq. — inasatir@pszjlaw.com
- Counsel for East West Bank – James I. Stang, Esq. — jstang@pszjlaw.com
- Counsel for EDI Architecture – Gary O. Caris, Esq. — gcaris@mckennalong.com
- Counsel for Esmark, Inc. – Jodie M. Grotins, Esq. — jgrotins@mcguirewoods.com
- Counsel for Esmark, Inc. – William H. Kiekhofer, III Esq. — wkiekhofer@mcguirewoods.com
- Counsel for FNBN-CMLCON I LLC – David E. Leta, Esq. — dleta@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Michael B. Reynolds, Esq. — mreynolds@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Stephen Shiu, Esq. — sshiu@swlaw.com
- Counsel for Natividad Gonzales – Jeffrey S. Shinbrot, Esq. — shinbrot@earthlink.net
- Counsel for Imperial Capital Bank - Andrew F. Kim, Esq. — Kim-A@BlankRome.com
- Counsel for Imperial Capital Bank - Sara Chenetz, Esq. — chenetz@blankrome.com
- Counsel for Kennedy Funding, Inc. – Howard Camhi, Esq. — hcamhi@ecjlaw.com
- Counsel for Kennedy Funding, Inc. – Michael S. Kogan, Esq. — mkogan@ecjlaw.com
- Counsel for L.A. County Metro Trans. Authority – Michaeline H. Correa, Esq. — mcorrea@jonesday.com
- Counsel for Legendary Investors Group No. 1, LLC – Andrew W. Caine, Esq. — acaine@pszjw.com
- Counsel for Legendary Investors Group No. 1, LLC – Jeremy V. Richards, Esq — jrichards@pszjlaw.com
- Counsel for Legendary Investors Group No. 1, LLC – Jeffrey W. Dulberg, Esq. — jdulberg@pszjw.com
- Counsel for Pacific Commerce Bank – Ronald R. Cohn, Esq. — rcohn@horganrosen.com
- Counsel for PNL Pomona, L.P. – Cara J Hagan, Esq. — carahagan@haganlaw.org
- Counsel for PNL Pomona, L.P. – Tracy L.. Spies, Esq. — tracie@haganlaw.org
- Counsel for Richard Meruelo – Daniel H. Reiss, Esq. — dhr@lnbrb.com
- Counsel for Roofcorp of CA, Inc. – Jason L. Weisberg, Esq. — jason@gdclawyers.com
- Counsel for San Bernardino County Tax Collector – Martha E. Romero, Esq. — Romero@mromerolawfirm.com
- Counsel for Sierra Liquity Fund,LLC– James R. Riley, Esq — tgarza@sierrafunds.com
- Counsel for Stanford Group, LP – Michael H. Raichelson, Esq. — mhr@cabkattorney.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**
AGONZALEZ\ 682194.6

| In re: | CHAPTER: 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CASE NUMBER: 1:09-bk-13356 KT |

- Counsel for Yoshiaki & Fumiko Murakami – Brian L.. Davidoff, Esq.  bdavidoff@rutterhobbs.com
- Counsel for Yoshiaki & Fumiko Murakami – Duane Kumagai, Esq.  dkumagai@rutterhobbs.com
- Counsel for United Commercial Bank/East West Bank – Elmer D. Martin, Esq.  elmermartin@msn.com
- Counsel for Woodland Farms, Inc. – James E. Carlberg, Esq.  jcarlberg@boselaw.com
- Counsel for Creditors Vahan and Anoush Chamlian – Rouben Varozian, Esq.  rvarozian@bzlegal.com
- Courtesy NEF –Robert Abiri, Esq.  rabiri@abiriszeto.com
- Courtesy NEF – Peter Bonfante, Esq.  peterbonfante@bsalawfirm.com
- Courtesy NEF – Martin J. Brill, Esq.  mjb@lnbrb.com
- Courtesy NEF –George T. Busu, Esq.  George.busu@limruger.com
- Courtesy NEF– Jacquelyn H. Choi, Esq.  jchoi@swjlaw.com
- Courtesy NEF –Daniel Denny, Esq.  ddenny@gibsondunn.com
- Courtesy NEF – Barry S. Glaser, Esq.  bglaser@swjlaw.com
- Courtesy NEF – Michael I. Gottfried, Esq.  mgottfried@lblawllp.com
- Courtesy NEF – Ofer M. Grossman, Esq.  omglaw@gmail.com
- Courtesy NEF – Peter J. Gurfein, Esq.  pgurfein@akingump.com
- Courtesy NEF – David W Hercher, Esq.  dave.hercher@millernash.com
- Courtesy NEF – William W. Huckins, Esq.  whuckins@allenmatkins.com
- Courtesy NEF – Katherine Lien, Esq.  katie.lien@sbcglobal.net
- Courtesy NEF– Robert M. Llewellyn, Esq.  michael.llewellyn@boe.ca.gov
- Courtesy NEF – Richard Malatt, Esq.  rmalatt@gmail.com
- Courtesy NEF – Lawrence Peitzman, Esq.  lpeitzman@pwkllp.com
- Courtesy NEF – Kurt Ramlo, Esq.  kurt.ramlo@dlapiper.com
- Courtesy NEF – Craig M. Rankin, Esq.  cmr@lnbrb.com
- Courtesy NEF – Catherine Steege, Esq.  csteege@jenner.com
- Courtesy NEF – Surjit P. Soni, Esq.  surjit@sonilaw.com
- Courtesy NEF – James A. Timko, Esq.  jtimko@allenmatkins.com
- Courtesy NEF –Damon Thayer, Esq.  dthayer@jenner.com
- 
- Counsel for Equity Committee –Ron Orr, Esq.  ronorresq@aol.com
- Counsel for Equity Committee – Georgiana G. Rodiger, Esq.  crodiger@rodigerlaw.com

- Counsel for FNBN-CMLCON I LLC – Jeffrey M. Singletary, Esq.  jsingletary@swlaw.com
- Counsel for United Commercial Bank - Curtis C. Jung, Esq.  curtis@jyllp.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**
AGONZALEZ\ 682194.6

| n re: | CHAPTER: 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled  **[[PROPOSED] ORDER SUBMITTED BY  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICIAL EQUITY HOLDERS COMMITTEE ALLOWING EXPEDITED EXAMINATION AND DEMANDS FOR PRODUCTION OF DOCUMENTS ON PRESS RELEASE ISSUE PURSUANT TO ORDER OF BANKRUPTCY COURT AT HEARING ON SEPTEMBER 15, 2010 PERMITTING EXPEDITED DISCOVERY**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of October 5, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Office of the United States Trustee — ustpregion16.wh.ecf@usdoj.gov
- Jennifer L. Braun, Esq. – Office of the U.S. Trustee — jennifer.l.braun@usdoj.gov
- Counsel for Debtors – John N. Tedford, Esq. — jtedford@dgdk.com
- Counsel for Debtors – John J. Bingham, Jr., Esq. — jbingham@dgdk.com
- Counsel for Debtors – Aaron De Leest, Esq. — aed@dgdk.com
- Counsel for Debtors – Michael C. Abel, Esq. — mca@dgdk.com
- Counsel for Debtors – Julia W. Brand, Esq. — jwb@dgdk.com
- Counsel for Debtors – Jennifer L. Nassiri, Esq. — jennifer.nassiri@dlapiper.com
- Counsel for Debtors – Enid M Colson — ecolson@linerlaw.com
- Counsel for Debtors – Zev Shechtman, Esq. — zshechtman@dgdk.com
- Counsel for Debtors – Natasha L. Johnson, Esq. — natasha.johnson@dlapiper.com
- Counsel for Creditors' Committee – Alan G. Tippie, Esq. — atippie@sulmeyerlaw.com
- Counsel for Creditors' Committee – Victor A. Sahn, Esq. — vsahn@sulmeyerlaw.com
- Counsel for Creditors' Committee – Elissa D. Miller, Esq. — emiller@sulmeyerlaw.com
- Counsel for Creditors' Committee – Dean G. Rallis, Jr., Esq. — drallis@sulmeyerlaw.com
- Counsel for Creditors' Committee – Asa S. Hami, Esq. — ahami@sulmeyerlaw.com
- Counsel for Creditors' Committee – Tamar Kouyoumjian, Esq. — tkouyoumjian@sulmeyerlaw.com
- Counsel for Creditors' Committee – Lewis R Landau, Esq. — lew@landaunet.com
- Counsel for Argo Partners – Matthew A. Gold, Esq. — courts@argopartners.net
- Counsel for Bank of America – Donald L. Gaffney, Esq. — dgaffney@swlaw.com
- Counsel for Bank of America – Eric S. Pezold, Esq. — epezold@swlaw.com
- Counsel for Bank of America – Jasmin Yang, Esq. — jyang@swlaw.com
- Counsel for Calex Engineering Company – Kirsten A. Roe, Esq. — kroe@wthf.com
- Counsel for California Bank & Trust – Brian T. Harvey, Esq. — bharvey@buchalter.com
- Counsel for California Bank & Trust – Daniel H. Slate, Esq. — dslate@buchalter.com
- Counsel for California Bank & Trust – Alexandra Kazhokin, Esq. — akazhokin@buchalter.com
- Counsel for CanPartners Realty Holding Co. – Lisa Hill Fenning, Esq. — Lisa.Fenning@aporter.com
- Counsel for CanPartners Realty Holding Co. – Lance N. Jurich, Esq. — ljurich@loeb.com
- Counsel for CanPartners Realty Holding Co. – Derrick Talerico, Esq. — dtalerico@loeb.com
- Counsel for Capmark Finance Inc. – Thomas M. Geher, Esq. — tmg@jmbm.com
- Counsel for Capmark Finance Inc. – John A. Graham, Esq. — jag@jmbm.com
- Counsel for Cathay Bank – Michael G. Fletcher, Esq. — mfletcher@Frandzel.com
- Counsel for Cathay Bank – Bernard R. Given, Esq. — bgiven@frandzel.com
- Counsel for Charlestown Cap. Advisors – Matthew A. Lesnick, Esq. — matt@lesnicklaw.com
- Counsel for Charlestown Cap. Advisors – Christopher E. Prince, Esq. — cprince@lesnickprince.com

AGONZALEZ\ 682194.6

| In re: | | CHAPTER: 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC. | | |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356 KT |

- Counsel for Chinatrust Bank – Steven K. Linkon, Esq.  slinkon@rcolegal.com
- Counsel for Claims Recovery Group LLC – Allison R. Axenrod, Esq.  allison@claimsrecoveryllc.com
- Counsel for East West Bank – Iain A.W. Nasatir, Esq.  inasatir@pszjlaw.com
- Counsel for East West Bank – James I. Stang, Esq.  jstang@pszjlaw.com
- Counsel for EDI Architecture – Gary O. Caris, Esq.  gcaris@mckennalong.com
- Counsel for Esmark, Inc. – Jodie M. Grotins, Esq.  jgrotins@mcguirewoods.com
- Counsel for Esmark, Inc. – William H. Kiekhofer, III Esq.  wkiekhofer@mcguirewoods.com
- Counsel for FNBN-CMLCON I LLC – David E. Leta, Esq.  dleta@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Michael B. Reynolds, Esq.  mreynolds@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Stephen Shiu, Esq.  sshiu@swlaw.com
- Counsel for Natividad Gonzales – Jeffrey S. Shinbrot, Esq.  shinbrot@earthlink.net
- Counsel for Imperial Capital Bank - Andrew F. Kim, Esq.  Kim-A@BlankRome.com
- Counsel for Imperial Capital Bank - Sara Chenetz, Esq.  chenetz@blankrome.com
- Counsel for Kennedy Funding, Inc. – Howard Camhi, Esq.  hcamhi@ecjlaw.com
- Counsel for Kennedy Funding, Inc. – Michael S. Kogan, Esq.  mkogan@ecjlaw.com
- Counsel for L.A. County Metro Trans. Authority – Michaeline H. Correa, Esq.  mcorrea@jonesday.com
- Counsel for Legendary Investors Group No. 1, LLC – Andrew W. Caine, Esq.  acaine@pszjw.com
- Counsel for Legendary Investors Group No. 1, LLC – Jeremy V. Richards, Esq  jrichards@pszjlaw.com
- Counsel for Legendary Investors Group No. 1, LLC – Jeffrey W. Dulberg, Esq.  jdulberg@pszjw.com
- Counsel for Pacific Commerce Bank – Ronald R. Cohn, Esq.  rcohn@horganrosen.com
- Counsel for PNL Pomona, L.P. – Cara J Hagan, Esq.  carahagan@haganlaw.org
- Counsel for PNL Pomona, L.P. – Tracy L.. Spies, Esq.  tracie@haganlaw.org
- Counsel for Richard Meruelo – Daniel H. Reiss, Esq.  dhr@lnbrb.com
- Counsel for Roofcorp of CA, Inc. – Jason L. Weisberg, Esq.  jason@gdclawyers.com
- Counsel for San Bernardino County Tax Collector – Martha E. Romero, Esq.  Romero@mromerolawfirm.com
- Counsel for Sierra Liquity Fund,LLC– James R. Riley, Esq  tgarza@sierrafunds.com
- Counsel for Stanford Group, LP – Michael H. Raichelson, Esq.  mhr@cabkattorney.com
- Counsel for Yoshiaki & Fumiko Murakami – Brian L.. Davidoff, Esq.  bdavidoff@rutterhobbs.com
- Counsel for Yoshiaki & Fumiko Murakami – Duane Kumagai, Esq.  dkumagai@rutterhobbs.com
- Counsel for United Commercial Bank/East West Bank – Elmer D. Martin, Esq.  elmermartin@msn.com
- Counsel for Woodland Farms, Inc. – James E. Carlberg, Esq.  jcarlberg@boselaw.com
- Counsel for Creditors Vahan and Anoush Chamlian – Rouben Varozian, Esq.  rvarozian@bzlegal.com
- Courtesy NEF –Robert Abiri, Esq.  rabiri@abiriszeto.com
- Courtesy NEF – Peter Bonfante, Esq.  peterbonfante@bsalawfirm.com
- Courtesy NEF – Martin J. Brill, Esq.  mjb@lnbrb.com
- Courtesy NEF –George T. Busu, Esq.  George.busu@limruger.com
- Courtesy NEF– Jacquelyn H. Choi, Esq.  jchoi@swjlaw.com
- Courtesy NEF –Daniel Denny, Esq.  ddenny@gibsondunn.com
- Courtesy NEF – Barry S. Glaser, Esq.  bglaser@swjlaw.com
- Courtesy NEF – Michael I. Gottfried, Esq.  mgottfried@lblawllp.com
- Courtesy NEF – Ofer M. Grossman, Esq.  omglaw@gmail.com
- Courtesy NEF – Peter J. Gurfein, Esq.  pgurfein@akingump.com
- Courtesy NEF – David W Hercher, Esq.  dave.hercher@millernash.com
- Courtesy NEF – William W. Huckins, Esq.  whuckins@allenmatkins.com
- Courtesy NEF – Katherine Lien, Esq.  katie.lien@sbcglobal.net
- Courtesy NEF– Robert M. Llewellyn, Esq.  michael.llewellyn@boe.ca.gov
- Courtesy NEF – Richard Malatt, Esq.  rmalatt@gmail.com
- Courtesy NEF – Lawrence Peitzman, Esq.  lpeitzman@pwkllp.com
- Courtesy NEF – Kurt Ramlo, Esq.  kurt.ramlo@dlapiper.com
- Courtesy NEF – Craig M. Rankin, Esq.  cmr@lnbrb.com
- Courtesy NEF – Catherine Steege, Esq.  csteege@jenner.com
- Courtesy NEF – Surjit P. Soni, Esq.  surjit@sonilaw.com
- Courtesy NEF – James A. Timko, Esq.  jtimko@allenmatkins.com
- Courtesy NEF –Damon Thayer, Esq.  dthayer@jenner.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

AGONZALEZ\ 682194.6

| In re: | | CHAPTER: 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC. | | |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356 KT |

- .

☐ Service Information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

- Counsel for Equity Committee –Ron Orr, Esq.   ronorresq@aol.com
- Counsel for Equity Committee – Georgiana G. Rodiger, Esq.   crodiger@rodigerlaw.com
- Counsel for FNBN-CMLCON I LLC – Jeffrey M. Singletary, Esq.   jsingletary@swlaw.com
- Counsel for United Commercial Bank - Curtis C. Jung, Esq.   curtis@jyllp.com

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

AGONZALEZ\ 682194.6

**F 9013-3.1**