Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910; Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
          jdulberg@pszjlaw.com

Surjit P. Soni (CA Bar No. 127419)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, California 91101
Telephone: 626/683-7600; Facsimile: 626/683-1199
E-mail: surj@sonilaw.com

Counsel for Co-Proponent, Legendary Investors Group No. 1, LLC

Curtis C. Jung, Esq. (CA Bar No. 130657)
Monica H. Lin, Esq. (CA Bar No. 237343)
JUNG & YUEN, LLP
888 South Figueroa Street, Suite 720
Los Angeles, California 90017
Telephone: 213/689-8880; Facsimile: 213/689-8887
E-mail: curtis@jyllp.com

Elmer Dean Martin III, Esq. (CA Bar No. 75517)
22632 Golden Springs Dr., Suite 190
Diamond Bar, California 91765
Telephone: 909/861-6700; Facsimile: 909/860-3801
E-mail: elmer@bankruptcytax.net

Counsel for Co-Proponent, East West Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al.,<br>        Debtors.<br>☒ Affects all Debtors<br>☐ Affects the following Debtor(s): | Case No. 1:09-bk-13356-KT<br><br>Chapter 11 (Jointly Administered)<br><br>**SUBMISSION OF REDLINE OF AMENDED DISCLOSURE STATEMENT FOR LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 3, 2010**<br><br>Disclosure Statement Hearing Date & Location:<br><br>Date: October 15, 2010<br>Time: 10:30 a.m.<br>Place: 21041 Burbank Blvd. Ctrm. 301<br>        Woodland Hills, California |
|---|---|

Attached hereto is a redline of *Amended Disclosure Statement For Legendary Investors Group No. 1, LLC's and East West Bank's Second Amended Joint Chapter 11 Plan Of Reorganization Dated September 3, 2010* which redline reflects changes as compared to *Disclosure*

52010-001\DOCS_LA:226533.1

*Statement For Legendary Investors Group No. 1, LLC's and East West Bank's Modified Second Amended Joint Chapter 11 Plan Of Reorganization Dated September 3, 2010* filed herein on September 3, 2010 [Docket No. 1785].

Dated: October 14, 2010     PACHULSKI STANG ZIEHL & JONES LLP

By     /s/ *Jeffrey W. Dulberg*
       ───────────────────────
       Jeremy V. Richards
       Jeffrey W. Dulberg
       Counsel for Co-Proponent, Legendary
       Investors Group No. 1, LLC