JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

**FILED & ENTERED**

**OCT 19 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cetulio    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC., et al.,[1]

    Debtors and Debtors-in-Possession.

☑ Affects all Debtors

☐ Affects the following Debtor(s):

Case No. 1:09-bk-13356-KT
Chapter 11 (Jointly Administered)

**ORDER SETTING (1) SOLICITATION AND VOTING DEADLINES, (2) FOR VOTING PURPOSES, DEADLINES FOR FILING OBJECTIONS TO CLAIMS AND FOR FILING MOTIONS FOR ESTIMATION OF CLAIMS, (3) BRIEFING AND DISCOVERY DEADLINES, AND (4) THE DATE FOR COMMENCEMENT OF HEARING ON CONFIRMATION OF PLANS PROPOSED BY (A) THE DEBTORS, (B) LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK, AND (C) CHARLESTOWN CAPITAL ADVISORS, LLC, AND HARTLAND ASSET MANAGEMENT CORPORATION**

Date: October 15, 2010
Time: 10:30 a.m.
Place: Courtroom 301
       21041 Burbank Blvd.
       Woodland Hills, California

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

360479.01 [XP]    25195

On July 30, 2010, the Court heard and considered the *Motion for Order (1) Approving Plan Solicitation, Notice and Voting Procedures, (2) Approving Forms of Notice and Ballots and (3) Establishing Plan Confirmation Procedures* (the "Procedures Motion") filed by the above-captioned debtors and debtors-in-possession (collectively the "Debtors"), the Honorable Kathleen Thompson, United States Bankruptcy Judge, presiding. The hearing on the Procedures Motion was continued from time to time, and a final hearing was held on October 15, 2010. Appearances were as noted on the record at the time of the hearings.

The Court having considered the Motion and subsequent proposals made by the parties with regard to, among other things, deadlines for the filing of briefs in support of and opposition to the proposed Chapter 11 plans for which disclosure statements have been approved by the Court, and the commencement of the hearing on confirmation of such plans, for good cause appearing,

**IT IS ORDERED THAT:**

1. Subject to further order of the Court, the dates and deadlines set forth herein are adopted by the Court in connection with the requests by (a) the Debtors, (b) Legendary Investors Group No. 1, LLC, and East West Bank (collectively "Legendary/EWB"), and (c) Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation (collectively "Charlestown"), for confirmation of their proposed Chapter 11 plans filed in these cases (collectively the "Proposed Plans"). The confirmation briefs to be filed by plan proponents on or before December 3, 2010, shall constitute motions by such parties for confirmation of their respective Proposed Plans.

**STATUS CONFERENCE AND CONFIRMATION HEARING**

2. An initial status conference shall be held on <u>November 1, 2010, at 9:30 a.m.</u>, in Courtroom 301, 21041 Burbank Boulevard, Woodland Hills, California, to discuss, among other things, the schedule set forth herein and procedures for discovery and trial.

3. The hearing on confirmation of the Proposed Plans shall commence on <u>January 26, 2011, at 9:30 a.m.</u>, or at such other date and time as may be posted on Pacer or the court's website, in Courtroom 301, 21041 Burbank Boulevard, Woodland Hills, California.

360479.01 [XP]       25195

**PLAN SOLICITATION AND VOTING DEADLINES**

4. The date by which notice must be served, by regular mail, of the time for filing objections to confirmation of the proposed plans and of the hearing on confirmation of the plans, together with the solicitation package containing those items identified in the Court's separate order to be entered establishing a record date and approving plan solicitation, notice and voting procedures (the "Separate Solicitation Order"), is October 22, 2010.

5. The date and time by which holders of claims and interests must submit their completed ballots to Kurtzman Carson Consultants (the "Balloting Agent") shall be November 22, 2010, at 4:00 p.m. Pacific Time (the "Balloting Deadline"). Completed ballots must be *received* by the Balloting Agent by the Balloting Deadline in a manner authorized by the Separate Solicitation Order. If a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot shall not be counted unless the Court orders otherwise. If more than one ballot is received from a holder with respect to a particular claim or interest, the last dated ballot received prior to the Balloting Deadline shall be counted.

6. The date by which the Balloting Agent shall report the balloting results to the plan proponents, the Official Committee of Unsecured Creditors, and the Official Committee of Equity Security Holders, shall be November 29, 2010.

7. The date by which the Balloting Agent shall file ballot summaries with the Court shall be December 3, 2010.

**BRIEFS TO BE FILED IN SUPPORT OF AND IN OPPOSITION TO CONFIRMATION OF THE PROPOSED PLANS, AND DISCOVERY CUTOFF**

8. On or before November 19, 2010, parties intending to file objections to confirmation of one or more of the proposed plans shall file a bullet-point list of dispositive objections that they intend to make to each of the proposed plans. The list is intended to provide the Court and parties in interest with a preview of objections that the party intends to raise to confirmation of the plans, to enable the plan proponents an opportunity to address such objection(s) in their opening briefs. The list is not a substitution for the parties' formal written briefs in support of or in opposition to

1  confirmation of the plans.  Objecting parties are expected to proceed in good faith and attempt to
2  identify with reasonable particularity the objections that they intend to raise; however, the failure of
3  a party to identify an objection in the bullet-point list shall not preclude that party from raising the
4  objection in its formal opposition brief.

5        9.       On or before <u>December 3, 2010</u>, the Debtors, Legendary/EWB and Charlestown
6  shall file written briefs in support of confirmation of their respective proposed plans, together with
7  supporting declarations and expert reports.  The 35-page limit otherwise applicable to briefs filed
8  with the Court pursuant to Local Bankruptcy Rule 9013-2(b)(1) is expanded to 45 pages.

9       10.      On or before <u>December 23, 2010</u>, parties objecting to confirmation of one or more
10 of the proposed plans shall file written opposition briefs, together with supporting declarations and
11 expert reports.  The 35-page limit otherwise applicable to briefs filed with the Court pursuant to
12 Local Bankruptcy Rule 9013-2(b)(1) is expanded to 45 pages.

13      11.      The deadline for completion of discovery shall be <u>January 7, 2011</u>.

14      12.      On or before <u>January 14, 2011</u>, parties shall file written reply briefs in support of
15 confirmation and responding to the opposition briefs filed on or before December 23, 2010.  The
16 35-page limit otherwise applicable to briefs filed with the Court pursuant to Local Bankruptcy Rule
17 9013-2(b)(1) is expanded to 45 pages.

## DEADLINES FOR OBJECTIONS TO CLAIMS AND MOTIONS FOR ESTIMATION OF CLAIMS FOR SUCH OBJECTIONS AND MOTIONS TO AFFECT VOTING

21      13.      The date by which parties in interest shall file objections to claims and interests for
22 such objections to affect claimants' or interest holders' votes on the Proposed Plans is <u>October 22,</u>
23 <u>2010</u>.  If an objection to allowance to the entirety of a claim or interest is timely filed, the claim or
24 interest objected to shall be deemed disallowed pending the allowance or estimation of the claim or
25 interest by the Court.  If an objection to allowance of a portion of a claim or interest is timely filed,
26 the claim or interest objected to shall be deemed disallowed as to the portion objected to pending
27 the allowance or estimation of the claim or interest by the Court.

360479.01 [XP]    25195

14. The date by which parties must file motions for estimation of claims in order for the resolution of such motions to affect a claimant's or interest holder's ability to vote for or against the Proposed Plans, or the amount of such claim or interest for purposes of voting, is <u>November 9, 2010</u>.

# # # # #

DATED: October 19, 2010

_Kathleen Thompson_
United States Bankruptcy Judge

- 5 -

360479.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the documents described as follows: **ORDER SETTING (1) SOLICITATION AND VOTING DEADLINES, (2) FOR VOTING PURPOSES, DEADLINES FOR FILING OBJECTIONS TO CLAIMS AND FOR FILING MOTIONS FOR ESTIMATION OF CLAIMS, (3) BRIEFING AND DISCOVERY DEADLINES, AND (4) THE DATE FOR COMMENCEMENT OF HEARING ON CONFIRMATION OF PLANS PROPOSED BY (A) THE DEBTORS, (B) LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK, AND (C) CHARLESTOWN CAPITAL ADVISORS, LLC, AND HARTLAND ASSET MANAGEMENT CORPORATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 18, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail:
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 301, Woodland Hills, CA 91367

Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

- 6 -

360479.01 [XP]    25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |

<u>Via E-Mail</u>
Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
George T Busu    george.busu@limruger.com
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold    courts@argopartners.net
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer    wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Lewis R Landau    lew@landaunet.com
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Robert M Llewellyn    michael.llewellyn@boe.ca.gov

☒ Service information continued on attached page

- 7 -

360479.01 [XP]        25195

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Daniel H Reiss    dhr@lnbrb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
James S Riley    tgarza@sierrafunds.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel    blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege    csteege@jenner.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 18, 2010 | John N. Tedford, IV | */s/ John N. Tedford, IV* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

- 8 -

360479.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER 1:09-bk-13356-KT |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER SETTING (1) SOLICITATION AND VOTING DEADLINES, (2) FOR VOTING PURPOSES, DEADLINES FOR FILING OBJECTIONS TO CLAIMS AND FOR FILING MOTIONS FOR ESTIMATION OF CLAIMS, (3) BRIEFING AND DISCOVERY DEADLINES, AND (4) THE DATE FOR COMMENCEMENT OF HEARING ON CONFIRMATION OF PLANS PROPOSED BY (A) THE DEBTORS, (B) LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK, AND (C) CHARLESTOWN CAPITAL ADVISORS, LLC, AND HARTLAND ASSET MANAGEMENT CORPORATION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 18, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
George T Busu    george.busu@limruger.com
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)

☒Service information continued on attached page

360479.01 [XP]    25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. | Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |

1
2
3  Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
   Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
4  Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
   Matthew A Gold    courts@argopartners.net
5  Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
   John A Graham    jag@jmbm.com
6  Ofer M Grossman    omglaw@gmail.com
   Jodie M Grotins    jgrotins@mcguirewoods.com
7  Peter J Gurfein    pgurfein@lgbfirm.com
   Cara Hagan, carahagan@haganlaw.org
8  Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
   Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
9  David W Hercher    dave.hercher@millernash.com
   William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
10 Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
   William H. Kiekhofer    wkiekhofer@mcguirewoods.com (counsel for Esmark)
11 Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
   Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
12 Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
   Lewis R Landau    lew@landaunet.com
13 Matthew A Lesnick    matt@lesnicklaw.com
   David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
14 Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
   Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
15 Robert M Llewellyn    michael.llewellyn@boe.ca.gov
   Richard Malatt, rmalatt@gmail.com (counsel for interested party)
16 Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
   Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
17 Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
   Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
18 Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
   Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
19 Christopher E Prince    cprince@lesnickprince.com
   Michael H Raichelson    mhr@cabkattorney.com
20 Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
   Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
21 Daniel H Reiss    dhr@lnbrb.com
   Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
22 Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
   James S Riley    tgarza@sierrafunds.com
23 Martha E Romero    Romero@mromerolawfirm.com
   Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
24 Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
   Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
25 Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
   Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
26 Bennett L Spiegel    blspiegel@jonesday.com
   James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
27
                                                          ☒ Service information continued on attached page
28

- 10 -

360479.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

Catherine Steege  csteege@jenner.com
Derrick Talerico  dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer  dthayer@jenner.com
James A Timko  jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian  rvarozian@bzlegal.com
Jason L Weisberg  jason@gdclawyers.com
William E Winfield  wwinfield@nchc.com
Jasmin Yang  jyang@swlaw.com

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐  Service information continued on attached page

360479.01 [XP]    25195