Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
Dean G. Rallis Jr. (CA Bar No. 94266)
  drallis@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
  ahami@sulmeyerlaw.com
**SulmeyerKupetz**
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone:  213.626.2311
Facsimile:   213.629.4520

Bankruptcy Counsel for the Official
Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors. | Case No. 1:09-bk-13356 KT<br><br>Chapter 11<br><br>**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF "MOTION TO RECONSIDER ORDER APPROVING THE DEBTORS' AMENDED DISCLOSURE STATEMENT" FILED BY THE EQUITY COMMITTEE**<br><br>[Relates to Dkt. No. 1999]<br><br>DATE:  November 10, 2010<br>TIME:  9:30 a.m.<br>PLACE: Courtroom 301 |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359- KT; 1:09-bk-13360 -KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk- 3370-KT; 1:09- bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-1378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382- KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk- 13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09- bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1 :09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403 -KT. 1:09-bk-13404-KT; 1:09-bk-13405- KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

688605.1

The Official Committee of Unsecured Creditors (the "Creditors' Committee") in the above-captioned, jointly administered cases of Meruelo Maddux Properties, Inc., *et al.*, (collectively, the "Debtors"), hereby submits the following statement in support of the *"Notice of Motion and Motion to Reconsider Order Approving the Debtors' Amended Disclosure Statement"* (the "Motion"), filed by the Official Committee of Equity Holders (the "Equity Committee").

Though the interests of the unsecured creditors are not directly affected by the Voting Condition (as defined in the Motion),[2] the Creditors' Committee supports the Motion on the basis that the Voting Condition (as defined in the Motion) in the Debtors' Plan is offensive to the reorganization process. Members of an official committee (creditors or equity) don two hats — one, as a fiduciary to the constituents represented by the committee; the other, as an individual holding an interest within the constituent body. The Voting Condition eviscerates this distinction recognized under the Bankruptcy Code and relevant case authorities. As proposed, each member of the Equity Committee can no longer exercise its (i) individual right to vote on each of the competing plans and, separately, (ii) fiduciary duty to the body of non-insider shareholders. Each Equity Committee member now must decide either to cast its vote based on its individual assessment of the competing plans without regard to (and likely to the detriment of)[3] the Equity Committee's constituents (*i.e.*, if the Voting Condition is triggered, the Equity Committee's right to select three board members of the reorganized MMPI is negated), or vote to accept and solely prefer the Debtors' Plan, preserving the Equity Committee's right to select three board members for the benefit of all non-insider shareholders, without

---

[2] Under the Debtors' plan, unsecured creditors will receive payment in full, plus interest, within thirty days after the Effective Date. The Voting Condition does not affect this provision. However, for those unsecured creditors who wish to continue work for the reorganized debtors post-confirmation, the constitution of the governing board of the reorganized debtors may certainly impact these prospective business relationships.

[3] Though it is presently uncertain, based on the Equity Committee's exclusive support of the Charlestown Plan, it seems likely that the non-insider shareholders, including members of the Equity Committee, will vote to reject the Debtors' Plan.

1 regard to the member's individual interests. The Court should not condone this provision,
2 which distorts the rights and duties of the members of the Equity Committee.
3 Accordingly, the Creditors Committee, as one of the fiduciary's in these cases[4] supports
4 the Motion.

6 DATED: October 27, 2010          **Sulmeyer**Kupetz
                                    A Professional Corporation

8                                   By:  /s/ Dean G. Rallis Jr.
9                                        Dean G. Rallis Jr.
                                         Bankruptcy Counsel for the Official
10                                       Committee of Unsecured Creditors

---

[4] Oddly, MMPI, which is also a fiduciary, is inexplicably untroubled about not preserving the integrity of this process.

688605.1                                      3

| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al. | | CHAPTER: 11 |
|---|---|---|
| | Debtors. | CASE NUMBER: 1:09-bk-13356 KT<br>(Jointly Administered) |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document described as "**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING "MOTION TO RECONSIDER ORDER APPROVING THE DEBTORS' AMENDED DISCLOSURE STATEMENT" FILED BY THE EQUITY COMMITTEE**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 27, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Office of the United States Trustee — ustpregion16.wh.ecf@usdoj.gov
- Jennifer L. Braun, Esq. – Office of the U.S. Trustee — jennifer.l.braun@usdoj.gov
- Counsel for Debtors – John N. Tedford, Esq. — jtedford@dgdk.com
- Counsel for Debtors – John J. Bingham, Jr., Esq. — jbingham@dgdk.com
- Counsel for Debtors – Aaron De Leest, Esq. — aed@dgdk.com
- Counsel for Debtors – Michael C. Abel, Esq. — mca@dgdk.com
- Counsel for Debtors – Julia W. Brand, Esq. — jwb@dgdk.com
- Counsel for Debtors – Jennifer L. Nassiri, Esq. — jennifer.nassiri@dlapiper.com
- Counsel for Debtors – Enid M Colson — ecolson@linerlaw.com
- Counsel for Debtors – Zev Shechtman, Esq. — zshechtman@dgdk.com
- Counsel for Debtors – Natasha L. Johnson, Esq. — natasha.johnson@dlapiper.com
- Counsel for Creditors' Committee – Alan G. Tippie, Esq. — atippie@sulmeyerlaw.com
- Counsel for Creditors' Committee – Victor A. Sahn, Esq. — vsahn@sulmeyerlaw.com
- Counsel for Creditors' Committee – Dean G. Rallis, Jr., Esq. — drallis@sulmeyerlaw.com
- Counsel for Creditors' Committee – Asa S. Hami, Esq. — ahami@sulmeyerlaw.com
- Counsel for Creditors' Committee – Tamar Kouyoumjian, Esq. — tkouyoumjian@sulmeyerlaw.com
- Counsel for Creditors' Committee – Lewis R Landau, Esq. — lew@landaunet.com
- Counsel for Bank of America – Donald L. Gaffney, Esq. — dgaffney@swlaw.com
- Counsel for Bank of America – Eric S. Pezold, Esq. — epezold@swlaw.com
- Counsel for Bank of America – Jasmin Yang, Esq. — jyang@swlaw.com
- Counsel for California Bank & Trust – Brian T. Harvey, Esq. — bharvey@buchalter.com
- Counsel for California Bank & Trust – Daniel H. Slate, Esq. — dslate@buchalter.com
- Counsel for California Bank & Trust – Alexandra Kazhokin, Esq. — akazhokin@buchalter.com
- Counsel for Can Partners Realty Holding Co. – Lance N. Jurich, Esq. — ljurich@loeb.com
- Counsel for Capmark Finance Inc. – Thomas M. Geher, Esq. — tmg@jmbm.com
- Counsel for Capmark Finance Inc. – John A. Graham, Esq. — jag@jmbm.com
- Counsel for Cathay Bank – Michael G. Fletcher, Esq. — mfletcher@Frandzel.com
- Counsel for Cathay Bank – Bernard R. Given, Esq. — bgiven@frandzel.com
- Counsel for Charlestown Cap. Advisors – Christopher E. Prince, Esq. — cprince@lesnickprince.com
- Counsel for Chinatrust Bank – Steven K. Linkon, Esq. — slinkon@rcolegal.com
- Counsel for East West Bank – Iain A.W. Nasatir, Esq. — inasatir@pszjlaw.com
- Counsel for East West Bank – James I. Stang, Esq. — jstang@pszjlaw.com
- Counsel for Esmark, Inc. – Jodie M. Grotins, Esq. — jgrotins@mcguirewoods.com
- Counsel for Esmark, Inc. – William H. Kiekhofer, III Esq. — wkiekhofer@mcguirewoods.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
KFOX\ 683272.1

F 9013-3.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtors. | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356 KT<br>(Jointly Administered) |
|---|---|

- Counsel for FNBN-CMLCON I LLC – David E. Leta, Esq. — dleta@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Michael B. Reynolds, Esq. — mreynolds@swlaw.com
- Counsel for FNBN-CMLCON I LLC – Stephen Shiu, Esq. — sshiu@swlaw.com
- Counsel for Natividad Gonzales – Jeffrey S. Shinbrot, Esq. — shinbrot@earthlink.net
- Counsel for Imperial Capital Bank - Andrew F. Kim, Esq. — Kim-A@BlankRome.com
- Counsel for Imperial Capital Bank - Sara Chenetz, Esq. — chenetz@blankrome.com
- Counsel for Kennedy Funding, Inc. – Howard Camhi, Esq. — hcamhi@ecjlaw.com
- Counsel for Kennedy Funding, Inc. – Michael S. Kogan, Esq. — mkogan@ecjlaw.com
- Counsel for L.A. County Metro Trans. Authority – Michaeline H. Correa, Esq. — mcorrea@jonesday.com
- Counsel for Pacific Commerce Bank – Ronald R. Cohn, Esq. — rcohn@horganrosen.com
- Counsel for PNL Pomona, L.P. – Cara J Hagan, Esq. — carahagan@haganlaw.org
- Counsel for PNL Pomona, L.P. – Tracy L. Spies, Esq. — tracie@haganlaw.org
- Counsel for Roofcorp of CA, Inc. – Jason L. Weisberg, Esq. — jason@gdclawyers.com
- Counsel for San Bernardino County Tax Collector – Martha E. Romero, Esq. — Romero@mromerolawfirm.com
- Counsel for Stanford Group, LP – Michael H. Raichelson, Esq. — mhr@cabkattorney.com
- Counsel for United Commercial Bank/East West Bank – Elmer D. Martin, Esq. — elmermartin@msn.com
- Counsel for Woodland Farms, Inc. – James E. Carlberg, Esq. — jcarlberg@boselaw.com
- Counsel for Creditors Vahan and Anoush Chamlian – Rouben Varozian, Esq. — rvarozian@bzlegal.com
- Courtesy NEF –Robert Abiri, Esq. — rabiri@abiriszeto.com
- Courtesy NEF – Peter Bonfante, Esq. — peterbonfante@bsalawfirm.com
- Courtesy NEF – Martin J. Brill, Esq. — mjb@lnbrb.com
- Courtesy NEF –George T. Busu, Esq. — George.busu@limruger.com
- Courtesy NEF –Daniel Denny, Esq. — ddenny@gibsondunn.com
- Courtesy NEF –Barry V. Freeman, Esq. — bvf@jmbm.com
- Courtesy NEF – Barry S. Glaser, Esq. — bglaser@swjlaw.com
- Courtesy NEF – Michael I. Gottfried, Esq. — mgottfried@lblawllp.com
- Courtesy NEF – Ofer M. Grossman, Esq. — omglaw@gmail.com
- Courtesy NEF – Peter J. Gurfein, Esq. — pgurfein@lgbfirm.com
- Courtesy NEF – Katherine Lien, Esq. — katie.lien@sbcglobal.net
- Courtesy NEF – Richard Malatt, Esq. — rmalatt@gmail.com
- Courtesy NEF – Lawrence Peitzman, Esq. — lpeitzman@pwkllp.com
- Courtesy NEF – Craig M. Rankin, Esq. — cmr@lnbrb.com
- Courtesy NEF – Surjit P. Soni, Esq. — surjit@sonilaw.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On October 27, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 305
Woodland Hills, CA  91367-6606

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
KFOX\ 683272.1

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC. | Debtors. | CASE NUMBER: 1:09-bk-13356 KT (Jointly Administered) |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on October 27, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

- Counsel for FNBN-CMLCON I LLC – Jeffrey M. Singletary, Esq.    jsingletary@swlaw.com
- Counsel for United Commercial Bank - Curtis C. Jung, Esq.    curtis@jyllp.com

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 27, 2010 | Kathleen Fox | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
KFOX\ 683272.1

F 9013-3.1