

**FILED & ENTERED**

**NOV 15 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY harraway DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Meruelo Maddux Properties Inc a DE Corp,<br><br><br><br><br><br>Debtor(s). | Case No: 1:09-bk-13356-KT<br><br>Chapter: 11<br><br>TENTATIVE RULING ADOPTED BY THE COURT AS ITS FINDINGS AND CONCLUSIONS IN ADDITION TO ANY FURTHER FINDINGS AND CONCLUSIONS ANNOUNCED IN COURT<br><br>Date:     November 10, 2010<br>Time:     9:30 a.m.<br>Location: Courtroom 301<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA 91367 |

    While it is interesting to speculate about motives and to try on labels like "retaliatory" action and "spiteful" amendments, it is not necessary to reach a conclusion about motives or to adopt labels in order to rule on the pending motion. After due consideration, the court determines that the motion to strike the Voting Condition from the Debtors' Plan should be granted.

    This ruling is necessary even though elimination of the Voting Condition will result in either a specific detriment or a specific benefit to the OEC and potentially to minority equity holders, depending on the tally of the votes of individual committee members.

The Debtors are correct in their statement that the Court heard the arguments of the OEC at the hearing on October 6 and approved the Debtors' Disclosure Statement notwithstanding those arguments.  The court's approval was expressly on the grounds that the Disclosure Statement contained an accurate description of the provision at issue.

It is not correct to state that the Court overruled the OEC's arguments.  In fact, the court noted that the dispute over the insertion of the Voting Condition and its consequences was a matter to be considered further at confirmation.  This is still true.  Nonetheless, additional consideration and review, prior to the deadline for voting, is appropriate.

Two particular circumstances support reconsideration.  First, the Voting Condition was inserted into the Debtors' Disclosure Statement on October 5, 2010, only one day before the continued hearing on approval.  Second, the laborious process of approving disclosure statements for three continually changing, competing plans had been pushed to its limit.  If solicitation packages were to be sent out under the schedule proposed by all of the constituent parties, approval or final disapproval on October 6 was imperative in order to then address and approve the parties' solicitation letters before the mailing deadline.

Now, with time for suitable briefing and analysis, the impact of the Voting Condition on voting rights of individual members of the committee should be addressed.

No one disagrees that the individual members of the OEC are free to cast their votes under any plan in accordance with their individual interests.  No one disagrees that in doing so, the individual members of the OEC will not violate their duties as members of a group which has fiduciary responsibilities to equity holders.  This is true in every case in which a committee is involved.

The Voting Condition improperly links a committee member's duty to all shareholders to her duty to self.  In doing so, both duties are compromised.  If a committee member wants to

vote in favor of the Debtor's plan, the responsibilities are in sync. However, if a committee member wants to vote against her treatment in the Debtors' plan, the consequence of doing so may cause direct harm to all other shareholders. Because the impact of a single committee member's vote might be enough to trigger the Voting Condition one way or the other, members might feel compelled to meet and confer about the consequences to equity of one or another's individual vote. This is not acceptable.

The Voting Condition improperly impairs voting rights under 11 U.S.C. §1126(a)(1) for members of the OEC. The court leaves consideration of the Voting Condition under 1129(a)(3) to the plan confirmation process.

DATED: November 15, 2010

_____
Kathleen Thompson
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____TENTATIVE RULING ADOPTED BY THE COURT
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 11/15/10 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

Case 1:09-bk-13356-KT    Doc 2212    Filed 11/15/10    Entered 11/15/10 12:42:18    Desc
Main Document      Page 5 of 8

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| <ul><li>Michael C Abel   mca@dgdk.com</li><li>Robert Abiri   rabiri@abiriszeto.com</li><li>Allison R Axenrod   allison@claimsrecoveryllc.com</li><li>John J Bingham   jbingham@dgdk.com</li><li>William C Bollard   eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com</li><li>Peter Bonfante   peterbonfante@bsalawfirm.com</li><li>Julia W Brand   jwb@dgdk.com</li><li>Jennifer L Braun   jennifer.l.braun@usdoj.gov</li><li>Martin J Brill   mjb@lnbrb.com</li><li>George T Busu   george.busu@limruger.com</li><li>Andrew W Caine   acaine@pszyjw.com</li><li>Howard Camhi   hcamhi@ecjlaw.com</li><li>Gary O Caris   gcaris@mckennalong.com, pcoates@mckennalong.com</li><li>James E Carlberg   jcarlberg@boselaw.com</li><li>Sara Chenetz   chenetz@blankrome.com</li><li>Jacquelyn H Choi   jchoi@swjlaw.com</li><li>Ronald R Cohn   rcohn@horganrosen.com</li><li>Enid M Colson   emc@dgdk.com, ecolson@dgdk.com</li><li>Michaeline H Correa   mcorrea@jonesday.com</li><li>Ana Damonte   ana.damonte@pillsburylaw.com</li><li>Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com</li><li>Susan S Davis   sdavis@coxcastle.com</li><li>Aaron De Leest   aed@dgdk.com</li><li>Daniel Denny   ddenny@gibsondunn.com</li><li>Jeffrey W Dulberg   jdulberg@pszjlaw.com</li><li>Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com</li><li>Barry V Freeman   bvf@jmbm.com, bvf@jmbm.com</li><li>Donald L Gaffney   dgaffney@swlaw.com</li><li>Thomas M Geher   tmg@jmbm.com</li><li>Bernard R Given   bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com</li><li>Barry S Glaser   bglaser@swjlaw.com</li><li>Matthew A Gold   courts@argopartners.net</li><li>Michael I Gottfried   mgottfried@lgbfirm.com, msaldana@lgbfirm.com</li></ul> | David P Beitchman<br>16130 Ventura Blvd Ste 570<br>Encino, CA 91436<br><br>Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108<br><br>Arthur J Hazarabedian<br>California Eminent Domain Law Group<br>3429 Ocean View Blvd Ste L<br>Glendale, CA 91208<br><br>Ronald Orr<br>Ronald Orr & Professionals, Inc.<br>578 Washington Blvd., #389<br>Marina Del Rey, CA 90292<br><br>Michael Portner<br>Portner Law Offices<br>900 Wilshire Blvd Ste 1115<br>Los Angeles, CA 90017<br><br>Riverside Claims LLC<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024<br><br>SCS Flooring Systems<br>C/O Raymond Myer Esq<br>1220 1/2 State St<br>Santa Barbara, CA 93101 |

| | |
|---|---|
| <ul><li>John A Graham    jag@jmbm.com</li><li>Ofer M Grossman    omglaw@gmail.com</li><li>Jodie M Grotins    jgrotins@mcguirewoods.com</li><li>Peter J Gurfein    pgurfein@lgbfirm.com</li><li>Cara J Hagan    carahagan@haganlaw.org</li><li>Asa S Hami    ahami@sulmeyerlaw.com</li><li>Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com</li><li>Robert A Hessling    rhessling@dgdk.com</li><li>William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com</li><li>Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com</li><li>William H. Kiekhofer    wkiekhofer@mcguirewoods.com</li><li>Andrew F Kim    kim-a@blankrome.com</li><li>Michael S Kogan    mkogan@ecjlaw.com</li><li>Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com</li><li>Lewis R Landau    lew@landaunet.com</li><li>Matthew A Lesnick    matt@lesnicklaw.com</li><li>David E Leta    dleta@swlaw.com, wsmart@swlaw.com</li><li>Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com</li><li>Steven K Linkon    slinkon@rcolegal.com</li><li>Robert M Llewellyn    michael.llewellyn@boe.ca.gov</li><li>Richard Malatt    rmalatt@gmail.com</li><li>Elmer D Martin    elmermartin@gmail.com</li><li>Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com</li><li>Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com</li><li>Jeffrey P Nolan    jnolan@pszjlaw.com</li><li>Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com</li><li>Lawrence Peitzman    lpeitzman@pwkllp.com</li><li>Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com</li><li>Christopher E Prince    cprince@lesnickprince.com</li><li>Michael H Raichelson    mhr@cabkattorney.com</li><li>Dean G Rallis Jr    drallis@sulmeyerlaw.com</li><li>Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com</li><li>Craig M Rankin - DECEASED -    cmr@lnbrb.com</li><li>Daniel H Reiss    dhr@lnbrb.com</li><li>Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com</li><li>Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com</li></ul> | Larry E Wasserman<br>Law Offices of Larry E Wasserman<br>12800 Riverside Dr<br>3rd fl<br>Studio City, CA 91607 |

- 6 -

- James S Riley     tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

1 | Category III (To be served by the lodging party).