1  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *JTedford@DGDK.com*
2  ENID M. COLSON (State Bar No. 189912)
   *EColson@DGDK.com*
3  MICHAEL C. ABEL (State Bar No. 187743)
   *MAbel@DGDK.com*
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California  90067-2904
   Telephone:  (310) 277-0077
6  Facsimile:  (310) 277-5735

7  Attorneys for Meruelo Maddux Properties, Inc., and
   affiliated Debtors and Debtors-in-Possession

8                **UNITED STATES BANKRUPTCY COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10               **SAN FERNANDO VALLEY DIVISION**

11  In re                              ) Case No. 1:09-bk-13356-KT
                                       )
12  MERUELO MADDUX PROPERTIES,         ) Chapter 11 (Jointly Administered)
    INC., et al.,[1]                   )
13                                     ) **STIPULATION RE: DEBTORS' MOTION**
              Debtors and Debtors-in-  ) **FOR ORDER DISALLOWING CLAIM NO.**
14            Possession.              ) **43 FILED BY GRAND AVENUE LOFTS,**
                                       ) **HOMEOWNERS ASSOCIATION IN ITS**
15                                     ) **ENTIRETY AND MOTION FOR ORDER**
                                       ) **DISALLOWING CLAIMS NOS. 3 AND 6**
16  ☐    Affects all Debtors           ) **FILED BY GRAND AVENUE LOFTS,**
                                       ) **HOMEOWNERS ASSOCIATION AS**
17  ☑    Affects the following Debtor(s): ) **SECURED CLAIMS**
                                       )
18  *Meruelo Maddux Properties, Inc.*  ) Current Hearing Date & Time:
    *(1:09-bk-13356-KT);*              ) Date:      November 24, 2010
19                                     ) Time:      9:30 a.m.
    *Merco Group – Little J, LLC*      )
20  *(1:09-bk-13405-KT);*             ) Proposed Continued Hearing Date & Time
                                       ) Date:      December 16, 2010
21  *Merco Group – Southpark, LLC*     ) Time:      2:00 p.m.
    *(1:09-bk-13407-KT)*              ) Place:     Courtroom1675
22                                     )            255 East Temple Street
                                                    Los Angeles, California
23

24  _____

        [1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by
25  affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-
    KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-
26  13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-
    bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT;
    1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-
27  KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-
    13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-
    bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT;
28  1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-
    KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

1       Meruelo Maddux Properties, Inc. ("MMPI"), Merco Group – Little J, LLC ("Little J") and

2 Merco Group – Southpark, LLC ("Southpark" and, collectively with MMPI, and Little J, the

3 "Debtors"), on the one hand, and Grand Avenue Lofts Homeowners Association ("Grand Ave

4 HOA" and together with the Debtor, the "Parties"), on the other hand, by and through counsel,

5 request that the Court approve this within stipulation of the Parties.

6

7                                 **STIPULATION**

8       A.     On March 26 and 27, 2009, the Debtors filed voluntary petitions for relief under

9 Chapter 11 of Title 11 of the United States Code.  Pursuant to the Court's ruling on March 30,

10 2009, the Debtors' bankruptcy cases are being jointly administered under case no. 1:09-bk-13356-

11 KT.  The Debtors continue to operate their business affairs as debtors-in-possession pursuant to the

12 authority granted under §§ 1107 and 1108 of the Code.

13       B.     On October 22, 2010, the Debtors filed their *Motion for Order Disallowing Claim*

14 *No. 43 Filed by Grand Avenue Lofts, Homeowners Association in its Entirety and Motion for Order*

15 *Disallowing Claims Nos. 3 and 6 Filed by Grand Avenue Lofts, Homeowners Association as*

16 *Secured Claims* (the "Objection") (*docket entry no*. 2078) and a separate Notice of Objection to

17 Claim (docket entry no. 2080).

18       C.     The Objection is set for hearing on November 24, 2010 at 9:30 a.m

19       D.     Since the filing of the Objection, the Parties have engaged in discussions to resolve

20 the Objection via a stipulation but require additional time to finalize such a stipulation.  Therefore,

21 the Parties have agreed that the hearing on the Objection should be continued to December 16,

22 2010 at 2:00 p.m. and the deadline for Grand Ave HOA to respond to the Objection should be

23 continued to December 2, 2010 to allow the Parties additional time to finalize their agreement

24 resolving the Objection.

25       **WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

26       1.     The hearing on the Objection shall be continued from November 24, 2010, to

27 December 16, 2010 at 2:00 p.m..

28

1        2.        Grand Ave HOA's deadline to respond to the Objection shall be continued from

2    November 10, 2010 to December 2, 2010.

3

4

5    Dated: November *17*, 2010                 DANNING, GILL, DIAMOND & KOLLITZ, LLP

6

7                                                         By: _____

8                                                              Enid M. Colson
                                                               Attorneys for Meruelo Maddux Properties,
9                                                              Inc., and affiliated Debtors and Debtors-in-
                                                               Possession
10

11   Dated: November __, 2010                    ERVIN COHEN & JESSUP, LLP

12

13

14                                                        By: _____
                                                               Howard I. Camhi
15                                                             Attorneys for Grand Avenue Lofts
                                                               Homeowners Association.

16

17

18

19

20

21

22

23

24

25

26

27

28

361741.01 [XP]      25195

1    2.    Grand Ave HOA's deadline to respond to the Objection shall be continued from

2  November 10, 2010 to December 2, 2010.

3

4

5  Dated: November __, 2010                 DANNING, GILL, DIAMOND & KOLLITZ, LLP

6

7

8                                          By: _____
                                               Enid M. Colson
9                                              Attorneys for Meruelo Maddux Properties,
                                               Inc., and affiliated Debtors and Debtors-in-
10                                             Possession

11  Dated: November 17, 2010                ERVIN COHEN & JESSUP, LLP

12

13

14                                          By: _____
                                               Howard I. Camhi
15                                             Attorneys for Grand Avenue Lofts
                                               Homeowners Association.

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

361741.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **STIPULATION RE: DEBTORS' MOTION FOR ORDER DISALLOWING CLAIM NO. 43 FILED BY GRAND AVENUE LOFTS, HOMEOWNERS ASSOCIATION IN ITS ENTIRETY AND MOTION FOR ORDER DISALLOWING CLAIMS NOS. 3 AND 6 FILED BY GRAND AVENUE LOFTS, HOMEOWNERS ASSOCIATION AS SECURED CLAIMS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 17, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri   rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
George T Busu    george.busu@limruger.com
Andrew W Caine, acaine@pszyjw.com (counsel for Legendary)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny   ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)

⊠    Service information continued on attached page

- 4 -

361741.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold    courts@argopartners.net
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer    wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for Committee)
Lewis R Landau    lew@landaunet.com
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Robert M Llewellyn    michael.llewellyn@boe.ca.gov
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Daniel H Reiss    dhr@lnbrb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
James S Riley    tgarza@sierrafunds.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel    blspiegel@jonesday.com

        ☒    Service information continued on attached page

361741.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege    csteege@jenner.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On November 17, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 301, Woodland Hills, CA 91367

☐    Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 17, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2010 | Cindy M. Cripe | |
|---|---|---|
| Date | Type Name | Signature |

- 6 -