PETER J. GURFEIN (State Bar No. 127173)
ALEKSANDRA ZIMONJIC (State Bar No. 210252)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
pgurfein@lgbfirm.com
azimonjic@lgbfirm.com

Attorneys for CIM Urban RE Fund GP II, LLC, as
Successor in Interest to GRAND AVENUE LOFTS, LP

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC. et al,<br><br>Debtors-In-Possession.<br><br>■ Affects All Debtors | Case No. 1:09-bk-13356-KT<br><br>Chapter 11<br>(Jointly Administered)<br><br>**GRAND AVENUE LOFTS, LP'S LIST OF DISPOSITIVE OBJECTIONS TO [1] DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION OF MERUELO MADDUX PROPERTIES, INC., ET AL., DATED SEPTEMBER 20, 2010, [2] CHARLESTOWN CAPITAL ADVISORS, LLC'S AND HARTLAND ASSET MANAGEMENT CORPORATION'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED OCTOBER 14, 2010, AND [3] LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 3, 2010**<br><br>Date: January 26, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 301<br>  21041 Burbank Blvd.,<br>  Woodland Hills, California |

LANDAU
GOTTFRIED &
BERGER LLP

CIM Urban RE Fund GP II, LLC, as Successor in Interest to Grand Avenue Lofts, LP ("Grand Avenue"), through counsel, files this list of dispositive objections to **[1]** Debtors' *Fourth Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc., et al., Dated September 20, 2010*; **[2]** Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's *Fourth Amended Chapter 11 Plan of Reorganization Dated October 14, 2010*; and **[3]** Legendary Investors Group No. 1, LLC's and East West Bank's *Modified Second Amended Joint Chapter 11 Plan of Reorganization Dated September 3, 2010* (each, individually, a "Plan" and collectively, the "Plans"). The arguments that Grand Avenue intends to make to the Plans that are specific to Grand Avenue's interests, include:

- Whether Grand Avenue's power of termination of the Debtor's fee in the real property (the "Property") commonly known as 336 West 11th Street, Los Angeles, California, is a property right which cannot be discharged or modified in bankruptcy.
- Whether Grand Avenue's property right is prior in right to all security interests which purportedly attach to the Property.

In order to put these issues in context, a brief statement of facts is in order. On September 28, 2005, Grand Avenue conveyed the Property to Meruelo Maddux-336 W. 11th Street, LLC, a Debtor, pursuant to that certain deed (the "Grant Deed").[1] On October 4, 2005, the Grant Deed was duly filed in the official records at the recorder's office in Los Angeles County, California.

As noted in the Grant Deed, the Debtor "agreed to construct, deliver and license to Grand Avenue 132 parking spaces to be located in a parking structure" on the Property (the "Parking Structure"). Grand Avenue reserved "the right, at its option, to reenter and take possession of all or any of the Property . . . and revest in Grantor the estate conveyed to Grantee in the Grant Deed, if after conveyance of title for the Property" the Debtor failed to timely or diligently

---

[1] True and correct copies of each of the documents referenced herein have previously been submitted to the Court with Grand Avenue's objections to various disclosure statements, and will be appended to the objection to Plans which Grand Avenue will file in accordance with the Court's established briefing schedule.

complete the Parking Structure. The obligation of the Debtor to complete the Parking Structure is more fully set forth in a certain Agreement Regarding Construction of Parking Structure, dated Sept. 28, 2005, recorded Oct. 4, 2005.

The Grant Deed provided that the terms of the agreement "shall be binding for the benefit of [Grand Avenue] and such terms shall run with the land without regard to whether [the Debtor] is or remains an owner of the Property." ("The right of [Grand Avenue] to reenter and take possession of the Property shall be an encumbrance on the Property ...").

The Debtor failed to perform its obligation, pursuant to the Grant Deed, to construct the Parking Structure. Thus, Grand Avenue has more than just a claim against the Property - it has a current right in the Property that cannot be extinguished through bankruptcy.

Grand Avenue reserves the right to assert other objections which address legal issues respecting the Plans which are not specific to Grand Avenue, including

- Each of the Plans is non-confirmable as a matter of law.
- Each of the Plans violates the "absolute priority rule" under Bankruptcy Code § 1129(b)(2)(B).
- Each of the Plans violates the "best interests of creditors" test under Bankruptcy Code § 1129(a)(7)

Dated: November 19, 2010

LANDAU GOTTFRIED & BERGER LLP
PETER J. GURFEIN
ALEKSANDRA ZIMONJIC

By: /s/ Peter J. Gurfein
Peter J. Gurfein
Attorneys for CIM Urban RE Fund GP II, LLC, as Successor in Interest to Grand Avenue Lofts, LP

LANDAU GOTTFRIED & BERGER LLP

3

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-KT |

## PROOF OF SERVICE OF DOCUMENT

I, Patricia Swierszcz, am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

A true and correct copy of the foregoing document described
GRAND AVENUE LOFTS, LP'S LIST OF DISPOSITIVE OBJECTIONS TO [1] DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION OF MERUELO MADDUX PROPERTIES, INC., ET AL., DATED SEPTEMBER 20, 2010, [2] CHARLESTOWN CAPITAL ADVISORS, LLC'S AND HARTLAND ASSET MANAGEMENT CORPORATION'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED OCTOBER 14, 2010, AND [3] LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 3, 2010

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __NOVEMBER 19, 2010__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __NOVEMBER 19, 2010__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| NOVEMBER 19, 2010 | Patricia Swierszcz | /S/ Patricia Swierczcz |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-KT |

- Lewis R Landau    lew@landaunet.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

3.1

F 9013-

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-KT |

## II. TO BE SERVED BY U.S. MAIL

Honorable Kathleen Thompson
Courtroom 301
21041 Burbank Blvd.
Woodland Hills, CA 91367

Meruelo Maddux Properties, Inc., a DE Corp
761 Terminal Street Building 1 2nd Fl
Los Angeles, CA 90021

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr, 3rd fl
Studio City, CA 91607

*Attorneys for East West Bank*
Curtis C. Jung, Esq.
Monica H. Lin, Esq.
JUNG & YUEN, LLP
888 South Figueroa St., Suite 720
Los Angeles, CA 90017

Elmer Dean Martin III, Esq.
22632 Golden Springs Dr., Suite 190
Diamond Bar, CA 91765

Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**3.1**

**F 9013-**

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-KT |

Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Michael Portner
Portner Law Offices
900 Wilshire Blvd Ste 1115
Los Angeles, CA 90017

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1