JEFFER MANGELS BUTLER & MITCHELL LLP
JOHN A. GRAHAM (Bar No. 71017)
THOMAS M. GEHER (Bar No. 130588)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567
Email:    jag@jmbm.com
    tgeher@jmbm.com

Attorneys for Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through Berkadia Commercial Mortgage, Inc., its Special Servicer

**FILED & ENTERED**

**NOV 23 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors and Debtors-in-Possession.<br><br>☐ Affects all Debtors<br>☒ Affects the following Debtors(s):<br><br>Meruelo Maddux Properties, Inc.<br>(1:09-bk-13356-KT)<br><br>Santa Fe Commerce Center, Inc.<br>(1:09-bk-13368-KT)<br><br>Meruelo Maddux Properties, L.P.<br>(1:09-bk-13387-KT) | CASE NO.    1:09-bk-13356-KT<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER APPROVING SETTLEMENT AND RELATED SETTLEMENT DOCUMENTS BETWEEN SANTA FE COMMERCE CENTER, INC., RICHARD MERUELO AND WELLS FARGO BANK, N.A. SUCCESSOR BY CONSOLIDATION TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED CERTIFICATEHOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-C1 ACTING BY AND THROUGH BERKADIA COMMERCIAL MORTGAGE, INC., ITS SPECIAL SERVICER**<br><br>**<u>Hearing Date</u>:**<br>Date:    November 15, 2010<br>Time:    1:30 p.m.<br>Place:    Courtroom 301<br>    21041 Burbank Blvd.<br>    Woodland Hills, California |

PRINTED ON
RECYCLED PAPER
7406900v3

1   On November 15, 2010, at 1:30 p.m. in Courtroom 301 of the above entitled Court, the Honorable Kathleen Thompson, judge presiding, the Court heard and considered that "Motion for Approval of Settlement With Wells Fargo Bank, N.A., and Related Agreement With Richard Meruelo, and Authorizing Debtors to Perform Thereunder" (the "Motion") [Docket #2155]. Appearing at the hearing on the Motion were John N. Tedford, IV of Danning, Gill, Diamond & Kollitz, LLP for debtors Meruelo Maddux Properties, Inc., Santa Fe Commerce Center, Inc. ("Santa Fe"), Meruelo Maddux Properties, L.P. and those other related debtors whose chapter 11 cases are jointly administered with the chapter 11 case of Meruelo Maddux Properties, Inc.; John A. Graham and Thomas M. Geher of Jeffer Mangels Butler & Mitchell LLP appeared for Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through Berkadia Commercial Mortgage, Inc., its Special Servicer ("Wells Fargo"), Ron Orr of Ron Orr & Professionals, Inc. appeared for the Equity Committee, Dean G. Rallis Jr. of SulmeyerKupetz appeared for the Official Committee of Unsecured Creditors, and other appearances were made as set forth in the Court's official records.

The Court having heard and considered the Motion, all pleadings and papers filed in opposition and response to the Motion; the Court having heard and considered the arguments of counsel; the Court having found that notice and service of the Motion was proper and reasonable under the circumstances; the Court having stated its findings of fact and conclusions of law in open court on the record, after the close of evidence in accordance with Bankruptcy Rule 7052; and good cause appearing therefor, it is hereby

**ORDERED** that the compromise and settlement between Santa Fe, Richard Meruelo and Wells Fargo, which compromise and settlement is memorialized by that (i) "Settlement Agreement" entered into as of October 28, 2010, which is attached as Exhibit "1" to the Motion, and (ii) "First Modification and Extension Agreement" dated as of October 28, 2010, and all exhibits and other agreements attached thereto, which is attached as Exhibit "1" to the Motion (collectively the "Settlement Documents"), is approved.

1     **ORDERED** that Santa Fe is authorized to take such further actions and execute
2 such agreements and perform all obligations, pay all money and execute all documents required
3 thereby, including the execution of and performance under that "Promissory Note Secured by Deed
4 of Trust," "Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing," and
5 "Continuing Guaranty [Richard Meruelo]" (which are attached as exhibits to that "First
6 Modification and Extension Agreement" dated as of October 28, 2010).

7     **ORDERED** that Santa Fe is authorized to use cash collateral to perform its
8 obligations under the Settlement Documents.

9                              ###

DATED: November 23, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1900 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-4308

A true and correct copy of the foregoing document described as ***ORDER APPROVING SETTLEMENT AND RELATED SETTLEMENT DOCUMENTS BETWEEN SANTA FE COMMERCE CENTER, INC., RICHARD MERUELO AND WELLS FARGO BANK, N.A. SUCCESSOR BY CONSOLIDATION TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED CERTIFICATEHOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-C1 ACTING BY AND THROUGH BERKADIA COMMERCIAL MORTGAGE, INC., ITS SPECIAL SERVICER*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***November 17, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Served By U.S. Mail*:
Honorable Kathleen Thompson
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 305 / Courtroom 301
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2010 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING SETTLEMENT AND RELATED SETTLEMENT DOCUMENTS BETWEEN SANTA FE COMMERCE CENTER, INC., RICHARD MERUELO AND WELLS FARGO BANK, N.A. SUCCESSOR BY CONSOLIDATION TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED CERTIFICATEHOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-C1 ACTING BY AND THROUGH BERKADIA COMMERCIAL MORTGAGE, INC., ITS SPECIAL SERVICER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***November 17, 2010***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION:**

**I. <u>TO BE SERVED BY THE COURT VIA NEF</u>:**

- Michael C Abel     mca@dgdk.com
- Robert Abiri     rabiri@abiriszeto.com
- Allison R Axenrod     allison@claimsrecoveryllc.com
- John J Bingham     jbingham@dgdk.com
- William C Bollard     eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
- Peter Bonfante     peterbonfante@bsalawfirm.com
- Julia W Brand     jwb@dgdk.com
- Jennifer L Braun     jennifer.l.braun@usdoj.gov
- Martin J Brill     mjb@lnbrb.com
- George T Busu     george.busu@limruger.com
- Andrew W Caine     acaine@pszyjw.com
- Howard Camhi     hcamhi@ecjlaw.com
- Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg     jcarlberg@boselaw.com
- Sara Chenetz     chenetz@blankrome.com
- Jacquelyn H Choi     jchoi@swjlaw.com
- Ronald R Cohn     rcohn@horganrosen.com
- Enid M Colson     emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa     mcorrea@jonesday.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis     sdavis@coxcastle.com
- Aaron De Leest     aed@dgdk.com
- Daniel Denny     ddenny@gibsondunn.com
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman     bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney     dgaffney@swlaw.com
- Thomas M Geher     tmg@jmbm.com
- Bernard R Given     bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser     bglaser@swjlaw.com
- Matthew A Gold     courts@argopartners.net
- Michael I Gottfried     mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham     jag@jmbm.com
- Ofer M Grossman     omglaw@gmail.com
- Jodie M Grotins     jgrotins@mcguirewoods.com
- Peter J Gurfein     pgurfein@lgbfirm.com
- Cara J Hagan     carahagan@haganlaw.org
- Asa S Hami     ahami@sulmeyerlaw.com
- Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling     rhessling@dgdk.com
- William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich     ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer     wkiekhofer@mcguirewoods.com
- Andrew F Kim     kim-a@blankrome.com
- Michael S Kogan     mkogan@ecjlaw.com
- Tamar Kouyoumjian     tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau     lew@landaunet.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**

- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**