JENNER & BLOCK LLP
Kenneth K. Lee  (Cal. Bar No. 264296)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone:  213-239-5100
Facsimile:  213-239-5199
klee@jenner.com

JENNER & BLOCK LLP
Marc B. Hankin  (admitted *pro hac vice*)
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone:  212-891-1600
Facsimile:  212-891-1699
mhankin@jenner.com

RON ORR & PROFESSIONALS, INC.
Ronald S. Orr (Cal. Bar No. 54257)
578 Washington Blvd., #389
Marina Del Rey, CA  90292
Telephone:  310-301-4849
Facsimile:  310-301-6549
ronorresq@aol.com

RODIGER LAW OFFICE
Georgiana G. Rodiger, (Cal. Bar No. 94416)
272 South Los Robles Avenue
Pasadena, California  91101
Telephone:  626-793-7264
Facsimile:  626-793-7592
crodiger@rodigerlaw.com

Attorneys for Equity Committee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br><br>**MERUELO MADDUX PROPERTIES, INC.,**<br>**et al.[1]**<br><br>**Debtors and Debtors-in-Possession.**<br><br>**Affects all debtors** | CASE NO. 09-bk-13356-KT<br><br>Chapter 11<br><br>**NOTICE OF SUBMISSION OF EQUITY COMMITTEE'S  NOVEMBER 29, 2010 LETTER TO HONORABLE JUDGE KATHLEEN THOMPSON** |

---

[1]   This case is jointly administered with chapter 11 cases filed with the Court by numerous affiliated entities. The Debtors and debtors-in-possession and their respective tax identification numbers are identified in the *Order Directing The Joint Administration Of Related Cases* entered by the Court on April 7, 2009 (docket entry no. 30).

The Official Committee of Equity Holders hereby submits to the court the letter attached hereto.

Dated: November 29, 2010                    **JENNER & BLOCK LLP**

By    */s/ Marc B. Hankin*
Kenneth K. Lee  (Cal. Bar No. 264296)
Marc B. Hankin  (admitted *pro hac vice*)
Attorneys for Equity Committee

2

**NOTICE OF SUBMISSION OF EQUITY COMMITTEE'S  NOVEMBER 29, 2010 LETTER
TO HONORABLE JUDGE KATHLEEN THOMPSON**

## *Ron Orr & Professionals, Inc.*
578 Washington Blvd., # 389
Marina Del Rey, California 90292-5442
Tel: (310) 301 4849
Fax: (310) 301 6549
Email: RonOrrEsq@aol.com

November 29, 2010

Honorable Kathleen Thompson
United States Bankruptcy Court
Central District of California
San Fernando Valley Division

    Re: MMPI; Revised Discovery Request

Dear Judge Thompson

At the hearing held before Your Honor on November 24, 2010, the Equity Committee raised the issue of an outstanding set of document requests served on Debtors on November 5, 2010. As the Equity Committee understands it, Debtors refuse to produce any documents responsive to these requests on the grounds that they were propounded under Federal Rule of Civil Procedure 26, and not Federal Rule of Civil Procedure 34.

The Equity Committee believes that Debtors' wholesale objection is an improper elevation of form over substance as the requests clearly seek what the Federal Rules allow – relevant documents. I attach the requests for Your Honor's consideration. In particular, the Equity Committee respectfully asks for Debtors' compliance with Requests 1, 2, 3, 4 and 5 (Request 6 is subsumed in a subsequent set of document requests served upon Debtors).

                                Very Truly Yours,

                                Ronald S. Orr

# **EXHIBIT 1**

**RON ORR & PROFESSIONALS, INC.**
RONALD S. ORR, SBN 54257
578 Washington Blvd., #389
Marina Del Rey, CA 90292
(310) 301-4849
(310) 301-6549 Facsimile
E-mail: ronorresq@aol.com

**RODIGER LAW OFFICE**
GEORGIANA G. RODIGER, SBN 94416
272 South Los Robles Avenue
Pasadena, California 91101
(626) 793-7264
(626) 793-7592 Facsimile
E-Mail: crodiger@rodigerlaw.com

Bankruptcy Attorneys for
Official Equity Committee

## UNITED STATES BANKRUPCTY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES INC., et al.<br><br>　　　　　Debtors.<br><br>☑　Affects all Debtors | CASE NO. 09-bk-13356-KT<br><br>Chapter 11<br><br>**NOTICE OF SECOND RULE 26 DOCUMENT REQUEST**<br><br>Date:　November 19, 2010<br>Time:　10:00 a.m.<br>Place:　Rodiger Law Office<br>　　　　272 S. Los Robles Ave.<br>　　　　Pasadena, CA 91101 |

**TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTORS AND THEIR COUNSEL, AND TO ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure, Rule 26, the Official Committee of Equity Holders (the "Committee") of the bankruptcy estates of Meruelo Maddux Properties, Inc. et al. [1] (collectively, the "Debtors"), hereby demands that Debtors produce the documents set forth below by November 19, 2010 at 10:00 a.m. at the Rodiger Law Office, 272 S. Los Robles Ave., Pasadena, California 91101; (626) 793-7264.

## RULE 26 DOCUMENT DEMAND

A:    **Dates The Requested Documents Are To Be Produced:**

1.   **By the Debtors** to Georgiana Rodiger, counsel for the Official Equity Committee by November 19, 2010 at 10:00 a.m. at the Rodiger Law Office, 272 S. Los Robles Ave., Pasadena, California 91101; (626) 793-7264.

## INSTRUCTIONS

I.    These requests are continuing and must be supplemented in accordance with Fed. R. Civ. P. 26(e).

II.   YOU are instructed to produce the Documents (as defined and described below) that are in YOUR possession, custody or control, including, but not limited to, Documents in the possession of YOUR attorneys, accountants, bookkeepers, agents, and/or representatives. YOU are further instructed to produce the Documents as they are kept in the usual course of business. In addition, Documents are to be produced in their entirety; redacted Documents will not constitute compliance with this request.

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: I :09-bk-13338-KT; 1:09-bk- 13358-KT; 1:09-bk-13359-KT; 1 :09-bk-13360-KT; 1:09-bk- 13361-KT; 1:09-bk-13362-KT; 1:09-bk- 13363-KT; 1:09-bk-13364-KT; 1:09-bk- 13365-KT; 1:09-bk-13366-KT; I :09-bk-13367-KT; 1:09-bk-13368-KT; I:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; :09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; I:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk- 13378-KT; I:09-bk- 13379-KT; 1:09-bk- 13380-KT; 1:09-bk-13381-KT; I:09-bk-13382-KT; 1 :09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; I :09-bk- 13386-KT;1:09-bk- 13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; I:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-28 KT; 1:09-bk-13400-KT;1:09-bk-13401-KT; 1:09-bk-13402-KT; I:09-bk- 13403-KT; 1:09-bk-13404.

III. If YOU contend that the contents of a Document are protected from disclosure because of any privilege or the attorney work-product doctrine, YOU must supply a description of that Document by providing the following information:

    A. Each privilege or doctrine which YOU contend protects the contents of that Document from disclosure;

    B. Each fact upon which YOU rely to support YOUR claim of privilege;

    C. The type of Document (e.g., letter, memorandum, telegram, facsimile transmission, e-mail, computer database, notes, memorandum of telephone conversation, etc.);

    D. The date of the Document or if it bears no date, the date on which it was prepared;

    E. The name of each author of the Document;

    F. The name of each person to whom the Document was directed;

    G. The name of each person who received or reviewed the Document or to whom the Document or a copy of it was supplied; and

    H. The general subject matter of the Document.

IV. In the event that any Document described below has been destroyed, discarded, or otherwise disposed of (a "Disposal"), each such Document is to be identified as completely as possible, including, without limitation, the following information:

    A. The type of Document (e.g., letter, memorandum, telegram, facsimile transmission, e-mail, computer database, notes, memorandum of telephone conversation, etc.);

    B. The date of the Document or, if it bears no date, the date on which it was prepared;

    C. The name of each author of the Document;

    D. The name of each person to whom the Document was directed;

    E. The name of each person who received or reviewed the Document or to whom the Document or a copy thereof was supplied;

F. The general subject matter of the Document;

G. The date of Disposal;

H. The manner of Disposal;

I. The reasons for the Disposal;

J. The name of the person who authorized the Disposal;

K. The name of the person who disposed of the Document; and

L. The name of the custodian of the Document at the time of the Disposal.

V. The fact that any particular paragraph of this request is more specific than any other paragraph is not intended to, nor does it, have the effect of limiting any other paragraph hereof.

VI. If you object to a particular request, or portion thereof, you must produce all documents or things called for which are not subject to that objection. Similarly, wherever a document or thing is not produced in full, please state with particularity the reason or reasons it is not being produced in full, and describe, to the best of your knowledge, information and belief, and with as much particularity as possible, those portions which are not produced.

VII. Unless otherwise specified, these requests are limited to the time period from January 1, 2009 to present.

**DEFINITIONS**

A. "YOU," "YOUR," "YOURS," "DEBTOR," "DEBTORS," and "MMPI" means, collectively and individually, Meruelo Maddux Properties, Inc., and the 53 related debtor-entities in the jointly-administered cases of In re Meruelo Maddux Properties, Inc., et al., Bk. Case No. 1:09-bk-13356 KT.

B. "DOCUMENT" or "DOCUMENTS" shall mean a "writing" or "recording" as those terms are defined in Federal Rule of Evidence 1001, and shall be construed in the broadest sense possible under Federal Rule of Civil Procedure 34, and refers to those materials in your actual or constructive possession, custody or control, including, but not limited to originals, copies, non-identical copies, preliminary, intermediate, and final drafts of

writing, recording of oral communication, correspondence, e-mail, voicemail, paper, book, pamphlet, periodical, bill, invoice, account, check, check register, letter, statement, photograph, object, telegram, telex, telefax, note, minute, memorandum, inter-office and intra-office communication, agreement, contract, business plan or study, summary, pamphlet, photograph, notice, purchase order, diagram, chart, entry, computer printout, computer disk, tape recording, representation, record, plan, drawing, specification, bulletin, report, map, study, survey, forecast, analysis, index, calendar, diary, desk or pocket calendar, time entry, agenda, record or not of telephone conversation, and recording of every kind and description, whether written, handwritten, typed, photocopied, Photostatted, printed, duplicated, reproduced or recorded, and whether electronic, electrical or mechanical in nature. Media include papers, films, magnetic and optical storage devices, and all other methods for the expression or retention of information. Handwritten or other notations of any kind on any copy of a DOCUMENT render it non-identical.

  C. "SKAGGS DOCUMENT" shall mean any and all DOCUMENTS authored and/or sent by Fred Skaggs to and/or received by MMPI's Audit Committee in 2010, and any attachments thereto.

  D. The term "concerning" means, without limitation, relating, regarding, evidencing, identifying, describing, discussing, assessing, stating, reflecting, constituting, containing, comprising, embodying, or referring directly or indirectly to, in any way, the particular subject matter identified..

  E. The terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

  F. All words or phrases shall be construed as either singular, plural, masculine, feminine, or neuter as necessary to bring within the scope of these requests for production of any information and documents which might otherwise be construed to be outside their scope.

## DOCUMENTS TO BE PRODUCED:

1. All DOCUMENTS concerning any SKAGGS DOCUMENT, including but not limited to all DOCUMENTS concerning investigation of any SKAGGS DOCUMENT and matters described therein.

2. All DOCUMENTS other than any SKAGGS DOCUMENT sent by any past or current director, officer, employee, representative, agent, shareholder, or auditor of YOURS to MMPI's Audit Committee concerning DEBTOR accounting or DEBTOR finances (each such DOCUMENT, an "AUDIT COMMITTEE DOCUMENT").

3. All DOCUMENTS concerning any AUDIT COMMITTEE DOCUMENT, including but not limited to all DOCUMENTS concerning investigation of any AUDIT COMMITTEE DOCUMENT.

4. All DOCUMENTS concerning any potential, proposed or actual transfer, receipt, deposit, disbursement, purchase, sale or other transaction to, with, or from Magnum Properties Inc., and any parent, subsidiary, affiliate, agent, or representative thereof.

5. All DOCUMENTS concerning any potential, proposed or actual transfer, receipt, deposit, disbursement, purchase, sale or other transaction to, with, or from Merco Group - 2040 Camfield Ave., LLC.

6. All DOCUMENTS concerning any potential, proposed or actual transfer, receipt, deposit, disbursement, purchase, sale or other transaction between 845 S. Flower Street, LLC and DEBTORS.

DATED: November 5, 2010

**RODIGER LAW OFFICE**
GEORGIANA G. RODIGER


By: ___/s/ Georgiana G. Rodiger_____
Attorneys for Official Equity Committee