1 | Barry S. Glaser (State Bar No. 70968)
bglaser@swjlaw.com
2 | Jacquelyn H. Choi (State Bar No. 211560)
jchoi@swjlaw.com
3 | STECKBAUER WEINHART JAFFE, LLP
333 S. Hope Street, 36th Floor
4 | Los Angeles, California 90071
Telephone:  (213) 229 2868
5 | Facsimile:  (213) 229 2870

6 | Attorneys for County of Los Angeles
Tax Collector

7

**FILED & ENTERED**

**DEC 22 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-13356-VK |
| MERUELO MADDUX PROPERTIES, INC., et al.[1], | (Jointly Administered) Chapter 11 |
| Debtors. | |
| | Case No. 1:09-bk-13407-VK Case No. 1:09-bk-13363-VK |
| ☐  Affects all Debtors | |
| ☒  Affects the following Debtor(s): | **ORDER GRANTING MOTION TO QUASH BY THE COUNTY OF LOS ANGELES TAX COLLECTOR** |
| MERCO GROUP – SOUTHPARK LLC; and MERUELO MADDUX PROPERTIES-760 S. HILL STREET, LLC, | |
| Debtors. | <u>Hearing Date</u>: Date:      December 20, 2010 Time:     2:00 p.m. Place:    Courtroom 1675 United States Bankruptcy Court 255 E. Temple Street Los Angeles, CA 90012 |

/ / /

/ / /

---

[1]    Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09 -bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09bk-13406-KT; 1 :09-bk-13407 - KT; 1 :09-bk-13434- KT; and 1 :09 -bk-13439- KT.

20002.023/64375.1

On December 20, 2010, the Court having considered the County of Los Angeles Tax Collector's (the "County") Motion to Quash Bank of America's Subpoena, or in the Alternative for a Protective Order (the "Motion to Quash"), and the evidence submitted in support thereof, as well as Bank of America, N.A.'s Opposition thereto and the evidence submitted in support thereof, the County's Reply as well as the arguments of counsel at the hearing on the Motion, and for good cause appearing,

**IT IS ORDERED THAT:**

1.      The Motion to Quash is granted and Bank of America's Subpoena is hereby quashed in its entirety.

2.      The County's request for sanctions is denied.

### 

DATED: December 22, 2010

_____
United States Bankruptcy Judge

STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL: (213) 229-2868 • FAX (213) 229-2870

| In re: MERUELO MADDUX PROPERTIES, INC., et al. | Chapter 11 |
| Debtors. | Case No. 1:09-bk-13356-VK |
| | (Jointly Administered) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Ste. 3600, Los Angeles, CA 90071.

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION TO QUASH BY THE COUNTY OF LOS ANGELES TAX COLLECTOR** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On December 22, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Via Federal Express**
The Honorable Victoria Kaufman
U.S. Bankruptcy Court
Roybal Federal Bldg., Crtrm 1675
255 E. Temple Street
Los Angeles, CA 90012

| **Via U.S. Mail** | **Via U.S. Mail** |
| Debt Acquisition Company of America V, LLC | David P Beitchman |
| 1565 Hotel Circle South | 16130 Ventura Blvd Ste 570 |
| Suite 310 | Encino, CA 91436 |
| San Diego, CA 92108 | |

| **Via U.S. Mail** | **Via U.S. Mail** |
| Arthur J Hazarabedian | Michael Portner |
| California Eminent Domain Law Group | Portner Law Offices |
| 3429 Ocean View Blvd Ste L | 900 Wilshire Blvd Ste 1115 |
| Glendale, CA 91208 | Los Angeles, CA 90017 |

STECKBAUER WEINHART JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL. (213) 229-2868 • FAX (213) 229-2870

**Via U.S. Mail**
Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

**Via U.S. Mail**
SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

**Via U.S. Mail**
Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr, 3rd fl
Studio City, CA 91607

**Via U.S. Mail**
Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

**Via U.S. Mail**
Jenner & Block LLP
Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

**Via U.S. Mail**
Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

**Via U.S. Mail**
Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

**Via U.S.Mail**
Patrick J Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

**Via U.S. Mail**
Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

☐Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 21, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

epezold@swlaw.com, dwlewis@swlaw.com;
jtedford@dgdk.com
ahami@sulmeyerlaw.com;
drallis@sulmeyerlaw.com;
lew@landaunet.com;
United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov;
grodiger@rodigerlaw.com

STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL. (213) 229-2868 • FAX (213) 229-2870

1

☐ Service information continued on attached page

2

3    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4    _December 21, 2010_____    _Patricia Dillamar_____    _/S/ Patricia Dillamar_____
     *Date*                              *Type Name*                        *Signature*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL. (213) 229-2868 • FAX (213) 229-2870

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtor s. | Chapter 11<br>Case No. 1:09-bk-13356-KT<br>(Jointly Administered) |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO QUASH BY THE COUNTY OF LOS ANGELES TAX COLLECTOR** wa s entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>December 22, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    JBrand@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- George T Busu    george.busu@limruger.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Carol Chow    CChow@Stutman.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com



STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL (213) 229-2868 • FAX (213) 229-2870

1    •    Jeffrey W Dulberg    jdulberg@pszjlaw.com
     •    Marina Fineman    mfineman@stutman.com
2    •    Michael G Fletcher    mfletcher@frandzel.com,
efiling@frandzel.com;shom@frandzel.com
3    •    Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
     •    Donald L Gaffney    dgaffney@swlaw.com
4    •    Thomas M Geher    tmg@jmbm.com
     •    Bernard R Given    bgiven@frandzel.com,
5    efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
     •    Barry S Glaser    bglaser@swjlaw.com
6    •    Gabriel I Glazer    gglazer@stutman.com
     •    Matthew A Gold    courts@argopartners.net
7    •    Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
     •    Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
8    •    John A Graham    jag@jmbm.com
     •    Ofer M Grossman    omglaw@gmail.com
9    •    Jodie M Grotins    jgrotins@mcguirewoods.com
     •    Peter J Gurfein    pgurfein@lgbfirm.com
10   •    Cara J Hagan    carahagan@haganlaw.org
     •    Asa S Hami    ahami@sulmeyerlaw.com
11   •    Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
     •    Robert A Hessling    rhessling@dgdk.com
12   •    William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
     •    Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
13   •    William H. Kiekhofer    wkiekhofer@mcguirewoods.com
     •    Andrew F Kim    kim-a@blankrome.com
14   •    Michael S Kogan    mkogan@ecjlaw.com
     •    Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
15   •    Lewis R Landau    lew@landaunet.com
     •    Leib M Lerner    leib.lerner@alston.com
16   •    Matthew A Lesnick    matt@lesnicklaw.com
     •    David E Leta    dleta@swlaw.com, wsmart@swlaw.com
17   •    Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
     •    Steven K Linkon    slinkon@rcolegal.com
18   •    Robert M Llewellyn    michael.llewellyn@boe.ca.gov
     •    Richard Malatt    rmalatt@gmail.com
19   •    Elmer D Martin    elmermartin@gmail.com
     •    Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
20   •    Avi Muhtar    amuhtar@sulmeyerlaw.com
     •    Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
21   •    Jeffrey P Nolan    jnolan@pszjlaw.com
     •    Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
22   •    Lawrence Peitzman    lpeitzman@pwkllp.com
     •    Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
23   •    Christopher E Prince    cprince@lesnickprince.com
     •    Michael H Raichelson    mhr@cabkattorney.com
24   •    Dean G Rallis Jr    drallis@sulmeyerlaw.com
     •    Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
25   •    Craig M Rankin - DECEASED -    cmr@lnbrb.com
     •    Daniel H Reiss    dhr@lnbrb.com
26   •    Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
     •    Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
27   •    James S Riley    tgarza@sierrafunds.com
     •    Martha E Romero    Romero@mromerolawfirm.com
28   •    Victor A Sahn    vsahn@sulmeyerlaw.com

STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL: (213) 229-2868 • FAX (213) 229-2870

1
- Steven J Schwartz     sschwartz@dgdk.com
- Kenneth J Shaffer     jshaffer@stutman.com

2
- Zev Shechtman     zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano     dshemano@pwkllp.com

3
- Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu     sshiu@swlaw.com

4
- Daniel H Slate     dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni     surjit@sonilaw.com, teresa@sonilaw.com

5
- Bennett L Spiegel     blspiegel@jonesday.com
- Tracie L Spies     tracie@haganlaw.org

6
- James Stang     jstang@pszjlaw.com
- Catherine Steege     csteege@jenner.com

7
- Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford     jtedford@dgdk.com

8
- Damon Thayer     dthayer@jenner.com
- James A Timko     jtimko@allenmatkins.com

9
- Alan G Tippie     atippie@sulmeyerlaw.com,
jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com

10
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian     rvarozian@bzlegal.com

11
- Jason L Weisberg     jason@gdclawyers.com
- William E Winfield     wwinfield@nchc.com

12
- Jasmin Yang     jyang@swlaw.com

13
☐ Service information continued on attached page

14  **II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order
15  was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the
address(es) indicated below:

☐ Service information continued on attached page
16

17  **III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or
order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing
an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the
18  entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or
email address(es) indicated below:

19

20

21  **Via U.S. Mail**                                      **Via U.S. Mail**
22  Debt Acquisition Company of America V, LLC    David P Beitchman
    1565 Hotel Circle South                               16130 Ventura Blvd Ste 570
    Suite 310                                             Encino, CA 91436
23  San Diego, CA 92108

24
25  **Via U.S. Mail**                                      **Via U.S. Mail**
    Arthur J Hazarabedian                                 Michael Portner
26  California Eminent Domain Law Group                   Portner Law Offices
    3429 Ocean View Blvd Ste L                            900 Wilshire Blvd Ste 1115
27  Glendale, CA 91208                                    Los Angeles, CA 90017

28

STECKBAUER WEINHART JAFFE, LLP
333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL. (213) 229-2868 • FAX (213) 229-2870

20002.023/64375.1                     4

**Via U.S. Mail**
Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

**Via U.S. Mail**
SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

**Via U.S. Mail**
Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr, 3rd fl
Studio City, CA 91607

**Via U.S. Mail**
Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

**Via U.S. Mail**
Jenner & Block LLP
Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

**Via U.S. Mail**
Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

**Via U.S. Mail**
Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

**Via U.S.Mail**
Patrick J Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

**Via U.S. Mail**
Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL. (213) 229-2868 • FAX (213) 229-2870