1  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *JTedford@DGDK.com*

2  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor

3  Los Angeles, California 90067-2904
   Telephone:  (310) 277-0077

4  Facsimile:  (310) 277-5735

5  Attorneys for Meruelo Maddux Properties, Inc., and
   affiliated Debtors and Debtors-in-Possession

6

7

FILED & ENTERED

DEC 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SAN FERNANDO VALLEY DIVISION**

11  In re                                    ) Case No. 1:09-bk-13356-KT
                                             )
12  MERUELO MADDUX PROPERTIES, INC., et      ) Chapter 11 (Jointly Administered)
    al.**1**                                 )
13                                           ) **ORDER DENYING BANK OF**
                                             ) **AMERICA'S MOTION FOR ORDER**
14         Debtors and Debtors-in-Possession.) **DISALLOWING CLAIM 9-1 OF LOS**
                                             ) **ANGELES COUNTY TREASURER AND**
15  ─────────────────────────────────────── ) **TAX COLLECTOR AGAINST**
                                             ) **MERUELO MADDUX PROPERTIES,**
16  ☐    Affects all Debtors                 ) **INC. AND 760 S. HILL STREET, LLC**
                                             )
17  ☑    Affects the following Debtor(s):    ) Date:      December 6, 2010
                                             ) Time:      9:30 a.m.
18  Meruelo Maddux Properties, Inc.          ) Place:     Courtroom 301
    (1:09-bk-13356-VK)                       )           21041 Burbank Blvd.
19                                           )           Woodland Hills, California
    Meruelo Maddux Properties – 760 S. Hill  )
20  Street, LLC (1:09-bk-13363-VK)           )
                                             )
21  ─────────────────────────────────────── )

22

23

24  ───────────────────

25      **1**  Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated
    entities.  The affiliated case numbers are as follows:  1:09-bk-13338-VK; 1:09-bk-13358-VK; 1:09-bk-13359-VK; 1:09-bk-13360-
    VK; 1:09-bk-13361-VK; 1:09-bk-13362-VK; 1:09-bk-13363-VK; 1:09-bk-13364-VK; 1:09-bk-13365-VK; 1:09-bk-13366-VK;
26  1:09-bk-13367-VK; 1:09-bk-13368-VK; 1:09-bk-13369-VK; 1:09-bk-13370-VK; 1:09-bk-13371-VK; 1:09-bk-13372-VK; 1:09-bk-
    13373-VK; 1:09-bk-13374-VK; 1:09-bk-13375-VK; 1:09-bk-13376-VK; 1:09-bk-13377-VK; 1:09-bk-13378-VK; 1:09-bk-13379-
    VK; 1:09-bk-13380-VK; 1:09-bk-13381-VK; 1:09-bk-13382-VK; 1:09-bk-13383-VK; 1:09-bk-13384-VK; 1:09-bk-13385-VK;
27  1:09-bk-13386-VK; 1:09-bk-13387-VK; 1:09-bk-13388-VK; 1:09-bk-13389-VK; 1:09-bk-13390-VK; 1:09-bk-13391-VK; 1:09-bk-
    13392-VK; 1:09-bk-13393-VK; 1:09-bk-13394-VK; 1:09-bk-13395-VK; 1:09-bk-13396-VK; 1:09-bk-13397-VK; 1:09-bk-13398-
    VK; 1:09-bk-13399-VK; 1:09-bk-13400-VK; 1:09-bk-13401-VK; 1:09-bk-13402-VK; 1:09-bk-13403-VK; 1:09-bk-13404-VK;
28  1:09-bk-13405-VK; 1:09-bk-13406-VK; 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

                                            -1-

362797.01 [XP]        25195

1        On December 6, 2010, the Court heard and considered the *Motion for Order Disallowing*

2    *Claim 9-1 of Los Angeles County Treasurer and Tax Collector against Meruelo Maddux*

3    *Properties, Inc. and 760 S. Hill Street, LLC* (the "Motion") filed by Bank of America, N.A.

4    ("BofA"), the Honorable Kathleen Thompson, United States Bankruptcy Judge, presiding.  Eric S.

5    Pezold of Snell & Wilmer L.L.P. appeared on behalf of BofA; Barry S. Glaser of Steckbauer

6    Weinhart Jaffe, LLP, appeared on behalf of the County of Los Angeles Tax Collector (the

7    "County"); John N. Tedford, IV, of Danning, Gill, Diamond & Kollitz, LLP, appeared on behalf of

8    debtors and debtors-in-possession Meruelo Maddux Properties, Inc., and Meruelo Maddux

9    Properties – 760 S. Hill Street, LLC (collectively the "Debtors"); and any other appearances were

10   as noted on the record at the hearing.

11       The Court having considered the Motion (*docket entry no. 2042*), the County's opposition

12   (*docket entry no. 2270*), the Debtor's joinder in the County's opposition and further opposition to

13   the Motion (*docket entry no. 2271*), and BofA's reply (*docket entry no. 2293*), for the reasons

14   stated by the Court in its *Tentative Ruling Adopted by the Court on Bank of America's Motion for*

15   *Disallowance of Claim 9-1 of Los Angeles County Treasurer and Tax Collector against Meruelo*

16   *Maddux Properties, Inc. and 760 S. Hill Street, LLC* (*docket entry no. 2351*), it is **ORDERED**

17   **THAT** the Motion is denied.

18       # # # # #

19

20

21

22

23

24

25   DATED: December 29, 2010    _____
                                 United States Bankruptcy Judge

26

27

28

-2-

362797.01 [XP]      25195

| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-KT |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the documents described as follows: **ORDER DENYING BANK OF AMERICA'S MOTION FOR ORDER DISALLOWING CLAIM 9-1 OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR AGAINST MERUELO MADDUX PROPERTIES, INC. AND 760 S. HILL STREET, LLC** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**  On December 9, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 9, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Suite 1682, Los Angeles, CA 90012

Via E-Mail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

☒ Service information continued on attached page

-1-

362797.01 [XP]      25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC., <br><br> Debtor(s). | CHAPTER: 11 <br> CASE NUMBER: 1:09-bk-13356-KT |

<u>Via E-Mail</u>

Michael C Abel, mca@dgdk.com (counsel for Debtors)

Robert Abiri     rabiri@abiriszeto.com

Allison R Axenrod     allison@claimsrecoveryllc.com

John J Bingham, jbingham@dgdk.com (counsel for Debtors)

William C Bollard     eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com

Peter Bonfante, peterbonfante@bsalawfirm.com

Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)

Martin J Brill, mjb@lnbrb.com (counsel for interested party)

George T Busu     george.busu@limruger.com

Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)

James E Carlberg     jcarlberg@boselaw.com

Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com

Sara Chenetz     chenetz@blankrome.com

Jacquelyn H Choi     jchoi@swjlaw.com

Carol Chow     CChow@Stutman.com

Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)

Enid M. Colson, ecm@dgdk.com (counsel for Debtors)

Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)

Ana Damonte     ana.damonte@pillsburylaw.com

Susan S Davis     sdavis@coxcastle.com

Daniel Denny     ddenny@gibsondunn.com

Jeffrey W Dulberg     jdulberg@pszjlaw.com

Aaron De Leest, aed@dgdk.com (counsel for Debtors)

Marina Fineman     mfineman@stutman.com

Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)

Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)

Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)

Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)

Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)

Matthew A Gold     courts@argopartners.net

Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

Michael I. Gottfried     mgottfried@lblawllp.com, eborman@lgbfirm.com

John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)

Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)

Peter J Gurfein     pgurfein@lgbfirm.com

Jodie M Grotins     jgrotins@mcguirewoods.com

Cara Hagan, carahagan@haganlaw.org

Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)

Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)

Robert A Hessling     rhessling@dgdk.com

William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com

Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)

William H. Kiekhofer     wkiekhofer@mcguirewoods.com (counsel for Esmark)

Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)

☒Service information continued on attached page

-2-

362797.01 [XP]        25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |

Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for OCC)
Lewis R Landau    lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick      matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien      katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Avi Muhtar      amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jeffrey P Nolan    jnolan@pszjlaw.com
Henry H Oh      henry.oh@dlapiper.com, janet.curley@dlapiper.com
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince      cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards      jrichards@pszjlaw.com
Daniel H Reiss      dhr@lnbrb.com
James S Riley      tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz      sschwartz@dgdk.com
Kenneth J Shaffer      jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu      sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel      blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege      csteege@jenner.com (counsel for OEC)
Derrick Talerico      dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer      dthayer@jenner.com
James A Timko      jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield      wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

☐ Service information continued on attached page

-3-

362797.01 [XP]        25195

1

| In re: MERUELO MADDUX PROPERTIES, INC.,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-KT |
| --- | --- |

2

3    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

4

 December 9, 2010              Cindy M. Cripe                    */s/ Cindy M. Cripe*

5    *Date*                        *Type Name*                    *Signature*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

362797.01 [XP]        25195

1

2

| In re:  MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11  CASE NUMBER 1:09-bk-13356-KT |
|---|---|

3

**NOTE TO USERS OF THIS FORM**:

4  **1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the
5  order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
6  **4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and
person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if
7  person/entity is listed in category I.

8  **NOTICE OF ENTERED ORDER AND SERVICE LIST**

9  Notice is given by the court that a judgment or order entitled **ORDER DENYING BANK OF
AMERICA'S MOTION FOR ORDER DISALLOWING CLAIM 9-1 OF LOS ANGELES
10  COUNTY TREASURER AND TAX COLLECTOR AGAINST MERUELO MADDUX
PROPERTIES, INC. AND 760 S. HILL STREET, LLC** was entered on the date indicated as
11  Entered on the first page of this judgment or order and will be served in the manner indicated below:

12  **I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to
controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the
13  following person(s) by the court via NEF and hyperlink to the judgment or order.  As of December 9, 2010,
the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or
14  adversary proceeding to receive NEF transmission at the email address(es) indicated below.

15  Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
16  Allison R Axenrod    allison@claimsrecoveryllc.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
17  William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
18  Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
19  George T Busu    george.busu@limruger.com
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
20  James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
21  Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
22  Carol Chow    CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
23  Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
24  Ana Damonte    ana.damonte@pillsburylaw.com
Susan S Davis    sdavis@coxcastle.com
25  Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
26  Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman    mfineman@stutman.com
27  ☒Service information continued on attached page

28

-5-

362797.01 [XP]    25195

1

2  In re:  MERUELO MADDUX PROPERTIES, INC.
                                    Debtor(s).

   CHAPTER 11
   CASE NUMBER 1:09-bk-13356-KT

3

4  Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
   Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
5  Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
   Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
6  Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
   Matthew A Gold     courts@argopartners.net
7  Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
   Michael I. Gottfried     mgottfried@lblawllp.com, eborman@lgbfirm.com
8  John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
   Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
9  Peter J Gurfein     pgurfein@lgbfirm.com
   Jodie M Grotins     jgrotins@mcguirewoods.com
10 Cara Hagan, carahagan@haganlaw.org
   Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
11 Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
   Robert A Hessling     rhessling@dgdk.com
12 William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
   Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
13 William H. Kiekhofer     wkiekhofer@mcguirewoods.com  (counsel for Esmark)
   Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
14 Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
   Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for OCC)
15 Lewis R Landau     lew@landaunet.com (Conflicts Counsel to Creditors Committee)
   Matthew A Lesnick     matt@lesnicklaw.com
16 David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
   R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
17 Katherine Lien     katie.lien@sbcglobal.net, katielien@gmail.com
   Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
18 Richard Malatt, rmalatt@gmail.com (counsel for interested party)
   Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
19 Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
   Avi Muhtar     amuhtar@sulmeyerlaw.com
20 Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
   Jeffrey P Nolan     jnolan@pszjlaw.com
21 Henry H Oh     henry.oh@dlapiper.com, janet.curley@dlapiper.com
   Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
22 Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
   Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
23 Christopher E Prince     cprince@lesnickprince.com
   Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
24 Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
   Kurt Ramlo, kurt.ramlo@dlapiper.com
25 Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
   Jeremy V Richards     jrichards@pszjlaw.com
26 Daniel H Reiss     dhr@lnbrb.com
   James S Riley     tgarza@sierrafunds.com
27 Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
   Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)

28                                        ☒Service information continued on attached page

                                    -6-

362797.01 [XP]      25195

| 1 | |
|---|---|
| 2 | In re:  MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11  CASE NUMBER 1:09-bk-13356-KT |

3

Steven J Schwartz    sschwartz@dgdk.com
4  Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
5  David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
6  Stephen Shiu    sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
7  Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel    blspiegel@jonesday.com
8  James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege    csteege@jenner.com (counsel for OEC)
9  Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
10  Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
11  Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
12  Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield    wwinfield@nchc.com
13  Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

14  **II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es)
15  indicated below:

16  ☐  Service information continued on attached page

17  **III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a
18  complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es),
19  facsimile transmission number(s) and/or email address(es) indicated below:

20  Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
21  Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

22  ☐  Service information continued on attached page
23
24
25
26
27
28

-7-

362797.01 [XP]      25195