JEFFER, MANGELS, BUTLER & MITCHELL LLP
JOHN A. GRAHAM (SBN 71017)
THOMAS M. GEHER (SBN 130588)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567
Email:    jag@jmbm.com
    tgeher@jmbm.com

Attorneys for Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through Berkadia Commercial Mortgage, Inc., its Special Servicer

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors. | CASE NO.    1:09-bk-13356 VK<br><br>Chapter 11<br>(Jointly Administered)<br><br>**BERKADIA'S RESPONSE AND OBJECTION RE PLAN CONFIRMATION**<br><br>Date:    January 26, 2011<br>Time:    9:30 a.m.<br>Place:    Courtroom 301<br>    21041 Burbank Boulevard<br>    Woodland Hills, California |

**TO THE ABOVE ENTITLED COURT, ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through Berkadia Commercial Mortgage, Inc., its Special Servicer ("Berkadia"), hereby responds to and files this response and objection with respect to the three competing plans of reorganization proposed by (i) Debtors, (ii) East West Bank and Legendary Investors Group, No. 1, LLC (collectively, "Legendary") and (iii) Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation ("collectively, "Charlestown").

## I

## THE BANKRUPTCY COURT HAS APPROVED THE SETTLEMENT AND LOAN DOCUMENTS BETWEEN BERKADIA, SANTA FE COMMERCE, INC., AND RICHARD MERUELO

In November, 2010, Debtors filed that *Motion for Approval of Settlement With Wells Fargo Bank, N.A., and Related Agreement With Richard Meruelo, and Authorizing Debtors to Perform Thereunder* (the "Motion") which, among other things, sought approval of a global settlement of all issues between Berkadia, debtor Santa Fe Commerce, Inc. ("Santa Fe") and Richard Meruelo, who was and is a guarantor of Santa Fe's obligations to Berkadia. At a hearing held on November 15, 2010, this Court approved the settlement and agreements by and between Santa Fe, Richard Meruelo and Berkadia. On November 23, 2010, this Court entered an Order (docket no. 2276) approving and authorizing Santa Fe to execute, and perform under, those settlement documents between Santa Fe, Richard Meruelo and Berkadia.

The written agreements approved by this Court between Berkadia, Santa Fe and Richard Meruelo (see, Motion (docket no. 2155), Exhibit 1 for (i) *Settlement Agreement* and (ii) *First Modification and Extension Agreement*) resolve the secured claim of Berkadia against Santa Fe and Berkadia's treatment under a plan. Additionally, among other things, both the *Settlement Agreement*

and *First Modification and Extension Agreement* required that (i) Santa Fe pay Berkadia a "cure payment" in excess of $1,500,000 and (ii) **that Richard Meruelo execute and deliver to Santa Fe a new unconditional guaranty** (the agreed upon form of which was attached to the Motion as Exhibit "1").  Under both the *Settlement Agreement* and *First Modification and Extension Agreement*, Richard Meruelo's obligation to deliver to Berkadia a new guaranty was conditioned only upon Bankruptcy Court approval of the *Settlement Agreement* and *First Modification and Extension Agreement*, which occurred on November 23, 2010 when the Court entered its order approving the settlement and related settlement documents (see Docket #2276).

**II**

**RICHARD MERUELO HAS REFUSED TO EXECUTE AND DELIVER HIS GUARANTY**

On October 29, 2010 execution copies of the Settlement Agreement and all related loan documents were sent by Berkadia's counsel to counsel for Meruelo-Maddux and Richard Meruelo for signature.  On the same day, executed agreements by Santa Fe Commerce Center, Inc. were returned.  On our about November 5, 2010, Berkadia's counsel received the Settlement Agreement, and First Modification and Extension Agreement signed by Richard Meruelo.

Since the Bankruptcy Court hearing on November 15, 2010, Berkadia's counsel has made dozens of inquiries as to the whereabouts of Mr. Meruelo's new executed guaranty as required by the Settlement Agreement.  Numerous emails and phone calls have been sent demanding that Mr. Meruelo deliver his executed guaranty.

For weeks, Berkadia received a variety of generalized explanations and excuses regarding Richard Meruelo's failure to deliver his new executed guaranty.  Many of the excuses claimed that the guaranty would be delivered.

On December 27, 2010, a hearing was held in the Federal District Court case styled *Wells Fargo Bank v. Richard Meruelo,* Case No. 2:10-cv-00315-CAS-AJW.[1]  Wells Fargo Bank had previously declined to continue the hearing or dismiss the proceeding because Richard Meruelo had failed to deliver his new executed guaranty.

---

[1] This is the action commenced on the existing guaranty of Richard Meruelo.

In response to Berkadia's decision not to continue the hearing or dismiss the action, the truth as to Richard Meruelo's delay in delivering his guaranty came to light.  On December 23, 2010 at 9:56 a.m., John Maddux informed Berkadia and Berkadia's counsel in writing that Richard Meruelo's failure to deliver his executed his guaranty was deliberate and that he was not planning on delivering his executed guaranty.  Hence, Richard Meruelo's failure to deliver the new guaranty has resulted in a breach of the agreements approved by the Bankruptcy Court (as of the filing of this pleading, Santa Fe is current on its monetary obligations under the relevant settlement documents).

Berkadia objects to Santa Fe's and Debtors' plan treatment because Richard Meruelo has failed to deliver his new executed guaranty.  Therefore, Berkadia reserves it right to file further specifications of its objections once Richard Meruelo's final intentions are known.

In connection with its objection to the pending plans, Berkadia reserves all of its rights and remedies resulting from the breach caused by Richard Meruelo's failure to deliver his new executed guaranty, including objecting to the proposed plan treatment as not being fair and equitable because the Richard Meruelo guaranty was not executed and delivered.  Further, Berkadia does hereby reserve all of its rights and remedies resulting from the breach caused by Richard Meruelo's failure to fulfill his obligation under the relevant settlement documents to sign and deliver a new unconditional guaranty to Berkadia, including, but not limited to, (i) commencing a default under the loan documents and foreclosure of Berkadia's collateral, (ii) seeking to withdraw its previously filed ballot in favor of Debtors' plan, (iii) seeking to file a ballot in support of either the Legendary plan or the Charlestown plan, and/or (iv) seeking entry of a money judgment against Richard Meruelo in the pending Federal District Court case styled *Wells Fargo Bank v. Richard Meruelo.*

### III

### THE PLANS OF LEGENDARY AND CHARLESTOWN SHOULD INCORPORATE THE TERMS OF THE SETTLEMENT BETWEEN SANTA FE AND BERKADIA

The present plans proposed by both Legendary and Charlestown were filed **prior to** the filing of the Motion and this Court's approval of the settlement between Santa Fe, Richard Meruelo

1 and Berkadia. Accordingly, and due solely to timing issues, both Legendary's plan and
2 Charlestown's plan provide that Berkadia shall receive the "Common Secured Creditor Treatment."
3 However, both of these plans also provide that secured creditors who have settlements with a debtor
4 approved by the Bankruptcy Court will receive the treatment set forth in their court approved
5 settlement. See, Charlestown's Fourth Amended Plan (docket no. 1951), page 48, lines 19 –
6 22("Common Settled Secured Claim Treatment"). The foregoing [Common Secured Creditor
7 Claim] treatment shall not supersede the terms of Bankruptcy Court approved settlements. Holders
8 of Secured Claims who settled with the Debtors and whose settlements have been approved by the
9 Bankruptcy Court will be paid in accordance with their settlement agreements.") and Legendary's
10 Second Amended Plan (docket no. 1995), page 4, lines 3-6 ("Unless they have agreed to alternate
11 treatment with the Debtors pursuant to a Bankruptcy Court approved settlement, Holders of Secured
12 Claims will receive 5.5% interest-only payments on a quarterly basis, with repayment of all
13 principal on or before the fourth anniversary of the Effective Date.")

14 Accordingly, as Berkadia has a Bankruptcy Court approved settlement with debtor Santa Fe,
15 under the respective plans proposed by Charlestown and Legendary, Berkadia's secured claim
16 treatment should be in conformity with the Bankruptcy Court approved settlement, not the Common
17 Secured Creditor Treatment. Berkadia objects to the plans proposed by both Legendary and
18 Charlestown to the extent that Berkadia's treatment is not in conformity with the terms of the
19 Berkadia settlement, as approved by the Bankruptcy Court.

20 DATED: December 29, 2010      JEFFER, MANGELS, BUTLER & MITCHELL LLP
                                 JOHN A. GRAHAM
21                               THOMAS M. GEHER

23                               By:  /s/ Thomas M. Geher
                                 THOMAS M. GEHER, Attorneys for Creditor
24                               Wells Fargo Bank, N.A. Successor By
                                 Consolidation To Wells Fargo Bank Minnesota,
25                               National Association As Trustee For The
                                 Registered Certificateholders Of GMAC
26                               Commercial Mortgage Securities, Inc., Mortgage
                                 Pass-Through Certificates, Series 2002-C1 Acting
27                               By And Through Berkadia Commercial Mortgage
                                 Inc., Its Special Servicer
28

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-4308

A true and correct copy of the foregoing document described as ***BERKADIA'S RESPONSE AND OBJECTION RE PLAN CONFIRMATION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***December 29, 2010***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***December 29, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Served By Overnight Mail:
Honorable Victoria S. Kaufman
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 29, 2010 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                       F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. <u>TO BE SERVED BY THE COURT VIA NEF</u>:**

- Michael C Abel    mca@dgk.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    JBrand@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Carol Chow    CChow@Stutman.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgk.com, ecolson@dgk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marina Fineman    mfineman@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**