Donald L. Gaffney (Admitted *Pro Hac Vice*)
Eric S. Pezold (#255657)
Jasmin Yang  (#255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone:      (714) 427-7000
Facsimile:   (714) 427-7799
Email: dgaffney@swlaw.com
         epezold@swlaw.com
         jyang@swlaw.com
Counsel for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors-in-Possession.<br><br>Affects the following Debtor:<br><br>Merco Group-Southpark, LLC | Case No.: 1:09-bk-13356-VK<br>Jointly Administered<br>Chapter 11<br><br>**DECLARATION OF CHRISTOPHER J. FRYE**<br><br>Date:   January 26, 2011<br>Time:   9:30 a.m.<br>Place:  Courtroom 1675<br>         United States Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

Christopher J. Frye hereby makes this Declaration in support of Bank of America N.A.'s ("BofA's") Objection to Confirmation of the Fourth Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc., et al., dated September 20, 2010:

20699.0150\YANG\SWDMS\12369370

1

1. I am a partner of Pacific Commercial Group ("PCG"). I have personal knowledge of the facts set forth herein an am authorized by PCG to make this declaration.

2. I am certified to conduct real property appraisals in the State of California. A copy of my Qualifications is attached to the Southpark Appraisal, which is defined and referred to in the subsequent paragraphs of this Declaration.

3. PCG was retained by BofA to perform an appraisal of certain real property located it various parcels denoted as 1150 South Grand Avenue/1155 South Olive Street, 1100 S, Olive Street, and 1213-1229 South Hill Street/1230 South Olive Street/203 West Pico Boulevard in Los Angeles, California (the "Southpark Property").

4. On July 5, 2010, PCG performed an inspection of the Southpark Property.

5. On July 25, 2010 PCG submitted an "Appraisal Report of Development Land/Proposed Retail-Residential Los Angeles, California" (the "Southpark Appraisal") to BofA. A true and correct copy of the Southpark Appraisal is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28 day of December 2010.

*Chris Frye*

_____

Christopher J. Frye

20699.0150\YANGJ\SWDMS\12369370

2