PETER J. GURFEIN (State Bar No. 127173)
ALEKSANDRA ZIMONJIC (State Bar No. 210252)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
pgurfein@lgbfirm.com
azimonjic@lgbfirm.com

Attorneys for GRAND AVENUE LFOTS, LLC, and
CIM Urban RE Fund GP II, LLC, as
Successor in Interest to GRAND AVENUE LOFTS, LP

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC. et al,

Debtors-In-Possession.

■ Affects All Debtors

Case No. 1:09-bk-13356-VK

Chapter 11
(Jointly Administered)

**DECLARATION OF JEFF LEE IN SUPPORT OF GRAND AVENUE LOFTS, LP'S AND GRAND AVENUE LOFTS, LLC'S OBJECTIONS TO CONFIRMATION OF [1] DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION OF MERUELO MADDUX PROPERTIES, INC., ET AL., DATED SEPTEMBER 20, 2010, [2] CHARLESTOWN CAPITAL ADVISORS, LLC'S AND HARTLAND ASSET MANAGEMENT CORPORATION'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED OCTOBER 14, 2010, AND [3] LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 3, 2010; AND EXHIBITS**

Date:  January 26, 2011
Time:  9:30 a.m.
Place: Courtroom 303
       255 East Temple Street, Suite 1682
       Los Angeles, California 90012

LANDAU
GOTTFRIED &
BERGER LLP

I, Jeff Lee, declare:

1. I am a principal of The Lee Group, Inc., the sole member of 330 West 11th LLC, the sole member of Grand Avenue Lofts, LLC. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration and if called as a witness I could and would testify competently thereto.

2. I make this Declaration in support of the concurrently filed *Grand Avenue Lofts, LP's and Grand Avenue Lofts, LLC's Objections To Confirmation Of [1] Debtors' Fourth Amended Joint Plan Of Reorganization Of Meruelo Maddux Properties, Inc., et al., Dated September 20, 2010, [2] Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's Fourth Amended Chapter 11 Plan Of Reorganization Dated October 14, 2010, And [3] Legendary Investors Group No. 1, LLC's and East West Bank's Modified Second Amended Joint Chapter 11 Plan Of Reorganization Dated September 3, 2010.*

3. Attached hereto are true and correct copies of the following documents:

a. Grant Deed dated September 28, 2005 and recorded October 4, 2005 in the County of Los Angeles as instrument no. 05-2387919, attached as **Exhibit A**.

b. Agreement Regarding Construction of Parking Structure, dated September 21, 2005 and recorded October 4, 2005 in the County of Los Angeles as instrument no. 05-2387923 (the "Construction Agreement") by and between Grand Avenue Lofts, LLC, on the one hand, and Merco Group – Southpark, LLC ("Southpark"), Merco Group – Little J, LLC ("Little J") and Meruelo Maddux - 336 W. 11th Street LLC (the "11th Street Debtor," and collectively with Southpark and Little J, the "Developer"), on the other hand, attached as **Exhibit B**.

c. Parking License Agreement dated September 21, 2005 and recorded October 4, 2005 in the County of Los Angeles as instrument no. 05-2387922 by and between Grand Avenue Lofts, LLC, on the one hand, and Southpark, Little J, the 11th Street Debtor, and Merco Group – 425 W. 11th Street, LLC, on the other hand, attached as **Exhibit C**.

d. Parking Sub-License Agreement, dated October 26, 2005 by and between Grand Lofts Homeowners Association, as sub-licensee, and Grand Avenue Lofts, LLC as sub-

LANDAU
GOTTFRIED &
BERGER LLP

2

licensor, attached as **Exhibit D**.

4. As set forth in the Construction Agreement, the Developer was obligated to build a Parking Structure, as defined in the Construction Agreement, on the property located at 336 W. 11th Street, or on certain alternative sites. The Completion Date, as defined in the Construction Agreement, by which date the Parking Structure was to be Substantially Completed, also as defined in the Construction Agreement, was on or before October 1, 2008. To date, the Parking Structure has not been Substantially Completed. In fact, to date, no construction has even commenced on the Parking Structure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of December, at Los Angeles, California.

_____
Jeff Lee