JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC., et al.[1]

    Debtors and Debtors-in-Possession.

☑ Affects all Debtors

☐ Affects the following Debtor(s):

)  Case No. 1:09-bk-13356-VK
)
)  Chapter 11 (Jointly Administered)
)
)  **NOTICE OF FILING OF ORIGINAL**
)  **SIGNATURE PAGE OF DECLARATION**
)  **OF ANDREW MURRAY IN SUPPORT**
)  **OF DEBTORS' MOTION FOR ORDER**
)  **EXTENDING AUTHORITY FOR THE**
)  **USE OF CASH COLLATERAL AND TO**
)  **MAINTAIN CASH MANAGEMENT**
)  **SYSTEM THROUGH JUNE 30, 2011**
)
)  Date: January 20, 2011
)  Time: 2:30 p.m.
)  Place: Courtroom 301
)     21041 Burbank Blvd.
)     Woodland Hills, California

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

363712.01 [XP] 25195

approved settlements with such creditors. The Interest Expense line item does not include cash adequate protection payments to be made each month pursuant to the Court's order authorizing the use of cash collateral. "Real Property Taxes" identifies the amount of real property taxes that each Debtor is estimated to owe for taxes due and payable without penalty on or before April 11, 2011.

I declare under penalty of perjury that the foregoing is true and correct, and if called upon as a witness, I could testify competently to each and every fact stated herein.

Executed on December 30, 2010, at Los Angeles, California.

_____
ANDREW MURRAY

363686.01 [XP]   25195

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF FILING OF ORIGINAL SIGNATURE PAGE OF DECLARATION OF ANDREW MURRAY IN SUPPORT OF DEBTORS' MOTION FOR ORDER EXTENDING AUTHORITY FOR THE USE OF CASH COLLATERAL AND TO MAINTAIN CASH MANAGEMENT SYSTEM THROUGH JUNE 30, 2011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 31, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Carol Chow    CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Ana Damonte    ana.damonte@pillsburylaw.com
Susan S Davis    sdavis@coxcastle.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman    mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)

☒    Service information continued on attached page

363712.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold    courts@argopartners.net
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried    mgottfried@lblawllp.com, eborman@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein    pgurfein@lgbfirm.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Robert A Hessling    rhessling@dgdk.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer    wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau    lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Avi Muhtar    amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jeffrey P Nolan    jnolan@pszjlaw.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince    cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards    jrichards@pszjlaw.com
Daniel H Reiss    dhr@lnbrb.com
James S Riley    tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)

☒    Service information continued on attached page

363712.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Steven J Schwartz    sschwartz@dgdk.com
Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu    sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel    blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege    csteege@jenner.com (counsel for OEC)
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield    wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On December 31, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via Federal Express
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Blvd., Courtroom 301, Woodland Hills, California

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 31, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Suite 1682, Los Angeles, CA 90012

Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

363712.01 [XP]    25195

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

| December 31, 2010 | JOHN N. TEDFORD, IV | /s/ John N. Tedford, IV |
|---|---|---|
| Date | Type Name | Signature |

363712.01 [XP]    25195