**RON ORR & PROFESSIONALS, INC.**
RONALD S. ORR, SBN 54257
578 Washington Blvd., #389
Marina del Rey, CA 90292
(310) 301-4849
(310) 301-6549 Facsimile
E-mail: ronorresq@aol.com

Bankruptcy Attorney for
Official Equity Committee

## UNITED STATES BANKRUPCTY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES INC., et al.[1]<br><br>Debtors. | CASE NO. 09-bk-13356-VK<br><br>Chapter 11<br><br>**SIXTH MONTHLY FEE STATEMENT OF RON ORR & PROFESSIONALS, INC, BANKRUPTCY COUNSEL TO OFFICIAL EQUITY HOLDERS COMMITTEE**<br><br>[Dec. 1 to Dec. 31, 2010]<br><br>**[No Hearing Required]** |

TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTORS AND THEIR COUNSEL, AND TO ALL OTHER INTERESTED PARTIES:

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-28 KT; 1:09-bk-13400-KT;1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404.

**PLEASE TAKE NOTICE** that pursuant to the "Order Establishing Procedure for Interim Compensation and Reimbursement of Expenses for Professionals," entered on July 22, 2009, the sixth monthly fee statement for Ron Orr & Professionals, Inc., a Professional Corporation ("the Orr Firm"), separate general bankruptcy counsel for the Office Equity Holders' Committee ("OEC") of the bankruptcy estates of Meruelo Maddux Properties, Inc. *et al*, for the period from December 1, 2010 through and including December 31, 2010, is appended hereto.

DATED: January 2, 2011

RON ORR & PROFESSIONALS, INC.
RONALD S. ORR

By: *[signature]*
Attorneys for Official Equity Committee

## FEE STATEMENT

Pursuant to monthly fee procedures in these cases, the Orr Firm, separate general bankruptcy counsel for the Office Equity Holders' Committee of the bankruptcy estates of Meruelo Maddux Properties, Inc. *et al*, hereby submits its sixth monthly fee statement for the period from December 1, 2010 through and including December 31, 2010.

A. Total Amount of Compensation and reimbursement of expenses requested:

    1. Ron Orr & Professionals, Inc.:

        i. <u>Fees:</u> $17,055.00

        ii. <u>Expenses:</u> $53.00

        iii. <u>Total:</u> $17,108.00

B. Names, hourly rates, total number of hours billed and total amount of fees incurred:

| Firm/Attorney | Hourly Rate | Number of Hours | Amount of Fees |
|---|---|---|---|
| Ron Orr & Professionals, Inc. Ronald S. Orr | $450 | 37.9 | 17,055.00 |
| | | | $ |

C. True and correct copies of the following are attached hereto as follows:

    1. Exhibit 1: Detailed statements of time entries by Ronald S. Orr for Ron Orr & Professionals, Inc., including expenses, identifying categories, for which reimbursement is sought.

Pursuant to the Monthly Statement Order, a copy of this Monthly Statement, along with the attached exhibits, is being served on the Debtors, general bankruptcy counsel to the Debtors, the Office of the United States Trustee, counsel to the Debtors, secured creditors and counsel to the Official Unsecured Creditors Committee.

Any opposition to the Monthly Statement must be made within fifteen (15) days after service of the Monthly Statement (the "Objection Deadline") to raise any objection thereto. Any objection to the Monthly Statement (an "Objection") must: (i) be in writing; (ii) set forth the precise nature of the Objection, the grounds therefore, and the amount of fees and/or expenses to which the Objection applies; and (iii) be filed with the Court and served on or before the Objections Deadline on both Ron Orr & Professionals, Inc. and on each of the noticed parties herein.

If no timely Objection is filed and served with respect to a Monthly Statement, then, without further order of the Court, the Debtors shall pay Ron Orr & Professionals, Inc., the amount of 80% of the fees and 100% of the out-of-pocket expenses requested in the Monthly Statement. Any and all such payments shall be on an interim basis and subject to the filing of interim and final fee applications.

Pending resolution of any timely Objection, the Debtors shall pay Ron Orr & Professionals, Inc the lesser of: (i) 80% of the fees and 100% of the expenses requested in the Monthly Statement to which the Objection applies; and (ii) the aggregate amount of fees and expenses requested in such Monthly Statement which to which no Objection was raised.

DATED: January 2, 2011

RON ORR & PROFESSIONALS, INC.
RONALD S. ORR

By: *Ronald S. Orr*
Ronald S. Orr
Attorneys for Official Equity Committee

**EXHIBIT 1**

Ron Orr & Professionals, Inc.

578 Washington Blvd., # 389
Marina Del Rey, CA 90292-5442

# Billing Statement

| DATE | Statement No. |
|---|---|
| 1/2/2011 | 290 |

| CLIENT: |
|---|
| Official Equity Committee<br>Meruelo Maddox Properties, Inc. |

| DUE DATE | MATTER: | For Services Through: |
|---|---|---|
| 1/2/2011 | | 12/31/10 |

| Date | DESCRIPTION | ATTY;T... | RATE | HOURS | CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 12/2/2010 | Full committee conference call | 1RSO | 450.00 | 1.2 | Equity Committee Meeting | 540.00 |
| 12/3/2010 | Review and respond to 80 emails over the past two days | 1RSO | 450.00 | 0.9 | Email Traffic | 405.00 |
| 12/3/2010 | Review emails for discovery request from MMPI | 1RSO | 450.00 | 3.6 | Plan Discovery | 1,620.00 |
| 12/5/2010 | Organize pleadings for court tomorrow | 1RSO | 450.00 | 0.75 | Court hearings on calendar ... | 337.50 |
| 12/5/2010 | Prepare for hearings tomorrow on Indemnity and discovery. Read all the relevant pleadings. | 1RSO | 450.00 | 1.3 | Court hearings on calendar ... | 585.00 |
| 12/6/2010 | Appear at hearings, including argument on Meruelo Indemnity, call to Cristy on the return | 1RSO | 450.00 | 4.2 | Court hearings on calendar ... | 1,890.00 |
| 12/6/2010 | Emails to counsel re outcome of hearings, request for feedback and recieve | 1RSO | 450.00 | 0.15 | Court hearings on calendar ... | 67.50 |
| 12/7/2010 | Receive and respond to emails | 1RSO | 450.00 | 0.4 | Email Traffic | 180.00 |
| 12/7/2010 | Full Committee conference call | 1RSO | 450.00 | 1.35 | Equity Committee Meeting | 607.50 |
| 12/7/2010 | T-Rodiger re discovery status and strategy going forward | 1RSO | 450.00 | 0.5 | Plan Discovery | 225.00 |
| 12/7/2010 | Review and respond to emails re discovery | 1RSO | 450.00 | 0.3 | Plan Discovery | 135.00 |
| 12/9/2010 | Attend court hearing before Judge Kaufman re discovery, EY and other issues, Meet with Legendary, charlestown, CC attorneys with Cristy to discuss strategy and discovery issues | 1RSO | 450.00 | 6.2 | Court hearings on calendar ... | 2,790.00 |
| 12/10/2010 | Full Equity Committee Conference call | 1RSO | 450.00 | 0.8 | Equity Committee Meeting | 360.00 |
| 12/10/2010 | Meet and confer on plan discovery by telephone. | 1RSO | 450.00 | 0.9 | Plan Discovery | 405.00 |
| 12/14/2010 | Download pleadings and calendar and respond to emails. | 1RSO | 450.00 | 0.6 | Email Traffic | 270.00 |
| 12/15/2010 | Download pleadings that have been filed and answer emails | 1RSO | 450.00 | 0.6 | Email Traffic | 270.00 |
| 12/15/2010 | Review and comment on depositions for Meruelo house issues and Cristy Declaration | 1RSO | 450.00 | 0.4 | bad acts litigation | 180.00 |
| 12/16/2010 | Attend Court hearing before Judge Kaufman re EY and Whittier discovery | 1RSO | 450.00 | 3.2 | Court hearings on calendar ... | 1,440.00 |
| | | | | | **Total** | |

Wire Transfer Instructions: Account: Ron Orr & Professionals, Inc.; Routing: 321081669;
Acct# 9700057104; First Republic Bank,1888 Century Park East, Los Angeles CA 90067

Page 1

Ron Orr & Professionals, Inc.

578 Washington Blvd., # 389
Marina Del Rey, CA 90292-5442

# Billing Statement

| DATE | Statement No. |
|---|---|
| 1/2/2011 | 290 |

| CLIENT: |
|---|
| Official Equity Committee<br>Meruelo Maddox Properties, Inc. |

| DUE DATE | MATTER: | For Services Through: |
|---|---|---|
| 1/2/2011 | | 12/31/10 |

| Date | DESCRIPTION | ATTY;T... | RATE | HOURS | CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 12/16/2010 | Read pleadings filed by Charlestown in response to MMPI Motion | IRSO | 450.00 | 0.8 | Plan Confirmation issues | 360.00 |
| 12/21/2010 | Full equity committee call | IRSO | 450.00 | 0.75 | Equity Committee Meeting | 337.50 |
| 12/21/2010 | Read Skaggs letter | IRSO | 450.00 | 0.85 | Plan Discovery | 382.50 |
| 12/24/2010 | Full equity committee call | IRSO | 450.00 | 0.65 | Equity Committee Meeting | 292.50 |
| 12/27/2010 | Read and reply to email, download many pleadings and letters | IRSO | 450.00 | 1.5 | Email Traffic | 675.00 |
| 12/29/2010 | read and respond to email, T-Hankin re discovery responsibility | IRSO | 450.00 | 0.5 | Plan Discovery | 225.00 |
| 12/29/2010 | Read Wells pleading re Meruelo Guaranty, send emails re strategy | IRSO | 450.00 | 0.3 | Insider Litigation | 135.00 |
| 12/29/2010 | Full committee meeting | IRSO | 450.00 | 0.85 | Equity Committee Meeting | 382.50 |
| 12/29/2010 | Read email evidence re Skaggs letter, send emails concerning same | IRSO | 450.00 | 0.2 | Plan Discovery | 90.00 |
| 12/29/2010 | Review Global Realty Objection to Discovery | IRSO | 450.00 | 0.2 | Plan Discovery | 90.00 |
| 12/30/2010 | Emails re discovery schedules and deponents | IRSO | 450.00 | 0.15 | Plan Discovery | 67.50 |
| 12/30/2010 | Review and comment on Board packet materials produced by MMPI | IRSO | 450.00 | 0.45 | Plan Discovery | 202.50 |
| 12/30/2010 | Review Unsecured Committee pleadings filed objecting to Debtor and Legendary plans | IRSO | 450.00 | 1.2 | Plan Confirmation issues | 540.00 |
| 12/31/2010 | Review MMPI objections to Legendary and Charlestown plans and Reiss Declaration | IRSO | 450.00 | 2.15 | Plan Confirmation issues | 967.50 |
| 12/6/2010 | Mileage to and from court | Mileage... | 0.50 | 44 | Court hearings on calendar... | 22.00 |
| 12/9/2010 | Mileage to and from Court | Mileage... | 0.50 | 31 | Court hearings on calendar... | 15.50 |
| 12/16/2010 | Mileage to Court | Mileage... | 0.50 | 31 | Court hearings on calendar... | 15.50 |

| | **Total** | $17,108.00 |
|---|---|---|

Wire Transfer Instructions: Account: Ron Orr & Professionals, Inc.; Routing: 321081669;
Acct# 9970057104; First Republic Bank,1888 Century Park East, Los Angeles CA 90067