JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
AARON E. DE LEEST (State Bar No. 216832)
*Adeleest@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.[1]<br><br>      Debtors and Debtors-in-Possession.<br><br>☐    Affects all Debtors<br>☑    Affects the following Debtor(s):<br><br>*Meruelo Maddux Properties – 760 S. Hill Street, LLC, case no. 1:09-bk-13363-KT* | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Jointly Administered)<br><br>**SECOND STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DISALLOWING CLAIM NO. 3 FILED BY THE UNION RESTAURANT & LOUNGE, LLC**<br><br>**Current Hearing Date:**<br>Date:   January 20, 2011<br>Time:   2:30 p.m.<br>Place:   Courtroom 301<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367<br><br>**Proposed Continued Hearing Date**:<br>Date:   March 17, 2011<br>Time:   2:30 p.m.<br>Place:   Courtroom 301<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367 |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-KT; 1:09-bk-13358-KT; 1:09-bk-13359-KT; 1:09-bk-13360-KT; 1:09-bk-13361-KT; 1:09-bk-13362-KT; 1:09-bk-13363-KT; 1:09-bk-13364-KT; 1:09-bk-13365-KT; 1:09-bk-13366-KT; 1:09-bk-13367-KT; 1:09-bk-13368-KT; 1:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; 1:09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk-13378-KT; 1:09-bk-13379-KT; 1:09-bk-13380-KT; 1:09-bk-13381-KT; 1:09-bk-13382-KT; 1:09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1:09-bk-13386-KT; 1:09-bk-13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-KT; 1:09-bk-13400-KT; 1:09-bk-13401-KT; 1:09-bk-13402-KT; 1:09-bk-13403-KT; 1:09-bk-13404-KT; 1:09-bk-13405-KT; 1:09-bk-13406-KT; 1:09-bk-13407-KT; 1:09-bk-13434-KT; and 1:09-bk-13439-KT.

#364127 v1 - MMPI: Second Stipulation to Continue Hearing on Objection to Union Restaurant Claim

## STIPULATION

Meruelo Maddux Properties – 760 S. Hill Street, LLC (the "Debtor") and The Union Restaurant & Lounge, LLC (the "Claimant") (collectively, the "Parties"), request that the Court approve the within stipulation.

## RECITALS

A. On or about September 4, 2009, the Claimant filed a proof of claim identified on the Court's Claims Register as Claim No. 3.

B. On or about October 22, 2010, the Debtor filed its Notice of Motion and Motion for Order Disallowing Claim No. 3 filed by Claimant ("Motion").

C. On or about December 1, 2010, the Claimant filed its Opposition to the Motion (the "Opposition").

D. A hearing on the Motion was previously set for December 16, 2010 at 2:00 p.m., and, by stipulation of the Parties, continued to January 20, 2011 at 2:30 p.m., to allow the Debtor additional time to analyze the Claimant's Opposition and the additional facts and evidence attached thereto, and to attempt to consensually resolve the Motion.

E. To allow the Debtor additional time to prepare its reply in support of the Motion and for the Parties to continue in their attempts to consensually resolve the Motion, the Parties stipulate to a further continuance of the hearing on the Motion.

WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The foregoing Recitals are incorporated herein by this reference.

2. The hearing on the Motion, currently scheduled for January 20, 2010, should be continued to March 17, 2011 at 2:30 p.m., or such other time thereafter that is convenient for this Court.

3. The Debtor shall file and serve upon counsel for the Claimant any reply brief at least fourteen days before the continued hearing date.

///
///
///

2

4. The Claimant shall be permitted to file and serve upon counsel for the Debtor any sur-reply brief at least seven days before the continued hearing date.

Dated: January 12, 2011

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
Aaron E. de Leest
Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

Dated: January 11, 2011

JEFFREY S. SHINBROT APLC

By: _____
Jeffrey S. Shinbrot
Attorneys for The Union Restaurant & Lounge LLC

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as **SECOND STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DISALLOWING CLAIM NO. 3 FILED BY THE UNION RESTAURANT & LOUNGE, LLC** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 12, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Carol Chow    CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Ana Damonte    ana.damonte@pillsburylaw.com
Susan S Davis    sdavis@coxcastle.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman    mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)

☒    Service information continued on attached page

4

#364127 v1 - MMPI: Second Stipulation to Continue Hearing on Objection to Union Restaurant Claim

| | | |
|---|---|---|
| 1 | In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
| 2 | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

3  Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold     courts@argopartners.net
4  Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried     mgottfried@lblawllp.com, eborman@lgbfirm.com
5  John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
6  Peter J Gurfein     pgurfein@lgbfirm.com
7  Jodie M Grotins     jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
8  Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
9  Robert A Hessling     rhessling@dgdk.com
William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
10 Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer     wkiekhofer@mcguirewoods.com (counsel for Esmark)
11 Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
12 Lewis R Landau     lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick     matt@lesnicklaw.com
13 David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
14 Katherine Lien     katie.lien@sbcglobal.net, katielien@gmail.com
15 Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
16 Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
17 Avi Muhtar     amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
18 Jeffrey P Nolan     jnolan@pszjlaw.com
Henry H Oh     henry.oh@dlapiper.com, janet.curley@dlapiper.com
19 Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
20 Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince     cprince@lesnickprince.com
21 Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
22 Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
23 Jeremy V Richards     jrichards@pszjlaw.com
Daniel H Reiss     dhr@lnbrb.com
24 James S Riley     tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
25 Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz     sschwartz@dgdk.com
26 Kenneth J Shaffer     jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
27 David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
28                                         ☒     Service information continued on attached page

5

#364127 v1 - MMPI: Second Stipulation to Continue Hearing on Objection to Union Restaurant Claim

Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu     sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel     blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege     csteege@jenner.com (counsel for OEC)
Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer     dthayer@jenner.com
James A Timko     jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield     wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On **January 12, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail: Hon. Victoria Kaufman, U. S. Bankruptcy Court, 255 E. Temple Street, Suite 1682, Los Angeles, CA 90012

☐ Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 12, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 12, 2011 | Martha Gonzalez | /s/ Martha Gonzalez |
|---|---|---|
| Date | Type Name | Signature |

#364127 v1 - MMPI: Second Stipulation to Continue Hearing on Objection to Union Restaurant Claim