CHRISTOPHER E. PRINCE (SBN 183553)
cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
acahill@lesnickprince.com
Lesnick Prince LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90405
Telephone: (213) 493-6496
Facsimile:  (213) 493-6596

Attorneys for
Charlestown Capital Advisors, LLC and
Hartland Asset Management Corporation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-13356-VK |
| MERUELO MADDUX PROPERTIES, INC., et al., | Chapter 11 |
| Debtor. | DECLARATION OF EDWARD F. MCGONAGLE IN SUPPORT OF OMNIBUS REPLY OF CHARLESTOWN CAPITAL ADVISORS, LLC AND HARTLAND ASSET MANAGEMENT CORPORATION |
| | <u>Confirmation Hearing</u><br>Date:    January 26, 2011<br>Time:    9:30 a.m.<br>Place:    Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91367 |

I, Edward F. McGonagle, declare as follows:

1. I have approximately 28 years of experience in the commercial real estate industry, of which approximately the last 19 years have been focused on the downtown Los Angeles industrial market. I was the former Chief Investment Officer of Meruelo Maddux Properties, Inc. ("MMPI") before it filed for bankruptcy. As recently as a few weeks ago, MMPI continued to post my biography on their web site. In this biography they state:

> 'A respected real estate professional with considerable direct experience in the development, re-development and asset management of commercial properties and portfolios, his work experience includes management positions with The Pyramid Companies, Lowe Enterprises and Property Solutions. Throughout his career he has been actively involved in over $4 billion in development and asset management projects.
> Ted is widely recognized for his knowledge of Southern California real estate and has been quoted and profiled in publications such as the Los Angeles Times, the Downtown News, Commercial Investment Real Estate magazine and the Wall Street Journal. He was identified in a Realtor Magazine article as one of the top five 'rising star turnaround artist' in commercial real estate.'

2. After resigning as CIO, my company, Property Solutions Inc., provided consulting services to a non debtor entity that was, in essence, a joint venture between MMPI and another company unaffiliated with MMPI. I terminated the consulting relationship in early June 2010.

3. This declaration is submitted to address certain points raised in the Declaration of M. Freddie Reiss submitted in opposition to the Charlestown Plan. (Dkt. No. 2523)

4. In general, Mr. Reiss assumes that the Debtors' existing management effectively manages the enterprise. With the Debtors' performance as the assumed baseline, various aspects

1

of the Charlestown Plan strike Mr. Reiss as aggressive or unrealistic.  Contrary to Mr. Reiss's assumptions, however, the Debtors have consistently underperformed the market.

5. According to the September 2010 rent roll included in Mr. Reiss's materials, MMPI's vacancy rate is 35.5%.  Market average vacancy rates in downtown Los Angeles are consistently reported[1] to be much lower:

|  | Downtown Los Angeles |
|---|---|
| Grubb & Ellis (3rd Qtr) | 2.5% |
| Cushman & Wakefield (3rd Qtr) | 2.8% |
| CB Richard Ellis (3rd Qtr) | 2.3% |
| CoStar Market Analytics (4th Qtr) | 3.1% |

6. For 2013, Charlestown projects a vacancy rate of 7.5%, more than twice the market average.

7. Mr. Reiss' Declaration, Paragraph 17, states that 'Several third party research reports forecast negative absorption in both 2011 and 2012[.]  Mr. Reiss does not identify the reports upon which re relies for this opinion, he did not attach them to his Declaration, and I could not find the sources among the materials produced by the Debtors.  The projections in support of the Charlestown Plan rely on a number of market reports from a range of sources, such as CB Richard Ellis and CoStar Market Analytics, showing positive absorption for the downtown Los Angeles market for the same period.

8. The Charlestown Plan's initial rental rates and property expenses generally have been taken directly from the monthly operating reports.  Therefore, in general, the projected rental rates closely match those currently being obtained by the Debtors.  The attached table compares the average property rental rates in the Charlestown Plan of the 15 properties with the largest vacancy amounts with the average property rental rates from those properties.  These

---

[1] These four services are the industry standard sources for this type of information in Los Angeles, and real estate professionals regularly rely on them.

2

numbers are based on the Debtor's September 2010 rent roll (included among Mr. Reiss's materials).

| Total Vacant S.F. | Property Name | Charlestown Projected Rent | Current Rent Average |
|---|---|---|---|
| 320,942 | Alameda Square Bldg 2 | $0.35 | $0.37 |
| 85,799 | Meruelo Farms | $0.37 | $0.46 |
| 41,887 | 1000 Cesar Chavez | $0.45 | $0.47 |
| 41,000 | Alameda Sq. 1st Floor Bldg 1 | $2.00 | $2.02 |
| 40,871 | 230 Ave 26th | $0.48 | $0.70 |
| 35,787 | 7th St PM | $4.00 | $4.07 |
| 32,027 | 620 Gladys | $0.50 | $0.59 |
| 31,222 | 420 Boyd | $1.25 | $1.27 |
| 28,691 | 5707 Alameda | $0.35 | $0.28 |
| 21,742 | Santa Fe Commerce Center | $0.55 | $0.49 |
| 21,550 | 905 8th Street | $0.90 | $0.90 |
| 18,346 | 760 Hill | $2.26 | $2.03 |
| 8,496 | 788 Alameda | $3.00 | $2.76 |
| 7,000 | Santa Fe Plaza | $2.25 | $2.55 |
| 4,720 | 2640 Washington | $1.80 | $1.81 |

9. The Charlestown Plan's public reporting expenses were derived from the public filings of the Debtor while it was still a publicly reporting company.

10. The assets planned for sale under the Charlestown Plan are relatively diverse geographically, with locations ranging from Barstow, Pomona, Sylmar, Covina, Baldwin Park, Vernon and downtown Los Angeles. Accordingly, Mr. Reiss's characterization of them as being within a small geographic area is inaccurate.

11. The property valuations assumed in the projections supporting the Charlestown Plan are based on court submitted appraisals or on Mr. Meruelo's valuations less a discount. The valuations used in Charlestown's projection are approximately 25% lower than Mr. Meruelo's valuations. The lower assumed prices make it much more likely that Charlestown will achieve its projections as compared to the Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 14, 2011 in Los Angeles, California.

*Edward McGonagle*
Edward F. McGonagle