JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

GARY E. KLAUSNER (State Bar No. 69077)
*GKlausner@Stutman.com*
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-6013
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>　　　Debtors and Debtors-in-Possession.<br><br>☑　Affects all Debtors<br>☐　Affects the following Debtors: | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Jointly Administered)<br><br>**NOTICE OF HEARING ON DEBTORS' MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP NO. 1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN**<br><br>Date:　　January 24, 2011<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 301<br>　　　　　21041 Burbank Boulevard<br>　　　　　Woodland Hills, California |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

364365.01 [XP]　　25195

**PLEASE TAKE NOTICE** that the Court has granted the *Ex Parte Application for Order Shortening Time on Debtors' Motion for (1) Approval of Settlement with Legendary Investors Group No. 1, LLC, (2) Authority to Assume and Assign Executory Contracts and Unexpired Leases, and (3) Authority to Amend Debtors' Proposed Chapter 11 Plan* filed by the above-captioned debtors and debtors-in-possession (collectively the "Debtors") on January 14, 2011 (*docket entry no. 2578*). Pursuant to the Court's ruling, a hearing on the Debtors' *Motion for (1) Approval of Settlement with Legendary Investors Group No. 1, LLC, (2) Authority to Assume and Assign Executory Contracts and Unexpired Leases, and (3) Authority to Amend Debtors' Proposed Chapter 11 Plan* (the "Settlement Motion") will be held on **January 24, 2011**, at **2:00 p.m.**, in Courtroom 301 of the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, located at 21041 Burbank Boulevard, Woodland Hills, California.

**PLEASE TAKE FURTHER NOTICE** that oppositions, if any, to the Settlement Motion must be in writing and filed with the Court, with a hard copy delivered to chambers, and served on the Debtors' counsel so that they are received by chambers and the Debtors' counsel by **5:00 p.m. on January 20, 2011**. Any response not timely filed and served may be deemed by the Court to be consent to the granting of the motion. If you do not have any objection to the motion, you do not need to take any further action.

**PLEASE TAKE FURTHER NOTICE** that replies, if any, must be filed with the Court, with a hard copy delivered to chambers, and served on the opposing party's counsel so that they are received by chambers and the opposing party's counsel by **2:00 p.m. on January 21, 2011**.

Dated: January 18, 2011

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
John N. Tedford, IV
Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

364365.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the documents described as follows: **NOTICE OF HEARING ON DEBTORS' MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP NO. 1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 18, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)</u>: On January 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 18, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>Via Personal Delivery</u>
Honorable Victoria S. Kaufman, United States Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367
<u>Via E-Mail</u>
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

☒ Service information continued on attached page

364365.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Carol Chow    CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Ana Damonte    ana.damonte@pillsburylaw.com
Susan S Davis    sdavis@coxcastle.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman    mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold    courts@argopartners.net
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried    mgottfried@lblawllp.com, eborman@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein    pgurfein@lgbfirm.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Robert A Hessling    rhessling@dgdk.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer    wkiekhofer@mcguirewoods.com  (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)

☒Service information continued on attached page

364365.01 [XP]    25195

| | | |
|---|---|---|
| 1 | In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
| 2 | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

3  Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau    lew@landaunet.com (Conflicts Counsel to Creditors Committee)
4  Matthew A Lesnick    matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
5  R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
6  Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
7  Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
8  Avi Muhtar    amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
9  Jeffrey P Nolan    jnolan@pszjlaw.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
10  Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
11  Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince    cprince@lesnickprince.com
12  Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
13  Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
14  Jeremy V Richards    jrichards@pszjlaw.com
Daniel H Reiss    dhr@lnbrb.com
15  James S Riley    tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
16  Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz    sschwartz@dgdk.com
17  Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
18  David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
19  Stephen Shiu    sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
20  Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel    blspiegel@jonesday.com
21  James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege    csteege@jenner.com (counsel for OEC)
22  Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
23  Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
24  Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
25  Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield    wwinfield@nchc.com
26  Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

27                                                         ☐ Service information continued on attached page

28

- 5 -

364365.01 [XP]    25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (continued)

<u>Via Express Mail, Overnight Delivery</u>
Romel Perez
P.O. Box 336
Bell, CA 90201

<u>Via Federal Express</u>
Motorini, Inc.
ATTN: Michael Connolly
301 S. Central Ave.
Los Angeles, CA 90013

Motorini, Inc.
470 E. 3rd Street, Unit A
Los Angeles, CA 90013

Zavin Krikorian
dba Zavin's Uniforms
470 E. 3rd Street, Unit D
Los Angeles, CA 90013

Zavin Krikorian
dba Zavin's Uniforms
24134 Benfield Place
Diamond Bar, CA 91765

S.C. Prestige Parking, Inc.
ATTN: Somme Sahab
220 W. 21st Street
Los Angeles, CA 90007

S.C. Prestige Parking, Inc.
5250 N. Century Boulevard, Suite 215
Los Angeles, CA 90045

410 Boyd Restaurant & Bar LLC
ATTN: LegalZoom.com, Inc.
101 N. Brand Blvd., 10th Floor
Glendale, CA 91203

410 Boyd Restaurant & Bar LLC
ATTN: Mark Wilson, Managing Member
410 Boyd Street
Los Angeles, CA 90013

Kritzinger + Rao
ATTN: Shina Mehta
228C Monterey Rd.
South Pasadena, CA 91030

Kritzinger + Rao
ATTN: Srinivas Rao & Johan B. Kritzinger
414 Boyd Street, Unit B
Los Angeles, CA 90013

Hi-Q Toys, Inc.
416 Boyd Street
Los Angeles, CA 90013

Hi-Q Toys, Inc.
ATTN: Richard La
340 & 342 E. 4th Street
Los Angeles, CA 90013

Hi-Q Toys, Inc.
ATTN: Richard La
8625 Rio Dell Street
Rosemead, CA 91770

David G. Gianfagna
420 Boyd Street, Unit 304
Los Angeles, CA 90013

David G. Gianfagna
716 S. Los Angeles, #307
Los Angeles, CA 90014

Gere Kavanaugh
dba Gere Kavanaugh Designs
420 Boyd Street, Unit 305
Los Angeles, CA 90013

Apcon International, Inc.
ATTN: Keishi Hirano
420 Boyd Street, Unit 307
Los Angeles, CA 90013

Apcon International, Inc.
ATTN: Keishi Hirano
420 Boyd Street, Suite 501
Los Angeles, CA 90013

364365.01 [XP]    25195

| # | Left Column | Right Column |
|---|---|---|
| 1 | Chaney M. Sheffield, John F. Butcher and Koichi Yanagizawa | Divine Pasta Company |
| 2 | 420 Boyd Street, Unit 400 | 620 Gladys Avenue |
|   | Los Angeles, CA 90013 | Los Angeles, CA 90021 |
| 3 | | |
|   | Tara Durkan | Divine Pasta Company |
| 4 | dba Gallery 209 | ATTN: Alexander Palermo |
|   | 420 Boyd Street, Unit 503 | 615 N. La Brea Ave. |
| 5 | Los Angeles, CA 90013 | Los Angeles, CA 90036 |
| 6 | Gallery 209, LLC | Divine Pasta Company |
|   | ATTN: Tara Durkan | ATTN: Alexander Palermo |
| 7 | 2222 Foothill Blvd., #247 | 550 Ceres Avenue |
|   | La Canada, CA 91011 | Los Angeles, CA 90013 |
| 8 | | |
|   | 26 International, Inc. | R & P Seafood Corp. |
| 9 | ATTN: Mordehcay Reuben | ATTN: Romel Perez |
|   | 16846 Encino Drive | 649 Ceres Avenue |
| 10 | Encino, CA 91439 | Los Angeles, CA 90021 |
| 11 | 26 International, Inc. | Para Los Ninos |
|   | 1500 Griffith Avenue | ATTN: Katheryn L. Steward |
| 12 | Los Angeles, CA 90021 | 500 Lucas Ave. |
|   | | Los Angeles, CA 90017 |
| 13 | LA Modern Living, Inc. and Plush Impressions, Inc. | Para Los Ninos |
| 14 | 900 E. 4th Street | ATTN: Katheryn L. Steward |
|   | Los Angeles, CA 90013 | 838 E. Sixth Street |
| 15 | | Los Angeles, CA 90021 |
|   | LA Modern Living, Inc. | |
| 16 | ATTN: Sherri Mohammed | Southern California Institute of Architecture |
|   | 12323 Imperial Highway | ATTN: Lisa Russo |
| 17 | Norwalk, CA 90650 | 960 East Third Street |
|   | | Los Angeles, CA 90013 |
| 18 | Plush Impressions, Inc. | |
|   | ATTN: CSC - Lawyers Incorporating Service | Southern California Institute of Architecture |
| 19 | 2730 Gateway Oaks Dr., Suite 100 | ATTN: Neil M. Denari |
|   | Sacramento, CA 95833 | 960 East Third Street |
| 20 | | Los Angeles, CA 90013 |
|   | LA Modern Living, Inc. | |
| 21 | ATTN: Plush Impressions, Inc. | Ernest Rabotte |
|   | 108 W. 2nd Street, Suite 1007 | 507 Maple Street, #408 |
| 22 | Los Angeles, CA 90012 | Los Angeles, CA 90013 |
| 23 | Veg Express, LLC | Ernest Rabotte |
|   | ATTN: Kent Pomeroy | 761 Terminal Street |
| 24 | 5792 Buckthorn Ave. | Building 1, 2nd Floor |
|   | Alta Loma, CA 91737 | Los Angeles, CA 90021 |
| 25 | | |
|   | Veg Express, LLC | |
| 26 | ATTN: Saul Pinon, President | |
|   | 620 Gladys Avenue | |
| 27 | Los Angeles, CA 90021 | |
| 28 | | |

364365.01 [XP]    25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC., | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| January 18, 2011 | Cindy M. Cripe | /s/ Cindy M. Cripe |
| *Date* | *Type Name* | *Signature* |

364365.01 [XP]    25195