JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

GARY E. KLAUSNER (State Bar No. 69077)
*GKlausner@Stutman.com*
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-6013
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

FILED & ENTERED

JAN 19 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re

MERUELO MADDUX PROPERTIES, INC., et al.,[1]

Debtors and Debtors-in-Possession.

☑ Affects all Debtors

☐ Affects the following Debtors:

Case No. 1:09-bk-13356-VK

Chapter 11 (Jointly Administered)

**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON DEBTORS' MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP NO. 1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN**

[No hearing required pursuant to Local Bankruptcy Rule 9075-1(b)]

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

On January 14, 2011, Meruelo Maddux Properties, Inc., and its 53 debtor affiliates, as Chapter 11 debtors and debtors-in-possession herein (collectively the "Debtors"), filed their *Ex Parte Application for Order Shortening Time on Debtors' Motion for (1) Approval of Settlement with Legendary Investors Group No. 1, LLC, (2) Authority to Assume and Assign Executory Contracts and Unexpired Leases, and (3) Authority to Amend Debtors' Proposed Chapter 11 Plan* (the "Ex Parte Application"). The Court having considered the Ex Parte Application and the evidence submitted in support thereof, for good cause appearing,

**IT IS ORDERED THAT:**

1. The Ex Parte Application is granted.

2. A hearing on the Debtors' *Motion for (1) Approval of Settlement with Legendary Investors Group No. 1, LLC, (2) Authority to Assume and Assign Executory Contracts and Unexpired Leases, and (3) Authority to Amend Debtors' Proposed Chapter 11 Plan* (the "Settlement Motion") shall be held on **January 24, 2010**, at **2:00 p.m.**

3. As soon as practicable after the Court informs the Debtors' counsel of the date and time of the hearing, the Debtors shall provide telephonic notice of the date and time of the hearing on all counter-parties to the executory contracts and unexpired leases that the Debtors are seeking authority to assume and assign, where telephone numbers for such parties are known to the Debtors.

4. As soon as practicable after the Court informs the Debtors' counsel of the date and time of the hearing, the Debtors shall cause to be served by personal delivery, facsimile, overnight delivery, or electronic mail if expressly authorized by the recipient, a written notice of the hearing on all counter-parties to the executory contracts and unexpired leases that the Debtors are seeking authority to assume and assign. The written notice also shall be promptly filed with the Court and served on all other parties in interest in these cases in accordance with the Court's *Order Limiting Scope of Notice* (the "Order Limiting Notice") entered on or about April 7, 2009 (*docket entry no. 35*).

5. The Debtors shall specify in the written notice of hearing that written oppositions to the Settlement Motion must be filed with the Court and served on the Debtors' counsel so that they

are received by the Debtors' counsel by no later than **5:00 p.m.** on **January 20, 2011**. Hard copies shall be served on the Court in accordance with the Local Bankruptcy Rules and the Court Manual and must be delivered to the chambers of the Honorable Victoria S. Kaufman by such time.

6. The Debtors will specify in the notice of hearing that an optional reply brief may be filed by the Debtors and other parties wishing to support the Settlement Motion and served on any parties that oppose the Settlement Motion by no later than **2:00 p.m.** on **January 21, 2011**. Hard copies shall be served on the Court in accordance with the Local Bankruptcy Rules and the Court Manual and must be delivered to the chambers of the Honorable Victoria S. Kaufman by such time.

7. The date for commencement of the hearing on confirmation of Chapter 11 plans of reorganization proposed in these cases (the "Confirmation Hearing") is continued from January 26, 2011, to **January 27, 2011**, at **9:30 a.m.** Separate from the notice of the hearing on the Settlement Motion, by the close of business on January 19, 2011, the Debtors shall file and serve a notice of continuance of the Confirmation Hearing on the Office of the United States Trustee, the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders, and all parties who have filed papers in support of or in opposition to confirmation of one or more of the proposed plans. Such notice shall be served in accordance with the Order Limiting Notice.

8. Proof of service of the hearing on the Settlement Motion and the continuance of the Confirmation Hearing shall be filed by the Debtors by the close of business on January 19, 2011.

# # # # #

DATED: January 19, 2011

[signature]

United States Bankruptcy Judge

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the documents described as follows**: ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON DEBTORS' MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP NO. 1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On January 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 18, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Suite 1682, Los Angeles, CA 90012

Via E-Mail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

☒Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

Via E-Mail
Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri rabiri@abiriszeto.com
Allison R Axenrod allison@claimsrecoveryllc.com
William C Bollard eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg jcarlberg@boselaw.com
Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz chenetz@blankrome.com
Jacquelyn H Choi jchoi@swjlaw.com
Carol Chow CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Ana Damonte ana.damonte@pillsburylaw.com
Susan S Davis sdavis@coxcastle.com
Daniel Denny ddenny@gibsondunn.com
Jeffrey W Dulberg jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold courts@argopartners.net
Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried mgottfried@lblawllp.com, eborman@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein pgurfein@lgbfirm.com (counsel for CIM Urban RE Fund & Grand Ave Lofts LLC)
Jodie M Grotins jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Robert A Hessling rhessling@dgdk.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Avi Muhtar amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jeffrey P Nolan jnolan@pszjlaw.com
Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards jrichards@pszjlaw.com
Daniel H Reiss dhr@lnbrb.com
James S Riley tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz sschwartz@dgdk.com
Kenneth J Shaffer jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege csteege@jenner.com (counsel for OEC)
Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer dthayer@jenner.com
James A Timko jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

☐ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2011 | John N. Tedford, IV | */s/ John N. Tedford, IV* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON DEBTORS' MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP NO. 1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 18, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri rabiri@abiriszeto.com
Allison R Axenrod allison@claimsrecoveryllc.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
William C Bollard eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg jcarlberg@boselaw.com
Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz chenetz@blankrome.com
Jacquelyn H Choi jchoi@swjlaw.com
Carol Chow CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Ana Damonte ana.damonte@pillsburylaw.com
Susan S Davis sdavis@coxcastle.com
Daniel Denny ddenny@gibsondunn.com
Jeffrey W Dulberg jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)

☒Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold courts@argopartners.net
Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried mgottfried@lblawllp.com, eborman@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein pgurfein@lgbfirm.com (counsel for CIM Urban RE Fund GP II & Grand Ave Lofts LLC)
Jodie M Grotins jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Robert A Hessling rhessling@dgdk.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for OCC)
Lewis R Landau lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Avi Muhtar amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jeffrey P Nolan jnolan@pszjlaw.com
Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards jrichards@pszjlaw.com
Daniel H Reiss dhr@lnbrb.com
James S Riley tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz sschwartz@dgdk.com

☒Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Kenneth J Shaffer jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege csteege@jenner.com (counsel for OEC)
Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer dthayer@jenner.com
James A Timko jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page