MICHAEL I. GOTTFRIED (Bar No.146689)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
mgottfried@lgbfirm.com

Counsel for the Southern California Institute of Architecture

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC. et al,[1]<br><br>      Debtors and Debtors-In-Possession.<br><br>☒   Affects All Debtors | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Jointly Administered)<br><br>RESPONSE OF THE SOUTHERN CALIFORNIA INSTITUTE OF ARCHITECTURE TO DEBTORS' MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP NO.1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN |

---

[1] Pursuant to an Order of the Court, this case is being jointly administered with 53 Chapter 11 cases filed by affiliate entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

LANDAU
GOTTFRIED &
BERGER LLP

The Southern California Institute of Architecture ("Sci-Arc"), hereby responds to the Debtors' Motion for (1) Approval of Settlement with Legendary Investors Group No. 1, LLC, (2) Authority to Assume and Assign Executory Contracts and Unexpired Leases, and (3) Authority to Amend Debtors' Proposed Chapter 11 Plan (the "Settlement Motion"):

Subsequent to the filing of the petitions, the Debtors entered into certain purchase agreements with Sci-Arc with respect to two properties commonly known as the Sci-Arc Property and Sky-Arc Property (the "Sci-Arc Agreement" and "Sky-Arc Agreement", respectively). Paragraph 3(q) of the Settlement Agreement provides that the Order approving the Settlement Motion "shall provide for the assumption by the applicable Debtor, and the assignment to and assumption by Legendary or its nominee of the Sci-Arc Agreement and the Sky-Arc Agreement pursuant to Bankruptcy Code Section 365, if applicable, including for the cure, or the provision of adequate assurance of a prompt cure, of defaults by such Debtor, if any, necessary to be cured in order to assume and assign the Sci-Arc Agreement and the Sky-Arc Agreement pursuant to that section."

Pursuant to the Declaration of Dilip Bhavnani, a Managing Member of Legendary Investors Group No. 1, LLC, (the "Legendary Declaration") submitted in support of the Settlement Motion, Mr. Bhavnani states: "After assignment of the contracts to Legendary pursuant to its settlement with the Settling Debtors, Legendary intends to perform all of Merco Group's obligations under the sale contracts and sell the parcels to SCI-Arc on the terms and conditions set forth therein." Legendary Declaration at paragraph 9. Based on Mr. Bhavnani's representation, Sci-Arc consents to the proposed assignment of the agreements to Legendary and does not object to the Settlement Motion.

Dated: January 20, 2011

LANDAU GOTTFRIED & BERGER LLP
MICHAEL I. GOTTFRIED

By: /s/ Michael I. Gottfried
Counsel for the Southern California Institute of Architecture

| In re:<br>MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtors and Debtors-In-Possession. | CHAPTER 11 (Jointly Administered)<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **RESPONSE OF THE SOUTHERN CALIFORNIA INSTITUTE OF ARCHITECTURE TO DEBTORS' MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP NO.1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 20, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**BY OVERNIGHT MAIL**
Honorable Victoria S. Kaufman
United States Bankruptcy Court
255 E. Temple Street, Ste 1682
Los Angeles, CA 90012

United States Trustee
Office of the United States Trustee
Attn: Jennifer L. Braun
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 20, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**BY EMAIL**
John N. Tedford, IV          JTedford@DGDK.com
Enid M. Colson               EColson@DGDK.com
Gary E. Klausner             GKlausner@Stutman.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 20, 2011 | Natalie Cereseto | /s/ Natalie Cereseto |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1

| In re: | CHAPTER 11 (Jointly Administered) |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtors and Debtors-In-Possession. | CASE NUMBER 1:09-bk-13356-KT |

**Additional Service Information:**

**I. TO BE SERVED BY THE COURT VIA "NEF":**
Michael C Abel    mca@dgdk.com
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
Christopher J Bagnaschi    cb@cjblaw.com
John J Bingham    jbingham@dgdk.com
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante    peterbonfante@bsalawfirm.com
Julia W Brand    JBrand@bhfs.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Martin J Brill    mjb@lnbrb.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi    hcamhi@ecjlaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Carol Chow    CChow@Stutman.com
Cynthia M Cohen    cynthiacohen@paulhastings.com
Ronald R Cohn    rcohn@horganrosen.com
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa    mcorrea@jonesday.com
Emily R Culler    eculler@stutman.com
Ana Damonte    ana.damonte@pillsburylaw.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Susan S Davis    sdavis@coxcastle.com
Aaron De Leest    aed@dgdk.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Marina Fineman    mfineman@stutman.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Gabriel I Glazer    gglazer@stutman.com
Matthew A Gold    courts@argopartners.net
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
Robert A Hessling    rhessling@dgdk.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Andrew F Kim    kim-a@blankrome.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
Lewis R Landau    lew@landaunet.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           F 9013-
3.1

| In re: | CHAPTER 11 (Jointly Administered) |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtors and Debtors-In-Possession. | CASE NUMBER 1:09-bk-13356-KT |

Leib M Lerner    leib.lerner@alston.com
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon    slinkon@rcolegal.com
Robert M Llewellyn    michael.llewellyn@boe.ca.gov
Richard Malatt    rmalatt@gmail.com
Elmer D Martin    elmermartin@gmail.com
Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Avi Muhtar    amuhtar@sulmeyerlaw.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jeffrey P Nolan    jnolan@pszjlaw.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Lawrence Peitzman    lpeitzman@pwkllp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -    cmr@lnbrb.com
Daniel H Reiss    dhr@lnbrb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
James S Riley    tgarza@sierrafunds.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Steven J Schwartz    sschwartz@dgdk.com
Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
David B Shemano    dshemano@pwkllp.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Stephen Shiu    sshiu@swlaw.com
Lori Sinanyan    lsinanyan@jonesday.com
Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
Bennett L Spiegel    blspiegel@jonesday.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
Catherine Steege    csteege@jenner.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**3.1**

F 9013-