JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone: 213-239-5100
Facsimile: 213-239-5199
klee@jenner.com

JENNER & BLOCK LLP
Marc B. Hankin (admitted *pro hac vice*)
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone: 212-891-1600
Facsimile: 212-891-1699
mhankin@jenner.com

RON ORR & PROFESSIONALS, INC.
Ronald S. Orr (Cal. Bar No. 54257)
578 Washington Blvd., #389
Marina Del Rey, CA 90292
Telephone: 310-301-4839
Facsimile: 310-301-6549
ronorresq@aol.com

RODIGER LAW OFFICE
Georgiana G. Rodiger, (Cal. Bar No. 94416)
272 South Los Robles Avenue
Pasadena, California 91101
Telephone: 626-793-7264
Facsimile: 626-793-7592
crodiger@rodigerlaw.com

Bankruptcy Attorneys for
Official Equity Committee

# UNITED STATES BANKRUPCTY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES INC., et al.<br><br>Debtors.<br><br>☑   Affects all Debtors | CASE NO. 09-bk- 13356-VK<br><br>Chapter 11<br>**NOTICE OF RULING ON EQUITY COMMITTEE'S NOTICE OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL MAGNUM PROPERTIES, INC. TO PRODUCE DOCUMENTS AND PRODUCE RULE 30 DESIGNEE FOR DEPOSITION**<br><br>**[No Hearing Required]** |

Case 1:09-bk-13356-VK    Doc 2626    Filed 01/20/11    Entered 01/20/11 16:12:34    Desc
Main Document    Page 2 of 2

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTORS AND THEIR COUNSEL, AND TO ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Official Committee of Equity Holders (the "Equity Committee") of the bankruptcy estates of Meruelo Maddux Properties, Inc. et al. [1] (collectively, the "Debtors"), *ex parte* application for an order shortening time for a hearing on the Equity Committee's Motion to Compel Magnum Properties to Produce Documents and Produce Rule 30 Designee for Deposition (docket entry no. 2609 at Ex. 1, the "Motion") **has been granted**. The Court will hold a hearing on the Motion on **January 24, 2011 at 2:00 p.m**. in Courtroom 301 of the U.S. Bankruptcy Court located at 21041 Burbank Boulevard, Woodland Hills, CA 91367.

**PLEASE TAKE NOTICE that objections or responses will be heard at the hearing on January 24, 2011 at 2:00 p.m**

DATED:  January 20, 2011

                **RODIGER LAW OFFICE**
                GEORGIANA G. RODIGER

                By:  /s/ Georgiana G. Rodiger
                    Attorney for Official Equity Committee

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1 :09-bk-13338-KT; 1:09-bk- 13358-KT; 1:09-bk-13359-KT; 1 :09-bk-13360-KT; 1:09-bk- 13361-KT; 1:09-bk-13362-KT; 1:09-bk- 13363-KT; 1:09-bk-13364-KT; 1:09-bk- 13365-KT; 1:09-bk-13366-KT; 1 :09-bk-13367-KT; 1:09-bk-13368-KT; I:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; :09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; 1:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk- 13378-KT; I:09-bk- 13379-KT; 1:09-bk- 13380-KT; 1:09-bk-13381-KT; I:09-bk-13382-KT; 1 :09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; 1 :09-bk- 13386-KT;1:09-bk- 13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; 1:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; 1:09-bk-13399-28 KT; 1:09-bk-13400-KT;1:09-bk-13401-KT; 1:09-bk-13402-KT; I:09-bk- 13403-KT; 1:09-bk-13404.