Kurt Ramlo (CA Bar No. 166856)
kurt.ramlo@dlapiper.com
**DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Telephone:  (213) 330-7700
Facsimile:   (213) 330-7701

Special Securities and Litigation Counsel for Debtors and
Debtors in Possession Meruelo Maddux Properties, Inc., et al.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

San Fernando Valley Division

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors and Debtors in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects the following Debtor(s) Only: | Case No. 1:09-bk-13356-VK<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Declaration of Kurt Ramlo in Support of Debtors' Application for an Order Authorizing Employment and Retention of DLA Piper LLP (US) As Special Securities And Litigation Counsel For the Debtors Nunc Pro Tunc To March 26, 2009** |

### Declaration Of Kurt Ramlo

I, Kurt Ramlo, declare as follows:

1.     I am a member of the bar of this Court, and Of Counsel in the law firm DLA Piper LLP (US) ("DLA Piper"), special securities and litigation counsel to debtor Meruelo Maddux Properties, Inc. and its affiliated entities (collectively "Debtors" and/or "MMPI").  I could and would testify to

---

[1]   This above-captioned case is jointly administered with the chapter 11 cases filed with the Court by numerous affiliated entities.  Debtors and debtors in possession and their respective tax identification numbers are identified in the Order Directing the Joint Administration of Related Case Entered on April 7, 2009 (Docket No. 30).

Client Statement in Support of Interim Fee Application of DLA Piper LLP (US)    -1-

EAST\43983346.2

the following, based upon my personal knowledge, if called upon to do so.

2. I submit this declaration ("Declaration") in support of the *Debtors' Application For An Order Authorizing Employment And Retention Of DLA Piper LLP (US) As Special Securities And Litigation Counsel For The Debtors Nunc Pro Tunc To March 26, 2009* [D.E. 720] (the "Application") filed by Meruelo Maddux Properties, Inc. and its affiliated entities (collectively "Debtors" and/or "MMPI"), and to supplement the disclosure of connections contained in Exhibit B to the *Declaration of Karol K. Denniston* filed with the Application. This Declaration is submitted in accordance with the requirements of sections 328, 329 and 504 of chapter 11 of title 11 of the United States Code and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents.

3. The Debtors have requested that DLA Piper represent both the Debtors and certain of the Debtors' directors and officers at their depositions in connection with the contested matters initiated by objections to the three proposed plans of reorganization. DLA Piper is also representing those individuals with respect to certain subpenas commanding the production of documents with respect to the contested matters. To date, the directors and officers have included John B. Hansen and Philip S. Payne.

4. The Debtors had requested that DLA Piper represent both Meruelo Maddux Properties, Inc. and Richard Maddux in the adversary proceeding commenced by East West Bank, Adv. No. 1:10-ap-01403. With the assistance of DLA Piper, Meruelo Maddux Properties, Inc. tendered the defense of that adversary proceeding to its insurance carrier, which subsequently retained defense counsel to take over the defense of Meruelo Maddux Properties, Inc. and Mr. Maddux. DLA Piper no longer represents Meruelo Maddux Properties, Inc. or Mr. Maddux in the adversary proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2011, at Los Angeles, California.

                                              /s/ Kurt Ramlo
                                              Kurt Ramlo

Declaration of Kurt Ramlo in Support of Application to     -2-     EAST\43983346
Employ DLA Piper (US) as Special Securities and Litigation
Counsel to the Debtors

| In re:                              | CHAPTER 11 |
| MERUELO MADDUX PROPERTIES, INC.     | |
|                          Debtor(s). | CASE NUMBER 1:09-bk-13356-VK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
DLA Piper LLP (US), 550 S. Hope Street, Suite 2300, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as **DECLARATION OF KURT RAMLO IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF DLA PIPER LLP (US) AS SPECIAL SECURITIES AND LITIGATION COUNSEL FOR THE DEBTORS NUNC PRO TUNC TO MARCH 26, 2009** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 20, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/20/2011 | Jean Kim | /s/ Jean Kim |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**
EAST\44077417.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.                Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Michael C Abel     mca@dgdk.com
- Robert Abiri     rabiri@abiriszeto.com
- Allison R Axenrod     allison@claimsrecoveryllc.com
- Christopher J Bagnaschi     cb@cjblaw.com
- John J Bingham     jbingham@dgdk.com
- William C Bollard     eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
- Peter Bonfante     peterbonfante@bsalawfirm.com
- Julia W Brand     JBrand@bhfs.com
- Jennifer L Braun     jennifer.l.braun@usdoj.gov
- Martin J Brill     mjb@lnbrb.com
- Andrew W Caine     acaine@pszyjw.com
- Howard Camhi     hcamhi@ecjlaw.com
- Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg     jcarlberg@boselaw.com
- Sara Chenetz     chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi     jchoi@swjlaw.com
- Carol Chow     CChow@Stutman.com
- Cynthia M Cohen     cynthiacohen@paulhastings.com
- Ronald R Cohn     rcohn@horganrosen.com
- Enid M Colson     emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa     mcorrea@jonesday.com
- Emily R Culler     eculler@stutman.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis     sdavis@coxcastle.com
- Aaron De Leest     aed@dgdk.com
- Daniel Denny     ddenny@gibsondunn.com
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Marina Fineman     mfineman@stutman.com
- Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman     bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney     dgaffney@swlaw.com
- Thomas M Geher     tmg@jmbm.com
- Bernard R Given     bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser     bglaser@swjlaw.com
- Gabriel I Glazer     gglazer@stutman.com
- Matthew A Gold     courts@argopartners.net
- Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried     mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham     jag@jmbm.com
- Ofer M Grossman     omglaw@gmail.com
- Jodie M Grotins     jgrotins@mcguirewoods.com
- Peter J Gurfein     pgurfein@lgbfirm.com
- Cara J Hagan     carahagan@haganlaw.org
- Asa S Hami     ahami@sulmeyerlaw.com
- Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling     rhessling@dgdk.com
- William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich     ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer     wkiekhofer@mcguirewoods.com
- Andrew F Kim     kim-a@blankrome.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**
EAST\44077417.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.                    Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

- Michael S Kogan     mkogan@ecjlaw.com
- Tamar Kouyoumjian     tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau     lew@landaunet.com
- Leib M Lerner     leib.lerner@alston.com
- Matthew A Lesnick     matt@lesnicklaw.com
- David E Leta     dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien     katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon     slinkon@rcolegal.com
- Robert M Llewellyn     michael.llewellyn@boe.ca.gov
- Richard Malatt     rmalatt@gmail.com
- Elmer D Martin     elmermartin@gmail.com
- Elissa Miller     emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar     amuhtar@sulmeyerlaw.com
- Iain A W Nasatir     inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan     jnolan@pszjlaw.com
- Henry H Oh     henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman     lpeitzman@pwkllp.com
- Eric S Pezold     epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince     cprince@lesnickprince.com
- Michael H Raichelson     mhr@cabkattorney.com
- Dean G Rallis Jr     drallis@sulmeyerlaw.com
- Craig M Rankin - DECEASED -     cmr@lnbrb.com
- Daniel H Reiss     dhr@lnbrb.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley     tgarza@sierrafunds.com
- Martha E Romero     Romero@mromerolawfirm.com
- Victor A Sahn     vsahn@sulmeyerlaw.com
- Steven J Schwartz     sschwartz@dgdk.com
- Kenneth J Shaffer     jshaffer@stutman.com
- Zev Shechtman     zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano     dshemano@pwkllp.com
- Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu     sshiu@swlaw.com
- Lori Sinanyan     lsinanyan@jonesday.com
- Daniel H Slate     dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni     surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel     blspiegel@jonesday.com
- Tracie L Spies     tracie@haganlaw.org
- James Stang     jstang@pszjlaw.com
- Catherine Steege     csteege@jenner.com
- Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford     jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer     dthayer@jenner.com
- James A Timko     jtimko@allenmatkins.com
- Alan G Tippie     atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian     rvarozian@bzlegal.com
- Jason L Weisberg     jason@gdclawyers.com
- William E Winfield     wwinfield@nchc.com
- Jasmin Yang     jyang@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**
EAST\44077417.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.                              Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

**II. SERVED BY U.S. MAIL**

| **Counsel for Debtor**<br>John J. Bingham, Esq.<br>Aaron De Leest, Esq.<br>John N Tedford, Esq.<br>Danning Gill Diamond & Kollitz<br>2029 Century Park E 3rd Fl<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | |

**II. TO BE SERVED BY OVERNIGHT MAIL**

The Honorable Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9013-3.1**
EAST\44077417.1