Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910; Facsimile:  310/201-0760
E-mail: jrichards@pszjlaw.com
         jdulberg@pszjlaw.com

Surjit P. Soni (CA Bar No. 127419)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, California  91101
Telephone: 626/683-7600; Facsimile:  626/683-1199
E-mail: surj@sonilaw.com

Counsel for Creditor, Legendary Investors Group No. 1, LLC

FILED & ENTERED

JAN 24 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al.,<br>　　　　　　　Debtors.<br>☒ Affects all Debtors<br>☐ Affects the following Debtor(s): | **Case No. 1:09-bk-13356-KT**<br><br>Chapter 11 (Jointly Administered)<br><br>**ORDER GRANTING MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP No. 1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN**<br><br>Date:  January 24, 2011<br>Time:  2:30 p.m.<br>Place:  21041 Burbank Blvd. Ctrm. 301<br>　　　　Woodland Hills, California |

The *Motion for (1) Approval of Settlement with Legendary Investors Group No. 1, LLC, (2) Authority to Assume and Assign Executory Contracts and Unexpired Leases, and (3) Authority to Amend Debtors' Proposed Chapter 11 Plan* [Docket No. 2579] (the "Motion"), filed herein by the

52010-001\DOCS_LA:231382.3

Debtors came on for hearing before the Court on January 24, 2011, at 2:30 p.m. pursuant to that certain *Order Granting Ex Parte Application for Order Shortening Time on Debtors' Motion for (1) Approval of Settlement with Legendary Investors Group No. 1, LLC, (2) Authority to Assume and Assign Executory Contracts and Unexpired Leases, and (3) Authority to Amend Debtors' Proposed Chapter 11 Plan* [Docket No. 2614] (the "Order Shortening Time"), entered by this Court on January 19, 2011. Based upon the Declaration of John N. Tedford, IV filed in connection with the Motion [Docket No. 2620], the Court finds that notice of the hearing on the Motion was given in accordance with the Order Shortening Time. There have been no objections to the relief granted pursuant to the Order Shortening Time and the Court finds that the giving of notice in accordance with the Order Shortening Time is reasonable and appropriate under the circumstances. (All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion.)

Upon reviewing the Motion, the Declarations of Richard Meruelo and Dilip Bhavnani filed in support thereof and the Request for Judicial Notice filed in support thereof, and no objections having been filed with respect to the Motion (the Official Committee of Unsecured Creditors having filed a statement in support of the Motion [Docket No. 2627]), and the Court finding that the settlement evidenced by the Settlement Motion is fair, reasonable and in the best interests of the Debtors' estates, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Settling Debtors are authorized to enter into the Settlement Agreement between the Settling Debtors and Legendary Investors Group No. 1, LLC ("Legendary"), a copy of which was attached as Exhibit "1" to the Declaration of Richard Meruelo appended to the Motion, and which Settlement Agreement is hereby approved. The Settling Debtors are authorized to perform and carry out all of their obligations under the Settlement Agreement and to take any and all other, further actions as are necessary to comply with their obligations under the Settlement Agreement and to consummate the transactions contemplated by the Settlement Agreement, including, without

limitation, transferring and conveying the Transferred Properties in accordance with the Settlement Agreement.

3. Pursuant to Bankruptcy Code § 365, the Conveying Debtors are authorized to assume and assign to Legendary, or its nominee, the executory contracts and unexpired leases relating to the Transferred Properties identified at page 3, line 24 through page 5, line 5 of the Motion (collectively, the "Leases").

4. The Court finds that as of the date of such assumption and assignment, there are no defaults on the part of the Debtor party to such Leases, and further finds that Legendary, or its nominee, has demonstrated and provided adequate assurance of future performance under the Leases.

5. Debtor Merco Group is hereby authorized to assign to Legendary, or its nominee, the two purchase and sale agreements (through and including the Fifteenth Amendments thereof, collectively, the "Purchase and Sale Agreements") identified at page 5, lines 7 through 11 of the Motion. Based on Legendary's representation that Legendary intends to perform all of Merco Group's obligations under the sale contracts and sell the parcels to the Southern California Institute of Architecture ("SCI-Arc") on the terms and conditions set forth therein, SCI-Arc, the purchaser under both Purchase and Sale Agreements, consents to the Purchase Agreements being assigned from Merco Group to Legendary, or its nominee as may be required for the authorization of such assignments. SCI-Arc acknowledges and agrees that there are no defaults by Merco Group under the Purchase and Sale Agreements.

6. Merco Group is authorized to carry out any and all acts necessary and appropriate to effect the assignment of the Purchase Agreements.

7. The Settling Debtors are authorized to use funds referred to in this case as "unrestricted cash," and cash collateral to the extent authorized under the Court's separate orders authorizing the Debtors' use of cash collateral, to perform all of their monetary obligations under the Settlement Agreement including, without limitation, the obligation to pay and satisfy real property taxes relating to the Transferred Properties in accordance with the Settlement Agreement.

8. The Court finds that the modifications to the Debtors' prior plan of reorganization herein (the "Plan") effected by and through the *First Modified Fourth Amended Joint Plan of Reorganization of Meruelo Maddux Properties Inc., et al., dated September 20, 2010* [Docket No. 2583] (the "First Modified Plan") do not adversely change the treatment of the claim of any creditor or the interest of any equity security holder who has not accepted in writing the modification made by the Amended Plan. The proposed modification of the Plan does not require resolicitation thereof and the First Modified Plan shall be deemed accepted by all creditors and equity security holders who have previously accepted the Plan.

9. The stay of this Order imposed by Federal Rule of Bankruptcy Procedure 6006(d) is hereby waived and this Order shall become effective and enforceable immediately upon entry.

###

DATED: January 24, 2011

United States Bankruptcy Judge

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP No. 1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 24, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **January 24, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 24, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA Personal Delivery**
The Honorable Victoria Kaufman
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 305 / Courtroom 301
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 24, 2011 | Gini L. Downing | */s/ Gini L. Downing* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

**II. SERVED BY U.S. MAIL**

Manatt, Phelps & Phillips LLP
Richard W. Adam, Associate General Counsel
11355 W. Olympic Blvd.
Los Angeles, CA 90064

EDI Architecture
Darcy Garneau
Stephen Procter, CFO
2800 Post Oak Blvd., Ste. 3800
Houston, TX 77056

GeoDesign, Inc.
Attn: Christopher Zadoorian
2121 Towne Centre Place, Ste. 130
Anaheim, CA 92806

LP Carreras & Associates, Inc.
9550 Firestone Blvd., Ste. 204
Downey, CA 90241

Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
Attn: Don Fisher, Esq.
2603 Main Street, Ste. 1300
Irvine, CA 92614

Otis Elevator Company
Attn: Treasury Services - T. Wiafe
1 Farm Springs, 3rd Floor
Farmington, CT 06032

Cox Castle & Nicholson
Attn: Charles E. Noneman, Esq.
2049 Century Park East, 28th Floor
Los Angeles, CA 90067

Magnusson Klemencic Associates, Inc.
Attn: William Christopher
1301 Fifth Avenue, Ste. 3200
Seattle, WA 98101-2699

Tirso Del Junco, MD
c/o Joseph Mudd, Esq.
Freeman, Freeman & Smiley LLP
1920 Main Street
Irvine, CA 92614

**REQUEST FOR SPECIAL NOTICE**

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Matthew Pakkala
633 West 5th Street, 16th Flr
Los Angeles, Ca 90071-2027

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr
3rd Fl
Studio City, CA 91607

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*            **F 9013-3.1.PROOF.SERVICE**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-VK |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR (1) APPROVAL OF SETTLEMENT WITH LEGENDARY INVESTORS GROUP No. 1, LLC, (2) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (3) AUTHORITY TO AMEND DEBTORS' PROPOSED CHAPTER 11 PLAN** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 24, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Janice G. Washington
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-VK |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Michael C Abel on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
mca@dgdk.com

Robert Abiri on behalf of Interested Party Courtesy NEF
rabiri@abiriszeto.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

Christopher J Bagnaschi on behalf of Defendant Richard Meruelo
cb@cjblaw.com

John J Bingham on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
jbingham@dgdk.com

William C Bollard on behalf of Creditor Victory Outreach La Puente, Inc.
eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com

Peter Bonfante on behalf of Interested Party Courtesy NEF
peterbonfante@bsalawfirm.com

Julia W Brand on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
JBrand@bhfs.com

Jennifer L Braun on behalf of U.S. Trustee United States Trustee (SV)
jennifer.l.braun@usdoj.gov

Martin J Brill on behalf of Interested Party Courtesy NEF
mjb@lnbrb.com

Andrew W Caine on behalf of Creditor Legendary Investors Group No. 1, LLC
acaine@pszyjw.com

Howard Camhi on behalf of Creditor Kennedy Funding, Inc.
hcamhi@ecjlaw.com

Gary O Caris on behalf of Interested Party EDI Architecture
gcaris@mckennalong.com, pcoates@mckennalong.com

James E Carlberg on behalf of Creditor Woodland Farms, Inc.
jcarlberg@boselaw.com

Sara Chenetz on behalf of Creditor Imperial Capital Bank
chenetz@blankrome.com, chang@blankrome.com

Jacquelyn H Choi on behalf of Interested Party Courtesy NEF
jchoi@swjlaw.com

Carol Chow on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
CChow@Stutman.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9013-3.1.PROOF.SERVICE**

Cynthia M Cohen on behalf of Interested Party Courtesy NEF
cynthiacohen@paulhastings.com

Ronald R Cohn on behalf of Creditor Pacific Commerce Bank
rcohn@horganrosen.com

Enid M Colson on behalf of Debtor 2640 Washington Boulevard, LLC, a CA LLC
emc@dgdk.com, ecolson@dgdk.com

Michaeline H Correa on behalf of Interested Party Los Angeles County Metropolitan Transportation Authority
mcorrea@jonesday.com

Emily R Culler on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
eculler@stutman.com

Ana Damonte on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc
ana.damonte@pillsburylaw.com

Brian L Davidoff on behalf of Creditor Yoshiake Murakami
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Susan S Davis on behalf of Creditor Cox, Castle & Nicholson LLP
sdavis@coxcastle.com

Aaron De Leest on behalf of Debtor Merco Group - 2040 Camfield Avenue, LLC, a DE LLC
aed@dgdk.com

Daniel Denny on behalf of Interested Party Courtesy NEF
ddenny@gibsondunn.com

Jeffrey W Dulberg on behalf of Creditor Legendary Investors Group No. 1, LLC
jdulberg@pszjlaw.com

Marina Fineman on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
mfineman@stutman.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Barry V Freeman on behalf of Interested Party Courtesy NEF
bvf@jmbm.com, bvf@jmbm.com

Donald L Gaffney on behalf of Creditor BANK OF AMERICA
dgaffney@swlaw.com

Thomas M Geher on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., etc
tmg@jmbm.com

Bernard R Given on behalf of Creditor Cathay Bank
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Barry S Glaser on behalf of Creditor County of Los Angeles Tax Collector
bglaser@swjlaw.com

Gabriel I Glazer on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

gglazer@stutman.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Michael J Gomez on behalf of Creditor Cathay Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

Michael I Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@lgbfirm.com, msaldana@lgbfirm.com

John A Graham on behalf of Creditor Wells Fargo Bank, N.A. successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc.
jag@jmbm.com

Ofer M Grossman on behalf of Interested Party Courtesy NEF
omglaw@gmail.com

Jodie M Grotins on behalf of Interested Party Courtesy NEF
jgrotins@mcguirewoods.com

Peter J Gurfein on behalf of Creditor CIM Urban RE Fund GP II, LLC, as Successor in Interest to Grand Avenue Lofts, LP
pgurfein@lgbfirm.com

Cara J Hagan on behalf of Creditor PNL Pomona, L.P.
carahagan@haganlaw.org

Asa S Hami on behalf of Creditor Committee Creditors Committee
ahami@sulmeyerlaw.com

Brian T Harvey on behalf of Creditor California Bank & Trust
bharvey@buchalter.com, IFS_filing@buchalter.com

Robert A Hessling on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
rhessling@dgdk.com

William W Huckins on behalf of Interested Party Courtesy NEF
whuckins@allenmatkins.com, clynch@allenmatkins.com

Lance N Jurich on behalf of Creditor CanPartners Realty Holding Company IV, LLC
ljurich@loeb.com, kpresson@loeb.com

William H. Kiekhofer on behalf of Creditor Esmark, Inc.
wkiekhofer@mcguirewoods.com

Andrew F Kim on behalf of Creditor Imperial Capital Bank
kim-a@blankrome.com

Michael S Kogan on behalf of Creditor Kennedy Funding, Inc.
mkogan@ecjlaw.com

Tamar Kouyoumjian on behalf of Creditor Committee Creditors Committee
tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com

Lewis R Landau on behalf of Creditor Committee Creditors Committee
lew@landaunet.com

Leib M Lerner on behalf of Auditor Ernst & Young LLP
leib.lerner@alston.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

Matthew A Lesnick on behalf of Stockholder Charlestown Capital Advisors, LLC
matt@lesnicklaw.com

David E Leta on behalf of Creditor FNBN-CMLCOM I LLC
dleta@swlaw.com, wsmart@swlaw.com

Katherine Lien on behalf of Interested Party Courtesy NEF
katie.lien@sbcglobal.net, katielien@gmail.com

Steven K Linkon on behalf of Creditor Chinatrust Bank (USA)
slinkon@rcolegal.com

Robert M Llewellyn on behalf of Creditor California State Board Of Equalization
michael.llewellyn@boe.ca.gov

Richard Malatt on behalf of Interested Party Courtesy NEF
rmalatt@gmail.com

Elmer D Martin on behalf of Creditor East West Bank
elmermartin@gmail.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

Avi Muhtar on behalf of Creditor Committee Official Committee of Unsecured Creditors
amuhtar@sulmeyerlaw.com

Iain A W Nasatir on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Jeffrey P Nolan on behalf of Creditor Legendary Investors Group No. 1, LLC
jnolan@pszjlaw.com

Henry H Oh on behalf of Defendant Meruelo Maddux Properties Inc a DE Corp
henry.oh@dlapiper.com, janet.curley@dlapiper.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Eric S Pezold on behalf of Creditor BANK OF AMERICA
epezold@swlaw.com, dwlewis@swlaw.com

Christopher E Prince on behalf of Stockholder Charlestown Capital Advisors, LLC
cprince@lesnickprince.com

Michael H Raichelson on behalf of Creditor Stanford Group LP
mhr@cabkattorney.com

Dean G Rallis Jr on behalf of Attorney SulmeyerKupetz, a Professional Corporation
drallis@sulmeyerlaw.com

Kurt Ramlo on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com

Craig M Rankin - DECEASED - on behalf of Interested Party Courtesy NEF
cmr@lnbrb.com

Daniel H Reiss on behalf of Interested Party Richard Meruelo

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

dhr@lnbrb.com

Michael B Reynolds on behalf of Creditor FNBN-CMLCON I LLC
mreynolds@swlaw.com, kcollins@swlaw.com

Jeremy V Richards on behalf of Creditor East West Bank
jrichards@pszjlaw.com, bdassa@pszjlaw.com

James S Riley on behalf of Creditor Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Victor A Sahn on behalf of Creditor Committee Creditors Committee
vsahn@sulmeyerlaw.com

Steven J Schwartz on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
sschwartz@dgdk.com

Kenneth J Shaffer on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
jshaffer@stutman.com

Zev Shechtman on behalf of Debtor In Possession Meruelo Maddux Properties Inc a DE Corp
zshechtman@dgdk.com, danninggill@gmail.com

David B Shemano on behalf of Interested Party Courtesy NEF
dshemano@pwkllp.com

Jeffrey S Shinbrot on behalf of Creditor The Union Restaurant and Lounge, LLC
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

Stephen Shiu on behalf of Creditor FNBN-CMLCOM I LLC
sshiu@swlaw.com

Lori Sinanyan on behalf of Interested Party Los Angeles County Metropolitan Transportation Authority
lsinanyan@jonesday.com

Daniel H Slate on behalf of Creditor California Bank & Trust
dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Surjit P Soni on behalf of Creditor Legendary Investors Group No. 1, LLC
surjit@sonilaw.com, teresa@sonilaw.com

Bennett L Spiegel on behalf of Plaintiff East West Bancorp, Inc.
blspiegel@jonesday.com

Tracie L Spies on behalf of Creditor PNL Pomona, L.P.
tracie@haganlaw.org

James Stang on behalf of Creditor East West Bank
jstang@pszjlaw.com

Catherine Steege on behalf of Creditor Committee Official Committee of Equity Holders
csteege@jenner.com

Derrick Talerico on behalf of Creditor CanPartners Realty Holding Company IV, LLC
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                               **F 9013-3.1.PROOF.SERVICE**

John N Tedford on behalf of Attorney Danning Gill Diamond & Kollitz LLP
jtedford@dgdk.com, DanningGill@Gmail.com

Damon Thayer on behalf of Interested Party Courtesy NEF
dthayer@jenner.com

James A Timko on behalf of Interested Party Courtesy NEF
jtimko@allenmatkins.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Rouben Varozian on behalf of Creditor Vahan Chamlian
rvarozian@bzlegal.com

Jason L Weisberg on behalf of Creditor Roofcorp of CA Inc
jason@gdclawyers.com

William E Winfield on behalf of Creditor Committee Creditors Committee
wwinfield@nchc.com

Jasmin Yang on behalf of Creditor BANK OF AMERICA
jyang@swlaw.com


**II.  SERVED BY U.S. MAIL**

Manatt, Phelps & Phillips LLP
Richard W. Adam, Associate General Counsel
11355 W. Olympic Blvd.
Los Angeles, CA 90064

EDI Architecture
Darcy Garneau
Stephen Procter, CFO
2800 Post Oak Blvd., Ste. 3800
Houston, TX 77056

GeoDesign, Inc.
Attn:  Christopher Zadoorian
2121 Towne Centre Place, Ste. 130
Anaheim, CA 92806

LP Carreras & Associates, Inc.
9550 Firestone Blvd., Ste. 204
Downey, CA 90241

Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
Attn:  Don Fisher, Esq.
2603 Main Street, Ste. 1300
Irvine, CA 92614

Otis Elevator Company
Attn:  Treasury Services - T. Wiafe
1 Farm Springs, 3rd Floor
Farmington, CT 06032

Cox Castle & Nicholson
Attn:  Charles E. Noneman, Esq.
2049 Century Park East, 28th Floor
Los Angeles, CA 90067

Magnusson Klemencic Associates, Inc.
Attn:  William Christopher
1301 Fifth Avenue, Ste. 3200
Seattle, WA 98101-2699

Tirso Del Junco, MD
c/o Joseph Mudd, Esq.
Freeman, Freeman & Smiley LLP
1920 Main Street
Irvine, CA 92614

**REQUEST FOR SPECIAL NOTICE**

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                               **F 9013-3.1.PROOF.SERVICE**

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Matthew Pakkala
633 West 5th Street, 16th Flr
Los Angeles, Ca 90071-2027

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr
3rd Fl
Studio City, CA 91607

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**