FILED & ENTERED

JAN 25 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
MICHAEL C. ABEL (State Bar No. 187743)
*MAbel@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors and Debtors-in-Possession. | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Jointly Administered)<br><br>**ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF SETTLEMENTS BETWEEN THE DEBTORS AND: (1) GEODESIGN; (2) MAGNUSSON KLEMENCIC ASSOCIATES; (3) EDI ARCHITECTURE; AND (4) L.P. CARRERAS & ASSOCIATES** |
| ☐ Affects all Debtors<br><br>☑ Affects the following Debtor(s):<br><br>Meruelo Maddux Properties, Inc. (1:09-bk-13356-VK)<br><br>Meruelo Maddux Properties, L.P. (1:09-bk-13387-VK)<br><br>Alameda Produce Market, LLC (1:09-bk-13394-VK)<br><br>Merco Group, LLC (1:09-bk-13406-VK)<br><br>Merco Group – Southpark, LLC (1:09-bk-13407-VK) | Date: January 10, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, California |

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

On January 10, 2011, the Court heard and considered the *Motion for Approval of Settlements between the Debtors and: (1) GeoDesign; (2) Magnusson Klemencic Associates; (3) EDI Architecture; and (4) L.P. Carreras & Associates* (the “Motion”) filed by debtors and debtors-in-possession Meruelo Maddux Properties, Inc., Meruelo Maddux Properties, L.P., Alameda Produce Market, LLC, Merco Group, LLC, and Merco Group – Southpark, LLC (collectively the “Moving Parties”), the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding. John N. Tedford, IV, of Danning, Gill, Diamond & Kollitz, LLP, appeared on behalf of the Moving Parties; Jeremy V. Richards of Pachulski Stang Ziehl & Jones LLP appeared on behalf of Legendary Investors Group No. 1, LLC; and there were no other appearances.

The Court having considered the Motion (*docket entry no. 2455*), the declaration of Darcy Garneua (*docket entry no. 2456*), the declaration of Christopher J. Zadoorian (*docket entry no. 2457*), the Moving Parties’ request for judicial notice (*docket entry no. 2458*), the Moving Parties’ notice of the hearing (*docket entry no. 2471*), and Legendary’s opposition (*docket entry no. 2538*), having issued the Court’s tentative ruling and been advised that the Moving Parties and Legendary submit thereon, for good cause appearing,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. The *Stipulation between Debtors Meruelo Maddux Properties, Inc., Alameda Produce Market, LLC, and Merco Group – Southpark, LLC, and Claimant GeoDesign, Inc., for Withdrawal of Claim Number 71 in MMPI’s Case, Allowance of Claim Number 18 in Alameda Produce Market’s Case, and Allowance of Claim Numbers 10, 11 and 12 in Merco Group – Southpark’s Case* (the “GeoDesign Stipulation”) (*docket entry no. 1962*) is approved. Pursuant to the GeoDesign Stipulation:

a. the proof of claim filed by GeoDesign, Inc. (“GeoDesign”), in the case filed by Meruelo Maddux Properties, Inc. (“MMPI”) (1:09-bk-13356-VK), which was assigned claim number 71 by the Clerk of the Court in MMPI’s case, shall be and is hereby deemed withdrawn;

b. the proof of claim filed by GeoDesign in the case filed by Alameda Produce Market, LLC (“Alameda Produce”) (1:09-bk-13394-VK), which was assigned claim number 18 by

the Clerk of the Court in Alameda Produce's case, is hereby allowed as a general unsecured claim against Alameda Produce's estate in the amount of $49,046.38;

c. the proofs of claim filed by GeoDesign in the case filed by Merco Group – Southpark, LLC ("MG Southpark") (1:09-bk-13407-VK), which were assigned claim numbers 10, 11 and 12 by the Clerk of the Court in MG Southpark's case, are hereby allowed in the amounts of $2,432.36, $28,005.39, and $36,520.93, respectively, and GeoDesign shall have an allowed general unsecured claim against MG Southpark's estate in the total amount of $66,958.68.

3. The *Stipulation between Debtors and Magnusson Klemencic Associates Re: Proof of Claim No. 74 Filed by Magnusson Klemencic Associates* (the "MKA Stipulation") (*docket entry no. 1968*) is approved. Pursuant to the MKA Stipulation:

a. the proof of claim filed by Magnusson Klemencic Associates ("MKA") in MMPI's case which was assigned claim number 74 by the Clerk of the Court in that case is hereby allowed as a general unsecured claim against MMPI's estate in the amount of $70,000;

b. MKA's proof of claim previously deemed filed in MG Southpark's case is hereby allowed as a general unsecured claim against MG Southpark's estate in the amount of $320,000;

c. the $70,000 claim allowed in MMPI's case shall constitute a portion of an is included in the $320,000 claim allowed in MG Southpark's case, and MKA shall not be entitled to a double recovery on account of that portion of MKA's aggregate claim against MMPI's and MG Southpark's estates; and

d. in the event that MKA receives more than $320,000 on account of its allowed claim, not including interest to be paid pursuant to a Chapter 11 plan confirmed by the Court), the overpayment shall be refunded to the Reorganized Debtor.

4. The *Stipulation between Debtors Meruelo Maddux Properties, Inc., Merco Group, LLC, and Merco Group – Southpark, LLC, and Claimant EDI Architecture, Inc., for: (A) Withdrawal of Claim Numbers 26 and 72 in MMPI's Case; (B) Allowance of Claim in Merco Group's Case; and (C) Withdrawal of Duplicate Proof of Claim and Allowance of Claim in MG*

*Southpark's Case* (the "EDI Stipulation") (*docket entry no. 2047*) is approved. Pursuant to the EDI Stipulation:

a. the proof of claim filed by EDI Architecture, Inc. ("EDI"), in MMPI's case which was assigned claim number 26 by the Clerk of the Court in that case shall be and is hereby deemed withdrawn;

b. the proof of claim filed by EDI in MMPI's case which was assigned claim number 72 by the Clerk of the Court in that case shall be and is hereby deemed withdrawn;

c. EDI's claim in the case filed by Merco Group, LLC ("Merco Group") (1:09-bk-13406-VK), which was scheduled by Merco Group in that case, is hereby allowed as a general unsecured claim against Merco Group's estate in the amount of $107,793.81;

d. the proof of claim filed by EDI in MG Southpark's case which was assigned claim number 2 by the Clerk of the Court in MG Southpark's case shall be and is hereby deemed withdrawn; and

e. the proof of claim filed by EDI in MG Southpark's case which was assigned claim number 9 by the Clerk of the Court in MG Southpark's case is hereby allowed as a general unsecured claim against MG Southpark's estate in the amount of $436,374.09.

5. The *Stipulation between Meruelo Maddux Properties Inc., Meruelo Maddux Properties, L.P. and L.P. Carreras & Associates, Inc. Regarding Allocation and Allowance of Claims* (the "LP Carreras Stipulation") (*docket entry no. 2313*) is approved. Pursuant thereto:

a. the proof of claim filed by L.P. Carreras & Associates, Inc. ("LP Carreras") in MMPI's case which was assigned claim number 73 by the Clerk of the Court in MMPI's case is hereby allowed as a general unsecured claim against MMPI's estate in the amount of $175.00;

b. the allowance of claim number 73 pursuant to the foregoing subparagraph shall be in addition to and not in place of the claim in the amount of $628.50 which was identified in MMPI's amended Schedule F;

c. the claim scheduled by Meruelo Maddux Properties, L.P. ("MMPLP") in favor of LP Carreras in the amount of $39,710 is disallowed on the grounds that it is duplicative of

LP Carreras' claim previously allocated pursuant to the Claims Reassignment Order (as defined in the LP Carreras Stipulation);

# # # # #

DATED: January 25, 2011

United States Bankruptcy Judge

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
| --- | --- |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the documents described as follows: **ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF SETTLEMENTS BETWEEN THE DEBTORS AND: (1) GEODESIGN; (2) MAGNUSSON KLEMENCIC ASSOCIATES; (3) EDI ARCHITECTURE; AND (4) L.P. CARRERAS & ASSOCIATES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On January 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 18, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

Via E-Mail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

☒Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

Via E-Mail
Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri rabiri@abiriszeto.com
Allison R Axenrod allison@claimsrecoveryllc.com
William C Bollard eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg jcarlberg@boselaw.com
Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz chenetz@blankrome.com
Jacquelyn H Choi jchoi@swjlaw.com
Carol Chow CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Ana Damonte ana.damonte@pillsburylaw.com
Susan S Davis sdavis@coxcastle.com
Daniel Denny ddenny@gibsondunn.com
Jeffrey W Dulberg jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold courts@argopartners.net
Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried mgottfried@lblawllp.com, eborman@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein pgurfein@lgbfirm.com (counsel for CIM Urban RE Fund & Grand Ave Lofts LLC)
Jodie M Grotins jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Robert A Hessling rhessling@dgdk.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Avi Muhtar amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jeffrey P Nolan jnolan@pszjlaw.com
Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards jrichards@pszjlaw.com
Daniel H Reiss dhr@lnbrb.com
James S Riley tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz sschwartz@dgdk.com
Kenneth J Shaffer jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege csteege@jenner.com (counsel for OEC)
Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer dthayer@jenner.com
James A Timko jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

☐ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2011 | Cindy M. Cripe | */s/ Cindy M. Cripe* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF SETTLEMENTS BETWEEN THE DEBTORS AND: (1) GEODESIGN; (2) MAGNUSSON KLEMENCIC ASSOCIATES; (3) EDI ARCHITECTURE; AND (4) L.P. CARRERAS & ASSOCIATES** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 18, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri rabiri@abiriszeto.com
Allison R Axenrod allison@claimsrecoveryllc.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
William C Bollard eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg jcarlberg@boselaw.com
Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz chenetz@blankrome.com
Jacquelyn H Choi jchoi@swjlaw.com
Carol Chow CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Ana Damonte ana.damonte@pillsburylaw.com
Susan S Davis sdavis@coxcastle.com
Daniel Denny ddenny@gibsondunn.com
Jeffrey W Dulberg jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)

☒Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold courts@argopartners.net
Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried mgottfried@lblawllp.com, eborman@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein pgurfein@lgbfirm.com (counsel for CIM Urban RE Fund GP II & Grand Ave Lofts LLC)
Jodie M Grotins jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Robert A Hessling rhessling@dgdk.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for OCC)
Lewis R Landau lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Avi Muhtar amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jeffrey P Nolan jnolan@pszjlaw.com
Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards jrichards@pszjlaw.com
Daniel H Reiss dhr@lnbrb.com
James S Riley tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz sschwartz@dgdk.com

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Kenneth J Shaffer jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege csteege@jenner.com (counsel for OEC)
Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer dthayer@jenner.com
James A Timko jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page