Donald L. Gaffney (Admitted *Pro Hac Vice*)
Eric S. Pezold (#255657)
Jasmin Yang (#255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone: (714) 427-7000
Facsimile: (714) 427-7799
Email: dgaffney@swlaw.com
epezold@swlaw.com
jyang@swlaw.com
Counsel for Bank of America, N.A.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929.2500

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors-in-Possession. | Case No.: 1:09-bk-13356-VK<br>Jointly Administered<br>Chapter 11<br><br>**BANK OF AMERICA N.A.'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF DR. FERNANDO J. GUERRA AND THE PRODUCTION OF DOCUMENTS**<br><br>**[No Hearing Required]** |

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTORS AND THEIR COUNSEL, AND TO ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Bank of America, N.A. ("BofA"), a lender to two different Debtor entities, Merco Group – Southpark, LLC ("Southpark LLC") and Meruelo Maddux Properties – 760 S. Hill Street, LLC ("760 S. Hill Street LLC"), whose loans are guaranteed by a third debtor, Meruelo Maddux Properties, Inc. ("MMPI") (collectively, the "Debtors") hereby files its *Motion to Compel Dr. Fernando J. Guerra to*

*Produce Documents* (the "Motion to Compel") in response to BofA's *Subpoena in a Case Under the Bankruptcy Code* served on Dr. Fernando J. Guerra ("Dr. Guerra") on December 28, 2010 (the "Subpoena"). As more fully set forth below, the Court should order Dr. Guerra to comply with a Notice of Deposition and Subpoena that was served on him on December 28, 2010. Dr. Guerra failed to produce documents and appear for his deposition. BofA has unsuccessfully tried to meet and confer with Dr. Guerra prior to the filing of this Motion, however, Dr. Guerra did not respond to BofA's meet and confer letter. Accordingly, BofA has requested that the Court set a hearing on this Motion on shortened notice for January 27, 2011 or at such time as is convenient for the Court.

This Motion to Compel is attached to the Declaration of Eric S. Pezold attached thereto the *Ex Parte Application for Order Shortening Time for Hearing on Motion to Compel Dr. Fernando J. Guerra to Produce Documents* ("Ex Parte Application"), and is supported by the accompanying Memorandum of Points and Authorities and all papers and pleadings of record in these cases.

Dated: January 27, 2011

SNELL & WILMER L.L.P.

By: /s/ Eric S. Pezold
Donald L. Gaffney
Eric S. Pezold
Jasmin Yang
Attorneys for Bank of America, N.A.

Snell & Wilmer L.L.P. LAW OFFICES 350 South Grand Avenue, Suite 2600, Two California Plaza Los Angeles, California 90071 (213) 929-2500

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

BofA's Motion to Compel is brought for the reasons set forth in its Ex Parte Application above and the Declaration of Eric S. Pezold attached thereto.

### II.

### THIS MOTION TO COMPEL SHOULD BE GRANTED

On December 28, 2010 BofA served the Subpoena on Dr. Guerra seeking his appearance at a deposition scheduled for January 13, 2011 and documents to be produced by January 10, 2011. Despite have weeks to prepare, Dr. Guerra failed to produce any documents and failed to appear at his deposition. BofA served a valid Subpoena, attempted to meet and confer, and took all the necessary steps in order to cooperate with Dr. Guerra. Nevertheless, Dr. Guerra has consistently ignored BofA's communications. Per Federal Rules of Civil Procedure 37 and 45, since Dr. Guerra failed to respond to the Subpoena, BofA may move to compel Dr. Guerra's compliance. Fed. R. Civ. Proc. 37(B), 45. Accordingly, due to Dr. Guerra's non-compliance, BofA has no choice but to request that this Court compel Dr. Guerra to produce the documents as required and appear at a scheduled deposition.

BofA is rightfully concerned that it will not have the discovery in time to address the Debtors' plan confirmation as the documents and deposition are vital for BofA's preparation in the confirmation hearings. BofA seeks to determine Dr. Guerra's relationship with the Debtors and his compensation and other payments received from the Debtors during the pendency of the above-captioned case was done so in bad faith and in violation of Bankruptcy Code sections 1129(a)(3) and 1129(a)(4). Accordingly, BofA requests that this Court compel the deposition of Dr. Guerra and his production of documents in order to prevent any further prejudice BofA may suffer.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

## III.

## CONCLUSION

BofA respectfully requests that this Court grant its Motion to Compel. BofA also requests such further relief as the Court may deem just and proper.

Dated: January 27, 2011

SNELL & WILMER L.L.P.

By: /s/ Eric S. Pezold
Donald L. Gaffney
Eric S. Pezold
Jasmin Yang
Attorneys for Bank of America, N.A.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| In re: MERUELO MADDUX PROPERTIES, INC., et al., Debtor(s). | CHAPTER 11<br>CASE NUMBER - 1:09-bk-13356-VK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 350 South Grand Avenue, Suite 2600, Los Angeles, California 90017. The foregoing documents described as: **BANK OF AMERICA N.A.'S NOTICE OF MOTION TO COMPEL THE DEPOSITION OF DR. FERNANDO J. GUERRA AND THE PRODUCTION OF DOCUMENTS,** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 27, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL, PERSONAL DELIVERY, OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **January 27, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Victoria S. Kaufman
United States Bankruptcy Court - Warner Center
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6609
(via Messenger)

☒ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _________________, I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 27, 2011 | Digna B. Anonas | /s/ Digna B. Anonas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Michael C Abel mca@dgdk.com
- Robert Abiri rabiri@abiriszeto.com
- Allison R Axenrod allison@claimsrecoveryllc.com
- Christopher J Bagnaschi cb@cjblaw.com
- John J Bingham jbingham@dgdk.com
- William C Bollard eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
- Peter Bonfante peterbonfante@bsalawfirm.com
- Julia W Brand JBrand@bhfs.com
- Jennifer L Braun jennifer.l.braun@usdoj.gov
- Martin J Brill mjb@lnbrb.com
- Andrew W Caine acaine@pszyjw.com
- Howard Camhi hcamhi@ecjlaw.com
- Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg jcarlberg@boselaw.com
- Sara Chenetz chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi jchoi@swjlaw.com
- Carol Chow CChow@Stutman.com
- Cynthia M Cohen cynthiacohen@paulhastings.com
- Ronald R Cohn rcohn@horganrosen.com
- Enid M Colson emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa mcorrea@jonesday.com
- Emily R Culler eculler@stutman.com
- Ana Damonte ana.damonte@pillsburylaw.com
- Brian L Davidoff bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis sdavis@coxcastle.com
- Aaron De Leest aed@dgdk.com
- Daniel Denny ddenny@gibsondunn.com
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Marina Fineman mfineman@stutman.com
- Michael G Fletcher mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney dgaffney@swlaw.com
- Thomas M Geher tmg@jmbm.com
- Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser bglaser@swjlaw.com
- Gabriel I Glazer gglazer@stutman.com
- Matthew A Gold courts@argopartners.net
- Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham jag@jmbm.com
- Ofer M Grossman omglaw@gmail.com
- Jodie M Grotins jgrotins@mcguirewoods.com
- Peter J Gurfein pgurfein@lgbfirm.com
- Cara J Hagan carahagan@haganlaw.org
- Asa S Hami ahami@sulmeyerlaw.com
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling rhessling@dgdk.com
- William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer wkiekhofer@mcguirewoods.com
- Andrew F Kim kim-a@blankrome.com

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

- Michael S Kogan mkogan@ecjlaw.com
- Tamar Kouyoumjian tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau lew@landaunet.com
- Leib M Lerner leib.lerner@alston.com
- Matthew A Lesnick matt@lesnicklaw.com
- David E Leta dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon slinkon@rcolegal.com
- Robert M Llewellyn michael.llewellyn@boe.ca.gov
- Richard Malatt rmalatt@gmail.com
- Elmer D Martin elmermartin@gmail.com
- Elissa Miller emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar amuhtar@sulmeyerlaw.com
- Iain A W Nasatir inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan jnolan@pszjlaw.com
- Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman lpeitzman@pwkllp.com
- Eric S Pezold epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince cprince@lesnickprince.com
- Michael H Raichelson mhr@cabkattorney.com
- Dean G Rallis Jr drallis@sulmeyerlaw.com
- Kurt Ramlo kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED - cmr@lnbrb.com
- Daniel H Reiss dhr@lnbrb.com
- Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley tgarza@sierrafunds.com
- Martha E Romero Romero@mromerolawfirm.com
- Victor A Sahn vsahn@sulmeyerlaw.com
- Steven J Schwartz sschwartz@dgdk.com
- Kenneth J Shaffer jshaffer@stutman.com
- Zev Shechtman zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano dshemano@pwkllp.com
- Jeffrey S Shinbrot jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu sshiu@swlaw.com
- Lori Sinanyan lsinanyan@jonesday.com
- Daniel H Slate dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel blspiegel@jonesday.com
- Tracie L Spies tracie@haganlaw.org
- James Stang jstang@pszjlaw.com
- Catherine Steege csteege@jenner.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer dthayer@jenner.com
- James A Timko jtimko@allenmatkins.com
- Alan G Tippie atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian rvarozian@bzlegal.com
- Jason L Weisberg jason@gdclawyers.com
- William E Winfield wwinfield@nchc.com
- Jasmin Yang jyang@swlaw.com

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

## II. TO BE SERVED BY U.S. MAIL:

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr , 3rd Floor
Studio City, CA 91607

Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

Michael Portner
Portner Law Offices
900 Wilshire Blvd Ste 1115
Los Angeles, CA 90017

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

SCS Flooring Systems
C/O Raymond Myer Esq.
1220 1/2 State St
Santa Barbara, CA 93101

Jenner & Block LLP
Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

Patrick J. Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

Dr. Fernando J. Guerra
Meruelo Maddux Properties, Inc.
761 Terminal Street
Building 1, 2nd Floor
Los Angeles, California 90021

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000