JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone: 213-239-5100
Facsimile: 213-239-5199
klee@jenner.com

JENNER & BLOCK LLP
Marc B. Hankin (admitted *pro hac vice*)
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone: 212-891-1600
Facsimile: 212-891-1699
mhankin@jenner.com

RON ORR & PROFESSIONALS, INC.
Ronald S. Orr (Cal. Bar No. 54257)
578 Washington Blvd., #389
Marina Del Rey, CA 90292
Telephone: 310-301-4839
Facsimile: 310-301-6549
ronorresq@aol.com

RODIGER LAW OFFICE
Georgiana G. Rodiger, (Cal. Bar No. 94416)
272 South Los Robles Avenue
Pasadena, California 91101
Telephone: 626-793-7264
Facsimile: 626-793-7592
crodiger@rodigerlaw.com

Bankruptcy Attorneys for
Official Equity Committee

FILED & ENTERED

JAN 27 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY natan DEPUTY CLERK

**UNITED STATES BANKRUPCTY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES INC., et al.<br><br>Debtors.<br><br>☑ Affects all Debtors | CASE NO. 09-bk- 13356-VK<br><br>Chapter 11<br>**~~[PROPOSED]~~ ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE** |

1. Movant filed the following motion, together with support a declaration and supporting documents:

a. Title of Motion: Equity Committee's Motion to Allow Late Votes.

b. Date of filing of Motion: January 24, 2011.

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with a supporting declaration:

a. Date of filing of Application: January 24, 2011.

3. Based upon the court's review of the application, **IT IS ORDERED THAT:**

a. A hearing on the motion will take place as follows: ~~January~~ *February 7,* 2011 at *9:30 a*.m. at Courtroom 301, 21041 Burbank Blvd., Woodland Hills, CA.

b. As soon as is practicable after the entry of this Order, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed ~~via electronic mail~~ *personal delivery, facsimile, overnight delivery, or electronic mail if expressly authorized by the recipient*: the Office of the United States Trustee's attorney and Debtor's counsel and counsel for the Unsecured Creditors' Committee appointed in these cases~~.~~ *on all parties in interest in these cases in accordance with the Court's Order Limiting Scope of Notice (the "order Limiting Notice" (entered on or about April 7, 2009 (docket entry no. 35)*

c. Regarding **opposition to the motion,** opposition to the motion ~~may be made **orally** at the hearing~~. *must be filed and received by the judge's chambers and the moving party no later than February 3, 2011 at 10:00 a.m.*

*d. Regarding **reply to the opposition(s)**, reply(ies) to the opposition(s) may be made **orally** at the hearing.*

###

DATED: January 27, 2011

United States Bankruptcy Judge

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
353 N. Clark Street, Chicago, IL 60654

A true and correct copy of the foregoing document described as :

**[PROPOSED] ORDER ON EQUITY COMMITTEE'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO ALLOW LATE VOTES**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>1/25/2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**<u>(indicate method for each person or entity served)</u>**:**
On <u>1/25/11</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(indicate method for each person or entity served):</u> Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/25/2011 | Toi Hooker | */s/ Toi Hooker* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

| | |
|---|---|
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

**II. SERVED BY OVERNIGHT MAIL**

| | | |
|---|---|---|
| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **United States Bankruptcy Judge**<br>The Honorable Judge Victoria S. Kaufman<br>United States Bankruptcy Court – Central District of California<br>255 E. Temple St.<br>Suite 1682<br>Los Angeles, CA 90012 | **United States Bankruptcy Judge**<br>The Honorable Kathleen Thompson<br>United States Bankruptcy Judge<br>21041 Burbank Boulevard<br>Suite 305<br>Woodland Hills, CA 91367 |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com; aed@dgdk.com; jtedford@dgdk.com | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email:<br>karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com | David Hartie<br>Kurtzman Carson Consultants LLC<br>599 Lexington Avenue, 39th Floor<br>New York, NY 10022<br>dhartie@kcclic.com |
| Pershing LLC<br>One Pershing Plaza<br>7th Floor<br>Jersey City, NJ 07399 | | |

**III. SERVED BY PERSONAL DELIVERY**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**III. SERVED BY FACSIMILE TRANSMISSION**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**III. SERVED BY EMAIL**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)

**[PROPOSED] ORDER ON EQUITY COMMITTEE'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO ALLOW LATE VOTES**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***1/25/11*** , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

| | |
|---|---|
| Lewis R. Landau | lew@landaunet.com |
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

**II. SERVED BY U.S. MAIL**

| | |
|---|---|
| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com; Jennifer.nassiri@dlapiper.com |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com; aed@dgdk.com; jtedford@dgdk.com | |

**III. SERVED BY OVERNIGHT MAIL**

| | | |
|---|---|---|
| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **United States Bankruptcy Judge**<br>The Honorable Judge Victoria S. Kaufman<br>United States Bankruptcy Court – Central District of California<br>255 E. Temple St.<br>Suite 1682<br>Los Angeles, CA 90012 | **United States Bankruptcy Judge**<br>The Honorable Kathleen Thompson<br>United States Bankruptcy Judge<br>21041 Burbank Boulevard<br>Suite 305<br>Woodland Hills, CA 91367 |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com; aed@dgdk.com; jtedford@dgdk.com | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com; Jennifer.nassiri@dlapiper.com | Pershing LLC<br>One Pershing Plaza<br>7th Floor<br>Jersey City, NJ 07399 |
| David Hartie<br>Kurtzman Carson Consultants LLC<br>599 Lexington Avenue, 39th Floor<br>New York, NY 10022<br>dhartie@kcclic.com | | |

| | |
|---|---|
| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |

**III. SERVED BY PERSONAL DELIVERY**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**III. SERVED BY FACSIMILE TRANSMISSION**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**III. SERVED BY EMAIL**

| | | |
|---|---|---|
| | | |
| | | |
| | | |