Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910; Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
jdulberg@pszjlaw.com

Surjit P. Soni (CA Bar No. 127419)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, California 91101
Telephone: 626/683-7600; Facsimile: 626/683-1199
E-mail: surj@sonilaw.com

Counsel for Secured Creditor, Legendary Investors Group No. 1, LLC

FILED & ENTERED

JAN 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY natan DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

MERUELO MADDUX PROPERTIES, INC., et al.,

Debtors.

☐ Affects all Debtors
☒ Affects the following Debtor(s):

MMPI

Case No. 1:09-bk-13356-KT

Chapter 11 (Jointly Administered)

**OMNIBUS ORDER DISALLOWING FOR VOTING PURPOSES ONLY THE CLAIMS OF ERNST & YOUNG, LLP, MANATT, PHELPS & PHILLIPS, TIRSO DEL JUNCO, MD, PALMIERI, TYLER, WIENER, WILHEM & WALDRON AND OTIS ELEVATOR COMPANY AGAINST MMPI**

Date: January 10, 2011
Time: 2:00 p.m.
Place: Courtroom 301
21041 Burbank Blvd.
Woodland Hills, California

**THIS MATTER CAME BEFORE THE COURT** to consider the Objection Of Secured Creditor Legendary Investors Group No. 1, LLC For An Order Disallowing For Voting Purposes Only The Scheduled Claims Of Ernst & Young, LLP [Docket No. 2005], Manatt, Phelps & Phillips, Tirso Del Junco [Docket No. 2009], MD., Palmieri, Tyler, Wiener, Wilhem & Waldron [Docket No. 2011], and Otis Elevator Company [Docket No. 2017] against MMPI (the “objections”).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Court having reviewed the Objections and the claims related thereto and the argument of counsel, and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (c) notice of the Objection having been sufficient under the circumstances and no other or further notice is required; and (c) no formal responses were received to the Objections, and the Court having determined that the legal and factual bases set forth in the Objections establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Objections to the following claims are sustained and all of the following claims are disallowed for voting purposes only:

   a. Ernst & Young LLP

   b. Manatt, Phelps & Phillips LLP

   c. Tirso del Junco, MD

   d. Palmieri, Tyler, Wiener, Wilhem & Waldron, LLP; and

   e. Otis Elevator Company.

2. This Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

3. Rights of Secured Creditor Legendary Investors Group 1, LLC (”Legendary”) are reserved to object to or seek disallowance or reclassification of any claim that is subject to the Objections on any other grounds as Legendary may later assert.

####

DATED: January 31, 2011

United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category **I**. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **OMNIBUS ORDER DISALLOWING FOR VOTING PURPOSES ONLY THE SCHEDULED CLAIMS OF ERNST & YOUNG, LLP, MANATT, PHELPS & PHILLIPS, TIRSO DEL JUNCO, MD, PALMIERI, TYLER, WIENER, WILHEM & WALDRON AND OTIS ELEVATOR COMPANY AGAINST MMPI** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 14, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 14, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Victoria Kaufman
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___________, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| January 14, 2011 | Rolanda L. Mori | /s/ Rolanda L. Mori |
| *Date* | *Type Name* | *Signature* |

## II. SERVED BY U.S. MAIL

Manatt, Phelps & Phillips LLP
Richard W. Adam, Associate General Counsel
11355 W. Olympic Blvd.
Los Angeles, CA 90064

Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
Attn: Don Fisher, Esq.
2603 Main Street, Ste. 1300
Irvine, CA 92614

Otis Elevator Company
Attn: Treasury Services - T. Wiafe
1 Farm Springs, 3rd Floor
Farmington, CT 06032

Tirso Del Junco, MD
c/o Joseph Mudd, Esq.
Freeman, Freeman & Smiley LLP
1920 Main Street
Irvine, CA 92614

Michael L. Marx, Esq.
Jenkins, Goodman, Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104

**REQUEST FOR SPECIAL NOTICE**

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Matthew Pakkala
633 West 5th Street, 16th Flr
Los Angeles, Ca 90071-2027

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr
3rd Fl
Studio City, CA 91607

| In re: Meruelo Maddux Properties, Inc., Debtor(s). | CHAPTER 11<br>CASE NUMBER 09-13356-VK |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATION BY AND BETWEEN DEBTORS, ON THE ONE HAND, AND LEGENDARY INVESTORS GROUP NO. 1, LLC AND EASTWEST BANK, ON THE OTHER HAND, WITH RESPECT TO FILING OF REPLIES TO OBJECTIONS TO PENDING PLANS OF REORGANIZATION** was entered on the date indicated as “Entered” on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (“NEF”)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 14, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

~~Jeffrey P. Nolan, Esq.~~
~~Pachulski Stang Ziehl & Jones LLP~~
~~10100 Santa Monica Blvd., 11th Floor~~
~~Los Angeles, CA 90067~~

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an “Entered” stamp, the party lodging the judgment or order will serve a complete copy bearing an “Entered” stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel mca@dgdk.com
- Robert Abiri rabiri@abiriszeto.com
- Allison R Axenrod allison@claimsrecoveryllc.com
- John J Bingham jbingham@dgdk.com
- Peter Bonfante peterbonfante@bsalawfirm.com
- Julia W Brand jwb@dgdk.com
- Jennifer L Braun jennifer.l.braun@usdoj.gov
- Martin J Brill mjb@lnbrb.com
- George T Busu george.busu@limruger.com
- Andrew W Caine acaine@pszyjw.com
- Howard Camhi hcamhi@ecjlaw.com
- Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg jcarlberg@boselaw.com
- Sara Chenetz chenetz@blankrome.com
- Jacquelyn H Choi jchoi@swjlaw.com
- Ronald R Cohn rcohn@horganrosen.com
- Enid M Colson emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa mcorrea@jonesday.com
- Brian L Davidoff bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Aaron De Leest aed@dgdk.com
- Daniel Denny ddenny@gibsondunn.com
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Michael G Fletcher mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney dgaffney@swlaw.com
- Thomas M Geher tmg@jmbm.com
- Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser bglaser@swjlaw.com
- Matthew A Gold courts@argopartners.net
- Michael I Gottfried mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham jag@jmbm.com
- Ofer M Grossman omglaw@gmail.com
- Jodie M Grotins jgrotins@mcguirewoods.com
- Peter J Gurfein pgurfein@lgbfirm.com
- Cara J Hagan carahagan@haganlaw.org
- Asa S Hami ahami@sulmeyerlaw.com
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com
- William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
- Natasha L Johnson natasha.johnson@dlapiper.com
- Lance N Jurich ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer wkiekhofer@mcguirewoods.com
- Andrew F Kim kim-a@blankrome.com
- Michael S Kogan mkogan@ecjlaw.com
- Tamar Kouyoumjian tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau lew@landaunet.com

- Matthew A Lesnick matt@lesnicklaw.com
- David E Leta dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon slinkon@rcolegal.com
- Robert M Llewellyn michael.llewellyn@boe.ca.gov
- Richard Malatt rmalatt@gmail.com
- Elmer D Martin elmermartin@gmail.com
- Elissa Miller emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Iain A W Nasatir inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jennifer L Nassiri jnassiri@venable.com
- Lawrence Peitzman lpeitzman@pwkllp.com
- Eric S Pezold epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince cprince@lesnickprince.com
- Michael H Raichelson mhr@cabkattorney.com
- Dean G Rallis Jr drallis@sulmeyerlaw.com
- Kurt Ramlo kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin cmr@lnbrb.com
- Daniel H Reiss dhr@lnbrb.com
- Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley tgarza@sierrafunds.com
- Martha E Romero Romero@mromerolawfirm.com
- Victor A Sahn vsahn@sulmeyerlaw.com
- Kenneth J Shaffer jshaffer@stutman.com
- Zev Shechtman zshechtman@dgdk.com
- Jeffrey S Shinbrot jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu sshiu@swlaw.com
- Daniel H Slate dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel blspiegel@jonesday.com
- Tracie L Spies tracie@haganlaw.org
- James Stang jstang@pszjlaw.com
- Catherine Steege csteege@jenner.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford jtedford@dgdk.com
- Damon Thayer dthayer@jenner.com
- James A Timko jtimko@allenmatkins.com
- Alan G Tippie atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian rvarozian@bzlegal.com
- Jason L Weisberg jason@gdclawyers.com
- William E Winfield wwinfield@nchc.com
- Jasmin Yang jyang@swlaw.com

## III. TO BE SERVED BY LODGED PARTY U.S. MAIL

Manatt, Phelps & Phillips LLP
Richard W. Adam, Associate General Counsel
11355 W. Olympic Blvd.
Los Angeles, CA 90064

Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
Attn: Don Fisher, Esq.
2603 Main Street, Ste. 1300
Irvine, CA 92614

Otis Elevator Company
Attn: Treasury Services - T. Wiafe
1 Farm Springs, 3rd Floor
Farmington, CT 06032

Tirso Del Junco, MD
c/o Joseph Mudd, Esq.
Freeman, Freeman & Smiley LLP
1920 Main Street
Irvine, CA 92614

Michael L. Marx, Esq.
Jenkins, Goodman, Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104

**REQUEST FOR SPECIAL NOTICE**

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Matthew Pakkala
633 West 5th Street, 16th Flr
Los Angeles, Ca 90071-2027

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr
3rd Fl
Studio City, CA 91607