FILED & ENTERED

JAN 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY natan DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Meruelo Maddux Properties Inc a DE Corp,

Debtor(s).

Case No: 1:09-bk-13356-VK

Chapter: 11

ORDER DENYING BANK OF AMERICA N.A.'S
1. EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL THE DEPOSITON OF DR. FERNANDO J. GUERRA AND THE PRODUCTION OF DOCUMENTS; AND
2. MOTION TO COMPEL THE DEPOSITON OF DR. FERNANDO J. GUERRA AND THE PRODUCTION OF DOCUMENTS

No Hearing Required

On January 26, 2011, Bank of America, N.A.. ("Movant") filed a Notice of Ex Parte Application for Order Shortening Time for Hearing on Motion to Compel the Deposition of Dr. Fernando J. Guerra and the Production of Documents ("Application") (Dkt 2689). The Court having considered the Application, the underlying motion and the evidence submitted in support thereof, it is hereby

ORDERED, that the Application and the underlying Motion to Compel the Deposition of Dr. Fernando J. Guerra and the Production of Documents (the "Motion") are DENIED on the following grounds:

a. Movant has not provided any evidence in support of the allegation that Dr. Fernando J. Guerra (“Geurra”) has received any payments from the debtors, or any of them, during the pendency of the above-captioned case;

b. In “Bank of America N.A.’s Objection to Confirmation of the Fourth Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc. et al. Dated September 28, 2010” (Dkt 2502), Movant did not raise this issue regarding payments allegedly made to Guerra;

c. The “meet and confer” letter dated January 11, 2011 from Movant’s counsel to Guerra, attached to the Application as Exhibit 4 (the “Letter”), sets an inadequate deadline for Guerra to respond to the Letter, *i.e.*, January 14, 2011, and therefore Movant has not complied with Local Bankruptcy Rule 7026-1(c)(2); and

d. Even if Movant’s deadline set forth in the Letter was held to be appropriate, Movant did not act timely in the filing of its Application and Motion, given that the hearing on confirmation of the Plan commenced on January 27, 2011.

###

DATED: January 31, 2011

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING BANK OF AMERICA N.A.'S 1. EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL THE DEPOSITON OF DR. FERNANDO J. GUERRA AND THE PRODUCTION OF DOCUMENTS; AND 2. MOTION TO COMPEL THE DEPOSITON OF DR. FERNANDO J. GUERRA AND THE PRODUCTION OF DOCUMENTS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of____________________, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| • Michael C Abel mca@dgdk.com<br>• Robert Abiri rabiri@abiriszeto.com<br>• Allison R Axenrod allison@claimsrecoveryllc.com<br>• Christopher J Bagnaschi cb@cjblaw.com<br>• John J Bingham jbingham@dgdk.com<br>• William C Bollard eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com<br>• Peter Bonfante peterbonfante@bsalawfirm.com<br>• Julia W Brand JBrand@bhfs.com<br>• Jennifer L Braun jennifer.l.braun@usdoj.gov<br>• Martin J Brill mjb@lnbrb.com<br>• Andrew W Caine acaine@pszyjw.com<br>• Howard Camhi hcamhi@ecjlaw.com<br>• Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com<br>• James E Carlberg jcarlberg@boselaw.com<br>• Sara Chenetz chenetz@blankrome.com, chang@blankrome.com<br>• Jacquelyn H Choi jchoi@swjlaw.com<br>• Carol Chow CChow@Stutman.com<br>• Cynthia M Cohen cynthiacohen@paulhastings.com<br>• Ronald R Cohn rcohn@horganrosen.com<br>• Enid M Colson emc@dgdk.com, ecolson@dgdk.com<br>• Michaeline H Correa mcorrea@jonesday.com<br>• Emily R Culler eculler@stutman.com<br>• Ana Damonte ana.damonte@pillsburylaw.com<br>• Brian L Davidoff bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com<br>• Susan S Davis sdavis@coxcastle.com<br>• Aaron De Leest aed@dgdk.com<br>• Daniel Denny ddenny@gibsondunn.com<br>• Jeffrey W Dulberg jdulberg@pszjlaw.com<br>• Marina Fineman mfineman@stutman.com<br>• Michael G Fletcher mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com<br>• Barry V Freeman bvf@jmbm.com, bvf@jmbm.com<br>• Donald L Gaffney dgaffney@swlaw.com<br>• Thomas M Geher tmg@jmbm.com<br>• Bernard R Given bgiven@frandzel.com, | David P Beitchman<br>16130 Ventura Blvd Ste 570<br>Encino, CA 91436<br><br>Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108<br><br>Arthur J Hazarabedian<br>California Eminent Domain Law Group<br>3429 Ocean View Blvd Ste L<br>Glendale, CA 91208<br><br>Jenner & Block LLP<br>Jenner & Block LLP<br>633 West 5th Street<br>Suite 3500<br>Los Angeles, CA 90071<br><br>- Kibel Green Inc<br>2001 Wilshire Blvd Suite 420<br>Santa Monica, CA 90403<br><br>Michael L Marx<br>Jenkins Goodman Neuman & Hamilton<br>417 Montgomery St 10th Fl<br>San Francisco, CA 94104<br><br>Ronald Orr<br>Ronald Orr & Professionals, Inc.<br>578 Washington Blvd., #389<br>Marina Del Rey, CA 90292<br><br>Michael Portner<br>Portner Law Offices<br>900 Wilshire Blvd Ste 1115<br>Los Angeles, CA 90017<br><br>Riverside Claims LLC<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024<br><br>Georgiana G. Rodiger<br>Rodiger Law Office<br>272 South Los Robles Avenue<br>Pasadena, CA 91101<br><br>SCS Flooring Systems<br>C/O Raymond Myer Esq<br>1220 1/2 State St |

| | |
|---|---|
| efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com<br>• Barry S Glaser bglaser@swjlaw.com<br>• Gabriel I Glazer gglazer@stutman.com<br>• Matthew A Gold courts@argopartners.net<br>• Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com<br>• Michael I Gottfried mgottfried@lgbfirm.com, msaldana@lgbfirm.com<br>• John A Graham jag@jmbm.com<br>• Ofer M Grossman omglaw@gmail.com<br>• Jodie M Grotins jgrotins@mcguirewoods.com<br>• Peter J Gurfein pgurfein@lgbfirm.com<br>• Cara J Hagan carahagan@haganlaw.org<br>• Asa S Hami ahami@sulmeyerlaw.com<br>• Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com<br>• Robert A Hessling rhessling@dgdk.com<br>• William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com<br>• Lance N Jurich ljurich@loeb.com, kpresson@loeb.com<br>• William H. Kiekhofer wkiekhofer@mcguirewoods.com<br>• Andrew F Kim kim-a@blankrome.com<br>• Michael S Kogan mkogan@ecjlaw.com<br>• Tamar Kouyoumjian tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com<br>• Lewis R Landau lew@landaunet.com<br>• Leib M Lerner leib.lerner@alston.com<br>• Matthew A Lesnick matt@lesnicklaw.com<br>• David E Leta dleta@swlaw.com, wsmart@swlaw.com<br>• Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com<br>• Steven K Linkon slinkon@rcolegal.com<br>• Robert M Llewellyn michael.llewellyn@boe.ca.gov<br>• Richard Malatt rmalatt@gmail.com<br>• Elmer D Martin elmermartin@gmail.com<br>• Elissa Miller emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com<br>• Avi Muhtar amuhtar@sulmeyerlaw.com<br>• Iain A W Nasatir inasatir@pszjlaw.com, jwashington@pszjlaw.com<br>• Jeffrey P Nolan jnolan@pszjlaw.com<br>• Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com<br>• Lawrence Peitzman lpeitzman@pwkllp.com<br>• Eric S Pezold epezold@swlaw.com, dwlewis@swlaw.com | Santa Barbara, CA 93101<br><br>Patrick J Stark<br>Ford Walker Haggerty & Behar<br>1 World Trade Ctr 27th Fl<br>Long Beach, CA 90831<br><br>Larry E Wasserman<br>Law Offices of Larry E Wasserman<br>12925 Riverside Dr<br>2nd fl<br>Sherman Oaks, CA 91423 |

- Christopher E Prince cprince@lesnickprince.com
- Michael H Raichelson mhr@cabkattorney.com
- Dean G Rallis Jr drallis@sulmeyerlaw.com
- Kurt Ramlo kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED - cmr@lnbrb.com
- Daniel H Reiss dhr@lnbrb.com
- Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley tgarza@sierrafunds.com
- Martha E Romero Romero@mromerolawfirm.com
- Victor A Sahn vsahn@sulmeyerlaw.com
- Steven J Schwartz sschwartz@dgdk.com
- Kenneth J Shaffer jshaffer@stutman.com
- Zev Shechtman zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano dshemano@pwkllp.com
- Jeffrey S Shinbrot jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu sshiu@swlaw.com
- Lori Sinanyan lsinanyan@jonesday.com
- Daniel H Slate dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel blspiegel@jonesday.com
- Tracie L Spies tracie@haganlaw.org
- James Stang jstang@pszjlaw.com
- Catherine Steege csteege@jenner.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer dthayer@jenner.com
- James A Timko jtimko@allenmatkins.com
- Alan G Tippie atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian rvarozian@bzlegal.com
- Jason L Weisberg jason@gdclawyers.com
- William E Winfield wwinfield@nchc.com
- Jasmin Yang jyang@swlaw.com

| | |
|---|---|
| | |
| Category III (To be served by the lodging party). | |