JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone: 213-239-5100
Facsimile: 213-239-5199
klee@jenner.com

JENNER & BLOCK LLP
Marc B. Hankin (admitted *pro hac vice*)
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone: 212-891-1600
Facsimile: 212-891-1699
mhankin@jenner.com

RON ORR & PROFESSIONALS, INC.
Ronald S. Orr (Cal. Bar No. 54257)
578 Washington Blvd., #389
Marina Del Rey, CA 90292
Telephone: 310-301-4839
Facsimile: 310-301-6549
ronorresq@aol.com

RODIGER LAW OFFICE
Georgiana G. Rodiger, (Cal. Bar No. 94416)
272 South Los Robles Avenue
Pasadena, California 91101
Telephone: 626-793-7264
Facsimile: 626-793-7592
crodiger@rodigerlaw.com

Bankruptcy Attorneys for
Official Equity Committee

FILED & ENTERED

JAN 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY natan DEPUTY CLERK

**UNITED STATES BANKRUPCTY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re

MERUELO MADDUX PROPERTIES INC., et al.

Debtors.

☑ Affects all Debtors

CASE NO. 09-bk- 13356-VK

Chapter 11

**~~[PROPOSED]~~ ORDER ON EQUITY COMMITTEE MOTION TO COMPEL DEBTORS TO TURN-OVER SKAGGS DOCUMENTS**

**Date: 11/10/10**
**Time: 9:30 a.m.**
**Place: Courtroom 301**
**Woodland Hills**

The Official Committee of Equity Holders' (the "Committee") of the bankruptcy estates of Meruelo Maddux Properties, Inc. et al. [1] (collectively, the "Debtors"), motion for an Order that Debtors produce a copy of any and all DOCUMENTS authored and/or sent by Fred Skaggs to and/or received by MMPI's Audit Committee in 2010, and any attachments thereto (each such document, a "Skaggs Document") was heard on shortened time on November 10, 2010 at 9:30 a.m. in Courtroom 301 of the U.S. Bankruptcy Court located at 21041 Burbank Boulevard, Woodland Hills, CA 91367. The Equity Committee was represented at the hearing by Georgiana Rodiger, Esq. and Debtors were represented by John Tedford, Esq.

After reviewing the briefs and hearing oral argument, the court ruled,

Good cause appearing,

**ORDER**

IT IS ORDERED:

1. The Equity Committee Motion to Compel is granted; and

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: I :09-bk-13338-KT; 1:09-bk- 13358-KT; 1:09-bk-13359-KT; 1 :09-bk-13360-KT; 1:09-bk- 13361-KT; 1:09-bk-13362-KT; 1:09-bk- 13363-KT; 1:09-bk-13364-KT; 1:09-bk- 13365-KT; 1:09-bk-13366-KT; I :09-bk-13367-KT; 1:09-bk-13368-KT; I:09-bk-13369-KT; 1:09-bk-13370-KT; 1:09-bk-13371-KT; :09-bk-13372-KT; 1:09-bk-13373-KT; 1:09-bk-13374-KT; I:09-bk-13375-KT; 1:09-bk-13376-KT; 1:09-bk-13377-KT; 1:09-bk- 13378-KT; I:09-bk- 13379-KT; 1:09-bk- 13380-KT; 1:09-bk-13381-KT; I:09-bk-13382-KT; 1 :09-bk-13383-KT; 1:09-bk-13384-KT; 1:09-bk-13385-KT; I :09-bk- 13386-KT;1:09-bk- 13387-KT; 1:09-bk-13388-KT; 1:09-bk-13389-KT; 1:09-bk-13390-KT; 1:09-bk-13391-KT; 1:09-bk-13392-KT; I:09-bk-13393-KT; 1:09-bk-13394-KT; 1:09-bk-13395-KT; 1:09-bk-13396-KT; 1:09-bk-13397-KT; 1:09-bk-13398-KT; I:09-bk-13399-28 KT; 1:09-bk-13400-KT;1:09-bk-13401-KT; 1:09-bk-13402-KT; I:09-bk- 13403-KT; 1:09-bk-13404.

2. Debtors must produce the Skaggs Documents on or before 4:00 p.m. on November 11, 2010.

###

DATED: January 31, 2011

Kathleen Thompson

United States Bankruptcy Judge

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category **I**. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
353 N.Clark Street, Chicago, IL 60654

A true and correct copy of the foregoing document described as :
**[PROPOSED] ORDER ON EQUITY COMMITTEE MOTION TO COMPEL DEBTORS TO TURN-OVER SKAGGS DOCUMENTS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/4/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 1/4/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/4/2011 | Toi Hooker | /s/ Toi Hooker |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |
| David E. Leta | dleta@swlaw.com |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

| | |
|---|---|
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

**II. SERVED BY OVERNIGHT MAIL**

| | | |
|---|---|---|
| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **United States Bankruptcy Judge**<br>The Honorable Judge Victoria S. Kaufman<br>United States Bankruptcy Court – Central District of California<br>255 E. Temple St.<br>Suite 1682<br>Los Angeles, CA 90012 | **United States Bankruptcy Judge**<br>The Honorable Kathleen Thompson<br>United States Bankruptcy Judge<br>21041 Burbank Boulevard<br>Suite 305<br>Woodland Hills, CA 91367 |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com; aed@dgdk.com; jtedford@dgdk.com | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com; Jennifer.nassiri@dlapiper.com | |

**III. SERVED BY PERSONAL DELIVERY**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**III. SERVED BY FACSIMILE TRANSMISSION**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**III. SERVED BY EMAIL**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)
**[PROPOSED] ORDER ON EQUITY COMMITTEE MOTION TO COMPEL DEBTORS TO TURN-OVER SKAGGS DOCUMENTS**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***1/4/11*** , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

| | |
|---|---|
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

## II. SERVED BY U.S. MAIL

| | |
|---|---|
| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com; Jennifer.nassiri@dlapiper.com |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com; aed@dgdk.com; jtedford@dgdk.com | |

## III. SERVED BY OVERNIGHT MAIL

| | | |
|---|---|---|
| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **United States Bankruptcy Judge**<br>The Honorable Judge Victoria S. Kaufman<br>United States Bankruptcy Court – Central District of California<br>255 E. Temple St.<br>Suite 1682<br>Los Angeles, CA 90012 | **United States Bankruptcy Judge**<br>The Honorable Kathleen Thompson<br>United States Bankruptcy Judge<br>21041 Burbank Boulevard<br>Suite 305<br>Woodland Hills, CA 91367 |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com; aed@dgdk.com; jtedford@dgdk.com | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com; Jennifer.nassiri@dlapiper.com | |

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-KT |
|---|---|

**III. <u>SERVED BY PERSONAL DELIVERY</u>**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**III. <u>SERVED BY FACSIMILE TRANSMISSION</u>**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**III. <u>SERVED BY EMAIL</u>**

| | | |
|---|---|---|
| | | |
| | | |
| | | |