JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

GARY E. KLAUSNER (State Bar No. 69077)
*GKlausner@Stutman.com*
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-6013
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors and Debtors-in-Possession.<br><br>☑ Affects all Debtors<br><br>☐ Affects the following Debtors: | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Jointly Administered)<br><br>**DECLARATION OF JOHN N. TEDFORD, IV, UPDATING (A) CHART ORIGINALLY SUBMITTED BY RICHARD B. JENNINGS RE: DEBTORS' SETTLEMENTS WITH SECURED LENDERS, AND (B) VOTING RESULTS ORIGINALLY SUBMITTED BY ROBERT Q. KLAMSER, REFLECTING THE DEBTORS' RECENT SETTLEMENTS WITH LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK**<br><br>*Continued Confirmation Hearing*<br>Date: February 4, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 301<br>21041 Burbank Boulevard<br>Woodland Hills, California |

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

I, John N. Tedford, IV, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and am authorized to appear before this Court. I am the principal of a professional corporation which is a partner in the law firm of Danning, Gill, Diamond & Kollitz, LLP, general bankruptcy counsel for Meruelo Maddux Properties, Inc., and fifty-three of its direct and indirect subsidiaries which each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about March 26 and 27, 2009 (collectively the "Debtors").

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. At a hearing on January 28, 2011, the Court requested that the Debtors update and file with the Court a chart that was contained in paragraph 24(a) of the *Declaration of Richard B. Jennings in Support of Confirmation of Legendary Investors Group No. 1, LLC's and East West Bank's Modified Second Amended Chapter 11 Plan Dated September 3, 2010* (the "Jennings Declaration") (*docket entry no. 2323*). In the course of preparing the updated chart, and based on my review of the settlements which have been approved by the Court and other evidence that has been presented to the Court, I determined that Mr. Jennings' original chart contained some errors. Based on my personal review of such Court-approved settlement agreements and evidence, I have prepared a new chart which is attached as Exhibit "138" hereto. The upper half of the exhibit is the same as the chart in Mr. Jennings' declaration. The bottom half of the exhibit is the revised chart I prepared based on my review of the same documents available to Mr. Jennings. Numerically, the largest differences between Mr. Jennings' chart and my chart arise due to the following:

a. Cathay Bank has two loans secured by the same real property owned by Debtor Alameda Produce Market, LLC. The Court-approved loan modification agreement with respect to the senior loan stated that the amount owing to Cathay Bank as of December 31, 2008, was $48,815,711.37, and the Court-approved loan modification agreement for the junior loan stated that the amount owing to Cathay Bank as of December 31, 2008, was $9,848,139.32. Each of the loan modification agreements provided that the "New Loan Balance" would be the amount owed as of December 31, 2008, plus an amount equal to interest that would accrue on such amount from

January 1, 2009, through the date on which the Court entered its order approving the settlements at a rate of 4.0% per annum. The order approving the settlements was entered on or about June 17, 2010 (*docket entry no. 1527*). Taking into account the interest that accrued from January 1, 2009, through June 17, 2010, at a rate of 4.0% per annum, the aggregate New Loan Balance for both of the loans was over $62.1 million. In addition, some amount of Cathay Bank's legal fees was added to the principal balance of each loan and is payable at maturity. The figures in the column with the heading "OPB" reflect my calculation of the New Loan Balance plus the amount of attorneys fees discernable from the body of the loan modification agreements themselves.

b. With respect to the three loans with respect to which Imperial Capital Bank ("Imperial") formerly had an interest, the "OPB" figures in my chart are drawn from the proofs of claim filed by Imperial and the Debtors' proposed plan.

c. Mr. Jennings did not take into account that the settlement with Wells Fargo Bank, N.A., successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through Berkadia Commercial Mortgage, Inc., its Special Servicer ("Berkadia"), provided that Debtor Santa Fe Commerce Center, Inc. ("SFCC"), would execute a junior note and deed of trust. The principal amount of the junior note and the terms are reflected in Exhibit "138" hereto.

4. Exhibit "138" reflects my calculation of the "OPB" for each loan identified therein at the time of the settlement, based upon my review of the publicly filed settlement documents, evidence submitted in support of settlement motions, and the Debtors' proposed plan. As with Mr. Jennings' chart, the loan amounts are intended to be estimates of the "original loan balance" that existed as a result of the settlements. They are not intended to be binding representations regarding the original amounts owed, which amounts are determined in accordance with the loan documents, as modified by loan modification agreements. Notwithstanding, I have confirmed that the amounts listed in the "OPB" column of my chart are all equal to or substantially the same as the estimated amounts listed in the Debtors' plan as being due as of December 31, 2010.

5. In addition to updating the information in Mr. Jennings' declaration, I also have prepared a report summarizing the results of the voting on the plans proposed by the Debtors and Charlestown Capital Advisors, LLC, and Hartland Asset Management Corporation (collectively "Charlestown"), attached as Exhibit "139" hereto. For the most part, Exhibit "139" summarizes information found in the affidavit of Robert Q. Klamser filed with the Court on December 3, 2010 (the "Klamser Declaration") (*docket entry no. 2320*). Mr. Klamser is the Director of Corporate Restructuring Services at Kurtzman Carson Consultants ("KCC"), the balloting agent employed in this case. Exhibit "B" of the Klamser Declaration provides voting results on a class-by-class basis for Charlestown's plan and the Debtors' plan. Except with respect to certain adjustments described in this declaration, where Mr. Klamser identified a class as having rejected a plan either by count or by dollar amount, Exhibit "139" hereto reflects that such class has rejected the relevant plan.

6. Exhibit "139" incorporates certain adjustment and assumptions in terms of tallying votes in light of the Court's approval of settlements with Legendary Investors Group No. 1, LLC ("Legendary"), and East West Bank ("EWB"). Among other things, Exhibit "139" assumes that the settlement with Legendary closes, the County of Los Angeles (the "County") is paid in accordance with that transaction, and also assumes for purposes of the report only the relevant votes by Legendary and the County no longer count for or against either plan without any further action or determination of the Court. Exhibit "139" also assumes that the Court enters an order approving the Debtors' settlement with EWB, in connection with which EWB's votes against the Debtors' plan are modified to be in favor of the Debtors' plan. In view of certain comments by Charlestown's attorney at a recent hearing which are disputed by the Debtors, since Exhibit "139" is intended to be neutral the exhibit does not identify whether Class 1C-2-a has voted in favor of or against Charlestown's plan. Exhibit "139" reflects the outcome of the Court's ruling on the Debtors' objection to various claims asserted by Roofcorp and the withdrawal of Legendary's objection to the claim filed by Oliver, Sandifer & Murphy in the MMPI case. Exhibit "139" also reflects the closure of the Debtors' Court-approved sale of real property by Meruelo Maddux Properties – 2131 Humboldt Street, LLC, and Meruelo Maddux Properties – 306-330 N. Avenue 21, LLC, and assumes that the County's votes in those cases no longer count for or against either

plan without any further action or determination of the Court. Finally, Exhibit "139" corrects a small error in Mr. Klamser's spreadsheet which states that Class 49C-1 voted against Charlestown's plan and Class 49C-2 voted in favor of it; Class 49C-2 is unimpaired under Charlestown's plan and I believe that had this error been identified prior to December 3, 2010, the Klamser Declaration would have reflected that Class 49C-1 voted in favor of Charlestown's plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2011, at Los Angeles, California.

JOHN N. TEDFORD, IV

# EXHIBIT 138

**CHART FROM JENNINGS DECLARATION**

| Settlement Date | Debtor | Lender | OPB | MMPI Value Estimate | LTV | Term | Amort? | Int. Rate | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Dec-09 | MG -- 1500 Griffith Avenue, LLC | Murakami | $3,000,000 | $4,900,000 | 61% | 3 | IO | 3.75% | |
| Apr-10 | Alameda Produce Market, LLC | Cathay | $60,739,604 | $110,776,058 | 55% | 4 | IO | 4.63% | 1 |
| Nov-09 | MMP -- 1919 Vineburn Street, LLC | Imperial | $5,855,898 | $8,649,792 | | | | | |
| Nov-09 | Santa Fe & Washington Market, LLC | Imperial | | $1,948,000 | | | | | |
| Nov-09 | Meruelo Maddux -- 2415 E. Washington Blvd., LLC | Imperial | | $1,295,000 | | | | | |
| Nov-09 | Meruelo Maddux -- 915-949 S. Hill Street, LLC | Imperial | $9,701,929 | $12,825,600 | | | | | |
| Nov-09 | Meruelo Farms, LLC | Imperial | $7,000,000 | $10,364,638 | 64% | 3 | IO | 3.25% | 2 |
| Aug-09 | Meruelo Farms, LLC | Pac. Comm. Bank | $3,350,000 | $4,501,250 | 74% | 3 | IO | 2.50% | |
| Apr-10 | 905 8th Street, LLC | Stanford Group | $1,976,000 | $2,750,000 | 72% | 3 | Some | 4.00% | |
| Jul-10 | MMP -- 2951 Lenwood Road, LLC | FNBN | $8,983,643 | $10,000,000 | 90% | 5 | IO | 4.00% | |
| Nov-10 | Santa Fe Commerce Center, Inc. | Berkadia | $10,170,905 | $23,250,000 | 44% | 4 | IO | 6.00% | |

**CORRECTED AND UPDATED CHART, USING JENNINGS APPROACH**

| Order Date | Debtor | Lender | OPB | MMPI Value Estimate | LTV | Term | Amort? | Int. Rate | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1/5/10 | MG -- 1500 Griffith Avenue, LLC | Murakami | $2,945,000 | $4,900,000 | 60% | 3.2 | IO | 3.75% | |
| 6/17/10 | Alameda Produce Market, LLC | Cathay Bank | $51,773,995 | $110,776,058 | 56% | 4.0 | IO | 4.63% | 1 |
| | | | $10,432,686 | | | 4.0 | IO | 4.63% | 1 |
| 3/30/10 | MMP -- 1919 Vineburn Street, LLC | Imperial | $5,468,543 | $8,649,792 | 61% | 3.1 | IO | 3.25% | 2 |
| | Meruelo Maddux -- 915-949 S. Hill Street, LLC | | $9,007,827 | $12,825,600 | | | | | |
| | Meruelo Farms, LLC | | $6,978,349 | $10,364,638 | | | | | |
| | Santa Fe & Washington Market, LLC | | | $1,948,000 | | | | | |
| | Meruelo Maddux -- 2415 E. Washington Blvd., LLC | | | $1,295,000 | | | | | |
| 10/22/09 | Meruelo Farms, LLC | Pac. Comm. Bank | $3,350,000 | $4,501,250 | 74% | 3.0 | IO | 2.50% | |
| 6/8/10 | 905 8th Street, LLC | Stanford Group | $1,950,000 | $2,750,000 | 71% | 3.0 | Some | 4.00% | 3 |
| 7/29/10 | MMP -- 2951 Lenwood Road, LLC | FNBN | $8,983,643 | $10,000,000 | 90% | 5.4 | IO | 4.00% | |
| 10/28/10 | Santa Fe Commerce Center, Inc. | Berkadia | $10,170,905 | $23,250,000 | 47% | 4.3 | IO | 6.00% | |
| | | | $774,603 | | | 4.3 | IO | 3.25% | 4 |
| | Meruelo Wall Street, LLC | EWB | $23,040,199 | $35,352,900 | 65% | 4.8 | IO | 5.00% | 5 |
| | 2640 Washington Boulevard, LLC | EWB | $6,703,010 | $7,172,100 | 93% | 4.8 | IO | 5.00% | 6 |

1 Interest rate is an average (year 1 = 4.0%; year 2 = 4.5%; and years 3 and 4 = 5.0%). OPB includes accrued interest added to principal balance and payable at maturity.
2 Rate is variable, based on weekly average percent per annum yield for 6-month Treasury Constant Maturities. Initial rate was 3.25%. Data for the Imperial loans is on a portfolio basis.
3 Loan payments are $10,000 per month for years 1 and 2, and $12,000 per month for year 3.
4 Interest rate on Berkadia's junior note is the Prime Rate with a 5.0% cap.
5 OPB includes accrued interest added to principal balance and payable at maturity.
6 OPB includes accrued interest added to principal balance and payable at maturity.

# EXHIBIT 139

| | | | MMPI | C/H |
|---|---|---|---|---|
| **1** | **Meruelo Maddux Properties, Inc.** | | **MMPI** | **C/H** |
| | A-1 | Oliver, Sandifer & Murphy | Accept | *** (Class A) |
| | C-2-a | Guaranty claims of non-settled lenders | Reject | *** |
| | C-2-b | Guaranty claims of settled lenders | Accept | Reject |
| | C-3 | General Unsecured Claims | Accept | Reject (Class C-1: Insiders)<br>Reject (Class C-3: Non-insiders) |
| | E | Equity Security Holders | Accept | Accept (Class E: Non-insiders)<br>Reject (Class F: Insiders) |
| **2** | **Meruelo Maddux Properties, L.P.** | | **MMPI** | **C/H** |
| | C-2 | Guaranty claims | N/A | N/A |
| | C-3 | General Unsecured Claims | Accept | Reject |
| **3** | **MMP Ventures, LLC** | | **MMPI** | **C/H** |
| | C | General Unsecured Claims<br>(All classes are unimpaired under MMPI's plan) | N/A | Reject |
| **4** | **Meruelo Maddux Construction, Inc.** | | **MMPI** | **C/H** |
| | C-2 | General Unsecured Claims<br>(All classes are unimpaired under MMPI's plan) | N/A | Reject (Class C) |
| **5** | **Meruelo Maddux Management, LLC** | | **MMPI** | **C/H** |
| | C | General Unsecured Claims<br>(All classes are unimpaired under MMPI's plan) | N/A | Reject |
| **6** | **Meruelo Maddux - 555 Central Avenue, LLC** | | **MMPI** | **C/H** |
| | C | General Unsecured Claims | Accept | Reject |
| **7** | **Merco Group - Overland Terminal, LLC** | | **MMPI** | **C/H** |
| | C | General Unsecured Claims | Accept | Reject |
| **8** | **National Cold Storage, LLC** | | **MMPI** | **C/H** |
| | C-2 | General Unsecured Claims | Accept | Reject |
| **9** | **Wall Street Market, LLC** | | **MMPI** | **C/H** |
| | C-2 | General Unsecured Claims | Accept | Reject (Class C) |
| **10** | **Meruelo Maddux Properties - 1009 North Citrus . . .** | | **MMPI** | **C/H** |
| | A | County of Los Angeles | Accept | Reject |
| | C-2 | General Unsecured Claims | Accept | Reject (Class C) |
| **11** | **Meruelo Maddux - 230 W. Avenue 26, LLC** | | **MMPI** | **C/H** |
| | A | County of Los Angeles | Accept | Reject |
| | C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |
| **12** | **Meruelo Maddux Properties - 306-330 N. Avenue 21, LLC** | | **MMPI** | **C/H** |
| | A | County of Los Angeles | N/A | N/A |
| | C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |
| **13** | **Meruelo Maddux - 817-825 S. Hill Street, LLC** | | **MMPI** | **C/H** |
| | A | County of Los Angeles | Accept | Reject |
| | C-2 | General Unsecured Claims | Accept | Reject (Class C) |

| | | MMPI | C/H |
|---|---|---|---|
| **14** | **Meruelo Maddux - 1000 E. Cesar Chavez, LLC** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |

| | | | |
|---|---|---|---|
| **15** | **Meruelo Maddux Properties - 1060 N. Vignes, LLC** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C-2 | General Unsecured Claims | Accept | Reject (Class C) |

| | | | |
|---|---|---|---|
| **16** | **Meruelo Maddux - 2415 E. Washington Blvd., LLC** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C-2 | General Unsecured Claims | Accept | Reject (Class C) |

| | | | |
|---|---|---|---|
| **17** | **Meruelo Maddux - 5500 Flotilla Street, LLC** | **MMPI** | **C/H** |
| C | General Unsecured Claims | N/A | Reject |
| | (All classes are unimpaired under MMPI's plan) | | |

| | | | |
|---|---|---|---|
| **18** | **Meruelo Maddux Properties - 12385 San Fernando . . .** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C-2 | General Unsecured Claims | Accept | Reject (Class C) |

| | | | |
|---|---|---|---|
| **19** | **Merco Group - 146 E. Front Street, LLC** | **MMPI** | **C/H** |
| C | General Unsecured Claims | N/A | Reject |
| | (All classes are unimpaired under MMPI's plan) | | |

| | | | |
|---|---|---|---|
| **20** | **Merco Group - 801 E. 7th Street, LLC** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C | General Unsecured Claims | Accept | Reject |

| | | | |
|---|---|---|---|
| **21** | **Merco Group - 1211 E. Washington Boulevard, LLC** | **MMPI** | **C/H** |
| A-1 | County of Los Angeles | Accept | Reject |
| A-2 | Roofcorp | Accept | N/A |
| C-3 | General Unsecured Claims | Accept | Reject |

| | | | |
|---|---|---|---|
| **22** | **Merco Group - 1308 S. Orchard, LLC** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C | General Unsecured Claims | Accept | Reject |

| | | | |
|---|---|---|---|
| **23** | **Merco Group - 2040 Camfield Avenue, LLC** | **MMPI** | **C/H** |
| C | General Unsecured Claims | N/A | Reject |
| | (All classes are unimpaired under MMPI's plan) | | |

| | | | |
|---|---|---|---|
| **24** | **Merco Group - Ceres Street Produce, LLC** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C-2 | General Unsecured Claims | Accept | Reject (Class C) |

| | | | |
|---|---|---|---|
| **25** | **Meruelo Baldwin Park, LLC** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |

| | | | |
|---|---|---|---|
| **26** | **Santa Fe & Washington Market, LLC** | **MMPI** | **C/H** |
| A | County of Los Angeles | Accept | Reject |
| C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |

| 27 Merco Group - 5707 S. Alameda, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A | County of Los Angeles | Accept | Reject | |
| C-3 | General Unsecured Claims | Accept | Reject | (Class C-2) |

| 28 Meruelo Maddux - 3rd & Omar Street, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A-1 | County of Los Angeles | N/A | N/A | |
| A-2 | Legendary | N/A | N/A | |
| C-3 | General Unsecured Claims | Accept | Reject | (Class C-2) |

| 29 Meruelo Maddux - 336 W. 11th Street, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject | |
| A-2 | Legendary | N/A | N/A | |
| A-3 | Grand Avenue Lofts HOA | N/A | N/A | |
| A-4 | Grand Avenue Lofts / CIM Urban RE Fund | N/A | N/A | |
| C-2 | General Unsecured Claims | Accept | Reject | (Class C) |

| 30 Meruelo Maddux - 420 Boyd Street, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A-1 | County of Los Angeles | N/A | N/A | |
| A-2 | Legendary | N/A | N/A | |
| C-3 | General Unsecured Claims | Accept | Reject | (Class C-2) |

| 31 Meruelo Maddux - 500 Mateo Street, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| C-2 | General Unsecured Claims | Accept | Reject | (Class C) |

| 32 Meruelo Maddux Properties - 760 S. Hill Street, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject | |
| A-2 | Bank of America | Reject | Accept | |
| C-3 | General Unsecured Claims | Accept | Reject | (Class C-2) |

| 33 788 South Alameda, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject | |
| A-2 | California Bank & Trust | Reject | Reject | |
| C-3 | General Unsecured Claims | Accept | Reject | (Class C-2) |

| 34 905 8th Street, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject | |
| A-2 | The Stanford Group | Accept | Reject | |
| C-3 | General Unsecured Claims | Accept | Reject | (Class C-2) |

| 35 Meruelo Maddux - 915-949 S. Hill Street, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject | |
| A-2 | City National Bank | Accept | Reject | |
| C-2 | General Unsecured Claims | Reject | Reject | (Class C-1) |

| 36 Alameda Produce Market, LLC | | MMPI | C/H | |
|---|---|---|---|---|
| A-1-a | County of Los Angeles | Accept | Reject | |
| A-1-b | County of Los Angeles | Accept | Reject | |
| A-2 | Cathay Bank | Accept | N/A | |
| A-3 | Cathay Bank | Accept | N/A | |
| A-4 | Oliver, Sandifer & Murphy | Accept | Reject | |
| C-3 | General Unsecured Claims | Accept | Reject | (Class C-2) |

| 37 Merco Group - 1500 Griffith Avenue, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1-a | County of Los Angeles | Accept | Reject |
| A-1-b | County of Los Angeles | N/A | N/A |
| A-2 | Legendary | N/A | N/A |
| A-3 | Murakami | Accept | Reject |
| C-2 | General Unsecured Claims | Accept | Reject |

| 38 Meruelo Maddux Properties - 1919 Vineburn Street, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject |
| A-2 | City National Bank | Accept | Reject |
| C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |

| 39 Meruelo Maddux Properties - 2131 Humboldt Street, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1-a | County of Los Angeles | N/A | N/A |
| A-1-b | County of Los Angeles | N/A | N/A |
| A-2 | Chamlian | N/A | N/A |
| C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |

| 40 Merco Group - 2529 Santa Fe Avenue, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject |
| A-2 | 1248 S. Figueroa | Accept | Reject |
| C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |

| 41 2640 Washington Boulevard, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject |
| A-2 | East West Bank | Accept | Reject |
| C-3 | General Unsecured Claims | Accept | Reject (Class C-2) |

| 42 Meruelo Maddux Properties - 2951 Lenwood Road, LLC | | MMPI | C/H |
|---|---|---|---|
| A | FNBN | Accept | Reject |
| C-2 | General Unsecured Claims | Accept | Reject |

| 43 Merco Group - 3185 E. Washington Boulevard, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1-a | County of Los Angeles | Accept | Reject |
| A-1-b | County of Los Angeles | Accept | Reject |
| A-2 | Chinatrust | Reject | Reject |
| C-2 | General Unsecured Claims | Accept | Reject (Class C-1) |

| 44 Merco Group - 4th Street Center, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1 | County of Los Angeles | N/A | N/A |
| A-2 | Legendary | N/A | N/A |
| C-2 | General Unsecured Claims | Accept | Reject (Class C-1) |

| 45 Merco Group - 425 West 11th Street, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1 | County of Los Angeles | Accept | Reject |
| A-2 | Legendary | N/A | N/A |
| C-2 | General Unsecured Claims | Accept | Reject (Class C) |

| 46 Merco Group - 620 Gladys Avenue, LLC | | MMPI | C/H |
|---|---|---|---|
| A-1-a | County of Los Angeles | N/A | N/A |
| A-1-b | County of Los Angeles | Accept | Reject |
| A-2 | Legendary | N/A | N/A |
| C-2 | General Unsecured Claims | Accept | Reject (Class C) |

| **47 Merco Group - 2001-2021 West Mission Boulevard, LLC** | **MMPI** | **C/H** |
|---|---|---|
| A-1 County of Los Angeles | Accept | Reject |
| A-2 PNL Pomona | Reject | Reject |
| C-2 General Unsecured Claims | Accept | Reject (Class C) |

| **48 Merco Group - Little J, LLC** | **MMPI** | **C/H** |
|---|---|---|
| A-1-a County of Los Angeles | Accept | Reject |
| A-1-b County of Los Angeles | Accept | Reject |
| A-2 Legendary | N/A | N/A |
| C-2 General Unsecured Claims | Accept | Reject |

| **49 Merco Group - Southpark, LLC** | **MMPI** | **C/H** |
|---|---|---|
| A-1 County of Los Angeles | Accept | Reject |
| A-2 Bank of America | Reject | Accept |
| C-2 General Unsecured Claims | Reject | Accept (Class C-1) |

| **50 Merco Group, LLC** | **MMPI** | **C/H** |
|---|---|---|
| A-1 County of Los Angeles | N/A | N/A |
| A-2 Legendary | N/A | N/A |
| A-3 Legendary | N/A | N/A |
| C-2 General Unsecured Claims | Reject | Reject (Class C) |

| **51 Meruelo Farms, LLC** | **MMPI** | **C/H** |
|---|---|---|
| A-1-a County of Los Angeles | Accept | Reject |
| A-1-b County of Los Angeles | Accept | Reject |
| A-2 City National Bank | Accept | Reject |
| A-3 Pacific Commerce Bank | Accept | Reject |
| C-2 General Unsecured Claims | Accept | Reject (Class C) |

| **52 Meruelo Wall Street, LLC** | **MMPI** | **C/H** |
|---|---|---|
| A-1 County of Los Angeles | Accept | Reject |
| A-2 East West Bank | Accept | Reject |
| C-3 General Unsecured Claims | Accept | Reject (Class C-2) |

| **53 Meruelo Maddux - Mission Boulevard, LLC** | **MMPI** | **C/H** |
|---|---|---|
| A-1 County of Los Angeles | Accept | Reject |
| A-2 Kennedy Funding, Inc. | Accept | Accept |
| C General Unsecured Claims | Accept | Reject |

| **54 Santa Fe Commerce Center, Inc.** | **MMPI** | **C/H** |
|---|---|---|
| A-1 County of Los Angeles | Accept | Reject |
| A-2 Berkadia | Accept | Reject |
| A-3 Roofcorp | Accept | N/A |
| C-3 General Unsecured Claims | Accept | Reject (Class C-2) |

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **DECLARATION OF JOHN N. TEDFORD, IV, UPDATING (A) CHART ORIGINALLY SUBMITTED BY RICHARD B. JENNINGS RE: DEBTORS' SETTLEMENTS WITH SECURED LENDERS, AND (B) VOTING RESULTS ORIGINALLY SUBMITTED BY ROBERT Q. KLAMSER, REFLECTING THE DEBTORS' RECENT SETTLEMENTS WITH LEGENDARY INVESTORS GROUP NO. 1, LLC, AND EAST WEST BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 31, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri rabiri@abiriszeto.com
Allison R Axenrod allison@claimsrecoveryllc.com
Christopher J Bagnaschi cb@cjblaw.com
William C Bollard eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg jcarlberg@boselaw.com
Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz chenetz@blankrome.com
Jacquelyn H Choi jchoi@swjlaw.com
Carol Chow CChow@Stutman.com
Cynthia M Cohen cynthiacohen@paulhastings.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Emily R Culler eculler@stutman.com
Ana Damonte ana.damonte@pillsburylaw.com
Susan S Davis sdavis@coxcastle.com
Daniel Denny ddenny@gibsondunn.com
Jeffrey W Dulberg jdulberg@pszjlaw.com

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Gabriel I Glazer gglazer@stutman.com
Matthew A Gold courts@argopartners.net
Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried mgottfried@lblawllp.com, eborman@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein pgurfein@lgbfirm.com
Jodie M Grotins jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Robert A Hessling rhessling@dgdk.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Avi Muhtar amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jeffrey P Nolan jnolan@pszjlaw.com
Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards jrichards@pszjlaw.com

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

Daniel H Reiss dhr@lnbrb.com
James S Riley tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz sschwartz@dgdk.com
Kenneth J Shaffer jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu sshiu@swlaw.com
Lori Sinanyan lsinanyan@jonesday.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege csteege@jenner.com (counsel for OEC)
Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer dthayer@jenner.com
James A Timko jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served): On January 31, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 31, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

Via EMail
Ronald S. Orr: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| January 31, 2011 | John N. Tedford, IV | John Tedford IV |
| Date | Type Name | Signature |