Donald L. Gaffney (Admitted *Pro Hac Vice*)
Eric S. Pezold (SBN 255657)
Jasmin Yang (SBN 255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone:      (714) 427-7000
Facsimile:  (714) 427-7799
Email: dgaffney@swlaw.com
       epezold@swlaw.com
       jyang@swlaw.com

*Attorneys for Bank of America, N.A.*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors-in-Possession. | Case No.: 1:09-bk-13356-VK<br>Jointly Administered<br>Chapter 11<br><br>**NOTICE OF ERRATA RE PROOF OF SERVICE TO NOTICE BY BANK OF AMERICA, N.A. UNDER FEDERAL RULE 45 OF SUBPOENA ISSUED TO DR. FERNANDO J. GUERRA** |

**PLEASE TAKE NOTICE** that the Proof of Service to the document entitled "Notice by Bank of America, N.A. Under Federal Rule 45 of Subpoena Issued to Dr. Fernando J. Guerra (Docket No. 2770), filed today, February 9, 2011, was in error.

20699.0150\RAJIM\SWDMS\12567021.1

1  The true and correct Proof of Service to the document described above is attached hereto
2  as Exhibit "1."

3

4  Dated: February 9, 2011                SNELL & WILMER L.L.P.

5

6                                         By: /s/ Eric S. Pezold
7                                              Donald L. Gaffney
                                                Eric S. Pezold
8                                               Jasmin Yang
                                                Attorneys for Bank of America, N.A.
9

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

20699.0150\RAJIM\SWDMS\12567021.1                - 2 -

# Exhibit "1"

| In re: MERUELO MADDUX PROPERTIES, INC., et al., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER - 1:09-bk-13356-VK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 350 South Grand Avenue, Suite 2600, Los Angeles, California 90017. The foregoing documents described as: **NOTICE BY BANK OF AMERICA N.A. UNDER FEDERAL RULE 45 OF SUBPOENA ISSUED TO DR. FERNANDO J. GUERRA,** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 9, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL, PERSONAL DELIVERY, OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **February 9, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Victoria S. Kaufman
United States Bankruptcy Court - Warner Center
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6609
(via Federal Express)

☒ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 9, 2011 | Digna B. Anonas | /s/ Digna B. Anonas |
|---|---|---|
| Date | Type Name | Signature |

20699.0150\ANONASD\SWDMS\12494448.1

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    JBrand@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Carol Chow    CChow@Stutman.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marina Fineman    mfineman@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

20699.0150\ANONASD\SWDMS\12494448.1

- Michael S Kogan   mkogan@ecjlaw.com
- Tamar Kouyoumjian   tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau   lew@landaunet.com
- Leib M Lerner   leib.lerner@alston.com
- Matthew A Lesnick   matt@lesnicklaw.com
- David E Leta   dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien   katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon   slinkon@rcolegal.com
- Robert M Llewellyn   michael.llewellyn@boe.ca.gov
- Richard Malatt   rmalatt@gmail.com
- Elmer D Martin   elmermartin@gmail.com
- Elissa Miller   emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar   amuhtar@sulmeyerlaw.com
- Iain A W Nasatir   inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan   jnolan@pszjlaw.com
- Henry H Oh   henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman   lpeitzman@pwkllp.com
- Eric S Pezold   epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince   cprince@lesnickprince.com
- Michael H Raichelson   mhr@cabkattorney.com
- Dean G Rallis Jr   drallis@sulmeyerlaw.com
- Kurt Ramlo   kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -   cmr@lnbrb.com
- Daniel H Reiss   dhr@lnbrb.com
- Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards   jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley   tgarza@sierrafunds.com
- Martha E Romero   Romero@mromerolawfirm.com
- Victor A Sahn   vsahn@sulmeyerlaw.com
- Steven J Schwartz   sschwartz@dgdk.com
- Kenneth J Shaffer   jshaffer@stutman.com
- Zev Shechtman   zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano   dshemano@pwkllp.com
- Jeffrey S Shinbrot   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu   sshiu@swlaw.com
- Lori Sinanyan   lsinanyan@jonesday.com
- Daniel H Slate   dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni   surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel   blspiegel@jonesday.com
- Tracie L Spies   tracie@haganlaw.org
- James Stang   jstang@pszjlaw.com
- Catherine Steege   csteege@jenner.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford   jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer   dthayer@jenner.com
- James A Timko   jtimko@allenmatkins.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian   rvarozian@bzlegal.com
- Jason L Weisberg   jason@gdclawyers.com
- William E Winfield   wwinfield@nchc.com
- Jasmin Yang   jyang@swlaw.com

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

20699.0150\ANONASD\SWDMS\12494448.1

## II. TO BE SERVED BY U.S. MAIL:

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr , 3rd Floor
Studio City, CA 91607

Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

Michael Portner
Portner Law Offices
900 Wilshire Blvd Ste 1115
Los Angeles, CA 90017

Matthew Pakala
633 West 5th Street, 16th Floor
Los Angeles, CA 90071-2027

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

SCS Flooring Systems
C/O Raymond Myer Esq.
1220 1/2 State St
Santa Barbara, CA 93101

Jenner & Block LLP
Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

Patrick J. Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

Dr. Fernando J. Guerra
Meruelo Maddux Properties, Inc.
761 Terminal Street
Building 1, 2nd Floor
Los Angeles, California  90021

20699.0150\ANONASD\SWDMS\12494448.1

| In re: MERUELO MADDUX PROPERTIES, INC., et al., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER - 1:09-bk-13356-VK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 350 South Grand Avenue, Suite 2600, Los Angeles, California 90017. The foregoing documents described as: **NOTICE OF ERRATA RE PROOF OF SERVICE TO NOTICE BY BANK OF AMERICA N.A. UNDER FEDERAL RULE 45 OF SUBPOENA ISSUED TO DR. FERNANDO J. GUERRA,** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 9, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL, PERSONAL DELIVERY, OR OVERNIGHT MAIL(indicate method for each person or entity served):** On **February 9, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Victoria S. Kaufman
United States Bankruptcy Court  - Warner Center
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6609
(via Federal Express)

☒ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 9, 2011 | Digna B. Anonas | /s/ Digna B. Anonas |
|---|---|---|
| Date | Type Name | Signature |

20699.0150\ANONASD\SWDMS\12494448.1

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel   mca@dgdk.com
- Robert Abiri   rabiri@abiriszeto.com
- Allison R Axenrod   allison@claimsrecoveryllc.com
- Christopher J Bagnaschi   cb@cjblaw.com
- John J Bingham   jbingham@dgdk.com
- William C Bollard   eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
- Peter Bonfante   peterbonfante@bsalawfirm.com
- Julia W Brand   JBrand@bhfs.com
- Jennifer L Braun   jennifer.l.braun@usdoj.gov
- Martin J Brill   mjb@lnbrb.com
- Andrew W Caine   acaine@pszyjw.com
- Howard Camhi   hcamhi@ecjlaw.com
- Gary O Caris   gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg   jcarlberg@boselaw.com
- Sara Chenetz   chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi   jchoi@swjlaw.com
- Carol Chow   CChow@Stutman.com
- Cynthia M Cohen   cynthiacohen@paulhastings.com
- Ronald R Cohn   rcohn@horganrosen.com
- Enid M Colson   emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa   mcorrea@jonesday.com
- Emily R Culler   eculler@stutman.com
- Ana Damonte   ana.damonte@pillsburylaw.com
- Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis   sdavis@coxcastle.com
- Aaron De Leest   aed@dgdk.com
- Daniel Denny   ddenny@gibsondunn.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Marina Fineman   mfineman@stutman.com
- Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman   bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney   dgaffney@swlaw.com
- Thomas M Geher   tmg@jmbm.com
- Bernard R Given   bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser   bglaser@swjlaw.com
- Gabriel I Glazer   gglazer@stutman.com
- Matthew A Gold   courts@argopartners.net
- Michael J Gomez   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried   mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham   jag@jmbm.com
- Ofer M Grossman   omglaw@gmail.com
- Jodie M Grotins   jgrotins@mcguirewoods.com
- Peter J Gurfein   pgurfein@lgbfirm.com
- Cara J Hagan   carahagan@haganlaw.org
- Asa S Hami   ahami@sulmeyerlaw.com
- Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling   rhessling@dgdk.com
- William W Huckins   whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich   ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer   wkiekhofer@mcguirewoods.com
- Andrew F Kim   kim-a@blankrome.com

20699.0150\ANONASD\SWDMS\12494448.1

1
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com

2
- Lewis R Landau    lew@landaunet.com
- Leib M Lerner    leib.lerner@alston.com

3
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com

4
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com

5
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com

6
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

7
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com

8
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com

9
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com

10
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com

11
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com

12
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com

13
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com

14
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com

15
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com

16
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com

17
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

18
- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com

19
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com

20
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org

21
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com

22
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com

23
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com

24
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

25
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com

26
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

20699.0150\ANONASD\SWDMS\12494448.1

## II. TO BE SERVED BY U.S. MAIL:

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr, 3rd Floor
Studio City, CA 91607

Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

Michael Portner
Portner Law Offices
900 Wilshire Blvd Ste 1115
Los Angeles, CA 90017

Matthew Pakala
633 West 5th Street, 16th Floor
Los Angeles, CA  90071-2027

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

SCS Flooring Systems
C/O Raymond Myer Esq.
1220 1/2 State St
Santa Barbara, CA 93101

Jenner & Block LLP
Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

Patrick J. Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

Dr. Fernando J. Guerra
Meruelo Maddux Properties, Inc.
761 Terminal Street
Building 1, 2nd Floor
Los Angeles, California  90021

20699.0150\ANONASD\SWDMS\12494448.1