Jeremy V. Richards (CA Bar No. 102300)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910; Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
       jdulberg@pszjlaw.com

Surjit P. Soni (CA Bar No. 127419)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, California 91101
Telephone: 626/683-7600; Facsimile: 626/683-1199
E-mail: surj@sonilaw.com

Counsel for Creditor, Legendary Investors Group No. 1, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al.,<br>　　　　　　　　　　Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtor(s): | **Case No. 1:09-bk-13356-VK**<br><br>Chapter 11 (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S MODIFIED SECOND AMENDED CHAPTER 11 PLAN DATED SEPTEMBER 3, 2010 AND WITHDRAWAL OF ALL PLEADINGS AND DECLARATIONS FILED IN SUPPORT THEREOF**<br><br>[No Hearing Scheduled] |

TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, THE OFFICIAL COMMITTEES AND OTHER PARTIES IN INTEREST HEREIN:

52010-001\DOCS_LA:233016.1

PLEASE TAKE NOTICE that Legendary Investors Group and East West Bank hereby withdraw *Legendary Investors Group No. 1, LLC's and East West Bank's Modified Second Amended Chapter 11 Plan Dated September 3, 2010* (the "Plan") and all pleadings, declarations and other filings filed herein in support thereof.

Dated: February 16, 2011          PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Jeremy V. Richards*
    Jeremy V. Richards
    Jeffrey W. Dulberg
    Attorneys for Legendary Investors Group No. 1, LLC

Elmer Dean Martin III, A Professional Corporation

By _____
Elmer Dean Martin III, Esq. (CA Bar No. 75517)
22632 Golden Springs Dr., Suite 190
Diamond Bar, California 91765
Telephone: 909/861-6700
E-mail: elmer@bankruptcytax.net

Counsel for Co-Proponent, East West Bank

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-VK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA  90067**

A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT DESCRIBED AS **NOTICE OF WITHDRAWAL OF LEGENDARY INVESTORS GROUP NO. 1, LLC'S AND EAST WEST BANK'S MODIFIED SECOND AMENDED CHAPTER 11 PLAN DATED SEPTEMBER 3, 2010 AND WITHDRAWAL OF ALL PLEADINGS AND DECLARATIONS FILED IN SUPPORT THEREOF**  WILL BE SERVED OR WAS SERVED (A) ON THE JUDGE IN CHAMBERS IN THE FORM AND MANNER REQUIRED BY LBR 5005-2(D); AND (B) IN THE MANNER INDICATED BELOW:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 17, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 17, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COURTESY COPY SERVED VIA PERSONAL DELIVERY:**
The Honorable Victoria S. Kaufman
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 17, 2011 | Ann E. Mason | */s/ Ann E. Mason* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

| In re: Meruelo Maddux Properties, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-13356-VK |

**I. 1:09-bk-13356-VK Notice will be electronically mailed to:**

mca@dgdk.com
rabiri@abiriszeto.com
allison@claimsrecoveryllc.com
cb@cjblaw.com
jbingham@dgdk.com
eal@jbblaw.com, kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com
peterbonfante@bsalawfirm.com
JBrand@bhfs.com
jennifer.l.braun@usdoj.gov
mjb@lnbrb.com
acaine@pszyjw.com
hcamhi@ecjlaw.com
gcaris@mckennalong.com, pcoates@mckennalong.com
jcarlberg@boselaw.com
chenetz@blankrome.com, chang@blankrome.com
jchoi@swjlaw.com
CChow@Stutman.com
cynthiacohen@paulhastings.com
rcohn@horganrosen.com
emc@dgdk.com, ecolson@dgdk.com
mcorrea@jonesday.com
eculler@stutman.com
ana.damonte@pillsburylaw.com
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
sdavis@coxcastle.com
aed@dgdk.com
ddenny@gibsondunn.com
jdulberg@pszjlaw.com
mfineman@stutman.com
mfletcher@frandzel.com, efiling@frandzel.com; shom@frandzel.com
bvf@jmbm.com, bvf@jmbm.com
dgaffney@swlaw.com
tmg@jmbm.com
bgiven@frandzel.com, efiling@frandzel.com; shom@frandzel.com; bgiven@frandzel.com
bglaser@swjlaw.com
gglazer@stutman.com
courts@argopartners.net
mgomez@frandzel.com, efiling@frandzel.com; sking@frandzel.com
mgottfried@lgbfirm.com, msaldana@lgbfirm.com
jag@jmbm.com
omglaw@gmail.com
jgrotins@mcguirewoods.com
pgurfein@lgbfirm.com
carahagan@haganlaw.org
ahami@sulmeyerlaw.com
bharvey@buchalter.com, IFS_filing@buchalter.com
rhessling@dgdk.com
whuckins@allenmatkins.com, clynch@allenmatkins.com
ljurich@loeb.com, kpresson@loeb.com
wkiekhofer@mcguirewoods.com
kim-a@blankrome.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

mkogan@ecjlaw.com
tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
lew@landaunet.com
leib.lerner@alston.com
matt@lesnicklaw.com
dleta@swlaw.com, wsmart@swlaw.com
katie.lien@sbcglobal.net, katielien@gmail.com
slinkon@rcolegal.com
michael.llewellyn@boe.ca.gov
rmalatt@gmail.com
elmermartin@gmail.com
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
amuhtar@sulmeyerlaw.com
inasatir@pszjlaw.com, jwashington@pszjlaw.com
jnolan@pszjlaw.com
henry.oh@dlapiper.com, janet.curley@dlapiper.com
lpeitzman@pwkllp.com
epezold@swlaw.com, dwlewis@swlaw.com
cprince@lesnickprince.com
mhr@cabkattorney.com
drallis@sulmeyerlaw.com
kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
cmr@lnbrb.com
dhr@lnbrb.com
mreynolds@swlaw.com, kcollins@swlaw.com
jrichards@pszjlaw.com, bdassa@pszjlaw.com
tgarza@sierrafunds.com
Romero@mromerolawfirm.com
vsahn@sulmeyerlaw.com
sschwartz@dgdk.com
jshaffer@stutman.com
zshechtman@dgdk.com, danninggill@gmail.com
dshemano@pwkllp.com
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
sshiu@swlaw.com
lsinanyan@jonesday.com
dslate@buchalter.com, rreeder@buchalter.com; ifs_filing@buchalter.com
surjit@sonilaw.com, teresa@sonilaw.com
blspiegel@jonesday.com
tracie@haganlaw.org
jstang@pszjlaw.com
csteege@jenner.com
dtalerico@loeb.com, kpresson@loeb.com; ljurich@loeb.com
jtedford@dgdk.com, DanningGill@Gmail.com
dthayer@jenner.com
jtimko@allenmatkins.com
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com; kfox@sulmeyerlaw.com
ustpregion16.wh.ecf@usdoj.gov
rvarozian@bzlegal.com
jason@gdclawyers.com
wwinfield@nchc.com
jyang@swlaw.com
azimonjic@lgbfirm.com, kmoss@lgbfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

## II. SERVED BY U.S. MAIL

Securities Exchange Commission
Los Angeles Regional Office
Attn: Sandra W. Lavigna, Esq.
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

Elmer Dean Martin III, Esq.
22632 Golden Springs Dr., Suite 190
Diamond Bar, California  91765

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Jenner & Block LLP
633 West 5th Street, Suite 3500
Los Angeles, CA 90071

Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

Michael Portner
Portner Law Offices
900 Wilshire Blvd Ste 1115
Los Angeles, CA 90017

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Patrick J Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

Larry E Wasserman
Law Offices of Larry E Wasserman
12925 Riverside Dr, 2nd fl
Sherman Oaks, CA 91423

Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Attn: M. David Minnick, Esq.

Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Attn: J. Gregg Miller, Jr.

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AMENDED AS OF JULY 7, 2010**

EDI Architecture, Inc.
PO Box 421799
Houston, TX 77242
Attn: Darcy Garneau, AIA, Managing Principal

GeoDesign, Inc.
2121 Town Center Place, Suite 130
Anaheim, CA 92806
Attn: Chris Zadoorian

Complete Terminal Services, Inc.
11105 Knott Ave., Suite E
Cypress, CA 90630
Attn: William L. Clements

Magnusson Klemencic Associates, Inc.
1301 Fifth Avenue, Suite 3200
Seattle, WA 98101
Attn: Bill Christopher

D.B. Electric Co.
20952 Hemmingway Street
Canoga Park, CA 91304
Attn: Dominic Borra

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

Fast Taco #3, Inc.
12800 Riverside Drive, Third Floor
Studio City, CA 91607
Attn: Larry E. Wasserman

**AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY HOLDERS AS OF AUGUST 2, 2010**

Taylor International Fund, Ltd.
714 South Dearborn Street, 2nd Floor
Chicago, IL 60605
Attn: Stephen S. Taylor

David A. Spinney
280 Sheridan Road
Winnetka, IL 60093

Douglas J. McCaslin
01600 S.W. Greenwood Road
Portland, OR 97219

Williams & Ribb LLP Profit Sharing Plan
4300 Long Beach Boulevard, Suite 350
Long Beach, CA 90807
Attn: John D. Williams

David Ofman
718 W. Melrose Street, 3W
Chicago, IL 60657

Kapil Tayal
10400 Swift Stream Place, #107
Columbia, MD 21044

David Pourbaba
8271 Melrose Avenue, Suite 200
Los Angeles, CA 90046

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**