1

JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*

2

ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*

3

MICHAEL C. ABEL (State Bar No. 187743)
*MAbel@DGDK.com*

4

DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor

5

Los Angeles, California  90067-2904

6

Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

7

Attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtors-in-Possession

8

FILED & ENTERED

MAR 03 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**SAN FERNANDO VALLEY DIVISION**

11

12

13

In re

MERUELO MADDUX PROPERTIES, INC., et

14

al.,[1]

15

                Debtors and Debtors-in-Possession.

16

17      ☐      Affects all Debtors

18      ☑      Affects the following Debtor(s):

19      *Meruelo Maddux Properties, Inc.*
*(1:09-bk-13356-VK);*

20

*Santa Fe Commerce Center, Inc.*

21      *(1:09-bk-13368-VK)*

22      *Alameda Produce Market, LLC,*
*(1:09-bk-13394-VK); and*

23

*Merco Group – 1211 E. Washington Boulevard,*

24      *LLC (1:09-bk-13395-VK)*

25

26

)   Case No. 1:09-bk-13356-VK
)
)   Chapter 11 (Jointly Administered)
)
)   **ORDER GRANTING OBJECTION TO**
)   **ROOFCORP OF CA, INC.'S:**
)   **[1] CLAIM NOS. 20, 21 AND 83 FILED**
)   **AGAINST MMPI;**
)   **[2] CLAIM NO. 21 DEEMED FILED**
)   **AGAINST MERCO-GROUP - 1211 E.**
)   **WASHINGTON BOULEVARD, LLC,**
)   **ALAMEDA PRODUCE MARKET, LLC,**
)   **AND SANTA FE COMMERCE**
)   **CENTER, INC;**
)   **[3] CLAIMS SCHEDULED BY MERCO**
)   **GROUP – 1211 E. WASHINGTON**
)   **BOULEVARD, LLC AND ALAMEDA**
)   **PRODUCE MARKET, LLC**
)
)   Date:        January 20, 2011
)   Time:        2:30 p.m.
)   Place:       Courtroom 301
)               21041 Burbank Blvd.
)               Woodland Hills, California
)
)
)

27

28

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

365072.01 [XP]   25195

1

2      On January 20, 2011, the Court heard and considered the *Debtors' Notice Motion and*

3  *Motion for Order: (1) Disallowing Claim Nos. 20, 21 and 83 of RoofCorp of CA, Inc.  Against*

4  *Meruelo Maddux Properties, Inc.; (2) Disallowing Claim No. 21 of RoofCorp of CA, Inc., Which*

5  *Was Deemed Filed Against Merco-Group - 1211 E. Washington Boulevard, LLC, Alameda*

6  *Produce Market, LLC, and Santa Fe Commerce Center, Inc; (3) Disallowing the Claim of*

7  *RoofCorp of CA, Inc. Scheduled by Merco Group – 1211 E. Washington Boulevard, LLC; and (4)*

8  *Disallowing the Claim of RoofCorp of CA, Inc. Scheduled by Alameda Produce Market, LLC; etc.*

9  (the "Motion") filed by debtors and debtors-in-possession Meruelo Maddux Properties, Inc., Santa

10  Fe Commerce Center, Inc., Alameda Produce Market, LLC, and Merco Group – 1211 E.

11  Washington Boulevard, LLC (collectively the "Moving Parties"), the Honorable Victoria S.

12  Kaufman, United States Bankruptcy Judge, presiding.  John N. Tedford, IV, of Danning, Gill,

13  Diamond & Kollitz, LLP, appeared on behalf of the Moving Parties; there were no other

14  appearances.

15      The Court having considered the Motion (*docket entry no. 2079)*, the notice of the Motion

16  (*docket entry no. 2081*), and the *Stipulation Re: Debtors' Objection to RoofCorp of CA, Inc.'s: [1]*

17  *Claim Nos. 20, 21 and 83 Filed Against MMPI; [2] Claim No. 21 Deemed Filed Against Merco-*

18  *Group - 1211 E. Washington Boulevard, LLC, Alameda Produce Market, LLC, and Santa Fe*

19  *Commerce Center, Inc; [3] Claims Scheduled by Merco Group – 1211 E. Washington Boulevard,*

20  *LLC and Alameda Produce Market, LLC* (*docket entry no. 2610*), for good cause appearing,

21      **IT IS ORDERED THAT:**

22      1.      The Motion is granted.

23      2.      The proofs of claim filed by RoofCorp of CA, Inc. ("RoofCorp") in the case filed by

24  Meruelo Maddux Properties, Inc. ("MMPI") (1:09-bk-13356-VK), which were assigned claim nos.

25  20 (for $111,377), 21 (for $173,877) and 83 (for $25,000) shall be deemed withdrawn as against

26  MMPI.

27      3.      The proof of claim filed by RoofCorp in the case filed by MMPI, which was

28  assigned claim no. 21 (for $173,877) and which was deemed filed in the full amount in each of the

2

365072.01 [XP]        25195

1  cases of Santa Fe Commerce Center, Inc. ("SFCC") (1:09-bk-13368-VK), Alameda Produce

2  Market, LLC ("APM") (1:09-bk-13394-VK), and Merco Group – 1211 E. Washington Boulevard,

3  LLC ("MG 1211 E. Washington") (1:09-bk-13395-VK) pursuant to the *Order Re: Debtors' Motion*

4  *to Deem Certain Claims To Be Filed Against the Proper Debtor Pursuant to Earlier Order of the*

5  *Court* ("Claims Reassignment Order*"*) (*docket entry no. 1991*) shall be deemed withdrawn as

6  against MG 1211 E. Washington and SFCC.

7       4.     The proof of claim filed by RoofCorp in the case filed by MMPI, which was

8  assigned claim no. 21 (for $173,877) and which was deemed filed in the full amount in each of the

9  cases of SFCC, APM, and MG 1211 E. Washington pursuant to Claims Reassignment Order shall

10  be reduced in amount to $25,000 as against APM and is deemed timely filed in the amount of

11  $25,000 against APM.

12       5.     The proof of claim filed by RoofCorp in the case filed by APM, which was assigned

13  claim no. 22 (for $25,000) shall be deemed withdrawn as against APM.

14       6.     The nonpriority unsecured claim included by APM on its Schedule "F" (for

15  $23,750) shall be deemed withdrawn as against APM.

16       7.     The nonpriority unsecured claim included by MG 1211 E. Washington on its

17  Schedule "F" (for $37,500) shall be deemed withdrawn as against MG 1211 E. Washington.

18       8.     RoofCorp shall retain the proof of secured claim filed in the case filed by MG 1211

19  E. Washington, which was assigned claim no. 3 (for $37,500).

20       9.     RoofCorp shall retain the proof of secured claim filed in the case filed by SFCC,

21  which was assigned claim no. 3 (for $111,377).

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

3

1        10.    RoofCorp shall retain the proof of claim filed in the case filed by MMPI (which was

2    assigned claim no. 21 (for $173,877) and which was deemed filed in the full amount in each of the

3    cases of SFCC, APM, and MG 1211 E. Washington pursuant to Claims Reassignment Order) in the

4    reduced amount of $25,000 as against APM only.

5        # # # # #

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DATED: March 3, 2011

_____
United States Bankruptcy Judge

25

26

27

28

4

365072.01 [XP]      25195



| 1 | In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
|---|---|---|
| 2 | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

3   NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

4

5   **PROOF OF SERVICE OF DOCUMENT**

6   I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

7

8   A true and correct copy of the documents described as follows: **ORDER GRANTING OBJECTION TO ROOFCORP OF CA, INC.'S: [1] CLAIM NOS. 20, 21 AND 83 FILED AGAINST MMPI; [2] CLAIM NO. 21 DEEMED FILED AGAINST MERCO-GROUP -**

9   **1211 E. WASHINGTON BOULEVARD, LLC, ALAMEDA PRODUCE MARKET, LLC, AND SANTA FE COMMERCE CENTER, INC; [3] CLAIMS SCHEDULED BY MERCO**

10  **GROUP – 1211 E. WASHINGTON BOULEVARD, LLC AND ALAMEDA PRODUCE MARKET, LLC** will be served or was served (a) on the judge in chambers in the form and

11  manner required by LBR 5005-2(d); and (b) in the manner indicated below:

12  **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be

13  served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic

14  Mail Notice List to receive NEF transmission at the email address(es) indicated below:

15

16  **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**  On February 1, 2011, I served the following person(s) and/or entity(ies) at the last known

17  address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service

18  addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

19  Via U.S. Mail

20  Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

21

22  **III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (in dicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 1,

23  2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here

24  constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

25  Via E-Mail

26  Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

27  Glenn Kelble: glenn@thegreenlawgroup.com (Attorneys for RoofCorp)

28                                ☒Service information continued on attached page

365072.01 [XP]   25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

1

2

3

4  <u>Via E-Mail</u>
Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri    rabiri@abiriszeto.com
5  Allison R Axenrod    allison@claimsrecoveryllc.com
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
6  Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
7  Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
8  James E Carlberg    jcarlberg@boselaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
9  Sara Chenetz    chenetz@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
10  Carol Chow    CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
11  Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
12  Ana Damonte    ana.damonte@pillsburylaw.com
Susan S Davis    sdavis@coxcastle.com
13  Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
14  Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Marina Fineman    mfineman@stutman.com
15  Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
16  Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
17  Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)
Matthew A Gold    courts@argopartners.net
18  Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I. Gottfried    mgottfried@lblawllp.com, eborman@lgbfirm.com
19  John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
20  Peter J Gurfein    pgurfein@lgbfirm.com (counsel for CIM Urban RE Fund & Grand Ave Lofts LLC)
Jodie M Grotins    jgrotins@mcguirewoods.com
21  Cara Hagan, carahagan@haganlaw.org
Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
22  Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Robert A Hessling    rhessling@dgdk.com
23  William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
24  William H. Kiekhofer    wkiekhofer@mcguirewoods.com  (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)

25

26

27  ☒Service information continued on attached page

28

- 2 -

365072.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau    lew@landaunet.com (Conflicts Counsel to Creditors Committee)
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)
Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Avi Muhtar    amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Jeffrey P Nolan    jnolan@pszjlaw.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince    cprince@lesnickprince.com
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson, mhr@cabkattorney.com (counsel for Stanford Group)
Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards    jrichards@pszjlaw.com
Daniel H Reiss    dhr@lnbrb.com
James S Riley    tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
Steven J Schwartz    sschwartz@dgdk.com
Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
Stephen Shiu    sshiu@swlaw.com
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
Bennett L Spiegel    blspiegel@jonesday.com
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Catherine Steege    csteege@jenner.com (counsel for OEC)
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield    wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

☐ Service information continued on attached page

- 3 -

365072.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC., | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 1, 2011 | Cindy M. Cripe | /s/ Cindy M. Cripe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

- 4 -

365072.01 [XP]        25195

| In re:  MERUELO MADDUX PROPERTIES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-13356-VK |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING OBJECTION TO ROOFCORP OF CA, INC.'S: [1] CLAIM NOS. 20, 21 AND 83 FILED AGAINST MMPI; [2] CLAIM NO. 21 DEEMED FILED AGAINST MERCO-GROUP - 1211 E. WASHINGTON BOULEVARD, LLC, ALAMEDA PRODUCE MARKET, LLC, AND SANTA FE COMMERCE CENTER, INC; [3] CLAIMS SCHEDULED BY MERCO GROUP – 1211 E. WASHINGTON BOULEVARD, LLC AND ALAMEDA PRODUCE MARKET, LLC** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of  February 1, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri     rabiri@abiriszeto.com
Allison R Axenrod     allison@claimsrecoveryllc.com
John J Bingham, jbingham@dgdk.com (counsel for Debtors)
William C Bollard     eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
Peter Bonfante, peterbonfante@bsalawfirm.com
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Martin J Brill, mjb@lnbrb.com (counsel for interested party)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
James E Carlberg     jcarlberg@boselaw.com
Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com
Sara Chenetz     chenetz@blankrome.com
Jacquelyn H Choi     jchoi@swjlaw.com
Carol Chow     CChow@Stutman.com
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, ecm@dgdk.com (counsel for Debtors)
Michaeline H Correa, mcorrea@jonesday.com (counsel for MTA)
Ana Damonte     ana.damonte@pillsburylaw.com
Susan S Davis     sdavis@coxcastle.com
Daniel Denny     ddenny@gibsondunn.com
Jeffrey W Dulberg     jdulberg@pszjlaw.com
Aaron De Leest, aed@dgdk.com (counsel for Debtors)

☒Service information continued on attached page

365072.01 [XP]  25195

1

2 | In re:  MERUELO MADDUX PROPERTIES, INC.

Debtor(s). | CHAPTER 11
CASE NUMBER 1:09-bk-13356-VK

3

4 Marina Fineman     mfineman@stutman.com
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)

5 Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County)

6 Matthew A Gold     courts@argopartners.net
Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

7 Michael I. Gottfried     mgottfried@lblawllp.com, eborman@lgbfirm.com
John A Graham, jag@jmbm.com (counsel for Capmark Finance Inc.)

8 Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Peter J Gurfein     pgurfein@lgbfirm.com (counsel for CIM Urban RE Fund GP II & Grand Ave Lofts LLC)

9 Jodie M Grotins     jgrotins@mcguirewoods.com
Cara Hagan, carahagan@haganlaw.org

10 Asa S Hami, ahami@sulmeyerlaw.com (counsel for OCC)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)

11 Robert A Hessling     rhessling@dgdk.com
William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com

12 Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer     wkiekhofer@mcguirewoods.com  (counsel for Esmark)

13 Andrew F Kim, kim-a@blankrome.com (counsel for Imperial Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)

14 Tamar Kouyoumjian, tkouyoumjian@sulmeyerlaw.com (counsel for OCC)
Lewis R Landau     lew@landaunet.com (Conflicts Counsel to Creditors Committee)

15 Matthew A Lesnick     matt@lesnicklaw.com
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)

16 R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Bar of Equalization)
Katherine Lien     katie.lien@sbcglobal.net, katielien@gmail.com

17 Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Richard Malatt, rmalatt@gmail.com (counsel for interested party)

18 Elmer D Martin, elmermartin@msn.com (counsel for United Commercial Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)

19 Avi Muhtar     amuhtar@sulmeyerlaw.com
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)

20 Jeffrey P Nolan     jnolan@pszjlaw.com
Henry H Oh     henry.oh@dlapiper.com, janet.curley@dlapiper.com

21 Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for interested party)

22 Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince     cprince@lesnickprince.com

23 Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Committee)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)

24 Kurt Ramlo, kurt.ramlo@dlapiper.com
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)

25 Jeremy V Richards     jrichards@pszjlaw.com
Daniel H Reiss     dhr@lnbrb.com

26 James S Riley     tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County)

27 ☒Service information continued on attached page

28

2

365072.01 [XP]      25195

1

2

| In re:  MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

3  Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Committee)
   Steven J Schwartz      sschwartz@dgdk.com
4  Kenneth J Shaffer      jshaffer@stutman.com
   Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
5  David B. Shemano, dshemano@pwkllp.com (counsel for John Maddux)
   Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.)
6  Stephen Shiu      sshiu@swlaw.com
   Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
7  Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
   Bennett L Spiegel      blspiegel@jonesday.com
8  James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
   Catherine Steege      csteege@jenner.com (counsel for OEC)
9  Derrick Talerico      dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
   John N Tedford, jtedford@dgdk.com (counsel for Debtors)
10 Damon Thayer      dthayer@jenner.com
   James A Timko      jtimko@allenmatkins.com
11 Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
   United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
12 Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
   William E Winfield      wwinfield@nchc.com
13 Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

14 **II.      SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this
   judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es)
15 indicated below:

16                                                        ☐   Service information continued on attached page

17 **III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this
   judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a
18 complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and
   file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es),
19 facsimile transmission number(s) and/or email address(es) indicated below:

20

                                                        ☐   Service information continued on attached page
21

22

23

24

25

26

27

28

3

365072.01 [XP]      25195