Donald L. Gaffney (Admitted *Pro Hac Vice*)
Eric S. Pezold (#255657)
Jasmin Yang (#255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone:      (714) 427-7000
Facsimile:  (714) 427-7799
Email: dgaffney@swlaw.com
       epezold@swlaw.com
       jyang@swlaw.com
Counsel for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtors-in-Possession. | Case No.: 1:09-bk-13356-VK<br>Jointly Administered<br>Chapter 11<br><br>**DECLARATION OF MICHAEL ABERGEL** |
| Affects the following Debtor:<br><br>Merco Group-Southpark, LLC | |

I Michael Abergel, hereby declare as follows:

1.  I am the owner of Abergel & Associates, Inc. ("AAI"). I have personal knowledge of the facts set forth herein an am authorized by AAI to make this declaration.

2.  I am certified to conduct real property appraisals in the State of California.

1  A copy of my Qualifications is attached to the 760 Hill St. Appraisal, which is defined and
2  referred to in the subsequent paragraphs of this Declaration.
3      3.    AAI was retained by Bank of America, N.A. ("BofA") to perform an
4  appraisal of certain real property located at 760 S. Hill Street, Los Angeles, California (the
5  "760 S. Hill St. Property").
6      4.    On January 26, 2011, AAI performed an inspection of the 760 S. Hill St.
7  Property.
8      5.    On February 2, 2011, AAI submitted an "Appraisal Report" of the 760 S.
9  Hill Street Property (the "760 S. Hill St. Appraisal) to BofA. A true and correct copy of
10 the 760 S. Hill St. Appraisal is attached hereto as Exhibit 1.
11 I declare under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of March 2011.

*[signature]*

Michael Abergel

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

20699.0150\YANGJ\SWDMS\12661611

2

# EXHIBIT "1"

# APPRAISAL REPORT

## APARTMENT COMPLEX + RETAIL SPACE
325 W. 8th Street
Los Angeles, California

## THE UNION LOFTS





# APPRAISAL REPORT

## APARTMENT COMPLEX + RETAIL SPACE
325 W. 8th Street
Los Angeles, California

*THE UNION LOFTS*

### SUBMITTED TO:

*SNELL & WILMER LLP*
c/o Jasmin Yang
350 S. Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone No. 213-929-2554

### SUBMITTED BY:

*ABERGEL & ASSOCIATES INCORPORATED*
26560 Agoura Road, Suite 203
Calabasas, California 91302
Telephone No. 818-225-6131

File No.: 11164

### DATE OF VALUE:

January 26, 2011 - Date of Inspection (Market Value As Is)

### DATE OF REPORT:

February 2, 2011

February 2, 2011

*SNELL & WILMER LLP*
c/o Jasmin Yang
350 S. Grand Avenue, Suite 2600
Los Angeles, California 90071

RE:   Appraisal of an Apartment Complex + Retail Space
      The Union Lofts
      325 W. 8th Street
      Los Angeles, California

Dear Ms. Yang:

In accordance with your request, we have made an examination of the above-referenced property, for the purpose of estimating the requested market value estimates of the property and the proposed improvements. Specifically requested, and provided in this report, are:

•   As-Is Market Value
•   Prospective Value Upon Stabilization
•   Insurable Cost

It is noted that Abergel & Associates previously appraised the subject property as of September 11, 2008 and as of July 15, 2009, and as of December 22, 2009. It is important to identify the fact that the appraisers requested but were not provided with interior access to the subject property for this appraisal. Therefore, it is an extraordinary assumption of this appraisal report that the interior of the subject's units are similar to the condition they were for the December 2009 appraisal.

The subject consists of a 12-story + basement apartment building, with retail space on the basement and ground floors. There are 92 apartment units and 10,508 square feet of retail space. The apartment unit mix includes studio units ranging from 502-857 square feet; one bedroom units ranging from 628-1,603 square feet; and two bedroom units ranging from 1,243-1,816 square feet. It is noted that the owner/developer of the subject property utilizes the address of 760 S. Hill Street. This appraisal identifies the subject property as 325 W. 8th Street, which was obtained from the Los Angeles County records.

This appraisal is presented in a self-contained report format. This report is intended to comply with the reporting requirements set forth under Standards Rule 2-2 of the Uniform Standards of Appraisal Practice (USPAP), and has been prepared in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP), the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA), and the appraisal requirements of the client. As such, it presents a complete discussion of the data, reasoning and analysis that were used in the appraisal process to develop the appraiser's opinion of value.

As a result of this investigation and an analysis of matters pertinent to the property value, we have concluded to the market values of the subject as follows:

**As-Is Market Value, as of January 26, 2011**
**$19,200,000**

**Prospective Value Upon Stabilization, as of January 26, 2012**
**$20,000,000**

**Insurable Cost**
**$17,650,000**

**Extraordinary Assumptions**

1) The appraisers received a rent roll dated October 2010 for the subject property. We assume that the information contained in this rent roll is accurate.

2) It is an extraordinary assumption of this appraisal report that there are no Mello Roos or Community Facility District assessments which encumber the subject site.

3) It is an extraordinary assumption of this report that the value of the property is not impacted by any hazardous soil conditions, and the site is of adequate load bearing capacity for the proposed improvements. We are not experts in this field and we recommend the services of an expert be employed. It is an extraordinary assumption of this appraisal report that the site is of adequate load bearing capacity to support the proposed improvements.

4) The appraisers were provided with executed copies of a "Parking License Agreement" between Meruelo Maddux - 817-825 S. Hill Street, LLC (Licensor) and Meruelo Maddux Properties - 760 S. Hill Street, LLC (Licensee), and an "Assignment of Parking License Agreement" between Meruelo Maddux Properties - 760 S. Hill Street, LLC (Borrower), and Meruelo Maddux - 817-825 S. Hill Street, LLC (Owner), for the benefit of Bank of America, N.A. According to the Parking License Agreement, Licensor agrees to grant to Licensee a license to use up to 137 parking spaces at the Parking Property. The term of the agreement commenced on February 25, 2008 (date of issuance of a certificate of occupancy), and shall be perpetual. The analysis of the subject property assumes that the use of the parking spaces runs into perpetuity.

5) It is noted that Abergel & Associates previously appraised the subject property as of September 11, 2008 and as of July 15, 2009, and as of December 22, 2009. It is important to identify the fact that the appraisers requested but were not provided with interior access to the subject property for this appraisal. Therefore, it is an extraordinary assumption of this appraisal report that the interior of the subject's units are similar to the condition they were for the December 2009 appraisal.

6) The appraisers were unable to interview the on-site manager or the owner with regards to asking rental rates, concessions, etc as of the date of value. This appraisal assumes that the subject property was not offering concessions as of the date of value and that the rental rates indicated on the October

2010 rent roll are accurate effective rental rates. If the appraisers are provided with information that the subject property was offering concessions and/or other discounts, then we reserve the right to amend the value conclusion as warranted.

Your attention is invited to the accompanying report, where is set out the assumptions, limiting conditions, descriptions, factual data, computations, photographs, analysis, and discussions, from which the valuation conclusion was derived.

Respectfully submitted,

*ABERGEL & ASSOCIATES INC.*


Michael Abergel, MAI
State Cert. # AG014772
Expiration 1/14/2013

## TABLE OF CONTENTS

Title Page
Letter of Transmittal
Table of Contents
Photographs of the Subject Property

CERTIFICATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

SALIENT FACTS AND CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

SCOPE OF THE APPRAISAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

ASSUMPTIONS AND LIMITING CONDITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

REGIONAL ANALYSIS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

MARKET CONDITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

MARKETING TIME . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

SITE DESCRIPTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

IMPROVEMENT DESCRIPTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

ASSESSED VALUATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

HIGHEST AND BEST USE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

VALUATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93

INSURABLE COST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

INCOME CAPITALIZATION APPROACH - PMV UPON STABILIZATION . . . . . . . . . . . . 95

SALES COMPARISON APPROACH - PMV UPON STABILIZATION . . . . . . . . . . . . . . . . 139

RECONCILIATION AND FINAL VALUE CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . 158

AS-IS MARKET VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 160

TABLE OF CONTENTS (CONTINUED)

**CONTENTS OF THE ADDENDA**

**EXHIBIT A:**    Qualifications of the Appraiser
**EXHIBIT B:**    Engagement Letter
**EXHIBIT C:**    Rent Roll / 2010 Operating Statements
**EXHIBIT D:**    Floor Plans & Storage Unit Plans
**EXHIBIT E:**    Unit Plans

**CERTIFICATION**

We certify that, to the best of our knowledge and belief:

1) The statements of fact contained in this report are true and correct.

2) The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, unbiased professional analysis, opinions, and conclusions.

3) We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

4) We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5) Our engagement in this assignment was not contingent upon developing or reporting predetermined results.  Nor was this appraisal assignment based on a requested minimum valuation, a specific valuation, or the approval of a loan.

6) Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7) Our analyses, opinions, and conclusions were developed were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Institute, the Uniform Standards of Professional Appraisal Practice (USPAP) and all current federal regulations.

8) We have made a personal inspection of the property that is the subject of this report.

9) No one other than Trent Pollard (AG024705 - exp 1/9/13) provided significant professional assistance to the person signing this report.

10) The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

11) We have the knowledge and experience to complete this assignment competently and have appraised this property type before.

12) The appraisers did not base, either partially or completely, the analysis, or estimate of value on the race, color, religion, sex, handicap, familial status, health or national origin of either the present or prospective owners, occupants, or users of the subject property or of the of the present or prospective owners, occupants or users of the properties in the vicinity of the subject property.

**CERTIFICATION (CONTINUED)**

13) As of the date of this report, Michael Abergel has completed the requirements of the continuing education program of the Appraisal Institute, and is a California State Certified General Real Estate Appraiser.

14) Abergel & Associates has appraised this property in the three years prior to this assignment.

Respectfully submitted,
*ABERGEL & ASSOCIATES, INC.*



Michael Abergel, MAI
State Cert. # AG014772
Expiration 1/14/2013

# SUBJECT PHOTOGRAPHS



Street scene facing northwest along Hill St.



Street scene facing southeast along Hill St.



Street scene facing northeast along Hill St.



Street scene facing southwest along Hill St.



Northeast view of southwest property line.



Additional northeast view of southwest property line.

# SUBJECT PHOTOGRAPHS



Southeast view of northwest property line.



North view along southwest property line.



View of basement.  (From previous appraisal)



Additional view of basement.  (From previous appraisal)



Additional view of basement.  (From previous appraisal)



Additional view of basement.  (From previous appraisal)

SUBJECT PHOTOGRAPHS



Additional view of basement. (From previous appraisal)



View of ground floor. (From previous appraisal)



Additional view of ground floor. (From previous appraisal)



View of ceiling on ground floor. (From previous appraisal)



View of storage units. (From previous appraisal)



Additional view of storage units. (From previous appraisal)