DANIEL H. SLATE (SBN: 78173)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: dslate@buchalter.com
Email: bharvey@buchalter.com

Attorneys for Creditor
California Bank & Trust,
A California Banking Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| In re | Case No. 1:09-13356-VK |
|---|---|
| Meruelo Maddux Properties, Inc., et al., | Chapter: 11 |
| Debtors in Possession. | **CALIFORNIA BANK & TRUST'S JOINDER IN CHARLESTOWN CAPITAL ADVISORS, LLC AND HARTLAND ASSET MANAGEMENT CORPORATION'S MOTION TO MODIFY THE CHARLESTOWN PLAN AND REPLY IN SUPPORT OF MOTION TO MODIFY THE CHARLESTOWN PLAN** |
| | **Date: March 7, 2011<br>Time: 9:30 a.m.<br>Ctrm: 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA** |
| Affects all Debtors | |

TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY

JUDGE:

California Bank & Trust ("CB&T") submits this Joinder in Charlestown Capital Advisors,

LLC and Hartland Asset Management Corporation's (the "Charlestown Proponents") Motion to

Modify Charlestown Plan filed with the Court as docket number 2672 (the "Motion") and Reply

BN 8376249v1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

1

**CALIFORNIA BANK & TRUST'S JOINDER IN CHARLESTOWN CAPITAL ADVISORS, LLC AND HARTLAND ASSET MANAGEMENT CORPORATION'S MOTION TO MODIFY THE CHARLESTOWN PLAN AND REPLY IN SUPPORT OF MOTION TO MODIFY THE CHARLESTOWN PLAN**

1  In Support of Motion To Modify the Charlestown Plan filed with the Court as docket number
2  2846 (the "Reply"). For the reasons set forth in the Motion and Reply, CB&T requests that the
3  Court authorize the Charlestown Proponents to modify their plan of reorganization and determine
4  that the modified plan does not require re-solicitation.

7  DATED: March 4, 2011                    BUCHALTER NEMER
                                           A Professional Corporation

10                                         By:/s/ Brian T. Harvey
                                                  BRIAN T. HARVEY
                                                  Attorneys for Creditor
11                                                California Bank & Trust

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 8376249v1

**CALIFORNIA BANK & TRUST'S JOINDER IN CHARLESTOWN CAPITAL ADVISORS, LLC AND HARTLAND ASSET
MANAGEMENT CORPORATION'S MOTION TO MODIFY THE CHARLESTOWN PLAN AND
REPLY IN SUPPORT OF MOTION TO MODIFY THE CHARLESTOWN PLAN**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Buchalter Nemer, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA  90017

A true and correct copy of the foregoing document described as **CALIFORNIA BANK & TRUST'S JOINDER IN CHARLESTOWN CAPITAL ADVISORS, LLC AND HARTLAND ASSET MANAGEMENT CORPORATION'S MOTION TO MODIFY THE CHARLESTOWN PLAN AND  REPLY IN SUPPORT OF MOTION TO MODIFY THE CHARLESTOWN PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2011. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On March 4, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 4, 2011 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                    **9013-3.1.PROOF.SERVICE**
BN 8376249v1

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** –

- Michael C Abel    mca@dgdk.com
  Robert Abiri    rabiri@abiriszeto.com
  Allison R Axenrod    allison@claimsrecoveryllc.com
  Christopher J Bagnaschi    cb@cjblaw.com
  John J Bingham    jbingham@dgdk.com
  William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
  Peter Bonfante    peterbonfante@bsalawfirm.com
  Julia W Brand    JBrand@bhfs.com
  Jennifer L Braun    jennifer.l.braun@usdoj.gov
  Martin J Brill    mjb@lnbrb.com
  Andrew W Caine    acaine@pszyjw.com
  Howard Camhi    hcamhi@ecjlaw.com
  Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
  James E Carlberg    jcarlberg@boselaw.com
  Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
  Jacquelyn H Choi    jchoi@swjlaw.com
  Carol Chow    CChow@Stutman.com
  Cynthia M Cohen    cynthiacohen@paulhastings.com
  Ronald R Cohn    rcohn@horganrosen.com
  Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
  Michaeline H Correa    mcorrea@jonesday.com
  Emily R Culler    eculler@stutman.com
  Ana Damonte    ana.damonte@pillsburylaw.com
  Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
  Susan S Davis    sdavis@coxcastle.com
  Aaron De Leest    aed@dgdk.com
  Daniel Denny    ddenny@gibsondunn.com
  Jeffrey W Dulberg    jdulberg@pszjlaw.com
  Marina Fineman    mfineman@stutman.com
  Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
  Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
  Donald L Gaffney    dgaffney@swlaw.com
  Thomas M Geher    tmg@jmbm.com
  Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
  Barry S Glaser    bglaser@swjlaw.com
  Gabriel I Glazer    gglazer@stutman.com
  Matthew A Gold    courts@argopartners.net
  Eric D Goldberg    egoldberg@stutman.com
  Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
  Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
  John A Graham    jag@jmbm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **9013-3.1.PROOF.SERVICE**
BN 8376249v1

Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
Robert A Hessling    rhessling@dgdk.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Andrew F Kim    kim-a@blankrome.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
Lewis R Landau    lew@landaunet.com
Leib M Lerner    leib.lerner@alston.com
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon    slinkon@rcolegal.com
Robert M Llewellyn    michael.llewellyn@boe.ca.gov
Richard Malatt    rmalatt@gmail.com
Elmer D Martin    elmermartin@gmail.com
Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Avi Muhtar    amuhtar@sulmeyerlaw.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jeffrey P Nolan    jnolan@pszjlaw.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Lawrence Peitzman    lpeitzman@pwkllp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -    cmr@lnbrb.com
Daniel H Reiss    dhr@lnbrb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
James S Riley    tgarza@sierrafunds.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Steven J Schwartz    sschwartz@dgdk.com
Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
David B Shemano    dshemano@pwkllp.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **9013-3.1.PROOF.SERVICE**
BN 8376249v1

Stephen Shiu     sshiu@swlaw.com
Lori Sinanyan     lsinanyan@jonesday.com
Daniel H Slate     dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni     surjit@sonilaw.com, teresa@sonilaw.com
Bennett L Spiegel     blspiegel@jonesday.com
Tracie L Spies     tracie@haganlaw.org
James Stang     jstang@pszjlaw.com
Catherine Steege     csteege@jenner.com
Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford     jtedford@dgdk.com, DanningGill@Gmail.com
Damon Thayer     dthayer@jenner.com
James A Timko     jtimko@allenmatkins.com
Alan G Tippie     atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian     rvarozian@bzlegal.com
Jason L Weisberg     jason@gdclawyers.com
William E Winfield     wwinfield@nchc.com
Jasmin Yang     jyang@swlaw.com
Aleksandra Zimonjic     azimonjic@lgbfirm.com, kmoss@lgbfirm.com


**II**.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**


**VIA OVERNIGHT MAIL:**

Hon. Victoria S. Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., Room 301
Woodland Hills, CA 91367-6606


**VIA U.S. MAIL**:

Michael Abramson
8918 W Pico Blvd No. 120
Los Angeles, CA 90035

Mel Aranoff
23975 Pk Sorrento
Ste 200
Calabasas, CA 91302

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **9013-3.1.PROOF.SERVICE**
BN 8376249v1

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Jenner & Block LLP
Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

- Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

Michael Portner
Portner Law Offices
900 Wilshire Blvd Ste 1115
Los Angeles, CA 90017

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                    **9013-3.1.PROOF.SERVICE**
BN 8376249v1

Patrick J Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

Larry E Wasserman
Law Offices of Larry E Wasserman
12925 Riverside Dr
2nd fl
Sherman Oaks, CA 91423

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
BN 8376249v1

**9013-3.1.PROOF.SERVICE**