1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



FILED & ENTERED

MAR 08 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Meruelo Maddux Properties Inc a DE Corp,<br><br><br><br><br><br>Debtor(s). | Case No: 1:09-bk-13356-VK<br><br>Chapter: 11<br><br>ORDER REFERRING CONCERNS RAISED BY MEMBERS OF THE OFFICIAL COMMITTEE OF EQUITY HOLDERS TO THE OFFICE OF THE UNITED STATES TRUSTEE<br><br>Date: MARCH 7, 2011<br>Time: 9:30 A.M.<br>Location: 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

On March 1, 2011, John D. Williams, & Chris Kappos, III, Trustee, of the Williams & Ribb

Employee Profit Sharing Plan ("Equity Holder"), filed its Response Regarding Court's Tentative Ruling

Regarding Section 1129(c) ("Response") (Docket 2833) in which Equity Holder raised concerns

regarding, *inter alia*, the composition of the Official Committee of Equity Holders ("Official Equity

Committee" or "OEC"). On March 4, 2011, the OEC filed a Statement Regarding William & Ribb

Employee Profit Sharing Plan's Response Regarding Court's Tentative Ruling Regarding Section

1129(c) ("OEC's Statement") (Docket 2848). Having reviewed the Response and OEC's Statement and

having considered the arguments made at the hearing on March 7, 2011 at 9:30 a.m., it is hereby

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDERED, that the Office of the United States Trustee is directed to address the issues raised in

the Response and the OEC's Statement, including whether the membership of the Official Equity

Committee should be changed [*see* 11 U.S.C. § 1102(a)(4)]; and it is further

ORDERED, that the Office of the United States Trustee must file a report with respect to its

assessment of the Response and the OEC's Statement by April 8, 2011.

###

DATED: March 8, 2011

_____
United States Bankruptcy Judge

- 2

1

2

3

4

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

5

6

# NOTICE OF ENTERED ORDER AND SERVICE LIST

7

8

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DIRECTING THE OFFICE OF THE UNITED STATES TRUSTEE TO was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

9

10

11

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

12

13

14

☐ Service information continued on attached page

15

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

16

17

18

☐ Service information continued on attached page

19

20

21

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

22

23

☐ Service information continued on attached page

24

25

26

27

28

- 3

1

**ADDITIONAL SERVICE INFORMATION** (if needed):

2

3

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| • Michael C Abel     mca@dgdk.com <br> • Robert Abiri     rabiri@abiriszeto.com <br> • Allison R Axenrod     allison@claimsrecoveryllc.com <br> • Christopher J Bagnaschi     cb@cjblaw.com <br> • John J Bingham     jbingham@dgdk.com <br> • William C Bollard     eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com <br> • Peter Bonfante     peterbonfante@bsalawfirm.com <br> • Julia W Brand     JBrand@bhfs.com <br> • Jennifer L Braun     jennifer.l.braun@usdoj.gov <br> • Martin J Brill     mjb@lnbrb.com <br> • Andrew W Caine     acaine@pszyjw.com <br> • Howard Camhi     hcamhi@ecjlaw.com <br> • Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com <br> • James E Carlberg     jcarlberg@boselaw.com <br> • Sara Chenetz     chenetz@blankrome.com, chang@blankrome.com <br> • Jacquelyn H Choi     jchoi@swjlaw.com <br> • Carol Chow     CChow@Stutman.com <br> • Cynthia M Cohen     cynthiacohen@paulhastings.com <br> • Ronald R Cohn     rcohn@horganrosen.com <br> • Enid M Colson     emc@dgdk.com, ecolson@dgdk.com <br> • Michaeline H Correa     mcorrea@jonesday.com <br> • Emily R Culler     eculler@stutman.com <br> • Ana Damonte     ana.damonte@pillsburylaw.com <br> • Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com <br> • Susan S Davis     sdavis@coxcastle.com <br> • Aaron De Leest     aed@dgdk.com <br> • Daniel Denny     ddenny@gibsondunn.com <br> • Jeffrey W Dulberg     jdulberg@pszjlaw.com <br> • Marina Fineman     mfineman@stutman.com <br> • Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com <br> • Barry V Freeman     bvf@jmbm.com, bvf@jmbm.com <br> • Donald L Gaffney     dgaffney@swlaw.com <br> • Thomas M Geher     tmg@jmbm.com <br> • Bernard R Given     bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com | Williams & Ribb Employee Profit Sharing Plan <br> 4300 Long Beach Blvd., Ste 350 <br> Long Beach, CA 90807 <br> Attn: <br> John D. Williams and Chris Kappos III, Trustee of Williams & Ribb Employee Profit Sharing Plan |

- 4

- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    egoldberg@stutman.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com

1

2

- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com,
  evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com,
  kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com,
  bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com,
  danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com,
  sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com,
  rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com,
  kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com,
  DanningGill@Gmail.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com,
  jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)
  ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com
- Aleksandra Zimonjic    azimonjic@lgbfirm.com,
  kmoss@lgbfirm.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Category III (To be served by the lodging party).