STEVEN K. LINKON (Bar No. 101056)
Routh Crabtree Olsen, P.S.
13555 SE 36th Street, Suite 300
Bellevue, WA 98006
Telephone: (425) 586-1952
Facsimile: (425) 283-5952
Email: slinkon@rcflegal.com

Attorney for Creditor Chinatrust Bank

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: <br><br> MERUELO MADDUX PROPERTIES, INC., *et al*, <br><br>     Debtors and Debtors-in-Possession. <br><br>———————————————————<br><br> Affects Merco Group - 3185 E. Washington Blvd, LLC | Case No.: 1:09-bk-13356-KT <br><br> Chapter 11 <br><br> **DECLARATION OF STEVEN K. LINKON SUBMITTING EXHIBITS IDENTIFIED BY MR. REISS AND USED IN SUPPORT OF CHINATRUST'S OBJECTION TO CONFIRMATION** <br><br> <u>Confirmation</u> <br> Date: January 27, 2011 <br> Time: 9:30 a.m. <br> Place: Courtroom 301 <br>       21041 Burbank Blvd. <br>       Woodland Hills, CA |

I, Steven K. Linkon, declare and state as follows:

1. I am an attorney licensed and admitted to practice law before all courts within the State of California and the United States District Court for the Central District of California, among others. I am Senior Counsel employed by Routh Crabtree Olsen and counsel of record for Chinatrust Bank (U.S.A.) ("Chinatrust" or "Bank") in the within matter.

DECLARATION OF STEVEN K. LINKON - 1

ROUTH CRABTREE OLSEN, P.S. | 13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2.      I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify thereto.

3.      On February 28, 2011, Debtor's expert, M. Freddie Reiss testified and was cross examined in regard to his opinions arising from his Third Supplemental Declaration. During this examination Mr. Reiss testified concerning two exhibits: 1) A 3-page spreadsheet titled "Till Approach – LTV Adjustments" (a copy is attached hereto as exhibit "1.") , and 2) A 2-page printout from the U.S. Department of the Treasury of the Daily Treasury Yield Curve Rates (a copy is attached hereto as exhibit "2.").

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if sworn to testify concerning the contents of this declaration, I could and would do so.

Executed this 9th day of March, 2011, at Bellevue, Washington.

By: _____
Steven K. Linkon

DECLARATION OF STEVEN K. LINKON - 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

# Till Approach - LTV Adjustments
*Meruelo Maddux Properties, Inc.*

**Tranche Assumptions:**

| Name | Tranche A | Tranche B | Tranche C | Tranche D |
|---|---|---|---|---|
| LTV Min | 0% | 40% | 60% | 70% |
| LTV Max | 40% | 60% | 70% | 80% |
| Delta | 40% | 20% | 10% | 10% |

**Interest Rate Adjustment [1]**

| | Tranche A | Tranche B | Tranche C | Tranche D |
|---|---|---|---|---|
| Loans With a Corporate Guarantee | 0.00% | 1.25% | 1.25% | 1.25% |
| Loans With a Personal Guarantee | 0.00% | 1.25% | 2.50% | 6.50% |

**Hypothetical rate for Max LTV (no guarantee)**

| | Tranche A | Tranche B | Tranche C | Tranche D |
|---|---|---|---|---|
| Risk adjustment - no guarantee | 0.00% | 1.25% | 2.50% | 6.50% |
| Marginal rate by Tranch | 3.25% | 4.50% | 5.75% | 9.75% |
| Maximum blended rate by Tranch | 3.25% | 3.67% | 3.96% | 4.69% |
| Interest rate for 10 year term at max LTV | 5.96% | 6.38% | 6.67% | 7.40% |
| Interest rate for 5 year term at max LTV | 4.62% | 5.04% | 5.33% | 6.06% |

| Prop # | Property Name | NOI [2] | Net Cash Flow [3] | Value | 1/1/11 OPB [1] |
|---|---|---|---|---|---|
| 9 | 3185 E. Washington Blvd, LLC | 439,737 | (104,642) | 11,918,000 | 10,887,576 |

[1] Interest accrued at contract rates

Privileged and Confidential

Draft - Subject to Change

Exhibit 1 of 3
PAGE

Privileged and Confidential

Draft - Subject to Change

| Tranche E | |
|---|---|
| 80% | |
| 100% | |
| 20% | |
| 1.25% | |
| 15.00% | |
| 15.00% | |
| 18.25% | |
| 7.40% | |
| 10.11% | |
| 8.77% | |

| LTV | 9/30 Occ % |
|---|---|
| 91% | 100% |

| Tranche A | | Tranche B | | Tranche C | |
|---|---|---|---|---|---|
| Principal | Rate | Principal | Rate | Principal | Rate |
| 4,767,200 | 0.00% | 2,383,600 | 1.25% | 1,191,800 | 1.25% |

Exhibit 1
PAGE 2 OF 3

Privileged and Confidential

| Tranche D | | Tranche E | | Total Adjustment |
|---|---|---|---|---|
| Principal | Rate | Principal | Rate | |
| 1,191,800 | 1.25% | 1,353,176 | 1.25% | 0.70% |

Draft - Subject to Change

Exhibit 1
PAGE 3 OF 3

En Español | P

U.S. DEPARTMENT OF THE TREASURY

Home    Treasury For...    About    Resource Center                Services    Initiatives

Economic Policy

Financial Education and Financial Access

**Resource Center**

Financial Markets, Financial Institutions, and Fiscal Service

Home » Resource Center » Data and Charts Center » Interest Rate Statistics » TextView

**Daily Treasury Yield Curve Rates**

Financial Sanctions

Get updates to this content.

International

XML These data are also available in XML format by clicking on the XML icon.

To access interest rate data in the legacy XML format, click here.

Small Business Programs

**Select type of Interest Rate Data**

Tax Policy

Daily Treasury Yield Curve Rates    [Go]

**Select Time Period**

Terrorism and Illicit Finance

Current Month    [Go]

Data and Charts Center

| Date | 1 Mo | 3 Mo | 6 Mo | 1 Yr | 2 Yr | 3 Yr | 5 Yr | 7 Yr |
|---|---|---|---|---|---|---|---|---|
| 02/01/11 | 0.16 | 0.15 | 0.18 | 0.27 | 0.61 | 1.04 | 2.02 | 2.79 |
| 02/02/11 | 0.15 | 0.16 | 0.18 | 0.28 | 0.67 | 1.12 | 2.10 | 2.84 |
| 02/03/11 | 0.14 | 0.14 | 0.18 | 0.29 | 0.71 | 1.19 | 2.18 | 2.92 |
| 02/04/11 | 0.13 | 0.15 | 0.18 | 0.31 | 0.77 | 1.25 | 2.27 | 3.01 |
| 02/07/11 | 0.13 | 0.16 | 0.18 | 0.31 | 0.78 | 1.28 | 2.29 | 3.03 |
| 02/08/11 | 0.14 | 0.15 | 0.18 | 0.31 | 0.86 | 1.40 | 2.39 | 3.12 |
| 02/09/11 | 0.11 | 0.14 | 0.18 | 0.30 | 0.81 | 1.34 | 2.33 | 3.05 |
| 02/10/11 | 0.08 | 0.12 | 0.16 | 0.30 | 0.85 | 1.40 | 2.40 | 3.10 |
| 02/11/11 | 0.08 | 0.12 | 0.16 | 0.30 | 0.85 | 1.40 | 2.38 | 3.05 |
| 02/14/11 | 0.09 | 0.13 | 0.17 | 0.30 | 0.87 | 1.41 | 2.37 | 3.04 |
| 02/15/11 | 0.11 | 0.13 | 0.17 | 0.30 | 0.84 | 1.39 | 2.35 | 3.03 |
| 02/16/11 | 0.10 | 0.12 | 0.16 | 0.29 | 0.86 | 1.40 | 2.37 | 3.04 |
| 02/17/11 | 0.08 | 0.09 | 0.15 | 0.27 | 0.80 | 1.33 | 2.30 | 2.99 |
| 02/18/11 | (0.08) | 0.10 | 0.15 | 0.28 | 0.78 | 1.32 | 2.30 | (2.99) |

Agency MBS Purchase Program

**Interest Rate Statistics**

Investor Class Auction Allotments

Monitoring the Economy

Quarterly Refunding

Recovery Act

Treasury International Capital System (TIC)

U.S. International Reserve Position

FAQs

http://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/TextView....    2/24/2011

Exhibit  2
PAGE  1  OF  2

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/22/11 | 0.10 | 0.12 | 0.16 | 0.28 | 0.74 | 1.22 | 2.16 | 2.85 |
| 02/23/11 | 0.12 | 0.12 | 0.16 | 0.27 | 0.74 | 1.25 | 2.21 | 2.89 |
| 02/24/11 | (0.13) | 0.13 | 0.16 | 0.26 | 0.73 | 1.24 | 2.19 | (2.87) |

\* 30-year Treasury constant maturity series was discontinued on February 18, 2002 and reintroduced on Fe 2002 to February 8, 2006, Treasury published alternatives to a 30-year rate. See Long-Term Average Rate

Treasury discontinued the 20-year constant maturity series at the end of calendar year 1986 and reinstated result, there are no 20-year rates available for the time period January 1, 1987 through September 30, 1993

Treasury Yield Curve Rates. These rates are commonly referred to as "Constant Maturity Treasury" rates, o the Treasury from the daily yield curve. This curve, which relates the yield on a security to its time to maturit yields on actively traded Treasury securities in the over-the-counter market. These market yields are calcula obtained by the Federal Reserve Bank of New York. The yield values are read from the yield curve at fixed months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10 year maturity, for exam has exactly 10 years remaining to maturity.

Treasury Yield Curve Methodology. The Treasury yield curve is estimated daily using a cubic spline model. side yields for on-the-run Treasury securities. See our Treasury Yield Curve Methodology page for details.

Negative Yields and Nominal Constant Maturity Treasury Series Rates (CMTs). Current financial market cor extraordinary low levels of interest rates, have resulted in negative yields for some Treasury securities tradir yields for Treasury securities most often reflect highly technical factors in Treasury markets related to the ca markets, and are at times unrelated to the time value of money.

As such, Treasury will restrict the use of negative input yields for securities used in deriving interest rates for Maturity Treasury series (CMTs). Any CMT input points with negative yields will be reset to zero percent pric derivation. This decision is consistent with Treasury not accepting negative yields in Treasury nominal secur

In addition, given that CMTs are used in many statutorily and regulatory determined loan and credit program on non-marketable government securities, establishing a floor of zero more accurately reflects borrowing co

For more information regarding these statistics contact the Office of Debt Management by email at debt.mar

For other Public Debt information contact (202) 504-3550

| Initiatives | Bureaus | Inspector General Sites | U.S. G |
|---|---|---|---|
| Financial Stability | The Alcohol and Tobacco Tax and Trade Bureau | Office of Inspector General (OIG) | HR Co |
| Housing Finance Reform | | Treasury Inspector General for Tax Administration (TIGTA) | Admini |
| Making Home Affordable | Bureau of Engraving & Printing | | Bureau |
| Recovery | Bureau of The Public Debt | Special Inspector General, Troubled Asset Relief Program (SIGTARP) | Treasu |
| U.S. China Strategic and Economic Dialogue | Community Development Financial Institutions Fund | Report, Fraud Waste & Abuse | Goverr |
| Wall Street Reform | Financial Crimes Enforcement Network (FinCEN) | | Other |
| | Financial Management Service | Additional Resources | USA.g |
| | Internal Revenue Service | Budget and Performance | USAJC |
| | Office of The Comptroller of The Currency | Freedom of Information Act (FOIA) | OPM.g |
| | | No FEAR Act Data | MyMor |
| | Office of Thrift Supervision | | Data.g |
| | U.S. Mint | | Forms. |

Exhibit ___2___
PAGE ___2___ OF ___2___

| In re:<br>MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Routh Crabtree Olsen, P.S., 13555 SE 36th Street. Suite 300, Bellevue, WA 98006

A true and correct copy of the foregoing document described as Declaration of Steven K. Linkon Submitting Exhibits Identified by Mr. Reiss and Used in Support of Chinatrust's Objection to Confirmation **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 10, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*See Attached Service List re Notice of Electronic Filing*

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 10, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By U.S. Mail
Hon. Victoria Kaufman, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 301, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 10, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*See Attached Service List re Notice of Manual Filing*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2011 | Tawn Siriya | /s/ |
|---|---|---|
| Date | Type Name | Signature |

*Service List re Notice of Electronic Filing*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: <br> MERUELO MADDUX PROPERTIES, INC., et al. <br> Debtor(s). | CHAPTER 11 <br> CASE NUMBER 1:09-bk-13356-KT |
|---|---|

## Service via ECF

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    JBrand@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Carol Chow    CChow@Stutman.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marina Fineman    mfineman@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    egoldberg@stutman.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re:                                      | CHAPTER 11                        |
|---------------------------------------------|-----------------------------------|
| MERUELO MADDUX PROPERTIES, INC., et al.     |                                   |
|                                Debtor(s).   | CASE NUMBER 1:09-bk-13356-KT      |

- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    F 9013-3.1

| In re: | | CHAPTER 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC., et al. | Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com
- Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Michael Abramson
8918 W Pico Blvd No. 120
Los Angeles, CA 90035

Mel Aranoff
23975 Pk Sorrento
Ste 200
Calabasas, CA 91302

David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Calex Engineering Company
,

Davenport Partners
,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC., et al. Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

FTI CONSULTING INC
,

Frank Beda
,

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Jenner & Block LLP
Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

Chris Kappos
,

- Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Lewis R Landau
,

Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

Michael Meraz
,

Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: MERUELO MADDUX PROPERTIES, INC., et al. | Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|---|

Michael Portner
Portner Law Offices
900 Wilshire Blvd Ste 1115
Los Angeles, CA 90017

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Robert R Topping
,

Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

SCS Flooring Systems
C/O Raymond Myer Esq
1220 1/2 State St
Santa Barbara, CA 93101

Patrick J Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

Larry E Wasserman
Law Offices of Larry E Wasserman
12925 Riverside Dr
2nd fl
Sherman Oaks, CA 91423

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1