

**FILED & ENTERED**

**MAR 11 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Meruelo Maddux Properties Inc., a Delaware Corporation,<br><br>    Debtor(s). | Case No: 1:09-bk-13356-VK<br><br>Chapter: 11<br><br>**AMENDED ORDER TO SHOW CAUSE WHY MICHAEL MERAZ SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO THE SUBPOENA ISSUED ON MARCH 1, 2011**<br><br>Date: March 17, 2011<br>Time: 9:00 a.m.<br>Location: 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

On March 1, 2011, the Official Equity Committee, through counsel, issued a Subpoena in the above-captioned bankruptcy case commanding Michael Meraz ("Mr. Meraz") to appear in the United States Bankruptcy Court at the above-stated address to testify at trial. (*Notice of Submission of Subpoena and Proof of Service for Michael Meraz,* Docket 2865).

Pursuant to the *Subpoena and Proof of Service* filed on March 10, 2011 (Docket 2865), the Subpoena was served on Mr. Meraz by personal service on March 7, 2011 at 12:57 p.m.  Mr. Meraz was required to appear on March 10, 2011.  On March 9, 2011, Mr. Meraz filed an *Objection to Trial Subpoena and Declaration of Michael Meraz Regarding Joint Status Report* ("Objection").  Without

having been excused by the Court prior thereto, Mr. Meraz failed to appear and testify at trial on March 10, 2011.

Mr. Meraz is therefore,

ORDERED TO SHOW CAUSE why an order of Civil Contempt Following Hearing on Order to Show Cause should not be issued and he be held in contempt for failure to appear and testify at trial on March 10, 2011 ("OSC"); and it is further

ORDERED, that the Court will hold a hearing on the OSC on **March 17, 2011 at 9:00 a.m.**

Unless excused by order of the Court entered prior thereto, **IF MR. MERAZ FAILS TO APPEAR IN RESPONSE TO THIS OSC ON MARCH 17, 2011, MR. MERAZ WILL BE HELD IN CONTEMPT. IF MR. MERAZ IS HELD IN CONTEMPT AND AN ORDER TO PURGE THE CONTEMPT IS ISSUED BY THIS COURT, MR. MERAZ MAY BE INCARCERATED UNTIL HE APPEARS AND TESTIFIES ON THE NEXT AVAILABLE TRIAL DATE.**

Furthermore, Mr. Meraz may be required:

1. to pay the costs of such incarceration;
2. to pay the costs to the government of the arresting authority; and
3. to pay any additional fees and costs incurred by the parties to the trial as a result of Mr. Meraz's failure to appear.

###

DATED: March 11, 2011

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **AMENDED ORDER TO SHOW CAUSE WHY MICHAEL MERAZ SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO APPEAR PURSUANT TO THE SUBPOENA ISSUED ON MARCH 1, 2011** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| <ul><li>Michael C Abel    mca@dgdk.com</li><li>Robert Abiri    rabiri@abiriszeto.com</li><li>Allison R Axenrod    allison@claimsrecoveryllc.com</li><li>Christopher J Bagnaschi    cb@cjblaw.com</li><li>John J Bingham    jbingham@dgdk.com</li><li>William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com</li><li>Peter Bonfante    peterbonfante@bsalawfirm.com</li><li>Julia W Brand    JBrand@bhfs.com</li><li>Jennifer L Braun    jennifer.l.braun@usdoj.gov</li><li>Martin J Brill    mjb@lnbrb.com</li><li>Andrew W Caine    acaine@pszyjw.com</li><li>Howard Camhi    hcamhi@ecjlaw.com</li><li>Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com</li><li>James E Carlberg    jcarlberg@boselaw.com</li><li>Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com</li><li>Jacquelyn H Choi    jchoi@swjlaw.com</li><li>Carol Chow    CChow@Stutman.com</li><li>Cynthia M Cohen    cynthiacohen@paulhastings.com</li><li>Ronald R Cohn    rcohn@horganrosen.com</li><li>Enid M Colson    emc@dgdk.com, ecolson@dgdk.com</li><li>Michaeline H Correa    mcorrea@jonesday.com</li><li>Emily R Culler    eculler@stutman.com</li><li>Ana Damonte    ana.damonte@pillsburylaw.com</li><li>Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com</li><li>Susan S Davis    sdavis@coxcastle.com</li><li>Aaron De Leest    aed@dgdk.com</li><li>Daniel Denny    ddenny@gibsondunn.com</li><li>Jeffrey W Dulberg    jdulberg@pszjlaw.com</li><li>Marina Fineman    mfineman@stutman.com</li><li>Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com</li><li>Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com</li><li>Donald L Gaffney    dgaffney@swlaw.com</li><li>Thomas M Geher    tmg@jmbm.com</li><li>Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com</li></ul> | Michael Meraz<br>Magnum Properties<br>222 E. Washington Blvd.<br>Los Angeles, Calif. 90021 |

- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    egoldberg@stutman.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com

- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbyb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com
- Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com



Category III (To be served by the lodging party).

Michael Meraz
Magnum Properties
222 E. Washington Blvd.
Los Angeles, Calif. 90021