Donald L. Gaffney (Admitted *Pro Hac Vice*)
Eric S. Pezold (#255657)
Jasmin Yang (#255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone:    (714) 427-7000
Facsimile:    (714) 427-7799
Email: dgaffney@swlaw.com
　　　epezold@swlaw.com
　　　jyang@swlaw.com
Counsel for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>　　　　　Debtors-in-Possession. | Case No.: 1:09-bk-13356-VK<br>Jointly Administered<br>Chapter 11<br><br>**BANK OF AMERICA, N.A.'S THIRD AMENDED EXHIBIT LIST** |

Bank of America, N.A. ("BofA") files this list of exhibits it will seek to introduce and use connection with the plan confirmation proceedings concerning the plan confirmation proceedings in this case commencing on January 27, 2011. In accordance with this Court's comments during the January 20, 2011 status conference (the "Hearing") concerning plan confirmation procedures, the inclusions of exhibits on this list does not guarantee or obligate BofA to use them during plan confirmation proceedings. Additionally, in accordance with this Court's comments at the Hearing, this list is exclusive of documents that have already been filed with the Court previously, which may be used during confirmation proceedings without inclusion on this list. Furthermore,

12555641

BofA hereby incorporates by reference the *Joint Exhibit List by Official Equity Committee and Charlestown/Hartland* and may seek to introduce any of the documents that are identified in those documents.

| Document Description | Bates Range |
| --- | --- |
| 1. Documents produced in association with deposition of Gary Tenzer | [TENZ 00001-00143] |
| 2. MMPI Rolling production (All Documents Produced by Debtors in response to 2004 demands and informal agreements to produce).[1] | As document production is ongoing, to be supplied during confirmation proceedings |
| 3. Documents produced in association with deposition of David Rifkind | BOFADR001362-1381;BOFADR001391-001415. |
| 4. Documents not yet produced in association with the deposition of Fernando J. Guerra | TBD |
| 5. Updated Appraisal of real property of Meruelo Maddux Properties – 760 S. Hill Street LLC | TBD[2] |
| 6. That certain proof of claim filed by BofA against Merco Group-Southpark, LLC | N/A – filed as claim no. 8-1 in bankruptcy case no. 1:09-bk-13407 on September 24, 2009 |
| 7. That certain proof of claim filed by | N/A – filed as claim no. 7-1 in |

---

[1] Contrary to the spirit of this Court's ruling and comments with respect to the discovery served on the County of Los Angeles by BofA, the Debtors have asserted a privilege to prevent BofA to obtain discovery from the Debtors with respect to its dealings (communications, documents, etc.) with the County of Los Angeles as it concerns those parties' settlement agreement. BofA reserves the right to supplement this list of exhibits once the Court has made a decision on the Debtors' privilege assertion.

[2] BofA is in the process of obtaining an updated appraisal of this property and reserves the right to introduce it during confirmation proceedings in the event it is available in time for the relevant portions of the confirmation proceedings.

12555641

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| | |
|---|---|
| BofA against Meruelo Maddux Properties – 760 S. Hill Street, LLC | bankruptcy case no. 1:09-bk-13363 on September 24, 2009 |
| 8.  That certain proof of claim filed by BofA against Meruelo Maddux Properties, Inc. | N/A – filed as claim no. 58-1 in bankruptcy case no. 1:09-bk-13356 |
| 9.  Letter from Gary M. Tenzer to M. Freddie Reiss, Michael Linsk and Steve Voskanian dated December 3, 2010 re MMPI Loan Pricing | |
| 10.  Deposition testimony of Gary M. Tenzer | |
| 11.  Deposition testimony of M. Freddie Reiss | |
| 12.  Deposition testimony of David A. Rifkin | |
| 13.  Rent roll for Union Lofts | |
| 14.  Debtors' Disclosure Statement | Docket Entry 1954 |
| 15.  Exhibit C to Disclosure Statement | Docket Entry 1958-6 |
| 16.  Exhibit F to Disclosure Statement | Docket Entry 1958-8 |
| 17.  Schedules of Assets and Liabilities of Alameda Produce Market, LLC | Docket Entry 15 |
| 18. Schedules of Assets and Liabilities of Meruelo Maddux Properties, Inc. | Docket Entry 287 |
| 19.  Schedules of Assets and Liabilities of Meruelo Maddux Properties, LP | Docket Entry 10 |
| 20.  Declaration of Michael Abergel | Docket Entry 2493 |

| | |
|---|---|
| 21. Order Denying Bank of America's Motion for Relief from the Automatic Stay (Southpark) | Docket Entry 822 |
| 22. Declaration of Christopher Frye | Docket Entry 2492 |
| 23. Declaration of David Rifkin | Docket Entry 2504 |
| 24. Declaration of Eric S. Pezold | Docket Entry 2657 |
| 25. Declaration of Eric S. Pezold | Docket Entry 2730 |
| 26. Declaration of Michael Abergel | Docket Entry 2849 |

Dated: March 23, 2011          SNELL & WILMER L.L.P.


                               By: /s/ Eric S. Pezold
                                  Donald L. Gaffney
                                  Eric S. Pezold
                                  Jasmin Yang
                                  Attorneys for Bank of America, N.A.

12555641

- 4 -

| In re: MERUELO MADDUX PROPERTIES, INC., et al., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER - 1:09-bk-13356-VK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626. The foregoing documents described as: **BANK OF AMERICA N.A.'S THIRD AMENDED EXHIBIT LIST,** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 22, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL, PERSONAL DELIVERY, OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **March 23, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

The Honorable Victoria S. Kaufman
United States Bankruptcy Court  - Warner Center
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6609
(via Federal Express)

☒ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 23, 2011 | Eric S. Pezold | /s/ Eric S. Pezold |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

12555641

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;dritchie@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Julia W Brand    JBrand@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Carol Chow    CChow@Stutman.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marina Fineman    mfineman@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    kim-a@blankrome.com

12555641

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com

12555641

- 3 -

1 | **II. TO BE SERVED BY U.S. MAIL:**

2
David P Beitchman
16130 Ventura Blvd Ste 570
Encino, CA 91436

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Arthur J Hazarabedian
California Eminent Domain Law Group
3429 Ocean View Blvd Ste L
Glendale, CA 91208

Georgiana G. Rodiger
Rodiger Law Office
272 South Los Robles Avenue
Pasadena, CA 91101

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

SCS Flooring Systems
C/O Raymond Myer Esq.
1220 1/2 State St
Santa Barbara, CA 93101

Larry E Wasserman
Law Offices of Larry E Wasserman
12800 Riverside Dr , 3rd Floor
Studio City, CA 91607

Jenner & Block LLP
Jenner & Block LLP
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

Kibel Green Inc
2001 Wilshire Blvd Suite 420
Santa Monica, CA 90403

Patrick J. Stark
Ford Walker Haggerty & Behar
1 World Trade Ctr 27th Fl
Long Beach, CA 90831

Michael L Marx
Jenkins Goodman Neuman & Hamilton
417 Montgomery St 10th Fl
San Francisco, CA 94104

Ronald Orr
Ronald Orr & Professionals, Inc.
578 Washington Blvd., #389
Marina Del Rey, CA 90292

Michael Portner
Portner Law Offices
900 Wilshire Blvd Ste 1115
Los Angeles, CA 90017

Dr. Fernando J. Guerra
Meruelo Maddux Properties, Inc.
761 Terminal Street
Building 1, 2nd Floor
Los Angeles, California  90021

Matthew Pakala
633 West 5th Street, 16th Floor
Los Angeles, CA  90071-2027

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

12555641

- 4 -