JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
MICHAEL C. ABEL (State Bar No. 187743)
*MAbel@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtors-in-Possession

FILED & ENTERED

APR 04 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC., et al.,[1]

    Debtors and Debtors-in-Possession.

☐    Affects all Debtors

☒    Affects the following Debtor(s):

*Meruelo Maddux Properties – 760 S. Hill Street, LLC, case no. 1:09-bk-13363-VK*

Case No. 1:09-bk-13356-VK

Chapter 11 (Jointly Administered)

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER DISALLOWING CLAIM NO. 3 FILED BY THE UNION RESTAURANT & LOUNGE, LLC**

Date:    March 17, 2011
Time:    2:30 p.m.
Place:    Courtroom 301
           21041 Burbank Blvd.
           Woodland Hills, California

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK through 1:09-bk-1407-VK; 1:09-bk-13343-VK; and 1:09-bk-13439-VK.

On March 17, 2011, this Court heard and considered the *Motion for Order Disallowing Claim No. 3 Filed by The Union Restaurant & Lounge, LLC* (the "Motion") filed by debtors and debtors-in-possession Meruelo Maddux Properties – 760 S. Hill Street, LLC (the "Debtor"). Michael C. Abel of Danning, Gill, Diamond & Kollitz, LLP appeared on behalf of the Debtor. Jeffrey S. Shinbrot of Jeffrey S. Shinbrot, APLC appeared on behalf of The Union Restaurant & Lounge, LLC ("Union Restaurant"); and there were no other appearances.

The Court having considered the Motion (*docket no. 2076*), Union Restaurant's opposition (*docket no. 2307*), the Debtor's reply (*docket no. 2844*) and Union Restaurant's sur-reply (*docket no. 2866*), having found that notice of the hearing and the Motion was adequate and proper, having heard the statements of counsel at the hearing, for the reasons stated by the Court on the record at the hearing on the Motion, for good cause appearing, it is

**ORDERED THAT:**

1. The Motion is granted and claim no. 3 asserted by Union Restaurant against the Debtor's estate is disallowed in its entirety.

# # # # #

DATED: April 4, 2011

_____
United States Bankruptcy Judge

2

| In re: MERUELO MADDUX PROPERTIES, INC.,  Debtor(s). | CHAPTER: 11  CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER GRANTING DEBTOR'S MOTION FOR ORDER DISALLOWING CLAIM NO. 3 FILED BY THE UNION RESTAURANT & LOUNGE, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On March 24, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail:
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

☐ Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 24, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via E-Mail: Jeffrey S Shinbrot, jeffrey@shinbrotfirm.com (counsel for Union Restaurant)

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC., Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

<u>Via EMail</u>
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)
Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri, rabiri@abiriszeto.com
Allison R Axenrod, allison@claimsrecoveryllc.com
Christopher J Bagnaschi, cb@cjblaw.com (special counsel for Debtors)
William C Bollard, eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com (counsel for Victory Outreach La Puente, Inc.)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for Taylor International Fund)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc., and Grand Avenue Lofts HOA)
Gary O Caris, gcaris@mckennalong.com (counsel for EDI Architecture)
James E Carlberg, jcarlberg@boselaw.com (counsel for Woodland Farms, Inc.)
Sara Chenetz, chenetz@blankrome.com (counsel for City National Bank)
Jacquelyn H Choi, jchoi@swjlaw.com (counsel for L.A. County Tax Collector)
Carol Chow, CChow@Stutman.com (counsel for Debtors)
Cynthia M Cohen, cynthiacohen@paulhastings.com (counsel for Global Asset Capital; special counsel for Charlestown and Hartland)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, emc@dgdk.com (counsel for Debtors)
Emily R Culler, eculler@stutman.com (counsel for Debtors)
Susan S Davis, sdavis@coxcastle.com (non-bankruptcy counsel for Debtors)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny, ddenny@gibsondunn.com
Jeffrey W Dulberg, jdulberg@pszjlaw.com (attorneys for Legendary)
Marina Fineman, mfineman@stutman.com (attorneys for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County Tax Collector)
Gabriel I Glazer, gglazer@stutman.com (counsel for Debtors)
Matthew A Gold, courts@argopartners.net
Michael J Gomez, mgomez@frandzel.com (counsel for Cathay Bank)
Michael I Gottfried, mgottfried@lgbfirm.com (counsel for SCI-Arc)
John A Graham, jag@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Jodie M Grotins, jgrotins@mcguirewoods.com (counsel for Esmark)
Peter J Gurfein, pgurfein@lgbfirm.com (counsel for Grand Avenue Lofts / CIM)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Creditors Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer, wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for City National Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau, lew@landaunet.com (conflicts counsel for Creditors Committee)

☒ Service information continued on attached page

| | | |
|---|---|---|
| 1 | In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
| 2 | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

3  Leib M Lerner, leib.lerner@alston.com (counsel for Ernst & Young)
   Matthew A Lesnick, matt@lesnicklaw.com (counsel for Charlestown and Hartland)
4  David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
   Katherine Lien, katie.lien@sbcglobal.net; katielien@gmail.com
5  Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
   R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Board of Equalization)
6  Richard Malatt, rmalatt@gmail.com
   Elmer D Martin, elmermartin@gmail.com (counsel for East West Bank)
7  Elissa Miller, emiller@sulmeyerlaw.com (counsel for Creditors Committee)
   Avi Muhtar, amuhtar@sulmeyerlaw.com (counsel for Creditors Committee)
8  Jeffrey P Nolan, jnolan@pszjlaw.com (counsel for Legendary)
   Henry H Oh, henry.oh@dlapiper.com (special counsel for Debtors)
9  Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for John Maddux)
   Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
10 Christopher E Prince, cprince@lesnickprince.com (counsel for Charlestown and Hartland)
   Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Creditors Committee)
11 Kurt Ramlo, kurt.ramlo@dlapiper.com (special counsel for Debtors)
   Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
12 Jeremy V Richards, jrichards@pszjlaw.com (counsel for Legendary)
   James S Riley, tgarza@sierrafunds.com
13 Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County Tax Collector)
   Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Creditors Committee)
14 Kenneth J Shaffer, jshaffer@stutman.com (counsel for Debtors)
   Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
15 David B Shemano, dshemano@pwkllp.com (counsel for John Maddux)
   Jeffrey S Shinbrot, jeffrey@shinbrotfirm.com (counsel for Rodriguez, et al.; Union Restaurant & Lounge)
16 Lori Sinanyan, lsinanyan@jonesday.com (counsel for East West Bank)
   Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
17 Surjit P Soni, surjit@sonilaw.com (counsel for Legendary)
   Bennett L Spiegel, blspiegel@jonesday.com (counsel for East West Bank)
18 James Stang, jstang@pszjlaw.com (counsel for Legendary)
   Catherine Steege, csteege@jenner.com (counsel for Equity Committee)
19 Derrick Talerico, dtalerico@loeb.com (counsel for Canpartners)
   John N Tedford, jtedford@dgdk.com (counsel for Debtors)
20 Damon Thayer, dthayer@jenner.com (counsel for Equity Committee)
   Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Creditors Committee)
21 United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
   Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
22 William E Winfield, wwinfield@nchc.com
   Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)
23 Michael A. Abramson, maalaw@hotmail.com (counsel for three creditors)
   Anthony Arnold, aarnold@stutman.com (counsel for Debtors)
24 Marc B Hankin, mhankin@jenner.com (counsel for Equity Committee)
   Curtis C Jung, ccjung@aol.com (counsel for East West Bank)
25 Gary E Klausner, gklausner@stutman.com (counsel for Debtors)
   Sandra W Lavigna, LavignaS@sec.gov (counsel for the SEC)
26 Ronald S Orr, ronorresq@aol.com (counsel for Equity Committee)
   Matthew Pakkala, matthew.pakkala@fticonsulting.com
27                                             ☒ Service information continued on attached page
28

C:\documents and settings\cmc\my documents\367208 MMPI Order_on_Union_Restaurant_Claims_Objection.DOC.02 [XP]    25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Freddie Reiss, freddie.reiss@fticonsulting.com
Georgiana G Rodiger, crodiger@rodigerlaw.com (counsel for Equity Committee)
Dean Steinbeck, deansteinbeck@bsalawfirm.com (counsel for Taylor International Fund)
Steve Voskanian, steve.voskanian@fticonsulting.com
Robert A Weinberg, raw@rweinberglaw.com
Matt Covington, MCovington@kginc.com (Kibel Green Inc.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| March 24, 2011 | CINDY M. CRIPE | */s/ Cindy M. Cripe* |
| Date | Type Name | Signature |

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTOR'S MOTION FOR ORDER DISALLOWING CLAIM NO. 3 FILED BY THE UNION RESTAURANT & LOUNGE, LLC** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 24, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri, rabiri@abiriszeto.com
Allison R Axenrod, allison@claimsrecoveryllc.com
Christopher J Bagnaschi, cb@cjblaw.com (special counsel for Debtors)
William C Bollard, eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com (counsel for Victory Outreach La Puente, Inc.)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for Taylor International Fund)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc., and Grand Avenue Lofts HOA)
Gary O Caris, gcaris@mckennalong.com (counsel for EDI Architecture)
James E Carlberg, jcarlberg@boselaw.com (counsel for Woodland Farms, Inc.)
Sara Chenetz, chenetz@blankrome.com (counsel for City National Bank)
Jacquelyn H Choi, jchoi@swjlaw.com (counsel for L.A. County Tax Collector)
Carol Chow, CChow@Stutman.com (counsel for Debtors)
Cynthia M Cohen, cynthiacohen@paulhastings.com (counsel for Global Asset Capital; special counsel for Charlestown and Hartland)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, emc@dgdk.com (counsel for Debtors)
Emily R Culler, eculler@stutman.com (counsel for Debtors)
Susan S Davis, sdavis@coxcastle.com (non-bankruptcy counsel for Debtors)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny, ddenny@gibsondunn.com

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Jeffrey W Dulberg, jdulberg@pszjlaw.com (attorneys for Legendary)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County Tax Collector)
Gabriel I Glazer, gglazer@stutman.com (counsel for Debtors)
Matthew A Gold, courts@argopartners.net
Michael J Gomez, mgomez@frandzel.com (counsel for Cathay Bank)
Michael I Gottfried, mgottfried@lgbfirm.com (counsel for SCI-Arc)
John A Graham, jag@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Jodie M Grotins, jgrotins@mcguirewoods.com (counsel for Esmark)
Peter J Gurfein, pgurfein@lgbfirm.com (counsel for Grand Avenue Lofts / CIM)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Creditors Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer, wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for City National Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau, lew@landaunet.com (conflicts counsel for Creditors Committee)
Leib M Lerner, leib.lerner@alston.com (counsel for Ernst & Young)
Matthew A Lesnick, matt@lesnicklaw.com (counsel for Charlestown and Hartland)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien, katie.lien@sbcglobal.net; katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Board of Equalization)
Richard Malatt, rmalatt@gmail.com
Elmer D Martin, elmermartin@gmail.com (counsel for East West Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Creditors Committee)
Avi Muhtar, amuhtar@sulmeyerlaw.com (counsel for Creditors Committee)
Jeffrey P Nolan, jnolan@pszjlaw.com (counsel for Legendary)
Henry H Oh, henry.oh@dlapiper.com (special counsel for Debtors)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for John Maddux)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince, cprince@lesnickprince.com (counsel for Charlestown and Hartland)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Creditors Committee)
Kurt Ramlo, kurt.ramlo@dlapiper.com (special counsel for Debtors)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards, jrichards@pszjlaw.com (counsel for Legendary)
James S Riley, tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County Tax Collector)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Creditors Committee)
Kenneth J Shaffer, jshaffer@stutman.com (counsel for Debtors)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

David B Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, jeffrey@shinbrotfirm.com (counsel for Rodriguez, et al.; Union Restaurant & Lounge)
Lori Sinanyan, lsinanyan@jonesday.com (counsel for East West Bank)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surjit@sonilaw.com (counsel for Legendary)
Bennett L Spiegel, blspiegel@jonesday.com (counsel for East West Bank)
James Stang, jstang@pszjlaw.com (counsel for Legendary)
Catherine Steege, csteege@jenner.com (counsel for Equity Committee)
Derrick Talerico, dtalerico@loeb.com (counsel for Canpartners)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer, dthayer@jenner.com (counsel for Equity Committee)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Creditors Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield, wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page