JENNER & BLOCK LLP
Kenneth K. Lee  (Cal. Bar No. 264296)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone:  213-239-5100
Facsimile:  213-239-5199
klee@jenner.com

JENNER & BLOCK LLP
Marc B. Hankin  (admitted *pro hac vice*)
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone:  212-891-1600
Facsimile:  212-891-1699
mhankin@jenner.com

RON ORR & PROFESSIONALS, INC.
Ronald S. Orr (Cal. Bar No. 54257)
578 Washington Blvd., #389
Marina Del Rey, CA  90292
Telephone:  310-301-4839
Facsimile:  310-301-6549
ronorresq@aol.com

RODIGER LAW OFFICE
Georgiana G. Rodiger, (Cal. Bar No. 94416)
272 South Los Robles Avenue
Pasadena, California  91101
Telephone:  626-793-7264
Facsimile:  626-793-7592
crodiger@rodigerlaw.com

**UNITED STATES BANKRUPCTY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES INC., et al.<br><br>    Debtors.<br><br>☑   Affects all Debtors | CASE NO. 09-bk- 13356-VK<br><br>Chapter 11<br><br>**THE OFFICIAL EQUITY COMMITTEE AND CHARLESTOWN/HARTLAND'S NOTICE OF FILING OF PARTIES' JOINT EXHIBIT LIST/REGISTER FOR THE CHARLESTOWN PLAN CONFIRMATION HEARING.**<br><br>**Date:    April 7, 2011** |

The Official Committee of Equity Holders (the "Committee") of the bankruptcy estates of Meruelo Maddux Properties, Inc. et al. (collectively, the "Debtors"), and Charlestown Capital Advisors, LLC And Hartland Asset Management Corporation submit the attached Parties' Joint Exhibit List/Register for the Charlestown Plan Confirmation Hearing ("Charlestown Plan Joint Exhibit List/Register").

The Charlestown Joint Exhibit List/Register includes the list of exhibits that each party intends to have admitted into evidence in connection with the confirmation hearing of the Charlestown/Hartland's reorganization plan. To avoid duplication, the parties incorporate by reference the exhibits already listed in the joint exhibit list/register filed in connection with the confirmation proceedings for the Debtors' plan (Docket No. 2913) ("Debtors Plan Joint Exhibit List/Register").

For each party that has filed an exhibit list, the Charlestown Plan Joint Exhibit List/Register cross-references the exhibit number for each exhibit in such list in the "Description" column and such exhibits have been re-numbered in the "No." column for the Court's convenience. To avoid confusion, the Charlestown Plan Joint Exhibit List/Register continues using the numbers from the previously filed Debtors Plan Joint Exhibit List/Register (*e.g.*, OEC/Charlestown exhibits to be admitted will start at O-94, not O-1). For those exhibits that have not been included on an exhibit list, additional identifying information has been provided in the "Description" column.

## JOINT EXHIBIT LIST/REGISTER

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| | *The parties incorporate by reference the exhibits already listed in the joint exhibit list/register filed in connection with the confirmation proceedings for the Debtors' plan (Docket No. 2913).* | |
| | **DEBTORS** | |
| | No additional exhibits | |

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| **OEC/CHARLESTOWN** | | |
| O-94 | OEC/CHARLESTOWN EXHIBIT 133 *(Dkt. No. 2335: Dec. 3, 2010 McGonagle Declaration)* | |
| O-95 | OEC/CHARLESTOWN EXHIBIT 135 *(Dkt. No. 2334: Dec. 3, 2010 Maheshwari Declaration)* | |
| O-96 | OEC/CHARLESTOWN EXHIBIT 136 *(Dkt. No. 2418: Dec. 16, 2010 Maheshwari Declaration)* | |
| O-97 | OEC/CHARLESTOWN EXHIBIT 138 *(Dkt. No. 2588: Jan. 14, 2011 McGonagle Declaration)* | |
| O-98 | OEC/CHARLESTOWN EXHIBIT 163 *(Dkt. No. 2891: Charlestown/Hartland's Revised Exhibit E (Financial Projection))* | |
| O-99 | OEC/CHARLESTOWN EXHIBIT 164 *(Dkt. No. 2896: Commitment Letter in Support of Charlestown/Hartland's Plan)* | |
| O-100 | OEC/CHARLESTOWN EXHIBIT 166 *(Dkt. No. 2909: Statement as to Equity Committee's Board Nominees Under the Charlestown Plan)* | |
| O-101 | OEC/CHARLESTOWN EXHIBIT 167 *(Dkt. No. 2914: Charlestown's Disclosure Statement regarding Board Nominees)* | |
| O-102 | OEC/CHARLESTOWN EXHIBIT 168 *(Dkt. No. 1526, 1526-1: Notice of Motion and Motion for Approval of Settlement with FNBN-CMLCON I, LLC)* | |
| O-103 | OEC/CHARLESTOWN EXHIBIT 169 *(Dkt. 1689 (also attached as exhibit to Dkt. 2512-1): Revised Order on Debtor's Motion for Approval of Settlement with the County of Los Angeles Tax Collector)* | |

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| O-104 | Dkt. 1203: Notice Of Motion And Motion For Approval Of Settlement With The County Of Los Angeles Tax Collector; Memorandum Of Points And Authorities, Declaration Of John C. Maddux, And Request For Judicial Notice In Support Thereof. | |
| O-105 | Dkt. 2400: Order Granting Motion to Approve Compromise under Rule 9019. | |
| **GRAND AVENUE LOFTS, LLC AND CIM URBAN RE FUND GP II, LLC** | | |
| | No additional exhibits | |
| **CHINATRUST BANK (USA)** | | |
| | No additional exhibits | |
| **PNL POMONA, L.P.** | | |
| | No additional exhibits | |
| **BANK OF AMERICA** | | |
| | No additional exhibits | |

DATED: April 7, 2011

**RODIGER LAW OFFICE**
GEORGIANA G. RODIGER

By:     /s/ Georgiana G. Rodiger
        Attorneys for Official Equity Committee