CHRISTOPHER E. PRINCE (SBN 183553)
    cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
    matt@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
    acahill@lesnickprince.com
LESNICK PRINCE LLP
185 Pier Avenue, Suite 103
Santa Monica, CA  90405
Telephone: (213) 493-6496
Facsimile:  (213) 493-6596

Attorneys for Charlestown Capital Advisors, LLC and
Hartland Asset Management Corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-13356-VK |
| MERUELO MADDUX PROPERTIES, INC., et al. | Chapter 11 |
| | **NOTICE OF MOTION AND MOTION TO ESTIMATE THE GUARANTY CLAIM OF CATHAY BANK** |
| Debtor. | |

Hearing
Date:       April 28, 2011
Time:       2:30 p.m.
Place:      Courtroom 301
            21041 Burbank Blvd.
            Woodland Hills, CA  91367

Confirmation Hearing
Date:       January 27, 2011
Time:       9:30 a.m.
Place:      Courtroom 301
            21041 Burbank Blvd.
            Woodland Hills, CA  91367

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, at 2:30 p.m. on April 28, 2011, in Courtroom 301 of the United States Bankruptcy Court located at 21041 Burbank Boulevard, Woodland Hills, California, Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation (the "Charlestown Proponents") will and hereby move the Court for an order pursuant to Sections 105 and 502 and Rule 3018(a) to estimate the guaranty claim of Cathay Bank ("Cathay").

This motion is made on the following grounds: Cathay holds two secured claims against debtor Alameda Produce LLC ("Alameda Produce") and a corresponding guaranty claim against MMPI.  Cathay's secured claims are fully secured by Alameda's collateral, which Cathay has estimated at more than $15 million higher than the outstanding balance of its loans.  Since the collateral is more than sufficient to repay Cathay's loans to Alameda Produce, Cathay's guaranty claim against MMPI should be estimated at zero.

This Motion is based upon this Notice and Motion, the previously filed Memorandum of Points and Authorities [Dckt. No. 2911], the papers and pleadings on file in this case, and such other evidence as may be presented to the Court.  **Under Local Bankruptcy Rule 9013-1(f), any party wishing to respond to this Motion must file and serve a written response at least 14 days before the hearing.**

DATED:  April 7, 2011

LESNICK PRINCE LLP


By:___/s/ Christopher E. Prince_____
      Christopher E. Prince
      Attorneys for Charlestown Capital
      Advisors, LLC and Hartland Asset
      Management Corporation