FILED & ENTERED

APR 15 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtor[s]. | Case No.: 1:09-bk-13356-VK<br>Jointly Administered Case<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION OF INTERLOCUTORY ORDER RE: IMPAIRMENT OF SECURED TAX CLAIMS OF THE COUNTY OF LOS ANGELES TAX COLLECTOR AND RIGHT OF THE COUNTY TO VOTE**<br><br>[No Hearing Required] |

On April 1, 2011 Bank of America, N.A., a secured creditor of Meruelo Maddux Properties- 760 S. Hill, LLC and Merco Group- Southpark LLC, and an unsecured creditor of Meruelo Maddux Properties, Inc., filed a "Motion for Reconsideration of Interlocutory Order re: Impairment of Secured Tax Claims of the County of Los Angeles Tax Collector and right of the County to Vote," docket

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

1  2929 (the "Motion").  The Court having reviewed the Motion and all papers submitted in support
2  thereof, it is hereby:
3      ORDERED, that the Motion is denied.
   ###

DATED: April 15, 2011

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER DENYING MOTION FOR RECONSIDERATION OF INTERLOCUTORY ORDER RE: IMPAIRMENT OF SECURED TAX CLAIMS OF THE COUNTY OF LOS ANGELES TAX COLLECTOR AND RIGHT OF THE COUNTY TO VOTE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6/10/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael C Abel   mca@dgdk.com
- Robert Abiri   rabiri@abiriszeto.com
- Allison R Axenrod   allison@claimsrecoveryllc.com
- Christopher J Bagnaschi   cb@cjblaw.com
- John J Bingham   jbingham@dgdk.com
- William C Bollard   eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante   peterbonfante@bsalawfirm.com
- Erin N Brady   enbrady@jonesday.com
- Julia W Brand   JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun   jennifer.l.braun@usdoj.gov
- Martin J Brill   mjb@lnbrb.com
- Andrew W Caine   acaine@pszyjw.com
- Howard Camhi   hcamhi@ecjlaw.com
- Gary O Caris   gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg   jcarlberg@boselaw.com
- Sara Chenetz   chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi   jchoi@swjlaw.com
- Carol Chow   CChow@Stutman.com
- Cynthia M Cohen   cynthiacohen@paulhastings.com
- Ronald R Cohn   rcohn@horganrosen.com
- Enid M Colson   emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa   mcorrea@jonesday.com
- Emily R Culler   eculler@stutman.com
- Ana Damonte   ana.damonte@pillsburylaw.com
- Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis   sdavis@coxcastle.com

- Aaron De Leest   aed@dgdk.com
- Daniel Denny   ddenny@gibsondunn.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Marina Fineman   mfineman@stutman.com
- Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman   bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney   dgaffney@swlaw.com
- Thomas M Geher   tmg@jmbm.com
- Bernard R Given   bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser   bglaser@swjlaw.com
- Gabriel I Glazer   gglazer@stutman.com
- Matthew A Gold   courts@argopartners.net
- Eric D Goldberg   egoldberg@stutman.com
- Michael J Gomez   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried   mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham   jag@jmbm.com
- Ofer M Grossman   omglaw@gmail.com
- Jodie M Grotins   jgrotins@mcguirewoods.com
- Peter J Gurfein   pgurfein@lgbfirm.com
- Cara J Hagan   carahagan@haganlaw.org
- Asa S Hami   ahami@sulmeyerlaw.com
- Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling   rhessling@dgdk.com
- William W Huckins   whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich   ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer   wkiekhofer@mcguirewoods.com
- Andrew F Kim   akim@mrllp.com
- Michael S Kogan   mkogan@ecjlaw.com
- Tamar Kouyoumjian   tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau   lew@landaunet.com
- Dare Law   dare.law@usdoj.gov
- Leib M Lerner   leib.lerner@alston.com
- Matthew A Lesnick   matt@lesnicklaw.com
- David E Leta   dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien   katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon   slinkon@rcolegal.com
- Robert M Llewellyn   michael.llewellyn@boe.ca.gov
- Richard Malatt   rmalatt@gmail.com
- Elmer D Martin   elmermartin@gmail.com
- Elissa Miller   emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar   amuhtar@sulmeyerlaw.com
- Iain A W Nasatir   inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan   jnolan@pszjlaw.com
- Henry H Oh   henry.oh@dlapiper.com, janet.curley@dlapiper.com

- Lawrence Peitzman     lpeitzman@pwkllp.com
- Eric S Pezold     epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince     cprince@lesnickprince.com
- Michael H Raichelson     mhr@cabkattorney.com
- Dean G Rallis Jr     drallis@sulmeyerlaw.com
- Kurt Ramlo     kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -     cmr@lnbrb.com
- Daniel H Reiss     dhr@lnbyb.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley     tgarza@sierrafunds.com
- Martha E Romero     Romero@mromerolawfirm.com
- Victor A Sahn     vsahn@sulmeyerlaw.com
- Steven J Schwartz     sschwartz@dgdk.com
- Kenneth J Shaffer     jshaffer@stutman.com
- Zev Shechtman     zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano     dshemano@pwkllp.com
- Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu     sshiu@swlaw.com
- Lori Sinanyan     lsinanyan@jonesday.com
- Daniel H Slate     dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni     surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel     blspiegel@jonesday.com
- Tracie L Spies     tracie@haganlaw.org
- James Stang     jstang@pszjlaw.com
- Catherine Steege     csteege@jenner.com
- Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford     jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer     dthayer@jenner.com
- James A Timko     jtimko@allenmatkins.com
- Alan G Tippie     atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian     rvarozian@bzlegal.com
- Jason L Weisberg     jason@gdclawyers.com
- William E Winfield     wwinfield@nchc.com
- Jasmin Yang     jyang@swlaw.com
- Aleksandra Zimonjic     azimonjic@lgbfirm.com, kmoss@lgbfirm.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

1

Debtor
**Meruelo Maddux Properties Inc a DE Corp**
761 Terminal St Bldg 1 2nd Fl
2  Los Angeles, CA 91342

3                              ☐ Service information continued on attached page

4  **III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy
5  bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile
6  transmission number(s), and/or email address(es) indicated below:

7

8
☐ Service information continued on attached page
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28