JOHN N. TEDFORD, IV (State Bar No. 205537)
JTedford@DGDK.com
MICHAEL C. ABEL (State Bar No. 187743)
MAbel@DGDK.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

GARY E. KLAUSNER (State Bar No. 69077)
GKlausner@Stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-6013
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC., et al.,[1]

Debtors and Debtors-in-Possession.

☑ Affects all Debtors

☐ Affects the following Debtors:

Case No. 1:09-bk-13356-VK

Chapter 11 (Jointly Administered)

**NOTICE OF CONTINUANCE OF CHAPTER 11 CASE MANAGEMENT STATUS CONFERENCE**

*New Date and Time*
Date:     April 28, 2011
Time:     2:30 p.m.
Place:    Courtroom 301
          21041 Burbank Boulevard
          Woodland Hills, California

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

368438.01 [XP]    25195

1  **PLEASE TAKE NOTICE THAT** that at the Court's request, the Chapter 11 case
2  management status conference currently scheduled for April 26, 2011 at 2:30 p.m. is continued to
3  **April 28, 2011 at 2:30 p.m.**, in Courtroom 301 of the United States Bankruptcy Court located at
4  21041 Burbank Blvd., Woodland Hills, CA.

6  Dated: April 21, 2011                    DANNING, GILL, DIAMOND & KOLLITZ, LLP

8                                            By:   /s/ Michael C. Abel
                                                   Michael C. Abel
9                                                  Attorneys for Meruelo Maddux Properties,
                                                   Inc., and affiliated Debtors and Debtors-in-
10                                                 Possession

- 2 -

368438.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER: 11 CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF CONTINUANCE OF CHAPTER 11 CASE MANAGEMENT STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 21, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri, rabiri@abiriszeto.com
Allison R Axenrod, allison@claimsrecoveryllc.com
Christopher J Bagnaschi, cb@cjblaw.com (special counsel for Debtors)
William C Bollard, eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com
    (counsel for Victory Outreach La Puente, Inc.)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for Taylor International Fund)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc., and Grand Avenue Lofts HOA)
Gary O Caris, gcaris@mckennalong.com (counsel for EDI Architecture)
James E Carlberg, jcarlberg@boselaw.com (counsel for Woodland Farms, Inc.)
Sara Chenetz, chenetz@blankrome.com (counsel for City National Bank)
Jacquelyn H Choi, jchoi@swjlaw.com (counsel for L.A. County Tax Collector)
Carol Chow, CChow@Stutman.com (counsel for Debtors)
Cynthia M Cohen, cynthiacohen@paulhastings.com (counsel for Global Asset Capital; special counsel for
    Charlestown and Hartland)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, emc@dgdk.com (counsel for Debtors)
Emily R Culler, eculler@stutman.com (counsel for Debtors)
Susan S Davis, sdavis@coxcastle.com (non-bankruptcy counsel for Debtors)
Daniel Denny, ddenny@gibsondunn.com
Jeffrey W Dulberg, jdulberg@pszjlaw.com (attorneys for Legendary)
Marina Fineman, mfineman@stutman.com (attorneys for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank ofP America)
Thomas M Geher, tmg@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)

☒   Service information continued on attached page

368438.01 [XP]    25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County Tax Collector)
Gabriel I Glazer, gglazer@stutman.com (counsel for Debtors)
Matthew A Gold, courts@argopartners.net
Michael J Gomez, mgomez@frandzel.com (counsel for Cathay Bank)
Michael I Gottfried, mgottfried@lgbfirm.com (counsel for SCI-Arc)
John A Graham, jag@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Jodie M Grotins, jgrotins@mcguirewoods.com (counsel for Esmark)
Peter J Gurfein, pgurfein@lgbfirm.com (counsel for Grand Avenue Lofts / CIM)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Creditors Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer, wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for City National Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau, lew@landaunet.com (conflicts counsel for Creditors Committee)
Leib M Lerner, leib.lerner@alston.com (counsel for Ernst & Young)
Matthew A Lesnick, matt@lesnicklaw.com (counsel for Charlestown and Hartland)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien, katie.lien@sbcglobal.net; katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Board of Equalization)
Richard Malatt, rmalatt@gmail.com
Elmer D Martin, elmermartin@gmail.com (counsel for East West Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Creditors Committee)
Avi Muhtar, amuhtar@sulmeyerlaw.com (counsel for Creditors Committee)
Jeffrey P Nolan, jnolan@pszjlaw.com (counsel for Legendary)
Henry H Oh, henry.oh@dlapiper.com (special counsel for Debtors)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for John Maddux)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince, cprince@lesnickprince.com (counsel for Charlestown and Hartland)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Creditors Committee)
Kurt Ramlo, kurt.ramlo@dlapiper.com (special counsel for Debtors)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards, jrichards@pszjlaw.com (counsel for Legendary)
James S Riley, tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County Tax Collector)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Creditors Committee)
Kenneth J Shaffer, jshaffer@stutman.com (counsel for Debtors)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.; Union Restaurant & Lounge)
Lori Sinanyan, lsinanyan@jonesday.com (counsel for East West Bank)

☒    Service information continued on attached page

368438.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surjit@sonilaw.com (counsel for Legendary)
Bennett L Spiegel, blspiegel@jonesday.com (counsel for East West Bank)
James Stang, jstang@pszjlaw.com (counsel for Legendary)
Catherine Steege, csteege@jenner.com (counsel for Equity Committee)
Derrick Talerico, dtalerico@loeb.com (counsel for Canpartners)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer, dthayer@jenner.com (counsel for Equity Committee)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Creditors Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield, wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On April 21, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail:
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 21, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 21, 2011 | CINDY M. CRIPE | _/s/ Cindy M. Cripe_ |
|---|---|---|
| Date | Type Name | Signature |

368438.01 [XP]    25195