JENNER & BLOCK LLP
Kenneth K. Lee  (Cal. Bar No. 264296)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone:  213-239-5100
Facsimile:  213-239-5199
klee@jenner.com

JENNER & BLOCK LLP
Marc B. Hankin  (admitted *pro hac vice*)
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone:  212-891-1600
Facsimile:  212-891-1699
mhankin@jenner.com

Attorneys for Equity Committee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **IN RE:** | CASE NO. 09-bk-13356-VK |
| **MERUELO MADDUX PROPERTIES, INC., et al.**[1] | Chapter 11 |
| **Debtors and Debtors-in-Possession.** | EIGHTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES |
| **AFFECTS ALL DEBTORS** | [March 1, 2011 - March 31, 2011] |
| . | [No Hearing Required] |

---

[1] This case is jointly administered with chapter 11 cases filed with the Court by numerous affiliated entities.  The Debtors and debtors-in-possession and their respective tax identification numbers are identified in the *Order Directing The Joint Administration Of Related Cases* entered by the Court on April 7, 2009 (docket entry no. 30).

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTORS AND THEIR COUNSEL, AND TO ALL OTHER INTERESTED PARTIES:**

Jenner & Block LLP ("Jenner"), counsel to the Official Committee of Equity Holders (the "Committee") appointed in the above-captioned bankruptcy cases, submits its eighth monthly professional fee statement (the "Monthly Statement") for fees and expenses incurred from March 1, 2011 through March 31, 2011 (the "Statement Period").[2] The Monthly Statement is submitted pursuant to the Order Establishing Procedure For Interim Compensation And Reimbursement Of Expenses For Professionals, entered by this Court on July 22, 2009, pursuant to the Modified Order Establishing Procedure For Interim Compensation And Reimbursement Of Expenses For Professionals, entered by this Court on October 19, 2010, and pursuant to the Order Granting Motion For Order Relieving Debtors Of The Obligation To Comply With Order Entered Under § 105(a) Establishing Procedures For The Payment Of Compensation And Reimbursement Of Expenses To Professionals, entered by this Court on March 25, 2011 (collectively, the "Monthly Compensation Orders"). The Monthly Statement is also submitted in accordance with the Order Approving Application By The Official Committee Of Equity Holders To Employ Jenner & Block LLP As Its Counsel (docket entry no. 1859).

The Committee incurred a total of $200,985.00 in fees incurred and $15,374.51 in expenses billed to Jenner to date during the Statement Period.[3] Attached as Exhibit 1 is a list of professionals, hourly rates, total number of hours billed by each professional and total amount of fees billed by each professional during the Statement Period, for which interim compensation is sought. Attached as Exhibit 2 is a detailed listing of expenses incurred during the Statement Period for which reimbursement is sought, including a summary of these expenses separated by category. Attached as

---

[2] Jenner submits this Monthly Statement two days after the April 20, 2011, filing date prescribed by the Monthly Compensation Orders because its accounting software was undergoing an upgrade in the days preceding April 20 and was therefore inaccessible.

[3] Jenner may have incurred certain expenses to third-party vendors. The invoicing schedules of those third-party vendors may result in billing for those expenses on a delayed basis. To the extent this is so, Jenner may include those delayed third-party expenses on a later fee statement.

Exhibit 3 is a summary of the fees incurred during the Statement Period organized by matter category. Attached as Exhibit 4 is a detailed statement of all time entries for all individuals who performed services during the Statement Period.

The following table summarizes Jenner's fees and expenses incurred during the Statement Period.

| Description | Fees | Expenses | Total |
|---|---|---|---|
| Fees and Expenses Incurred During Statement Period | $200,985.00 | $15,374.51 | $216,359.51 |

Pursuant to the Monthly Compensation Orders, a copy of this Monthly Statement (along with the attached exhibits) is being served on the Debtors and general bankruptcy counsel to the Debtors by regular mail.

Any opposition to the Monthly Statement must be made within fifteen days after service of the Monthly Statement (the "Objection Deadline") to raise any objection thereto. Any objection to the Monthly Statement (an "Objection") must: (i) be in writing; (ii) set forth the precise nature of the Objection, the grounds therefor, and the amount of fees and expenses to which the Objection applies; and (iii) be filed with the Court and served, on or before the Objection Deadline, on Jenner and each of the noticed parties herein.

Jenner seeks payment of its fees and expenses incurred in accord with the Monthly Compensation Orders or further order of this Court.

Dated: April 22, 2011                Respectfully submitted,

**THE OFFICIAL COMMITTEE OF EQUITY HOLDERS OF MERUELO MADDUX PROPERTIES, INC. AND ITS AFFILIATE-DEBTORS**

By:  */s/Marc B. Hankin*
       Kenneth K. Lee
       Marc B. Hankin
       Attorneys for the Equity Committee