Victor A. Sahn (CA Bar No. 97299)
 vsahn@sulmeyerlaw.com
Dean G. Rallis Jr. (CA Bar No. 94266)
 drallis@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
 ahami@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone:   213.626.231
Facsimile:   213.629.4520

Bankruptcy Counsel to
the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors. | Case No. 1:09-bk-13356 KT<br><br>Chapter 11<br><br>**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH APRIL 26, 2011 STATUS CONFERENCE**<br><br>Date:   April 26, 2011<br>Time:   2:30 p.m.<br>Place:   Courtroom 301<br>     United States Bankruptcy Court<br>     21041 Burbank Blvd.<br>     Woodland Hills, California |

---

[1] Pursuant to an Order of this Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows:  1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

AHAMI\ 714520.2

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Unsecured Creditors in the above-captioned jointly-administered cases (the "Committee") hereby submits the following statement in connection with the upcoming status conference scheduled for April 26, 2011, at 2:30 p.m.

### Funding for the Chapter 11 Plans

Critical to the ability of Meruelo Maddux Properties, Inc. et al. (the "Debtors") and Charlestown Capital Advisors, LLC/Hartland Asset Management ("Charlestown") to confirm their respective chapter 11 plans are the proposed outside sources of financing.

For the Debtors' plan (the "Debtor Plan"), those outside sources of cash include a $15 million secured loan from Watermarke Properties, Inc. (or its designated affiliate) ("Watermarke"). See Debtor Plan at §§ IV.A., IV.E.

For Charlestown's plan (the "Charlestown Plan"), those sources include: (a) a contribution in the aggregate of $23.6 million from GAC Real Estate Partners, LLC, ("GAC") and Mount Kellett Capital Management LP ("Mount Kellett");[2] and (b) a $15 million secured loan from Mount Kellett. See Charlestown Plan at §§ IV.E.a., IV.E.b.; Exhibit "1" to "Notice of Filing of Commitment Letter in Support of Proposed Chapter 11 Plan of Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation" (the "GAC Commitment Letter") [Dkt. No. 2896] at pp. 1, 2.

### Documentation of Funding

Conditions precedent to the plan proponents' receipt of this funding include the appropriate documentation of the transactions. The Debtors' commitment letter with Watermarke provides:

> Conditions Precedent. Watermarke's and the Company's obligations under this Commitment, and our respective

---

[2] This includes a $17.7 million infusion from GAC and a $5.9 million infusion from Mount Kellett.

2

AHAMI\ 714520.2

>   agreements to perform the obligations described herein and in the Term Sheet, are subject to (a) the negotiation, execution and delivery of the definitive documentation with the respect to the Loan satisfactory to each of us and our respective legal counsel . . . .

Watermarke Commitment Letter at ¶ 4.

Likewise, GAC's and Mount Kellet's commitment letter with Charlestown provides:

>   <u>Conditions Precedent</u>.  GAC Real Estate shall be under no obligation to make the GAC Equity Investment and Mount Kellett shall be under no obligation to make [the] Mount Kellett Equity Investment or the Loan unless and until . . . (c) the Amended and Restated Operating Agreement and the Loan documents described in paragraph 5 hereof have been agreed to and entered into by the parties in accordance with paragraph 5 . . . .
>
>   <u>Operating Agreement</u>.  The GAC Equity Investment and the Mount Kellett Equity Investment will be subject to the terms and conditions set forth in an amended and restated operating agreement of MMPIA (the "<u>Amended and Restate Operating Agreement</u>") to be entered into among the Sponsors, GAC Real Estate and Mount Kellett on or before the Effective Date. . . . The remaining terms of the Amended and Restated Operating Agreement will be mutually agreed upon by GAC Real Estate, Mount Kellett and the Sponsors and shall be reasonably satisfactory to GAC Real Estate, Mount Kellett and the Sponsors.  The Loan will be subject to the terms and conditions set forth in a commercially reasonable loan and security agreement of MMPIA (the "<u>Loan Agreement</u>") to be entered into between MMPIA and Mount Kellett.

GAC Commitment Letter at ¶¶ 4, 5.

### The Need to Finalize the Funding Documents Prior to Confirmation

The confirmation proceedings are now nearing their end.  The contingencies to the proponents' receipt of the necessary funding for their respective plan -- including the completion of the various agreements and other papers documenting the transactions -- must be satisfied in short order.

The Committee understands that the documentation to support the funding of the Charlestown Plan has been finalized.  At the April 8, 2011, hearings before this Court, GAC's counsel informed the Court that all such documentation has been finalized and signed.  The Committee has requested a copy of such documentation.  Charlestown has advised that it will provide the documentation shortly.

3

AHAMI\ 714520.2

1  On the other hand, the Committee is not aware of the status of the documentation
2  necessary to the funding of the Debtor Plan.  If the event this Court is inclined to confirm
3  the Debtor Plan, the Committee requests that, prior to entry of such an order, any and all
4  documentation necessary for the Watermarke loan (or otherwise necessary to remove
5  that contingency) be finalized, signed and provided to the Committee for review.

6  Dated:  April 26, 2011              Respectfully submitted,

7                                       **Sulmeyer**Kupetz
                                        A Professional Corporation
8

9

10                                      By:  */s/ Dean G. Rallis Jr.*
                                             Dean G. Rallis Jr.
11                                           Bankruptcy Counsel to
                                             the Official Committee of Unsecured Creditors
12

AHAMI\ 714520.2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as  STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH APRIL 26, 2011 STATUS CONFERENCE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  April 26, 2011  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 305
Woodland Hills, CA 91367-6606

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 26, 2011 | Shirley L. Lee | /s/Shirley Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Michael C Abel    mca@dgdk.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Erin N Brady    enbrady@jonesday.com
- Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Carol Chow    CChow@Stutman.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marina Fineman    mfineman@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    egoldberg@stutman.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    akim@mrllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

- Lewis R Landau    lew@landaunet.com
- Dare Law    dare.law@usdoj.gov
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Daniel H Reiss    dhr@lnbyb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com
- Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                        **F 9013-3.1.PROOF.SERVICE**