JENNER & BLOCK LLP
Kenneth K. Lee  (Cal. Bar No. 264296)
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone:  213-239-5100
Facsimile:  213-239-5199
klee@jenner.com

JENNER & BLOCK LLP
Marc B. Hankin  (admitted *pro hac vice*)
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone:  212-891-1600
Facsimile:  212-891-1699
mhankin@jenner.com

RON ORR & PROFESSIONALS, INC.
Ronald S. Orr (Cal. Bar No. 54257)
578 Washington Blvd., #389
Marina Del Rey, CA  90292
Telephone:  310-301-4849
Facsimile:  310-301-6549
ronorresq@aol.com

RODIGER LAW OFFICE
Georgiana G. Rodiger, (Cal. Bar No. 94416)
272 South Los Robles Avenue
Pasadena, California  91101
Telephone:  626-793-7264
Facsimile:  626-793-7592
crodiger@rodigerlaw.com

Attorneys for Equity Committee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**MERUELO MADDUX PROPERTIES, INC.,**<br>**et al.**[1]<br><br>**Debtors and Debtors-in-Possession.**<br><br>**Affects all debtors**<br><br>. | CASE NO. 09-bk-13356-VK<br><br>Chapter 11<br><br>**EQUITY COMMITTEE'S JOINDER TO STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH APRIL 26, 2011 STATUS CONFERENCE**<br><br>Date:    April 28, 2011<br>Time:    2:30 p.m.<br>Place:   Courtroom 301<br>            United States Bankruptcy Court<br>            21041 Burbank Blvd.<br>            Woodland Hills, California |

---

[1]    This case is jointly administered with chapter 11 cases filed with the Court by numerous affiliated entities. The Debtors and debtors-in-possession and their respective tax identification numbers are identified in the *Order Directing The Joint Administration Of Related Cases* entered by the Court on April 7, 2009 (docket entry no. 30).

The Official Committee of Equity Holders (the "Equity Committee") joins in the Statement Of The Official Committee Of Unsecured Creditors In Connection With April 26, 2011 Status Conference (docket entry no. 3035) and states as follows:[2]

The Equity Committee supports the OCC's request that the Debtors make available all documentation necessary to finalize the secured loan by Watermarke Properties, Inc. contemplated by the Debtors' proposed plan of reorganization. The Equity Committee agrees with the OCC that the Debtors must provide such documentation to parties in interest for their review before this Court may consider confirming the Debtors' proposed plan and requests that the Watermarke loan documentation be provided to the Equity Committee.[3]

Dated: April 27, 2011               **JENNER & BLOCK LLP**

By      */s/ Marc B. Hankin*
          Kenneth K. Lee  (Cal. Bar No. 264296)
          Marc B. Hankin  (admitted *pro hac vice*)
          Attorneys for Equity Committee

---

[2] A status hearing on plan confirmation that was originally set for April 26, 2011, at 2:30 p.m. has been continued to April 28, 2011, at 2:30 p.m.

[3] As with the OCC, Charlestown has already agreed to provide to the Equity Committee a copy of the loan documentation applicable to Charlestown's plan of reorganization.