JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@dgdk.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zshechtman@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and
affiliated Debtors and Debtors-in-Possession

FILED & ENTERED

APR 29 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.[1]<br><br>    Debtors and Debtors-in-Possession.<br><br>☐   Affects all Debtors<br>☑   Affects the following Debtor(s):<br><br>Merco Group – 1308 S. Orchard, LLC (1:09-bk-13384-VK) | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Jointly Administered)<br><br>**ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 1308 S. ORCHARD AVENUE, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF LIENS, AND WAIVER OF 14-DAY STAY PER F.R.B.P. 6004(h)**<br><br>**[No hearing required]** |

The Court having considered the *Debtor-In-Possession's Motion for Authority to Sell Real Property Located at 1308 S. Orchard Avenue, Los Angeles, California, Free and Clear of Liens, and Waiver of 14-Day Stay Per F.R.B.P. 6004(h)* (the "Motion") (*docket entry no. 2966*), filed by

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

368658.02 [XP]    25195

Merco Group – 1308 S. Orchard, LLC ("MG 1308 S. Orchard"), all papers filed in support of the Motion including the Declaration of Richard Meruelo, and all of the other pleadings on file in the jointly administered bankruptcy cases of Meruelo Maddux Properties, Inc. and fifty-three of its affiliates ("MMPI" and the "Debtors"), having reviewed the *Charlestown Proponents' Statement of Non-Opposition to Debtors' Motion to Sell Property Free and Clear of Liens* (*docket entry no. 2998*), having found Dr. Lili Mirtorabi and Jason Samani, or their assignee (collectively, the "Buyer"), to be a good faith purchaser within the meaning of 11 U.S.C. § 363(m), having found that notice of the Motion was adequate and proper, for good cause appearing,

**IT IS ORDERED THAT:**

1. The Motion is granted in its entirety.

2. MG 1308 S. Orchard is authorized to convey fee title to the real property commonly known as 1308 S. Orchard Avenue, Los Angeles, California (the "Property") to the Buyer, for $1,015,000 pursuant to the terms and conditions of the purchase and sale agreement that was attached as Exhibit "2" to the Declaration of Richard Meruelo appended to the Motion. The legal description of the Property is set forth in Exhibit "A" hereto.

3. The sale shall be free and clear of all liens against the Property, which liens shall be removed from the Property, including without limitation the following: all real property tax liens in favor of the County of Los Angeles (the "County").

4. The County's tax liens against the Property shall be removed from the Property and shall attach to the sale proceeds with the same force, effect, validity and priority as such liens currently have against the Property. Real property taxes secured by such tax liens against the Property shall be paid on or before the closing or through escrow pursuant to the settlement agreement between MG 1308 S. Orchard and the County approved by the Court by order entered on or about August 13, 2010.

5. MG 1308 S. Orchard is authorized to pay through escrow all real property taxes and related charges owed to the County and ordinary and reasonable escrow and closing costs. Upon the making of such payment to the County, all liens in favor of the County shall be fully satisfied and discharged.

6. MG 1308 S. Orchard is authorized to pay through escrow a commission equal to 5% of the gross sales price to Buyer's real estate broker, Lee & Associates – ISG ("Lee & Associates").

7. The balance of the sales proceeds not utilized or set aside to pay ordinary and reasonable escrow and closing costs, the County and Lee & Associates shall constitute free and clear funds, not subject to, among other things, any liens.

8. The recordation of this order with the Los Angeles County Recorder's Office shall constitute a discharge, termination and cancellation as to the Property of liens against the Property without the need for reconveyance or release of such liens or other interests.

9. The Buyer shall be entitled to all of the protections afforded to good faith purchasers pursuant to 11 U.S.C. § 363(m).

10. MG 1308 S. Orchard is authorized to execute all documents and otherwise take all actions it deems necessary and appropriate to close the sale of the Property to the Buyer.

11. The fourteen day stay of enforcement of this Order set forth in Federal Rule of Bankruptcy Procedure 6004(h) is waived, and the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

# # # #

DATED: April 29, 2011

_____
United States Bankruptcy Judge

3

368658.02 [XP]      25195

**EXHIBIT A**

LEGAL DESCRIPTION

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

LOTS 11 AND 12 IN BLOCK "A" OF THE SHERMAN TRACT, IN THE CITY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 11, PAGE 100 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE NORTHERLY 10 FEET THEREOF CONVEYED TO THE CITY OF LOS ANGELES FOR STREET PURPOSES, BY DEEDS RECORDED IN BOOK 1289, PAGE 166 OF DEEDS, AND IN BOOK 1293, PAGE 141 OF DEEDS, RESPECTIVELY.

APN: 5056-004-007

368658.02 [XP]        25195

| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER: 11  CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 1308 S. ORCHARD AVENUE, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF LIENS, AND WAIVER OF 14-DAY STAY PER F.R.B.P. 6004(h)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served): On April 26, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 26, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery:
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

☒ Service information continued on attached page

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

<u>Via EMail</u>
Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri, rabiri@abiriszeto.com
Allison R Axenrod, allison@claimsrecoveryllc.com
Christopher J Bagnaschi, cb@cjblaw.com (special counsel for Debtors)
William C Bollard, eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com (counsel for Victory Outreach La Puente, Inc.)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for Taylor International Fund)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc., and Grand Avenue Lofts HOA)
Gary O Caris, gcaris@mckennalong.com (counsel for EDI Architecture)
James E Carlberg, jcarlberg@boselaw.com (counsel for Woodland Farms, Inc.)
Sara Chenetz, chenetz@blankrome.com (counsel for City National Bank)
Jacquelyn H Choi, jchoi@swjlaw.com (counsel for L.A. County Tax Collector)
Carol Chow, CChow@Stutman.com (counsel for Debtors)
Cynthia M Cohen, cynthiacohen@paulhastings.com (counsel for Global Asset Capital; special counsel for Charlestown and Hartland)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, emc@dgdk.com (counsel for Debtors)
Emily R Culler, eculler@stutman.com (counsel for Debtors)
Susan S Davis, sdavis@coxcastle.com (non-bankruptcy counsel for Debtors)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny, ddenny@gibsondunn.com
Jeffrey W Dulberg, jdulberg@pszjlaw.com (attorneys for Legendary)
Marina Fineman, mfineman@stutman.com (attorneys for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County Tax Collector)
Gabriel I Glazer, gglazer@stutman.com (counsel for Debtors)
Matthew A Gold, courts@argopartners.net
Michael J Gomez, mgomez@frandzel.com (counsel for Cathay Bank)
Michael I Gottfried, mgottfried@lgbfirm.com (counsel for SCI-Arc)
John A Graham, jag@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Jodie M Grotins, jgrotins@mcguirewoods.com (counsel for Esmark)
Peter J Gurfein, pgurfein@lgbfirm.com (counsel for Grand Avenue Lofts / CIM)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Creditors Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer, wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for City National Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau, lew@landaunet.com (conflicts counsel for Creditors Committee)

☒    Service information continued on attached page

- 2 -

368658.02 [XP]        25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Leib M Lerner, leib.lerner@alston.com (counsel for Ernst & Young)
Matthew A Lesnick, matt@lesnicklaw.com (counsel for Charlestown and Hartland)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien, katie.lien@sbcglobal.net; katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Board of Equalization)
Richard Malatt, rmalatt@gmail.com
Elmer D Martin, elmermartin@gmail.com (counsel for East West Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Creditors Committee)
Avi Muhtar, amuhtar@sulmeyerlaw.com (counsel for Creditors Committee)
Jeffrey P Nolan, jnolan@pszjlaw.com (counsel for Legendary)
Henry H Oh, henry.oh@dlapiper.com (special counsel for Debtors)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for John Maddux)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince, cprince@lesnickprince.com (counsel for Charlestown and Hartland)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Creditors Committee)
Kurt Ramlo, kurt.ramlo@dlapiper.com (special counsel for Debtors)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
James S Riley, tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County Tax Collector)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Creditors Committee)
Kenneth J Shaffer, jshaffer@stutman.com (counsel for Debtors)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.; Union Restaurant & Lounge)
Lori Sinanyan, lsinanyan@jonesday.com (counsel for East West Bank)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surjit@sonilaw.com (counsel for Legendary)
Bennett L Spiegel, blspiegel@jonesday.com (counsel for East West Bank)
James Stang, jstang@pszjlaw.com (counsel for Legendary)
Catherine Steege, csteege@jenner.com (counsel for Equity Committee)
Derrick Talerico, dtalerico@loeb.com (counsel for Canpartners)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer, dthayer@jenner.com (counsel for Equity Committee)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Creditors Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield, wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)
Michael A. Abramson, maalaw@hotmail.com (counsel for three creditors)
Anthony Arnold, aarnold@stutman.com (counsel for Debtors)
Marc B Hankin, mhankin@jenner.com (counsel for Equity Committee)
Curtis C Jung, ccjung@aol.com (counsel for East West Bank)
Gary E Klausner, gklausner@stutman.com (counsel for Debtors)
Sandra W Lavigna, LavignaS@sec.gov (counsel for the SEC)
Ronald S Orr, ronorresq@aol.com (counsel for Equity Committee)
Matthew Pakkala, matthew.pakkala@fticonsulting.com

☒ Service information continued on attached page

- 3 -

368658.02 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Freddie Reiss, freddie.reiss@fticonsulting.com
Georgiana G Rodiger, crodiger@rodigerlaw.com (counsel for Equity Committee)
Dean Steinbeck, deansteinbeck@bsalawfirm.com (counsel for Taylor International Fund)
Steve Voskanian, steve.voskanian@fticonsulting.com
Robert A Weinberg, raw@rweinberglaw.com
Matt Covington, MCovington@kginc.com (Kibel Green Inc.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 26, 2011 | JOHN N. TEDFORD, IV | */s/ John N. Tedford, IV* |
|---|---|---|
| Date | Type Name | Signature |

- 4 -

368658.02 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 1308 S. ORCHARD AVENUE, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF LIENS, AND WAIVER OF 14-DAY STAY PER F.R.B.P. 6004(h)** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 26, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri, rabiri@abiriszeto.com
Allison R Axenrod, allison@claimsrecoveryllc.com
Christopher J Bagnaschi, cb@cjblaw.com (special counsel for Debtors)
William C Bollard, eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com (counsel for Victory Outreach La Puente, Inc.)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for Taylor International Fund)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc., and Grand Avenue Lofts HOA)
Gary O Caris, gcaris@mckennalong.com (counsel for EDI Architecture)
James E Carlberg, jcarlberg@boselaw.com (counsel for Woodland Farms, Inc.)
Sara Chenetz, chenetz@blankrome.com (counsel for City National Bank)
Jacquelyn H Choi, jchoi@swjlaw.com (counsel for L.A. County Tax Collector)
Carol Chow, CChow@Stutman.com (counsel for Debtors)
Cynthia M Cohen, cynthiacohen@paulhastings.com (counsel for Global Asset Capital; special counsel for Charlestown and Hartland)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, emc@dgdk.com (counsel for Debtors)
Emily R Culler, eculler@stutman.com (counsel for Debtors)
Susan S Davis, sdavis@coxcastle.com (non-bankruptcy counsel for Debtors)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny, ddenny@gibsondunn.com

☒ Service information continued on attached page

368658.02 [XP]    25195

| | |
|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |

Jeffrey W Dulberg, jdulberg@pszjlaw.com (attorneys for Legendary)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County Tax Collector)
Gabriel I Glazer, gglazer@stutman.com (counsel for Debtors)
Matthew A Gold, courts@argopartners.net
Michael J Gomez, mgomez@frandzel.com (counsel for Cathay Bank)
Michael I Gottfried, mgottfried@lgbfirm.com (counsel for SCI-Arc)
John A Graham, jag@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Jodie M Grotins, jgrotins@mcguirewoods.com (counsel for Esmark)
Peter J Gurfein, pgurfein@lgbfirm.com (counsel for Grand Avenue Lofts / CIM)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Creditors Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer, wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for City National Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau, lew@landaunet.com (conflicts counsel for Creditors Committee)
Leib M Lerner, leib.lerner@alston.com (counsel for Ernst & Young)
Matthew A Lesnick, matt@lesnicklaw.com (counsel for Charlestown and Hartland)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien, katie.lien@sbcglobal.net; katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Board of Equalization)
Richard Malatt, rmalatt@gmail.com
Elmer D Martin, elmermartin@gmail.com (counsel for East West Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Creditors Committee)
Avi Muhtar, amuhtar@sulmeyerlaw.com (counsel for Creditors Committee)
Jeffrey P Nolan, jnolan@pszjlaw.com (counsel for Legendary)
Henry H Oh, henry.oh@dlapiper.com (special counsel for Debtors)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for John Maddux)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince, cprince@lesnickprince.com (counsel for Charlestown and Hartland)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Creditors Committee)
Kurt Ramlo, kurt.ramlo@dlapiper.com (special counsel for Debtors)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
James S Riley, tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County Tax Collector)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Creditors Committee)
Kenneth J Shaffer, jshaffer@stutman.com (counsel for Debtors)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)

☒ Service information continued on attached page

368658.02 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

David B Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.; Union Restaurant & Lounge)
Lori Sinanyan, lsinanyan@jonesday.com (counsel for East West Bank)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surjit@sonilaw.com (counsel for Legendary)
Bennett L Spiegel, blspiegel@jonesday.com (counsel for East West Bank)
James Stang, jstang@pszjlaw.com (counsel for Legendary)
Catherine Steege, csteege@jenner.com (counsel for Equity Committee)
Derrick Talerico, dtalerico@loeb.com (counsel for Canpartners)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer, dthayer@jenner.com (counsel for Equity Committee)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Creditors Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield, wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

368658.02 [XP]    25195