| | |
|---|---|
| JOHN N. TEDFORD, IV (State Bar No. 205537)<br>*JTedford@DGDK.com*<br>ENID M. COLSON (State Bar No. 189912)<br>*EColson@DGDK.com*<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, California 90067-2904<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735 | **FILED & ENTERED**<br><br>APR 29 2011<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY harraway DEPUTY CLERK** |

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX PROPERTIES, INC., et al.,[1]

    Debtors and Debtors-in-Possession.

☑    Affects all Debtors

☐    Affects the following Debtor(s):

)  Case No. 1:09-bk-13356-VK
)
)  Chapter 11
)
)  (Jointly Administered)
)
)
)  **ORDER GRANTING THE DEBTORS'**
)  **MOTION FOR ORDER EXTENDING**
)  **AUTHORITY FOR THE USE OF CASH**
)  **COLLATERAL AND TO MAINTAIN**
)  **CASH MANAGEMENT SYSTEM**
)  **THROUGH JULY 31, 2011**
)
)  Date:    April 28, 2011
)  Time:    2:30 p.m.
)  Place:   Courtroom 301
)            21051 Burbank Blvd.
)            Woodland Hills, California
)
)

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

1

1  On April 28, 2011, the Court held a hearing on the *Motion for Order Extending Authority
2  for the Use of Cash Collateral and to Maintain Cash Management System through July 31, 2011*
3  (the "Motion") (*docket entry no. 2958*), filed by the above-captioned debtors and debtors-in-
4  possession (collectively the "Debtors"), the Honorable Victoria S. Kaufman, United States
5  Bankruptcy Judge, presiding.  All appearances were as noted on the record at the hearing.

6  The Court having considered, among other things, the Motion and the evidence submitted
7  by the Debtors in support thereof, including the Declaration of Andrew Murray (the "Murray
8  Declaration"), the Court's *Order Authorizing the Debtors' Use of Cash Collateral on a Final Basis
9  and Approving the Debtors' Use of Its Cash Management System* (*docket entry no. 1016*), the
10 Court's *Order Granting Debtors' Motion for Order Extending Authority for the Use of Cash
11 Collateral and to Maintain Cash Management System through June 30, 2010* (*docket entry no.
12 1243*), the Court's *Order Granting the Debtors' Motion for Order Extending Authority for the Use
13 of Cash Collateral and to Maintain Cash Management System through September 30, 2010* (*docket
14 entry no. 1735*), the Court's *Order Granting the Debtors' Motion for Order Extending Authority
15 for the Use of Cash Collateral and to Maintain Cash Management System through January 31,
16 2011* (*docket entry no. 1899*), the Court's *Order Granting the Debtors' Motion for Order
17 Extending Authority for the Use of Cash Collateral and to Maintain Cash Management System
18 through April 30, 2011* (the "February 2011 Cash Collateral Order") (*docket entry no. 2727*) and
19 the Court's *Order Granting the Debtors' Motion for Order Designating Real Properties Owned by
20 Debtors Merco Group – 5707 S. Alameda, LLC, and Meruelo Maddux – 1000 E. Cesar Chavez,
21 LLC, as the Cash Collateral Replacement Lien Property Pool* (the "Designation Order") (*docket
22 entry no. 2478*), the opposition filed by Bank of America (*docket entry nos. 2978, 2979 and 2980*),
23 the statement of non-opposition filed by Chinatrust Bank (*docket entry no. 2981*), and the Debtors'
24 reply (*docket entry no. 3014*) having heard the statements of counsel at the hearing, for the reasons
25 stated by the Court on the record,

26  **IT IS ORDERED THAT:**

27  1.  The Motion is granted on final basis.

28

2. The Debtors' request for an extension of the authority to use cash collateral granted previously by the February 2011 Cash Collateral Order through April 30, 2011, is approved. Subject to the terms and conditions provided herein, the Debtors are authorized to use cash collateral of the "Cash Collateral Creditors" identified in paragraphs 7 through 9 below with respect to the "Cash Collateral Properties" identified in paragraphs 7 through 9 below.

3. With respect to each Cash Collateral Property, the Debtors are authorized to use cash collateral generated by the Cash Collateral Property through July 31, 2011.

4. The use of cash collateral shall be in the amounts and for the expenses set forth in the projections attached to the Murray Declaration. Absent further order of the Court, as to each Debtor owning a Cash Collateral Property, the Debtor shall not deviate in its usage of cash collateral by more than 20% in the aggregate of all the line item expenditures from that projected for that Debtor for the direct expenses of that Debtor, and the Debtors shall only expend such funds as are necessary to operate and preserve their business. The term "direct expenses" does not include the line item for the Direct Corporate Property Management fee assessed against each of the Debtors owning a Cash Collateral Property, and that expense is limited in amount to that set forth in the projections attached to the Murray Declaration for each Cash Collateral Property.

5. After utilizing cash collateral generated by a Cash Collateral Property to pay the direct expenses of preserving, maintaining and operating the Cash Collateral Property, any excess cash collateral generated by the Cash Collateral Property may be utilized by any other Debtor to pay its ordinary direct costs and expenses of preserving, maintaining and operating its property and business, including the general administrative expenses provided by Service Level Debtors, as that term has been defined in the case, subject to the provisions of paragraph 4 above. Notwithstanding the foregoing, absent further order of the Court, the Debtors shall not use cash collateral to pay for the expenses of Meruelo Maddux – 845 S. Flower Street, LLC, Meruelo Chinatown, LLC, or of any non-debtor affiliate.

6. As and for adequate protection for the use of the Cash Collateral Creditors' cash collateral, in addition to the equity in the Cash Collateral Properties protecting the Cash Collateral

3

Creditors' interests therein, the Court hereby orders as a base level of adequate protection ("Base Adequate Protection") the following:

    a.    each Cash Collateral Creditor is hereby granted a replacement lien in its respective postpetition cash collateral, with the same force, effect, validity and priority of the liens held by the Cash Collateral Creditor in or against its respective prepetition real property collateral;

    b.    the Debtors shall maintain and preserve the Cash Collateral Properties by payment of the ordinary expenses for maintaining and preserving the real property collateral; and

    c.    the Debtors shall pay real property taxes due and payable on and after November 1, 2009, owing to the County of Los Angeles assessed against the Cash Collateral Properties on or before the date on which such taxes are due and payable without penalty.

7.    The interests of the following Cash Collateral Creditors in cash collateral generated by the following Cash Collateral Properties are found and determined to be adequately protected by the Base Adequate Protection and no further adequate protection need be provided:

| Cash Collateral Creditor | Cash Collateral Property |
|---|---|
| 1248 Figueroa Street, LLC | 2529 S. Santa Fe Avenue, Los Angeles, California, APN 6302-008-010, owned by Merco Group – 2529 Santa Fe Avenue, LLC |
| Bank of America | numerous street addresses, including 1150 S. Grand Avenue, Los Angeles, California, APNs 5139-019-040, 5139-020-016, 5139-020-022, 5139-020-024, 5139-024-003, 5139-024-014, 5139-024-015, and 5139-024-016, owned by Merco Group – Southpark, LLC (the "Southpark Property") |
| Cathay Bank | 1312 E. 7th Street, Los Angeles, California, APN 5146-009-003 (the "7th Street Produce Market"), and 761 Terminal Street, Los Angeles, California, APNs 5146-009-004 and 5146-009-005 ("Alameda Square"), owned by Alameda Produce Market, LLC |
| City National Bank | 815 E. Temple Street, 210 & 234 Center Street, and 740 Jackson Street, Los Angeles, California, APNs 5173-022-001, 5173-022-002, 5173-022-004, 5173-022-005 and 5173-015-003, owned by Meruelo Farms, LLC |
| City National Bank | 915-949 S. Hill Street, Los Angeles, California, APNs 5139-004-004, 5139-004-005, 5139-004-006, 5139-004-007, 5139-004-008, 5139-004-009, 5139-004-020 and 5139-004-024, owned by Meruelo Maddux – 915-949 S. Hill Street, LLC |

| Cash Collateral Creditor | Cash Collateral Property |
|---|---|
| City National Bank | 1919 Vineburn, Los Angeles, California, APNs 5215-014-005 and 5215-014-006, Meruelo Maddux Properties – 1919 Vineburn Street, LLC |
| East West Bank | 419 E. 9th Street, Los Angeles, California, APN 5145-011-015, owned by Meruelo Wall Street, LLC |
| East West Bank | 2640 E. Washington Boulevard, Los Angeles, California, APN 5168-017-012, owned by 2640 Washington Boulevard, LLC |
| Yoshiaki Murakami and Fumiko Murakami, as Co-Trustees of the Revocable Trust of Yoshiaki Murakami and Fumiko Murakami U/T/A Dated June 16, 1988, and Yoshiaki Murakami, an individual | 1510 Griffith Avenue, Los Angeles, California, APNs 5132-025-004, 5132-025-006 and 5132-025-017, owned by Merco Group – 1500 Griffith Avenue, LLC |
| Pacific Commerce Bank | 729 E. Temple Street, 718-736 Jackson Street, and 223 Center Street, Los Angeles, California, APNs 5173-015-006, 5173-014-001 and 5173-014-002, owned by Meruelo Farms, LLC |
| The Stanford Group, L.P. | 905 E. 8th Street, Los Angeles, California, APN 5146-029-039, owned by 905 8th Street, LLC |
| Wells Fargo Bank, N.A., successor by consolidation to Wells Fargo Bank Minnesota, National Association as Trustee for the Registered Certificateholders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2002-C1 acting by and through Berkadia Commercial Mortgage, Inc., its Special Servicer | 2445, 2460 and 2535 E. 12th Street, Los Angeles, California, APNs 5168-003-013, 5168-005-021 and 5168-004-001, owned by Santa Fe Commerce Center, Inc. |

8.  The interests of the following Cash Collateral Creditors (hereinafter referred to as the "Replacement Lien Cash Collateral Creditors") in cash collateral generated from the following Cash Collateral Properties are found and determined not to be adequately protected by the Base Adequate Protection alone. With regard to the Debtors' use of cash collateral for the period from the Petition Date through July 31, 2011, the Replacement Lien Cash Collateral Creditors' interests in cash collateral generated from the following Cash Collateral Properties are found and determined to be adequately protected by the Base Adequate Protection plus a replacement lien on properties

5

constituting the "Replacement Lien Property Pool" as set forth in the Designation Order in the following amounts:

| Cash Collateral Creditor | Cash Collateral Property | Adequate Protection |
|---|---|---|
| California Bank & Trust | 788 South Alameda Street, Los Angeles, California, APN 5166-031-014, owned by 788 South Alameda, LLC | (1) Base Adequate Protection, (2) cash payments of $24,000 per month as further set forth in paragraph 11 below, and (3) a lien on the Replacement Lien Property Pool in an amount equal to the amount of cash collateral actually used from March 27, 2009, through July 31, 2011, or such shorter period if the use of cash collateral is terminated before such period expires |
| Chinatrust Bank, USA | 3185 E. Washington Boulevard, Los Angeles, California, APN 5169-020-003, owned by Merco Group – 3185 E. Washington Boulevard, LLC | (1) Base Adequate Protection, (2) cash payments of $32,000 per month as further set forth in paragraph 11 below, and (3) a lien on the Replacement Lien Property Pool in an amount equal to the lesser of (a) the cash collateral actually used from March 27, 2009, through July 31, 2011, or such shorter period if the use of cash collateral is terminated before such period expires, or (b) interest that would accrue at the default rate from March 27, 2009, through July 31, 2011, or such shorter period if the use of cash collateral is terminated before such period expires, less cash payments made pursuant hereto |

9. The interests of Bank of America in cash collateral generated from the Cash Collateral Properties commonly known as 760 S. Hill Street and 325 W. 8th Street, Los Angeles, California, APNs 5144-014-046 through 5144-014-139, owned by Meruelo Maddux Properties –

6

Case 1:09-bk-13356-VK    Doc 3045    Filed 04/29/11    Entered 04/29/11 15:26:27    Desc
Main Document    Page 7 of 16

760 S. Hill Street, LLC (the "Union Lofts Property"), is found and determined not to be adequately protected by the Base Adequate Protection alone. With regard to the Debtors' use of cash collateral for the period from the Petition Date through July 31, 2011, Bank of America's interests in cash collateral generated by the Union Lofts Property is found and determined to be adequately protected by (1) the Base Adequate Protection, (2) cash payments of $20,000 per month as further set forth in paragraph 11 below, and (3) a junior replacement lien against the Southpark Property in an amount equal to the interest that has and will accrue at the default rate from August 1, 2009, through July 31, 2011, or such shorter period if the use of cash collateral is terminated before such period expires.

10. For purposes of the foregoing, where it is ordered that the amount of adequate protection to be provided by the Debtors is to be calculated based upon the amount equal to the "cash collateral actually used," such phrase means the total cash collateral generated by the Cash Collateral Property, less the direct expenses of maintenance, operation and preservation of the real property collateral, less any real property taxes paid, and less the cash payments made pursuant to paragraphs 8 and 9 above. If adequate protection is measured by the amount equal to the cash collateral actually used, when estimating the amount to be used through a future date the estimated amount going forward will be the monthly average of the net amount as of the effective date of the calculation. The amount used under the allocation for general corporate overhead, the line item described as Direct Corporate Property Management, should be included in the amount to be protected rather than treated as a direct expense.

11. Cash payments required to be made pursuant to paragraphs 8 and 9 above shall be due on the first business day of each month. If a payment is not made within fifteen days after the date it is due, the relevant Debtor will be charged a late charge equal to 4.0% of the unpaid amount, which late charge must be paid to satisfy the Debtor's cash payment obligation required by paragraphs 8 and 9 above.

12. A determination as to whether cash payments required by paragraphs 8 and 9 above shall be applied to the principal balance of the loan or to accrued interest is deferred. In the event that the Cash Collateral Creditor is determined to be undersecured, cash payments shall be applied

7

C:\Documents and Settings\cmc\My Documents\367812-v2-MMPI_Cash Collateral_order_through_7_31_11_.DOC.1 [XP]    25195

to principal amount of the loan.  In the event that the Cash Collateral Creditor is determined to be oversecured, cash payments shall be applied to accrued interest.

13. Nothing in this order shall be deemed to grant Cash Collateral Creditors a right to recover an amount in excess of the amounts to which they are entitled under their respective loan documents.

14. The lien or charge granted hereby to the relevant Replacement Lien Cash Collateral Creditors on the Replacement Lien Property Pool shall be and is granted *parri passu*.  Matters concerning the enforcement of such lien or charge, if necessary, shall be deferred for further proceedings before the Court.

15. The Debtors' request for an extension of the authority to use their integrated Cash Management System granted previously by the February 2011 Cash Collateral Order through April 30, 2011, is approved.  The Debtors are authorized to use their Cash Management System through July 31, 2011.  In connection therewith:

    a. the Debtors are authorized, but not directed, to continue the operation of their businesses, to transfer monies from Debtor to Debtor as necessary and appropriate, to continue utilizing their Cash Management System to manage their cash, to pay intercompany payables and to extend intercompany credit, in a manner consistent with the Debtors' prepetition practice; provided, however, that the Debtors shall not make any payment against or pay down a prepetition intercompany balance or debt; and

    b. all intercompany claims against a Debtor by another Debtor arising after the Petition Date as a result of intercompany transfers made in the ordinary course of business shall be accorded administrative expense priority under §§ 503(b) and 507(a)(2) of the Bankruptcy Code.

16. Nothing herein shall prevent or prohibit the Debtors or the Cash Collateral Creditors from seeking to modify or terminate this order in connection with a confirmed plan or plans of reorganization or otherwise.

17. Nothing herein modifies or alters any separate order entered by the Court on a Cash Collateral Creditor's motion for relief from stay.

18. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this order.

# # # # #

DATED: April 29, 2011

_____
United States Bankruptcy Judge

| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER: 11  CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER GRANTING THE DEBTORS' MOTION FOR ORDER EXTENDING AUTHORITY FOR THE USE OF CASH COLLATERAL AND TO MAINTAIN CASH MANAGEMENT SYSTEM THROUGH JULY 31, 2011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 29, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 29, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery:
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

☒ Service information continued on attached page

- 1 -

C:\Documents and Settings\cmc\My Documents\367812-v2-MMPI_Cash Collateral_order_through_7_31_11_.DOC.1 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

<u>Via EMail</u>
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)
Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri, rabiri@abiriszeto.com
Allison R Axenrod, allison@claimsrecoveryllc.com
Christopher J Bagnaschi, cb@cjblaw.com (special counsel for Debtors)
William C Bollard, eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com (counsel for Victory Outreach La Puente, Inc.)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for Taylor International Fund)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc., and Grand Avenue Lofts HOA)
Gary O Caris, gcaris@mckennalong.com (counsel for EDI Architecture)
James E Carlberg, jcarlberg@boselaw.com (counsel for Woodland Farms, Inc.)
Sara Chenetz, chenetz@blankrome.com (counsel for City National Bank)
Jacquelyn H Choi, jchoi@swjlaw.com (counsel for L.A. County Tax Collector)
Carol Chow, CChow@Stutman.com (counsel for Debtors)
Cynthia M Cohen, cynthiacohen@paulhastings.com (counsel for Global Asset Capital; special counsel for Charlestown and Hartland)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, emc@dgdk.com (counsel for Debtors)
Emily R Culler, eculler@stutman.com (counsel for Debtors)
Susan S Davis, sdavis@coxcastle.com (non-bankruptcy counsel for Debtors)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny, ddenny@gibsondunn.com
Jeffrey W Dulberg, jdulberg@pszjlaw.com (attorneys for Legendary)
Marina Fineman, mfineman@stutman.com (attorneys for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County Tax Collector)
Gabriel I Glazer, gglazer@stutman.com (counsel for Debtors)
Matthew A Gold, courts@argopartners.net
Michael J Gomez, mgomez@frandzel.com (counsel for Cathay Bank)
Michael I Gottfried, mgottfried@lgbfirm.com (counsel for SCI-Arc)
John A Graham, jag@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Jodie M Grotins, jgrotins@mcguirewoods.com (counsel for Esmark)
Peter J Gurfein, pgurfein@lgbfirm.com (counsel for Grand Avenue Lofts / CIM)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Creditors Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer, wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for City National Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau, lew@landaunet.com (conflicts counsel for Creditors Committee)

☒   Service information continued on attached page

- 2 -

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Leib M Lerner, leib.lerner@alston.com (counsel for Ernst & Young)
Matthew A Lesnick, matt@lesnicklaw.com (counsel for Charlestown and Hartland)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien, katie.lien@sbcglobal.net; katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Board of Equalization)
Richard Malatt, rmalatt@gmail.com
Elmer D Martin, elmermartin@gmail.com (counsel for East West Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Creditors Committee)
Avi Muhtar, amuhtar@sulmeyerlaw.com (counsel for Creditors Committee)
Jeffrey P Nolan, jnolan@pszjlaw.com (counsel for Legendary)
Henry H Oh, henry.oh@dlapiper.com (special counsel for Debtors)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for John Maddux)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince, cprince@lesnickprince.com (counsel for Charlestown and Hartland)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Creditors Committee)
Kurt Ramlo, kurt.ramlo@dlapiper.com (special counsel for Debtors)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards, jrichards@pszjlaw.com (counsel for Legendary)
James S Riley, tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County Tax Collector)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Creditors Committee)
Kenneth J Shaffer, jshaffer@stutman.com (counsel for Debtors)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.; Union Restaurant & Lounge)
Lori Sinanyan, lsinanyan@jonesday.com (counsel for East West Bank)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surjit@sonilaw.com (counsel for Legendary)
Bennett L Spiegel, blspiegel@jonesday.com (counsel for East West Bank)
James Stang, jstang@pszjlaw.com (counsel for Legendary)
Catherine Steege, csteege@jenner.com (counsel for Equity Committee)
Derrick Talerico, dtalerico@loeb.com (counsel for Canpartners)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer, dthayer@jenner.com (counsel for Equity Committee)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Creditors Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield, wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)
Michael A. Abramson, maalaw@hotmail.com (counsel for three creditors)
Anthony Arnold, aarnold@stutman.com (counsel for Debtors)
Marc B Hankin, mhankin@jenner.com (counsel for Equity Committee)
Curtis C Jung, ccjung@aol.com (counsel for East West Bank)
Gary E Klausner, gklausner@stutman.com (counsel for Debtors)
Sandra W Lavigna, LavignaS@sec.gov (counsel for the SEC)
Ronald S Orr, ronorresq@aol.com (counsel for Equity Committee)
Matthew Pakkala, matthew.pakkala@fticonsulting.com

☒  Service information continued on attached page

- 3 -

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Freddie Reiss, freddie.reiss@fticonsulting.com
Georgiana G Rodiger, crodiger@rodigerlaw.com (counsel for Equity Committee)
Dean Steinbeck, deansteinbeck@bsalawfirm.com (counsel for Taylor International Fund)
Steve Voskanian, steve.voskanian@fticonsulting.com
Robert A Weinberg, raw@rweinberglaw.com
Matt Covington, MCovington@kginc.com (Kibel Green Inc.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | CINDY M. CRIPE | */s/ Cindy M. Cripe* |
|---|---|---|
| Date | Type Name | Signature |

- 4 -

| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11 CASE NUMBER 1:09-bk-13356-VK |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER GRANTING THE DEBTORS' MOTION FOR ORDER EXTENDING AUTHORITY FOR THE USE OF CASH COLLATERAL AND TO MAINTAIN CASH MANAGEMENT SYSTEM THROUGH JULY 31, 2011** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 29, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel, mca@dgdk.com (counsel for Debtors)
Robert Abiri, rabiri@abiriszeto.com
Allison R Axenrod, allison@claimsrecoveryllc.com
Christopher J Bagnaschi, cb@cjblaw.com (special counsel for Debtors)
William C Bollard, eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com (counsel for Victory Outreach La Puente, Inc.)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for Taylor International Fund)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc., and Grand Avenue Lofts HOA)
Gary O Caris, gcaris@mckennalong.com (counsel for EDI Architecture)
James E Carlberg, jcarlberg@boselaw.com (counsel for Woodland Farms, Inc.)
Sara Chenetz, chenetz@blankrome.com (counsel for City National Bank)
Jacquelyn H Choi, jchoi@swjlaw.com (counsel for L.A. County Tax Collector)
Carol Chow, CChow@Stutman.com (counsel for Debtors)
Cynthia M Cohen, cynthiacohen@paulhastings.com (counsel for Global Asset Capital; special counsel for Charlestown and Hartland)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, emc@dgdk.com (counsel for Debtors)
Emily R Culler, eculler@stutman.com (counsel for Debtors)
Susan S Davis, sdavis@coxcastle.com (non-bankruptcy counsel for Debtors)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny, ddenny@gibsondunn.com

☒ Service information continued on attached page

1

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Jeffrey W Dulberg, jdulberg@pszjlaw.com (attorneys for Legendary)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County Tax Collector)
Gabriel I Glazer, gglazer@stutman.com (counsel for Debtors)
Matthew A Gold, courts@argopartners.net
Michael J Gomez, mgomez@frandzel.com (counsel for Cathay Bank)
Michael I Gottfried, mgottfried@lgbfirm.com (counsel for SCI-Arc)
John A Graham, jag@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Jodie M Grotins, jgrotins@mcguirewoods.com (counsel for Esmark)
Peter J Gurfein, pgurfein@lgbfirm.com (counsel for Grand Avenue Lofts / CIM)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Creditors Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer, wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for City National Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau, lew@landaunet.com (conflicts counsel for Creditors Committee)
Leib M Lerner, leib.lerner@alston.com (counsel for Ernst & Young)
Matthew A Lesnick, matt@lesnicklaw.com (counsel for Charlestown and Hartland)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien, katie.lien@sbcglobal.net; katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Board of Equalization)
Richard Malatt, rmalatt@gmail.com
Elmer D Martin, elmermartin@gmail.com (counsel for East West Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Creditors Committee)
Avi Muhtar, amuhtar@sulmeyerlaw.com (counsel for Creditors Committee)
Jeffrey P Nolan, jnolan@pszjlaw.com (counsel for Legendary)
Henry H Oh, henry.oh@dlapiper.com (special counsel for Debtors)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for John Maddux)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince, cprince@lesnickprince.com (counsel for Charlestown and Hartland)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Creditors Committee)
Kurt Ramlo, kurt.ramlo@dlapiper.com (special counsel for Debtors)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards, jrichards@pszjlaw.com (counsel for Legendary)
James S Riley, tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County Tax Collector)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Creditors Committee)
Kenneth J Shaffer, jshaffer@stutman.com (counsel for Debtors)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)

☒ Service information continued on attached page

2

| In re: MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

David B Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.; Union Restaurant & Lounge)
Lori Sinanyan, lsinanyan@jonesday.com (counsel for East West Bank)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surjit@sonilaw.com (counsel for Legendary)
Bennett L Spiegel, blspiegel@jonesday.com (counsel for East West Bank)
James Stang, jstang@pszjlaw.com (counsel for Legendary)
Catherine Steege, csteege@jenner.com (counsel for Equity Committee)
Derrick Talerico, dtalerico@loeb.com (counsel for Canpartners)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer, dthayer@jenner.com (counsel for Equity Committee)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Creditors Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield, wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

3

C:\Documents and Settings\cmc\My Documents\367812-v2-MMPI_Cash Collateral_order_through_7_31_11_.DOC.1 [XP]    25195