1 | Michael Gerard Fletcher (State Bar No. 070849)
Bernard R. Given, II (State Bar No. 134718)
2 | Michael J. Gomez (State Bar No. 251571)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
3 | 6500 Wilshire Boulevard
Seventeenth Floor
4 | Los Angeles, California 90048-4920
Telephone: (323) 852-1000
5 | Facsimile: (323) 651-2577

6 | Attorneys for Cathay Bank

7 | ## UNITED STATES BANKRUPTCY COURT

8 | ## CENTRAL DISTRICT OF CALIFORNIA

9 | ## SAN FERNANDO VALLEY DIVISION

10

11 | In re

12 | MERUELO MADDUX PROPERTIES, INC., et al.,[1]

13 |      Debtor and Debtor-in-Possession.

14 | ☒    Affects All Debtors

15 | ☐    Affects the following Debtor(s):,

16

CASE No. 1:09-bk-13356-VK

Chapter 11

(Jointly Administered)

**CATHAY BANK'S NOTICE OF APPEAL**

---

[1] Pursuant to the Court's order this case is being jointly administered with 53 other chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK, 1:09-bk-13356-VK, 1:09-bk-13358-VK, 1:09-bk-13359-VK, 1:09-bk-13360-VK, 1:09-bk-13361-VK, 1:09-bk-13362-VK, 1:09-bk-13363-VK, 1:09-bk-13364-VK, 1:09-bk-13365-VK, 1:09-bk-13366-VK, 1:09-bk-13367-VK, 1:09-bk-13368-VK, 1:09-bk-13369-VK, 1:09-bk-13370-VK, 1:09-bk-13371-VK, 1:09-bk-13372-VK, 1:09-bk-13373-VK, 1:09-bk-13374-VK, 1:09-bk-13375-VK, 1:09-bk-13376-VK, 1:09-bk-13377-VK, 1:09-bk-13378-VK, 1:09-bk-13379-VK, 1:09-bk-13380-VK, 1:09-bk-13381-VK, 1:09-bk-13382-VK, 1:09-bk-13383-VK, 1:09-bk-13384-VK, 1:09-bk-13385-VK, 1:09-bk-13386-VK, 1:09-bk-13387-VK, 1:09-bk-13388-VK, 1:09-bk-13389-VK, 1:09-bk-13390-VK, 1:09-bk-13391-VK, 1:09-bk-13392-VK, 1:09-bk-13393-VK, 1:09-bk-13394-VK, 1:09-bk-13395-VK, 1:09-bk-13396-VK, 1:09-bk-13397-VK, 1:09-bk-13398-VK, 1:09-bk-13399-VK, 1:09-bk-13400-VK, 1:09-bk-13401-VK, 1:09-bk-13402-VK, 1:09-bk-13403-VK, 1:09-bk-13404-VK, 1:09-bk-13405-VK, 1:09-bk-13406-VK, 1:09-bk-13407-VK, 1:09-bk-13434-VK, 1:09-bk-13439-VK.

**NOTICE IS HEREBY GIVEN** that Appellant Cathay Bank appeals from (1) the "Order Granting Equity Committee's Motion to Reconsider Order Approving Settlement with Cathay Bank" (the "9024 Order") (Docket No. 3008) and (2) the "Order Denying Cathay Bank's Motion to Strike" (the "Strike Order") (Docket No. 3009) of the Honorable Victoria S. Kaufman entered on April 20, 2011 under 28 U.S.C. § 158(a)(1). A true and correct copy of the 9024 Order is attached as Exhibit "1" and is incorporated herein by reference. A true and correct copy of the Strike Order is attached as Exhibit "2" and is incorporated herein by reference. The names of all parties to the orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Appellant: | Cathay Bank |
| Attorneys: | Michael Gerard Fletcher, Bernard R. Given II, and Michael J. Gomez |
| | Frandzel Robins Bloom & Csato, L.C. |
| | 6500 Wilshire Blvd., 17th Floor |
| | Los Angeles, CA 90048 |
| | (323) 852-1000 |
| | |
| Appellee: | The Official Committee of Equity Holders for |
| | Meruelo Maddux Properties, Inc. |
| Attorneys: | Kenneth K. Lee |
| | Jenner & Block LLP |
| | 633 West 5th Street, Suite 3500 |
| | Los Angeles, CA 90071 |
| | (213) 239-5100 |
| | |
| | Marc B. Hankin |
| | Jenner & Block LLP |
| | 919 Third Avenue, 37th Floor |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

836468.1 | 023000-0710

1   New York, NY 10022

2   (212) 891-1600

3

4   Ronald S. Orr

5   Ron Orr & Professionals, Inc.

6   578 Washington Blvd., # 389

7   Marina Del Rey, CA 90292

8   (310) 301-4849

9

10   Georgiana G. Rodiger

11   Rodiger Law Office

12   272 South Los Robles Ave.

13   Pasadena, CA 91101

14   (626) 793-7264

15

16   Respondent:   Meruelo Maddux Properties, Inc., *et al.*

17   Attorneys:   John N. Tedford, IV, Enid M. Colson, and Michael C. Abel

18   Danning, Gill, Diamond & Kollitz, LLP

19   2029 Century Park East, Third Floor

20   Los Angeles, CA 90067

21   (310) 277-0077

22

23   Gary E. Klausner and Stephan M. Ray

24   Stutman, Treister & Glatt, Professional Corporation

25   1901 Avenue of the Stars, 12th Floor

26   Los Angeles, CA 90067

27   (310) 228-5600

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1     <u>Respondent:</u>    The Official Committee of Unsecured Creditors for

2                        Meruelo Maddux Properties, Inc., *et al.*

3     Attorneys:    Victor A. Sahn, Dean G. Rallis Jr., and Asa S. Hami

4                        SulmeyerKupetz

5                        333 South Hope Street, Thirty-Fifth Floor

6                        Los Angeles, CA 90071

7                        (213) 626-2311

8

9

10 DATED: May 4, 2011             Respectfully submitted,

11                        FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                     MICHAEL GERARD FLETCHER

12                        BERNARD R. GIVEN II

13                        MICHAEL J. GOMEZ

14

15                      By:  /s/ Michael J. Gomez

16                          MICHAEL J. GOMEZ
                         Attorneys for Cathay Bank

17

18

19

20

21

22

23

24

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

# EXHIBIT 1

1  JENNER & BLOCK LLP
   Kenneth K. Lee  (Cal. Bar No. 264296)
2  633 West 5th Street, Suite 3500
   Los Angeles, CA 90071-2054
   Telephone:  213-239-5100
3  Facsimile: 213-239-5199
   klee@jenner.com
4
   JENNER & BLOCK LLP
5  Marc B. Hankin  (admitted *pro hac vice*)
   919 Third Avenue, 37th Floor
   New York, NY 10022-3908
6  Telephone:  212-891-1600
   Facsimile: 212-891-1699
7  mhankin@jenner.com

8  RON ORR & PROFESSIONALS, INC.
   Ronald S. Orr (Cal. Bar No. 54257)
   578 Washington Blvd., #389
9  Marina Del Rey, CA  90292
   Telephone:  310-301-4839
   Facsimile: 310-301-6549
10 ronorresq@aol.com

11 RODIGER LAW OFFICE
   Georgiana G. Rodiger, (Cal. Bar No. 94416)
12 272 South Los Robles Avenue
   Pasadena, California  91101
   Telephone:  626-793-7264
13 Facsimile: 626-793-7592
   crodiger@rodigerlaw.com
14
   Attorneys for Equity Committee
15
                    UNITED STATES BANKRUPTCY COURT
16                   CENTRAL DISTRICT OF CALIFORNIA
                    SAN FERNANDO VALLEY DIVISION
17 In re                          )  Case No. 1:09-bk-13356-KT
                                  )
18 MERUELO MADDUX PROPERTIES, INC., et )  Chapter 11 (Jointly Administered)
   al.,[1]                        )
19                                )  **ORDER GRANTING EQUITY**
            Debtors and Debtors-in-Possession. )  **COMMITTEE'S MOTION TO**
20                                )  **RECONSIDER ORDER APPROVING**
                                  )  **SETTLEMENT WITH CATHAY BANK**
21 ☑   Affects all Debtors        )  Date:      February 9, 2011
                                  )  Time:      9:30 a.m.
22 ☐   Affects the following Debtor(s): )  Place:     Courtroom 301
                                  )             21041 Burbank Blvd.
23                                )             Woodland Hills, California
                                  )
24                                )
                                  )
25                                )

26

27   [1] This case is jointly administered with chapter 11 cases filed with the Court by numerous
   affiliated entities. The Debtors and debtors-in-possession and their respective tax identification
28 numbers are identified in the *Order Directing The Joint Administration Of Related Cases* entered
   by the Court on April 7, 2009 (docket entry no. 30).



1       On February 9, 2011 (the "Hearing"), this Court considered the Equity Committee's motion

2 (docket entry no. 2669, the "Motion") to reconsider this Court's Order On Debtors' Motion For

3 Approval Of Settlements With Cathay Bank And Authorizing Debtors To Perform Thereunder

4 (docket entry no. 1527). Ron Orr of Ron Orr & Professionals, Inc. appeared on behalf of the

5 Equity Committee at the Hearing. Other appearances were as noted in the record.

6       The Court, having considered the relief requested by the Equity Committee in the Motion;

7 having considered all papers filed in this matter and the arguments and representations of counsel

8 presented at the Hearing; and good cause appearing therefor, it is hereby:

9       ORDERED THAT:

10    1.     The Motion is GRANTED.

11    2.     The Order On Debtors' Motion For Approval Of Settlements With Cathay Bank

12 And Authorizing Debtors To Perform Thereunder (docket entry no. 1527) is vacated.

13    3.     The following agreements are rendered void: (i) the Settlement Agreement among

14 Meruelo Maddux Properties, Inc. ("MMPI"), Alameda Produce Market, LLC ("Alameda Produce")

15 and Cathay Bank dated as of April 29, 2010; (ii) the Third Modification And Extension Agreement

16 among Alameda Produce, MMPI and Cathay Bank dated as of April 29, 2010; and (iii) the

17 Memorandum of Third Modification and Extension Agreement among Alameda Produce, MMPI

18 and Cathay Bank dated as of April 29, 2010.

19 # # #

DATED: April 20, 2011

United States Bankruptcy Judge

2

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
353 N.Clark Street, Chicago, IL 60654

A true and correct copy of the foregoing document described as :
**ORDER GRANTING EQUITY COMMITTEE'S MOTION TO RECONSIDER ORDER APPROVING SETTLEMENT WITH CATHAY BANK**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/14/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 2/14/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/14/2011 | Toi Hooker | /s/ Toi Hooker |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: <br> MERUELO MADDUX PROPERTIES, INC. <br><br> Debtor(s). | CHAPTER 11 <br><br> CASE NUMBER: 1:09-bk-13356-VK |
| --- | --- |

## I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
| --- | --- |
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     F 9013-3.1



| | | |
|---|---|---|
| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK | |

| | |
|---|---|
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 9013-3.1

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

## II. SERVED BY OVERNIGHT MAIL

| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com | **Cathay Bank**<br>Michael Fletcher<br>Frandzel Robins Bloom & Csato<br>6500 Wislhire Boulevard<br>Seventeenth Floor<br>Los Angeles, CA 90048 |
|---|---|---|
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | **United States Bankruptcy Judge**<br>The Honorable Judge Victoria S.<br>Kaufman<br>United States Bankruptcy Court –<br>Central District of California<br>21041 Burbank Boulevard<br>Suite 354<br>Woodland Hills, CA 91367 | |

## III. SERVED BY FACSIMILE TRANSMISSION

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

## III. SERVED BY PERSONAL DELIVERY

|  |
|---|
|  |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   F 9013-3.1

*10*

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)
**ORDER GRANTING EQUITY COMMITTEE'S MOTION TO RECONSIDER ORDER APPROVING SETTLEMENT WITH CATHAY BANK**
was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/14/11** , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

*11*

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                      **F 9021-1.1.NOTICE.ENTERED.ORDER**

/13

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
| --- | --- |

| | |
| --- | --- |
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9021-1.1.NOTICE.ENTERED.ORDER**

*13*

## II.  SERVED BY U.S. MAIL

| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA  90021 | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA  90071-2678<br>Email:  karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com |
|---|---|
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA  90067<br>Email:  jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | **Cathay Bank**<br>Michael Fletcher<br>Frandzel Robins Bloom & Csato<br>6500 Wislhire Boulevard<br>Seventeenth Floor<br>Los Angeles, CA 90048 |

## III.  SERVED BY OVERNIGHT MAIL

| ~~Debtor~~<br>~~Meruelo Maddux Properties, Inc.~~<br>~~761 Terminal Street, Building 1~~<br>~~2nd Floor~~<br>~~Los Angeles, CA  90021~~ | ~~United States Bankruptcy Judge~~<br>~~The Honorable Judge Victoria S.~~<br>~~Kaufman~~<br>~~United States Bankruptcy Court –~~<br>~~Central District of California~~<br>~~255 E. Temple St.~~<br>~~Suite 1682~~<br>~~Los Angeles, CA  90012~~ | ~~Cathay Bank~~<br>~~Michael Fletcher~~<br>~~Frandzel Robins Bloom &~~<br>~~Csato~~<br>~~6500 Wislhire Boulevard~~<br>~~Seventeenth Floor~~<br>~~Los Angeles, CA 90048~~ |
|---|---|---|
| ~~Counsel for Debtor~~<br>~~John J. Bingham~~<br>~~Aaron DeLeest~~<br>~~John N. Tedford~~<br>~~Danning Gill Diamond & Kollitz~~<br>~~2029 Century Park East, 3rd~~<br>~~Floor~~<br>~~Los Angeles, CA  90067~~<br>~~Email:  jbingham@dgdk.com;~~<br>~~aed@dgdk.com;~~<br>~~jtedford@dgdk.com~~ | ~~Debtor's Special Securities~~<br>~~Karol K. Denniston~~<br>~~Jennifer L. Nassiri~~<br>~~DLA Piper LLP (US)~~<br>~~550 South Hope Street, Suite 2300~~<br>~~Los Angeles, CA  90071-2678~~<br>~~Email:~~<br>~~karol.denniston@dlapiper.com;~~<br>~~Jennifer.nassiri@dlapiper.com~~ | |

*14*

# EXHIBIT 2

1  JENNER & BLOCK LLP
   Kenneth K. Lee  (Cal. Bar No. 264296)
2  633 West 5th Street, Suite 3500
   Los Angeles, CA 90071-2054
3  Telephone: 213-239-5100
   Facsimile: 213-239-5199
   klee@jenner.com
4
   JENNER & BLOCK LLP
5  Marc B. Hankin (admitted *pro hac vice*)
   919 Third Avenue, 37th Floor
6  New York, NY 10022-3908
   Telephone: 212-891-1600
7  Facsimile: 212-891-1699
   mhankin@jenner.com
8  RON ORR & PROFESSIONALS, INC.
   Ronald S. Orr (Cal. Bar No. 54257)
9  578 Washington Blvd., #389
   Marina Del Rey, CA  90292
   Telephone: 310-301-4839
10 Facsimile: 310-301-6549
   ronorresq@aol.com
11 RODIGER LAW OFFICE
   Georgiana G. Rodiger, (Cal. Bar No. 94416)
12 272 South Los Robles Avenue
   Pasadena, California  91101
13 Telephone: 626-793-7264
   Facsimile: 626-793-7592
   crodiger@rodigerlaw.com
14
   Attorneys for Equity Committee
15
                    UNITED STATES BANKRUPTCY COURT
16                   CENTRAL DISTRICT OF CALIFORNIA
                      SAN FERNANDO VALLEY DIVISION
17 In re                              )  Case No. 1:09-bk-13356-KT
                                      )
18 MERUELO MADDUX PROPERTIES, INC., et )  Chapter 11 (Jointly Administered)
   al.,¹                              )
19                                    )  **ORDER DENYING CATHAY BANK'S**
              Debtors and Debtors-in-Possession. )  **MOTION TO STRIKE**
20 _____ )
                                      )  Date:   February 9, 2011
21 ☑  Affects all Debtors            )  Time:   9:30 a.m.
                                      )  Place:  Courtroom 301
22 ☐  Affects the following Debtor(s): )          21041 Burbank Blvd.
                                      )          Woodland Hills, California
23                                    )
                                      )
24                                    )
                                      )
25                                    )
   _____ )
26 _____
27   ¹ This case is jointly administered with chapter 11 cases filed with the Court by numerous
   affiliated entities. The Debtors and debtors-in-possession and their respective tax identification
   numbers are identified in the *Order Directing The Joint Administration Of Related Cases* entered
28 by the Court on April 7, 2009 (docket entry no. 30).

FILED & ENTERED

APR 20 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia   DEPUTY CLERK

15

1    On February 9, 2011 (the "Hearing"), this Court considered Cathay Bank's motion (docket

2  entry no. 2745, the "Motion") to strike the Equity Committee's motion to reconsider (docket entry

3  no. 2669).  Ron Orr of Ron Orr & Professionals, Inc. appeared on behalf of the Equity Committee

4  at the Hearing.  Other appearances were as noted in the record.

5    The Court, having considered the relief requested by Cathay Bank in the Motion; having

6  considered all papers filed in this matter and the arguments and representations of counsel

7  presented at the Hearing; it is hereby:

8    ORDERED THAT:

9    The Motion is DENIED.

10

11

12  # # #

13

14

15

16

17

18

19

20

21

22

23

24  DATED: April 20, 2011

25    _____
    United States Bankruptcy Judge

26

27

28

2

16

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
353 N.Clark Street, Chicago, IL 60654

A true and correct copy of the foregoing document described as :
**ORDER DENYING CATHAY BANK'S MOTION TO STRIKE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/14/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 2/14/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/14/2011 | Toi Hooker | /s/ Toi Hooker |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

17

| In re:                                    | CHAPTER 11                          |
|-------------------------------------------|-------------------------------------|
| MERUELO MADDUX PROPERTIES, INC.           |                                     |
|                                Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK       |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

*18*

| In re: | CHAPTER 11 |
| MERUELO MADDUX PROPERTIES, INC. | |
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

| | |
|---|---|
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 9013-3.1

*19*

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

## II. SERVED BY OVERNIGHT MAIL

| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA  90021 | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA  90071-2678<br>Email:  karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com | **Cathay Bank**<br>Michael Fletcher<br>Frandzel Robins Bloom & Csato<br>6500 Wislhire Boulevard<br>Seventeenth Floor<br>Los Angeles, CA 90048 |
|---|---|---|
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA  90067<br>Email:  jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | **United States Bankruptcy Judge**<br>The Honorable Judge Victoria S. Kaufman<br>United States Bankruptcy Court –<br>Central District of California<br>21041 Burbank Boulevard<br>Suite 354<br>Woodland Hills, CA  91367 | |

## III. SERVED BY FACSIMILE TRANSMISSION

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

## III. SERVED BY PERSONAL DELIVERY

|  |
|---|

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)

**ORDER DENYING CATHAY BANK'S MOTION TO STRIKE**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _2/14/11_ , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

⊠  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

⊠  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an    Entered    stamp, the party lodging the judgment or order will serve a complete copy bearing an    Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

⊠  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**



| In re:                                 | CHAPTER 11                        |
|----------------------------------------|-----------------------------------|
| MERUELO MADDUX PROPERTIES, INC.        |                                   |
|                         Debtor(s).     | CASE NUMBER: 1:09-bk-13356-VK     |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010

**F 9021-1.1.NOTICE.ENTERED.ORDER**

| In re:<br>MERUELO MADDUX PROPERTIES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

| | |
|---|---|
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

23

| In re:<br><br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

## II.  SERVED BY U.S. MAIL

| | |
|---|---|
| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA  90021 | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA  90071-2678<br>Email:  karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA  90067<br>Email:  jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | **Cathay Bank**<br>Michael Fletcher<br>Frandzel Robins Bloom & Csato<br>6500 Wislhire Boulevard<br>Seventeenth Floor<br>Los Angeles, CA 90048 |

## III.  SERVED BY OVERNIGHT MAIL

| | | |
|---|---|---|
| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA  90021 | **United States Bankruptcy Judge**<br>The Honorable Judge Victoria S. Kaufman<br>United States Bankruptcy Court –<br>Central District of California<br>255 E. Temple St.<br>Suite 1682<br>Los Angeles, CA  90012 | **Cathay Bank**<br>Michael Fletcher<br>Frandzel Robins Bloom & Csato<br>6500 Wislhire Boulevard<br>Seventeenth Floor<br>Los Angeles, CA 90048 |
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA  90067<br>Email:  jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA  90071-2678<br>Email:  karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

24

| In re:<br>MERUELO MADDUX PROPERTIES, INC. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

### III. **SERVED BY PERSONAL DELIVERY**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

### III. **SERVED BY FACSIMILE TRANSMISSION**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

### III. **SERVED BY EMAIL**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9021-1.1.NOTICE.ENTERED.ORDER**

*25*

| In re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as  CATHAY BANK'S NOTICE OF APPEAL  will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  May 4, 2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On  May 4, 2011  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Victoria S. Kaufman                     VIA OVERNIGHT MAIL
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 4, 2011 | Sandra Young King | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                 **F 9013-3.1**

| In re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Michael C Abel    mcabel@mac.com
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
Christopher J Bagnaschi    cb@cjblaw.com
John J Bingham    jbingham@dgdk.com
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
Peter Bonfante    peterbonfante@bsalawfirm.com
Erin N Brady    enbrady@jonesday.com
Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Martin J Brill    mjb@lnbrb.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi    hcamhi@ecjlaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Carol Chow    CChow@Stutman.com
Cynthia M Cohen    cynthiacohen@paulhastings.com
Ronald R Cohn    rcohn@horganrosen.com
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa    mcorrea@jonesday.com
Emily R Culler    eculler@stutman.com
Ana Damonte    ana.damonte@pillsburylaw.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Susan S Davis    sdavis@coxcastle.com
Aaron De Leest    aed@dgdk.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Marina Fineman    mfineman@stutman.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Gabriel I Glazer    gglazer@stutman.com
Matthew A Gold    courts@argopartners.net
Eric D Goldberg    egoldberg@stutman.com
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
Robert A Hessling    rhessling@dgdk.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| In re:<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>                                    Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
| --- | --- |

Andrew F Kim    akim@mrllp.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
Lewis R Landau    lew@landaunet.com
Dare Law    dare.law@usdoj.gov
Leib M Lerner    leib.lerner@alston.com
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon    slinkon@rcolegal.com
Robert M Llewellyn    michael.llewellyn@boe.ca.gov
Richard Malatt    rmalatt@gmail.com
Elmer D Martin    elmermartin@gmail.com
Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Avi Muhtar    amuhtar@sulmeyerlaw.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jeffrey P Nolan    jnolan@pszjlaw.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Lawrence Peitzman    lpeitzman@pwkllp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -    cmr@lnbrb.com
Daniel H Reiss    dhr@lnbyb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
James S Riley    tgarza@sierrafunds.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Steven J Schwartz    sschwartz@dgdk.com
Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
David B Shemano    dshemano@pwkllp.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Stephen Shiu    sshiu@swlaw.com
Lori Sinanyan    lsinanyan@jonesday.com
Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
Bennett L Spiegel    blspiegel@jonesday.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
Catherine Steege    csteege@jenner.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com
Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**