JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.[1]<br><br>    Debtors and Debtors-in-Possession.<br><br>☐  Affects all Debtors<br>☑  Affects the following Debtor(s):<br><br>Meruelo Maddux Properties, Inc.<br>(1:09-bk-13356-KT)<br><br>Alameda Produce Market, LLC<br>(1:09-bk-13394-KT) | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Jointly Administered)<br><br>**DEBTORS' NOTICE OF APPEAL OF ORDER GRANTING EQUITY COMMITTEE'S MOTION TO RECONSIDER ORDER APPROVING SETTLEMENT WITH CATHAY BANK** |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

1

369054.01 [XP]      25195

**NOTICE IS HEREBY GIVEN** that Meruelo Maddux Properties, Inc. ("MMPI") and Alameda Produce Market, LLC ("APM" and, collectively, with MMPI, the "Debtors") hereby appeal from the *Order Granting Equity Committee's Motion To Reconsider Order Approving Settlement With Cathay Bank* (the "Order") entered by the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, on or about April 20, 2011 (*docket entry no.* 3008). A true and correct copy of the Order is attached as Exhibit "1" hereto.

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Appellants: | Meruelo Maddux Properties, Inc. and Alameda Produce Market, LLC |
| Counsel: | John N. Tedford, IV, Esq.<br>Enid M. Colson, Esq.<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, California 90067-2904<br>Telephone: (310) 277-0077 |
| Appellee: | Official Committee of Equity Interest Holders |
| Counsel: | Kenneth K. Lee, Esq.<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3500<br>Los Angeles, CA 90071-2054<br>Telephone: 213-239-5100 |
| | Marc B. Hankin, Esq.<br>Jenner & Block LLP<br>919 Third Avenue, 37th Floor<br>New York, NY 10022-3908<br>Telephone: 212-891-1600 |
| | Ronald S. Orr, Esq.<br>Ron Orr & Professionals, Inc.<br>578 Washington Blvd., #389<br>Marina Del Rey, CA 90292<br>Telephone: 310-301-4839 |
| | Georgiana G. Rodiger, Esq.<br>Rodiger Law Office<br>272 South Los Robles Avenue<br>Pasadena, California 91101<br>Telephone: 626-793-7264 |

369054.01 [XP]     25195

1
2    Interested Party:        Cathay Bank

3    Counsel:                 Bernard R. Given, Esq.
                              Michael Gomez, Esq.
4                             Frandzel Robins Bloom & Csato, L.C.
                              6500 Wilshire Boulevard, 17th Floor
5                             Los Angeles, CA 90048-4920
                              Phone: 323-852-1000
6
     Dated: May 4, 2011
7                                       DANNING, GILL, DIAMOND & KOLLITZ, LLP
8
                                        By: _____
9                                            ENID M. COLSON
                                             Attorneys for Meruelo Maddux Properties,
10                                           Inc., and affiliated Debtors and Debtors-in-
                                             Possession
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

369054.01 [XP]    25195

EXHIBIT 1

```
 1 │ JENNER & BLOCK LLP
   │ Kenneth K. Lee (Cal. Bar No. 264296)
 2 │ 633 West 5th Street, Suite 3500
   │ Los Angeles, CA 90071-2054
   │ Telephone: 213-239-5100
 3 │ Facsimile: 213-239-5199
   │ klee@jenner.com
 4 │
   │ JENNER & BLOCK LLP
 5 │ Marc B. Hankin  (admitted pro hac vice)
   │ 919 Third Avenue, 37th Floor
   │ New York, NY 10022-3908
 6 │ Telephone: 212-891-1600
   │ Facsimile: 212-891-1699
 7 │ mhankin@jenner.com
   │
 8 │ RON ORR & PROFESSIONALS, INC.
   │ Ronald S. Orr (Cal. Bar No. 54257)
   │ 578 Washington Blvd., #389
 9 │ Marina Del Rey, CA 90292
   │ Telephone: 310-301-4839
   │ Facsimile: 310-301-6549
10 │ ronorresq@aol.com
   │
11 │ RODIGER LAW OFFICE
   │ Georgiana G. Rodiger, (Cal. Bar No. 94416)
12 │ 272 South Los Robles Avenue
   │ Pasadena, California 91101
   │ Telephone: 626-793-7264
13 │ Facsimile: 626-793-7592
   │ crodiger@rodigerlaw.com
14 │
   │ Attorneys for Equity Committee
15 │
```

**FILED & ENTERED**

**APR 20 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re                                            ) Case No. 1:09-bk-13356-KT
                                                 )
MERUELO MADDUX PROPERTIES, INC., et al.,[1]     ) Chapter 11 (Jointly Administered)
                                                 )
            Debtors and Debtors-in-Possession.   ) **ORDER GRANTING EQUITY**
                                                 ) **COMMITTEE'S MOTION TO**
                                                 ) **RECONSIDER ORDER APPROVING**
                                                 ) **SETTLEMENT WITH CATHAY BANK**
                                                 )
☑   Affects all Debtors                          ) Date:   February 9, 2011
                                                 ) Time:   9:30 a.m.
☐   Affects the following Debtor(s):             ) Place:  Courtroom 301
                                                 )         21041 Burbank Blvd.
                                                 )         Woodland Hills, California
                                                 )
                                                 )
                                                 )
                                                 )

---

[1] This case is jointly administered with chapter 11 cases filed with the Court by numerous affiliated entities. The Debtors and debtors-in-possession and their respective tax identification numbers are identified in the *Order Directing The Joint Administration Of Related Cases* entered by the Court on April 7, 2009 (docket entry no. 30).

0004

1 On February 9, 2011 (the "Hearing"), this Court considered the Equity Committee's motion

2 (docket entry no. 2669, the "Motion") to reconsider this Court's Order On Debtors' Motion For

3 Approval Of Settlements With Cathay Bank And Authorizing Debtors To Perform Thereunder

4 (docket entry no. 1527). Ron Orr of Ron Orr & Professionals, Inc. appeared on behalf of the

5 Equity Committee at the Hearing. Other appearances were as noted in the record.

6 The Court, having considered the relief requested by the Equity Committee in the Motion;

7 having considered all papers filed in this matter and the arguments and representations of counsel

8 presented at the Hearing; and good cause appearing therefor, it is hereby:

9 ORDERED THAT:

10 1. The Motion is GRANTED.

11 2. The Order On Debtors' Motion For Approval Of Settlements With Cathay Bank

12 And Authorizing Debtors To Perform Thereunder (docket entry no. 1527) is vacated.

13 3. The following agreements are rendered void: (i) the Settlement Agreement among

14 Meruelo Maddux Properties, Inc. ("MMPI"), Alameda Produce Market, LLC ("Alameda Produce")

15 and Cathay Bank dated as of April 29, 2010; (ii) the Third Modification And Extension Agreement

16 among Alameda Produce, MMPI and Cathay Bank dated as of April 29, 2010; and (iii) the

17 Memorandum of Third Modification and Extension Agreement among Alameda Produce, MMPI

18 and Cathay Bank dated as of April 29, 2010.

19 ###

DATED: April 20, 2011

*[signature]*
United States Bankruptcy Judge

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
353 N.Clark Street, Chicago, IL 60654

A true and correct copy of the foregoing document described as :
ORDER GRANTING EQUITY COMMITTEE'S MOTION TO RECONSIDER ORDER APPROVING SETTLEMENT WITH CATHAY BANK

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/14/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 2/14/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/14/2011 | Toi Hooker | /s/ Toi Hooker |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                                                    0006

| In re: | | CHAPTER 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC. | | |
| | Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swjlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                                                0007

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br><br>                                    Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

| | |
|---|---|
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dthayer@jenner.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

0008

| In re: <br> MERUELO MADDUX PROPERTIES, INC. <br><br> Debtor(s). | CHAPTER 11 <br><br> CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

## II. SERVED BY OVERNIGHT MAIL

| **Debtor** <br> Meruelo Maddux Properties, Inc. <br> 761 Terminal Street, Building 1 <br> 2nd Floor <br> Los Angeles, CA  90021 | **Debtor's Special Securities** <br> Karol K. Denniston <br> Jennifer L. Nassiri <br> DLA Piper LLP (US) <br> 550 South Hope Street, Suite 2300 <br> Los Angeles, CA  90071-2678 <br> Email: karol.denniston@dlapiper.com; <br> Jennifer.nassiri@dlapiper.com | **Cathay Bank** <br> Michael Fletcher <br> Frandzel Robins Bloom & Csato <br> 6500 Wislhire Boulevard <br> Seventeenth Floor <br> Los Angeles, CA 90048 |
|---|---|---|
| **Counsel for Debtor** <br> John J. Bingham <br> Aaron DeLeest <br> John N. Tedford <br> Danning Gill Diamond & Kollitz <br> 2029 Century Park East, 3rd Floor <br> Los Angeles, CA  90067 <br> Email: jbingham@dgdk.com; <br> aed@dgdk.com; jtedford@dgdk.com | **United States Bankruptcy Judge** <br> The Honorable Judge Victoria S. Kaufman <br> United States Bankruptcy Court – <br> Central District of California <br> 21041 Burbank Boulevard <br> Suite 354 <br> Woodland Hills, CA  91367 | |

## III. SERVED BY FACSIMILE TRANSMISSION

| | | |
|---|---|---|
| | | |
| | | |
| | | |

## III. SERVED BY PERSONAL DELIVERY

| |
|---|
| |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

0009

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)
**ORDER GRANTING EQUITY COMMITTEE'S MOTION TO RECONSIDER ORDER APPROVING SETTLEMENT WITH CATHAY BANK**
was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _2/14/11_ , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9021-1.1.NOTICE.ENTERED.ORDER

00010

| In re:<br>MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| | |
|---|---|
| Michael C. Abel | mca@dgdk.com |
| Robert Abiri | rabiri@abiriszeto.com |
| John J. Bingham | jbingham@dgdk.com |
| Peter Bonfante | peterbonfante@bsalawfirm.com |
| Julia W. Brand | jwb@dgdk.com |
| Jennifer L. Braun | jennifer.l.braun@usdoj.gov |
| Martin J. Brill | mjb@lnbyb.com |
| George T. Busu | george.busu@limruger.com |
| Andrew W. Caine | acaine@pszyjw.com |
| Howard Camhi | hcamhi@ecjlaw.com |
| Gary O. Caris | gcaris@mckennalong.com |
| James E. Carlberg | jcarlberg@boselaw.com |
| Sara Chenetz | chenetz@blankrome.com |
| Jacquelyn H. Choi | jchoi@swlaw.com |
| Ronald R. Cohn | rcohn@horganrosen.com |
| Enid M. Colson | emc@dgdk.com |
| Michaeline H. Correa | mcorrea@jonesday.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com |
| Aaron De Leest | aed@dgdk.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Lisa Hill Fenning | Lisa.Fenning@aporter.com |
| Michael G. Fletcher | mfletcher@frandzel.com |
| Barry V. Freeman | bvf@jmbm.com, bvf@jmbm.com |
| Donald L. Gaffney | dgaffney@swlaw.com |
| Thomas M. Geher | tmg@jmbm.com |
| Bernard R. Given | bgiven@frandzel.com |
| Barry S. Glaser | bglaser@swlaw.com |
| Michael I. Gottfried | mgottfried@lgbfirm.com |
| John A. Graham | jag@jmbm.com |
| Ofer M. Grossman | omglaw@gmail.com |
| Jodie M. Grotins | jgrotins@mcguirewoods.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Cara J. Hagan | carahagan@haganlaw.org |
| Asa S. Hami | ahami@sulmeyerlaw.com |
| Brian T. Harvey | bharvey@buchalter.com |
| David W. Hercher | dave.hercher@millernash.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Natasha L. Johnson | natasha.johnson@dlapiper.com |
| Lance N. Jurich | ljurich@loeb.com |
| Alexandra Kazhokin | akazhokin@buchalter.com |
| William H. Kiekhofer | wkiekhofer@mcguirewoods.com |
| Andrew F. Kim | kim-a@blankrome.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Lewis R. Landau | lew@landaunet.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                    F 9021-1.1.NOTICE.ENTERED.ORDER

00011

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. | |
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

| | |
|---|---|
| David E. Leta | dleta@swlaw.com |
| Katherine Lien | katie.lien@sbcglobal.net |
| Steven K. Linkon | slinkon@rcolegal.com |
| Robert M. Llewellyn | michael.llewellyn@boe.ca.gov |
| Richard Malatt | rmalatt@gmail.com |
| Elmer D. Martin | elmermartin@gmail.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Iain A. W. Nasatir | inasatir@pszjlaw.com |
| Jennifer L. Nassiri | jnassiri@venable.com |
| Ronald S. Orr | ronorresq@aol.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Eric S. Pezold | epezold@swlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Michael H. Raichelson | mhr@cabkattorney.com |
| Dean G. Rallis Jr. | drallis@sulmeyerlaw.com |
| Kurt Ramlo | kurt.ramlo@dlapiper.com |
| Craig M. Rankin | cmr@lnbyb.com |
| Michael B. Reynolds | mreynolds@swlaw.com |
| Georgiana G. Rodiger | crodiger@rodigerlaw.com |
| Kirsten A. Roe | kroe@wthf.com |
| Martha E. Romero | Romero@mromerolawfirm.com |
| Victor A. Sahn | vsahn@sulmeyerlaw.com |
| Zev Shechtman | zshechtman@dgdk.com |
| Jeffrey S. Shinbrot | jeffrey@shinbrotfirm.com |
| Stephen Shiu | sshiu@swlaw.com |
| Daniel H. Slate | dslate@buchalter.com |
| Sirjit P. Soni | surjit@sonilaw.com |
| Tracie L. Spies | tracie@haganlaw.org |
| James Stang | jstang@pszjlaw.com |
| Catherine Steege | csteege@jenner.com |
| Derrick Talerico | dtalerico@loeb.com |
| John N. Tedford | jtedford@dgdk.com |
| James A. Timko | jtimko@allenmatkins.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Rouben Varozian | rvarozian@bzlegal.com |
| Jason L. Weisberg | jason@gdclawyers.com |
| William E. Winfield | wwinfield@nchc.com |
| Jasmin Yang | jyang@swlaw.com |
| Damon Thayer | dtahyer@jenner.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                    F 9021-1.1.NOTICE.ENTERED.ORDEP

00012

## II. SERVED BY U.S. MAIL

| **Debtor**<br>Meruelo Maddux Properties, Inc.<br>761 Terminal Street, Building 1<br>2nd Floor<br>Los Angeles, CA 90021 | **Debtor's Special Securities**<br>Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678<br>Email: karol.denniston@dlapiper.com;<br>Jennifer.nassiri@dlapiper.com |
|---|---|
| **Counsel for Debtor**<br>John J. Bingham<br>Aaron DeLeest<br>John N. Tedford<br>Danning Gill Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Email: jbingham@dgdk.com;<br>aed@dgdk.com; jtedford@dgdk.com | **Cathay Bank**<br>Michael Fletcher<br>Frandzel Robins Bloom & Csato<br>6500 Wislhire Boulevard<br>Seventeenth Floor<br>Los Angeles, CA 90048 |

## III. SERVED BY OVERNIGHT MAIL

| ~~Debtor~~<br>~~Meruelo Maddux Properties, Inc.~~<br>~~761 Terminal Street, Building 1~~<br>~~2nd Floor~~<br>~~Los Angeles, CA 90021~~ | ~~United States Bankruptcy Judge~~<br>~~The Honorable Judge Victoria S.~~<br>~~Kaufman~~<br>~~United States Bankruptcy Court -~~<br>~~Central District of California~~<br>~~255 E. Temple St.~~<br>~~Suite 1682~~<br>~~Los Angeles, CA 90012~~ | ~~Cathay Bank~~<br>~~Michael Fletcher~~<br>~~Frandzel Robins Bloom &~~<br>~~Csato~~<br>~~6500 Wislhire Boulevard~~<br>~~Seventeenth Floor~~<br>~~Los Angeles, CA 90048~~ |
|---|---|---|
| ~~Counsel for Debtor~~<br>~~John J. Bingham~~<br>~~Aaron DeLeest~~<br>~~John N. Tedford~~<br>~~Danning Gill Diamond & Kollitz~~<br>~~2029 Century Park East, 3rd~~<br>~~Floor~~<br>~~Los Angeles, CA 90067~~<br>~~Email: jbingham@dgdk.com;~~<br>~~aed@dgdk.com;~~<br>~~jtedford@dgdk.com~~ | ~~Debtor's Special Securities~~<br>~~Karol K. Denniston~~<br>~~Jennifer L. Nassiri~~<br>~~DLA Piper LLP (US)~~<br>~~550 South Hope Street, Suite 2300~~<br>~~Los Angeles, CA 90071-2678~~<br>~~Email:~~<br>~~karol.denniston@dlapiper.com;~~<br>~~Jennifer.nassiri@dlapiper.com~~ | |

00013

| In re: MERUELO MADDUX PROPERTIES, INC. Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **DEBTORS' NOTICE OF APPEAL OF ORDER GRANTING EQUITY COMMITTEE'S MOTION TO RECONSIDER ORDER APPROVING SETTLEMENT WITH CATHAY BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 4, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Robert Abiri, rabiri@abiriszeto.com
Allison R Axenrod, allison@claimsrecoveryllc.com
Christopher J Bagnaschi, cb@cjblaw.com (special counsel for Debtors)
William C Bollard, eal@jbblaw.com; kmg@jbblaw.com; dritchie@jbblaw.com; william@jbblaw.com
    (counsel for Victory Outreach La Puente, Inc.)
Peter Bonfante, peterbonfante@bsalawfirm.com (counsel for Taylor International Fund)
Jennifer L Braun, jennifer.l.braun@usdoj.gov (Office of the U.S. Trustee)
Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc., and Grand Avenue Lofts HOA)
Gary O Caris, gcaris@mckennalong.com (counsel for EDI Architecture)
James E Carlberg, jcarlberg@boselaw.com (counsel for Woodland Farms, Inc.)
Sara Chenetz, chenetz@blankrome.com (counsel for City National Bank)
Jacquelyn H Choi, jchoi@swjlaw.com (counsel for L.A. County Tax Collector)
Carol Chow, CChow@Stutman.com (counsel for Debtors)
Cynthia M Cohen, cynthiacohen@paulhastings.com (counsel for Global Asset Capital; special counsel for
    Charlestown and Hartland)
Ronald R Cohn, rcohn@horganrosen.com (counsel for Pacific Commerce Bank)
Enid M. Colson, emc@dgdk.com (counsel for Debtors)
Emily R Culler, eculler@stutman.com (counsel for Debtors)
Susan S Davis, sdavis@coxcastle.com (non-bankruptcy counsel for Debtors)
Aaron De Leest, aed@dgdk.com (counsel for Debtors)
Daniel Denny, ddenny@gibsondunn.com
Jeffrey W Dulberg, jdulberg@pszjlaw.com (attorneys for Legendary)
Marina Fineman, mfineman@stutman.com (attorneys for Debtors)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)

☒   Service information continued on attached page

369054.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Barry S Glaser, bglaser@swjlaw.com (counsel for L.A. County Tax Collector)
Gabriel I Glazer, gglazer@stutman.com (counsel for Debtors)
Matthew A Gold, courts@argopartners.net
Michael J Gomez, mgomez@frandzel.com (counsel for Cathay Bank)
Michael I Gottfried, mgottfried@lgbfirm.com (counsel for SCI-Arc)
John A Graham, jag@jmbm.com (counsel for Berkadia Commercial Mortgage, Inc.)
Ofer M Grossman, omglaw@gmail.com (counsel for Justman Packaging & Display)
Jodie M Grotins, jgrotins@mcguirewoods.com (counsel for Esmark)
Peter J Gurfein, pgurfein@lgbfirm.com (counsel for Grand Avenue Lofts / CIM)
Cara Hagan, carahagan@haganlaw.org (counsel for PNL Pomona)
Asa S Hami, ahami@sulmeyerlaw.com (counsel for Creditors Committee)
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Lance M. Jurich, ljurich@loeb.com (counsel for Canpartners)
William H. Kiekhofer, wkiekhofer@mcguirewoods.com (counsel for Esmark)
Andrew F Kim, kim-a@blankrome.com (counsel for City National Bank)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
Lewis R Landau, lew@landaunet.com (conflicts counsel for Creditors Committee)
Leib M Lerner, leib.lerner@alston.com (counsel for Ernst & Young)
Matthew A Lesnick, matt@lesnicklaw.com (counsel for Charlestown and Hartland)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Katherine Lien, katie.lien@sbcglobal.net; katielien@gmail.com
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
R. Michael Llewellyn, michael.llewellyn@boe.ca.gov (counsel for California State Board of Equalization)
Richard Malatt, rmalatt@gmail.com
Elmer D Martin, elmermartin@gmail.com (counsel for East West Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Creditors Committee)
Avi Muhtar, amuhtar@sulmeyerlaw.com (counsel for Creditors Committee)
Jeffrey P Nolan, jnolan@pszjlaw.com (counsel for Legendary)
Henry H Oh, henry.oh@dlapiper.com (special counsel for Debtors)
Lawrence Peitzman, lpeitzman@pwkllp.com (counsel for John Maddux)
Eric S Pezold, epezold@swlaw.com (counsel for Bank of America)
Christopher E Prince, cprince@lesnickprince.com (counsel for Charlestown and Hartland)
Dean G Rallis Jr, drallis@sulmeyerlaw.com (counsel for Creditors Committee)
Kurt Ramlo, kurt.ramlo@dlapiper.com (special counsel for Debtors)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Jeremy V Richards, jrichards@pszjlaw.com (counsel for Legendary)
James S Riley, tgarza@sierrafunds.com
Martha E Romero, Romero@mromerolawfirm.com (counsel for San Bernardino County Tax Collector)
Victor A Sahn, vsahn@sulmeyerlaw.com (counsel for Creditors Committee)
Kenneth J Shaffer, jshaffer@stutman.com (counsel for Debtors)
Zev Shechtman, zshechtman@dgdk.com (counsel for Debtors)
David B Shemano, dshemano@pwkllp.com (counsel for John Maddux)
Jeffrey S Shinbrot, shinbrot@earthlink.net (counsel for Rodriguez, et al.; Union Restaurant & Lounge)

☒  Service information continued on attached page

369054.01 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Lori Sinanyan, lsinanyan@jonesday.com (counsel for East West Bank)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surjit@sonilaw.com (counsel for Legendary)
Bennett L Spiegel, blspiegel@jonesday.com (counsel for East West Bank)
James Stang, jstang@pszjlaw.com (counsel for Legendary)
Catherine Steege, csteege@jenner.com (counsel for Equity Committee)
Derrick Talerico, dtalerico@loeb.com (counsel for Canpartners)
John N Tedford, jtedford@dgdk.com (counsel for Debtors)
Damon Thayer, dthayer@jenner.com (counsel for Equity Committee)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Creditors Committee)
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Jason L Weisberg, jason@gdclawyers.com (counsel for Roofcorp)
William E Winfield, wwinfield@nchc.com
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On May 4, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Served by U.S. Mail
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

☐ Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 4, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 4, 2011 | CINDY M. CRIPE | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

369054.01 [XP]    25195