1   PETER J. GURFEIN (State Bar No. 127173)
    pgurfein@lgbfirm.com
2   ALEKSANDRA ZIMONJIC (State Bar No. 210252)
    azimonjic@lgbfirm.com
3   LANDAU GOTTFRIED & BERGER LLP
    1801 Century Park East, Suite 1460
4   Los Angeles, California  90067
    Telephone: (310) 557-0050
5   Facsimile: (310) 557-0056

6   Attorneys for GRAND AVENUE LOFTS, LLC, and
    CIM Urban RE Fund GP II, LLC, as
7   Successor in Interest to GRAND AVENUE LOFTS, LP

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                   SAN FERNANDO VALLEY DIVISION

11

12

13  In re                                    Case No. 1:09-bk-13356-VK

14  MERUELO MADDUX PROPERTIES,               Chapter 11
    INC. et al,                              (Jointly Administered)
15
              Debtors-In-Possession.         **REPLY OF CIM URBAN RE FUND GP II,
16                                           LLC AS SUCCESSOR IN INTEREST TO
    ▪ Affects All Debtors                    GRAND AVENUE LOFTS, LP, AND
17                                           GRAND AVENUE LOFTS, LLC TO
                                             DEBTORS' OPPOSITION TO
18                                           CHARLESTOWN'S MOTION FOR
                                             AUTHORITY TO FURTHER MODIFY
19                                           THE CHARLESTOWN PLAN**
20
                                             Date:  May 17, 2011
21                                           Time:  2:30 p.m.
                                             Place:  Courtroom 301
22                                                   21041 Burbank Boulevard
                                                     Woodland Hills, California
23
24                                           Honorable Victoria S. Kaufman
25

26

27

28

LANDAU
GOTTFRIED &
BERGER LLP

1    CIM Urban RE Fund GP II, LLC, as Successor in Interest to Grand Avenue Lofts,

2    LP, and Grand Avenue Lofts, LLC (collectively, "GAL") hereby replies to *Debtors*

3    *Opposition To Charlestown's Motion For Authority To Further Modify The Charlestown*

4    *Plan*.

5    GAL and Grand Avenue Lofts Homeowners Association ("HOA") asserted

6    multiple claims[1] against certain of the 54 related debtors (the "Debtors") in the above-

7    captioned bankruptcy cases (the "Bankruptcy Cases"). Those claims arise out a series of

8    agreements with certain of the Debtors in connection with a transfer of certain real property

9    by GAL to Meruelo Maddux - 336 W 11th Street, LLC and agreements respecting parking

10   licenses and construction of a parking structure.[2]

11   On December 30, 2010, GAL objected to the plans of reorganization which were

12   filed in the Bankruptcy Cases by (i) the Debtors, (ii) Charlestown Capital Advisors, LLC

13   and Hartland Asset Management Corporation (collectively, "Charlestown") and (iii)

14   Legendary Investors Group No. 1, LLC and East West Bank[3] (each, individually, a "Plan"

15   and collectively, the "Plans"). In summary, GAL's objection to the Plans (the "GAL

16   Objection") stated that, notwithstanding the votes on the Plans, none of the Plans may be

17   confirmed as a matter of law because, among other things, the Plans mischaracterize and

18   seek to unlawfully extinguish a fully vested property right of GAL in real property located

19   at located at 336 W. 11th Street in Los Angeles.

20   Subsequent to the filing of the GAL Objection, and after arguing against

21   confirmation of either plan at the hearings held with respect to Charlestown's and Debtors'

22   Plans, GAL, along with HOA, continued dialog with Charlestown and with the Debtors to

23   resolve the GAL Objection. To resolve the GAL Objection to Charleston, GAL has agreed

---

[1] GAL filed the following eight claims in the Bankruptcy Cases : Claim Nos. 56 and 60 against Meruelo Maddux Properties, Inc., Claim Nos. 5 and 6 against 336 W. 11th Street, LLC ("336 W. 11th"); Claim Nos. 7 and 13 against MG Southpark LLC ("Southpark'); and Claim Nos. 4 and 6 against MG Little J, LLC. ("Little J"). HOA filed the following four claims in the Bankruptcy cases: Claim No. 43 against MMPI, Claim No. 4 against 336 W. 11th, Claim No. 6 against Southpark and Claim No. 3 against Little J.

[2] The facts are more fully set forth in the GAL Objection, Docket No. 2498, to which the Court is respectfully referred.

[3] Legendary Investors Group No. 1, LLC and East West Bank subsequently withdrew their Plan.

1    to certain treatment under the Charlestown Plan. In connection therewith, GAL and HOA

2    entered into a settlement (the "Settlement") with Charlestown.  The terms of the Settlement

3    are set forth in the Charlestown Plan. *See* Docket 3068, pp. 70-73.  By agreeing to the

4    Settlement, GAL understands that, pursuant the Settlement (i) the GAL Objection is fully

5    resolved provided the Charlestown Plan is confirmed, and (ii) all claims that GAL and

6    HOA filed in the Bankruptcy Cases are fully resolved if the Parking Structure[4] is

7    substantially completed by the Completion Date of February 1, 2015.

8

9    DATED: May 16, 2011                        LANDAU GOTTFRIED & BERGER LLP

10

11   By: _____
                                              Aleksandra Zimonjic

12                                            Attorneys for CIM Urban RE Fund GP II, LLC, as
                                              Successor in Interest to Grand Avenue Lofts, LP, and
13                                            Grand Avenue Lofts, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

[4] As defined in that certain Agreement Regarding Construction of Parking Structure, dates as of September 21,
2005.

28

| In re:                                                              | CHAPTER 11 |
|---------------------------------------------------------------------|------------|
| MERUELO MADDUX PROPERTIES, INC. et al. | |
| Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-VK |

# PROOF OF SERVICE OF DOCUMENT

I, Christopher R. Scott, am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

A true and correct copy of the foregoing document described
**REPLY OF CIM URBAN RE FUND GP II, LLC AS SUCCESSOR IN INTEREST TO GRAND AVENUE LOFTS, LP, AND GRAND AVENUE LOFTS, LLC TO DEBTORS' OPPOSITION TO CHARLESTOWN'S MOTION FOR AUTHORITY TO FURTHER MODIFY THE CHARLESTOWN PLAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __May 16, 2011__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __May 16, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____,  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 16, 2011 | Christopher R. Scott | /s/ Christopher R. Scott |
|--------------|----------------------|--------------------------|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**3.1**

**F 9013-**

| | |
|---|---|
| In re:<br><br>     MERUELO MADDUX PROPERTIES, INC. et al.<br>                               Debtor(s)-In-Possession. | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-13356-VK |

## I.   **TO BE SERVED BY THE COURT VIA "NEF":**

- Michael C Abel    mcabel@mac.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Erin N Brady    enbrady@jonesday.com
- Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Carol Chow    CChow@Stutman.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marina Fineman    mfineman@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    egoldberg@stutman.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**3.1**

**F 9013-**

| In re:                                                         | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-VK |

- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    akim@mrllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Dare Law    dare.law@usdoj.gov
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbyb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, teresa@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-**

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-VK |

- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com
- Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

**TO BE SERVED BY U.S. MAIL**


Honorable Victoria Kauffman
United States Bankruptcy Court – Central District of CA
255 E. Temple St.
Suite 1682
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-**
**3.1**