1 CHRISTOPHER E. PRINCE (SBN 183553)
   cprince@lesnickprince.com
2 MATTHEW A. LESNICK (SBN 177594)
   matt@lesnickprince.com
3 ANDREW R. CAHILL (SBN 233798)
   acahill@lesnickprince.com
4 LESNICK PRINCE LLP
185 Pier Avenue, Suite 103
5 Santa Monica, CA  90405
Telephone: (213) 493-6496
6 Facsimile:  (213) 493-6596

7 Attorneys for Charlestown Capital Advisors, LLC and
Hartland Asset Management Corporation

8

9            UNITED STATES BANKRUPTCY COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11            SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| 12 In re | Case No. 1:09-bk-13356-VK |
| 13 | Chapter 11 |
| MERUELO MADDUX PROPERTIES, INC., et | **NOTICE OF FILING OF SECOND** |
| 14 al. | **SUPPLEMENT TO CHARLESTOWN** |
| | **PLAN** |
| 15         Debtor. | ———————————————— |
| 16 | [No hearing required pursuant to Local |
| 17 | Bankruptcy Rule 9075-1(b)] |
| 18 | <u>Confirmation Hearing</u> |
| | Date:     January 27, 2011 |
| 19 | Time:     9:30 a.m. |
| | Place:    Courtroom 301 |
| 20 |          21041 Burbank Blvd. |
| 21 |          Woodland Hills, CA  91367 |

22

23

24

25

26

27

28

Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation (together, the "Charlestown Proponents"), proponents of a plan of reorganization of Debtors, respectfully submit the following loan related documents as the Second Supplement to the Charlestown Plan.

| EXHIBIT | DOCUMENT DESCRIPTION |
|---------|----------------------|
| 1 | Third Modification and Extension Agreement (Alameda Produce Market, LLC/MMPI/Cathay Bank) |
| 2 | Modified Loan Documents (Alameda Produce Market, LLC/Mount Kellett MMPI Mezz Investor LLC) |
| 3 | Loan Modification Agreement (3185 E. Washington Boulevard LLC/ MS Kearny CT 1 LLC, the successor in interest to Chinatrust Bank, USA) |
| 4 | Loan Modification Agreement (788 South Alameda LLC/ California Bank & Trust) |
| 5 | Modified Loan Documents (MG 760 S. Hill/MG Southpark/Bank of America, N.A.) |

DATED:  May 16, 2011

LESNICK PRINCE LLP


By:    /s/ Christopher E. Prince
        Christopher E. Prince
        Attorneys for Charlestown Capital
        Advisors, LLC and Hartland Asset
        Management Corporation

1