CHRISTOPHER E. PRINCE (SBN 183553)
cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
acahill@lesnickprince.com
LESNICK PRINCE LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90405
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Attorneys for Charlestown Capital Advisors, LLC and
Hartland Asset Management Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtor. | Case No. 1:09-bk-13356-VK<br><br>Chapter 11<br><br>**CHARLESTOWN PROPONENTS' STATEMENT RE CASH AT OR NEAR THE EFFECTIVE DATE AND POST-EFFECTIVE DATE DEBT SERVICE**<br><br>Confirmation Hearing<br>Date:    January 27, 2011<br>Time:    9:30 a.m.<br>Place:    Courtroom 301<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

1  Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation
2  (together, the "Charlestown Proponents") respectfully submit the following with respect to the
3  reorganized debtors' expected cash balance at or shortly after the effective date of the Charlestown
4  Plan and the Debtors' Plan.
5  The following chart shows the expected cash balance under both plans at or near an
6  assumed effective date of May 31, 2011.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|  | **Charlestown** | **Debtors** |
|---|---:|---:|
| MMPI Cash Balance [1] | 3,604 | 3,604 |
| 845 S. Flower Cash Balance [2] | 5,128 | 5,128 |
| Estimated May Operating Loss [3] | (1,030) | (1,030) |
| Effective Date Cash Balance [4] | 7,702 | 7,702 |
| Plus: Equity Contribution [5] | 23,600 | 0 |
| Plus: Loan to MMPI [6] | 15,000 | 15,000 |
| Less: Equity Redemptions [7] | (16,959) | (635) |
| Less: BofA legal fees [8] | (700) | 0 |
| Less: Chinatrust Loan Paydown [9] | (1,295) | 0 |
| Less: 760 S. Hill and Southpark Taxes [10] | (832) | 0 |
| Less: Watermarke Collateral Taxes [11] | 0 | (486) |
| Less: GAL HOA Claim [12] | 0 | (2,100) |
| Less: General Unsecured Claims | (6,639) | (6,639) |
| Less: Priority Claims | (174) | (174) |
| Less: Other Claims | (31) | (31) |
| Cash after Effective Date Activity | 19,672 | 12,637 |
| Items Occurring Shortly After Effective Date: | | |
| Less: MMPI Professional Fees [13] | (7,100) | (7,100) |
| Less: 845 S. Flower Professional Fees [14] | (2,000) | (2,000) |
| Plus: MTA Settlement Payments [15] | 3,400 | 0 |
| **Cash with near Effective Date Activities** | **13,972** | **3,537** |

Notes:

1. MMPI Cash Balance is the unrestricted cash balance as shown on the MMPI MOR for April 2011 [Dkt. No. 3118].

2. 845 S. Flower Cash Balance is the total cash balance as shown on the MMPI MOR for April 2011 [Dkt. No. 489 in the 845 S. Flower case].

3. Estimated May Operating Loss is Debtors' average monthly operating loss during the past six months as reflected in Debtors' Monthly Operating Reports excluding depreciation, amortization, and professional fees.

4. Effective Date Cash Balance is the total of items 1-3 above and represents the projected effective date

cash balance assuming a May 31, 2011 effective date.

5. Equity Contribution is the equity contribution to MMPI from MMPIA as provided in the Charlestown Plan.

6. Loan to MMPI is the $15 million secured loan to MMPA from MMPIA (under the Charlestown Plan) or Watermarke (under the Debtors' Plan).

7. Equity Redemption is the amount payable to shareholders whose shares are redeemed.

8. BofA legal fees is the estimated amount of legal fees payable to Bank of America from unrestricted cash on the Effective Date (estimated total legal fees payable to BofA are $1.7 million, $1 million of which will be paid from restricted cash held by the 760 S. Hill debtor for BofA's benefit).

9. Chinatrust Loan Paydown is the payment of accrued post-petition, pre-confirmation non-default interest under the Charlestown Plan.

10. 760 S. Hill and Southpark Taxes is the payment of delinquent real property taxes on the Union Lofts (760 S. Hill) and Southpark properties under the Charlestown Plan.

11. Watermarke Collateral Taxes is the payment of delinquent real property taxes on the real property serving as collateral for the $15 million secured loan to MMPI from Watermarke.

12. GAL HOA Claim is the liquidated damages claim of the Grand Lofts Homeowners Association payable under the Debtors' Plan.

13. MMPI Professional Fees is the estimated "accrued and unpaid professional fees as of May 31, 2011" as stated in Debtors' Statement Regarding Timing of Effective Date [Dkt. No. 3003].

14. 845 S. Flower Professional Fees is the highest estimated professional fees for the 845 S. Flower debtor as described in Debtors' Statement Regarding Timing of Effective Date [Dkt. No. 3003].

15. MTA Settlement Payments are the payments due under the proposed settlement with the MTA under the Charlestown Plan.  These amounts are expected within 60 days after the Charlestown Plan Effective Date.

1 | As reflected on the above chart, under the Charlestown Plan, the Reorganized Debtors will have just under $14 million available to fund post-effective date operations. By contrast, under the Debtors' Plan, the Reorganized Debtors will have approximately $3.5 million in cash to fund post-effective date operations. Given Debtors' history of operating losses and given the interest payments to secured creditors that are contemplated under Debtors' Plan, it appears Debtors' Plan is no longer feasible.

The chart attached as Exhibit 1 shows the interest payments contemplated in the first year of both plans. As shown in the chart, total interest payments under the Charlestown Plan are approximately $700,000 less than under the Debtors' Plan.

DATED: May 18, 2011

LESNICK PRINCE LLP


By: /s/ Christopher E. Prince
Christopher E. Prince
Attorneys for Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation

**<u>EXHIBIT 1</u>**

**Comparison of Interest Payments to Secured Creditors during First Year of Plan**

| Class | Debtor | Creditor | Debtors' Treatment | | | Charlestown Treatment | | | Annual Difference *(3)* |
| | | | Claim Amount *(1)* | Int. Rate *(2)* | Y1 Annual Interest | Claim Amount *(1)* | Int. Rate | Y1 Annual Interest | |
|---|---|---|---|---|---|---|---|---|---|
| **Settlements Common to Both Plans *(4)*** | | | | | | | | | |
| | Various | Various | $75,720,023 | | $3,282,865 | $75,720,023 | | $3,282,865 | |
| **Secured Creditor Treatments where the Plans Differ:** | | | | | | | | | |
| 32A-2 | 760 S. Hill St. | B of A *(5)* | $31,972,601 | 6.52% | $2,084,614 | $28,368,337 | 5.0% | $1,418,417 | $666,197 |
| 33A-2 | 788 S. Alameda | California B&T | $8,718,692 | 5.5% | $479,528 | $8,718,692 | 6.25% | $544,918 | ($65,390) |
| 36A-2 | Alameda Produce Market | Cathay | $51,706,686 | 4.0% | $2,068,267 | $52,223,753 | 5.5% | $2,872,306 | ($804,039) |
| 36A-3 | Alameda Produce Market | Cathay | $10,431,369 | 4.0% | $417,255 | $10,431,369 | - | - | $417,255 |
| 40A-2 | MG - 2529 Santa Fe Blvd | 1248 S. Figueroa | $3,950,532 | 5.0% | $197,527 | $3,950,532 | 5.25% | $207,403 | ($9,876) |
| 43A-2 | 3185 E. Washington | Chinatrust | $11,752,799 | 6.52% | $766,282 | $10,457,965 | 6.94% | $725,783 | $40,500 |
| 47A-2 | 2002-2021 W. Mission Blvd. | PNL Pomona | $10,966,147 | 6.64% | $728,152 | $10,966,147 | - | - | $728,152 |
| 49A-2 | MG - Southpark | B of A *(5)* | $22,770,833 | 5.50% | $1,252,396 | $21,258,364 | 7.0% | $1,488,086 | ($235,690) |
| 53A-2 | MM Mission Blvd. LLC | BNP (Kennedy) | $12,100,000 | 5.0% | $605,000 | $12,100,000 | 5.25% | $635,250 | ($30,250) |
| | | Total | $240,089,682 | | $11,881,886 | $234,195,182 | | $11,175,028 | **$706,858** |

*Note:* For consistency of comparison, calculations independent of any asset sales forecast.
(1) Where the principal balance has been reset through agreement of the parties, this chart utilizes the revised amount (i.e., 2640 Washington Blvd. and Meruelo Wall Street).
(2) For rates based on the tentative rulings, Treasury spreads as of 5/9, and shows the 5-year interest rates. The 7-year rates are higher.
(3) Positive numbers denote cash savings for Charlestown vs. the Debtors' treatment; negative numbers denote increased expenditures.
(4) Includes secured creditors where the treatment is common to both plans: 905 8th Street, MM 915-949 S. Hill, MG 1500 Griffith Ave., MMP - 1919 Vineburn St., 2640 Washington Blvd., LLC, MMP 2951 Lenwood, Meruelo Farms - 815 and 729 E. Temple St., Meruelo Wall Street and Santa Fe Commerce Center.
(5) B of A settlements are Libor-based with 5.0% and 7.0% floors for 760 S. Hill St., and MG - Southpark, respectively; claim amounts for 760 S. Hill St. and MG - Southpark are adjusted to reflect application of 760 S. Hill St. restricted cash per the Term Sheets.