Michael Gerard Fletcher (State Bar No. 070849)
Bernard R. Given, II (State Bar No. 134718)
Michael J. Gomez (State Bar No. 251571)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Cathay Bank

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re | CASE No. 1:09-bk-13356-VK |
|---|---|
| MERUELO MADDUX PROPERTIES, INC., et al.,[1] | Chapter 11 |
| Debtor and Debtor-in-Possession. | (Jointly Administered) |
| ☒ Affects All Debtors<br>☐ Affects the following Debtor(s):, | **CATHAY BANK'S STATEMENT OF ISSUES ON APPEAL** |

---

[1] Pursuant to the Court's order this case is being jointly administered with 53 other chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK, 1:09-bk-13356-VK, 1:09-bk-13358-VK, 1:09-bk-13359-VK, 1:09-bk-13360-VK, 1:09-bk-13361-VK, 1:09-bk-13362-VK, 1:09-bk-13363-VK, 1:09-bk-13364-VK, 1:09-bk-13365-VK, 1:09-bk-13366-VK, 1:09-bk-13367-VK, 1:09-bk-13368-VK, 1:09-bk-13369-VK, 1:09-bk-13370-VK, 1:09-bk-13371-VK, 1:09-bk-13372-VK, 1:09-bk-13373-VK, 1:09-bk-13374-VK, 1:09-bk-13375-VK, 1:09-bk-13376-VK, 1:09-bk-13377-VK, 1:09-bk-13378-VK, 1:09-bk-13379-VK, 1:09-bk-13380-VK, 1:09-bk-13381-VK, 1:09-bk-13382-VK, 1:09-bk-13383-VK, 1:09-bk-13384-VK, 1:09-bk-13385-VK, 1:09-bk-13386-VK, 1:09-bk-13387-VK, 1:09-bk-13388-VK, 1:09-bk-13389-VK, 1:09-bk-13390-VK, 1:09-bk-13391-VK, 1:09-bk-13392-VK, 1:09-bk-13393-VK, 1:09-bk-13394-VK, 1:09-bk-13395-VK, 1:09-bk-13396-VK, 1:09-bk-13397-VK, 1:09-bk-13398-VK, 1:09-bk-13399-VK, 1:09-bk-13400-VK, 1:09-bk-13401-VK, 1:09-bk-13402-VK, 1:09-bk-13403-VK, 1:09-bk-13404-VK, 1:09-bk-13405-VK, 1:09-bk-13406-VK, 1:09-bk-13407-VK, 1:09-bk-13434-VK, 1:09-bk-13439-VK.

842886.1 | 023000-0710

Appellant Cathay Bank hereby designates the following statement of issues on appeal, pursuant to the Federal Rules of Bankruptcy Procedure, Rule 8006:

(1) Did the Bankruptcy Court err by determining the Debtor committed misconduct by not disclosing particular terms of its settlement with Cathay Bank in its Motion to Approve its Compromise with Cathay Bank (the "Motion") when the Debtor's loan agreement with Cathay Bank attached to the Motion included such particular terms?

(2) Did the Bankruptcy Court err by denying Cathay Bank's Motion to Strike the Official Committee of Equity Holders' Motion to Reconsider Order Approving Settlement with Cathay Bank when the Official Equity Committee's Motion did not include any new evidence as required by Rule 60(b) of the Federal Rules of Civil Procedure?

DATED: May 18, 2011

Respectfully submitted,

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
BERNARD R. GIVEN II
MICHAEL J. GOMEZ

By: /s/ Michael J. Gomez
MICHAEL J. GOMEZ
Attorneys for Cathay Bank

842886.1 | 023000-0710

2

STATEMENT OF ISSUES ON APPEAL