Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
Dean G. Rallis Jr. (CA Bar No. 94266)
  drallis@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
  ahami@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone:   213.626.231
Facsimile:    213.629.4520

Bankruptcy Counsel to
the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors. | Case No. 1:09-bk-13356 KT<br><br>Chapter 11<br><br>**RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE COURT'S REQUEST FOR UPDATED FINANCIAL PROJECTIONS FROM THE DEBTORS**<br><br>Date:   May 19, 2011<br>Time:   3:00 p.m.<br>Place:   Courtroom 301<br>            United States Bankruptcy Court<br>            21041 Burbank Blvd.<br>            Woodland Hills, California |

---

[1] Pursuant to an Order of this Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

AHAMI\ 719075.1

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Unsecured Creditors in the above-captioned jointly-administered cases (the "Committee"), hereby submits the following in response to the Court's May 17, 2011 request for updated financial projections from Meruelo Maddux Properties, Inc. et al., (collectively, the "Debtors"), regarding the Debtors' chapter 11 plan (the "Debtor Plan"):

1. At the hearing on May 17, 2011, the Court requested that, by May 18, 2011, the Debtors prepare and file (among other things) updated financial projections for the Debtor Plan to account for two items:

   a. The interest rates the Court fixed for the secured claims of PNL Pomona, Chinatrust Bank and Bank of America; and

   b. The interest rates provided for in the modified treatment of California Bank & Trust ("CBT") in the Debtor Plan (based on the Debtors' recent settlement with CBT).

2. In response to the Court's request, on May 18, 2011, the Debtors filed the "Debtors' Status Conference Report" [Dkt. No. 3134]. Although that status conference report states that it is attaching "a cash flow projection for payment of debt service on the secured claims held by Bank of America, PNL Pomona, Chinatrust, and California Bank & Trust" (Status Conference Report at 2:2-4), that "projection" neither: (a) provides any breakdown by debtor or secured creditor, nor (b) provides any comparison to the Debtors' prior financial projections.

3. As a result, to ensure that the Court has all the information it sought in connection with the Debtor Plan, appended hereto as Exhibit 1 is the Committee's analysis of the impact of the modified interest rates noted in paragraph 1 above on the financial projections for the Debtor Plan.

/ / /

/ / /

Sulmeyer Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

4.     Based on the analysis set forth in <u>Exhibit 1</u>, the Debtors will incur additional interest expenses, in the first year, of approximately $1.35 million more than as set forth in the last financial projections they submitted to the Court.

Dated:  May 19, 2011                        Respectfully submitted,

**Sulmeyer**Kupetz
A Professional Corporation


By:   /s/ Dean G. Rallis Jr.
            Dean G. Rallis Jr.
            Bankruptcy Counsel to
            the Official Committee of Unsecured Creditors

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL 213.626.2311  •  FAX 213.629.4520

AHAMI\ 719075.1

3

# EXHIBIT 1

**Summary of Year 1 Impact of Debtors' Revisions and Court Rulings on Interest Expense**

| Class | Debtor | Creditor | Claim Amount | Debtor's 2/1/2011 Forecast (1) | Debtors' Revised (2) Int. Rate | | Debtors' Revised Dollars | | Court Ruling (3) Int. Rate | | Court Ruling Dollars | | Incr. in Cash Interest Exp. Under Court Ruling vs. Debtors' 2/1/2011 (4) | Debtors' Revised 5 Year | Debtors' Revised 7 Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 5 Year | 7 Year | 5 Year | 7 Year | 5 Year | 7 Year | 5 Year | 7 Year | | | |
| 32A-2 | 760 S. Hill St. | B of A | $31,972,601 | $1,270,000 | 5.13% | 5.83% | $1,640,194 | $1,864,003 | 6.52% | 7.19% | $2,084,614 | $2,298,830 | $814,614 | $444,419 | $434,827 |
| 33A-2 | 788 S. Alameda | California B&T | $8,718,692 | $436,000 | 5.50% | 5.50% | $479,528 | $479,528 | 5.50% | 5.50% | $479,528 | $479,528 | $43,528 | $0 | $0 |
| 43A-2 | 3185 E. Washington | Chinatrust | $11,752,799 | $588,000 | 5.24% | 5.94% | $615,847 | $698,116 | 6.52% | 7.19% | $766,282 | $845,026 | $178,282 | $150,436 | $146,910 |
| 47A-2 | 2001-2021 W. Mission Blvd. | PNL Pomona | $10,966,147 | $520,000 | 5.60% | 6.30% | $614,104 | $690,867 | 6.64% | 7.31% | $728,152 | $801,625 | $208,152 | $114,048 | $110,758 |
| 49A-2 | MG - Southpark | B of A | $22,770,833 | $1,139,000 | 5.00% | 5.24% | $1,138,542 | $1,193,192 | 5.50% | 6.17% | $1,252,396 | $1,404,960 | $113,396 | $113,854 | $211,769 |
| | | Subtotal | $86,181,072 | $3,953,000 | | | $4,488,215 | $4,925,706 | | | $5,310,972 | $5,829,970 | **$1,357,972** | **$822,757** | **$904,264** |

(1) Per Murray Declaration as of 2/1/2011 (Doc. 2717). Presumed to utilize 5% rate, although 760 S. Hill St. appears to apply the restricted cash (approx. $6.6 million) against the principal prior to calculating interest.
(2) Revised interest rates reflect adjustments per the Debtors' Motion for Authority to Further Modify the Debtors' Proposed Chapter 11 Plan (Doc. 2897) filed 3/24/2011.
(3) Treasury spreads as per Tentative Ruling are as of 5/9.
(4) Represents difference between 5-year interest rate under Court's ruling and the Debtors' 2/1/2011 forecast.

4

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE COURT'S REQUEST FOR UPDATED FINANCIAL PROJECTIONS FROM THE DEBTORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on May 19, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Victoria Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-6606 – at Bin outside of Third Floor Elevators

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2011 | Andrea Gonzalez | /s/Andrea Gonzalez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Michael C Abel    mcabel@mac.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Erin N Brady    enbrady@jonesday.com
- Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Carol Chow    CChow@Stutman.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marina Fineman    mfineman@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    egoldberg@stutman.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com, cscott@LGBFirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    akim@mrllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

- Michael S Kogan    mkogan@ecjlaw.com
- Lewis R Landau    lew@landaunet.com
- Dare Law    dare.law@usdoj.gov
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Daniel H Reiss    dhr@lnbyb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, gayane@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com
- Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9013-3.1.PROOF.SERVICE**