| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without counsel*<br>☐ *Attorney for:* | FILED & ENTERED<br><br>MAY 24 2011<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** harraway **DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Meruelo Maddux Properties Inc a DE Corp,<br><br><br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 1:09-bk-13356-VK<br><br>DATE:  May 25, 2011<br>TIME:  9:30 a.m.<br>CTRM:   301<br>FLOOR: 3rd Flr |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
## (MOVANT:  )

1. The Motion was:   ☐ Contested     ☐ Uncontested     ☒ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: Batish Lahiji vs. Meruelo Wall Street, LLC, et al.

    Docket number: BC4538353

    Court or agency where pending: Los Angeles Superior Court- Central Branch

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)     ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.  ☒ Terminated as to Debtor(s) and Debtor's(s') estate.
    b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.  ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:**  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a.  ☒ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b.  ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                                                                                     **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* ____

| In re    (SHORT TITLE)<br>Meruelo Maddux Properties Inc a DE Corp                         Debtor(s). | CHAPTER: 11<br>CASE NO.: 1:09-bk-13356-VK |
|---|---|

7. This Court further orders as follows:
   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☐ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.


Dated:   05/24/2011

*[signature]*
*UNITED STATES BANKRUPTCY JUDGE*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                                                                        **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* ____

| In re    (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| Meruelo Maddux Properties Inc a DE Corp                                    Debtor(s). | CASE NO.: 1:09-bk-13356-VK |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____ May 24, 2011 _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael C Abel    mcabel@mac.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Erin N Brady    enbrady@jonesday.com
- Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                                                                                           **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* ____

| In re    (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| Meruelo Maddux Properties Inc a DE Corp  Debtor(s). | CASE NO.: 1:09-bk-13356-VK |

- James E Carlberg    jcarlberg@boselaw.com

- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com

- Jacquelyn H Choi    jchoi@swjlaw.com

- Carol Chow    CChow@Stutman.com

- Cynthia M Cohen    cynthiacohen@paulhastings.com

- Ronald R Cohn    rcohn@horganrosen.com

- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com

- Michaeline H Correa    mcorrea@jonesday.com

- Emily R Culler    eculler@stutman.com

- Ana Damonte    ana.damonte@pillsburylaw.com

- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

- Susan S Davis    sdavis@coxcastle.com

- Aaron De Leest    aed@dgdk.com

- Daniel Denny    ddenny@gibsondunn.com

- Jeffrey W Dulberg    jdulberg@pszjlaw.com

- Marina Fineman    mfineman@stutman.com

- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com

- Donald L Gaffney    dgaffney@swlaw.com

- Thomas M Geher    tmg@jmbm.com

- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

- Barry S Glaser    bglaser@swjlaw.com

- Gabriel I Glazer    gglazer@stutman.com

- Matthew A Gold    courts@argopartners.net

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*    **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of* ____

| In re    (SHORT TITLE) | | CHAPTER: 11 |
|---|---|---|
| Meruelo Maddux Properties Inc a DE Corp | Debtor(s). | CASE NO.: 1:09-bk-13356-VK |

- Eric D Goldberg    egoldberg@stutman.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com, cscott@LGBFirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    akim@mrllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Dare Law    dare.law@usdoj.gov
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*    **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of* ____

| In re    (SHORT TITLE)<br>Meruelo Maddux Properties Inc a DE Corp | Debtor(s). | CHAPTER: 11<br>CASE NO.: 1:09-bk-13356-VK |
|---|---|---|

- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbyb.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Steven J Schwartz    sschwartz@dgdk.com
- Kenneth J Shaffer    jshaffer@stutman.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*    **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of* ____

| In re    (SHORT TITLE) Meruelo Maddux Properties Inc a DE Corp | Debtor(s). | CHAPTER: 11 CASE NO.: 1:09-bk-13356-VK |
|---|---|---|

- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, gayane@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com
- Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Sean Salamati, Esq.
888 S. Figueroa Street, Suite 1030

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*    **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 8 of* ____

| In re    (SHORT TITLE) | | CHAPTER: 11 |
|---|---|---|
| Meruelo Maddux Properties Inc a DE Corp | Debtor(s). | CASE NO.: 1:09-bk-13356-VK |

Los Angeles, CA 90017


Patrick J. Stark
Ford, Walker, Haggerty & Behar
One World Trade Center
Long Beach, CA 90831-2700

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*    **F 4001-1O.NA**