JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID M. COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California  90067-2904
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

GARY E. KLAUSNER (State Bar No. 69077)
*GKlausner@Stutman.com*
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067-6013
Telephone:  (310) 228-5600
Facsimile:  (310) 228-5788

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

**FILED & ENTERED**

**MAY 31 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY harraway DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>    Debtors and Debtors-in-Possession.<br><br>☒  Affects all Debtors<br><br>☐  Affects the following Debtors: | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Jointly Administered)<br><br>**ORDER DENYING BANK OF AMERICA'S MOTION FOR RECONSIDERATION OF ORDER APPROVING DEBTORS MERUELO MADDUX PROPERTIES – 760 S. HILL STREET, LLC'S AND MERCO GROUP – SOUTHPARK, LLC'S SETTLEMENT WITH THE COUNTY OF LOS ANGELES TAX COLLECTOR**<br><br>Date:  May 9, 2011<br>Time:  2:00 p.m.<br>Place:  Courtroom 301<br>             21041 Burbank Boulevard<br>             Woodland Hills, California |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities.  The affiliated case numbers are as follows:  1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

- 1 -

On May 9, 2011, the Court heard and considered the *Motion for Reconsideration of Interlocutory Order Approving Debtors Meruelo Maddux Properties – 760 S. Hill Street, LLC's and Merco Group – Southpark, LLC's Settlement with the County of Los Angeles Tax Collector* (the "Motion") filed by Bank of America N.A. ("BofA"). Donald L. Gaffney of Snell & Wilmer, L.L.P., appeared on behalf of BofA; John N. Tedford, IV, of Danning, Gill, Diamond & Kollitz, LLP, appeared on behalf of debtors and debtors-in-possession Meruelo Maddux Properties – 760 S. Hill Street, LLC, and Merco Group – Southpark, LLC (collectively the "Debtors"); Barry S. Glaser of Steckbauer, Weinhart, Jaffe, LLP, appeared on behalf of the County of Los Angeles Tax Collector (the "County"); and any other appearances were as noted on the record at the hearing.

The Court having considered the Motion (*docket entry no. 2926*), the response filed by the Official Committee of Unsecured Creditors (*docket entry no. 3025*), the Debtors' and the County's joint opposition and papers filed in support thereof (*docket entry nos. 3029, 3030, 3031 and 3032*), and BofA's reply and notice of errata (*docket entry nos. 3053 and 3054*), having determined and ruled in connection with Charlestown Capital Advisors, LLC, and Hartland Asset Management Corporation's (collectively "Charlestown") request for confirmation of their proposed Chapter 11 plan of reorganization that Charlestown is entitled to treat the County's claims pursuant to the Debtors' settlement agreement with the County approved by the Court in its *Order on Debtors Meruelo Maddux Properties – 760 S. Hill Street, LLC's and Merco Group – Southpark, LLC's Motion for Approval of Settlement with the County of Los Angeles Tax Collector* (*docket entry no. 2400*), having been advised in BofA's reply and at the hearing that such a determination and ruling is the relief sought by BofA in the Motion and that therefore the Motion is moot, having heard the

///
///
///
///
///
///

1  statements of counsel at the hearing, for the reasons stated by the Court on the record, for good
2  cause appearing, **IT IS ORDERED THAT** the Motion is denied as moot.
3  # # # # #

DATED: May 31, 2011

United States Bankruptcy Judge

C:\Documents and Settings\cmc\My Documents\370047-v1-MMPI__Order_denying_BofA_s_mtn_for_reconsideration.DOC.1 [XP]  25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. | Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-VK |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER DENYING BANK OF AMERICA'S MOTION FOR RECONSIDERATION OF ORDER APPROVING DEBTORS MERUELO MADDUX PROPERTIES – 760 S. HILL STREET, LLC'S AND MERCO GROUP – SOUTHPARK, LLC'S SETTLEMENT WITH THE COUNTY OF LOS ANGELES TAX COLLECTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served): On, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 26, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery:
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

Via EMail
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)

☒ Service information continued on attached page

- 4 -

C:\Documents and Settings\cmc\My Documents\370047-v1-MMPI__Order_denying_BofA_s_mtn_for_reconsideration.DOC.1 [XP]  25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

<u>Via EMail</u>
Michael C Abel    mcabel@mac.com
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
Christopher J Bagnaschi    cb@cjblaw.com
John J Bingham    jbingham@dgdk.com
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
Peter Bonfante    peterbonfante@bsalawfirm.com
Erin N Brady    enbrady@jonesday.com
Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Martin J Brill    mjb@lnbrb.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi    hcamhi@ecjlaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Carol Chow    CChow@Stutman.com
Cynthia M Cohen    cynthiacohen@paulhastings.com
Ronald R Cohn    rcohn@horganrosen.com
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa    mcorrea@jonesday.com
Emily R Culler    eculler@stutman.com
Ana Damonte    ana.damonte@pillsburylaw.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Susan S Davis    sdavis@coxcastle.com
Aaron De Leest    aed@dgdk.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Marina Fineman    mfineman@stutman.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Gabriel I Glazer    gglazer@stutman.com
Matthew A Gold    courts@argopartners.net
Eric D Goldberg    egoldberg@stutman.com
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com, cscott@LGBFirm.com

☒   Service information continued on attached page

- 5 -

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

1
2
3
4  Cara J Hagan    carahagan@haganlaw.org
   Asa S Hami    ahami@sulmeyerlaw.com
5  Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
   Robert A Hessling    rhessling@dgdk.com
6  William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
   Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
7  William H. Kiekhofer    wkiekhofer@mcguirewoods.com
   Andrew F Kim    akim@mrllp.com
8  Michael S Kogan    mkogan@ecjlaw.com
   Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
9  Lewis R Landau    lew@landaunet.com
   Dare Law    dare.law@usdoj.gov
10 Leib M Lerner    leib.lerner@alston.com
   Matthew A Lesnick    matt@lesnicklaw.com
11 David E Leta    dleta@swlaw.com, wsmart@swlaw.com
   Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
12 Steven K Linkon    slinkon@rcolegal.com
   Robert M Llewellyn    michael.llewellyn@boe.ca.gov
13 Richard Malatt    rmalatt@gmail.com
   Elmer D Martin    elmermartin@gmail.com
14 Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
   Avi Muhtar    amuhtar@sulmeyerlaw.com
15 Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
   Jeffrey P Nolan    jnolan@pszjlaw.com
16 Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
   Lawrence Peitzman    lpeitzman@pwkllp.com
17 Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
   Christopher E Prince    cprince@lesnickprince.com
18 Michael H Raichelson    mhr@cabkattorney.com
   Dean G Rallis Jr    drallis@sulmeyerlaw.com
19 Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
   Craig M Rankin - DECEASED -    cmr@lnbrb.com
20 Daniel H Reiss    dhr@lnbyb.com
   Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
21 Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
   James S Riley    tgarza@sierrafunds.com
22 Martha E Romero    Romero@mromerolawfirm.com
   Victor A Sahn    vsahn@sulmeyerlaw.com
23 Steven J Schwartz    sschwartz@dgdk.com
   Kenneth J Shaffer    jshaffer@stutman.com
24 Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
   David B Shemano    dshemano@pwkllp.com
25 Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
   Stephen Shiu    sshiu@swlaw.com
26 Lori Sinanyan    lsinanyan@jonesday.com
   Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
27 Surjit P Soni    surjit@sonilaw.com, gayane@sonilaw.com
28
                                          ☒    Service information continued on attached page

- 6 -

C:\Documents and Settings\cmc\My Documents\370047-v1-MMPI__Order_denying_BofA_s_mtn_for_reconsideration.DOC.1 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Bennett L Spiegel    blspiegel@jonesday.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
Catherine Steege    csteege@jenner.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com
Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 26, 2011 | CINDY M. CRIPE | */s/ Cindy M. Cripe* |
|---|---|---|
| Date | Type Name | Signature |

- 7 -

| In re: MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER DENYING BANK OF AMERICA'S MOTION FOR RECONSIDERATION OF ORDER APPROVING DEBTORS MERUELO MADDUX PROPERTIES – 760 S. HILL STREET, LLC'S AND MERCO GROUP – SOUTHPARK, LLC'S SETTLEMENT WITH THE COUNTY OF LOS ANGELES TAX COLLECTOR** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of May 26, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel    mcabel@mac.com
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
Christopher J Bagnaschi    cb@cjblaw.com
John J Bingham    jbingham@dgdk.com
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
Peter Bonfante    peterbonfante@bsalawfirm.com
Erin N Brady    enbrady@jonesday.com
Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Martin J Brill    mjb@lnbrb.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi    hcamhi@ecjlaw.com
Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Carol Chow    CChow@Stutman.com
Cynthia M Cohen    cynthiacohen@paulhastings.com
Ronald R Cohn    rcohn@horganrosen.com
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa    mcorrea@jonesday.com
Emily R Culler    eculler@stutman.com
Ana Damonte    ana.damonte@pillsburylaw.com

☒Service information continued on attached page

- 8 -

| In re:  MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Susan S Davis    sdavis@coxcastle.com
Aaron De Leest    aed@dgdk.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Marina Fineman    mfineman@stutman.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Gabriel I Glazer    gglazer@stutman.com
Matthew A Gold    courts@argopartners.net
Eric D Goldberg    egoldberg@stutman.com
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com, cscott@LGBFirm.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
Robert A Hessling    rhessling@dgdk.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Andrew F Kim    akim@mrllp.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
Lewis R Landau    lew@landaunet.com
Dare Law    dare.law@usdoj.gov
Leib M Lerner    leib.lerner@alston.com
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon    slinkon@rcolegal.com
Robert M Llewellyn    michael.llewellyn@boe.ca.gov
Richard Malatt    rmalatt@gmail.com
Elmer D Martin    elmermartin@gmail.com
Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Avi Muhtar    amuhtar@sulmeyerlaw.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jeffrey P Nolan    jnolan@pszjlaw.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Lawrence Peitzman    lpeitzman@pwkllp.com

☒ Service information continued on attached page

C:\Documents and Settings\cmc\My Documents\370047-v1-MMPI__Order_denying_BofA_s_mtn_for_reconsideration.DOC.1 [XP]  25195

| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Christopher E Prince    cprince@lesnickprince.com
Michael H Raichelson    mhr@cabkattorney.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -    cmr@lnbrb.com
Daniel H Reiss    dhr@lnbyb.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
James S Riley    tgarza@sierrafunds.com
Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Steven J Schwartz    sschwartz@dgdk.com
Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
David B Shemano    dshemano@pwkllp.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Stephen Shiu    sshiu@swlaw.com
Lori Sinanyan    lsinanyan@jonesday.com
Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni    surjit@sonilaw.com, gayane@sonilaw.com
Bennett L Spiegel    blspiegel@jonesday.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
Catherine Steege    csteege@jenner.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com
Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

- 10 -

C:\Documents and Settings\cmc\My Documents\370047-v1-MMPI__Order_denying_BofA_s_mtn_for_reconsideration.DOC.1 [XP]   25195