| | |
|---|---|
| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number<br><br>Michael S. Kogan (SBN 128500)<br>Faye C. Rasch (SBN 253838)<br>ERVIN, COHEN & JESSUP LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, California 90212-2974<br>Telephone (310) 273-6333<br>Facsimile (310) 859-2325<br>mkogan@ecjlaw.com<br>frasch@ecjalw.com<br><br>Counsel for BNP Paribas VPG Brookline CRE, LLC | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SAN FERNANDO VALLEY DIVISION** | |
| In re<br><br>**MERUELO MADDUX PROPERTIES, INC., et al.,**<br><br>**Debtors.**<br><br>XX Affects all Debtors<br>☐ Affects the following Debtor(s): | Chapter 11<br><br>Case No. 1:09-BK-13356- VK<br><br><br>(No Hearing Required) |

**REQUEST FOR ISSUANCE OF NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please issue the registered notice to the Original Creditor indentified below that all right, title, interest, in and to the following claim has been transferred:

1.  Person or entity to whom the claim has been transferred ("Substitute Creditor"):

Name:     BNP Paribas VPG Brookline CRE, LLC     Telephone Number: (212) 350-2000

Address:  787 Seventh Avenue, 28th Floor
          New York, New York 10019

2.  Date of transfer of Claim: 12/13/2010

3.  Type of Claim:        X Secured        ☐ Priority Unsecured        ☐ General Unsecured

4.  Amount of Claim: $10,096,887 plus additional damages    5.  Date of Filing of Proof of Claim: 9/22/2009

6.  Claims Docket Number:     40

IDOCS:12416.10:1190833.1

7.  Person or entity who is original claimant ("Original Creditor"):

Name:  Kennedy Funding, Inc.  Telephone Number: (201) 342-8500

Address:  Two University Plaza, Suite 402
Hackensack, New Jersey 07601

8.  Attorney (if any) for Original Creditor, as set forth on Proof of Claim:

Name:  Michael S. Kogan  Telephone Number: (310) 273-6333

Address:  ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

9.  A true and correct copy of the face page of the Proof of Claim originally filed is attached hereto as "Exhibit A." A true and correct copy of the documents evidencing the transfer of the claim are attached as "Exhibit B."

Dated: April 4, 2011

BNP PARIBAS VPG BROOKLINE CRE, LLC

By: _____
Govind Gupta, Vice President

By: _____
Harry Nullet, Vice President

IDOCS:12416.10:1190833.1