JOHN N. TEDFORD, IV (State Bar No. 205537)
*JTedford@DGDK.com*
ENID COLSON (State Bar No. 189912)
*EColson@DGDK.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Meruelo Maddux Properties, Inc., and affiliated Debtors and Debtors-in-Possession

**FILED & ENTERED**

**JUN 10 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY pgarcia    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,[1]<br><br>Debtors and Debtors-in-Possession.<br><br>☐   Affects all Debtors<br>☑   Affects the following Debtors:<br><br>788 South Alameda, LLC (1:09-bk-13395-VK)<br><br>905 8th Street, LLC (1:09-bk-13396-VK)<br><br>Merco Group – 1211 E. Washington Blvd, LLC (1:09-bk-13382-VK)<br><br>Meruelo Baldwin Park, LLC (1:09-bk-13386-VK)<br><br>Meruelo Maddux – 817-825 S. Hill Street, LLC (1:09-bk-13391-VK) | Case No. 1:09-bk-13356-VK<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON:**<br><br>**[1] MOTION FOR (1) AUTHORITY TO SELL REAL PROPERTY LOCATED AT 905 EAST 8TH STREET, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, AND (3) WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d) (*DOCKET ENTRY NO.* 3144);**<br><br>**[2] OMNIBUS MOTION OF DEBTORS-IN-POSSESSION FOR (1) AUTHORITY TO SELL REAL PROPERTIES FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, (3) AUTHORITY TO ENTER INTO LICENSE AGREEMENT AND (4) WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d) (*DOCKET ENTRY NO.* 3173); AND** |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with 53 chapter 11 cases filed by affiliated entities. The affiliated case numbers are as follows: 1:09-bk-13338-VK; 1:09-bk-13358-VK through 1:09-bk-13407-VK; 1:09-bk-13434-VK; and 1:09-bk-13439-VK.

1

370857.1 [XP]          25195

| | | |
|---|---|---|
| 1 | Meruelo Maddux – 915-949 S. Hill Street, LLC (1:09-bk-13362-VK) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **[3] SECOND OMNIBUS MOTION OF DEBTORS-IN-POSSESSION FOR (1) AUTHORITY TO SELL REAL PROPERTIES FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, AND (3) WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d)** (*DOCKET ENTRY NO.* **3186**)

[No hearing required pursuant to Local Bankruptcy Rule 9075-1(b)] |
| 2 | | |
| 3 | Meruelo Maddux Properties – 1009 North Citrus Avenue, Covina, LLC (1:09-bk-13372-VK) | |
| 4 | | |
| 5 | Meruelo Maddux Properties – 760 S. Hill Street, LLC (1:09-bk-13363-VK) | |
| 6 | | |
| 7 | Santa Fe Commerce Center, Inc. (1:09-bk-13368-VK) | |
| 8 | | |

On June 9, 2011, debtors and debtors-in-possession 788 South Alameda, LLC ("788 S. Alameda"), 905 8th Street, LLC ("905 8th Street"), Merco Group – 1211 E. Washington Boulevard, LLC ("1211 E. Washington"), Meruelo Baldwin Park, LLC ("Baldwin Park"), Meruelo Maddux – 915-949 S. Hill Street, LLC ("915 S. Hill"), Meruelo Maddux Properties – 1009 North Citrus Avenue, Covina, LLC ("1009 North Citrus"), and Meruelo Maddux Properties – 760 S. Hill Street, LLC and Santa Fe Commerce Center, Inc. ("SFCC," and, collectively, the "Seller Debtors") filed their *Ex Parte Application for Order Shortening Time on: [1] Motion for (1) Authority To Sell Real Property Located at 905 East 8th Street, Los Angeles, California, Free and Clear of Liens, (2) Authority to Assume and Assign Unexpired Leases, and (3) Waiver of Stay Per F.R.B.P. 6004(h) and 6006(d) (docket entry no. 3144); [2] Omnibus Motion of Debtors-in-Possession for (1) Authority to Sell Real Properties Free and Clear of Liens, (2) Authority to Assume and Assign Unexpired Leases, (3) Authority to Enter into License Agreement and (4) Waiver of Stay per F.R.B.P. 6004(h) and 6006(d) (docket entry no. 3173); and [3] Second Omnibus Motion of Debtors-in-Possession for (1) Authority to Sell Real Properties Free and Clear of Liens, (2) Authority to Assume and Assign Unexpired Leases, and (3)Waiver of Stay per F.R.B.P. 6004(h) and 6006(d) (docket entry no. 3186)* (the "Application"). The Court having considered the Application, for good cause appearing,

**IT IS ORDERED THAT:**

1. The Application is granted *to the extent set forth herein*.

2

370857.1 [XP]        25195

2. A hearing on the *Debtor's Motion for (1) Authority to Sell Real Property Located at 905 East 8th Street, Los Angeles, California, Free and Clear of Liens, (2) Authority to Assume and Assign Unexpired Leases, and (3) Waiver of Stay Per F.R.B.P. 6004(h) and 6006(d)* (the "8th Street Motion") and on the *Notice of Motion and Omnibus Motion of Debtors-in-Possession for [1] Authority to Sell Real Properties Free and Clear of Liens, [2] Authority to Assume and Assign Unexpired Leases, [3] Authority to Enter into License Agreement and [4] Waiver of Stay per F.R.B.P. 6004(h) and 6006(d)* (the "First Omnibus Motion") shall be *scheduled to be* held on *June 23, 2011, at 10:30 a.m.*

3. As soon as practicable after the Court informs counsel for the Seller Debtors of the date and time of the hearing, the Seller Debtors shall file a written notice of the date and time of the hearing on the 8th Street Motion and shall file a separate written notice of the date and time of the hearing on the First Omnibus Sale Motion. The notices shall be served on all parties entitled to receive such notice in accordance with the Court's *Order Limiting Scope of Notice* (the "Order Limiting Notice") entered on or about April 7, 2009 (*docket entry no.* 35) and on any tenants whose lease is subject to the 905 8th Street Motion or the First Omnibus Motion.

4. The Seller Debtors shall specify in the written notices of hearing that any oppositions to the 8th Street Motion or to the First Omnibus Motion must be in writing and filed with the Court no later than *June 17, 2011*. Hard copies shall be served on *Judge Kaufman* in so that they are received by *Judge Kaufman in chambers* no later than *4:00 p.m. on June 17, 2011*.

5. The Seller Debtors shall specify in the written notices of hearing that replies to any such oppositions may be presented at the time of the hearing.

6. A hearing on the *Notice of Motion and Second Omnibus Motion of Debtors-in-Possession for [1] Authority to Sell Real Properties Free and Clear of Liens, [2] Authority to Assume and Assign Unexpired Leases, and [3] Waiver of Stay per F.R.B.P. 6004(h) and 6006(d)* (the "Second Omnibus Motion") shall be *scheduled to be* held on *June 23, 2011, at 10:30 a.m.*

7. As soon as practicable after the Court informs counsel for the Seller Debtors of the date and time of the hearing, the Seller Debtors shall file a written notice of the date and time of the hearing on the Second Omnibus Sale Motion. The notice shall be served on all parties entitled to

3

370857.1 [XP]        25195

1  receive such notice in accordance with the Court's *Order Limiting Scope of Notice* (the "Order

2  Limiting Notice") entered on or about April 7, 2009 (*docket entry no.* 35) and on any tenants whose

3  lease is subject to the Second Omnibus Motion.

4      8.    The Seller Debtors shall specify in the written notices of hearing that any opposition

5  to the Second Omnibus Motion must be in writing and filed with the Court no later than *June 17,*

6  *2011*. Hard copies shall be served on *Judge Kaufman* in so that they are received by *Judge*

7  *Kaufman in chambers* no later than *4:00 p.m. on June 17, 2011*.

8      9.    The Seller Debtors shall specify in the written notices of hearing that replies to any

9  such opposition may be presented at the time of the hearing.

10  # # # # #

24  DATED: June 10, 2011

                       */s/ Victoria S. Kaufman*
                       United States Bankruptcy Judge

4

370857.1 [XP]       25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-13356-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON: [1] MOTION FOR (1) AUTHORITY TO SELL REAL PROPERTY LOCATED AT 905 EAST 8TH STREET, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, AND (3) WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d) (*DOCKET ENTRY NO.* 3144); [2] OMNIBUS MOTION OF DEBTORS-IN-POSSESSION FOR (1) AUTHORITY TO SELL REAL PROPERTIES FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, (3) AUTHORITY TO ENTER INTO LICENSE AGREEMENT AND [4] WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d) (*DOCKET ENTRY NO.* 3173); AND [3] SECOND OMNIBUS MOTION OF DEBTORS-IN-POSSESSION FOR (1) AUTHORITY TO SELL REAL PROPERTIES FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, AND (3) WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d) (*DOCKET ENTRY NO.* 3186)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

- 5 -

370857.1 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 9, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>Via Personal Delivery</u>:
Honorable Victoria S. Kaufman, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Room 301, Woodland Hills, CA 91367

<u>Via EMail</u>
Glenn C. Kelble   glenn@thegreenlawgroup.com (Attorney for Roofcorp of CA, Inc.)
Ron Orr & Professionals, Inc: ronorresq@aol.com (Attorneys for Equity Committee)
Georgiana G. Rodiger: crodiger@rodigerlaw.com (Attorneys for Equity Committee)
Michael C Abel     mcabel@mac.com
Robert Abiri     rabiri@abiriszeto.com
Allison R Axenrod     allison@claimsrecoveryllc.com
Christopher J Bagnaschi     cb@cjblaw.com
John J Bingham     jbingham@dgdk.com
William C Bollard     eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
Peter Bonfante     peterbonfante@bsalawfirm.com
Erin N Brady     enbrady@jonesday.com
Julia W Brand     JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
Jennifer L Braun     jennifer.l.braun@usdoj.gov
Martin J Brill     mjb@lnbrb.com
Andrew W Caine     acaine@pszyjw.com
Howard Camhi     hcamhi@ecjlaw.com
Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg     jcarlberg@boselaw.com
Sara Chenetz     chenetz@blankrome.com, chang@blankrome.com
Jacquelyn H Choi     jchoi@swjlaw.com
Carol Chow     CChow@Stutman.com
Cynthia M Cohen     cynthiacohen@paulhastings.com
Ronald R Cohn     rcohn@horganrosen.com
Enid M Colson     emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa     mcorrea@jonesday.com
Emily R Culler     eculler@stutman.com
Ana Damonte     ana.damonte@pillsburylaw.com
Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Susan S Davis     sdavis@coxcastle.com
Aaron De Leest     aed@dgdk.com
Daniel Denny     ddenny@gibsondunn.com
Jeffrey W Dulberg     jdulberg@pszjlaw.com
Marina Fineman     mfineman@stutman.com
Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman     bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney     dgaffney@swlaw.com

☒   Service information continued on attached page

370857.1 [XP]          25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

1
2
3   Thomas M Geher    tmg@jmbm.com
    Bernard R Given    bgiven@frandzel.com,
4   efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
    Barry S Glaser    bglaser@swjlaw.com
5   Gabriel I Glazer    gglazer@stutman.com
    Matthew A Gold    courts@argopartners.net
6   Eric D Goldberg    egoldberg@stutman.com
    Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
7   Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
    John A Graham    jag@jmbm.com
8   Ofer M Grossman    omglaw@gmail.com
    Jodie M Grotins    jgrotins@mcguirewoods.com
9   Peter J Gurfein    pgurfein@lgbfirm.com, cscott@LGBFirm.com
    Cara J Hagan    carahagan@haganlaw.org
10  Asa S Hami    ahami@sulmeyerlaw.com
    Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
11  Robert A Hessling    rhessling@dgdk.com
    William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
12  Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
    William H. Kiekhofer    wkiekhofer@mcguirewoods.com
13  Andrew F Kim    akim@mrllp.com
    Michael S Kogan    mkogan@ecjlaw.com
14  Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
    Lewis R Landau    lew@landaunet.com
15  Dare Law    dare.law@usdoj.gov
    Leib M Lerner    leib.lerner@alston.com
16  Matthew A Lesnick    matt@lesnicklaw.com
    David E Leta    dleta@swlaw.com, wsmart@swlaw.com
17  Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
    Steven K Linkon    slinkon@rcolegal.com
18  Robert M Llewellyn    michael.llewellyn@boe.ca.gov
    Richard Malatt    rmalatt@gmail.com
19  Elmer D Martin    elmermartin@gmail.com
    Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
20  Avi Muhtar    amuhtar@sulmeyerlaw.com
    Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
21  Jeffrey P Nolan    jnolan@pszjlaw.com
    Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
22  Lawrence Peitzman    lpeitzman@pwkllp.com
    Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
23  Christopher E Prince    cprince@lesnickprince.com
    Michael H Raichelson    mhr@cabkattorney.com
24  Dean G Rallis Jr    drallis@sulmeyerlaw.com
    Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
25  Craig M Rankin - DECEASED -    cmr@lnbrb.com
    Daniel H Reiss    dhr@lnbyb.com
26  Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
    Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
27  James S Riley    tgarza@sierrafunds.com

☒    Service information continued on attached page

28

- 7 -

370857.1 [XP]        25195

| In re: MERUELO MADDUX PROPERTIES, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-13356-VK |

Martha E Romero    Romero@mromerolawfirm.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Steven J Schwartz    sschwartz@dgdk.com
Kenneth J Shaffer    jshaffer@stutman.com
Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
David B Shemano    dshemano@pwkllp.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Stephen Shiu    sshiu@swlaw.com
Lori Sinanyan    lsinanyan@jonesday.com
Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni    surjit@sonilaw.com, gayane@sonilaw.com
Bennett L Spiegel    blspiegel@jonesday.com
Tracie L Spies    tracie@haganlaw.org
James Stang    jstang@pszjlaw.com
Catherine Steege    csteege@jenner.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
Damon Thayer    dthayer@jenner.com
James A Timko    jtimko@allenmatkins.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian    rvarozian@bzlegal.com
Jason L Weisberg    jason@gdclawyers.com
William E Winfield    wwinfield@nchc.com
Jasmin Yang    jyang@swlaw.com
Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 9, 2011 | CINDY M. CRIPE | */s/ Cindy M. Cripe* |
|---|---|---|
| Date | Type Name | Signature |

370857.1 [XP]    25195

| In re: MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11  CASE NUMBER 1:09-bk-13356-VK |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON: [1] MOTION FOR (1) AUTHORITY TO SELL REAL PROPERTY LOCATED AT 905 EAST 8TH STREET, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, AND (3) WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d) (*DOCKET ENTRY NO.* 3144); [2] OMNIBUS MOTION OF DEBTORS-IN-POSSESSION FOR (1) AUTHORITY TO SELL REAL PROPERTIES FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, (3) AUTHORITY TO ENTER INTO LICENSE AGREEMENT AND (4) WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d) (*DOCKET ENTRY NO.* 3173); AND [3] SECOND OMNIBUS MOTION OF DEBTORS-IN-POSSESSION FOR (1) AUTHORITY TO SELL REAL PROPERTIES FREE AND CLEAR OF LIENS, (2) AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES, AND (3) WAIVER OF STAY PER F.R.B.P. 6004(h) AND 6006(d) (*DOCKET ENTRY NO.* 3186)** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 9, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael C Abel    mcabel@mac.com
Robert Abiri    rabiri@abiriszeto.com
Allison R Axenrod    allison@claimsrecoveryllc.com
Christopher J Bagnaschi    cb@cjblaw.com
John J Bingham    jbingham@dgdk.com
William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
Peter Bonfante    peterbonfante@bsalawfirm.com
Erin N Brady    enbrady@jonesday.com
Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Martin J Brill    mjb@lnbrb.com
Andrew W Caine    acaine@pszyjw.com
Howard Camhi    hcamhi@ecjlaw.com

☒ Service information continued on attached page

370857.1 [XP]        25195

| In re:  MERUELO MADDUX PROPERTIES, INC.  Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
James E Carlberg    jcarlberg@boselaw.com
Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com
Jacquelyn H Choi    jchoi@swjlaw.com
Carol Chow    CChow@Stutman.com
Cynthia M Cohen    cynthiacohen@paulhastings.com
Ronald R Cohn    rcohn@horganrosen.com
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Michaeline H Correa    mcorrea@jonesday.com
Emily R Culler    eculler@stutman.com
Ana Damonte    ana.damonte@pillsburylaw.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Susan S Davis    sdavis@coxcastle.com
Aaron De Leest    aed@dgdk.com
Daniel Denny    ddenny@gibsondunn.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Marina Fineman    mfineman@stutman.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
Donald L Gaffney    dgaffney@swlaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Gabriel I Glazer    gglazer@stutman.com
Matthew A Gold    courts@argopartners.net
Eric D Goldberg    egoldberg@stutman.com
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
John A Graham    jag@jmbm.com
Ofer M Grossman    omglaw@gmail.com
Jodie M Grotins    jgrotins@mcguirewoods.com
Peter J Gurfein    pgurfein@lgbfirm.com, cscott@LGBFirm.com
Cara J Hagan    carahagan@haganlaw.org
Asa S Hami    ahami@sulmeyerlaw.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
Robert A Hessling    rhessling@dgdk.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Andrew F Kim    akim@mrllp.com
Michael S Kogan    mkogan@ecjlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
Lewis R Landau    lew@landaunet.com
Dare Law    dare.law@usdoj.gov
Leib M Lerner    leib.lerner@alston.com
Matthew A Lesnick    matt@lesnicklaw.com
David E Leta    dleta@swlaw.com, wsmart@swlaw.com

☒ Service information continued on attached page

10

370857.1 [XP]    25195

| | | |
|---|---|---|
| In re: MERUELO MADDUX PROPERTIES, INC. | Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |

Katherine Lien   katie.lien@sbcglobal.net, katielien@gmail.com
Steven K Linkon   slinkon@rcolegal.com
Robert M Llewellyn   michael.llewellyn@boe.ca.gov
Richard Malatt   rmalatt@gmail.com
Elmer D Martin   elmermartin@gmail.com
Elissa Miller   emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Avi Muhtar   amuhtar@sulmeyerlaw.com
Iain A W Nasatir   inasatir@pszjlaw.com, jwashington@pszjlaw.com
Jeffrey P Nolan   jnolan@pszjlaw.com
Henry H Oh   henry.oh@dlapiper.com, janet.curley@dlapiper.com
Lawrence Peitzman   lpeitzman@pwkllp.com
Eric S Pezold   epezold@swlaw.com, dwlewis@swlaw.com
Christopher E Prince   cprince@lesnickprince.com
Michael H Raichelson   mhr@cabkattorney.com
Dean G Rallis Jr   drallis@sulmeyerlaw.com
Kurt Ramlo   kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin - DECEASED -   cmr@lnbrb.com
Daniel H Reiss   dhr@lnbyb.com
Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
Jeremy V Richards   jrichards@pszjlaw.com, bdassa@pszjlaw.com
James S Riley   tgarza@sierrafunds.com
Martha E Romero   Romero@mromerolawfirm.com
Victor A Sahn   vsahn@sulmeyerlaw.com
Steven J Schwartz   sschwartz@dgdk.com
Kenneth J Shaffer   jshaffer@stutman.com
Zev Shechtman   zshechtman@dgdk.com, danninggill@gmail.com
David B Shemano   dshemano@pwkllp.com
Jeffrey S Shinbrot   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Stephen Shiu   sshiu@swlaw.com
Lori Sinanyan   lsinanyan@jonesday.com
Daniel H Slate   dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
Surjit P Soni   surjit@sonilaw.com, gayane@sonilaw.com
Bennett L Spiegel   blspiegel@jonesday.com
Tracie L Spies   tracie@haganlaw.org
James Stang   jstang@pszjlaw.com
Catherine Steege   csteege@jenner.com
Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford   jtedford@dgdk.com, DanningGill@Gmail.com
Damon Thayer   dthayer@jenner.com
James A Timko   jtimko@allenmatkins.com
Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
Rouben Varozian   rvarozian@bzlegal.com
Jason L Weisberg   jason@gdclawyers.com
William E Winfield   wwinfield@nchc.com
Jasmin Yang   jyang@swlaw.com
Aleksandra Zimonjic   azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

370857.1 [XP]        25195

| In re: MERUELO MADDUX PROPERTIES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-13356-VK |
|---|---|

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Served Via EMail
Glenn C. Kelble glenn@thegreenlawgroup.com (Attorney for Roofcorp of CA, Inc.)

370857.1 [XP]        25195