CHRISTOPHER E. PRINCE (SBN 183553)
cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
acahill@lesnickprince.com
LESNICK PRINCE LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90405
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Attorneys for Charlestown Capital Advisors, LLC and
Hartland Asset Management Corporation

PAUL, HASTINGS, JANOFSKY & WALKER LLP
CYNTHIA M. COHEN (State Bar No. 93639)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Attorneys for Global Asset Capital, LLC and
GAC Real Estate Partners, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.<br><br>Debtor. | Case No. 1:09-bk-13356-VK<br><br>Chapter 11<br><br>**NOTICE OF FILING OF REDLINED REVISED EXCERTPS OF PROPOSED FINDINGS AND CONCLUSIONS AND REDLINED REVISED EXCERPTS OF PROPOSED CONFIRMATION ORDER** |

PLEASE TAKE NOTICE THAT Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation (the "Charlestown Proponents") have submitted to the Court, via the LOU system, a revised set of proposed findings of fact and conclusions of law with respect to confirmation of the Charlestown Plan. Attached as Exhibit A is a redlined version showing changes from the findings and conclusions previously submitted to the Court on June 15, 2011.

The Charlestown Proponents have also submitted to the Court, via the LOU system, a revised proposed order confirming the Charlestown Plan. Attached as Exhibit B is a redlined version showing changes from the proposed order previously submitted to the Court on June 15, 2011.

DATED: June 23, 2011

LESNICK PRINCE LLP

By: /s/ Christopher E. Prince
Christopher E. Prince
Attorneys for Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation

# EXHIBIT A

- Joint Plan of Reorganization of Meruelo Maddux Properties, Inc., et al. Dated May 3, 2011 [Docket No. 3055];
- Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's Second Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc. et al. Dated September 23, 2010 [Docket No. 1862];
- Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's Third Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc. et al. Dated September 30, 2010 [Docket No. 1902];
- Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's Fourth Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc., et al. Dated October 14, 2010 [Docket No. 1951];
- Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's First Modified Fourth Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc., et al. Dated October 14, 2010 [Docket No. 2672];
- Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's Second Modified Fourth Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc., et al. Dated October 14, 2010 [Docket No. 3068];
- Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's Disclosure Statement Describing Fourth Amended Joint Plan of Reorganization of Meruelo Maddux Properties, Inc. et al. Dated October 14, 2011 [Docket No. 1952];
- Proof of service Of Solicitation Packages, Including Disclosure Statements, Solicitation Letters, Ballots, And Notice Of Hearing On Confirmation Of Proposed Plans And Deadline For Objections To Confirmation [Docket No. 2122];
- Affidavit of Robert Q. Klamser Regarding Votes [Docket No. 2320];
- Affidavit of David Hartie Regarding Votes [Docket No. 2321];
- Charlestown's and Hartland's Opening Brief in Support of Their Proposed Plan of Reorganization [Docket No. 2333];

the Jointly Administered Debtors' Reconsideration Motion for the reasons set forth in the official record of said hearing, and good cause appearing,

NOW, THEREFORE, TO EFFECTUATE ITS ORAL RULINGS, THE COURT MAKES ITS FINDINGS OF FACT AND CONCLUSIONS OF LAW AS FOLLOWS:

## **FINDINGS OF FACT**

1. The Jointly Administered Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on March 26 and 27, 2009.

2. 845 S. Flower and Chinatown filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on September 3, 2009.

3. MMPI was incorporated under the laws of the State of Delaware in 2006. Subsequent to its incorporation and prior to the filing of its chapter 11 petition, MMPI had an initial public offering ("IPO") of its common stock.  The IPO was consummated on January 30, 2007.  Pursuant to the IPO, 40 million shares of MMPI were sold to the public and 5.5 million shares were sold to the underwriters of the IPO.  The IPO raised approximately $425.7 million in proceeds net of the underwriting discount but before expenses related to the IPO.

4. As of ~~October~~November 22, 2010 (the ~~date Solicitation Packages were served),~~"Balloting Deadline") 45,189,587 of the shares of MMPI's outstanding common stock that were held ~~or beneficially owned~~directly or indirectly by Richard Meruelo, John Maddux, other officers of MMPI or other members of MMPI's ~~management and/or entities owned or controlled by the foregoing~~board of directors (collectively, "Insider Equity") ~~and the remainder of shares~~were tabulated as having voted in Class 1F under the Charlestown Capital Advisors, LLC's and Hartland Asset Management Corporation's Fourth Amended Joint Plan of Meruelo Maddux Properties, Inc., et al. Dated October 14, 2010 [Docket No. 1951] (the "Fourth Amended Charlestown Plan").  Other shares of MMPI's outstanding common stock that were held by Insider Equity either were tabulated as having voted in Class 1E under the Fourth Amended Charlestown Plan or did not vote.  Shares of MMPI's outstanding common stock that were not held by Insider Equity were held by public shareholders ("Non-Insider Equity")~~.~~ and were tabulated as having voted in Class 1E under the Fourth Amended Charlestown Plan or did not vote

LEGAL_US_W # 68238575.2                                     -14-

# EXHIBIT B

parties to executory contracts and unexpired real property leases with any of the Reorganized Debtors, any other party in interest in the Chapter 11 Cases, and the respective heirs, executors, administrators, successors, or assigns, if any, of the foregoing.

<u>Revesting of Assets (11 U.S.C. § 1141(b), (c))</u>. As set forth in Article IV.B. of the Plan, as of the Effective Date, all property of the Estates shall revest in the Reorganized Debtors free and clear of all Claims, Liens, encumbrances or other Interests, except as otherwise provided in the Plan or in this Confirmation Order. From and after the Effective Date, the Reorganized Debtors may operate their businesses and use, acquire, dispose of property and settle and compromise Claims or Interests without supervision by the Bankruptcy Court and free of any restrictions in the Bankruptcy Code or Bankruptcy Rules, other than those restrictions expressly imposed by the Plan and this Confirmation Order.

<u>Retained Assets</u>. To the extent that the retention by Reorganized Debtors of assets held immediately prior to emergence in accordance with the Plan is deemed, in any instance, to constitute "transfers" of property, such transfers of property to the Reorganized Debtors (a) are or shall be legal, valid, and effective transfers of property, (b) vest or shall vest the Reorganized Debtors with good title to such property, free and clear of all liens, charges, Claims, encumbrances, or interests, except as expressly provided in the Plan or this Confirmation Order, (c) do not and shall not constitute avoidable transfers under the Bankruptcy Code or under applicable nonbankruptcy law, and (d) do not and shall not subject the Reorganized Debtors to any liability by reason of such transfer under the Bankruptcy Code or under applicable nonbankruptcy law, including by laws affecting successor or transferee liability.

<u>Distribution Record Date</u>.  The Reorganized Debtors are hereby entitled to recognize and deal for all purposes hereunder only with those record holders stated on the transfer ledgers <u>of MMPI</u> as of <u>11:59 p.m. EDT on</u> the ~~close of business~~

~~on the date that is ten (10) days after the entry of this Confirmation Order (the "Distribution Record Date"~~business day immediately prior to the Effective Date (the "Record Date"); *provided, however,* that if the ~~Distribution~~ Record Date occurs on a weekend or holiday, the ~~Distribution~~ Record Date shall be the first business day thereafter. All record holders on the Record Date shall receive $0.35 per share for their shares of MMPI Common Stock being purchased pursuant to the Plan; provided, however, that (a) (i) Merco Group - Roosevelt Building, LLC, (ii) Richard Meruelo, as trustee of the Richard Meruelo Living Trust U/D/T dated September 15, 1989 and (iii) Sunstone Bella Vista LLC shall receive $0.45 per share for all such purchased shares held as of 11:59 p.m. EDT on May 18, 2011 (the " Deadline") that are also held as of the Record Date and (b) any other record holder claiming to be Insider Equity shall be required to provide evidence to MMPIA of his, her or its status as Insider Equity and ownership of the MMPI Common Stock as of the Deadline and the Record Date in order to receive an additional $0.10 per share for all shares held as of such dates which are being purchased pursuant to the Plan.

<u>Treatment of Executory Contracts and Unexpired Real Property Leases</u>. The provisions regarding executor contracts and unexpired real property leases, as modified by the Modifications in Paragraph 2, are hereby approved.

<u>Exemption from Transfer Taxes</u>. In accordance with section 1146(a) of the Bankruptcy Code, the issuance, transfer or exchange of notes or equity securities under or in connection with the Plan, the creation of any mortgage, deed of trust or other security interest, the making or assignment of any lease or sublease or the making or delivery of any deed or other instrument of transfer under, in furtherance of, or in connection with the Plan, including any merger agreements or agreements of consolidation, deeds, bills of sale or assignments executed in connection with any of the transactions contemplated under the Plan shall not be subject to any stamp, real estate transfer, mortgage recording or other similar tax.

| In re: | | CHAPTER 11 |
|---|---|---|
| MERUELO MADDUX PROPERTIES, INC | | |
| | Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

185 Pier Avenue, Suite 103, Santa Monica, CA  90405

A true and correct copy of the foregoing documents described as: **NOTICE OF FILING OF REDLINED REVISED EXCERTPS OF PROPOSED FINDINGS AND CONCLUSIONS AND REDLINED REVISED EXCERPTS OF PROPOSED CONFIRMATION ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 23, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   June 23, 2011   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    **VIA U.S. MAIL**
    Honorable Victoria S. Kaufman
    United States Bankruptcy Court
    21041 Burbank Boulevard, Suite 305
    Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed..

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2011 | Christopher E. Prince | /s/ Christopher E. Prince |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**F 9013-3.1**

Case 1:09-bk-13356-VK    Doc 3238    Filed 06/23/11    Entered 06/23/11 19:50:39    Desc
Main Document    Page 10 of 12

| In re:                                  | CHAPTER 11                      |
|-----------------------------------------|---------------------------------|
| MERUELO MADDUX PROPERTIES, INC          |                                 |
| Debtor(s).                              | CASE NUMBER 1:09-bk-13356-KT    |

Parties receiving electronic notice:

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed)**:**

- Michael C Abel mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Robert Abiri rabiri@abiriszeto.com
- Allison R Axenrod allison@claimsrecoveryllc.com
- Christopher J Bagnaschi cb@cjblaw.com
- John J Bingham jbingham@dgdk.com
- William C Bollard eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante peterbonfante@bsalawfirm.com
- Erin N Brady enbrady@jonesday.com
- Julia W Brand JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun jennifer.l.braun@usdoj.gov
- Martin J Brill mjb@lnbrb.com
- Andrew W Caine acaine@pszyjw.com
- Howard Camhi hcamhi@ecjlaw.com
- Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg jcarlberg@boselaw.com
- Sara Chenetz chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi jchoi@swjlaw.com
- Carol Chow CChow@Stutman.com
- Cynthia M Cohen cynthiacohen@paulhastings.com
- Ronald R Cohn rcohn@horganrosen.com
- Enid M Colson emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa mcorrea@jonesday.com
- Emily R Culler eculler@stutman.com
- Ana Damonte ana.damonte@pillsburylaw.com
- Brian L Davidoff bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis sdavis@coxcastle.com
- Aaron De Leest aed@dgdk.com
- Daniel Denny ddenny@gibsondunn.com
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Marina Fineman mfineman@stutman.com
- Michael G Fletcher mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney dgaffney@swlaw.com
- Thomas M Geher tmg@jmbm.com
- Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser bglaser@swjlaw.com
- Gabriel I Glazer gglazer@stutman.com
- Matthew A Gold courts@argopartners.net
- Eric D Goldberg egoldberg@stutman.com
- Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham jag@jmbm.com
- Ofer M Grossman omglaw@gmail.com
- Jodie M Grotins jgrotins@mcguirewoods.com
- Peter J Gurfein pgurfein@lgbfirm.com, cscott@LGBFirm.com
- Cara J Hagan carahagan@haganlaw.org

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC | |
| Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

- Asa S Hami ahami@sulmeyerlaw.com
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling rhessling@dgdk.com
- Whitman L Holt wholt@ktbslaw.com
- William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer wkiekhofer@mcguirewoods.com
- Andrew F Kim akim@mrllp.com
- Michael S Kogan mkogan@ecjlaw.com
- Tamar Kouyoumjian tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau lew@landaunet.com
- Dare Law dare.law@usdoj.gov
- Leib M Lerner leib.lerner@alston.com
- Matthew A Lesnick matt@lesnicklaw.com
- David E Leta dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon slinkon@rcolegal.com
- Robert M Llewellyn michael.llewellyn@boe.ca.gov
- Richard Malatt rmalatt@gmail.com
- Elmer D Martin elmermartin@gmail.com
- Elissa Miller emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar amuhtar@sulmeyerlaw.com
- Iain A W Nasatir inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan jnolan@pszjlaw.com
- Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman lpeitzman@pwkllp.com
- Eric S Pezold epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince cprince@lesnickprince.com
- Michael H Raichelson mhr@cabkattorney.com
- Dean G Rallis Jr drallis@sulmeyerlaw.com
- Kurt Ramlo kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED - cmr@lnbrb.com
- Daniel H Reiss dhr@lnbyb.com
- Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley tgarza@sierrafunds.com
- Martha E Romero Romero@mromerolawfirm.com
- Victor A Sahn vsahn@sulmeyerlaw.com
- Steven J Schwartz sschwartz@dgdk.com
- Kenneth J Shaffer jshaffer@stutman.com
- Zev Shechtman zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano dshemano@pwkllp.com
- Jeffrey S Shinbrot jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu sshiu@swlaw.com
- Lori Sinanyan lsinanyan@jonesday.com
- Daniel H Slate dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni surjit@sonilaw.com, gayane@sonilaw.com
- Bennett L Spiegel blspiegel@jonesday.com
- Tracie L Spies tracie@haganlaw.org
- James Stang jstang@pszjlaw.com
- Catherine Steege csteege@jenner.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: MERUELO MADDUX PROPERTIES, INC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

- John N Tedford jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer dthayer@jenner.com
- James A Timko jtimko@allenmatkins.com
- Alan G Tippie atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian rvarozian@bzlegal.com
- Jason L Weisberg jason@gdclawyers.com
- William E Winfield wwinfield@nchc.com

- Jasmin Yang jyang@swlaw.com

- Aleksandra Zimonjic azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                **F 9013-3.1**