# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA



| In re: MERUELO MADDUX PROPERTIES INC. et al., <br><br> Debtor(s). | CASE NO: SV 09-13356VK <br> (Jointly Administered) <br> **NOTICE OF REFERRAL OF APPEAL** <br><br> Notice of Appeal Filed: 6/30/2011 <br> Notice of Cross-Appeal Filed: <br> Bankruptcy Filed: 03/27/09 |
|---|---|

TO: ALL PARTIES IN INTEREST, AND
    [ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, <u>OR</u>
    [X] U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

- [ ] Motion for Leave to Appeal
- [ ] Answer in Opposition to Motion for Leave to Appeal
- [X] Notice of  √ Appeal ____ Cross-Appeal
- [X] Appellant's Statement of Election to Transfer Appeal to District Court
- [X] Other: Statement of Related Cases of Appeals Pending with Judge Steven V. Wilson

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

DATED: __6/30/11__

KATHLEEN CAMPBELL
Clerk of Court

By: _Patty Flores Garcia_
**Deputy Clerk**

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable Order:

- [ ] AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)
- [X] ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED: __JUN 3 0 2011__

KATHLEEN CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

**NOTICE OF REFERRAL (Bankruptcy)**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

**X** NOTICE OF REFERRAL OF APPEAL

[ ] CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO: **SV09-13356-VK**           ADVERSARY NO: _____

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[✓] U. S. DISTRICT COURT
Central Dist. of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central Dist. of California, Southern Division
U. S. Courthouse, Room 101
751 West Santa Ana Blvd.
Santa Ana, CA 92701-4025

[✓] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

[ ] Arthur Marquis
OFFICE OF THE U. S. TRUSTEE
600 W. Santa Ana Blvd., Suite 501
Santa Ana, CA 92701-4025

INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:

SEE ATTACHED LIST

**APPEAL SERVICE LIST**            APPEALS : SERVLIST (7/96)

| PARTY | ATTORNEY OF RECORD |
|---|---|
| John Charles Maddux, the John Charles Maddux Trust U/D/T dated July 24, 2006, and Sunstone Bella Vista, LLC | David B. Shemano, Esq.<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA  90067<br>Tel: (310) 552-3100<br>Fax: (310) 552-3101<br>dshemano@pwkllp.com |
| Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation | Christopher E. Prince, Esq.<br>Lesnick Prince LLP<br>185 Pier Avenue, Suite 103<br>Santa Monica, CA 90405<br>Telephone: (213) 493-6496<br>Facsimile: (213) 494-6596<br>cprince@lesnickprince.com |
| Debtor In Possession<br>Meruelo Maddux Properties Inc. | John Tedford, Esq<br>Danning Gill Diamond & Kollitz LLP<br>2029 Century Park East 3rd Fl<br>Los Angeles, CA 90067-0077<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br>jnt@dgdk.com<br><br>Gary Klausner, Esq.<br>Stutman Treister & Glatt PC<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067<br>Telephone: (310) 228-5600<br>Facsimile:  (310) 228-5788<br>gklausner@stutman.com |
| Richard Meruelo | Marc Harris, Esq.<br>Scheper Kim & Harris LLP<br>One Bunker Hill<br>601 West Fifth Street,<br>12th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 613-4690<br>Facsimile: (213) 613-4656<br>mharris@scheperkim.com |
| Official Committee of Unsecured Creditors | Dean Rallis, Esq.<br>Sulmeyer Kupetz<br>333 S. Hope Street, 35th Floor<br>Los Angeles, CA  90071<br>Telephone: (213) 626-2311<br>Facsimile: (213) 629-4520<br>drallis@sulmeyer.com |
| CIM Urban Re Fund GP II, LLC as Successor in Interest to Grand | Peter J. Gurfein<br>Landau Gottfried & Berger LLP |

| PARTY | ATTORNEY OF RECORD |
|---|---|
| Avenue Lofts, LP | 1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br>pgurfein@lgbfirm.com |
| FNBN-CMLCOM I LLC | David E. Leta<br>Snell & Wilmer<br>Gateway Tower West<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1531<br>Telephone: (801) 257-1900<br>Facsimile: (801) 257-1800 |
| PNL Pomona, L.P. | Cara Hagan<br>Hagan & Associates<br>110 E. Wilshire Ave, Suite 405<br>Fullerton, CA 92832<br>Telephone: (714) 526-3377<br>Facsimile: (714) 526-3317 |
| Legendary Investors Group No. 1, LLC | Jeffrey Dulberg, Esq,<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA 90067-4100<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>jdulberg@pszjlaw.com |
| California Bank & Trust | Daniel H. Slate, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles, Ca 90017-2457<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400<br>dslate@buchalter.com |
| Bank of America | Eric Pezold, Esq.<br>Snell & Wilmer<br>Plaza Tower<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626-7689<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799<br>epezold@swlaw.com |
| China Trust Bank | Steven Linkon, Esq.<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd SE, Ste 200<br>Bellevue, WA 98006<br>Telephone: (425) 586-1952<br>Facsimile: (425) 458.2131<br>slinkon@rcflegal.com |

| PARTY | ATTORNEY OF RECORD |
|---|---|
| Los Angeles County Tax Collector | Barry Glaser, Esq.<br>Steckbauer Weinhart Jaffe, LLP<br>333 S. Hope St., 36th Floor<br>Los Angeles, Ca 90071<br>Telephone: (213) 229-2868<br>Facsimile: (213) 229-2870<br>bglaser@swjlaw.com |
| Office of the United States Trustee | Jennifer L Braun, Esq.<br>21051 Warner Center Ln Ste 115<br>Woodland Hills, CA 91367<br>Telephone: (818) 716-8800<br>Facsimile: (818) 710-1576<br>jennifer.l.braun@usdoj.gov |
| Official Committee of Equity Holders | Kenneth K. Lee, Esq.<br>Jenner & Block<br>633 West 5th Street, Suite 3500<br>Los Angeles, CA 90071-2054<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br>klee@jenner.com |