1  David B. Shemano (State Bar No. 176020)
   *dshemano@pwkllp.com*
2  Lauren N. Gans (State Bar No. 247542)
   *lgans@pwkllp.com*
3  PEITZMAN, WEG & KEMPINSKY LLP
   2029 Century Park East, Suite 3100
4  Los Angeles, CA  90067
   Telephone: (310) 552-3100
5  Facsimile: (310) 552-3101

6  Attorneys for Creditors and Equity Holders
   John Charles Maddux et al.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-13356-VK |
| MERUELO MADDUX PROPERTIES, INC., et al., | Chapter 11 (Cases Jointly Administered) |
| Debtor and Debtor-in-Possession. | |
| ☑  Affects all Debtors<br>☐  Affects the following Debtor(s): | **NOTICE PURSUANT TO DISTRICT COURT LOCAL RULE 83-1.3 THAT APPEAL FROM ORDER CONFIRMING THE CHARLESTOWN PLAN IS RELATED TO OTHER BANKRUPTCY APPEALS PENDING BEFORE THE HONORABLE UNITED STATES DISTRICT JUDGE STEVEN V. WILSON** |

**PLEASE TAKE NOTICE** that, pursuant to District Court Local Rule 83-1.3, John Charles Maddux, the John Charles Maddux Trust U/D/T dated July 24, 2006, and Sunstone Bella Vista, LLC (collectively, the "Maddux Parties") hereby state that their appeal from the "Order Confirming the Charlestown Plan" (the "Confirmation Order"), entered by the Bankruptcy Court in the above-captioned chapter 11 cases on June 24, 2011 (the "Appeal"), which they have elected to have heard by the District Court for the Central District of California, and the following District Court cases (a) arise from the same or substantially identical transactions, happenings, or events and (b) are likely to entail substantial duplication of labor if heard by

1

1 | different judges.

2 |     1. *In re Meruelo Maddux Properties, Inc.;* District Court Case No.: 2:09-cv-05976-SVW (assigned to United States District Judge Steven V. Wilson);

2. *In re Meruelo Maddux Properties, Inc. et al*; District Court Case No.: 2:09-cv-08329-SVW (assigned to United States District Judge Steven V. Wilson);

3. *County of Los Angeles Tax Collector v. Bank of America et al*; District Court Case No.: 10-cv-03536-SVW (assigned to United States District Judge Steven V. Wilson);

4. *In re Meruelo Maddux Properties, Inc. et al*; District Court Case No.: 2:11-cv-03775-SVW (assigned to United States District Judge Steven V. Wilson);

5. *In re Meruelo Maddux Properties, Inc. et al*; District Court Case No.: 2:11-cv-04206-SVW (assigned to United States District Judge Steven V. Wilson); and

6. *In re Meruelo Maddux Properties, Inc. et al*; District Court Case No.: 2:11-cv-04124-SVW (assigned to United States District Judge Steven V. Wilson).

Each of the District Court cases referenced arose from the chapter 11 case bankruptcy cases of the above-captioned debtors (the "Debtors") and was assigned to Judge Wilson. Because the Appeal also arises from the Debtors' chapter 11 cases, the Appeal should be referred to Judge Wilson.

Dated: June 29, 2011                        PEITZMAN, WEG & KEMPINSKY LLP

                                          By:   /s/ David B. Shemano
                                                David B. Shemano
                                                Lauren N. Gans

                                        Attorneys for the Maddux Parties

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **Notice Pursuant To District Court Local Rule 83-1.3 That Appeal From Order Confirming The Charlestown Plan Is Related To Other Bankruptcy Appeals Pending Before The Honorable United States District Judge Steven V. Wilson** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael C Abel     mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Robert Abiri     rabiri@abiriszeto.com
- Allison R Axenrod     allison@claimsrecoveryllc.com
- Christopher J Bagnaschi     cb@cjblaw.com
- John J Bingham     jbingham@dgdk.com
- William C Bollard     eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante     peterbonfante@bsalawfirm.com
- Erin N Brady     enbrady@jonesday.com
- Julia W Brand     JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun     jennifer.l.braun@usdoj.gov
- Martin J Brill     mjb@lnbrb.com
- Andrew W Caine     acaine@pszyjw.com
- Howard Camhi     hcamhi@ecjlaw.com
- Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg     jcarlberg@boselaw.com
- Sara Chenetz     chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi     jchoi@swjlaw.com
- Carol Chow     CChow@Stutman.com
- Cynthia M Cohen     cynthiacohen@paulhastings.com
- Ronald R Cohn     rcohn@horganrosen.com
- Enid M Colson     emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa     mcorrea@jonesday.com
- Emily R Culler     eculler@stutman.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis     sdavis@coxcastle.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010     **F 9013-3.1.PROOF.SERVICE**

- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marina Fineman    mfineman@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Lauren N Gans    lgans@pwkllp.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Gabriel I Glazer    gglazer@stutman.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    egoldberg@stutman.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com, cscott@LGBFirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling    rhessling@dgdk.com
- Whitman L Holt    wholt@ktbslaw.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    akim@mrllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Dare Law    dare.law@usdoj.gov
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

- Lawrence Peitzman     lpeitzman@pwkllp.com
- Eric S Pezold     epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince     cprince@lesnickprince.com
- Michael H Raichelson     mhr@cabkattorney.com
- Dean G Rallis Jr     drallis@sulmeyerlaw.com
- Kurt Ramlo     kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED -     cmr@lnbrb.com
- Daniel H Reiss     dhr@lnbyb.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com
- James S Riley     tgarza@sierrafunds.com
- Martha E Romero     Romero@mromerolawfirm.com
- Victor A Sahn     vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com
- Steven J Schwartz     sschwartz@dgdk.com
- Kenneth J Shaffer     jshaffer@stutman.com
- Zev Shechtman     zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano     dshemano@pwkllp.com
- Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu     sshiu@swlaw.com
- Lori Sinanyan     lsinanyan@jonesday.com
- Daniel H Slate     dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni     surjit@sonilaw.com, gayane@sonilaw.com
- Bennett L Spiegel     blspiegel@jonesday.com
- Tracie L Spies     tracie@haganlaw.org
- James Stang     jstang@pszjlaw.com
- Catherine Steege     csteege@jenner.com
- Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford     jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer     dthayer@jenner.com
- James A Timko     jtimko@allenmatkins.com
- Alan G Tippie     atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian     rvarozian@bzlegal.com
- Howard J Weg     hweg@pwkllp.com
- Jason L Weisberg     jason@gdclawyers.com
- William E Winfield     wwinfield@nchc.com
- Jasmin Yang     jyang@swlaw.com
- Aleksandra Zimonjic     azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 29, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**Served by U.S. Mail:**
Hon. Victoria S. Kaufman
United States Bankruptcy Court – Central District of California
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 29, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Counsel for Richard Meruelo served via E-mail**

Marc Harris, Esq.
Scheper Kim & Harris LLP
mharris@scheperkim.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2011 | Susan C. Vasquez | /s/ Susan C. Vasquez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                    **F 9013-3.1.PROOF.SERVICE**