David B. Shemano (State Bar No. 176020)
*dshemano@pwkllp.com*
Lauren N. Gans (State Bar No. 247542)
*lgans@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for Creditors and Equity Holders
John Charles Maddux et al.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>　　　　Debtor and Debtor-in-Possession.<br><br>☑　Affects all Debtors<br>☐　Affects the following Debtor(s): | Case No. 1:09-bk-13356-VK<br><br>Chapter 11 (Cases Jointly Administered)<br><br>**THE MADDUX PARTIES' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

　　　　On June 29, 2011, John Charles Maddux, the John Charles Maddux Trust U/D/T dated July 24, 2006, and Sunstone Bella Vista, LLC (collectively, the "Maddux Parties"), filed a notice of appeal to the District Court from the "Order Confirming The Charlestown Plan" (the "Confirmation Order"), entered by the Bankruptcy Court in the above-captioned chapter 11 cases on June 24, 2011.

　　　　Pursuant to Local Rule 4 (8006-4.1) of the United States District Court for the Central District of California, Governing Bankruptcy Appeals, Cases and Proceedings, the original documents and exhibits filed in the Bankruptcy Court, the transcript of proceedings, and a

1

1 | certified copy of the docket prepared by the Bankruptcy Court, shall constitute the record on
2 | appeal.

3 |     Without limiting the foregoing, the Maddux Parties designate the documents from the
4 | Bankruptcy Court docket listed in Exhibit A hereto to be included in the record on appeal.

6 | Dated: July 13, 2011      PEITZMAN, WEG & KEMPINSKY LLP

7 |     By:   /s/ David B. Shemano
    David B. Shemano
8 |     Lauren N. Gans

9 |     Attorneys for the Maddux Parties