**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
JULIO V. VERGARA (State Bar No. 223762)
jvergara@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**THE CREDITORS' LAW GROUP, PC**
DAVID J. RICHARDSON (State Bar No. 168592)
djr@thecreditorslawgroup.com
2301 Hyperion Ave., Suite A
Los Angeles, CA 90027
Telephone: (323) 686-5400
Facsimile: (323) 686-5403

**Attorneys for Richard Meruelo**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>   Debtor and Debtor in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects the following Debtors(s): | CASE NO. 1:09-bk-13356-VK<br><br>Chapter 11 (Cases Jointly Administered)<br><br>**RICHARD MERUELO'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

On July 1, 2011, Richard Meruelo ("Meruelo"), filed a notice of appeal to the District Court from the "Order Confirming The Charlestown Plan" (the "Confirmation Order"), entered by the Bankruptcy Court in the above-captioned chapter 11 cases on June 24, 2011.

Pursuant to Local Rule 4 (8006-4.1) of the United States District Court for the Central District of California, Governing Bankruptcy Appeals, Cases and Proceedings, the original

1 | documents and exhibits filed in the Bankruptcy Court, the transcript of proceedings, and a
2 | certified copy of the docket prepared by the Bankruptcy Court, shall constitute the record on
3 | appeal.
4 |     Without limiting the foregoing, Richard Meruelo designates the documents from the
5 | Bankruptcy Court docket listed in Exhibit A hereto to be included in the record on appeal.

DATED: July 15, 2011          Respectfully submitted,

                              THE CREDITORS' LAW GROUP, PC
                              DAVID J. RICHARDSON


                              By:   /s/ David J. Richardson
                                    David J. Richardson
                                    Attorneys for Richard Meruelo