**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
JULIO V. VERGARA (State Bar No. 223762)
jvergara@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**THE CREDITORS' LAW GROUP, PC**
DAVID J. RICHARDSON (State Bar No. 168592)
djr@thecreditorslawgroup.com
2301 Hyperion Ave., Suite A
Los Angeles, CA 90027
Telephone: (323) 686-5400
Facsimile: (323) 686-5403

**Attorneys for Richard Meruelo**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re | CASE NO. 1:09-bk-13356-VK |
|---|---|
| MERUELO MADDUX PROPERTIES, INC., et al., | Chapter 11 (Cases Jointly Administered) |
| Debtor and Debtor in Possession. | **AMENDED NOTICE OF APPEAL FILED BY RICHARD MERUELO OF ORDER CONFIRMING THE CHARLESTOWN PLAN AND ORDER DENYING DEBTORS' MOTION FOR ORDER: (1) STRIKING EVIDENCE IMPROPERLY RECEIVED AFTER THE CLOSE OF TRIAL THROUGH JUDICIAL NOTICE, (2) RECONSIDERING PLAN CONFIRMATION RULING, OR IN THE ALTERNATIVE, (3) SCHEDULING A HEARING TO CONSIDER FAIR VALUE** |
| ☒ Affects All Debtors | |
| ☐ Affects the following Debtors(s): | |

**NOTICE IS HEREBY GIVEN** that Richard Meruelo ("Meruelo"), hereby amends his Notice of Appeal filed on July 1, 2011, Docket No. 3258. Meruelo hereby appeals under 28 U.S.C. § 158(a) from the "Order Confirming the Charlestown Plan" (the "Confirmation Order"), entered by the Bankruptcy Court in the above-captioned chapter 11 cases on June 24,

1   2011, and also appeals from the "Order Denying Debtors' Motion For Order: (1) Striking
2   Evidence Improperly Received After the Close of Trial Through Judicial Notice,
3   (2) Reconsidering Plan Confirmation Ruling, Or In The Alternative, (3) Scheduling a Hearing to
4   Consider Fair Value" (the "Reconsideration Order"), entered by the Bankruptcy Court in the
5   above-captioned chapter 11 cases on July 6, 2011.  A true and correct copy of the Confirmation
6   Order is attached hereto as Exhibit "A" and a true and correct copy of the Reconsideration Order
7   is attached hereto as Exhibit "B."

    As required by Federal Rule of Bankruptcy Procedure 8001(a), the names of the parties to the Confirmation Order, along with the names, addresses, telephone and fax numbers of their respective attorneys, are as follows:

| PARTY | ATTORNEY OF RECORD |
|---|---|
| John Charles Maddux, the John Charles Maddux Trust U/D/T dated July 24, 2006, and Sunstone Bella Vista, LLC | David B. Shemano, Esq.<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Tel: (310) 552-3100<br>Fax: (310) 552-3101<br>dshemano@pwkllp.com |
| Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation | Christopher E. Prince, Esq.<br>Lesnick Prince LLP<br>185 Pier Avenue, Suite 103<br>Santa Monica, CA 90405<br>Telephone: (213) 493-6496<br>Facsimile: (213) 494-6596<br>cprince@lesnickprince.com<br><br>Cynthia M. Cohen, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street<br>Twenty-fifth Floor<br>Los Angeles, CA  90071<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705<br>cynthiacohen@paulhastings.com |

2

| PARTY | ATTORNEY OF RECORD |
|---|---|
| Debtor In Possession<br>Meruelo Maddux Properties Inc. | John Tedford, Esq<br>Danning Gill Diamond & Kollitz LLP<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067-0077<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br>jnt@dgdk.com<br><br>Gary Klausner, Esq.<br>Stutman Treister & Glatt PC<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>facsimile: (310) 228-5788<br>gklausner@stutman.com |
| Richard Meruelo | Marc Harris, Esq.<br>Scheper Kim & Harris LLP One Bunker Hill<br>601 West Fifth Street, 12th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 613-4690<br>Facsimile: (213) 613-4656<br>mharris@scheperkim.com |
| Official Committee of Unsecured Creditors | Dean Rallis, Esq.<br>Sulmeyer Kupetz<br>333 S. Hope Street, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 626-2311<br>Facsimile: (213) 629-4520<br>drallis@sulmeyer.com |
| CIM Urban Re Fund GP II, LLC as Successor in Interest to Grand Avenue Lofts, LP | Peter J. Gurfein<br>Landau Gottfried & Berger LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br>pgurfein@lgbfirm.com |
| FNBN-CMLCOM I LLC | David E. Leta<br>Snell & Wilmer<br>Gateway Tower West<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1531<br>Telephone: (801) 257-1900<br>Facsimile: (801) 257-1800 |

| | PARTY | ATTORNEY OF RECORD |
|---|---|---|
| 1 | | |
| 2 | PNL Pomona, L.P. | Cara Hagan<br>Hagan & Associates<br>110 E. Wilshire Ave, Suite 405<br>Fullerton, CA 92832<br>Telephone: (714) 526-3377<br>Facsimile: (714) 526-3317 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Legendary Investors Group No.1, LLC | Jeffrey Dulberg, Esq,<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Boulevard, 11th Floor Los Angeles, CA 90067-4100<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>jdulberg@pszjlaw.com |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | California Bank & Trust | Daniel H. Slate, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90017-2457<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400<br>dslate@buchalter.com |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Bank of America | Eric Pezold, Esq.<br>Snell & Wilmer<br>Plaza Tower<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626-7689<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799<br>epezold@swlaw.com |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | China Trust Bank | Steven Linkon, Esq.<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd SE, Suite 200<br>Bellevue, WA 98006<br>Telephone: (425) 586-1952<br>Facsimile: (425) 458-2131<br>slinkon@rcflegal.com |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Los Angeles County Tax Collector | Barry Glaser, Esq.<br>Steckbauer Weinhart Jaffe, LLP<br>333 S. Hope St., 36th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 229-2868<br>Facsimile: (213) 229-2870<br>bglaser@swjlaw.com |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| PARTY | ATTORNEY OF RECORD |
|---|---|
| Office of the United States Trustee | Jennifer L Braun, Esq.<br>21051 Warner Center Ln., Suite 115<br>Woodland Hills, CA 91367<br>Telephone: (818) 716-8800<br>Facsimile: (818) 710-1576<br>jennifer.l.braun@usdoj.gov |
| Official Committee of Equity Holders | Kenneth K. Lee, Esq.<br>Jenner & Block<br>633 West 5th Street, Suite 3500<br>Los Angeles, CA 90071-2054<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br>klee@jenner.com<br><br>Georgiana "Cristy" Rodiger<br>Rodiger Law Office<br>272 S. Los Robles Avenue<br>Pasadena, CA 91101<br>Telephone: (626) 793-7264<br>Cell: (626) 755-6351<br><br>Ronald S. Orr<br>Ron Orr & Professionals, Inc.<br>578 Washington Blvd., #389<br>Marina del Rey, CA 90292<br>Telephone: (210) 301-4849<br>Facsimile: (866) 287-3116<br>Cell: (310) 560-3994 |

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the District Court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal.[1] Any other party may elect, within the time provided in 28 U.S.C. § IS8(c), to have the appeal heard by the District Court.

---

[1] The Appellants have exercised their right and have filed a separate statement of election to have the appeal heard by the District Court.

5

| | | |
|---|---|---|
| 1 | DATED: July 20, 2011 | Respectfully submitted, |
| 2 | | THE CREDITORS' LAW GROUP, PC |
| 3 | | DAVID J. RICHARDSON |
| 5 | | By:  /s/ David J. Richardson |
| 6 | | David J. Richardson<br>Attorneys for Richard Meruelo |