CHRISTOPHER E. PRINCE (SBN 183553)
  cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
  matt@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
  acahill@lesnickprince.com
LESNICK PRINCE LLP
185 Pier Avenue, Suite 103
Santa Monica, CA  90405
Telephone: (213) 493-6496
Facsimile:  (213) 493-6596

Attorneys for Reorganized Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:09-bk-13356-VK |
|-------|---------------------------|
| MERUELO MADDUX PROPERTIES, INC., et al. | Chapter 11 |
| | **NOTICE OF ENTRY OF CONFIRMATION ORDER, OCCURRENCE OF EFFECTIVE DATE AND BAR DATE FOR ADMINISTRATIVE CLAIMS** |
| Debtor. | |

1   **PLEASE TAKE NOTICE** that on June 24, 2011, the above-entitled court entered

2   an order confirming Charlestown Capital Advisors, LLC and Hartland Asset Management

3   Corporation's Third Modified Fourth Amended Chapter 11 Plan of Reorganization Dated October

4   14, 2010 (the "Confirmation Order").  The Confirmation Order is docketed in the above-captioned

5   bankruptcy case as Docket Number 3239.

6   A copy of Charlestown Capital Advisors, LLC and Hartland Asset Management

7   Corporation's Third Modified Fourth Amended Chapter 11 Plan of Reorganization Dated October

8   14, 2010 (the "Plan") is attached as Exhibit A to the Notice of Filing of Third Modified Fourth

9   Amended Chapter 11 Plan of Reorganization Dated October 14, 2010 [Dkt. No. 3223].

10   Accordingly, Meruelo Maddux Properties, Inc. and its 53 affiliated debtors (with the

11   exception of Merco Group –2529 Santa Fe Avenue LLC) have emerged from chapter 11

12   proceedings and are now conducting businesses as reorganized companies with the benefit of the

13   discharge and injunction provisions of the Plan and Confirmation Order.

14   Pursuant to paragraphs 17 and 18 of the Confirmation Order, except as provided in

15   the Plan, the rights afforded in and the payments and distributions to be made under the Plan shall

16   discharge the Reorganized Debtors from all existing debts and Claims and terminate any and all

17   Interests of any kind, nature or description whatsoever against or in the Reorganized Debtors or any

18   of their assets or properties to the fullest extent permitted by section 1141 of the Bankruptcy Code.

19   Except as provided in the Plan, upon the Effective Date, all existing Claims against and Interests in

20   the Reorganized Debtors shall be, and shall be deemed to be, satisfied and terminated, the

21   Reorganized Debtors shall be discharged, and all holders of such Claims and Interests shall be

22   precluded and enjoined from asserting against the Reorganized Debtors, their successors or

23   assignees or any of their assets or properties, any other or further Claim or Interest based upon any

24   act or omission, transaction or other activity of any kind or nature that occurred prior to the

25   Effective Date, whether or not such holder has filed a proof of Claim or Interest and whether or not

26   the facts or legal bases therefor were known or existed prior to the Effective Date.

27

28

1    **PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan

2    establish certain deadlines by which holders of administrative claims must take certain actions

3    including establishing a bar date for administrative claims.  Requests for payment of administrative

4    claims must be filed and served on counsel for the Reorganized Debtor no later than forty-five (45)

5    days after the Effective Date, or such later date, if any, as the Bankruptcy Court shall order upon

6    application made prior to the end of such 45-day period.  Holders of administrative claims that do

7    not file such requests by the applicable bar date shall be forever barred from asserting such claims

8    against any of the Debtors or the Reorganized Debtor or any of their respective properties.

9    Objections to administrative claims (other than objections to administrative claims

10    of  professionals as described below), shall be filed and served upon the holder no later than the

11    later of: (a) one hundred eighty (180) days after the Effective Date, (b) one hundred eighty (180)

12    days after a proof of claim or request for payment of such Claim is Filed, and (c) a deadline set by

13    the Bankruptcy Court after the extension of the one hundred eighty (180)-day deadline.

14    All professionals or other Persons requesting compensation or reimbursement of

15    expenses pursuant to any of Sections 327, 328, 330, 331, 503(b) and 1103 of the Bankruptcy Code

16    for services rendered on or before the Effective Date shall File and serve on the Reorganized Debtor

17    and the Creditors' Committee an application for final allowance of compensation and

18    reimbursement of expenses no later than (i) forty-five (45) days after the Effective Date, or (ii) such

19    later date as the Bankruptcy Court shall order upon application made prior to the end of such 45-day

20    period.

21

22

23

24

25

26

27

28

2

1         Objections to applications of professionals for compensation or reimbursement of

2    expenses must be Filed and served on Reorganized Debtor, the Creditors' Committee and the

3    professionals to whose application the objections are addressed on or before (i) fourteen days after

4    such application is filed and served or (ii) such later date as the Bankruptcy Court shall order or

5    upon agreement between the Reorganized Debtor and the affected professional.

6    DATED:  July 25, 2011

7                        LESNICK PRINCE LLP

8

9                      By:  /s/ Christopher E. Prince

10                         Christopher E. Prince
                      Attorneys for Reorganized Debtors

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:                                      | CHAPTER 11                          |
|                  MERUELO MADDUX PROPERTIES, INC  |                                     |
|                              Debtor(s).     | CASE NUMBER 1:09-bk-13356-KT        |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

185 Pier Avenue, Suite 103, Santa Monica, CA  90405

A true and correct copy of the foregoing documents described as: **NOTICE OF ENTRY OF CONFIRMATION ORDER, OCCURRENCE OF EFFECTIVE DATE AND BAR DATE FOR ADMINISTRATIVE CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    July 25, 2011                                I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **VIA OVERNIGHT MAIL**
> Honorable Victoria S. Kaufman
> United States Bankruptcy Court
> 21041 Burbank Boulevard, Suite 305
> Woodland Hills, CA 91367

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on           , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 25, 2011  Christopher E. Prince | /s/ Christopher E. Prince |
| *Date*                *Type Name*    | *Signature*               |

**F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC | |
| Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

Parties receiving electronic notice:

- Michael C Abel mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Robert Abiri rabiri@abiriszeto.com
- Allison R Axenrod allison@claimsrecoveryllc.com
- Christopher J Bagnaschi cb@cjblaw.com
- John J Bingham jbingham@dgdk.com
- William C Bollard eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante peterbonfante@bsalawfirm.com
- Erin N Brady enbrady@jonesday.com
- Julia W Brand JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun jennifer.l.braun@usdoj.gov
- Martin J Brill mjb@lnbrb.com
- Andrew R Cahill acahill@lesnickprince.com
- Andrew W Caine acaine@pszyjw.com
- Howard Camhi hcamhi@ecjlaw.com
- Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg jcarlberg@boselaw.com
- Sara Chenetz chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi jchoi@swjlaw.com
- Carol Chow CChow@Stutman.com
- Cynthia M Cohen cynthiacohen@paulhastings.com
- Ronald R Cohn rcohn@horganrosen.com
- Enid M Colson emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa mcorrea@jonesday.com
- Emily R Culler eculler@stutman.com
- Ana Damonte ana.damonte@pillsburylaw.com
- Brian L Davidoff bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis sdavis@coxcastle.com
- Aaron De Leest aed@dgdk.com
- Daniel Denny ddenny@gibsondunn.com
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Marina Fineman mfineman@stutman.com
- Michael G Fletcher mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney dgaffney@swlaw.com
- Lauren N Gans lgans@pwkllp.com
- Thomas M Geher tmg@jmbm.com
- Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser bglaser@swjlaw.com
- Gabriel I Glazer gglazer@stutman.com
- Matthew A Gold courts@argopartners.net
- Eric D Goldberg egoldberg@stutman.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                    **F 9013-3.1**

| In re:<br><br>MERUELO MADDUX PROPERTIES, INC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-bk-13356-KT |
|---|---|

- Michael J Gomez mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried mgottfried@lgbfirm.com, gguidetti@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham jag@jmbm.com
- Ofer M Grossman omglaw@gmail.com
- Jodie M Grotins jgrotins@mcguirewoods.com
- Peter J Gurfein pgurfein@lgbfirm.com, cscott@LGBFirm.com
- Cara J Hagan carahagan@haganlaw.org
- Asa S Hami ahami@sulmeyerlaw.com
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com
- Robert A Hessling rhessling@dgdk.com
- Whitman L Holt wholt@ktbslaw.com
- William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
- Lance N Jurich ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer wkiekhofer@mcguirewoods.com
- Andrew F Kim akim@mrllp.com
- Michael S Kogan mkogan@ecjlaw.com
- Tamar Kouyoumjian tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau lew@landaunet.com
- Leib M Lerner leib.lerner@alston.com
- Matthew A Lesnick matt@lesnicklaw.com
- David E Leta dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon slinkon@rcolegal.com
- Robert M Llewellyn michael.llewellyn@boe.ca.gov
- Richard Malatt rmalatt@gmail.com
- Elmer D Martin elmermartin@gmail.com
- Elissa Miller emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar amuhtar@sulmeyerlaw.com
- Iain A W Nasatir inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan jnolan@pszjlaw.com
- Henry H Oh henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman lpeitzman@pwkllp.com
- Eric S Pezold epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince cprince@lesnickprince.com
- Michael H Raichelson mhr@cabkattorney.com
- Dean G Rallis Jr drallis@sulmeyerlaw.com
- Kurt Ramlo kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin cmr@lnbrb.com
- Daniel H Reiss dhr@lnbyb.com
- Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com
- David J Richardson djr@thecreditorslawgroup.com
- James S Riley tgarza@sierrafunds.com
- Martha E Romero Romero@mromerolawfirm.com
- Victor A Sahn vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                    **F 9013-3.1**

| In re: MERUELO MADDUX PROPERTIES, INC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-13356-KT |

- Steven J Schwartz sschwartz@dgdk.com
- Kenneth J Shaffer jshaffer@stutman.com
- Mark M Sharf mark@forbankruptcy.com, msharf00@gmail.com
- Zev Shechtman zshechtman@dgdk.com, danninggill@gmail.com
- David B Shemano dshemano@pwkllp.com
- Jeffrey S Shinbrot jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu sshiu@swlaw.com
- Lori Sinanyan lsinanyan@jonesday.com
- Daniel H Slate dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni surjit@sonilaw.com, gayane@sonilaw.com
- Bennett L Spiegel blspiegel@jonesday.com
- Tracie L Spies tracie@haganlaw.org
- James Stang jstang@pszjlaw.com
- Catherine Steege csteege@jenner.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer dthayer@jenner.com
- James A Timko jtimko@allenmatkins.com
- Alan G Tippie atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian rvarozian@bzlegal.com
- Howard J Weg hweg@pwkllp.com
- Jason L Weisberg jason@gdclawyers.com
- William E Winfield wwinfield@nchc.com
- Jasmin Yang jyang@swlaw.com
- Aleksandra Zimonjic azimonjic@lgbfirm.com, kmoss@lgbfirm.com;cscott@lgbfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                         **F 9013-3.1**