| Attorney or Party Name, Address and Telephone Number: | FOR COURT USE ONLY |
|---|---|
| DAVID J. RICHARDSON (SBN 168592)<br>2301 Hyperion Ave., Suite A, Los Angeles, CA 90027<br>(323) 686-5400<br>JULIO V. VERGARA (SBN 223762)<br>SCHEPER KIM & HARRIS LLP, 601 West Fifth Street,<br>12th Floor, Los Angeles, CA 90071<br>(213) 613-4655<br>Attorney for: Richard Meruelo | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: MERUELO MADDUX PROPERTIES, INC., et al., | CASE NO.: 1:09-bk-13356 |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF TRANSCRIPT(S)** |
| Debtor(s). | DATE NOTICE OF APPEAL FILED: 7/1/11    AMENDED NOTICE OF APPEAL FILED 7/20/11 |

TO:    CLERK, U. S. BANKRUPTCY COURT AND OTHER PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that the following action has been taken:

[ ]    I do not intend to designate any portion of the transcript(s) and will notify all counsel of this intention.

[✓]    As retained counsel (or litigant proceeding in pro per), I have requested a copy of the below-referenced transcript(s) and guarantee payment of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of the order.

| DATE TRANSCRIPT(S) ORDERED | FOR HEARING DATE(S) |
|---|---|
| July 27, 2011 | May 19, 2011 |

DATED:  July 27, 2011                             /s/ David Richardson
                                                                                                   **Signature**

***SPECIAL INSTRUCTIONS***

**THIS IS NOT AN ORDER FOR A TRANSCRIPT.** To order a transcript, please use the Court approved TRANSCRIPT ORDER FORM.

The original and 2 copies of this Notice, accompanied by a Proof of Service on opposing counsel, are to be filed with the U. S. Bankruptcy Court within 14 days of the filing of the Notice of Appeal.

---

**NOTICE OF TRANSCRIPT(S) (Bankruptcy)**
APPEALS: NTC-TSC.BK (Revised 2/2010)

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**SCHEPER KIM & HARRIS LLP**
**601 West Fifth Street, 12th Floor**
**Los Angeles, CA  90071-2025**

A true and correct copy of the foregoing document described as **NOTICE OF TRANSCRIPTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 27, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael C Abel         mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Robert Abiri           rabiri@abiriszeto.com
- Allison R Axenrod      allison@claimsrecoveryllc.com
- Christopher J Bagnaschi  cb@cjblaw.com
- John J Bingham         jbingham@dgdk.com
- William C Bollard      eal@jbblaw.com, kmg@jbblaw.com; william@jbblaw.com
- Peter Bonfante         peterbonfante@bsalawfirm.com
- Erin N Brady           enbrady@jonesday.com
- Julia W Brand          jbrand@bhfs.com, jjung@bhfs.com; pherron@bhfs.com
- Jennifer L Braun       jennifer.l.braun@usdoj.gov
- Martin J Brill         mjb@lnbrb.com
- Andrew W Caine         acaine@pszyjw.com
- Howard Camhi           hcamhi@ecjlaw.com
- Gary O Caris           gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg       jcarlberg@boselaw.com
- Sara Chenetz           chenetz@blankrome.com, chang@blankrome.com
- Jacquelyn H Choi       jchoi@swjlaw.com
- Carol Chow             cchow@stutman.com
- Cynthia M Cohen        cynthiacohen@paulhastings.com
- Ronald R Cohn          rcohn@horganrosen.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                     F 9013-3.1.PROOF.SERVICE

- Enid M Colson — emc@dgdk.com; ecolson@dgdk.com
- Michaeline H Correa — mcorrea@jonesday.com
- Emily R Culler — eculler@stutman.com
- Ana Damonte — ana.damonte@pillsburylaw.com
- Brian L Davidoff — bdavidoff@rutterhobbs.com; calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
- Susan S Davis — sdavis@coxcastle.com
- Aaron De Leest — aed@dgdk.com
- Daniel Denny — ddenny@gibsondunn.com
- Jeffrey W Dulberg — jdulberg@pszjlaw.com
- Marina Fineman — mfineman@stutman.com
- Michael G Fletcher — mfletcher@frandzel.com; efiling@frandzel.com; shom@frandzel.com
- Barry V Freeman — bvf@jmbm.com; bvf@jmbm.com
- Donald L Gaffney — dgaffney@swlaw.com
- Lauren N Gans — lgans@pwkllp.com
- Thomas M Geher — tmg@jmbm.com
- Bernard R Given — bgiven@frandzel.com; efiling@frandzel.com; shom@frandzel.com
- Barry S Glaser — bglaser@swjlaw.com
- Gabriel I Glazer — gglazer@stutman.com
- Matthew A Gold — courts@argopartners.net
- Eric D Goldberg — egoldberg@stutman.com
- Michael J Gomez — mgomez@frandzel.com; efiling@frandzel.com; sking@frandzel.com
- Michael I Gottfried — mgottfried@lgbfirm.com; msaldana@lgbfirm.com; ncereseto@lgbfirm.com
- John A Graham — jag@jmbm.com
- Ofer M Grossman — omglaw@gmail.com
- Jodie M Grotins — jgrotins@mcguirewoods.com
- Peter J Gurfein — pgurfein@lgbfirm.com; cscott@lgbfirm.com
- Cara J Hagan — carahagan@haganlaw.org
- Asa S Hami — ahami@sulmeyerlaw.com
- Brian T Harvey — bharvey@buchalter.com, IFS_filing@buchalter.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

- Robert A Hessling — rhessling@dgdk.com
- Whitman L Holt — wholt@ktbslaw.com
- William W Huckins — whuckins@allenmatkins.com; clynch@allenmatkins.com
- Lance N Jurich — ljurich@loeb.com; kpresson@loeb.com
- William H. Kiekhofer — wkiekhofer@mcguirewoods.com
- Andrew F Kim — akim@mrllp.com
- Michael S Kogan — mkogan@ecjlaw.com
- Tamar Kouyoumjian — tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Lewis R Landau — lew@landaunet.com
- Dare Law — dare.law@usdoj.gov
- Leib M Lerner — leib.lerner@alston.com
- Matthew A Lesnick — matt@lesnicklaw.com
- David E Leta — dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien — katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon — slinkon@rcolegal.com
- Robert M Llewellyn — michael.llewellyn@boe.ca.gov
- Richard Malatt — rmalatt@gmail.com
- Elmer D Martin — elmermartin@gmail.com
- Elissa Miller — emiller@sulmeyerlaw.com; asokolowski@sulmeyerlaw.com
- Avi Muhtar — amuhtar@sulmeyerlaw.com
- Iain A W Nasatir — inasatir@pszjlaw.com; jwashington@pszjlaw.com
- Jeffrey P Nolan — jnolan@pszjlaw.com
- Henry H Oh — henry.oh@dlapiper.com; janet.curley@dlapiper.com
- Lawrence Peitzman — lpeitzman@pwkllp.com
- Eric S Pezold — epezold@swlaw.com; dwlewis@swlaw.com
- Christopher E Prince — cprince@lesnickprince.com
- Michael H Raichelson — mhr@cabkattorney.com
- Dean G Rallis Jr — drallis@sulmeyerlaw.com
- Kurt Ramlo — kurt.ramlo@dlapiper.com; evelyn.rodriguez@dlapiper.com
- Craig M Rankin - DECEASED - cmr@lnbrb.com
- Daniel H Reiss — dhr@lnbyb.com
- Michael B Reynolds — mreynolds@swlaw.com; kcollins@swlaw.com
- Jeremy V Richards — jrichards@pszjlaw.com; bdassa@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                      **F 9013-3.1.PROOF.SERVICE**

- James S Riley — tgarza@sierrafunds.com
- Martha E Romero — romero@mromerolawfirrn.com
- Victor A Sahn — vsahn@sulmeyerlaw.com; agonzalez@sulmeyerlaw.com
- Steven J Schwartz — sschwartz@dgdk.com
- Kenneth J Shaffer — jshaffer@stutman.com
- Zev Shechtman — zshechtman@dgdk.com; danninggill@gmail.com
- David B Shemano — dshemano@pwkllp.com
- Jeffrey S Shinbrot — jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com
- Stephen Shiu — sshiu@swlaw.com
- Lori Sinanyan — lsinanyan@jonesday.com
- Daniel H Slate — dslate@buchalter.com; rreeder@buchalter.com; ifs_filing@buchalter.com
- Surjit P Soni — surjit@sonilaw.com; gayane@sonilaw.com
- Bennett L Spiegel — blspiegel@jonesday.com
- Tracie L Spies — tracie@haganlaw.org
- James Stang — jstang@pszjlaw.com
- Catherine Steege — csteege@jenner.com
- Derrick Talerico — dtalerico@loeb.com; kpresson@loeb.com; ljurich@loeb.com
- John N Tedford — jtedford@dgdk.com; danninggill@gmail.com
- Damon Thayer — dthayer@jenner.com
- James A Timko — jtimko@allenmatkins.com
- Alan G Tippie — atippie@sulmeyerlaw.com; jbartlett@sulmeyerlaw.com; kfox@sulmeyerlaw.com
- United States Trustee (SV) — ustpregionl6.wh.ecf@usdoj.gov
- Rouben Varozian — rvarozian@bzlegal.com
- Howard J Weg — hweg@pwkllp.com
- Jason L Weisberg — jason@gdclawyers.com
- William E Winfield — wwinfield@nchc.com
- Jasmin Yang — jyang@swlaw.com
- Aleksandra Zimonjic — azimonjic@lgbfirrn.com; kmoss@lgbfirm.com; cscott@lgbfirrn.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 27, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    **Served by U.S. Mail**
    **Hon. Victoria S. Kaufman**
    **United States Bankruptcy Court – Central District of California**
    **21041 Burbank Boulevard, Suite 354**
    **Woodland Hills, CA  91367**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 27, 2011** | **Vicki Kirkland** | /S/ **Vicki Kirkland** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                      F 9013-3.1.PROOF.SERVICE