PETER J. GURFEIN (State Bar No. 127173)
ALEKSANDRA ZIMONJIC (State Bar No. 210252)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
pgurfein@lgbfirm.com
azimonjic@lgbfirm.com

Attorneys for GRAND AVENUE LOFTS LLC and
CIM Urban RE Fund GP II, LLC, as
Successor in Interest to GRAND AVENUE LOFTS, LP

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC. et al,<br><br>　　　　Debtors-In-Possession.<br><br>▪ Affects All Debtors | Case No. 1:09-bk-13356-VK<br><br>Chapter 11<br>(Jointly Administered)<br><br>**REQUEST OF GRAND AVENUE LOFTS, LLC FOR PAYMENT OF ADMINISTRATIVE CLAIM; DECLARATION OF JEFF LEE; AND EXHIBIT** |

　　　　Grand Avenue Lofts, LLC ("GAL"), hereby requests payment of administrative claim in the amount of $35,100 based on its payment of monthly parking fees, as provided in the *Charlestown Capital Advisors, LLC and Hartland Asset Management Corporation's Third Modified Fourth Amended Chapter 11 Plan of Reorganization Dated October 14, 2010* (the "Plan") which was confirmed by the Court on July 24, 2011 and became effective on July 25, 2011 (the "Effective Date").

LANDAU
GOTTFRIED &
BERGER LLP

The Plan provides:

> To the extent that, on the Effective Date, GAL has paid a Monthly Fee for any month commencing on May 1, 2011 or after, GAL shall have an Allowed Administrative Claim of $11,700 for each month's payment actually made.

Plan, p. 70. ll. 23-25. [Dkt. No. 3068].

Between May 1, 2011 and July 25, 2011 (*i.e.*, the Effective Date of the Plan) GAL made three payments of $15,000 to Merco Group-Southpark, LLC, one of the Debtors, for the May, June and July 2011 monthly parking fees, respectively (*i.e..*, the Monthly Fees). Exhibit 1 includes copies of GAL's checks evidencing the three payments. *See* Declaration of Jeff Lee, ¶ 2 and Ex. 1. Pursuant to the Plan, GAL is entitled to an allowed administrative claim of $35,100, calculated as the sum of the three allowed monthly fees of $11,700.

*Amended Notice of Entry of Confirmation Oder, Occurrence of Effective Date and Bar Date for Administrative Claims* [Dkt. No. 3317] provides that requests for payment of administrative claims must be filed within forty-five days after the Effective Date of July 25, 2011. GAL's request for payment of its administrative claim is timely as it was filed prior to September 9, 2011, the 45th day after the Effective Date.

For the reasons stated above, GAL requests that this Court enter an order granting payment of GAL's administrative claim in the amount of $35,100.

Dated: August 30, 2011                LANDAU GOTTFRIED & BERGER LLP
                                      PETER J. GURFEIN
                                      ALEKSANDRA ZIMONJIC

                                      By:___/s/ Peter J. Gurfein_____
                                          Peter J. Gurfein
                                      Attorneys for Grand Avenue Lofts, LLC

LANDAU GOTTFRIED & BERGER LLP

## DECLARATION OF JEFF LEE

I, Jeff Lee, declare:

1. I am a principal of The Lee Group, Inc., the sole member of 330 West 11th LLC, the sole member of Grand Avenue Lofts, LLC ("GAL"). Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration and if called as a witness I could and would testify competently thereto.

2. Exhibit 1 includes true and correct copies of three checks drawn on a GAL's bank account. The checks were payments to Merco Group – Southpark, LLC for the May, June and July 2011 monthly parking fees. I obtained copies of the checks from GAL's business records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of August, at Los Angeles, California.

_/s/ Jeff Lee_

# EXHIBIT 1



Date:06/03/11 Sequence Num:80119950 Account:1055518 Serial:1850 Amount:$15,000.00 Dep Seq#:80024780

https://afs.cs.zionsbank.com/scripts/afs/afsweb/AfsWeb.dll?Process?_application=eVision...    7/29/2011

EXHIBIT 1
4



Date:06/22/11  Sequence Num:80190850  Account:1055518  Serial:1851  Amount:$15,000.00  Dep Seq#:80182610

https://afs.cs.zionsbank.com/scripts/afs/afsweb/AfsWeb.dll?Process?_application=eVision...    7/29/2011

EXHIBIT 1
5



Date:07/21/11 Sequence Num:80329450 Account:1055518 Serial:1854 Amount:$15,000.00 Dep Seq#:80248340

https://afs.cs.zionsbank.com/scripts/afs/afsweb/AfsWeb.dll?Process?_application=eVision...   7/29/2011

EXHIBIT 1
6

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-VK |

## PROOF OF SERVICE OF DOCUMENT

I, <u>Christopher R. Scott</u>, am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

A true and correct copy of the foregoing document described
**REQUEST OF GRAND AVENUE LOFTS, LLC FOR PAYMENT OF ADMINISTRATIVE CLAIM; DECLARATION OF JEFF LEE; AND EXHIBIT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __AUGUST 30, 2011__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __AUGUST 30, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| AUGUST 30, 2011 | Christopher R. Scott | /s/ Christopher R. Scott |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**3.1**

**F 9013-**

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-VK |

I. **TO BE SERVED BY THE COURT VIA "NEF":**

- Michael C Abel    mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Robert Abiri    rabiri@abiriszeto.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Christopher J Bagnaschi    cb@cjblaw.com
- John J Bingham    jbingham@dgdk.com
- William C Bollard    eal@jbblaw.com, kmg@jbblaw.com;william@jbblaw.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Erin N Brady    enbrady@jonesday.com
- Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Martin J Brill    mjb@lnbrb.com
- Andrew R Cahill    acahill@lesnickprince.com
- Andrew W Caine    acaine@pszyjw.com
- Howard Camhi    hcamhi@ecjlaw.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- James E Carlberg    jcarlberg@boselaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com;darling@blankrome.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Ronald R Cohn    rcohn@horganrosen.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Michaeline H Correa    mcorrea@jonesday.com
- Emily R Culler    eculler@stutman.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Susan S Davis    sdavis@coxcastle.com
- Aaron De Leest    aed@dgdk.com
- Daniel Denny    ddenny@gibsondunn.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Barry V Freeman    bvf@jmbm.com, bvf@jmbm.com
- Donald L Gaffney    dgaffney@swlaw.com
- Lauren N Gans    lgans@pwkllp.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Matthew A Gold    courts@argopartners.net
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael I Gottfried    mgottfried@lgbfirm.com, gguidetti@lgbfirm.com;ncereseto@lgbfirm.com
- John A Graham    jag@jmbm.com
- Ofer M Grossman    omglaw@gmail.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com, cscott@LGBFirm.com
- Cara J Hagan    carahagan@haganlaw.org
- Asa S Hami    ahami@sulmeyerlaw.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Whitman L Holt    wholt@ktbslaw.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-
3.1

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al.<br>Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-VK |

- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Andrew F Kim    akim@mrllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Lewis R Landau    lew@landaunet.com
- Leib M Lerner    leib.lerner@alston.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David E Leta    dleta@swlaw.com, wsmart@swlaw.com
- Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
- Steven K Linkon    slinkon@rcolegal.com
- Robert M Llewellyn    michael.llewellyn@boe.ca.gov
- Richard Malatt    rmalatt@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Avi Muhtar    amuhtar@sulmeyerlaw.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Michael H Raichelson    mhr@cabkattorney.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Craig M Rankin    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbyb.com
- John P Reitman    jreitman@lgbfirm.com, pswierszcz@lgbfirm.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- David J Richardson    djr@thecreditorslawgroup.com
- James S Riley    tgarza@sierrafunds.com
- Martha E Romero    Romero@mromerolawfirm.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com
- Mark M Sharf    mark@forbankruptcy.com, msharf00@gmail.com
- David B Shemano    dshemano@pwkllp.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Stephen Shiu    sshiu@swlaw.com
- Lori Sinanyan    lsinanyan@jonesday.com
- Daniel H Slate    dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Surjit P Soni    surjit@sonilaw.com, gayane@sonilaw.com
- Bennett L Spiegel    blspiegel@jonesday.com
- Tracie L Spies    tracie@haganlaw.org
- James Stang    jstang@pszjlaw.com
- Catherine Steege    csteege@jenner.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- Damon Thayer    dthayer@jenner.com
- James A Timko    jtimko@allenmatkins.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**3.1**

**F 9013-**

| In re: | CHAPTER 11 |
|---|---|
| MERUELO MADDUX PROPERTIES, INC. et al. Debtor(s)-In-Possession. | CASE NUMBER 1:09-bk-13356-VK |

- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Howard J Weg    hweg@pwkllp.com
- Jason L Weisberg    jason@gdclawyers.com
- William E Winfield    wwinfield@nchc.com
- Jasmin Yang    jyang@swlaw.com
- Aleksandra Zimonjic    azimonjic@lgbfirm.com, kmoss@lgbfirm.com; cscott@lgbfirm.com

**TO BE SERVED BY U.S. MAIL**


The Honorable Victoria S. Kaufman
US Bankruptcy Court
21041 Burbank Blvd., Suite 305
Woodland Hills, CA 91367


Christopher E. Prince
Lesnick Prince LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90405

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1