**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
JULIO V. VERGARA (State Bar No. 223762)
jvergara@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone:    (213) 613-4655
Facsimile:    (213) 613-4656

**THE CREDITORS' LAW GROUP, APC**
DAVID J. RICHARDSON (State Bar No. 168592)
djr@thecreditorslawgroup.com
2301 Hyperion Ave., Suite A
Los Angeles, CA  90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

**Attorneys for Richard Meruelo**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>       Debtor and Debtor in Possession.<br><br>☒  Affects All Debtors<br><br>☐  Affects the following Debtors(s): | CASE NO. 1:09-bk-13356-VK<br><br>Chapter 11 (Cases Jointly Administered)<br><br>**DECLARATION OF RICHARD MERUELO IN SUPPORT OF MOTION OF RICHARD MERUELO FOR ORDER COMPELLING DEBTORS TO PAY ADMINISTRATIVE EXPENSE AND PREPETITION UNSECURED WAGE CLAIMS**<br><br>[Notice of Motion and Motion, and Request For Judicial Notice Filed Concurrently]<br><br>Date:<br>Time:<br>Place:    Courtroom 301<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367 |

1

**DECLARATION OF RICHARD MERUELO**

I, Richard Meruelo, declare as follows:

1. The facts and matters set forth herein are true upon my own personal knowledge and, if called to testify, I could and would competently testify thereto.

2. I am shareholder of MMPI, which is the parent company of fifty-three related entities that, along with MMPI, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on March 26 and 27, 2009 (collectively, the "Debtors"). The Debtors are a self-managed, full-service real estate company that develops, redevelops and owns industrial, commercial and multi-unit residential real properties primarily located in downtown Los Angeles and other areas in southern California.

3. Pursuant to an Executive Employment Agreement dated January 30, 2007 (the "Employment Agreement"), I served as an officer for substantially all of the Debtors until I was terminated by the Debtors on August 5, 2011. A copy of the Employment Agreement is attached as Exhibit F.

4. I filed a proof of claim on September 23, 2009.

5. On August 5, 2011, I received a letter from the Debtors giving notice of the termination of my employment, purportedly effective as of July 25, 2011 (the "Termination Letter"). The Termination Letter was accompanied by a check for the amount of my accrued but unpaid postpetition base salary and accrued and unused vacation, but did not include payment of the annual minimum, guaranteed, cash bonuses or the prepetition accrued and unused vacation. A copy of the letter is attached as Exhibit G.

///
///
///
///
///
///
///

1 |    6. On November 24, 2010, the Debtor's Equity Committee delivered to me a letter
2 | of non-renewal of my Employment Agreement. A copy of the letter is attached as Exhibit H.
3 |    I declare that the foregoing is true and correct to the best of my knowledge.
4 |    Executed this 8th day of September 2011, at Los Angeles, California.
5 |
6 |            /s/ Richard Meruelo
               Richard Meruelo